## CERTIFICATE OF SERVICE

**CARMEN A. NICOLAOU**, the attorney of record for defendants, MICHAEL S. WANG, VICTORIA WANG as TRUSTEE FOR THE RICHARDSON IRREVOCABLE TRUST, TERRENCE WU, and DEH-JU DEBORAH WANG, hereby certifies that on the date shown below, one copy of the foregoing ANSWER TO THE SECOND AMENDED COMPLAINT were caused to be served by first class mail, postage prepaid upon:

Kevin J. Murtagh, Esq. (KJM-0456)
AHMUTY, DEMERS & McManus, ESQS
200 I.U. Willets Road
Albertson, New York 11507

THE BASIL LAW GROUP, P.C.
1270 Broadway, Suite 305
New York, New York 10001

YOUNG K. LEE
72228 168th Street
Fresh Meadows, New York 11366

Dated: White Plains, New York
       September 19, 2018

THE CHARTWELL LAW OFFICES, LLP

By: _____
Carmen A. Nicolaou (CAN-5518)
Attorneys for Defendants/ Third-Party Defendants
*MICHAEL S. WANG, VICTORIA WANG as TRUSTEE OF THE RICHARDSON IRREVOCABLE TRUST, TERRENCE WU, and DEH-JU DEBORAH WANG*
81 Main Street, Suite 100
White Plains, New York 10601
(914) 259-8505
File No.: 0063841