## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE:** | **September 28, 2018** |
| **TIME:** | **10:00 a.m.** |
| **DOCKET NUMBER(S):** | **CV 17-5183 (ILG)** |
| **NAME OF CASE(S):** | **Shin v. YS2 Enterprises Inc.** |
| **FOR PLAINTIFF(S):** | **Basil** |
| **FOR DEFENDANT(S):** | **Berkowitz for YS2 Nicolaou (by telephone) for defendants Richardson Trust, Michael Wang, Deborah Wang and Terence Wu** |
| **NEXT CONFERENCE(S):** | **CASE MANAGEMENT CONFERENCE AT 11:30 A.M. ON NOVEMBER 15, 2018** |
| **FTR/COURT REPORTER:** | **N/A** |

**STATUS CONFERENCE RULINGS:**

Plaintiff reports that he expects to serve the sole remaining party, Lee, shortly.

The parties shall serve responses to all outstanding discovery demands by October 12, serve any supplemental demands by October 15, and respond to any supplemental demands by November 2.

THE COURT WILL HOLD A CASE MANAGEMENT CONFERENCE AT 11:30 A.M. ON NOVEMBER 15, 2018.

Counsel shall be prepared to schedule all anticipated remaining discovery, including depositions, and to discuss the point at which it might be productive to hold a settlement conference.