**Attorney:** Basil Law Group  **PH:** (917) 502-3066
**Address:** 1270 Broadway, Suite 305 New York, NY 10001

# AFFIDAVIT OF SERVICE

Edward Shin

Plaintiff

YS2 Enterprises Inc.

Defendant

**Index Number:** 1:17 CV 05183 ILG SMG

**Date Filed:**

**Client's File No.:**

**Court Date:**

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
**Janice Quadara**, being sworn says: Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.
On **9/29/2018**, at **9:00 AM** at: **7628 168th Street, Fresh Meadows, NY 11366** Deponent served the within **Summons, Second Amended Complaint**

upon: **YOUNG K. LEE**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to  () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there

9/26/2018 7:05 PM, 9/27/2018 3:39 PM

☐ **#4 Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be  thereof.

☒ **#5 MAILING**
On 9/29/2018, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☐ **#6 DESCRIPTION**
**Sex:** N/A **Color of skin:** N/A **Color of hair:** N/A   **Glasses:**
**Age:**   **Height:** N/A   **Weight:** N/A **Other Features:**

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**  Subpoena Fee Tendered in the amount of

☒ **#9 OTHER**
taped to glass on door dark wood and glass door detached brick home  brick stoop 2 floors peach stucco on top of house

Sworn to before me on 10/1/2018

Daniel Levine
NOTARY PUBLIC STATE OF NEW YORK
No. 01LE6154152
Qualified in Queens County
My Commission Expires October 23, 2018

Janice Quadara
1017034

**o/b/o** Basil Law Group  (917) 502-3066 1270 Broadway, Suite 305 New York, NY 10001

PS Form **3817**, April 2007   PSN 7530-02-000-9065

**UNITED STATES POSTAL SERVICE**®

This Certificate of Mailing provides evidence that mail has been presented to USPS® for r
This form may be used for domestic and international mail.

From:

450 Route 25A #8-14
East Setauket NY 11733

**CONFIDENTIAL**
**PERSONAL &**

Certificat
Mai

Young K Lee
7628 168th Street
Fresh Meadows NY 11366



U.S. POSTAGE PA
EAST SETAUKET,
11733
SEP 29 18
AMOUNT
**$1.40**
R2305E126253-

0000

UNITED STATES
POSTAL SERVICE ®