CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven M. Gold |
| DATE: | November 16, 2018 |
| TIME: | 11:30 a.m. |
| DOCKET NUMBER(S): | CV 17-5183 (ILG) |
| NAME OF CASE(S): | Shin v. YS2 Enterprises Inc. |
| FOR PLAINTIFF(S): | **Basil** |
| FOR DEFENDANT(S): | **Berkowitz for YS2; Nicolaou for defendants Richardson Trust, Michael Wang, Deborah Wang, and Terence Wu; Weissler for LeE** |
| NEXT CONFERENCE(S): | **STATUS CONFERENCE AT 3:00 PM ON APRIL 17, 2019** |
| FTR/COURT REPORTER: | N/A |

**STATUS CONFERENCE RULINGS:**

**Plaintiff will be deposed by February 1, 2019.**

**Fact discovery will be completed by April 1, 2019. Plaintiff will serve his expert reports by February 1, 2019, and defendants will serve rebuttal expert reports by April 1, 2019.**

**THE COURT WILL HOLD A FURTHER CONFERENCE AT 3:00 PM ON APRIL 17, 2019.**

**The parties shall be prepared:**

**(1) to state their respective positions on settlement, with PRINCIPALS WITH FULL SETTLEMENT DECISION-MAKING AUTHORITY (UP TO THE AMOUNT LAST DEMANDED FOR DEFENDANTS, DOWN TO THE AMOUNT LAST OFFERED FOR PLAINTIFFS) PRESENT OR AVAILABLE BY TELEPHONE THROUGHOUT THE CONFERENCE.**

**(2) to schedule any anticipated expert depositions.**

**(3) to articulate the basis for any anticipated summary judgment motions and to be familiar with any premotion conference procedures required by the district judge presiding over the case.**

**(4) to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment.**

**Counsel are encouraged to file a written application requesting a settlement conference on an earlier date if they believe it might be productive to do so.**