```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
EDWARD SHIN,                                          1:17-cv-05183 (ILG)(SMG)

                        Plaintiff,
                                                      **ANSWER TO CROSS-**
          -against-                                   **CLAIM OF DEFENDANT**
                                                      **YOUNG K. LEE**
YS2 ENTERPRISES INC., MICHAEL S. WANG,
VICTORIA WANG as TRUSTEE OF THE RICHARDSON
IRREVOCABLE TRUST, TERRANCE WU, DEH-JUNG
DEBORAH WANG, and YOUNG K. LEE,

                        Defendants.
-----------------------------------------------------------------------X
```

Defendant, YS2 Enterprises, by its attorneys, AHMUTY, DEMERS & McMANUS, answering the cross-claim of defendant, Young K. Lee, sets forth the following, upon information and belief:

## AS AND FOR AN ANSWER TO THE CROSS-CLAIM

1: The defendant, YS2 Enterprises, denies upon information and belief each and every allegation contained in the first paragraph of the cross-claim as to this answering defendant, otherwise denies having knowledge or information sufficient to form a belief as to each and every allegation contained in the first paragraph of the cross-claim.

2: The defendant, YS2 Enterprises, denies upon information and belief each and every allegation contained in the second paragraph of the cross-claim as to this answering defendant, otherwise denies having knowledge or information sufficient to form a belief as to each and every allegation contained in the second paragraph of the cross-claim.

WHEREFORE, the defendant, YS2 Enterprises Inc., demands judgment dismissing the cross-claim of defendant, Young K. Less, on the merits, together with the costs, disbursements, and expenses of this action including attorney's fees.

Dated: Albertson, New York
December 10, 2018

By: *[signature]*
JANICE BERKOWITZ, ESQ. (JB-4489)
AHMUTY, DEMERS & McMANUS
Attorneys for Defendant
YS2 Enterprises Inc.
200 I.U. Willets Road
Albertson, New York 11507
(516) 294-5433
Our File No.: ORNA 167417FAC

TO:

Robert J. Basil, Esq.
THE BASIL LAW GROUP, P.C.
Attorneys for Plaintiff
1270 Broadway, Suite 305
New York, New York 10001
(917) 512-3066
robertjbasil@rjbasil.com

THE CHARTWELL LAW OFICES, LLP
Attorneys for Defendants
MICHAEL S. WANG, VICTORIA WANG as
TRUSTEE OF THE RICHARDSON
IRREVOCABLE TRUST, DEH-JUNG
DEBORAH WANG AND TERRENCE WU
81 Main Street, Suite 100
White Plains, New York 10601
(914) 259-8505

LONGO & D'APICE, ESQS.
Attorneys for Defendant
YOUNG K. LEE
26 Court Street, Suite 1700
Brooklyn, New York 11242
(718) 855-5684