199 WATER STREET, 16TH FLOOR
NEW YORK, NY 10038
(212) 513-7788

634 PLANK ROAD, SUITE 205 A
CLIFTON PARK, NY 12065
(518) 387-3604

55 CHURCH STREET, SUITE 205
WHITE PLAINS, NY 10601
(914) 584-9934

# AHMUTY, DEMERS & McMANUS

ATTORNEYS AT LAW
200 I.U. WILLETS ROAD
ALBERTSON, NEW YORK 11507

(516) 294-5433

FACSIMILE (516) 294-5387

1531 ROUTE 82
HOPEWELL JUNCTION, NY 12533
(845) 223-3470

20 WEST MAIN STREET, SUITE 205
RIVERHEAD, NY 11901
(516) 535-1844

65 MADISON AVENUE
SUITE 400
MORRISTOWN, NJ 07960
(973) 984-7300

January 28, 2019

*Via ECF*

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York  11201

> Re: Shin v. YS2 Enterprises, et al.
> Docket No.    : 1:17-cv-05183 (ILG)(SMG)
> Our File No. : ORNA 167417FAC

Dear Magistrate Judge Gold:

This office represents the defendant YS2 Enterprises in the above-referenced matter. This letter is respectfully submitted on behalf of all parties. The parties agree that the Court's guidance is needed to resolve a discovery dispute that has arisen concerning non-party witnesses.

Specifically, the plaintiff has identified certain fact non-party witnesses in this case, namely, Daniel Park and John Kim. However, the attorney for the plaintiff has advised that these non-party witnesses desire to withhold their home addresses from the defendants. The defendants maintain that they are entitled to the home addresses for these non-party witnesses and that these non-party witnesses should be compelled to provide this information.

In addition, the plaintiff's attorney has advised that these non-party witnesses have retained his services (without charge) and that he will be representing these non-party witnesses at their non-party depositions. Accordingly, the plaintiff's attorney will be acting as counsel for these non-party witnesses and will be asserting an attorney-client privilege on their behalf. The defendants maintain that this is not proper and object to any claim of privilege/confidentiality between the plaintiff's attorney and any non-party witnesses with respect to any questions relating to the case at hand.  The defendants also maintain that they are entitled to any statements secured from these non-party witnesses.

Re:       Shin v. YS2 Enterprises, et al.
           Docket No.  : 1:17-cv-05183 (ILG)(SMG)
           Our File No. : ORNA 167417FAC
           Page 2

In light of the above, the parties request that the Court schedule a telephone conference call to discuss these issues. The parties have conferred and propose that the conference call be conducted during the afternoon of either February 4, 2019, February 6, 2019 or February 8, 2019 subject to the Court's availability.

Thank you for your consideration of this request.

                                              Respectfully submitted,

                                              JANICE BERKOWITZ
                                              (516) 535-1887

JB/ml

cc:      ***Via ECF***

           THE BASIL LAW GROUP, P.C.
           1270 Broadway, Suite 305
           New York, New York 10001

           THE CHARTWELL LAW OFICES, LLP
           81 Main Street, Suite 100
           White Plains, New York 10601

           LONGO & D'APICE, ESQS.
           26 Court Street, Suite 1700
           Brooklyn, New York 11242