# THE BASIL LAW GROUP
**A PROFESSIONAL CORPORATION**
**COUNSELLORS AT LAW**

**1270 BROADWAY, SUITE 305**
**NEW YORK, NY 10001-3215**
**TELEPHONE:917-512-3066**
**E-FAX:831-536-1075**
**ROBERTJBASIL@RJBASIL.COM**

**MARCH 11, 2019**

Hon. Steven M. Gold

    Re:    Edward Shin v YS2 Enterprises, Inc.
              Case No. 1:17-cv-05183(ILG)(SMG)

Dear Judge Gold:

The firm represents plaintiff, Edward Shin. I make this pre-conference report. All depositions are scheduled and set to conclude on April 1. My damages expert reports are due on April 1, and neither of my two experts has requested additional time.

                                      Respectfully submitted,

                                      <u>/s Robert J. Basil</u>

                                      Robert J. Basil