CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | March 12, 2019 |
| **TIME:** | 2:30 p.m. |
| **DOCKET NUMBER(S):** | CV 17-5183 (ILG) |
| **NAME OF CASE(S):** | Shin v. YS2 Enterprises Inc. |
| **FOR PLAINTIFF(S):** | Basil |
| **FOR DEFENDANT(S):** | Berkowitz for YS2, Nicolaou for defendants Richardson Trust, Michael Wang, Deborah Wang, and Terence Wu; Longo for Lee |
| **NEXT CONFERENCE(S):** | **STATUS CONFERENCE AT 10:30 AM ON JUNE 28, 2019** |
| **FTR/COURT REPORTER:** | 2:41-3:24 |

### STATUS CONFERENCE RULINGS:

(1) The Court construes defendants' letters dated February 26, 2019, Dkt. 52 and Dkt. 53, as motions to disqualify plaintiff's counsel from representing non-party witnesses Park and Kim and to compel production of the home addresses of these witnesses.

Defendants' motion to disqualify and to compel disclosure of the home addresses of these non-party witnesses is denied for the reasons stated on the record. By March 26, 2019, counsel for plaintiff will confirm his representation of Kim and Park, and provide affidavits from plaintiff and Kim and Park, representing that each fully understands the nature of the conflict inherent in joint representation and nevertheless chooses to continue the joint representation.  See Ritchie v. Gano, 2008 WL 4178152, at *11 (SDNY Sept. 8, 2008).

(2) Defendants may propound discovery demands for the addresses of witnesses not represented by plaintiff's counsel and notices to admit that plaintiff does not seek to recover lost wages or future lost income or employment-related benefits, and plaintiff shall respond to such demands within one week of receiving them.

    **(3) Fact discovery is extended to June 3, 2019.**

**The dates for disclsoure of expert reports with respect to damages is unchanged.  The dates for disclosure of expert reports with respect to liability are extended to July 1, 2019 for plaintiff's expert and August 1, 2019 for defendants' expert.**

**THE CONFERENCE PREVIOUSLY SET FOR JUNE 21, 2019 WILL BE HELD INSTEAD AT 10:30 AM ON JUNE 28, 2019.**

**Counsel shall be prepared to discuss the possibility of settlement, to schedule any anticipated depositions of experts, and to describe the basis for any anticipated motions.**

**Counsel are encouraged to contact my chambers to schedule a settlement conference on an earlier date if they believe it might be productive to hold one.**