# UNITED STATES DISTRICT COURT
for the
Eastern District of New York ▼

| EDWARD SHIN | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:17-cv-05183(ILG)(SMG) |
| YS2 ENTERPRISES INC., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Edward Shin

Date: 06/11/2019

*Attorney's signature*

David A. Cohen (NY # 5437306)
*Printed name and bar number*

The Basil Law Group, P.C.
1270 Broadway, Suite 305
New York, NY 10001
*Address*

davidacohen@rjbasil.com
*E-mail address*

(917) 512-3066
*Telephone number*

(831) 536-1075
*FAX number*