CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven M. Gold |
| DATE | July 31, 2019 |
| TIME: | 10:00 a.m. |
| DOCKET NUMBER(S): | CV 17-5183 (ILG) |
| NAME OF CASE(S): | Shin v. YS2 Enterprises Inc. |
| FOR PLAINTIFF(S): | Basil with Shin |
| FOR DEFENDANT(S): | Berkowitz for YS2, Nicolaou for defendants Richardson Trust, Michael Wang, Deborah Wang, and Terence Wu; Longo for Lee |
| NEXT CONFERENCE(S): | STATUS CONFERENCE AT 3:00 PM ON JANUARY 22, 2020 |
| FTR/COURT REPORTER: | N/A |

**STATUS CONFERENCE RULINGS:**

Plaintiff will respond to outstanding document demands and provide all relevant requested authorizations by August 15, 2019. Plaintiff and the non-party police officer will be deposed by November 1, 2019. The deposition of plaintiff's liability expert will be conducted by December 1, 2019.

Defendants will conduct any required medical evaluations of plaintiff by December 1, 2019 and produce their expert and damages liability reports by January 1, 2020.

THE COURT WILL HOLD A FURTHER CONFERENCE AT 3:00 PM ON JANUARY 22, 2019.

The parties shall be prepared:

(1) to state their respective positions on settlement, with PRINCIPALS WITH FULL SETTLEMENT DECISION-MAKING AUTHORITY (UP TO THE AMOUNT LAST DEMANDED FOR DEFENDANTS, DOWN TO THE AMOUNT LAST OFFERED FOR PLAINTIFFS) PRESENT OR AVAILABLE BY TELEPHONE THROUGHOUT THE CONFERENCE.

(2) to schedule any remaining expert depositions.

**(3) to articulate the basis for any anticipated summary judgment motions and to be familiar with any premotion conference procedures required by the district judge presiding over the case.**

**(4) to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment.**

**Counsel are encouraged to file a written application requesting a settlement conference on an earlier date if they believe it might be productive to do so.**