# THE BASIL LAW GROUP
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

1270 BROADWAY, SUITE 305
NEW YORK, NY 10001-3215
TELEPHONE: 917-512-3066
E-FAX: 831-536-1075
ROBERTJBASIL@RJBASIL.COM

NOVEMBER 26, 2019

Hon. Steven M. Gold

    Re:    Edward Shin v YS2 Enterprises, Inc.
              Case No. 1:17-cv-05183(ILG)(SMG)

Dear Judge Gold:

The firm represents plaintiff, Edward Shin. I make this report on behalf of all parties. Two depositions were scheduled for November 22, 2019, which would have concluded all depositions to be taken during discovery. However, one of those depositions, the deposition of plaintiff's liability expert, was cancelled due to the expert's being called upon to testify that same day in Supreme Court New York. The other deposition was a follow-up deposition of plaintiff, which can be done (and was scheduled to be done) on the same day. Accordingly, the parties are working on a rescheduled date and mutually desire the Court's indulgence for a short extension of discovery to undertake these two depositions.

                                                Respectfully submitted,

                                                /s Robert J. Basil

                                                Robert J. Basil