# THE BASIL LAW GROUP
**A PROFESSIONAL CORPORATION**
**COUNSELLORS AT LAW**

**32 EAST 31ST STREET, 9TH FLOOR**
**NEW YORK, NY 10016**
**TELEPHONE: 917-994-9973**
**E-FAX: 831-536-1075**
**ROBERTJBASIL@RJBASIL.COM**

JANUARY 13, 2020

Hon. Steven M. Gold

    Re:    Edward Shin v YS2 Enterprises, Inc. et al.
             Case No. 1:17-cv-05183(ILG)(SMG)

Dear Judge Gold:

As the Court is aware, this firm represents Plaintiff, Edward Shin. YS2 Enterprises, Inc. and Mr. Shin have entered into a binding settlement agreement resolving all issues between them. We will be submitting a stipulation of dismissal as soon as counsel can coordinate such a filing. No other settlements have yet been reached.

                            Respectfully submitted,

                            /s Robert J. Basil

                            Robert J. Basil