199 WATER STREET, 16TH FLOOR
NEW YORK, NY 10038
(212) 513-7788

634 PLANK ROAD, SUITE 205 A
CLIFTON PARK, NY 12065
(518) 387-3604

55 CHURCH STREET, SUITE 205
WHITE PLAINS, NY 10601
(914) 584-0934

# AHMUTY, DEMERS & MCMANUS

ATTORNEYS AT LAW
200 I.U. WILLETS ROAD
ALBERTSON, NEW YORK 11507

(516) 294-5433
FACSIMILE (516) 294-5387

1531 ROUTE 82
HOPEWELL JUNCTION, NY 12533
(845) 223-3470

20 WEST MAIN STREET, SUITE 205
RIVERHEAD, NY 11901
(516) 535-1844

65 MADISON AVENUE
SUITE 400
MORRISTOWN, NJ 07960
(973) 984-7300

January 15, 2020

*Via ECF*

Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

   Re: Shin v. YS2 Enterprises, et al.
      Docket No. : 1:17-cv-05183 (ILG)(SMG)
      Our File No. : ORNA 167417FAC

Dear Magistrate Judge Gold:

This office represents the defendant YS2 Enterprises in the above matter.

As advised by the plaintiff's attorney (docket number 67), the plaintiff and our client have entered into a binding settlement agreement. It is our positions that no claims survive the settlement. In light of the foregoing, I am writing to inquire whether it is mandatory for this office to appear at the settlement conference scheduled for January 22, 2020.

Thank you for your consideration.

            Respectfully Submitted,

            */s/ Janice Berkowitz*

            Janice Berkowitz
            Ahmuty, Demers & McManus

JB
cc: *All Appearing Parties via ECF*