# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **January 22, 2020** |
| **TIME:** | **3:00 PM** |
| **DOCKET NUMBER(S):** | **CV 17-5183 (SMG)** |
| **NAME OF CASE(S):** | **Shin v. YS2 Enterprises Inc.** |
| **FOR PLAINTIFF(S):** | **Basil with Shin present** |
| **FOR DEFENDANT(S):** | **Berkowitz for YS2; Nicolaou for defendants Richardson Trust, Michael Wang, Deborah Wang, and Terence Wu; McCartle for Lee** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **2:58-3:26; 3:37-3:38; 3:51-4:04** |

**STATUS CONFERENCE RULINGS:**

The Richardson trust defendants will serve their motion for summary judgment by March 18, plaintiff will serve his opposition and cross-motion by April 1, the trust defendants will serve their reply and opposition to plaintiff's cross-motion by April 15, and plaintiff may serve a reply by April 22, 2020.

The parties will file all served motion papers on April 23, 2020.

The motion will be considered on the papers unless counsel requests oral argument.

Counsel shall confer and submit a proposed schedule for all remaining fact and expert discovery by February 5, 2020.

(1) to state their respective positions on settlement, with PRINCIPALS WITH FULL SETTLEMENT DECISION-MAKING AUTHORITY PRESENT OR AVAILABLE BY TELEPHONE THROUGHOUT THE CONFERENCE,

(2) to articulate the basis for any anticipated summary judgment motions and to be familiar with any premotion conference procedures required by the district judge presiding over the case, and

**(3) to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment.**