# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

EDWARD SHIN,

         PLAINTIFF,


       -AGAINST-

YS2 ENTERPRISES INC., MICHAEL S. WANG,

VICTORIA WANG AS TRUSTEE OF THE RICHARDSON

IRREVOCABLE TRUST, TERRANCE WU, DEH-JUNG

DEBORAH WANG, AND YOUNG K. LEE


        DEFENDANT.

- - - - - - - - - - - - - - - - - X

              1270 BROADWAY

              NEW YORK, NEW YORK 10001


              FEBRUARY 1st, 2019

              11: 08  A.M.


    EXAMINATION BEFORE TRIAL OF ERIC E. SHIN,

THE PLAINTIFF HEREIN, TAKEN BY MS. BERKOWITZ,

IN THE ABOVE-ENTITLED ACTION, HELD AT THE

ABOVE TIME AND PLACE, PURSUANT TO ORDER, TAKEN

BEFORE CHRISTA M. MILOSCIA, A SHORTHAND

REPORTER AND NOTARY PUBLIC WITHIN AND FOR THE

STATE OF NEW YORK.

           MAGNA LEGAL SERVICES

             (866)624-6221

             WWW.MAGNALS.COM



Page 2

```
 1
 2   A P P E A R A N C E S :
 3       THE BASIL LAW GROUP
                 ATTORNEYS FOR PLAINTIFF
 4               1270 BROADWAY
                 NEW YORK, NEW YORK 10001
 5               BY:ROBERT J. BASIL, ESQ.
                    ROBERTJBASIL@JBASIL.COM
 6
         AHMUTY, DEMERS & MCMANUS
 7               ATTORNEYS FOR DEFENDANT
                 YS2 ENTERPRISES INC.
 8               199 WATER STREET
                 NEW YORK, NEW YORK 10038
 9       BY:   JANICE A. BERKOWITZ, ESQ.
                    JANICE.BERKOWITZ@ADMLAW.COM
10
         CHARTWELL LAW
11               ATTORNEYS FOR DEFENDANTS
                 VICTORIA WANG AS TRUSTEE OF RICHARDSON
12   IRREVOCABLE TRUST, TERRANCE WU
                 81 MAIN STREET
13               WHITE PLAINS, NEW YORK 10601
         BY:   CARMEN A. NICOLAOU, ESQ.
14                 CNICOLAOU@CHARTWELL.COM
15
         LONGO AND D'APICE
16               ATTORNEYS FOR DEFENDANT
                 YOUNG K. LEE
17               26 COURT STREET
                 BROOKLYN, NEW YORK 11242
18       BY:   MARK LEVINSON, ESQ., OF COUNSEL
                    ESTHERL@MARKLONGO.COM
19
20
21
22
23
24
25
```



Page 3

```
 1
 2                    S T I P U L A T I O N S
 3        IT IS STIPULATED AND AGREED BY AND BETWEEN
 4    THE ATTORNEYS FOR THE RESPECTIVE PARTIES
 5    HEREIN, AND IN COMPLIANCE WITH RULE 221 OF THE
 6    UNIFORM RULES FOR THE TRIAL COURTS:
 7        THAT THE PARTIES RECOGNIZE THE PROVISION OF
 8    RULE 3115 SUBDIVISIONS (B), (C) AND/OR (D).
 9    ALL OBJECTIONS MADE AT A DEPOSITION SHALL BE
10    NOTED BY THE OFFICER BEFORE WHOM THE
11    DEPOSITION IS TAKEN, AND THE ANSWER SHALL BE
12    GIVEN AND THE DEPOSITION SHALL PROCEED SUBJECT
13    TO THE OBJECTIONS AND TO THE RIGHT OF A PERSON
14    TO APPLY FOR APPROPRIATE RELIEF PURSUANT TO
15    ARTICLE 31 OF THE CPLR;
16        THAT EVERY OBJECTION RAISED DURING A
17    DEPOSITION SHALL BE STATED SUCCINCTLY AND
18    FRAMED SO AS NOT TO SUGGEST AN ANSWER TO THE
19    DEPONENT AND, AT THE REQUEST OF THE
20    QUESTIONING ATTORNEY, SHALL INCLUDE A CLEAR
21    STATEMENT AS TO ANY DEFECT IN FORM OR OTHER
22    BASIS OF ERROR OR IRREGULARITY.  EXCEPT TO THE
23    EXTENT PERMITTED BY CPLR RULE 3115 OR BY THIS
24    RULE, DURING THE COURSE OF THE EXAMINATION
25    PERSONS IN ATTENDANCE SHALL NOT MAKE
```



Page 4

1

2  STATEMENTS OR COMMENTS THAT INTERFERE WITH THE

3  QUESTIONING.

4      THAT A DEPONENT SHALL ANSWER ALL QUESTIONS

5  AT A DEPOSITION, EXCEPT (I) TO PRESERVE A

6  PRIVILEGE OR RIGHT OF CONFIDENTIALITY, (II) TO

7  ENFORCE A LIMITATION SET FORTH IN AN ORDER OF

8  A COURT, OR (III) WHEN THE QUESTION IS PLAINLY

9  IMPROPER AND WOULD, IF ANSWERED, CAUSE

10  SIGNIFICANT PREJUDICE TO ANY PERSON.  AN

11  ATTORNEY SHALL NOT DIRECT A DEPONENT NOT TO

12  ANSWER EXCEPT AS PROVIDED IN CPLR RULE 3115 OR

13  THIS SUBDIVISION.  ANY REFUSAL TO ANSWER OR

14  DIRECTION NOT TO ANSWER SHALL BE ACCOMPANIED

15  BY A SUCCINCT AND CLEAR STATEMENT ON THE BASIS

16  THEREFORE.  IF THE DEPONENT DOES NOT ANSWER A

17  QUESTION, THE EXAMINING PARTY SHALL HAVE THE

18  RIGHT TO COMPLETE THE REMAINDER OF THE

19  DEPOSITION.

20      THAT AN ATTORNEY SHALL NOT INTERRUPT THE

21  DEPOSITION FOR THE PURPOSE OF COMMUNICATING

22  WITH THE DEPONENT UNLESS ALL PARTIES CONSENT

23  OR THE COMMUNICATION IS MADE FOR THE PURPOSE

24  OF DETERMINING WHETHER THE QUESTION SHOULD NOT

25  BE ANSWERED ON THE GROUNDS SET FORTH IN



Page 5

1

2   SECTION 221.2 OF THESE RULES, AND, IN SUCH

3   EVENT, THE REASON FOR THE COMMUNICATION SHALL

4   BE STATED FOR THE RECORD SUCCINCTLY AND

5   CLEARLY.

6       THAT THE FAILURE TO OBJECT TO ANY QUESTION

7   OR TO MOVE TO STRIKE ANY TESTIMONY AT THIS

8   EXAMINATION SHALL NOT BE A BAR OR WAIVER TO

9   MAKE SUCH OBJECTION OR MOTION AT THE TIME OF

10  THE TRIAL OF THIS ACTION, AND IS HEREBY

11  RESERVED; AND

12      THAT THIS EXAMINATION MAY BE SIGNED AND

13  SWORN TO BY THE WITNESS EXAMINED HEREIN BEFORE

14  ANY NOTARY PUBLIC, BUT THE FAILURE TO DO SO OR

15  TO RETURN THE ORIGINAL OF THE EXAMINATION TO

16  THE ATTORNEY ON WHOSE BEHALF THE EXAMINATION

17  IS TAKEN, SHALL NOT BE DEEMED A WAIVER OF THE

18  RIGHTS PROVIDED BY RULES 3116 AND 3117 OF THE

19  C.P.L.R, AND SHALL BE CONTROLLED THEREBY; AND

20      THAT THE CERTIFICATION AND FILING OF THE

21  ORIGINAL OF THIS EXAMINATION ARE HEREBY

22  WAIVED; AND

23      THAT THE QUESTIONING ATTORNEY SHALL PROVIDE

24  COUNSEL FOR THE WITNESS EXAMINED HEREIN WITH A

25  COPY OF THIS EXAMINATION AT NO CHARGE.



Page 6

1                          E. SHIN

2     E D W A R D  E.  S H I N, THE WITNESS

3     HEREIN, HAVING BEEN FIRST DULY SWORN BY

4     A NOTARY PUBLIC OF THE STATE OF

5     NEW YORK, WAS EXAMINED AND TESTIFIED AS

6     FOLLOWS:

7     EXAMINATION

8     BY MS. BERKOWITZ:

9          Q. STATE YOUR NAME FOR THE RECORD,

10     PLEASE.

11          A. ERIC E. SHIN.

12          Q. STATE YOUR ADDRESS FOR THE

13     RECORD, PLEASE.

14          A. 1575 SLOAN WAY, AMBLER,

15     PENNSYLVANIA 19002.

16          Q. GOOD MORNING, SIR.  MY NAME IS

17     JANICE BERKOWITZ.  I AM THE ATTORNEY

18     FOR YS2 ENTERPRISES IN THIS LAWSUIT.

19     I'LL BE ASKING YOU SOME QUESTIONS THIS

20     MORNING ABOUT THE INCIDENT THAT BRINGS

21     US HERE TODAY AND THE INJURIES THAT YOU

22     ARE CLAIMING THAT YOU SUSTAINED AS A

23     RESULT OF THAT INCIDENT.

24               PLEASE LET ME FINISH MY ENTIRE

25     QUESTION BEFORE YOU START GIVING YOUR



1                    E. SHIN

2    ANSWER.  PLEASE DO NOT VOLUNTEER ANY

3    INFORMATION AND DO NOT GUESS.  I JUST

4    WANT YOU TO TELL ME WHAT YOU KNOW, NO

5    GUESSING.  OKAY?

6         A. YES, MA'AM.

7         Q. OKAY.  EDWARD E. SHIN, WHAT DOES

8    THE "E" STAND FOR?

9         A. EUNGSOO.

10        Q. CAN YOU SPELL THAT?

11        A. E-U-N-G-S-O-O.

12             MS. NICOLAOU:  TWO WORDS OR

13        ONE?

14             THE WITNESS:  ONE WORD.

15        Q. AND ARE YOU KNOWN BY ANY OTHER

16   NAME OTHER THAN EDWARD E. SHIN?

17        A. NICKNAME, SOME PEOPLE CALL ME

18   EDDY.

19        Q. EDDY.  OKAY.  ANYTHING ELSE?

20        A. NO.

21        Q. WHAT IS YOUR DATE OF BIRTH,

22   PLEASE?

23        A.              1963.

24        Q. AND WHAT'S YOUR SOCIAL SECURITY

25   NUMBER?



Page 8

```
 1                    E. SHIN
 2      A.
 3      Q. HOW LONG HAVE YOU RESIDED AT
 4  1575 SLOAN WAY FOR?
 5      A. 11 YEARS.
 6      Q. AT THE TIME OF THIS INCIDENT,
 7  WHO ARE YOU RESIDING WITH?
 8      A. MY WIFE.
 9      Q. WHAT'S YOUR WIFE'S NAME?
10      A. SOPHIE.
11      Q. AND WHAT'S HER LAST NAME?
12      A. HAHN, H-A-H-N.
13      Q. H-A-H-N?
14      A. YES.
15      Q. AND WHAT'S THE DATE OF YOUR
16  MARRIAGE?
17      A. NOVEMBER 30, 1991.
18      Q. ON THE DAY OF THIS INCIDENT, WAS
19  ANYBODY ELSE RESIDING WITH YOU BESIDES
20  YOU AND YOUR WIFE?
21      A. MY TWO DAUGHTERS.
22      Q. OKAY.  WHAT ARE THEIR NAMES?
23      A. SAMMUR, S-A-M-M-U-R, SHIN.
24      Q. AND HOW OLD IS SHE?
25      A. SHE'S 22.
```



```
 1                    E. SHIN
 2       Q. OKAY.  AND WHO ELSE?
 3       A. ANOTHER DAUGHTER, CHRISTIAN,
 4  C-H-R-I-S-T-I-A-N.
 5       Q. AND HOW OLD IS SHE?
 6       A. SHIN.  AND SHE'S 20.
 7       Q. 20.  ANYBODY ELSE RESIDING WITH
 8  YOU AT THE TIME OF THE INCIDENT?
 9       A. MY PUPPY.
10       Q. YOUR PUPPY.  OKAY.  ANYONE ELSE?
11       A. NO.
12       Q. NOW, I WANT TO DRAW YOUR
13  ATTENTION TO APRIL 21ST, 2017.  OKAY?
14          DO YOU RECALL WHAT DAY OF THE
15  WEEK THAT WAS?
16       A. THAT'S FRIDAY.
17       Q. AND DID YOU WORK THAT DAY?
18       A. YES.
19       Q. AND WHERE DID YOU WORK THAT DAY?
20       A. FORT LEE, NEW JERSEY.
21       Q. WHAT DID YOU DO IN FORT LEE, NEW
22  JERSEY, THAT DAY?  WHAT IS YOUR
23  EMPLOYMENT?
24       A. BANKER.  NOAH BANK, N-O-A-H.
25       Q. WHAT TIME DID YOU GET DONE WITH
```



Page 10

```
 1                    E. SHIN
 2   WORK THAT DAY?
 3        A.  AROUND 5:00 P.M.
 4        Q.  AND WHAT DID YOU DO AFTER WORK
 5   WAS OVER AT 5:00 P.M.?
 6        A.  DINNER.
 7        Q.  DINNER.  WHERE DID YOU HAVE
 8   DINNER?
 9        A.  NEW JERSEY, FORT LEE.
10        Q.  WITH WHO?
11        A.  MY COLLEAGUE.
12        Q.  WHAT COLLEAGUE?
13        A.  MY BANKER COLLEAGUE.
14        Q.  WHAT'S HIS NAME?
15        A.  DON JOO, D-O-N, J-O-O, AND THE
16   OTHER GUY IS JOSHUA KIM.
17        Q.  JOSHUA KIM?
18        A.  AND THE OTHER GUY IS JOHN KIM.
19        Q.  OKAY.  AND WHERE DID YOU HAVE
20   DINNER?
21        A.  KOREAN RESTAURANT IN FORT LEE.
22        Q.  AND HOW DID YOU PAY FOR DINNER
23   THAT NIGHT?
24        A.  CREDIT CARD, I BELIEVE.
25        Q.  YOUR CREDIT CARD?
```



Page 11

```
 1                    E. SHIN
 2         A. I DON'T REMEMBER.
 3         Q. AND WHAT DID YOU HAVE TO EAT?
 4         A. I THINK AROUND 8:00.
 5         Q. WHAT DID YOU EAT?
 6         A. TYPICAL KOREAN DISH.
 7         Q. WHICH IS WHAT?
 8         A. LIKE, GALBI, FISH, AND SOUP.
 9         Q. DID YOU HAVE ANY ALCOHOLIC
10    BEVERAGE?
11         A. YES.
12         Q. WHAT DID YOU DRINK?
13         A. SCOTCH WHISKY.
14         Q. AND WHAT KIND OF SCOTCH WHISKY?
15         A. JOHNNY WALKER BLACK OR BLUE.
16         Q. OKAY.  AND HOW MANY DRINKS DID
17    YOU HAVE?
18         A. I THINK ABOUT, AMONG -- ONE
19    PERSON DIDN'T DRINK -- SO AMONG THREE,
20    PROBABLY ONE AND A HALF BOTTLES.
21         Q. AND HOW MANY DID YOU HAVE OUT OF
22    THAT ONE AND A HALF BOTTLES?
23         A. ABOUT -- I DON'T EXACTLY
24    REMEMBER BUT NOT THAT MUCH.  ABOUT FIVE
25    TO SIX SHOTS.
```



Page 12

```
 1                    E. SHIN
 2        Q. FIVE TO SIX SHOTS?
 3        A. YES.
 4        Q. AND HOW MUCH IS IN EACH SHOT?
 5        A. ABOUT THIS MUCH (INDICATING).
 6        Q. HOW MANY OUNCES, ABOUT?
 7        A. I DON'T KNOW.
 8        Q. AROUND A SHOT GLASS?
 9        A. YEAH, SHOT GLASS.
10        Q. ONCE DINNER WAS OVER, YOU SAID
11   ABOUT 8:00?
12        A. AROUND 8:00.
13        Q. WHAT DID YOU DO?
14        A. JOHN KIM WAS DRIVING AND I RIDE
15   HIS CAR AND WE WENT TO FLUSHING.
16        Q. WHAT REASON DID YOU GO TO
17   FLUSHING?
18        A. TO MEET WITH MY CUSTOMER AND
19   FRIEND.
20        Q. WHO'S THAT?
21        A. MR. CHUNG KANE LEE, C-H-U-N-G,
22   K-A-N-E, L-E-E.
23        Q. DID DON JOO AND JOSHUA KIM ALSO
24   COME IN THE CAR WITH JOHN KIM?
25        A. NO.
```



Page 13

```
 1                    E. SHIN
 2      Q. IT WAS JUST YOU AND JOHN KIM?
 3      A. RIGHT.
 4      Q. AND JOHN KIM DROVE?
 5      A. JOHN KIM DROVE.
 6      Q. WHERE DID YOU GO IN FLUSHING?
 7      A. KARAOKE BAR.
 8           MS. NICOLAOU:  WHERE?
 9           MS. BERKOWITZ:  HE SAID
10      "KARAOKE BAR."
11      Q. WHERE IS THAT LOCATED?
12      A. I DON'T KNOW THE ADDRESS BUT
13   IT'S ON NORTHERN BOULEVARD, 160, I'M
14   NOT SURE.
15      Q. HAVE YOU EVER BEEN THERE BEFORE?
16      A. YES.
17      Q. HOW MANY TIMES?
18      A. THAT YEAR?
19      Q. YEAH.
20      A. FIRST TIME THAT YEAR.
21      Q. FIRST TIME IN 2017?
22      A. YEAH, 2017.
23      Q. AND WHAT ABOUT 2016?
24      A. I DON'T REMEMBER.  I WENT THERE
25   ON 2016, MAYBE A COUPLE OF TIMES BUT I
```



Page 14

```
 1                    E. SHIN
 2   DON'T REMEMBER EXACTLY.
 3        Q. IN TOTAL, HOW MANY TIMES HAVE
 4   YOU BEEN THERE BEFORE THAT NIGHT?
 5        A. PROBABLY ABOUT 10 TIMES, OVER
 6   FIVE OR SIX YEARS.
 7        Q. HOW DID YOU HEAR ABOUT THE
 8   PLACE, WAS IT THROUGH CHUNG LEE?
 9        A. IT'S A VERY FAMOUS PLACE AND
10   ALSO THAT'S ACROSS THE STREET FROM MY
11   OTHER BRANCH IN FLUSHING, OUR BANK.
12        Q. DO YOU EVER WORK OUT OF THAT
13   FLUSHING NOAH BANK BRANCH?
14        A. NO.
15        Q. IT'S JUST LOCATED ACROSS THE
16   STREET FROM THE KARAOKE BAR?
17        A. YES.
18        Q. WHEN DID YOU MAKE THE
19   ARRANGEMENTS WITH CHUNG LEE TO MEET HIM
20   THAT NIGHT?
21        A. I DON'T REMEMBER EXACT TIME BUT
22   I THINK HE CALLED ME, "WHERE ARE YOU?"
23   I DON'T REMEMBER, BUT WE TALK TO EACH
24   OTHER.
25        Q. AND IT WAS ON FRIDAY?
```



Page 15

1                    E. SHIN

2        A. FRIDAY.

3        Q. WHAT DID HE SAY WHEN HE CALLED

4     YOU?

5        A. "I'M HERE.  CAN YOU VISIT ME AND

6     TAKE A LOOK AT COUPLE OF THINGS?  I

7     WOULD LIKE TO DISCUSS A COUPLE OF

8     THINGS WITH YOU, BUSINESS."

9        Q. AND WHAT BUSINESS DID HE WANT TO

10    DISCUSS WITH YOU?

11       A. HE'S BUYING THAT BUILDING NEXT

12    TO IT AND WE'RE FINANCING THAT

13    BUILDING.

14       Q. WHEN YOU SAY "WE," YOU MEAN NOAH

15    BANK?

16       A. NOAH BANK.

17       Q. SO DID YOU MAKE THE ARRANGEMENTS

18    TO MEET HIM THAT NIGHT?

19       A. YES, AFTER THIS DINNER MEETING I

20    TOLD HIM, "I'LL BE THERE WITH THE LOAN

21    OFFICER."

22       Q. JOHN KIM WAS THE LOAN OFFICER?

23       A. YES, I BELIEVE SO.

24       Q. WHAT TIME DID YOU MEET CHUNG

25    LEE?



```
 1                      E. SHIN
 2       A. AROUND NINE O'CLOCK AROUND --
 3  BEFORE NINE OR I'M NOT SURE.
 4       Q. SO YOU WENT STRAIGHT FROM THE
 5  KOREAN RESTAURANT IN FORT LEE TO
 6  FLUSHING?
 7       A. YES.
 8       Q. DID YOU DRINK ANYTHING IN THE
 9  CAR, ANY ALCOHOL IN THE CAR?
10       A. NO.
11       Q. WHERE DID YOU MEET CHUNG LEE?
12       A. SECOND FLOOR OF THAT BUILDING.
13       Q. AND -- SO YOU ENTERED THE
14  BUILDING JUST WITH JOHN KIM?
15       A. YES.
16       Q. TELL ME WHAT YOU DID ONCE YOU
17  ENTERED THE BUILDING.  WHERE DID YOU
18  GO?
19       A. UPSTAIRS.
20       Q. OKAY.  AND HOW DID YOU GET
21  UPSTAIRS?
22       A. I'M NOT SURE IF I TOOK ELEVATOR
23  OR I WAS WALKING.
24       Q. HAD YOU TAKEN THE ELEVATOR
25  BEFORE, ON YOUR PRIOR OCCASIONS, AT
```



```
 1                    E. SHIN
 2   THAT PLACE?
 3        A. YES.
 4        Q. AND YOU KNEW WHERE THAT ELEVATOR
 5   WAS LOCATED?
 6        A. YES.
 7        Q. WHEN YOU WENT UPSTAIRS TO THE
 8   SECOND FLOOR, WHAT DID YOU DO?
 9        A. I WENT TO WHERE CHUNG KANE WAS
10   WAITING FOR ME.
11        Q. WHERE WAS HE WAITING FOR YOU?
12        A. IN THE ROOM.
13        Q. HE WAS ALREADY IN THE ROOM?
14        A. YES.
15        Q. WHAT NUMBER ROOM?
16        A. I DON'T REMEMBER THE ROOM BUT I
17   THINK THAT'S THE SECOND ROOM, BIGGER
18   ROOM.
19        Q. SECOND ROOM ON THE LEFT?
20        A. YEAH, LEFT.
21        Q. NOW, WHEN YOU GOT TO THE TOP OF
22   THE STAIRS, DID YOU HAVE TO OPEN A DOOR
23   IN ORDER TO GET INTO THE KARAOKE PLACE?
24        A. NO, THE DOOR WAS OPEN, I
25   BELIEVE.
```



Page 18

```
 1                    E. SHIN
 2       Q. THE DOOR WAS OPEN UP TOP?
 3       A. I DON'T REMEMBER EXACT BUT --
 4       Q. SO YOU'RE NOT SURE?
 5       A. I'M NOT SURE.
 6       Q. BUT YOU KNOW THERE WAS A DOOR
 7    THERE?
 8       A. I'M NOT SURE.
 9       Q. AND ONCE YOU GOT INTO THE
10    KARAOKE PLACE, BEFORE YOU GOT INTO THE
11    ROOM, DID ANYONE FROM THE KARAOKE PLACE
12    MEET YOU?
13       A. YEAH, MANAGEMENT OR WAITER.
14       Q. AND DID YOU KNOW THE MANAGER'S
15    NAME?
16       A. I THINK.  I KNOW THE OWNER, I
17    DON'T KNOW IF SHE'S THE MANAGER OR
18    OWNER.
19       Q. OKAY.  WHAT'S THE OWNER'S NAME?
20       A. LAST NAME, MOON.
21       Q. MOON, M-O-O-N?
22       A. YES.
23       Q. WAS SHE THERE THAT NIGHT?
24       A. YES.
25       Q. DID YOU SEE HER WHEN YOU GOT
```



```
 1                    E. SHIN
 2   THERE?
 3        A. I DON'T REMEMBER IF I SAW HER
 4   WHEN I ENTERED BUT SHE WAS THERE.
 5        Q. OKAY.  WHAT ABOUT THE MANAGER,
 6   DO YOU KNOW HIS NAME?
 7        A. I DON'T KNOW HIS NAME.
 8        Q. WHAT ABOUT THE WAITER, DO YOU
 9   KNOW HIS NAME?
10        A. I DON'T KNOW HIS NAME.
11        Q. HAVE YOU SEEN THAT MANAGER
12   BEFORE ON OTHER OCCASIONS WHEN YOU BEEN
13   THERE?
14        A. MAYBE.
15        Q. OKAY.  CAN YOU DESCRIBE HIM FOR
16   ME?
17        A. THE --
18        Q. MANAGER.
19        A. NO.  I THINK MOON IS THE MANAGER
20   AND OWNER, I'M TALKING ABOUT HER.
21        Q. OKAY.  AND WHAT ABOUT THE
22   WAITER?
23        A. YES, BUT I DON'T REMEMBER HIS
24   NAME.
25        Q. HAD HE BEEN A WAITER FOR YOU
```



Page 20

```
 1                      E. SHIN
 2    BEFORE THAT NIGHT?
 3         A. I THINK SO.
 4         Q. CAN YOU DESCRIBE HIM FOR ME?
 5         A. PRETTY TALL GUY, ABOUT 30.
 6         Q. AND KOREAN?
 7         A. KOREAN.
 8         Q. DID YOU RECOGNIZE HIM WHEN YOU
 9    GOT THERE?
10         A. I DON'T REMEMBER.
11         Q. DID HE SAY ANYTHING TO YOU TO
12    INDICATE THAT HE RECOGNIZED YOU?
13         A. YES.
14         Q. WHAT DID HE SAY?
15         A. HE WAS GREETING ME PRETTY, YOU
16    KNOW -- AND THEN RIGHT AFTER THAT "MR.
17    LEE IS WAITING FOR YOU."
18         Q. AND DID HE BRING YOU TO THE
19    ROOM?
20         A. YES.
21         Q. WHO WAS IN THE ROOM WHEN YOU GOT
22    THERE BESIDES CHUNG LEE?
23         A. MR. CHUNG LEE AND SOME BUSINESS
24    ASSOCIATE.  I DON'T REMEMBER BECAUSE I
25    DON'T KNOW HIM.
```



Page 21

1                          E. SHIN

2        Q. THAT WAS THE FIRST TIME THAT YOU

3    MET HIM?

4        A. FIRST TIME.

5        Q. DO YOU KNOW HIS NAME?

6        A. I DO NOT.

7        Q. AND YOU BELIEVE HE WAS SOME

8    ASSOCIATE OF CHUNG LEE?

9        A. CHUNG LEE OR CHUNG LEE'S FRIEND.

10       Q. SO IT WAS CHUNG LEE, THIS --

11   CHUNG LEE'S FRIEND, JOHN KIM, AND YOU?

12       A. YES.

13       Q. OKAY.  AND WHEN YOU GOT INTO THE

14   ROOM, WHAT WAS IN THE ROOM WHEN YOU GOT

15   IN THERE?  DESCRIBE THE ROOM FOR ME.

16       A. THERE'S A SOFA AND TABLE AND --

17   MIDDLE OF THE TABLE THERE'S SOME -- I

18   THINK FRUIT AND SOME SCOTCH WHISKY AND

19   BEER AND WATER.

20       Q. DO YOU KNOW WHO ORDERED THE

21   WHISKY?

22       A. MAYBE, MR. LEE.

23       Q. AND WHAT ABOUT THE BEER?

24       A. MAYBE, MR. LEE.

25       Q. DO YOU KNOW HOW LONG MR. LEE WAS



Page 22

```
 1                    E. SHIN
 2   THERE BEFORE YOU ARRIVED?
 3       A. I DON'T KNOW.
 4       Q. DID THE SERVER WALK INTO THE
 5   ROOM WITH YOU WHEN YOU GOT THERE?
 6       A. YES.
 7       Q. HOW LONG DID HE STAY FOR?
 8       A. I DON'T REMEMBER.  IN AND OUT, I
 9   BELIEVE.
10       Q. DID HE BRING ANY ALCOHOL WITH
11   HIM OR WAS IT ALREADY IN THERE?
12       A. ALCOHOL WAS ALREADY THERE.
13       Q. SAY THAT AGAIN?
14       A. ALCOHOL WAS ALREADY THERE.
15       Q. ONE BOTTLE OF SCOTCH WHISKY AND
16   BEER?
17       A. I THINK SO.
18       Q. WAS THE SCOTCH WHISKY -- WAS IT
19   JOHNNIE WALKER BLACK?
20       A. I DON'T REMEMBER, BUT IT WAS
21   SCOTCH.
22       Q. AND WAS IT OPEN?
23       A. OPEN.
24       Q. WAS IT ALREADY ON THE TABLE?
25       A. YES.
```



Page 23

```
 1                        E. SHIN
 2        Q. DO YOU REMEMBER HOW MUCH WAS
 3   LEFT IN THE BOTTLE WHEN YOU GOT THERE?
 4        A. I DON'T REMEMBER BUT I BELIEVE
 5   AFTER I WAS THERE -- THERE SHOULD BE
 6   ANOTHER BOTTLE IN(SIC).
 7        Q. ALL RIGHT.  SO LET'S STAY WITH
 8   THE FIRST BOTTLE.  HOW MUCH DID YOU
 9   DRINK FROM THAT FIRST BOTTLE?
10        A. I THINK, I MIXED WITH BEER AND
11   THREW ONE SHOT IN IT.  I THINK, I DRINK
12   ABOUT THREE TO FIVE.
13        Q. SO YOU MIXED THE SCOTCH WHISKY
14   WITH THE BEER?
15        A. YES.
16        Q. AND YOU HAD THREE TO FIVE SHOTS
17   OF THAT?
18        A. YES.
19        Q. WHAT FOOD WAS THERE?
20        A. MOSTLY FRUIT.
21        Q. DID YOU EAT FOOD WHILE YOU WERE
22   AT THE KARAOKE BAR?
23        A. MAYBE.
24        Q. SOME FRUIT, YOU REMEMBER?
25        A. I LIKE WATERMELON SO I MAY HAVE
```



Page 24

```
 1                    E. SHIN
 2    HAD WATERMELON.
 3         Q. ANYTHING ELSE YOU RECALL EATING
 4    AT THE KARAOKE PLACE?
 5         A. I DON'T REMEMBER.
 6         Q. WHAT ELSE DID YOU DO IN THE
 7    ROOM?  DID YOU DO KARAOKE?  JUST CHAT?
 8         A. TALKING.  A LOT OF TALKING.
 9         Q. DID YOU DO ANY KARAOKE?
10         A. THAT ROOM, I DON'T THINK SO.
11         Q. HOW LONG WERE YOU IN THAT ROOM
12    FOR?
13         A. LESS THAN HOUR.
14         Q. OKAY.  AND WAS ANOTHER BOTTLE OF
15    SCOTCH WHISKY BROUGHT BEFORE YOU LEFT?
16         A. YES.
17         Q. HOW LONG AFTER YOU GOT THERE WAS
18    THE SECOND BOTTLE ORDERED?
19         A. 30 MINUTES, PROBABLY.
20         Q. WHO ORDERED THE SECOND BOTTLE?
21         A. MAYBE, I ORDERED OR MR. LEE
22    ORDERED OR THE WAITER JUST BRING.
23         Q. YOU DON'T REMEMBER?
24         A. I DON'T REMEMBER.
25         Q. WAS IT THE SAME WAITER WHO
```



```
 1                    E. SHIN
 2   BROUGHT YOU TO THE ROOM?
 3        A. I THINK SO.
 4        Q. HOW LONG DID HE STAY THAT SECOND
 5   TIME HE CAME IN?
 6        A. LESS THAN FIVE MINUTES.
 7        Q. AND HE BASICALLY PUT THE BOTTLE
 8   DOWN ON THE TABLE AND LEFT?
 9        A. YES, MAYBE JUST TO SAY "HELLO,"
10   JUST GENERAL THINGS.
11        Q. YOU GUYS WERE HAVING A GOOD TIME
12   IN THE ROOM?
13        A. YES.
14        Q. AFTER, YOU SAID ABOUT LESS THAN
15   AN HOUR YOU LEFT THE ROOM?
16        A. NOT LEFT, I VISIT FIRST ROOM.
17        Q. FIRST ROOM?
18        A. FIRST ROOM, FROM THE LEFT SIDE.
19        Q. SO YOU WERE IN THE SECOND ROOM
20   AND YOU VISITED THE SECOND ROOM?
21        A. RIGHT, BECAUSE DANIEL PARK, CPA,
22   I KNOW HIM.
23        Q. DANIEL PARK, A CPA, WAS IN THE
24   FIRST ROOM?
25        A. RIGHT.
```



                        E. SHIN

1

2        Q. HOW DO YOU KNOW IF HE WAS THERE?

3        A. SOMEBODY TOLD HIM.  I DON'T KNOW

4    IF I MET HIM AT THE DOORWAY OR THE

5    RESTROOM OR HE CAME TO MY ROOM, I DON'T

6    REMEMBER.

7        Q. OKAY.

8        A. SO I GOT INVITED IN THE ROOM AND

9    I WAS THERE.

10       Q. OKAY.  AND WHO DID YOU GO WITH?

11       A. JUST ME, MAYBE JOHN KIM AT THE

12   BEGINNING, I'M NOT SURE.

13       Q. AND WHO ELSE WAS IN THAT ROOM

14   WITH DANIEL PARK?

15       A. TWO -- ONE IS -- NAME IS,

16   ANOTHER MR. LEE.

17       Q. OKAY.

18       A. YOUNG LEE.

19       Q. OKAY.

20       A. AND THE OTHER GUY'S NAME, I JUST

21   KNOW LAST NAME, MR. HONG.

22       Q. HOW DO YOU SPELL THAT?

23       A. H-O-N-G.

24       Q. DO YOU KNOW WHO THEY WERE WITH?

25       A. I THINK THEY WERE BOTH DANIEL



```
1                    E. SHIN
2    PARK'S CLIENTS BECAUSE DANIEL PARK
3    INTRODUCED ME TO THEM.
4         Q. HOW DID YOU KNOW DANIEL PARK?
5         A. HE'S MY CPA.  HE USED TO BE.
6         Q. AND DID DANIEL PARK AND YOUNG
7    LEE KNOW EACH OTHER?
8         A. I THINK SO.
9         Q. WAS YOUNG LEE DANIEL PARK'S
10   CLIENT, ALSO?
11        A. I DO NOT KNOW.
12        Q. DID YOU KNOW YOUNG LEE BEFORE
13   THAT NIGHT?
14        A. NO.
15        Q. YOU NEVER MET HIM BEFORE?
16        A. NO, I NEVER MET HIM.
17        Q. WHEN YOU WENT INTO THAT ROOM,
18   WHAT DID YOU DO?
19        A. WE INTRODUCE AND WE DRINK A LOT.
20        Q. WHAT DO YOU MEAN YOU DRANK "A
21   LOT"?
22        A. THEY ALREADY DRANK, I WAS DRUNK
23   TOO, AND I THINK WE ORDER ANOTHER TWO
24   SCOTCH BOTTLES.
25        Q. WHO WAS ALREADY DRUNK?
```



Page 28

```
 1                        E. SHIN
 2         A. ALL THREE AND INCLUDING ME TOO,
 3    SO FOUR.
 4         Q. YOU WERE DRUNK AT THAT TIME?
 5         A. YES, WHEN I GO INTO THAT ROOM I
 6    THINK I WAS PRETTY DRUNK.
 7         Q. WHAT'S THE BASIS FOR YOU SAYING
 8    YOU THINK YOUNG LEE WAS DRUNK?
 9         A. IT'S FIRST TIME MEETING AND IT'S
10    THE WAY HE WAS TALKING AND BEHAVIOR.
11         Q. HOW WAS HE TALKING THAT LED YOU
12    TO BELIEVE THAT HE WAS DRUNK?
13         A. YOU CAN TELL.
14         Q. GIVE ME AN EXAMPLE ABOUT WHAT HE
15    WAS SAYING OR THE WAY HE WAS SAYING IT.
16    HOW COULD YOU TELL?
17         A. LIKE, LAUGHING AND TALKING AND
18    HE WOULD STAND UP AND HE COULDN'T, YOU
19    KNOW, STAND UP AND I WAS DRUNK AND I
20    THOUGHT WE HAD A GOOD TIME THERE AND WE
21    HAD A PRETTY GOOD DRINK AND THEN SOON,
22    I THINK -- DANIEL PARK WAS KNOCKED OUT,
23    I THINK HE WAS ASLEEP.  I THINK, I
24    DON'T REMEMBER.
25         Q. SO DANIEL PARK WENT TO SLEEP,
```



```
 1                    E. SHIN
 2    YOU THINK?
 3         A. YES, AND THEN WE GOT KARAOKE IN
 4    THAT ROOM TOO.
 5         Q. YOU THINK THAT DANIEL WENT TO
 6    SLEEP ON ONE OF THE COUCHES?
 7         A. YES, I THINK HE WAS PRETTY DRUNK
 8    TOO.
 9         Q. WHAT TIME WAS THAT?
10         A. I DON'T REMEMBER.
11         Q. SO ONCE DANIEL PARK WENT TO
12    SLEEP IT WAS JUST YOU AND MR. YOUNG LEE
13    AND MR. HONG?
14         A. YES, AND, I THINK, OCCASIONALLY,
15    JOHN KIM OR MR. LEE -- CHUNG KANE LEE
16    OR WAITER CALLED ME TO FILL OUT THAT
17    LOAN AND VISIT THEM SO I THINK I WENT
18    TO CHUNG LEE'S ROOM AND CAME BACK.  I
19    DON'T REMEMBER EXACTLY.
20         Q. YOU WERE GOING BACK AND FORTH,
21    YOU THINK?
22         A. JUST TO VISIT SECOND ROOM BUT
23    I'M NOT SURE.
24         Q. SO WHAT TIME DO YOU THINK YOU
25    GOT INTO THE FIRST ROOM?
```



```
 1                        E. SHIN
 2         A. 10:30, 11:00.
 3         Q. HOW LONG DID YOU STAY IN THERE
 4    FOR?
 5         A. TWO HOURS, LESS THAN TWO HOURS.
 6              MS. NICOLAOU:  JUST TO BE
 7         CLEAR ON THE RECORD, THE FIRST
 8         ROOM; PARK'S ROOM OR LEE'S ROOM?
 9              MR. LEVINSON:  THE FIRST ONE
10         WE TALKED ABOUT IS THE SECOND
11         ROOM AND THIS IS THE FIRST ONE.
12              MS. NICOLAOU:  I DON'T KNOW
13         IF WE'RE REFERRING TO LOCATION
14         VERSUS NUMBER.
15         Q. THE FIRST ROOM YOU WENT INTO WAS
16    ROOM NUMBER TWO?
17         A. YES, MR. LEE'S ROOM.
18         Q. AND THEN YOUNG LEE'S ROOM WAS
19    ROOM NO. 1?
20              MS. NICOLAOU:  AND THAT ONE
21         HE ENTERED AT 10:30, 11:00, JUST
22         TO BE CLEAR?
23              MS. BERKOWITZ:  YEAH, IS
24         THAT GOOD?
25              MS. NICOLAOU:  YES, THANK
```



```
 1                    E. SHIN
 2      YOU.
 3      Q. WHAT DID YOU DRINK WHEN YOU GOT
 4   INTO YOUNG LEE'S ROOM?
 5      A. I DON'T REMEMBER BUT A LOT.
 6      Q. WHAT'S "A LOT"?
 7      A. PROBABLY, WHOLE BOTTLE.
 8      Q. A WHOLE BOTTLE OF WHAT?
 9      A. SCOTCH AND MAYBE FIVE BEERS.
10      Q. BY YOURSELF?
11      A. I THINK SO.
12      Q. AND DID YOU OBSERVE YOUNG LEE
13   DRINK ANY ALCOHOL?
14      A. YES.
15      Q. WHAT DID YOU OBSERVE HIM
16   DRINKING?
17      A. I THINK WE DRINK THE SAME AMOUNT
18   BECAUSE WE EXCHANGE EACH OTHER.
19      Q. WHAT DOES THAT MEAN, "EXCHANGE
20   EACH OTHER"?
21      A. I DRINK ONE SHOT, HE DRINK ONE
22   SHOT; SOMETHING LIKE THAT.
23      Q. YOU WERE HAVING A GOOD TIME WITH
24   HIM?
25      A. YES.
```



Page 32

1                     E. SHIN

2        Q. WAS IT THE SAME SERVER FOR BOTH

3   ROOMS?

4        A. YES.

5        Q. AND DID THE SERVER COME INTO

6   YOUNG LEE'S ROOM WHILE YOU WERE THERE?

7        A. I DON'T REMEMBER, I THINK SO.

8        Q. ONLY WHAT YOU REMEMBER.  I DON'T

9   WANT YOU GUESSING.

10       A. RIGHT.  OKAY.  I DON'T REMEMBER

11  BECAUSE I WAS DRUNK.

12       Q. DID ANYONE FROM THE KARAOKE

13  PLACE THAT YOU'RE AWARE OF WATCH YOUNG

14  LEE DRINK ALCOHOL?

15       A. I DO NOT KNOW.

16       Q. ALL RIGHT.  SO YOU SAID YOU WERE

17  THERE FOR ABOUT LESS THAN TWO HOURS?

18       A. YES.

19       Q. SO WHAT TIME DID YOU LEAVE?

20       A. AFTER 12:00, I DON'T REMEMBER.

21  I DON'T KNOW HOW I GOT UP, YOU KNOW.

22       Q. WAS THAT BECAUSE YOU WERE DRUNK?

23       A. YES.  I DON'T KNOW IF MR. JOHN

24  KIM PULLED ME OUT, I'M NOT SURE.

25       Q. DO YOU KNOW WHAT TIME THAT WAS?



Page 33

```
 1                         E. SHIN
 2          A. I THINK OVER 12:00.
 3          Q. WHERE DID YOU GO LAST?
 4          A. I WENT HOME, I THINK.
 5          Q. OKAY.  WHEN YOU LEFT YOUNG LEE'S
 6     ROOM, WHERE DID YOU GO?
 7          A. I SAW THE VIDEO.  I THINK -- I
 8     DON'T KNOW HOW I GET THERE AND I DON'T
 9     REMEMBER -- I THINK I WAS LOST OR
10     SOMETHING BECAUSE I WAS DRUNK.
11          Q. OKAY.  SO WHAT VIDEO ARE YOU
12     REFERRING TO?  THE VIDEO OF THE
13     INCIDENT?
14          A. YES.
15          Q. TELL ME WHAT'S THE LAST THING
16     THAT YOU REMEMBER?
17          A. I THINK WE HAD SOME ARGUMENT.  I
18     DON'T KNOW WHAT THE ARGUMENT WAS.
19          Q. ARGUMENT WITH WHO?
20          A. WITH LEE.
21          Q. WHERE DID THE ARGUMENT START?
22          A. I DO NOT REMEMBER.
23          Q. THIS WAS WITH YOUNG LEE?
24          A. YOUNG LEE.  I HAD A GOOD TIME
25     AND I REMEMBER I GOT OUT.  I DON'T KNOW
```



                      E. SHIN

1

2    HOW IT ENDED UP THAT HE KICKED ME.

3         Q. DO YOU KNOW WHAT THE ARGUMENT

4    WAS ABOUT?

5         A. I DO NOT.

6         Q. DO YOU KNOW HOW IT STARTED?

7         A. I DO NOT.

8         Q. DO YOU KNOW WHERE IT STARTED?

9         A. I DO NOT BECAUSE IT WAS THE

10   FIRST TIME I MET HIM.  I DON'T HAVE ANY

11   BUSINESS RELATIONSHIP SO I COULDN'T

12   UNDERSTAND.

13        Q. WHO DID YOU LEAVE WITH BESIDES

14   FOR YOUNG LEE?

15        A. LEAVE?

16        Q. YOU LEFT WITH YOUNG LEE?

17        A. RIGHT.

18        Q. AND WHO ELSE?

19        A. I THINK, JUST MYSELF.  I'M NOT

20   SURE ABOUT THAT PART, I DON'T REMEMBER.

21        Q. DID YOU WATCH THE VIDEO?  WHEN

22   YOU WATCHED THE VIDEO, WHO DID YOU SEE

23   ON THE VIDEO?

24        A. CHUNG LEE.

25        Q. CHUNG LEE.



```
 1                    E. SHIN
 2        A. JOHN KIM.
 3        Q. JOHN KIM.
 4        A. YOUNG LEE.
 5        Q. YOUNG LEE.
 6        A. I SAW WAITER.
 7        Q. YOU SAW A WAITER ON THE VIDEO?
 8             MS. NICOLAOU:  CAN YOU READ
 9        THE NAMES THAT HE SAW?
10             MS. BERKOWITZ:  CHUNG LEE,
11        JOHN KIM, YOUNG LEE, AND A
12        WAITER.
13             MS. NICOLAOU:  ALL RIGHT.
14        THANK YOU.
15             MS. BERKOWITZ:  ALL RIGHT.
16        Q. AND WHERE WAS THE WAITER?
17        A. I DON'T REMEMBER.
18        Q. BUT YOU REMEMBER SEEING HIM ON
19     THE VIDEO?
20        A. I THINK SO.
21        Q. AND WHERE WERE YOU RIGHT BEFORE
22     THE INCIDENT OCCURRED?  WHERE WERE YOU?
23        A. IN THAT ROOM, I BELIEVE.
24        Q. IN WHAT ROOM?
25        A. YOUNG LEE'S ROOM.
```



Page 36

                              E. SHIN

1

2          Q. OKAY.  AND WHERE DID HE KICK

3     YOU?

4          A. I DON'T REMEMBER, I JUST SAW THE

5     VIDEO.

6          Q. AND WHAT DID YOU SEE ON THE

7     VIDEO?  WHAT DO YOU RECALL ON THE

8     VIDEO?

9          A. HE KICKED ME BETWEEN LEGS.

10         Q. WHERE WERE YOU STANDING, RIGHT

11    BEFORE HE KICKED YOU?

12         A. I THINK, ON THE STAIRWAY OR

13    DOOR, WHATEVER YOU CALL IT.

14         Q. OKAY.  SO YOU HAD LEFT THE

15    KARAOKE BAR?

16         A. RIGHT.

17         Q. AND THEN WHAT DID YOU DO?  DID

18    YOU GO OUT OF A DOOR TO GO TO THE

19    STAIRWAY?

20         A. I THINK SO, WITH JOHN KIM

21    BECAUSE HE WAS DRIVING ME BACK.

22         Q. WAS THE DOOR CLOSED?

23         A. I DON'T REMEMBER.

24         Q. WAS THE DOOR CLOSED WHILE YOU

25    WERE IN THE STAIRWELL?



Page 37

                           E. SHIN
1
2          A. I DON'T REMEMBER.
3          Q. WAS THE WAITER ON THE LANDING OF
4    THE STAIRWELL?
5          A. WHO?
6          Q. THE WAITER?
7          A. I DON'T KNOW.
8          Q. WHERE WAS HE WHEN YOU BELIEVED
9    THAT YOUNG LEE KICKED YOU?
10         A. I THINK, HE'S IN THE HALL.
11         Q. OKAY.
12         A. I DO NOT KNOW.  OKAY.  YOU SAID
13   DON'T GUESS, RIGHT?
14         Q. THANK YOU.  I APPRECIATE THAT.
15   SO, TO YOUR KNOWLEDGE, DID THE WAITER
16   HEAR THE ARGUMENT?
17         A. I THINK SO.
18         Q. WHY DO YOU THINK THAT?
19         A. THAT'S WHAT CHUNG KANE LEE TOLD
20   ME.
21         Q. WHEN DID HE TELL YOU THAT?
22         A. "WHAT HAPPENED?"  "I TRIED TO
23   BLOCK HIM WITH THE WAITER OR
24   SOMETHING."
25         Q. TRIED TO BLOCK WHO?



Page 38

```
 1                    E. SHIN
 2        A. BLOCK YOUNG LEE.
 3        Q. SO CHUNG LEE TOLD YOU THAT YOU
 4   TRIED TO BLOCK YOUNG LEE WITH THE
 5   WAITER?
 6        A. RIGHT, BECAUSE HE SAID HE WAS
 7   "VERY AGGRESSIVE."
 8        Q. WHEN DID CHUNG LEE TELL YOU
 9   THIS?
10        A. AFTER THAT NIGHT, HE VISIT
11   ME(SIC).
12        Q. IN THE HOSPITAL?
13        A. NO, NOT HOSPITAL.  HOME, I
14   BELIEVE.
15        Q. OKAY.  THAT'S THE FIRST TIME HE
16   TOLD YOU THAT?
17        A. RIGHT.
18        Q. DO YOU KNOW WHAT YOUNG LEE WAS
19   BEING AGGRESSIVE ABOUT?
20        A. I DO NOT KNOW.
21        Q. DO YOU KNOW WHY HE MIGHT BE
22   UPSET?
23        A. I DO NOT KNOW.  I WANT TO ASK
24   HIM.
25        Q. HAVE YOU EVER ASKED HIM, UP
```



```
 1                    E. SHIN
 2   UNTIL TODAY?
 3        A. NO.  AGAIN, I DO NOT KNOW HIM.
 4        Q. RIGHT.  DID ANYONE TELL YOU, UP
 5   UNTIL TODAY, WHY YOUNG LEE WAS UPSET?
 6        A. NO, NOBODY.
 7        Q. DID YOUNG LEE'S -- DID YOUNG LEE
 8   MAKE CONTACT WITH YOUR BODY BEFORE THE
 9   INCIDENT?
10        A. I THINK WE EXCHANGED SOME BAD
11   WORDS WITH EACH OTHER.
12        Q. BAD WORDS?
13        A. ACCORDING TO VIDEO, I USE MY
14   FINGER, HE USE HIS FINGER.
15        Q. WHAT FINGER?  THE MIDDLE FINGER?
16        A. YEAH, THE MIDDLE FINGER.
17        Q. YOU GAVE HIM THE MIDDLE FINGER?
18        A. YEAH, I THINK SO.
19        Q. YOU DON'T KNOW WHY?
20        A. I DON'T REMEMBER.
21        Q. DID HE GIVE IT BACK?
22        A. YEAH.  HE MAY SAY SOMETHING TO
23   ME THAT'S WHY I GIVE HIM THE MIDDLE
24   FINGER.
25        Q. BUT YOU DON'T REMEMBER?
```



```
 1                    E. SHIN
 2        A. I DON'T REMEMBER.
 3        Q. THEN WHAT HAPPENED?
 4        A. I THINK THAT HE KICKED ME.
 5        Q. WHERE DID HE KICK YOU?
 6        A. I DO NOT KNOW.
 7        Q. DID HE TOUCH YOU WITH HIS FOOT?
 8        A. YES.
 9        Q. WHERE DID IT MAKE CONTACT WITH
10    YOU?
11        A. I DO NOT REMEMBER.  ACCORDING TO
12    VIDEO BECAUSE OF THAT KICK, I GO ALL
13    THE WAY DOWN.  IT WAS DARK THERE, I
14    THINK.
15        Q. YOU FELL DOWN WHERE?
16        A. I THINK, GROUND FLOOR.
17        Q. WHAT DO YOU MEAN THE "GROUND
18    FLOOR"?
19        A. THE BOTTOM OF THE STAIRS.
20        Q. HOW MANY STAIRS DO YOU THINK YOU
21    FELL DOWN?
22        A. I DO NOT REMEMBER.
23        Q. AND WHERE WERE YOU STANDING
24    RIGHT BEFORE HE KICKED YOU?
25        A. I THINK I WAS ON THE WAY OUT, I
```



Page 41

```
 1                      E. SHIN
 2    BELIEVE.
 3          Q. AND WHAT DO YOU MEAN YOU WERE
 4    "ON THE WAY OUT"?
 5          A. THE TOP OF THE STAIRS.
 6          Q. WERE ANY OF YOUR FEET ON THE
 7    STAIRS?
 8          A. I DO NOT KNOW.
 9          Q. OKAY.  AND IS IT -- WAS THE
10    WAITER STANDING THERE WHEN YOU FELL?
11          A. I DO NOT KNOW.
12          Q. AND DID THE MANAGER OR THE OWNER
13    WHO YOU DEFINED AS A LADY --
14          A. YES.
15          Q. -- WITH THE LAST NAME MOON --
16          A. MOON.
17          Q. WAS SHE PRESENT WHEN THE
18    ARGUMENT WAS TAKING PLACE?
19          A. I DO NOT REMEMBER.
20          Q. DO YOU KNOW WHERE SHE WAS?
21          A. I DO NOT KNOW.
22          Q. AND HOW TALL ARE YOU?
23          A. 5'8.
24          Q. AND HOW MUCH DID YOU WEIGH AT
25    THAT TIME?
```



Page 42

```
 1                    E. SHIN
 2        A. 225.
 3        Q. AND WHAT ABOUT YOUNG LEE?  CAN
 4   YOU TELL ME SOMETHING ABOUT HIS HEIGHT
 5   AND WEIGHT?
 6        A. AROUND ME, 5'6 OR 5'7.
 7        Q. AND WHAT ABOUT HIS WEIGHT?
 8        A. PROBABLY, 170.
 9        Q. DO YOU REMEMBER WHAT THE WAITER
10   WAS WEARING?  WAS HE WEARING A UNIFORM?
11        A. I DO NOT REMEMBER.  MAYBE A
12   WHITE SHIRT, I'M NOT SURE.
13        Q. OKAY.  DID YOU KNOW WHERE YOUNG
14   LEE WAS BEFORE THE KARAOKE BAR?
15        A. I DO NOT KNOW.
16        Q. DID HE HAVE ANY ALCOHOL BEFORE
17   THE KARAOKE BAR?
18        A. I DO NOT KNOW.
19        Q. DO YOU KNOW OF ANYBODY WHO YOU
20   BELIEVE WAS EMPLOYED BY THE KARAOKE BAR
21   WHO KNEW THAT YOUNG LEE WAS DRUNK?
22        A. I DO NOT KNOW.
23        Q. DO YOU KNOW OF ANYBODY AT THE
24   KARAOKE BAR WHO YOU BELIEVE WAS
25   EMPLOYED BY THE KARAOKE BAR THAT
```



Page 43

```
 1                    E. SHIN
 2   WITNESSED THE VERBAL ARGUMENT?
 3      A. I DO NOT KNOW.
 4          MS. BERKOWITZ:  DO YOU WANT
 5      TO WATCH THE VIDEO?
 6          MS. NICOLAOU:  SURE.
 7          MS. BERKOWITZ:  CAN WE PLAY
 8      THE VIDEO?  AND I'D LIKE TO HAVE
 9      HIM IDENTIFY IT.
10          MR. BASIL:  AS BEST AS YOU
11      CAN.
12          MS. BERKOWITZ:  AS BEST YOU
13      CAN.
14          YOU WANT TO PLAY IT BACK?
15          MR. BASIL:  YEAH, LET'S PLAY
16      IT BACK.
17          MS. NICOLAOU:  JUST FOR THE
18      RECORD, CAN WE ALL AGREE THAT
19      IT'S SOMEONE RECORDING THE SCENE
20      THAT'S PLAYING THE SECURITY
21      FOOTAGE?
22          MS. BERKOWITZ:  RIGHT.
23          MR. BASIL:  CORRECT.
24          MS. NICOLAOU:  OKAY.
25          (WHEREUPON, SECURITY FOOTAGE
```



Page 44

```
 1                    E. SHIN
 2      CLIP WAS MARKED AS DEFENDANT'S
 3      EXHIBIT A FOR IDENTIFICATION AS OF
 4      THIS DATE.)
 5             (WHEREUPON, COUNSEL PLAYS
 6      SECURITY FOOTAGE CLIP.)
 7      Q. OKAY.  MR. SHIN --
 8      A. THAT'S ME.
 9      Q. SO YOU CAN IDENTIFY YOURSELF AS
10   THE INDIVIDUAL?
11             MS. NICOLAOU:  WEARING
12      GLASSES.
13      A. THIS IS JOHN KIM (POINTING).
14      Q. YOU ARE --
15             MR. BASIL:  OUT OF THE THREE
16      PEOPLE -- THE ONE IN THE MIDDLE.
17             MS. NICOLAOU:  LEANING
18      AGAINST THE WALL.
19      Q. IS THAT WITH YOUR MIDDLE FINGER?
20      A. RIGHT.
21      Q. THE ONE IN THE FRONT -- JOHN
22   KIM, WITH THE GLASSES?
23      A. YES.
24      Q. WHAT ABOUT ON THE LEFT?
25      A. CHUNG LEE.
```



1                    E. SHIN

2        Q. CHUNG LEE.  HE'S NOT WEARING A

3    SUIT, CORRECT?

4        A. NO.

5        Q. BUT WITH GLASSES.  AND IS YOUNG

6    LEE THE GENTLEMEN THAT CHUNG LEE IS

7    HOLDING?

8        A. I DON'T KNOW HIM SO DON'T ASK

9    ME.  IF I MET HIM IN THE STREET, I CAN

10   NOT RECALL.

11       Q. YOU DON'T KNOW WHAT HE LOOKS

12   LIKE?

13       A. NO.

14           MS. BERKOWITZ:  CAN YOU

15       REWIND IT?

16       Q. THE GENTLEMEN IN THE GREEN SHIRT

17   WHO CHUNG LEE IS HOLDING BACK, DO YOU

18   BELIEVE THAT'S YOUNG LEE?

19       A. YES.

20       Q. DO YOU SEE THE WAITER IN THE

21   VIDEO?

22       A. NO.

23       Q. DO YOU KNOW WHERE THE WAITER IS

24   IN RELATION TO WHAT'S DEPICTED IN THE

25   VIDEO?



Page 46

```
 1                    E. SHIN
 2        A. OVER HERE (POINTING).
 3        Q. YOU'RE NOT SURE?
 4        A. I'M NOT SURE.
 5        Q. DO YOU KNOW IF HE WITNESSED
 6   THIS?
 7        A. NO.
 8        Q. DO YOU KNOW FOR SURE?
 9        A. NO, I'M NOT SURE.
10        Q. DO YOU SEE YOUNG LEE KICK YOU IN
11   THE VIDEO?
12        A. YES.
13        Q. WHERE DO YOU SEE THAT?
14        A. NOT THIS VIDEO, BUT VIDEO THAT I
15   SAW.
16        Q. WAS DIFFERENT?
17            MS. NICOLAOU:  COUNSEL, WAS
18        THERE ANOTHER VIDEO?
19        A. IT'S THE SAME VIDEO BUT MAYBE
20   DIFFERENT.  I DON'T REMEMBER -- I DON'T
21   KNOW IF HE KICKED ME OR NOT BECAUSE
22   PEOPLE TOLD ME I GOT KICKED.  DA TOLD
23   ME THAT SO MAYBE THAT'S MY MEMORY.
24        Q. WHO TOLD YOU THAT HE KICKED YOU?
25        A. DA.
```



```
 1                    E. SHIN
 2            MR. BASIL:  DISTRICT
 3      ATTORNEY.
 4      Q. THE DA TOLD YOU THAT YOUNG LEE
 5   KICKED YOU?
 6      A. YES.
 7      Q. DID ANYONE ELSE TELL YOU THAT HE
 8   KICKED YOU?
 9      A. MR. CHUNG LEE AND JOHN KIM AND
10   THEY KEEP TELLING ME THAT WE TRIED TO
11   BLOCK HIM BUT HE DID IT BETWEEN THE
12   LEGS OF CHUNG LEE.
13      Q. SO WHO TOLD YOU THAT THEY TRIED
14   TO BLOCK YOUNG LEE?
15      A. CHUNG LEE.
16      Q. THAT'S WHAT YOU SEE IN THE
17   VIDEO, CHUNG LEE WAS TRYING TO BLOCK --
18      A. YES.
19      Q. DO YOU KNOW WHAT HE WAS TRYING
20   TO BLOCK HIM FROM DOING?
21      A. YES, I THINK SO.
22      Q. WHAT?
23      A. HE PROTECTS ME, HE'S MY
24   LONG-TIME FRIEND.
25      Q. CHUNG LEE WAS TRYING TO PROTECT
```



Page 48

```
 1                    E. SHIN
 2    YOU FROM YOUNG LEE?
 3         A. YES, HE PROTECT ME SINCE I'M 11
 4    BECAUSE HE'S A BIG GUY AND WE WERE IN
 5    THE SAME MIDDLE SCHOOL IN CLASS SO I
 6    TOLD HIM THAT.  I COMPLAINED TO HIM
 7    THAT, "GOD, IN MIDDLE SCHOOL YOU SAVE
 8    ME FROM THE BIG GUY FROM HITTING ME BUT
 9    THIS TIME, HOW DARE YOU NOT PROTECT
10    ME?"  HE SAID, "I TRY BUT HE DID IT
11    BETWEEN MY LEGS, TOO.  I COULDN'T.  I
12    WAS DRUNK, TOO," HE SAID.
13         Q. CHUNG LEE WAS DRUNK, TOO?
14         A. YEAH.
15         Q. SO YOU THINK YOUNG LEE KICKED
16    BETWEEN CHUNG LEE'S LEG?
17         A. YES.
18         Q. OKAY.  AND BESIDES THE FOUR
19    PEOPLE THAT YOU SEE IN THE VIDEO, WAS
20    ANYBODY ELSE ON THE LANDING AT THE TIME
21    THAT THIS WAS HAPPENING THAT YOU KNOW
22    OF?
23         A. I DO NOT KNOW.
24         Q. OKAY.  HAS ANYBODY TOLD YOU, UP
25    UNTIL TODAY, THAT THEY WERE A WITNESS
```



Page 49

```
 1                    E. SHIN
 2    TO THIS, OTHER THAN WHAT --
 3         A. JOHN KIM?
 4         Q. -- JOHN KIM.
 5         A. JOHN KIM AND CHUNG LEE.
 6         Q. ANYBODY ELSE?
 7         A. I DON'T REMEMBER.
 8         Q. WHERE WAS DANIEL PARK, AT THE
 9    TIME?
10         A. HE WAS ASLEEP.
11         Q. OKAY.  HAS HE EVER TOLD YOU THAT
12    HE WAS A WITNESS OF WHAT HAPPENED THAT
13    NIGHT?
14         A. HE KEPT TELLING ME THAT I WAS
15    KNOCKED OUT AND ASLEEP.
16         Q. DANIEL PARK SAID HE WAS
17    SLEEPING?
18         A. YES.
19         Q. DO YOU KNOW THAT YOU IDENTIFIED
20    HIM AS A WITNESS IN THIS CASE?  DO YOU
21    KNOW WHAT HE WAS A WITNESS TO?
22         A. DANIEL PARK?
23         Q. RIGHT.
24         A. YEAH, HE WAS INTRODUCING YOUNG
25    LEE AND I THINK HE'S THE ONE THAT
```



Page 50

```
 1                     E. SHIN
 2    INVITED ME INTO THE ROOM.
 3         Q. THAT'S WHAT YOU THINK HE WAS A
 4    WITNESS TO?
 5         A. YES.
 6         Q. OKAY.  DID YOU EVER DISCUSS THIS
 7    INCIDENT WITH ANYBODY AT THE KARAOKE
 8    CLUB AFTER THAT NIGHT, UP UNTIL TODAY?
 9         A. NO.
10         Q. HAVE YOU BEEN BACK?
11         A. NO.  I'VE BEEN IN CHUNG LEE'S
12    RESTAURANT ON FIRST FLOOR BUT I'VE NOT
13    BEEN THERE.  I DON'T WANT TO SIT, I
14    DON'T WANT TO GO THERE.  NO WAY.
15         Q. DID YOU GIVE ANY STATEMENTS TO
16    THE POLICE, IN CONNECTION WITH YOUNG
17    LEE'S ARREST, UP UNTIL TODAY?
18         A. NO.
19         Q. NOT THAT NIGHT OR EVER, NO
20    STATEMENTS?
21         A. NO STATEMENT, JUST DA ASKED ME
22    SOME QUESTIONS.
23         Q. WHAT DID THE DA ASK YOU?
24         A. SHE SAID -- SHE ASK ME IF I
25    WOULD LIKE TO CHARGE HIM FOR A FELONY
```



Page 51

1                          E. SHIN

2      BUT NOT IN THE JAIL TERM AND CHUNG LEE

3      DOESN'T HAVE ANY ARREST TO LET GO AND

4      SHE TOLD ME HE'S 60 YEARS OLD AND "ARE

5      YOU OKAY WITH NOT GIVING JAIL TIME,"

6      SOMETHING LIKE THAT, AND MY WIFE WAS

7      VERY UPSET AND I SAID -- AND DA

8      CONVINCED ME -- "YOU KNOW, BOTH OF YOU

9      WERE DRUNK.  IT'S AN ACCIDENT."

10          Q. OKAY.  THE DA SAID IT WAS AN

11     ACCIDENT?

12          A. YES, ACCIDENT.  AND SHE TOLD ME,

13     "IF YOU'RE BEHIND THE WALL AND THE

14     STAIRWAY WAS MORE SAFER, YOU SHOULDN'T

15     BE GETTING INJURY LIKE THIS."

16          Q. SO YOU AGREED TO THE LESSER

17     CHARGE?

18          A. YES, WITH THE DA.

19          Q. AND IS THAT A CONVERSATION THAT

20     YOU HAD WITH THE DA IN PERSON OR OVER

21     THE PHONE OR WHAT?

22          A. SHE LIKE TO SEE ME SO I WENT TO

23     HER OFFICE IN JUNE OR JULY.

24          Q. DID SHE TAKE A RECORDING?

25          A. I DON'T THINK SO, I'M NOT SURE.



```
 1                    E. SHIN
 2    I DON'T THINK SO.
 3         Q. DID YOU SIGN ANYTHING?
 4         A. NO, SHE JUST NOTIFIED ME OF WHAT
 5    SHE WAS DOING.  SHE WAS PRETTY UPSET,
 6    TOO, ABOUT MY HEAVY INJURY BUT SHE WAS
 7    FAIR.  LET ME SAY THIS, DA WAS VERY
 8    FAIR.
 9         Q. OKAY.  I'M GOING TO PASS TO MY
10    CO-COUNSEL FOR A COUPLE OF MINUTES.
11         A. OKAY.
12    EXAMINATION
13    BY MS. NICOLAOU:
14         Q. GOOD AFTERNOON, MR. SHIN.  MY
15    NAME IS CARMEN NICOLAOU.  I'M FROM
16    CHARTWELL.  I REPRESENT THE WANG AND
17    THE TRUST AND THE WU DEFENDANTS.  THEY
18    WERE THE OWNERS OF THE BUILDING AT THE
19    TIME.
20              I'M JUST GOING TO BE ASKING YOU
21    SOME FOLLOW-UP QUESTIONS THAT WERE
22    TOUCHED ON BY CO-DEFENDANT AND THE SAME
23    RULES APPLY.  OKAY?
24         A. SURE.
25         Q. SO, I JUST WANT TO BE CLEAR.
```



Page 53

```
 1                    E. SHIN
 2    FROM THE MOMENT YOU WALKED OUT OF THE
 3    FIRST ROOM -- AND THAT'S THE ROOM MR.
 4    YOUNG LEE WAS IN AND MR. PARK, RIGHT?
 5    YOU DON'T REALLY REMEMBER ANYTHING THAT
 6    HAPPENED; IS THAT RIGHT?
 7         A. I REMEMBER WE WENT THERE, WE
 8    INTRODUCE --
 9         Q. NO, NO, NO.  LET ME BE CLEAR.
10    FROM THE MOMENT YOU WALKED OUT OF THAT
11    FIRST ROOM TO LEAVE FOR THE NIGHT, YOU
12    DON'T REMEMBER WHAT HAPPENED?
13         A. I DO NOT.
14         Q. SO YOU DON'T HAVE NO
15    RECOLLECTION OF THIS FIGHT, YOU DON'T
16    HAVE ANY RECOLLECTION OF ANYBODY
17    KICKING YOU OR FALLING DOWN THE STAIRS;
18    IS THAT RIGHT?
19         A. YES.
20         Q. EVERYTHING THAT YOU TESTIFIED TO
21    IS BASED ON WHAT YOU SAW IN THE VIDEO
22    AND WHAT PEOPLE HAVE TOLD YOU?
23         A. RIGHT.
24         Q. AS TO WHAT THEY SAW, RIGHT?
25         A. YES, THAT'S RIGHT.
```



Page 54

```
 1                    E. SHIN
 2        Q. NOW, YOU'VE BEEN TO THIS KARAOKE
 3   BAR BEFORE?
 4        A. YES.
 5        Q. I THINK YOU SAID 10 TIMES?
 6        A. YES, OVER FIVE YEARS.
 7        Q. AND IT'S LOOKED THE SAME OVER
 8   THE FIVE YEARS?
 9        A. I THINK SO.
10        Q. DO YOU HAVE A RECOLLECTION OF
11   WHETHER IT'S CHANGED AT ALL FROM THE
12   TIME YOU FIRST WENT THERE UNTIL THE DAY
13   OF YOUR ACCIDENT?
14        A. JUST THE STAIRWAY THERE.  I KNOW
15   THAT.
16        Q. WAS THE STAIRWAY THE SAME?
17        A. I THINK SO BUT I ALWAYS USE
18   ELEVATOR.
19        Q. YOU'VE SEEN THE STAIRWAY?  THE
20   STAIRWAY HAS ALWAYS BEEN THE SAME?  I
21   JUST WANT TO BE CLEAR WHETHER IT'S
22   CHANGED OR BEEN THE SAME.  IT'S BEEN
23   THE SAME?
24        A. YES.
25        Q. HAVE YOU EVER TAKEN THE STAIRWAY
```



Page 55

```
 1                    E. SHIN
 2    IN THE SIX TIMES THAT YOU WERE AT THIS
 3    IN THE KARAOKE BAR?
 4        A. I USE ELEVATOR BUT THAT NIGHT, I
 5    DON'T KNOW WHY I'M STANDING THERE.
 6    MAYBE, ELEVATOR DIDN'T WORK AT THE
 7    TIME, I'M NOT SURE.
 8            MS. BERKOWITZ:  DON'T GUESS
 9        AT ANYTHING.
10            THE WITNESS:  THAT'S WHY I
11        SAY "I'M NOT SURE."
12        Q. MR. SHIN, MY QUESTION TO YOU IS,
13    DID YOU USE THE ELEVATOR -- WE'LL KEEP
14    IT WITH THE EXCEPTION OF THE LAST NIGHT
15    YOU WERE THERE ON THE NIGHT OF YOUR
16    ACCIDENT.
17        A. RIGHT.
18        Q. THE OTHER PRIOR TRIPS TO THIS
19    KARAOKE BAR, DID YOU ONLY USE THE
20    ELEVATOR?
21        A. YES.
22        Q. YOU NEVER WENT UP THE STAIRS,
23    NEVER WENT DOWN THE STAIRS, RIGHT?
24        A. RIGHT, BECAUSE I'M SCARED.  I
25    DON'T LIKE THE STAIRWAY.
```



Page 56

1                              E. SHIN
2          Q. YOU INDICATED IN YOUR TESTIMONY
3    THAT NOAH BANK WAS FINANCING THE
4    PURCHASE OF THIS BUILDING?
5          A. YES.
6          Q. OKAY.  AND DID NOAH BANK
7    PURCHASE THIS BUILDING?
8          A. NOT PURCHASE, FINANCE.
9          Q. THEY PROVIDED THE MORTGAGE?
10         A. YES.
11         Q. AND WHAT WAS THE MORTGAGE
12   AMOUNT?
13         A. I THINK ABOUT $4.5 MILLION.
14         Q. AND NOAH BANK APPROVED THE
15   MORTGAGE AMOUNT?
16         A. YES.
17         Q. WERE YOU INVOLVED IN THAT
18   PROCESS?
19         A. YES.
20         Q. SO YOU HAVE HAVING BEEN A PATRON
21   OF THAT BUILDING OVER HOW MANY YEARS,
22   SIX YEARS?
23         A. SIX YEARS, FIVE YEARS.
24         Q. FIVE, SIX YEARS, WE'LL SAY.  AND
25   YOUR TITLE AT THE BANK IS WHAT?



Page 57

```
 1                    E. SHIN
 2        A. PRESIDENT.
 3        Q. AND CEO OR JUST PRESIDENT?
 4        A. CEO AND PRESIDENT.
 5        Q. SO YOU HOLD PRESIDENT TITLE AND
 6   CHIEF EXECUTIVE OFFICER, CHIEF
 7   EXECUTIVE OFFICER IS YOUR TITLE WITH
 8   RESPECT TO THE BOARD; IS THAT RIGHT?
 9        A. RIGHT.
10        Q. AND YOUR PRESIDENT TITLE IS THE
11   OFFICER OF THE BANK; IS THAT RIGHT?
12        A. RIGHT.
13        Q. SO AS PRESIDENT AND CHIEF
14   EXECUTIVE OFFICER, YOU'VE BEEN TO THIS
15   KARAOKE BAR FOR FIVE OR SIX YEARS, YOU
16   APPROVED FOR A -- I'M SORRY.  HOW MUCH
17   WAS THAT?
18        A. $4.5 MILLION.
19        Q. $4.5 MILLION FINANCE OF THIS
20   BUILDING, RIGHT?
21        A. RIGHT.
22        Q. AND THE PURPOSE OF NOAH BANK IS
23   TO MAKE MONEY OFF OF THE LOAN?
24        A. YES.
25        Q. AND WOULD NOAH BANK MORTGAGE OR
```



Page 58

1                      E. SHIN

2    FINANCE A BUILDING THAT IS NOT IN GOOD

3    SHAPE?

4        A. I'M NOT SURE ABOUT "NOT IN GOOD

5    SHAPE," BUT THE CLIENT -- MR. CHUNG

6    KANE LEE IS A VERY STRONG PARTNER AND

7    BASED ON THAT WE MADE IT AND BASED ON

8    THE APPRAISAL.

9        Q. IF YOU FELT THE BUILDING WAS NOT

10   A GOOD BUILDING, WOULD YOU APPROVE THE

11   FINANCE OF THAT BUILDING FOR

12   $4.5 MILLION?

13       A. WE HAVE TO TAKE A LOOK AT THE

14   OTHER MEASUREMENT.  SO IF IT NEEDS

15   IMPROVEMENTS, WE CAN ASK TO MAKE

16   IMPROVEMENTS.

17       Q. THE BUILDING RIGHT NOW IS BEING

18   FINANCED BY THE BANK, NOAH BANK?

19       A. RIGHT.

20       Q. AND THE STAIRCASE YOU REFERRED

21   TO, YOU DESCRIBED AS "SCARY LOOKING";

22   IS THAT RIGHT?

23       A. YES.

24       Q. IT'S STILL THERE, RIGHT?

25       A. NO, THEY FIXED IT.



1                    E. SHIN

2        Q. WHEN DID THEY FIX IT?

3        A. BECAUSE OF MY STRONG

4    RECOMMENDATION TO FIX IT.

5        Q. WHEN?

6        A. I DO NOT REMEMBER.

7        Q. IF I WAS TO REPRESENT TO YOU,

8    MR. SHIN, THAT THE STAIRCASE WAS

9    EXACTLY HOW IT WAS BEFORE THE ACCIDENT,

10   WOULD THAT SURPRISE YOU?

11            MR. BASIL:  OKAY.  OBJECT TO

12       THE FORM.

13       A. I DON'T THINK SO.

14       Q. YOU SAW THE VIDEO.  YOU SEEN IT

15   100 TIMES, RIGHT?

16       A. NO, JUST ONE TIME.

17       Q. ONLY ONE TIME.  THAT'S IT?

18       A. YES.

19       Q. SO, WE'RE GOING TO SEE IT MORE

20   THAN ONE TIME.

21       A. OKAY.

22       Q. WHEN WAS THE LAST TIME, BEFORE

23   TODAY, THAT YOU SAW THIS VIDEO?

24       A. ALMOST 18 MONTHS AGO.

25       Q. AND YOU ONLY SAW IT THAT ONE



Page 60

```
 1                    E. SHIN
 2    TIME?
 3        A. YES.
 4        Q. OKAY.
 5        A. I DO NOT WANT TO TAKE A LOOK.
 6        Q. I UNDERSTAND.  NOW, MR. SHIN, DO
 7    YOU KNOW WHO WAS VIDEOTAPING, I GUESS,
 8    THE COMPUTER MONITOR THAT WAS PLAYING
 9    THE SECURITY FOOTAGE?
10        A. I DO NOT KNOW.
11        Q. THE KARAOKE BAR --
12        A. I DO NOT KNOW.
13        Q. -- I'M NOT DONE WITH MY QUESTION
14    MR. SHIN.
15            THE KARAOKE BAR, IS IT STILL
16    THERE TODAY?
17        A. I DO NOT KNOW.
18        Q. HAVE YOU BEEN THERE SINCE?
19        A. NO.
20        Q. OKAY.  WE'RE GOING TO HIT PLAY
21    AGAIN.  I'M GOING TO POINT TO YOU,
22    MR. SHIN.  THAT'S YOU (POINTING),
23    CORRECT?
24        A. RIGHT.
25        Q. IN THIS PORTION OF THE VIDEO,
```



```
 1                    E. SHIN
 2    WHICH IS, I THINK, THREE SECONDS IN; IS
 3    THAT RIGHT?  WE'RE GOING TO MAKE SURE
 4    WE'RE ON THE RIGHT SCENE.
 5         A. RIGHT.
 6         Q. THAT'S YOU, MR. SHIN, CORRECT
 7    (POINTING)?  LEANING UP AGAINST THE
 8    WALL?
 9         A. RIGHT.
10         Q. AND YOU'RE HOLDING UP A MIDDLE
11    FINGER?
12         A. RIGHT.
13         Q. WHERE IS YOUR LEFT FOOT?  CAN
14    YOU SEE IT?
15         A. I DO NOT KNOW.
16         Q. DOES IT APPEAR IN THIS VIDEO
17    FOOTAGE, MR. SHIN, THAT YOU'RE STANDING
18    ON THE TOP STEP -- THE TOP LANDING AND
19    THE FIRST STEP DOWN?  DOES THAT LOOK
20    LIKE WHAT YOU'RE DOING?  TAKE A CLOSE
21    LOOK, IF YOU HAVE TO.
22         A. IT LOOKS LIKE.
23         Q. YOU AGREE WITH ME?  WILL YOU
24    AGREE WITH THAT STATEMENT THAT YOU'RE
25    STANDING -- WHAT APPEARS TO BE ONE FOOT
```



Page 62

```
 1                      E. SHIN
 2    ON THE LANDING AND YOUR SECOND FOOT
 3    WHICH WOULD BE YOUR RIGHT FOOT, ON THE
 4    TOP STEP; IS THAT RIGHT?
 5         A. IF YOU SAY SO.
 6         Q. I'M NOT ASKING -- I'M ASKING IF
 7    THAT'S WHAT YOU SEE IN THIS VIDEO,
 8    MR. SHIN?
 9         A. LOOKS LIKE IT.
10         Q. OKAY.  FAIR ENOUGH.
11            LET ME SEE IF I CAN GET THIS
12    RIGHT.  OKAY.  AND WE'RE ONE SECOND
13    MORE.  YOU'RE STILL HOLDING UP YOUR
14    MIDDLE FINGER, RIGHT?  YOUR POSITION IS
15    STILL THE SAME?
16         A. RIGHT.
17         Q. YES?
18         A. YES.
19         Q. OKAY.  NOW WE'RE EIGHT SECONDS
20    INTO THE VIDEO, IS YOUR MIDDLE FINGER
21    STILL UP THERE?
22         A. I THINK SO.
23         Q. DOES IT LOOK LIKE IT IS, SIR?
24         A. YES.
25         Q. ALL RIGHT.  SO FOR FIVE SECONDS
```



Page 63

```
 1                     E. SHIN
 2   YOUR MIDDLE FINGER IS STILL POINTED UP?
 3       A. YES.
 4          MS. NICOLAOU:  DID I START
 5       IT OVER?
 6          MR. BASIL:  YES.
 7          MS. NICOLAOU:  OKAY.  GIVE
 8       ME A SECOND.
 9       Q. NOW, WE'RE 11 SECONDS INTO THE
10   VIDEO, YOU'RE STILL IN THE SAME
11   LOCATION, RIGHT, YOU HAVEN'T MOVED?
12       A. OKAY.
13       Q. IS THAT CORRECT?
14       A. OKAY.
15       Q. I NEED "YES" OR "NO," MR. SHIN.
16   I NEED YOU TO EITHER AGREE WITH ME OR
17   NOT AGREE WITH ME.
18       A. IT LOOKS LIKE IT -- I KEEP
19   TELLING YOU IT LOOKS LIKE ACCIDENT.
20       Q. THANK YOU.  SO IT LOOKS LIKE
21   YOU'RE STILL IN THE SAME POSITION; YOUR
22   BACK IS UP AGAINST THE WALL, YOUR FIRST
23   FOOT IS ON THE LANDING, YOUR SECOND
24   FOOT IS ON THE FIRST STEP.  FAIR TO
25   SAY?
```



Page 64

                           E. SHIN
1
2        A. OKAY.
3        Q. OKAY.  NOW, 11 SECONDS INTO THE
4    VIDEO, WHAT DO YOU SEE HERE, MR. SHIN?
5        A. OKAY.  MY BODY FALLING.
6        Q. YEAH.  WHERE ARE YOUR ARMS?
7        A. HMM?
8        Q. WHERE ARE YOUR ARMS?
9        A. IN THE AIR.
10       Q. SO THEY'RE UP IN FRONT OF YOU,
11   RIGHT?
12       A. RIGHT.
13       Q. I WANT TO CALL IT LIKE A "SUPER
14   MAN."  OKAY?
15       A. OKAY.
16       Q. AM I RIGHT OR IS MY DESCRIPTION
17   INCORRECT?
18       A. I DON'T REMEMBER.
19       Q. I'M ASKING YOU WHAT SHOWS IN
20   THIS VIDEO.  I'M NOT ASKING YOU WHAT
21   YOU REMEMBER BECAUSE I UNDERSTAND YOU
22   DON'T REMEMBER WHAT HAPPENED THAT
23   NIGHT.
24       A. RIGHT.
25       Q. OKAY.  AND YOU DON'T REMEMBER --



Page 65

```
 1                    E. SHIN
 2        A. THIS IS MY FIRST TIME I SEE
 3    THIS.
 4        Q. I UNDERSTAND, SO WE'RE WALKING
 5    THROUGH IT --
 6            MS. BERKOWITZ:  YOU CAN
 7        WATCH IT AS MANY TIMES AS YOU
 8        WANT.
 9        Q. IF YOU WANT ME TO REWIND, I'LL
10    BE HAPPY TO.
11        A. ALL RIGHT.
12        Q. NOW, I'M ASKING WHAT'S BEING
13    SHOWN IN THE VIDEO.  NOW, THE VIDEO
14    SHOWS YOU'RE STARTING YOUR FALL DOWN
15    THE STAIRS; IS THAT RIGHT?
16        A. OKAY.
17        Q. AND YOUR ARMS ARE STRETCHED OUT
18    IN FRONT OF YOU; IS THAT CORRECT?
19        A. OKAY.
20        Q. "OKAY."  IS THAT YOUR WAY OF
21    SAYING "YES," MR. SHIN?
22        A. NO, LOOKS LIKE.
23        Q. IT LOOKS LIKE THAT'S WHAT IT'S
24    SHOWING IN THE VIDEO?
25        A. YES.
```



MAGNA
LEGAL SERVICES

Page 66

1                    E. SHIN

2        Q. OKAY.  I'M SORRY IF I ASKED YOU.

3    DO YOU KNOW WHO WAS TAPING THIS VIDEO

4    FOOTAGE FROM THE SCENE?  DO YOU KNOW

5    THAT?

6        A. I DO NOT KNOW.

7        Q. WERE YOU -- WHEN YOU SAW THE

8    VIDEO FOOTAGE FOR THE FIRST TIME, WAS

9    IT THIS PARTICULAR VIDEO FOOTAGE?  IN

10   OTHER WORDS, DID YOU SEE IT ON THE

11   COMPUTER SCREEN OF THE ACTUAL FOOTAGE

12   OR DID YOU SEE SOMEBODY'S TAPING OF

13   THAT FOOTAGE?

14        DO YOU UNDERSTAND?  IN OTHER

15   WORDS, DID YOU SEE THIS PARTICULAR

16   VIDEO FOOTAGE?

17        A. NO, DIFFERENT.  I THINK SOMEBODY

18   TAKING THIS(SIC).

19        Q. YES, I AGREE WITH YOU, MR. SHIN,

20   BUT THE ONE YOU SAW FOR THE FIRST TIME

21   WAS 18 MONTHS AGO, THAT WAS A DIFFERENT

22   ONE THAN THIS ONE, RIGHT?

23        A. RIGHT.

24        Q. WHERE WERE YOU WHEN YOU SAW

25   THIS?



Page 67

                        E. SHIN
1
2      A. WHERE WAS I?
3      Q. WHERE WERE YOU PHYSICALLY WHEN
4  YOU OBSERVED THAT FOOTAGE, THE ONE YOU
5  SAW 18 MONTHS AGO?
6      A. I DO NOT REMEMBER BUT I GOT IT
7  FROM A KOREAN PRESS PEOPLE SO I WAS
8  SHOCKED.
9      Q. WAS IT E-MAILED TO YOU?
10     A. YES.  ABOUT THIS VIDEO.  THEY
11 SAID DONG, D-O-N-G, LEE, DISPUTED THIS
12 VIDEO TO ALL THE KOREAN PRESS PEOPLE
13 AND HE EVEN PUT THIS THING ON THE
14 YOUTUBE, BUT I NEVER SEEN THE YOUTUBE.
15          MS. NICOLAOU:  SO, I GUESS,
16      MY QUESTION IS, BOB, IS THERE
17      ANOTHER FORMAT OF THIS VIDEO THAT
18      YOU'RE AWARE OF?
19          MR. BASIL:  I'M NOT.  I HAD
20      ONE VIDEO AND THIS IS IT.
21          MS. NICOLAOU:  DID YOU LOOK
22      TO SEE IF THERE'S A YOUTUBE
23      FORMAT?
24          MR. BASIL:  THIS IS THE
25      FIRST I'M HEARING OF IT.



Page 68

```
 1                    E. SHIN
 2             MS. NICOLAOU:  FIRST TIME
 3        YOU'RE HEARING IT.
 4        Q. JUST TO BE CLEAR, MR. SHIN,
 5   YOU'RE SAYING THAT THE FIRST TIME YOU
 6   SAW THIS VIDEO, IT WASN'T IN THIS
 7   FORMAT, RIGHT?
 8        A. SIMILAR, BUT NOT IN THIS FORMAT.
 9   JUST SOMEBODY TAKE A CAPTURE OF -- LIKE
10   THIS ONE.
11        Q. WAS IT CLEARER?  WAS IT BETTER
12   VIDEO FOOTAGE?
13        A. NO.
14        Q. THIS ONE IS BETTER?
15        A. YEAH, THIS ONE IS BETTER.
16        Q. OKAY.  WHEN I SAY "BETTER," I
17   MEAN QUALITY-WISE?
18        A. QUALITY.
19             MS. BERKOWITZ:  DID YOU SEE
20        ANYTHING ELSE IN THE OTHER VIDEO
21        THAT YOU DON'T SEE IN THIS VIDEO?
22             THE WITNESS:  NO, THIS ONE
23        LOOKS LIKE DIVING.  FIRST TIME I
24        SEE THAT, RIGHT NOW.
25        Q. NOW, YOU INDICATED THAT WHEN YOU
```



Page 69

1                    E. SHIN

2    WENT INTO THE SECOND ROOM THERE WAS

3    ALREADY SCOTCH, BEER, AND FRUIT; IS

4    THAT RIGHT?

5         A. RIGHT.

6         Q. WHEN YOU FIRST ARRIVED AND YOU

7    HAD A SHOT OF SCOTCH, BEER -- SCOTCH

8    AND BEER, YOU MIXED IT TOGETHER?

9         A. RIGHT, MIXED.

10        Q. CAN YOU TELL ME HOW MUCH SCOTCH

11   AND BEER WENT INTO THAT GLASS?

12        A. ONE SHOT SCOTCH AND ONE THIRD OR

13   HALF OF BEER.

14        Q. SO ONE SHOT OF SCOTCH AND WHAT

15   WAS THE OTHER PART?  WHAT WAS THE BEER

16   PORTION?

17        A. HALF A BOTTLE, ONE THIRD A

18   BOTTLE OF BEER.

19             MR. BASIL:  SIX OUNCES,

20        SOMETHING LIKE THAT?

21        Q. SO ABOUT SIX OUNCES.  OKAY.  AND

22   WHAT KIND OF BEERS WAS IT?

23        A. COORS LIGHT.

24        Q. I'M SORRY?

25        A. COORS LIGHT.



Page 70

```
 1                    E. SHIN
 2        Q. AND YOU DRANK THAT SAME
 3   CONSISTENCY WHILE YOU WERE IN THE FIRST
 4   ROOM?
 5        A. I DON'T REMEMBER.
 6        Q. THE ROOM IN THE MIDDLE, THE
 7   FIRST ROOM YOU VISITED, YOU HAD THE
 8   SCOTCH AND THE BEER?
 9        A. YES.
10        Q. WHEN YOU ARRIVED TO THE KARAOKE
11   BAR, DID YOU FEEL THAT YOU WERE DRUNK?
12        A. LITTLE.
13        Q. YOU HAD THE BUZZ GOING?
14        A. NO, BUT I REMEMBER WHEN I ARRIVE
15   THERE.
16        Q. YOU FELT DRUNK?
17        A. YEAH, PRETTY GOOD AMOUNT.
18        Q. OKAY.  AND HOW LONG DID IT TAKE
19   YOU, FROM WHEN YOU LEFT FORT LEE TO
20   ARRIVE TO THE KARAOKE PLACE?
21        A. LESS THAN AN HOUR, NOT MORE THAN
22   AN HOUR.  45 MINUTES, ONE HOUR.
23        Q. WHEN YOU ARRIVED, YOU TOOK THE
24   ELEVATOR UP?
25        A. I DON'T REMEMBER.
```



Page 71

1                        E. SHIN

2        Q. SO YOU DON'T REMEMBER IF YOU

3    TOOK THE ELEVATOR OR THE STAIRS?

4        A. RIGHT.

5        Q. DID YOU HAVE ANY PROBLEMS

6    REACHING THE SECOND FLOOR OF THE

7    KARAOKE BAR WHEN YOU ARRIVED TO THE

8    KARAOKE BAR THAT NIGHT?

9        A. I DON'T REMEMBER AND MY HABIT IS

10   ALREADY -- I'M USING THE ELEVATOR OR IF

11   I DON'T, I ALWAYS GRAB THE HANDRAIL.

12       Q. OKAY.  I THINK EARLIER THAT YOU

13   TESTIFIED THAT YOU ALWAYS, EXCLUSIVELY,

14   USE THE ELEVATOR?

15       A. YES, BUT IF ELEVATOR ISN'T

16   AVAILABLE -- I ALWAYS USING IT(SIC).

17       Q. IN THAT FACILITY OR JUST

18   GENERALLY SPEAKING?

19       A. GENERALLY SPEAKING.

20       Q. BUT YOU DO NOT REMEMBER THAT

21   EVENING WHEN YOU ARRIVED WHAT YOU DID

22   AND HOW YOU GOT UP TO THE SECOND FLOOR?

23       A. I DON'T REMEMBER.  NOT BECAUSE I

24   WAS DRUNK, I DON'T REMEMBER.

25       Q. THAT WAS MY NEXT QUESTION.  SO



Page 72

```
 1                        E. SHIN
 2    YOU WERE STARTING TO FEEL DRUNK; IS
 3    THAT RIGHT?
 4        A. YES.
 5        Q. AND YOU WENT INTO THE SECOND
 6    ROOM WHERE YOU MET UP WITH CHUNG LEE?
 7        A. YES.
 8        Q. AND YOU GUYS HAD MORE DRINKS?
 9            MS. BERKOWITZ:  WAIT A
10        SECOND.  THE SECOND ROOM WAS
11        YOUNG LEE.  FIRST ROOM IS CHUNG
12        LEE.
13            MR. LEVINSON:  FIRST ROOM IS
14        "ROOM TWO," SECOND ROOM IS "ROOM
15        ONE."
16            MS. NICOLAOU:  I'M GOING TO
17        USE ROOM TWO AND ROOM ONE.
18        Q. WHEN YOU FIRST ENTERED THE
19    KARAOKE BAR AND YOU WENT INTO ROOM TWO
20    WHERE YOUR FRIEND CHUNG LEE WAS?
21        A. YES.
22        Q. AND WE JUST LEARNED HE WAS YOUR
23    FRIEND FROM CHILDHOOD?
24        A. YES.
25        Q. PROTECTED YOU AGAINST BULLIES?
```



Page 73

```
 1                    E. SHIN
 2        A. YES.
 3        Q. GOOD FRIEND.  KEEP HIM CLOSE.
 4        A. NOT GOOD FRIEND.  HE'S A GOOD
 5   BUSINESSMAN.
 6        Q. AND YOU WERE THERE AND YOU HAD
 7   -- THERE WAS ALREADY ALCOHOL THERE.
 8   AND I GUESS MY QUESTION TO YOU IS,
 9   MR. SHIN, DO YOU REMEMBER HOW MUCH
10   SCOTCH WAS LEFT IN THAT BOTTLE WHEN YOU
11   FIRST ARRIVED TO ROOM TWO?
12        A. I DO NOT REMEMBER.
13        Q. WAS IT FULL, HALF EMPTY, CAN YOU
14   APPROXIMATE IN ANY WAY?
15        A. I DO NOT REMEMBER.
16        Q. OKAY.  BUT YOU REMEMBER THAT
17   ANOTHER BOTTLE WAS BROUGHT?
18        A. YES, CONSTANT.
19        Q. SO YOU AND CHUNG LEE FINISHED
20   THE FIRST BOTTLE AND THEN ANOTHER
21   BOTTLE WAS BROUGHT?
22        A. MAYBE HE FINISHED THE FIRST
23   BOTTLE, MAYBE I FINISH THE SECOND
24   BOTTLE, I'M NOT SURE.
25        Q. OKAY.  CAN YOU ESTIMATE FOR ME,
```



Page 74

```
 1                        E. SHIN
 2    MR. SHIN, HOW MUCH ALCOHOL YOU
 3    CONSUMED -- WHETHER IT'S -- HOW MANY
 4    BOTTLES OF SCOTCH YOU CONSUMED?  DID
 5    YOU CONSUME A WHOLE BOTTLE?  HALF A
 6    BOTTLE?
 7              MR. BASIL:  IN WHICH ROOM?
 8              MS. NICOLAOU:  WE'RE TALKING
 9        ABOUT ROOM ONE -- ROOM TWO.  I'M
10        SORRY.
11              MR. LEVINSON:  THE FIRST
12        ROOM HE ENTERED.
13    A. MORE THAN A HALF A BOTTLE.
14    Q. HOW BIG WAS THAT BOTTLE?
15    A. 75 MILLIMETERS.
16    Q. WHO PAID FOR THAT ALCOHOL IN
17    THAT ROOM, ROOM TWO?
18    A. ON THAT NIGHT, I DO NOT
19    REMEMBER.
20    Q. OKAY.  AND THEN YOU LEFT, YOU
21    BUMPED INTO YOUR FRIEND, DANIEL PARK?
22    A. RIGHT.
23    Q. AND YOU WENT TO VISIT HIM?
24    A. RIGHT.
25    Q. AND CHUNG LEE STAYED IN HIS
```



```
 1                     E. SHIN
 2    ROOM?
 3         A. YES.
 4         Q. SO HE DIDN'T COME INTO ROOM ONE?
 5         A. NO.
 6         Q. AND IN THAT ROOM, YOU DRANK SOME
 7    MORE?
 8         A. RIGHT.
 9         Q. WAS IT STRAIGHT SCOTCH OR SCOTCH
10    AND BEER, AS WELL?
11         A. I THINK A MIX.  I DON'T REMEMBER
12    EXACTLY BUT I THINK A MIX.
13         Q. DO YOU REMEMBER WHO PAID FOR
14    THAT ALCOHOL?
15         A. I DO NOT REMEMBER BUT I THINK I
16    MAY PAY SOME TOO BECAUSE I DID NOT HAVE
17    MONEY IN MY WALLET.
18         Q. YOU DIDN'T HAVE MONEY IN YOUR
19    WALLET?
20         A. RIGHT.
21         Q. DO YOU BELIEVE YOU PAID SOME
22    CASH?
23         A. YES, I ALWAYS BRING -- I ALWAYS
24    HAVE A MINIMUM OF $1,000.
25         Q. OKAY.  WHEN YOU NORMALLY GO OUT
```



Page 76

```
 1                    E. SHIN
 2   TO DRINK WITH YOUR FRIENDS, DO YOU USE
 3   YOUR CARD OR CASH?
 4        A. CARD AND CASH, COMBINATION.
 5        Q. THAT NIGHT, DO YOU REMEMBER HOW
 6   MUCH WAS IN YOUR WALLET?
 7        A. I DON'T REMEMBER EXACT BUT I'M
 8   PRETTY SURE, MINIMUM OF THOUSAND
 9   DOLLARS.
10        Q. YOU HAD A MINIMUM OF $1,000,
11   RIGHT.  AND IT WAS GONE BY THE TIME --
12        A. YES.
13        Q. AND BECAUSE OF THAT, YOU PAID
14   FOR THE DRINKS?
15        A. YES.
16             MR. BASIL:  HE WAS GONE BY
17        THE TIME HE HAD HIS ACCIDENT,
18        RIGHT?
19        Q. BY THE TIME YOU HAD YOUR
20   ACCIDENT, CORRECT?
21        A. RIGHT.
22        Q. AND BECAUSE OF THAT, YOU BELIEVE
23   YOU PAID FOR THE DRINKS?
24        A. YES.
25        Q. AND THAT'S THE DRINKS IN ROOM
```



Page 77

```
 1                    E. SHIN
 2   ONE, RIGHT?
 3        A. I THINK SO.
 4        Q. HOW MANY ROOMS ARE IN THIS
 5   KARAOKE BAR?
 6        A. I DO NOT KNOW.
 7        Q. OKAY.  AND IS IT ONLY FOR
 8   UPSTAIRS?
 9        A. I DO NOT KNOW.
10        Q. SO YOU DON'T KNOW IF IT OCCUPIES
11   MORE THAN ONE FLOOR?
12        A. I DON'T THINK THEY OCCUPY MORE
13   THAN THAT FLOOR.
14        Q. OKAY.  AND HOW WOULD YOU
15   DESCRIBE THE LIGHTING WHEN YOU FIRST
16   ENTERED THE KARAOKE BAR?
17        A. PRETTY DARK.
18        Q. OKAY.  WERE YOU -- ARE YOU ABLE
19   TO SEE YOUR HANDS IN FRONT OF YOU?
20        A. I DON'T REMEMBER, BUT I THINK
21   SO.
22        Q. OKAY.  DID YOU EVER HAVE ANY
23   PROBLEMS SEEING WHERE YOU WERE GOING
24   WHEN YOU WENT TO THE KARAOKE BAR?
25        A. I DON'T REMEMBER.
```



MAGNA
LEGAL SERVICES

Page 78

1                    E. SHIN

2        Q. YOU DON'T REMEMBER SEEING WHERE

3    YOU WERE GOING?  WHAT ABOUT THE PRIOR

4    TIMES YOU USED THAT FACILITY THAT YOU

5    WENT TO THAT PARTICULAR NIGHT?

6        A. I DON'T THINK ABOUT IT AND I

7    DON'T REMEMBER.

8        Q. IF IT WAS DARK ENOUGH WHERE YOU

9    COULDN'T SEE IN FRONT OF YOU, WOULD

10   THAT BE SOMETHING YOU REMEMBER?

11       A. I DON'T REMEMBER AND I DO NOT

12   KNOW.

13       Q. DID YOU EVER HAVE ANY DIFFICULTY

14   NAVIGATING THE KARAOKE BAR?  WHETHER

15   GOING IN ONE ROOM TO ANOTHER, GOING IN

16   THE ELEVATOR, OUT OF THE ELEVATOR, DID

17   YOU EVER HAVE ANY DIFFICULTY, IN ANY OF

18   YOUR VISITS TO THE KARAOKE BAR,

19   NAVIGATING?

20       A. I DON'T THINK I HAD A PROBLEM

21   FOR THAT BUT I DON'T REMEMBER EXACTLY.

22       Q. IN THE PRIOR VISITS TO THE

23   KARAOKE BAR, WOULD YOU GET DRUNK?

24       A. YOU MEAN, FROM THE RESTAURANT?

25       Q. WELL, YOU WERE DRUNK THAT NIGHT;



Page 79

1                    E. SHIN
2    IS THAT RIGHT?
3         A. RIGHT.
4         Q. AND YOU INDICATED THAT YOU HAVE
5    GONE TO THE KARAOKE BAR AT LEAST 10
6    TIMES OVER A COURSE OF FIVE OR
7    SIX YEARS?
8         A. YES.
9         Q. AND IN THE 10 VISITS TO THE
10   KARAOKE BAR, DID YOU GET DRUNK EACH AND
11   EVERY TIME?
12        A. I THINK SO.
13        Q. AND IN THE 10 VISITS THAT YOU
14   WENT TO THE KARAOKE BAR WHERE YOU GOT
15   DRUNK, DID YOU EVER FALL AND GET HURT?
16        A. NO.
17        Q. DID YOU EVER HAVE ANY DIFFICULTY
18   ENTERING AND EXITING THE KARAOKE BAR?
19        A. NO.
20        Q. OKAY.  ON AN AVERAGE MONTH,
21   MR. SHIN, BACK IN 2017, ON AN AVERAGE
22   MONTH -- IN AN AVERAGE MONTH, HOW OFTEN
23   WOULD YOU DRINK TO THE POINT YOU BECAME
24   INTOXICATED?
25        A. 2017.



```
 1                      E. SHIN
 2         Q. ON AN AVERAGE MONTH, BACK IN
 3    2017?
 4         A. NOT MUCH.
 5         Q. WHEN YOU WENT OUT FOR A BUSINESS
 6    MEETING AT NIGHT, TO DINNER WITH YOUR
 7    FRIENDS, WOULD YOU DRINK TO THE POINT
 8    OF GETTING DRUNK?
 9         A. OCCASIONALLY BUT I TRY NOT TO
10    DRINK MUCH SINCE 2013.
11              MS. NICOLAOU:  I'M SORRY,
12         CAN YOU READ BACK THAT ANSWER?
13              (WHEREUPON, THE RECORD WAS
14         READ BY THE REPORTER.)
15         Q. WHAT HAPPENED IN 2013?
16         A. I LIKE CONCENTRATION WHILE
17    WORKING AND I ALWAYS WORK AT THE OFFICE
18    SO I TRY NOT TO DRINK.
19              MR. BASIL:  CAN YOU READ
20         BACK THAT WHOLE ANSWER?
21              (WHEREUPON, THE RECORD WAS
22         READ BY THE REPORTER.)
23         Q. DID YOU EVER REPORT TO YOUR
24    DOCTORS, WHETHER IT'S AT -- THE ONES
25    WHO ARE TREATING YOU FOR THIS INCIDENT,
```



Page 81

1                    E. SHIN

2    WHETHER IT'S A PHYSICAL THERAPY

3    FACILITY OR EMERGENCY ROOM THAT WHEN

4    YOU DRINK, YOU TEND TO DRINK HEAVILY.

5            DID YOU EVER SAY THAT TO YOUR

6    DOCTORS OR NURSES WHO TREATED YOU?

7        A. I DON'T REMEMBER BUT LIKE YOU

8    JUST MENTIONED, IF I DRINK, I DRINK

9    HEAVILY.

10       Q. OKAY.  SO EITHER YOU DRINK OR

11   DON'T DRINK AND IF YOU DRINK, YOU DRINK

12   HEAVILY?

13       A. RIGHT.

14       Q. HOW OFTEN DID YOU DRINK -- WE'LL

15   SAY BACK IN 2017, BEFORE YOUR ACCIDENT?

16       A. ALMOST -- I HAVEN'T DRANK ON

17   THAT YEAR, NOT MUCH.

18       Q. HOW ABOUT 2017, BETWEEN --

19   EXCUSE ME.  HOW OFTEN WOULD YOU DRINK?

20       A. MAYBE SIX, SEVEN TIMES.

21       Q. WHERE YOU DRANK TO THE POINT --

22       A. ALL YEAR.

23       Q. YOUR DRINK OF CHOICE IS WHAT?

24   DID YOU HAVE A TYPICAL DRINK?

25       A. SOJU, S-O-J-U, TYPICAL KOREAN



Page 82

1                    E. SHIN

2     BOTTLE OF VODKA.  IT'S 25-DEGREE

3     ALCOHOL MIXED WITH THE BEER.  THAT'S MY

4     FAVORITE DRINK.

5          Q. 25 PERCENT ALCOHOL OR IS IT

6     DEGREE?

7          A. I DON'T KNOW IF IT'S DEGREE OR

8     PERCENT BUT THEY PUT 25 PERCENT.

9          Q. OKAY.  MIXED WITH BEER?

10         A. YES.

11         Q. AND WHAT KIND OF BEER DO YOU

12    USUALLY HAVE?

13         A. COORS LIGHT.

14         Q. IS THAT YOUR BEER OF CHOICE,

15    COORS LIGHT?

16         A. I MEAN, KOREAN CULTURE; MOST

17    PEOPLE USE COORS LIGHT TO MIX.

18         Q. AND YOU MIX THE TWO TOGETHER?

19         A. YES.

20         Q. AND THE NIGHT OF YOUR ACCIDENT

21    YOU HAD CONSUMED SCOTCH, RIGHT?  SCOTCH

22    WHISKY?

23         A. YES.

24         Q. IS THAT SOMETHING THAT YOU ALSO

25    -- WHEN YOU GO TO DRINK, YOU DRINK?



Page 83

```
 1                     E. SHIN
 2        A. I LIKE SCOTCH, TOO.
 3        Q. AND YOU MIXED THAT WITH COORS
 4   LIGHT?
 5        A. COORS LIGHT OR JUST ON THE ROCKS
 6   WITH WATER.
 7        Q. DILUTED WITH WATER?
 8        A. YES.
 9        Q. THE NIGHT YOU WERE IN ROOM ONE
10   WITH MR. LEE AND MR. PARK --
11        A. RIGHT.
12        Q. -- HOW DID YOU DRINK YOUR
13   SCOTCH?
14        A. MIX WITH BEER OR ICE WITH THE
15   WATER.
16        Q. DID YOU EAT ANYTHING WHILE YOU
17   WERE IN ROOM ONE?
18        A. MAYBE FRUIT.
19             MR. BASIL:  TAKE A QUICK
20        BREAK.
21             (WHEREUPON, A RECESS WAS
22        TAKEN AT THIS TIME.)
23        Q. DO YOU HAVE ANOTHER RESIDENCE IN
24   THE STATE OF NEW YORK?
25        A. NO.
```



Page 84

```
 1                    E. SHIN
 2        Q. DO YOU GO HOME EVERY NIGHT TO
 3   YOUR ADDRESS IN PENNSYLVANIA?
 4        A. NO, I HAVE AN APARTMENT IN NEW
 5   JERSEY.
 6        Q. OKAY.  AND WHAT'S THE ADDRESS TO
 7   THE APARTMENT IN NEW JERSEY?
 8        A. I DON'T KNOW.  AT THE TIME OR
 9   RIGHT NOW?
10        Q. AT THE TIME.
11        A. AT THE TIME, YEAH, I NEVER
12   REMEMBER THAT ADDRESS.
13        Q. DO YOU STAY THERE DURING THE
14   WEEK?
15        A. YES, IN AND OUT.  "IN AND OUT"
16   MEANS, GO TO MY HOME IN AMBLER,
17   PENNSYLVANIA, OR STAY IN NEW JERSEY.
18        Q. AND DO YOU HAVE AN APARTMENT
19   THERE TODAY?
20        A. YES.
21        Q. AND WHAT'S THE ADDRESS OF THAT
22   APARTMENT THERE TODAY?
23        A. I DON'T REMEMBER.
24             MR. BASIL:  YOU CAN START
25        WITH THE TOWN, IF YOU KNOW THE
```



Page 85

```
 1                        E. SHIN
 2          TOWN.
 3          A. PALISADE PARK ON GRAND AVENUE.
 4          Q. WHAT'S THE APARTMENT NUMBER?
 5          A. IT'S A TOWN HOUSE.
 6          Q. IS THIS OWNED BY THE BANK OR
 7     RENTED BY THE BANK?
 8          A. RENTED BY ME AND REIMBURSED BY
 9     THE BANK.
10          Q. SO YOU EXPENSE IT BACK TO NOAH
11     BANK?
12          A. YES.  I REMEMBER, IT'S CALLED
13     2050 FORT LEE -- THE APARTMENT.
14          Q. THAT'S TODAY OR BACK THEN?
15          A. BACK THEN.
16          Q. THAT WAS IN?
17          A. 2017.
18          Q. TODAY IT'S PALISADE PARK, GRAND
19     AVENUE?
20          A. GRAND AVENUE.
21          Q. YOU JUST DON'T KNOW THE ADDRESS?
22          A. YEAH, I DON'T KNOW THE ADDRESS.
23          Q. HOW LONG HAVE YOU BEEN USING
24     THAT LOCATION?
25          A. SINCE LAST YEAR, MAY.
```



1                    E. SHIN

2        Q. AND HOW LONG IS THE LEASE FOR?

3        A. ONE YEAR.

4        Q. WERE YOU PLANNING ON STAYING AT

5    THAT LOCATION OR FINDING A NEW ONE

6    AFTER THE ONE YEAR?

7        A. I LIKE MOVE OUT(SIC).

8        Q. YOU'RE PROBABLY GOING TO MOVE

9    OUT?

10        A. YES.

11        Q. DO YOU DO THAT EVERY YEAR?  MOVE

12    OUT, FIND A NEW PLACE?

13        A. NO, I LIKE TO BUY A HOUSE AROUND

14    NEW JERSEY BECAUSE MY TWO DAUGHTERS

15    GONE(SIC).  THEY DON'T LIVE WITH ME

16    ANYMORE.

17        Q. SO YOU WANT TO MOVE TO JERSEY?

18        A. YEAH, WITH MY WIFE.

19            MR. BASIL:  AND YOUR PUPPY.

20            MS. NICOLAOU:  I THINK I'M

21        DONE WITH THE LIABILITY.

22            MS. BERKOWITZ:  OKAY.  DO

23        YOU WANT TO MARK THE RECEIPT FOR

24        THE ROOM -- THE CHUNG LEE ROOM?

25            DO YOU HAVE THE OTHER



Page 87

1                        E. SHIN
2          RECEIPT? IT WAS NEXT TO MY
3          DISCOVERY RESPONSE.  I DON'T KNOW
4          IF HE'S EVER SEEN THEM.  WE CAN
5          DO IT FOR MY WITNESS.
6                  MS. NICOLAOU:  YEAH, LET'S
7          MARK THIS.
8                  (WHEREUPON, RECEIPT OF CHUNG
9          LEE'S ROOM WAS MARKED AS
10         DEFENDANT'S EXHIBIT B FOR
11         IDENTIFICATION AS OF THIS DATE.)
12                 (WHEREUPON, RECEIPT OF YOUNG
13         LEE'S ROOM WAS MARKED AS
14         DEFENDANT'S EXHIBIT C FOR
15         IDENTIFICATION AS OF THIS DATE.)
16                 (WHEREUPON, PHOTOGRAPHS WERE
17         MARKED AS DEFENDANT'S EXHIBIT D-K
18         FOR IDENTIFICATION AS OF THIS
19         DATE.)
20                 (WHEREUPON, A LUNCHEON RECESS
21         WAS TAKEN FROM 12:30 P.M. TO 1:33
22         P.M.)
23         Q. GOOD AFTERNOON, MR. SHIN.
24         A. HOW ARE YOU?
25         Q. GOOD LUNCH?



Page 88

                        E. SHIN

1
2     A. YES.
3     Q. OKAY.  GOOD.  I'M GOING TO SHOW
4  YOU WHAT HAS BEEN MARKED AS DEFENDANT'S
5  EXHIBIT B AND C.
6        THERE'S NO QUESTION SO JUST LOOK
7  AT IT AND TELL ME WHEN YOU'RE DONE.
8     A. OKAY.
9     Q. OKAY.  DO YOU RECOGNIZE WHAT'S
10 DEPICTED IN DEFENDANT'S EXHIBIT B AND
11 C?
12    A. NO.
13    Q. DO YOU KNOW WHAT THEY ARE?
14    A. IT LOOKS LIKE A RECEIPT,
15 INVOICE.
16    Q. RECEIPTS.  OKAY.  DO YOU
17 RECOGNIZE THEM TO BE INVOICES OR
18 RECEIPTS FROM THE KARAOKE BAR THAT YOU
19 VISITED ON THE DAY OF YOUR ACCIDENT?
20    A. I DON'T KNOW BUT THIS IS AN
21 INVOICE.
22    Q. HAVE YOU SEEN THESE BEFORE
23 TODAY?
24    A. NO.
25    Q. AND DO YOU RECOGNIZE WHETHER ANY



Page 89

```
 1                    E. SHIN
 2   OF THESE INVOICES REFLECT WHAT WAS
 3   PURCHASED IN A ROOM OR ROOM TWO, ON THE
 4   DATE OF THE ACCIDENT?
 5        A. YES.
 6        Q. CAN YOU IDENTIFY WHICH INVOICE
 7   BELONGS TO WHICH ROOM BY LOOKING AT IT,
 8   SIR?
 9        A. I THINK, THIS IS ROOM TWO.
10        Q. EXHIBIT B.  AND JUST TO BE
11   CLEAR, ROOM TWO IS THE ROOM YOU WENT
12   INTO WITH YOUR FRIEND?
13        A. YES.
14            MS. BERKOWITZ:  CHUNG LEE.
15        Q. OKAY.  AND EXHIBIT C, DO YOU
16   KNOW WHICH ROOM THAT IS?
17        A. ROOM ONE.
18            MS. BERKOWITZ:  YOUNG LEE.
19        Q. YOUNG LEE'S ROOM.  AND IT SAYS
20   HERE THAT IT SAYS, "$15,000 IN CASH."
21   DO YOU SEE THAT?
22        A. YES.
23        Q. AND I KNOW YOU TESTIFIED THAT
24   YOU HAD A MINIMUM OF $1,000 IN YOUR
25   WALLET?
```



```
 1                        E. SHIN
 2         A. RIGHT.
 3         Q. DO YOU REMEMBER IF YOU HAD MORE
 4    THAN ONE THOUSAND IN YOUR WALLET?
 5         A. I DON'T REMEMBER.
 6         Q. IS IT POSSIBLE THAT YOU PAID THE
 7    FULL BILL FOR $15,000?
 8         A. I DON'T KNOW.
 9         Q. YOU DON'T KNOW ONE WAY OR THE
10    OTHER?
11         A. NO.
12         Q. REALLY QUICK, DEFENDANT'S
13    EXHIBIT C, DOES IT REFLECT HOW MUCH
14    ALCOHOL AND FOOD THAT WAS PROVIDED IN
15    ROOM ONE?
16         A. YEAH, THIS IS (POINTING),
17    JOHNNIE WALKER BLUE, TWO BOTTLES.
18              MS. BERKOWITZ:  THAT WAS FOR
19         THE YOUNG LEE ROOM.
20              THE WITNESS:  YES.
21         A. AND THIS IS A ROOM CHARGE; FRUIT
22    (POINTING), THIS IS ALL FOOD.
23         Q. DOES IT ACCURATELY REFLECT WHAT
24    WAS PROVIDED TO ROOM ONE ON THE DAY OF
25    THE ACCIDENT?
```



```
 1                    E. SHIN
 2        A. THE BEER IS NOT INCLUDED HERE.
 3        Q. IT'S NOT MENTIONED?
 4        A. BEER IS LIKE A SERVICE, NO
 5   CHARGE.
 6        Q. A SERVICE.  SO THEY DON'T
 7   NORMALLY CHARGE YOU FOR THE BEER?
 8        A. RIGHT.
 9        Q. OTHER THAN THE BEER, EVERYTHING
10   ELSE ACCURATELY REFLECTS --
11        A. I DO NOT KNOW.
12        Q. YOU DON'T REMEMBER?
13        A. NO.
14        Q. DO YOU REMEMBER THE TWO BOTTLES
15   OF JOHNNY WALKER BLUE?
16        A. YES.
17        Q. OKAY.  THAT IS ACCURATE?
18        A. I DON'T KNOW BECAUSE FIRST TIME
19   I SEE, I DON'T REMEMBER.
20        Q. YOU DON'T REMEMBER HOW MANY
21   JOHNNIE WALKERS WAS SERVED FOR ROOM
22   ONE, RIGHT?
23        A. RIGHT.
24        Q. I'M GOING TO SHOW YOU WHAT'S
25   BEEN MARKED AS DEFENDANT'S EXHIBIT D,
```



Page 92

1                         E. SHIN

2     E, AND I'LL GIVE YOU -- LET ME SEE WHAT

3     I GAVE YOU.

4          A. (HANDING.)

5          Q. OKAY.  J.  TAKE A LOOK AT THAT.

6     NO QUESTIONS.  JUST LET ME KNOW WHEN

7     YOU'RE DONE.

8          A. WHEN DID YOU TAKE THIS PICTURE?

9          Q. THERE'S NO QUESTION, MR. SHIN.

10    LET ME KNOW WHEN YOU'RE DONE.

11         A. OKAY.

12         Q. DOES EXHIBITS J, E, AND D

13    ACCURATELY CAPTURE THE STAIRCASE THAT

14    EXISTED ON THE DATE OF YOUR ACCIDENT

15    THAT LED UP TO THE KARAOKE BAR?

16         A. THIS CHANGED (POINTING), THERE

17    IS NO THIS(SIC).

18         Q. ARE YOU REFERRING TO EXHIBIT P?

19         A. YES.

20         Q. IS THIS HOW THE STAIRCASE LOOKED

21    ON THE DATE OF YOUR ACCIDENT?

22         A. NO.

23         Q. SO THIS IS DIFFERENT?

24         A. FIXED.

25         Q. AND WHAT ARE YOU REFERRING TO AS



Page 93

```
 1                    E. SHIN
 2    IT CHANGED, JUST SO WE'RE CLEAR?
 3         A. (POINTING).
 4         Q. DON'T POINT.  JUST VERBALIZE, AS
 5    MUCH AS YOU CAN, SIR.
 6         A. THIS IS KIND OF A PLATFORM.
 7    THERE WAS NO PLATFORM AT THE TIME.
 8         Q. SO YOU'RE SAYING THE LANDING WAS
 9    INSTALLED AFTER THE ACCIDENT?
10         A. RIGHT, AND CARPET LOOKS
11    DIFFERENT.
12         Q. THE CARPET DOESN'T LOOK THE
13    SAME?
14         A. RIGHT.
15         Q. OTHER THAN THE LANDING AND THE
16    CARPETING THAT DOESN'T LOOK THE SAME TO
17    YOU, IS THERE ANYTHING ELSE THAT'S
18    DIFFERENT ABOUT THIS STAIRCASE THAT'S
19    SHOWN IN DEFENDANT'S J, E, AND D AS IT
20    EXISTED ON THE DATE OF THE ACCIDENT?
21         A. I DO NOT THINK SO.
22         Q. SO IT WAS JUST THOSE TWO THINGS
23    A LANDING AND CARPET?
24         A. LANDING AND CARPET.
25         Q. EVERYTHING ELSE LOOKS THE SAME?
```



Page 94

                        E. SHIN

1

2       A. I DON'T REMEMBER EXACT.  WHEN I

3   SAY "I DON'T REMEMBER," I'M SAYING I

4   DON'T REMEMBER EXACT IF THIS HANDRAIL

5   WAS THERE.

6       Q. I'M SORRY.  I DIDN'T UNDERSTAND

7   AND I APOLOGIZE.

8           IS IT, YOU DON'T REMEMBER HOW

9   THE STAIRCASE LOOKED LIKE ON THE DAY OF

10  THE ACCIDENT?

11      A. I DO REMEMBER IT'S VERY STEEP.

12  IT'S NOT LIKE THIS.  THAT'S WHAT I

13  REMEMBER.

14      Q. SO IT DIDN'T LOOK LIKE WHAT'S

15  SHOWN IN DEFENDANT'S E, D, AND, J; IS

16  THAT RIGHT?

17      A. YES.

18      Q. DO YOU REMEMBER WHETHER OR NOT

19  THERE WAS A LANDING?

20      A. THERE WAS NO LANDING, THAT'S FOR

21  SURE.

22      Q. DO YOU REMEMBER THE WALLS BEING

23  THE WAY THEY ARE WITH THE PANELLING ON

24  THE SIDE?

25      A. I DON'T REMEMBER.



Page 95

```
 1                    E. SHIN
 2      Q. DO YOU REMEMBER A HANDRAIL?
 3      A. NO, I DO NOT REMEMBER A HANDRAIL
 4   THERE.
 5      Q. YOU DON'T REMEMBER, ONE WAY OR
 6   ANOTHER, IF THERE WAS A HANDRAIL?
 7      A. HANDRAIL, I DON'T REMEMBER.
 8      Q. OKAY.
 9          MS. NICOLAOU:  I KNOW YOU
10      SAID YOU HAD THE PICTURES OF HIM
11      ON THE -- CAN I SEE THAT?
12          MS. BERKOWITZ:  YEAH, OF
13      COURSE.
14      A. CARPET IS DIFFERENT.
15          MS. NICOLAOU:  CAN WE MARK
16      THIS, PLEASE?
17          (WHEREUPON, PHOTOGRAPH WAS
18      MARKED AS DEFENDANT'S EXHIBIT L FOR
19      IDENTIFICATION AS OF THIS DATE.)
20      Q. MR. SHIN, I'M GOING TO YOU SHOW
21   YOU WHAT'S BEEN MARKED AS DEFENDANT'S
22   EXHIBIT L.
23          THERE'S NO QUESTION, TAKE A LOOK
24   AT IT.  LET ME KNOW WHEN YOU'RE DONE.
25      A. OKAY.
```



Page 96

                              E. SHIN

1
2       Q. THAT'S YOU, SIR, RIGHT?

3       A. YES.

4       Q. HAVE YOU SEEN THIS PHOTOGRAPH

5   BEFORE TODAY?

6       A. YES.

7       Q. THAT'S YOU, SIR, WHICH APPEARS

8   TO HAVE AN INJURY TO YOUR FACE AND

9   YOU'RE SITTING UP AGAINST THE WALL?

10      A. YES.

11      Q. AND THAT'S YOUR FRIEND,

12  MR. CHUNG LEE?

13      A. YES.

14      Q. WHO NOW OWNS THE BUILDING,

15  RIGHT?

16      A. YES.

17      Q. I'M GOING TO SHOW YOU, PUT SIDE

18  BY SIDE, DEFENDANT'S EXHIBIT E, DO YOU

19  SEE THAT?

20      A. YES.

21      Q. DO YOU SEE IN THE BACKGROUND --

22  JUST BEFORE YOUR HEAD, SIR, DO YOU SEE

23  THE CARPETING ON THAT ONE?

24      A. YES.

25      Q. DO YOU SEE THE CARPETING ON THAT



```
 1                    E. SHIN
 2    ONE?
 3         A. YES.
 4         Q. NOW, WE'RE GOING TO COMPARE IT
 5    TO THE CARPETING ON DEFENDANT'S EXHIBIT
 6    E, DOES IT LOOK SIMILAR?
 7         A. VERY SIMILAR.
 8         Q. AND THE WOOD PANELING WAS THERE,
 9    TOO, RIGHT?
10         A. RIGHT.
11         Q. SO WE CAN'T REALLY SEE UP THE
12    STAIRCASE IN DEFENDANT'S EXHIBIT L,
13    RIGHT?
14         A. RIGHT.
15         Q. ARE YOU AWARE OF ANY OF THE
16    PHOTOGRAPHS THAT WERE TAKEN ON THE DAY
17    OF THE ACCIDENT?
18         A. NO.
19         Q. ARE YOU AWARE OF WHETHER OR NOT
20    ANY PHOTOGRAPHS OF YOU, OTHER THAN WHAT
21    WAS SHOWN IN DEFENDANT'S EXHIBIT L,
22    THAT WERE TAKEN ON THE DAY OF THE
23    ACCIDENT?
24         A. NO.
25         Q. AND I'M NOT REFERRING TO
```



Page 98

1                    E. SHIN

2      PHOTOGRAPHS OF YOU ON THE GROUND,

3      UNCONSCIOUS.  I'M REFERRING TO, AT ANY

4      TIME WHILE YOU WERE AT THE KARAOKE BAR,

5      DO YOU KNOW IF ANYBODY TOOK PHOTOGRAPHS

6      OF YOU ON THE DAY OF THE ACCIDENT?

7           A. NO, I DO NOT.

8           Q. DID YOU TAKE PHOTOGRAPHS WITH

9      YOUR PHONE ON THE DAY OF THE ACCIDENT?

10          A. NO.

11          Q. MR. SHIN, DO YOU KNOW WHO TOOK

12     THIS PHOTOGRAPH -- AND WE'RE REFERRING

13     TO EXHIBIT L?

14          A. JOHN KIM.

15          Q. JOHN KIM IS THE ONE WHO DIDN'T

16     DRINK THAT NIGHT, TO YOUR KNOWLEDGE; IS

17     THAT RIGHT?

18          A. YES.

19          Q. AND JUST TO BE CLEAR, HAVE YOU

20     EVER GONE BACK TO THIS PROPERTY FOR ANY

21     REASON AFTER YOUR ACCIDENT?

22          A. THE RESTAURANT -- FIRST FLOOR,

23     YES.

24          Q. THERE'S A RESTAURANT ON THE

25     FIRST FLOOR?



Page 99

```
 1                    E. SHIN
 2        A. YES, A COUPLE TIMES.
 3        Q. WHAT RESTAURANT IS ON THE FIRST
 4   FLOOR?
 5        A. PICNIC GARDEN.
 6        Q. DO YOU ACCESS THE RESTAURANT BY
 7   GOING IN WHERE THE STAIRCASE IS OR IS
 8   IT STOREFRONT OR A DOOR FROM THE
 9   SIDEWALK?
10        A. STOREFRONT AND THE OWNER -- WHEN
11   I GO THERE, HE CLEARLY MADE SOME
12   RENOVATIONS THERE.
13        Q. SO WHEN YOU ENTER PICNIC GARDEN,
14   DO YOU GO IN FROM THE STREET OR DO YOU
15   HAVE TO GO INSIDE THE BUILDING OF
16   PICNIC GARDEN?
17        A. BEFORE MY ACCIDENT THERE WAS
18   SOME AREA AND AFTER MY ACCIDENT WHEN HE
19   PURCHASED IT -- WHEN I VISIT EIGHT OR
20   NINE MONTHS EARLIER OR ONE YEAR, HE
21   CHANGED THE LOBBY AREA.
22        Q. WHO'S "HE"?
23        A. CHUNG LEE -- MR. LEE, THE OWNER
24   OF THAT BUILDING.
25        Q. YOUR FRIEND?
```



```
 1                    E. SHIN
 2        A. AND HE ALSO OWNED PICNIC GARDEN.
 3        Q. SO HE'S THE OWNER, JUST TO BE
 4   CLEAR, BEFORE THE ACCIDENT, YOU WOULD
 5   PHYSICALLY HAVE TO ENTER THE BUILDING
 6   TO ENTER THE RESTAURANT OR CAN IT BE
 7   ACCESSED FROM THE SIDEWALK?
 8        A. BEFORE ACCIDENT, I THINK THEY
 9   HAVE AN ENTRANCE FROM THE STREET.
10        Q. OKAY.  AND AFTER THE ACCIDENT
11   THAT CHANGED?
12        A. A LITTLE BUT SOMEHOW HE CHANGED
13   IT.
14        Q. SO YOU CAN'T ACCESS IT FROM THE
15   STREET ANYMORE?
16        A. I DO NOT KNOW.
17        Q. WHEN WAS THE LAST TIME YOU ATE
18   AT PICNIC GARDEN?
19        A. ABOUT TWO MONTHS AGO, ONE MONTH
20   AGO.
21        Q. DID YOU MEET YOUR FRIEND MR. LEE
22   FOR LUNCH OR DINNER?
23        A. YES.
24        Q. WHAT'D YOU HAVE, LUNCH OR
25   DINNER?
```



1                    E. SHIN

2        A. DINNER, WITH A BUNCH OF PEOPLE.

3    ABOUT 10 PEOPLE.

4        Q. WAS IT A BUSINESS?

5        A. YES.

6        Q. AND YOU DRANK?

7        A. NO.

8        Q. AND DID YOU TALK ABOUT THIS CASE

9    WITH MR. LEE?

10       A. I TOLD HIM THAT -- IF HE THINK

11   THERE'S ANY VIOLATION, MR. BASIL GIVE

12   RECOMMENDATION AND HE'S AWARE THAT I

13   DON'T LIKE THIS STAIR VIOLATION.  HE

14   SAID, "I'LL FIX IT" AND I THINK HE

15   FIXED IT.

16       Q. SO TWO MONTHS AGO, YOU HAD

17   DINNER AT THE PICNIC GARDEN WITH A

18   GROUP OF PEOPLE, INCLUDING MR. LEE?

19       A. RIGHT.

20       Q. AND YOU DISCUSSED WITH MR. LEE

21   TWO MONTHS AGO --

22       A. NO, NOT TWO MONTHS AGO.  TWO

23   MONTHS AGO WE DISCUSS ABOUT THE OTHER

24   BUSINESS.

25       Q. OTHER BUSINESS.  YOU DIDN'T TALK



Page 102

1                    E. SHIN

2    ABOUT THIS CASE?

3         A. NO.

4         Q. WHEN DID YOU TALK ABOUT THIS

5    CASE WITH MR. LEE?

6         A. WHEN HE CAME TO VISIT ME AFTER

7    ACCIDENT MAY, JUNE TO MY HOME.

8         Q. AND WHAT DID YOU TWO DISCUSS?

9    WHAT WAS THE SUM AND SUBSTANCE OF THE

10   CONVERSATION WITH MR. LEE?

11        A. IF THERE'S ANY VIOLATION OR CODE

12   VIOLATION, YOU GOT TO FIX IT.  I DON'T

13   WANT THIS KIND OF THING TO HAPPEN TO

14   ANYBODY.

15        Q. SO YOU TOLD MR. LEE THAT YOU

16   BELIEVED THAT THE STAIRCASE WAS A CODE

17   VIOLATION AND THAT HE HAD TO FIX IT?

18        A. NO, I DIDN'T FORCE HIM.  HE SAID

19   HE CHECKED AND I THINK HE FIXED IT.

20        Q. DO YOU KNOW IF HE FIXED IT?

21        A. HE TOLD ME.  I DIDN'T TAKE LOOK

22   AT IT BECAUSE, AGAIN, I DON'T WANT TO

23   GO THERE, I DON'T WANT TO SEE IT.

24        Q. OKAY.  SO YOU DIDN'T GO THERE TO

25   LOOK AT THE STAIRCASE?



Page 103

```
 1                       E. SHIN
 2        A. NO.
 3        Q. SO YOU TOLD HIM THAT YOU WERE
 4   TOLD BY YOUR ATTORNEY THAT THERE WAS A
 5   CODE VIOLATION, RIGHT?
 6        A. RIGHT.
 7        Q. AND YOU INSTRUCTED HIM THAT HE
 8   NEEDED TO FIX IT?
 9        A. WE DISCUSS ABOUT VERY DANGEROUS
10   STAIR, WHETHER CODE VIOLATION OR NOT,
11   IT DOESN'T MATTER.  I SAID, "IT LOOKS
12   LIKE CODE VIOLATION AND YOU GOT TO FIX
13   IT" AND HE'S AWARE.
14        Q. HOW DID HE PAY FOR THE REPAIR OF
15   THE STAIRCASE OR THE CODE VIOLATION?
16        A. HE FIX IT WITH HIS OWN MONEY.
17        Q. WITH HIS OWN MONEY.  IS THAT
18   MONEY THAT HE BORROWED FROM NOAH BANK?
19        A. NO, THESE ARE VERY SUCCESSFUL
20   BUSINESS MAN.
21        Q. WHAT DOES HE DO?
22        A. PICNIC GARDEN.
23        Q. HE OWNS A RESTAURANT?
24        A. YES.
25        Q. HOW MANY RESTAURANTS DOES HE
```



Page 104

                              E. SHIN

1

2    OWN?

3         A. I THINK HE HAS TWO.

4         Q. ONE IS AT THAT LOCATION, WHERE

5    IS THE SECOND ONE?

6         A. EDISON, NEW JERSEY, AND HE

7    PURCHASED ANOTHER BUILDING.

8         Q. WHERE?

9         A. HE PURCHASED ANOTHER BUILDING IN

10   BAYSIDE, NEW YORK, TOO.

11        Q. DID NOAH BANK GIVE HIM THE

12   FINANCE FOR THAT, TOO?

13        A. HE PURCHASED WITH HIS OWN CASH

14   AND WE ARE DOING THE FINANCING RIGHT

15   NOW.

16        Q. AND WHOEVER -- WHEN YOU SAY "WE

17   ARE DOING THE FINANCING," ARE YOU

18   REFERRING TO NOAH BANK?

19        A. YES.

20        Q. HOW LONG HAVE YOU KNOWN MR. LEE?

21        A. SINCE I WAS 11 OR 12.

22        Q. YOU WENT TO SCHOOL TOGETHER,

23   RIGHT?

24        A. YES, MIDDLE SCHOOL.

25        Q. AND IT WAS HERE, IN NEW YORK?



Page 105

```
 1                    E. SHIN
 2        A. NO, IT WAS IN SOUTH KOREA.
 3        Q. AND YOU KEPT IN TOUCH UP UNTIL
 4   THE PRESENT TIME?
 5        A. NO, WE MET HERE IN 1996 OR 1997
 6   OR 1998.
 7        Q. WHEN DID YOU STOP SEEING MR.
 8   LEE, UNTIL YOU MET HIM IN 1996, 1998?
 9        A. I LEFT KOREA TO COME TO AMERICA
10   IN 1981 SO WE SEPARATED -- NO, 1988,
11   I'M SORRY.  I THINK HE WENT TO AMERICA
12   AROUND 1984, 1985, AND AT THE TIME WE
13   DON'T HAVE ANY INFORMATION SO THERE WAS
14   NO WAY TO FIND EACH OTHER BUT WE FOUND
15   EACH OTHER, SINCE 1997 OR 1998 OR
16   SOMETHING.
17        Q. AND YOU'VE BEEN FRIENDS EVER
18   SINCE?
19        A. YES, BUT WE DON'T MEET OFTEN
20   BECAUSE HE'S DOING HIS BUSINESS, I'M
21   DOING MY BUSINESS.
22        Q. OTHER THAN THE FINANCING FOR
23   THIS BUILDING BY NOAH BANK AND YOU'RE
24   WORKING OUT FINANCING FOR THE SECOND
25   ONE AS YOU SPEAK, RIGHT; IS THAT RIGHT?
```



Page 106

1                        E. SHIN

2          A. RIGHT.

3          Q. ANY OTHER BUSINESS CONNECTIONS

4     THAT YOU HAVE WITH MR. LEE, THAT YOU

5     KNOW OF?

6          A. HE'S USING MY BANK, BUSINESS

7     CHECKING ACCOUNT, AND ALSO HE HAS THE

8     EDISON RESTAURANT THAT, I THINK MY LOAN

9     OFFICE GAVE HIM THE LOAN FOR THERE,

10    TOO.

11         Q. THIS IS ALSO CALLED PICNIC

12    GARDEN?

13         A. I THINK SO.

14         Q. THE ONE IN EDISON?

15         A. YEAH.  HE ALSO INVESTED THE

16    MONEY TO THE BANK ALSO.  HE'S A

17    SHAREHOLDER, TOO.

18         Q. HE'S A SHAREHOLDER OF THE BANK?

19         A. YES.

20         Q. HOW MANY SHARES DOES HE HAVE?

21         A. CAN I ASK HIM A QUESTION?

22         Q. NO, THERE'S AN OPEN QUESTION,

23    YOU CANNOT --

24              MR. BASIL:  IF IT'S FOR

25         PRIVILEGE OR FOR CONFIDENTIAL



```
 1                    E. SHIN
 2        INFORMATION, HE CAN.
 3        A. BECAUSE IT'S A CPA ISSUE.
 4        Q. SO YOU CAN'T DISCLOSE HOW MANY
 5   SHARES --
 6        A. NO, I CAN.  IF MY ATTORNEY
 7   ALLOWS ME.
 8             MS. NICOLAOU:  IT'S PUBLIC
 9        INFORMATION.
10             MR. BASIL:  NO, IT'S NOT A
11        PUBLIC TRADE COMPANY.  THAT'S WHY
12        I HAVE TO FIND OUT AND I ACTUALLY
13        HAVE TO CONFIRM WITH JERRY KIM IN
14        THE OFFICE.  I DON'T KNOW IF I
15        HAVE AN ANSWER TO KNOW WHETHER
16        THIS IS CONFIDENTIAL OR NOT.
17             MS. NICOLAOU:  OVER MY
18        OBJECTION; YOU GUYS COULD
19        CONFIRM.
20             (WHEREUPON, A DISCUSSION WAS
21        HELD OFF THE RECORD.)
22             MR. BASIL:  OKAY.  MR. SHIN
23        CAN TESTIFY AS TO HOW MANY SHARES
24        MR. LEE OWNS?
25             MS. NICOLAOU:  THANK YOU.
```



E. SHIN

A. ROUGHLY 100,000 SHARES.

MR. LEVINSON: YOU SAID "100,000"?

THE WITNESS: YES.

Q. WOULD HE BE CONSIDERED A MAJOR SHAREHOLDER OF THE BANK?

A. NO.

Q. NOW, WHEN MR. LEE CAME TO YOUR HOUSE IN PENNSYLVANIA TO SEE HOW YOU WERE DOING AFTER YOUR ACCIDENT AND YOU DISCUSSED THE STAIRCASE, DID YOU, AT ANYTIME, COMMUNICATE TO YOUR ATTORNEY THAT YOU ASKED MR. LEE TO CHANGE THE STAIRCASE OR FIX IT?

MR. BASIL: SORRY, DID HE COMMUNICATE TO ME?

MS. NICOLAOU: YES.

MR. BASIL: WELL, OBJECT; DON'T ANSWER.

MS. NICOLAOU: OKAY. I'LL RE-PHRASE IT.

Q. AT THE TIME THAT MR. LEE CAME TO YOUR HOME TO ASK YOU AND TO SEE HOW YOU'RE DOING AND YOU MENTIONED TO HIM



```
 1                    E. SHIN
 2    TO CHANGE THE STAIRCASE, HAD YOU AT
 3    THAT POINT CONSULTED WITH AN ATTORNEY
 4    ABOUT SUING?
 5              MR. BASIL:  YOU CAN ANSWER.
 6        A. NO.
 7        Q. WERE YOU THINKING ABOUT SUING?
 8        A. NO.
 9        Q. WHEN WAS IT THAT YOU ASKED MR.
10    LEE TO FIX THE STAIRCASE?  I KNOW YOU
11    SAID YOU WERE RECOVERING AT HOME, WHEN?
12        A. JUNE, JULY.
13        Q. JULY -- JUNE, JULY OF 2017?
14        A. RIGHT.
15        Q. AND WHEN DID YOU RETAIN COUNSEL
16    FOR THIS CASE?
17        A. I DON'T REMEMBER.
18        Q. WAS IT ALSO IN THE SUMMER?
19        A. I DON'T REMEMBER.
20        Q. THIS ACTION WAS FILED IN 2017?
21        A. OKAY.
22        Q. OKAY.  DID YOU RETAIN COUNSEL IN
23    2017?
24        A. I THINK SO.
25        Q. AND DO YOU RECALL WHILE YOU
```



Page 110

```
 1                    E. SHIN
 2   RETAIN -- WITHDRAW THAT.
 3           MS. NICOLAOU:  DO YOU KNOW
 4       THE MONTH, DATE THAT THIS ACTION
 5       WAS FILED, BOB?
 6           MR. BASIL:  I DON'T.  NOT
 7       OFF THE TOP OF MY HEAD.
 8           MS. NICOLAOU:  OFF THE
 9       RECORD.
10           (WHEREUPON, A DISCUSSION WAS
11       HELD OFF THE RECORD.)
12       Q. MR. SHIN, WE'VE LOOKED AT THE
13   COURT DOCUMENTS AND ACCORDING TO THE
14   COURT DOCUMENTS, THE FIRST LAWSUIT
15   WHICH IS THE ONE WE'RE HERE FOR TODAY,
16   WAS FILED ON SEPTEMBER 1ST, 2017.
17   THAT'S THE EARLIEST ONE.  THERE'S A
18   SECOND ONE FILED IN OCTOBER THAT WAS
19   DISCONTINUED AND THIS ONE IN THE
20   FEDERAL COURTHOUSE IS THE ONE THAT'S
21   MOVING FORWARD.  KNOWING THAT THE FIRST
22   ACTION WAS FILED ON SEPTEMBER 1ST,
23   2017, CAN YOU TELL ME WHEN YOU STARTED
24   LOOKING AND WHEN YOU STARTED
25   CONSIDERING SUING THE DEFENDANTS IN
```



Page 111

```
 1                    E. SHIN
 2   THIS ACTION?
 3        A. I DON'T REMEMBER AN EXACT DATE.
 4   PROBABLY, SAME TIME, MAYBE JULY,
 5   AUGUST.
 6        Q. SO IN JULY, AUGUST OF 2017, YOU
 7   STARTED LOOKING INTO WHETHER OR NOT YOU
 8   SHOULD SUE?
 9        A. RIGHT, RIGHT.
10        Q. IS THAT RIGHT?
11        A. RIGHT.
12        Q. AND AT THE SAME TIME YOU HAD A
13   CONVERSATION WITH MR. LEE THAT THE
14   STAIRCASE WASN'T SAFE?
15        A. I DON'T REMEMBER.
16        Q. HOW DID YOU KNOW THE STAIRCASE
17   WASN'T UP TO CODE?
18        A. IT LOOKS LIKE A PRETTY BIG
19   PROBLEM THERE.
20        Q. EARLIER YOU TESTIFIED THAT YOUR
21   ATTORNEY HAD TOLD YOU THAT THIS
22   STAIRCASE WASN'T UP TO CODE?
23        A. RIGHT, I DON'T THINK.
24        Q. LET ME FINISH MY QUESTION,
25   MR. SHIN.
```



```
 1                    E. SHIN
 2          EARLIER YOU TESTIFIED THAT YOUR
 3     ATTORNEY TOLD YOU THAT YOUR STAIRCASE
 4     WASN'T UP TO CODE?
 5          A. RIGHT.
 6          Q. AND BECAUSE OF THAT YOU
 7     COMMUNICATED THAT TO MR. LEE --
 8          A. I DID, BUT I DON'T KNOW WHEN --
 9          Q. MR. SHIN, PLEASE LET ME FINISH.
10     I DIDN'T ASK THE QUESTION.
11          A. OKAY.
12          Q. BASED ON WHAT YOU TESTIFIED
13     EARLIER, THAT THE STAIRCASE WASN'T UP
14     TO CODE AND YOU COMMUNICATED THAT
15     INFORMATION TO MR. LEE, IS IT FAIR TO
16     SAY THAT WHEN YOU LEARNED THAT THE
17     STAIRCASE WASN'T UP TO CODE, WERE YOU
18     CONSIDERING SUING AND YOU WERE
19     CONSULTING COUNSEL?
20          A. I DON'T KNOW ABOUT THAT.
21          Q. SITTING HERE TODAY, IS THE ONLY
22     REASON YOU BELIEVE THE STAIRCASE WAS,
23     IN YOUR OPINION "FIXED," WAS BECAUSE
24     MR. LEE TOLD YOU?
25          A. YES.
```



Page 113

                         E. SHIN

1

2        Q. YOU NEVER SAW IT?

3        A. I NEVER SAW IT.

4        Q. OKAY.

5        A. THE PICTURE LOOKS FIXED.

6        Q. I UNDERSTAND.  YOU BELIEVE THE

7   LANDING DIDN'T EXIST AT THE TIME OF

8   YOUR ACCIDENT?

9        A. RIGHT.

10       Q. AND THAT'S BASED ON YOUR

11  RECOLLECTION OR YOU DON'T KNOW ONE WAY

12  OR ANOTHER?

13       A. JUST MY RECOLLECTION.

14       Q. SO YOUR RECOLLECTION IS THAT THE

15  STAIRCASE THAT YOU NEVER TOOK BEFORE

16  THE DAY OF YOUR ACCIDENT, NEVER HAD A

17  LANDING.

18       A. NEVER HAD A PLATFORM.

19       Q. NEVER HAD A PLATFORM OR A

20  LANDING BEFORE YOU REACHED THE BOTTOM

21  STEP?

22       A. YES.

23       Q. AND IS IT ALSO RIGHT THAT YOU

24  TOOK THE ELEVATOR EACH AND EVERY TIME?

25       A. YES.



Page 114

```
 1                    E. SHIN

 2       Q. NEVER TOOK THE STAIRCASE?

 3       A. I DON'T THINK SO.

 4          MS. NICOLAOU:  DO YOU HAVE

 5       QUESTIONS?  I'M JUST GOING

 6       THROUGH MY NOTES.

 7          MR. LEVINSON:  JUST A FEW.

 8  EXAMINATION

 9  BY MR. LEVINSON:

10       Q. GOOD AFTERNOON, MR. SHIN.  MY

11  NAME IS MARK LEVINSON.  I'M OF COUNSEL

12  TO LONGO AND D'APICE, THE ATTORNEYS FOR

13  YOUNG K. LEE.  I JUST HAVE A COUPLE OF

14  FOLLOW-UP QUESTIONS.

15          NOW, WHEN YOU WENT INTO THE ROOM

16  WHERE MR. YOUNG LEE WAS, WHICH WAS WHAT

17  WE'RE CALLING "ROOM ONE," DID YOU SPEAK

18  WITH HIM WHEN YOU WENT INTO THAT ROOM?

19       A. YES.

20       Q. WHAT WAS THE SUM AND SUBSTANCE

21  OF YOUR CONVERSATION?

22       A. I REMEMBER CONVERSATION -- WE

23  EXCHANGED EACH OTHER'S NAME AND I

24  PROBABLY GAVE HIM MY BUSINESS CARD AND

25  WE TALK ABOUT FOLKS THAT HE MAY KNOW
```



```
 1                    E. SHIN
 2   AND I REMEMBER THAT WE HAD A GOOD
 3   CONVERSATION AND TALKING WITH HIM AT
 4   THE BEGINNING.  AFTER DRINKING OVER AND
 5   OVER AND OVER, I DON'T REMEMBER WHAT
 6   DISCUSSION I HAD.
 7        Q. PERSONAL OR JUST PLEASURE
 8   ORIENTED?  WAS THERE ANY DISCUSSION OF
 9   POTENTIAL BUSINESS THAT THE TWO OF YOU
10   MIGHT DO TOGETHER?
11        A. NO BUSINESS THAT I REMEMBER BUT
12   IT WAS A VERY FRIENDLY AND WARM
13   GREETING TO EACH OTHER BECAUSE OF
14   DANIEL PARK.  WE WERE INTRODUCED BY
15   DANIEL PARK.
16        Q. SO MR. LEE KNEW DANIEL PARK?
17        A. I THINK SO.
18        Q. DO YOU KNOW WHAT THEIR
19   RELATIONSHIP WAS?
20        A. I DON'T KNOW BUT PROBABLY
21   CLIENTELE, MAYBE GOLF BUDDIES, I'M NOT
22   SURE.
23        Q. DID MR. LEE TELL YOU WHAT TYPE
24   OF BUSINESS HE WAS IN?
25        A. HE MAY BUT I DO NOT REMEMBER AND
```



Page 116

```
 1                    E. SHIN
 2    I FOUND OUT LATER, SOMEBODY TOLD ME
 3    WHAT HE DO(SIC).
 4        Q. OKAY.  WHAT DID HE TELL YOU?
 5        A. DELI.
 6        Q. HE HAS A DELI?
 7        A. AN ATM BUSINESS.  I DON'T
 8    REMEMBER AT THE TIME.
 9        Q. OKAY.  AT THE TIME YOU DIDN'T
10    KNOW BUT THEN YOU FOUND OUT HE'S A DELI
11    OWNER?
12        A. HE MAY HAVE TOLD ME BUT I DON'T
13    REMEMBER.
14        Q. OTHER THAN EXCHANGING
15    PLEASANTRIES, DO YOU KNOW ANYTHING ELSE
16    ABOUT YOUR CONVERSATION WITH MR. LEE?
17        A. I DO NOT.  I WANT TO KNOW WHY HE
18    NEARLY KILLED ME, I WANT TO KNOW.
19            MR. LEVINSON:  MOVE TO
20        STRIKE THE PORTION THAT'S NOT
21        RESPONSIVE.
22        Q. WHAT TIME WAS IT THAT YOU WENT
23    INTO THIS ROOM WITH MR. LEE, WHICH WAS
24    ROOM ONE?
25        A. BEFORE 11, MAYBE RIGHT AFTER,
```



Page 117

```
 1                    E. SHIN
 2    10:00, 10:30.
 3         Q. AT WHAT TIME WAS IT THAT YOU
 4    RECALL HAVING THIS CONVERSATION WITH
 5    MR. LEE?  WAS IT AT 10:30 OR SOME OTHER
 6    TIME?
 7         A. AROUND 10:30, 11, BEFORE 11.
 8         Q. FOR WHAT LENGTH OF TIME DO YOU
 9    REMEMBER SPEAKING WITH HIM?  WAS IT 10
10    MINUTES?  15 MINUTES?  SOMETHING ELSE?
11         A. PROBABLY 15 MINUTES.  WE DRANK A
12    LOT.
13         Q. SO AFTER THOSE 15 MINUTES, YOU
14    DON'T REMEMBER ANYTHING ELSE ABOUT ANY
15    CONVERSATIONS WITH HIM, FROM THAT TIME
16    UNTIL THE TIME YOU LEFT THE ROOM?
17         A. I DON'T REMEMBER ANY
18    CONVERSATION AFTER THOSE TIMES, I DON'T
19    REMEMBER.
20         Q. DO YOU REMEMBER ANYTHING AT ALL,
21    FROM THAT TIME -- FROM THE 15 MINUTES
22    AFTER YOU STOPPED REMEMBERING THAT
23    CONVERSATION UNTIL THE TIME YOU LEFT
24    THE ROOM, DO YOU REMEMBER ANYTHING, AT
25    ALL, ABOUT THE TIME YOU LEFT THE ROOM?
```


MAGNA
LEGAL SERVICES

1                    E. SHIN

2         A. I DON'T REMEMBER BECAUSE

3    PROBABLY AFTER 11, I DON'T REMEMBER ANY

4    CONVERSATION, MAYBE 11, 11:30.

5         Q. OKAY.  SO WHAT WAS THE NEXT

6    THING YOU DO REMEMBER WHEN YOU WERE IN

7    THAT ROOM AFTER THE CONVERSATION?

8         A. I DON'T REMEMBER.

9         Q. NOTHING, YOU REMEMBER NOTHING?

10        A. YEAH, RIGHT NOW I WAKE UP ON

11   SUNDAY AND SAY "WHY AM I HERE?"  I WAKE

12   UP ON SUNDAY IN THE HOSPITAL.

13        Q. OKAY.  YOU DON'T REMEMBER

14   ANYTHING FROM THE TIME THAT YOU

15   FINISHED THE CONVERSATIONS TO THE POINT

16   OF WHICH YOU STOPPED REMEMBERING ANY

17   CONVERSATION WITH MR. LEE, WHICH WOULD

18   BE APPROXIMATELY 10:45 UNTIL YOU WOKE

19   UP IN THE HOSPITAL?

20        A. YES.

21             MR. LEVINSON:  ALL RIGHT.  I

22        HAVE NOTHING ELSE.

23   EXAMINATION

24   BY MS. BERKOWITZ:

25        Q. WHEN YOU WERE IN THE ROOM WITH



Page 119

```
 1                    E. SHIN
 2   YOUNG LEE, DO YOU RECALL SEEING THE
 3   SERVER COME IN?
 4        A. YEAH, I THINK SO.
 5        Q. DO YOU HAVE A SPECIFIC
 6   RECOLLECTION OF THAT?
 7        A. CAUSE I THINK I ORDERED MORE
 8   ALCOHOL.
 9        Q. WHAT DID YOU ORDER?
10        A. I DON'T REMEMBER, BUT I KNOW --
11   I REMEMBER I ORDERED SOME MORE.
12        Q. WHAT DID YOU ORDER?
13        A. MAYBE ADDITIONAL SCOTCH WHISKY
14   AND SOME BEER.  I REMEMBER SAYING,
15   "NICE MEETING YOU AND I WANT TO TREAT
16   YOU."
17        Q. YOU SAID YOU WANTED TO TREAT
18   HIM?
19        A. YEAH.
20        Q. WHAT DO YOU MEAN BY THAT?
21        A. THAT I BUY MORE ALCOHOL FOR YOU
22   TODAY(SIC).
23        Q. OKAY.  DO YOU REMEMBER THE
24   WAITER COMING IN AND BRINGING THE
25   BOTTLE OF JOHNNIE WALKER BLUE?
```



Page 120

                              E. SHIN

1

2          A. I DON'T REMEMBER.

3          Q. DO YOU REMEMBER THE WAITER EVER

4     SERVING YOUNG LEE ANY ALCOHOL?

5          A. I DON'T REMEMBER BUT HE MAY.

6          Q. I DON'T WANT YOU TO GUESS.  JUST

7     WHAT YOU REMEMBER.

8          A. OKAY.  I DON'T REMEMBER.

9          Q. AFTER THIS WHOLE ACCIDENT AND UP

10    UNTIL TODAY, DID ANYONE EVER TELL YOU

11    THAT YOUNG LEE WENT TO THE KARAOKE BAR,

12    PRIOR TO THAT NIGHT?  LIKE, HE WAS A

13    REGULAR THERE OR ANYTHING LIKE THAT?

14         A. NO.

15         Q. NOBODY EVER TOLD YOU THAT?

16         A. NO.

17         Q. DID ANYONE TELL YOU THAT YOUNG

18    LEE HAD A REPUTATION OF BEING A DRUNK?

19         A. NO.

20         Q. WERE YOU A MEMBER OF THE KARAOKE

21    BAR?

22         A. NO.

23         Q. CHUNG LEE WAS THE MEMBER AND YOU

24    WERE THE GUEST?

25         A. IT'S NOT A PRIVATE CLUB.



Page 121

```
                         E. SHIN
 1
 2        Q. SO YOU DON'T HAVE TO BE A
 3   MEMBER?
 4        A. ANYBODY CAN GO, I BELIEVE.  I
 5   BELIEVE.  OKAY.
 6        Q. ARE YOU AWARE OF ANYBODY ELSE,
 7   OTHER THAN YOURSELF, HAVING A SIMILAR
 8   INCIDENT TO WHAT HAPPENED TO YOU THAT
 9   NIGHT?
10        A. NO, I DO NOT KNOW.
11        Q. OKAY.
12           MS. BERKOWITZ:  I THINK
13      WE'RE GOOD WITH LIABILITY.
14        Q. SO IN RESPONSE TO COUNSEL'S
15   QUESTION, YOU SAID THE NEXT THING YOU
16   RECALL WAS WAKING UP ON SUNDAY?
17        A. YES.
18        Q. AND WHERE WERE YOU WHEN YOU WOKE
19   UP?
20        A. FLUSHING HOSPITAL -- FLUSHING
21   PRESBYTERIAN HOSPITAL.
22        Q. DO YOU KNOW HOW YOU GOT THERE?
23        A. I DO NOT KNOW.
24        Q. DID ANYONE EVER TELL YOU THAT
25   THEY WENT WITH YOU IN AN AMBULANCE TO
```



Page 122

```
1                    E. SHIN
2    THE HOSPITAL?
3        A. NO, I DO NOT KNOW.
4        Q. WHEN YOU WOKE UP, WHAT DO YOU
5    RECALL?
6        A. A RED CUP, SOMETHING ON MY
7    THROAT, AND I WANT TO TAKE A WAY AND
8    THE DOCTOR CAME TO ME SAYING, "WHAT ARE
9    YOU DOING?"  AND THEN I REALIZED THAT
10   MY WIFE WAS THERE AND MY WIFE SAID,
11   "YOU DON'T REMEMBER," AND I SAID "NO, I
12   DON'T REMEMBER.  WHAT HAPPENED?
13   ACCIDENT?"  SHE SAID "ACCIDENT."
14       Q. AND DID YOU TALK TO ANY DOCTORS
15   ABOUT ANYTHING THAT HAPPENED?
16       A. YES.
17       Q. WHAT DID THEY TELL YOU?
18       A. THAT I HAVE SERIOUS INJURY(SIC).
19       Q. TO WHAT PART OF YOUR BODY?
20       A. HEAD INJURY AND ARM BROKE
21   (INDICATING).
22       Q. YOU'RE GOING LIKE THAT
23   (INDICATING) WITH YOUR HAND.  SAY IT IN
24   WORDS.
25       A. THEY HAD SOMETHING (INDICATING).
```



Page 123

```
1                      E. SHIN
2            MS. NICOLAOU:  SPLINT?
3            THE WITNESS:  SPLINT.
4       Q. ON WHAT PART OF YOUR BODY?  SAY
5  IT OUT LOUD.
6       A. MY LEFT ARM AND I HAD SOME
7  OXYGEN ONTO MY THROAT(SIC).
8            MS. NICOLAOU:  INTUBATED.
9       Q. INTUBATED AND WHAT ELSE?
10      A. SEVERAL DOCTORS CAME AND THEY
11 EXPLAINED TO ME WHAT THEY ARE DOING AND
12 THINGS.
13      Q. AND WHAT DID THEY EXPLAIN TO YOU
14 ABOUT YOUR LEFT ARM?  DID YOU HAVE
15 SURGERY?
16      A. YEAH, "YOU NEED SURGERY FOR THAT
17 BUT THAT'S LATER."
18      Q. DID YOU EVER HAVE THAT SURGERY?
19      A. YES.
20      Q. WHERE WAS THAT SURGERY?
21      A. TEMPLE UNIVERSITY.
22      Q. WHAT DATE WAS THAT?
23      A. MAY -- I THINK MIDDLE OF MAY.
24      Q. AND WHAT SURGERY DID THEY DO?
25      A. THEY ASSEMBLE SOMETHING AND THEY
```



Page 124

1                    E. SHIN

2    PUT EIGHT -- INSIDE THEY PUT --

3              MR. BASIL:  PINS OR METAL?

4         A. TO INSERT THIS (INDICATING).

5         Q. SO YOU'RE INDICATING YOUR LEFT

6    WRIST?

7         A. YEAH.  AND I HAD AN OPERATION ON

8    MY FACE (INDICATING)?

9         Q. YOU'RE POINTING TO THE LEFT SIDE

10   OF YOUR FACE?

11        A. YEAH, TO THE LEFT SIDE OF MY

12   FACE.

13        Q. WAS THAT AT THE SAME TIME IN MAY

14   OF 2017?

15        A. NO, IT WAS APRIL 26TH OR 27TH.

16        Q. SO THE SURGERY TO YOUR FACE WAS

17   FIRST?

18        A. YEAH -- NO, I HAD TO CURE MY

19   HEAD INJURY FIRST AND THEN FACE

20   OPERATION AND THEN MY ARMS OPERATION.

21        Q. AND WHAT DID THEY DO FOR YOUR

22   HEAD -- WHAT DID THEY DO FOR YOUR HEAD

23   INJURY?  WAS THAT AT FLUSHING OR

24   TEMPLE?

25        A. FLUSHING, THEY DID SOME INITIAL



Page 125

```
 1                    E. SHIN
 2   -- AND TEMPLE, THEY DID SOMETHING.
 3        Q. WHAT DID THEY DO AT FLUSHING FOR
 4   YOUR HEAD?
 5        A. I DON'T KNOW.
 6        Q. AND WHAT DID THEY DO AT TEMPLE
 7   FOR YOUR HEAD?
 8        A. I DON'T KNOW THE EXACT MEDICAL
 9   TERM BUT WHEN I WAKE UP AGAIN ON
10   TUESDAY OR WEDNESDAY MORNING I WAS IN
11   THE INTENSIVE CARE UNIT WAITING FOR THE
12   SURGERY.
13        Q. HOW LONG WERE YOU IN FLUSHING
14   FOR?
15        A. FRIDAY NIGHT, SATURDAY, SUNDAY,
16   AND MONDAY; OUT, AND WENT TO TEMPLE ON
17   TUESDAY MORNING.
18        Q. OKAY.  SO YOU WENT RIGHT FROM
19   FLUSHING TO TEMPLE?
20        A. YES.
21        Q. ALL RIGHT.  NOW, WHEN YOU GOT TO
22   TEMPLE, WHAT'S THE FIRST SURGERY THAT
23   THEY DID THAT WAS FOR YOUR HEAD?
24        A. I WAS IN THE EMERGENCY ROOM AND
25   I DON'T THINK I GOT OPERATION, LUCKILY,
```



Page 126

1                    E. SHIN

2    BUT I WAS IN INTENSIVE CARE FOR MY

3    BRAIN PRESSURE OR SOMETHING BECAUSE I

4    HAD A SERIOUS INJURY TO MY SKULL HERE

5    (INDICATING).

6         Q. OKAY.  INDICATING THE LEFT SIDE

7    OF YOUR HEAD?

8         A. AND SERIOUS INJURY TO MY LEFT

9    FACE (INDICATING), AND THEY PUT METAL

10   HERE ALSO, ALL THE WAY UP TO HERE

11   (INDICATING).

12        Q. DID THEY EXPLAIN TO YOU WHAT

13   THEY DID FOR YOUR HEAD FIRST AT TEMPLE?

14        A. YES, THEY HAVE A CAT SCAN AND

15   THEY PUT THE MEDICINE AND IF THE BLOOD

16   DOESN'T STOP THEN THEY'RE GOING TO HAVE

17   SOME BIG OPERATION.

18        Q. DID THE BLEEDING STOP IN YOUR

19   HEAD?

20        A. BLEEDING STOPPED ON WEDNESDAY

21   MORNING.  ON THAT MORNING I WENT TO --

22   STRAIGHT FOR THE (POINTING).

23        Q. THE FACE?

24        A. THE FACE SURGERY.

25        Q. WHAT DID THEY DO FOR YOUR FACE,



```
 1                    E. SHIN
 2  THEY PUT METAL IN?
 3        A. METAL IN, I HAVE A SCAR HERE
 4  (INDICATING), I HAVE A SCAR HERE
 5  (INDICATING).
 6        Q. THE SCAR ON THE LEFT SIDE OF
 7  YOUR FACE OR THE CHEEK AREA --
 8        A. THE MOUTH.  IT'S CALLED
 9  CHEEKBONE OR SOMETHING.
10        Q. CHEEKBONE?
11        A. BROKEN.
12        Q. AND THEN YOU SAID THEY WORKED ON
13  YOUR LEFT WRIST?
14        A. AND AT THE TIME THE DOCTOR CAME
15  AND HE TAKE OUT THE CAST THAT FLUSHING
16  DID AND HE GAVE ME A NEW CAST AND SAID,
17  "THIS IS NOT LIFE THREATENING ON HERE."
18        Q. ON YOUR LEFT WRIST?
19        A. RIGHT.  AND AFTER THE THING(SIC)
20  AND GET THROUGH THE REHAB CENTER, I
21  WENT TO SEE HIM AND HE SAID, "YOU NEED
22  OPERATION SOON, IT'S BETTER."
23        Q. SO HOW LONG WERE YOU AT TEMPLE
24  FOR, FOR YOUR HEAD AND YOUR FACE?
25        A. I WAS ADMITTED ON TUESDAY AND
```



Page 128

```
 1                    E. SHIN
 2    DISCHARGED ON SATURDAY TO THE REHAB
 3    CENTER.
 4        Q. SO YOU WENT FROM TEMPLE TO THE
 5    REHAB CENTER?
 6        A. YES.
 7        Q. WHAT REHAB CENTER?
 8        A. EINSTEIN.
 9        Q. HOW LONG WERE YOU AT THE REHAB
10    CENTER FOR?
11        A. I THINK, NINE DAYS.
12        Q. AND WHAT DID THEY DO FOR YOU?
13        A. I RECEIVE PHYSICAL THERAPY
14    THERE.
15        Q. FOR WHAT PARTS OF YOUR BODY?
16        A. EVERYTHING, BECAUSE I DON'T DO
17    ANYTHING.
18        Q. LIKE, FOR INSTANCE -- GIVE ME AN
19    EXAMPLE.
20        A. SPEECH THERAPY; THEY WANT TO
21    CHECK MY HEAD INJURY BECAUSE I HAD
22    BLEEDING OUT A LOT(SIC).
23        Q. I THOUGHT YOU SAID THAT THE
24    BLEEDING STOPPED?
25        A. THE BLEEDING STOPPED BUT SHOWING
```



Page 129

```
 1                    E. SHIN
 2   A LOT SO THEY CHECK MY STATUS AND I
 3   MADE -- THE DOCTOR THERE WAS WORRIED
 4   ABOUT ME BECAUSE I COULDN'T FOLLOW-UP
 5   WHAT THEY DID FOR THE NUMBERS.  LIKE,
 6   GET PAST THEIR TESTS.
 7        Q. THEY GAVE YOU SOME TESTS WITH
 8   NUMBERS?
 9        A. YES, AND PHYSICAL THERAPY.
10        Q. FOR WHAT PART OF YOUR BODY?
11   WHAT WAS THE PHYSICAL THERAPY FOR?
12   WHAT WERE THEY DOING TO YOU?
13        A. TESTED, BECAUSE I COULDN'T MOVE
14   MY SHOULDER AND THINGS AND HERE
15   (INDICATING), MY HEAD, THEY PUT
16   SOMETHING.  I HAVE STITCHES.
17        THEY DID ALL KIND OF TESTS AND I
18   COULDN'T EVEN STAND AT THE TIME SO
19   PHYSICAL THERAPY WAS TO HELP ME STAND.
20        Q. OKAY.
21        A. AND I DIDN'T TAKE A SHOWER OR
22   ANYTHING, AND STOOL WAS A PROBLEM SO
23   THE DOCTOR SEEN ME AND THEY GAVE ME
24   OCCUPATIONAL THERAPY.
25        Q. AND WHAT WAS THAT FOR?  WHAT DID
```



```
1                    E. SHIN
2    THEY DO?
3         A. THEY TEACH ME HOW TO SHOWER AND
4    HOW TO EAT AND THOSE KINDS OF THINGS.
5         Q. SO YOU WERE AT THE REHAB FOR
6    NINE DAYS?
7         A. NINE DAYS.  THEY SAID YOU
8    NEED -- THEY DIDN'T WANT ME TO
9    DISCHARGE(SIC) BUT I BASICALLY BEGGED
10   THEM TO DISCHARGE ME.  AND THE DOCTOR
11   ALLOWED ME TO GO TO HOME AND I CAN GO
12   TO DOCTOR'S OFFICE AND PHYSICAL THERAPY
13   CENTER.
14        Q. AFTER YOU LEFT THE REHAB AFTER
15   NINE DAYS, YOU WENT BACK HOME?
16        A. BACK HOME.
17        Q. OKAY.  AND THEN, DID YOU GO BACK
18   TO TEMPLE FOR THE LEFT WRIST SURGERY?
19        A. YES, BECAUSE DOCTOR GAVE ME AN
20   ORDER THAT I MUST SEE HIM AND ALSO I
21   SAW DOCTOR FOR --
22        Q. LET'S START WITH YOUR LEFT WRIST
23   FIRST.
24        A. OKAY.
25        Q. SO YOU WENT BACK TO TEMPLE IN
```



Page 131

1                    E. SHIN
2    MAY FOR THE WRIST SURGERY?
3         A. WRIST SURGERY.  AND ALSO I WENT
4    TO DR. --
5         Q. I JUST WANT TO KNOW ABOUT THE
6    WRIST RIGHT NOW.
7         A. I MET THE DOCTOR, HE TOLD ME,
8    "YOU NEED SURGERY."
9         Q. OKAY.  WHAT SURGERY DID HE DO?
10        A. HE OPEN UP AND DO THAT
11   (INDICATING), AND PUT THE CAST ON
12   (INDICATING).
13        Q. AND WHEN YOU LEFT TEMPLE AFTER
14   THE SURGERY, WHAT DID YOU HAVE?  DID
15   YOU HAVE A CAST ON?
16        A. CAST ON AND I COULDN'T GRAB IT
17   LIKE THIS (INDICATING), AND THEY TESTED
18   LESS THAN ONE POUND.
19        Q. AND ARE YOU A RIGHTY OR A LEFTY?
20        A. I'M RIGHTY AND ALSO I'M LEFTY,
21   TOO.
22        Q. YOU'RE BOTH?
23        A. BOTH.
24        Q. BEFORE THE ACCIDENT, WHAT DID
25   YOU USE YOUR LEFT HAND FOR?



Page 132

                        E. SHIN
1

2          A. LEFT HAND FOR -- I CAN WRITE AND
3    I CAN USE BUT I TRY NOT TO USE THE LEFT
4    HAND.
5          Q. JUST BEFORE THE ACCIDENT, DID
6    YOU WRITE WITH YOUR LEFT HAND, ARE YOU
7    SAYING?
8          A. YEAH, BECAUSE IN KOREAN CULTURE,
9    THEY DON'T LIKE SOUTHPAW SO MY FATHER
10   HIT ME WHEN I'M USING MY LEFT.  SO I
11   FORCED TO USE RIGHT HAND BUT I'M PRETTY
12   GOOD AT USING MY LEFT HAND.  THE
13   BASEBALL I HIT LEFT(SIC).
14         Q. BEFORE THIS ACCIDENT, DID YOU
15   HAVE ANY INJURY TO YOUR LEFT WRIST OR
16   LEFT HAND?
17         A. NO, THIS IS MY FIRST TIME.
18         Q. OKAY.  SO HOW LONG DID YOU WEAR
19   THE CAST FOR, AROUND YOUR LEFT WRIST?
20         A. TWO MONTHS AND I WENT TO
21   EMERGENCY ROOM AGAIN.
22         Q. AFTER THE CAST CAME OFF?
23         A. (INDICATING) THIS WAS SWELLING.
24             MR. BASIL:  POINTING TO HIS
25   LEFT ARM.



Page 133

```
 1                    E. SHIN
 2        Q. WHICH EMERGENCY ROOM?
 3        A. JUST IN A HOSPITAL.  I WENT THE
 4   NEXT DAY AFTER SURGERY AND I GOT
 5   DISCHARGED HOME.  I PUT ICE ON IT BUT
 6   STILL, FEVER AND SWALLOWING.
 7        Q. SO AFTER YOU LEFT TEMPLE WITH
 8   THE LEFT WRIST SURGERY, YOU WENT TO THE
 9   EMERGENCY ROOM?
10        A. NO, I WENT HOME.
11        Q. YOU WENT HOME?
12        A. YES.  AND THE NEXT MORNING I
13   WENT TO EMERGENCY ROOM.
14        Q. AND WHERE WAS THAT?
15        A. CHESTNUT HILL HOSPITAL.
16        Q. OKAY.
17        A. THEY TOOK OUT THE CAST AND GAVE
18   ME ALL KINDS OF MEDICINE TO COME
19   DOWN(SIC).
20        Q. THEY TOOK OFF THE CAST AND PUT
21   ON A NEW ONE?
22        A. NEW ONE.  NOT ONLY NEW ONE, AND
23   THEY GAVE ME A GOOD MEDICINE, TOO.
24        Q. WHAT MEDICINE?
25        A. I DON'T KNOW.  IT COMING
```



Page 134

1                         E. SHIN
2      DOWN(SIC).
3           Q. TOOK DOWN THE SWELLING?
4           A. YES, AND FEVER.
5           Q. ALL RIGHT.  SO AFTER YOU WENT TO
6      THE EMERGENCY ROOM, WHEN WAS THE NEXT
7      TIME THAT YOU HAD ANY MEDICAL
8      TREATMENT?  YOU STARTED THERAPY YOU
9      SAID?
10          A. YES, THERAPY AND I HAVE A BUNCH
11     OF FOLLOW-UP DOCTOR VISITATION.
12          Q. A BUNCH OF WHAT?
13          A. FOLLOW-UP DOCTOR VISITATION.
14          Q. ALL RIGHT.  SO WHERE DID YOU GO
15     FOR THE PHYSICAL THERAPY?
16          A. PHYSICAL THERAPY ON MY LEFT ARM.
17          Q. WHERE?
18          A. ON THE CHESTNUT HILL -- SOME
19     DOCTOR RECOMMENDED THAT SENT US SO I
20     DID ABOUT 30 TIMES THERE(SIC).
21          Q. OKAY.  AND YOU ALSO HAD
22     FOLLOW-UP FOR YOUR HEAD?
23          A. YES.
24          Q. AND WHO DID YOU GO TO FOR TO
25     FOLLOW-UP FOR YOUR HEAD?



Page 135

1                              E. SHIN

2          A. DR. VILLANUEVA.

3              MR. BASIL:

4          V-I-L-L-A-N-U-E-V-A.

5          Q. OKAY.  AND WHAT DID HE DO AT THE

6      FOLLOW-UP VISITS FOR YOUR HEAD?

7          A. HE GAVE ME MEDICATION.

8          Q. WHAT MEDICATION?

9          A. PREVENT SEIZURES AND PREVENT

10     ALZHEIMER'S DISEASE AND ALSO HE DID A

11     CHECK ON MY CAT SCAN AGAIN AND THINGS.

12         Q. AND WHERE DID YOU GO TO GET YOUR

13     PRESCRIPTIONS FILLED?  WHEN YOU GOT A

14     PRESCRIPTION, DO YOU GO TO A SPECIFIC

15     PHARMACY?

16         A. WALGREENS.

17         Q. WALGREENS, WHERE?  NEAR YOUR

18     HOUSE?

19         A. YEAH, NEAR MY HOUSE.

20         Q. WHAT'S THE ADDRESS?

21         A. I DON'T KNOW.

22         Q. ROAD, TOWN?

23         A. BETHLEHEM PIKE.

24         Q. OKAY.  DID YOU HAVE ANY

25     FOLLOW-UP WITH ANY DOCTOR FOR YOUR



Page 136

1                    E. SHIN

2    CHEEK?

3         A. YES.

4         Q. AND WHO WAS THAT?

5         A. SO MANY DOCTORS SAW ME SO I

6    DON'T KNOW THE SPECIFIC DOCTOR BUT THAT

7    HOSPITAL IS IN TEMPLE BUT THAT

8    DEPARTMENT -- SO WHEN I GO THERE --

9         Q. AT TEMPLE UNIVERSITY?

10        A. YES.  ALL DIFFERENT DOCTORS TAKE

11   A LOOK AT ME.

12        Q. AND WHAT DID THEY DO FOR THE

13   FOLLOW-UP FOR YOUR CHEEK?

14        A. TEACH ME HOW TO TRAIN BECAUSE I

15   HAVE DAMAGE HERE BECAUSE I CAN NOT FEEL

16   THINGS ON HERE (INDICATING).

17        Q. YOU'RE POINTING TO YOUR CHEEK?

18        A. YEAH, HERE (INDICATING), HERE

19   (INDICATING).

20        Q. YOU HAVE TO SAY IT IN WORDS, YOU

21   CAN'T SAY "HERE."  YOUR CHEEK AND WHAT

22   ELSE?

23        A. HERE (POINTING).

24             MR. BASIL:  HE'S POINTING

25        ABOVE HIS LIP ON THE LEFT SIDE,



Page 137

1                        E. SHIN

2          UNDER HIS NOSE.

3          A. AND HERE (POINTING).

4               MR. BASIL:  HE'S POINTING TO

5          HIS LEFT TEMPLE.

6          Q. AND YOU RECEIVED FOLLOW-UP

7     TREATMENT AT TEMPLE UNIVERSITY FOR

8     THAT?

9          A. YES.

10         Q. IN A SPECIAL DEPARTMENT?

11         A. YES.

12         Q. WHO SAID YOU HAD PERMANENT

13    DAMAGE TO THAT?

14         A. THE DOCTOR ON THIS DEPARTMENT.

15    HE SAID "MAYBE, MAY NOT."

16         Q. DID HE GIVE YOU A TIMELINE AS TO

17    WHEN HE WOULD KNOW WHETHER OR NOT IT

18    WAS PERMANENT?

19         A. HE SAID, "YOU HAVE TO LIVE WITH

20    IT."

21         Q. WHAT'S THAT DOCTOR'S NAME?

22         A. I DON'T REMEMBER THAT DOCTOR.

23         Q. WHEN WAS THE LAST TIME YOU WERE

24    AT THAT DOCTOR?

25         A. SEPTEMBER.



Page 138

                        E. SHIN

1

2       Q. OF WHAT YEAR?

3       A. THREE DOCTORS SAW ME IN THAT

4   DEPARTMENT.  EACH TIME, DIFFERENT

5   DOCTOR.

6       Q. RIGHT.  SO WHEN WAS THE LAST

7   TIME YOU WERE AT THAT DEPARTMENT FOR

8   YOUR CHEEK?

9       A. NOVEMBER, NOVEMBER 2017.

10      Q. NOVEMBER 2017?

11      A. YES.

12      Q. DO YOU HAVE ANY CURRENT

13  APPOINTMENTS?

14      A. I DO NOT.

15      Q. WHAT WAS THE LAST DOCTOR THAT

16  YOU'VE SEEN?

17      A. I DON'T REMEMBER THE DOCTOR'S

18  NAME.

19      Q. WHAT WAS THE LAST SPECIALTY THAT

20  YOU WENT TO, WAS THAT FOR YOUR FACE IN

21  NOVEMBER OF 2017?

22      A. FACE.  AND DR. VILLANUEVA WAS

23  DECEMBER OF 2017 AND MY SHOULDER -- THE

24  LAST NAME IS VERY LONG.  WE CALL MR. A

25  -- DR. A, AND HE REALLY TREATS ME



Page 139

```
 1                    E. SHIN
 2   PRETTY WELL AND GIVES ME GUIDANCE FOR
 3   MY SHOULDER.  AND THEN MY SHOULDER GOT
 4   PROBLEMS.
 5        Q. AND THAT'S AT TEMPLE UNIVERSITY,
 6   DR. ABDELAFTTAH, A-B-D-E-L-A-F-T-T-A-H?
 7        A. YES.
 8        Q. AND WHAT DID THIS DOCTOR TELL
 9   YOU ABOUT YOUR SHOULDER?
10        A. "MAYBE YOU NEED SURGERY, MAYBE
11   NOT," AND THEN MY PHYSICAL THERAPY
12   CHIROPRACTOR DOCTOR ASK ME TO ASK MY
13   DOCTOR TO TAKE MRI AND DR. A GOT AN
14   "OKAY," FROM THE INSURANCE COMPANY AND
15   TOOK AN MRI ON MY SHOULDER AND SAID,
16   "LUCKILY YOU DO NOT NEED THE SURGERY
17   BUT YOU HAVE PRETTY GOOD DAMAGE THAT
18   YOU NEED TREATMENT."
19        Q. WHEN WAS THE MRI?
20        A. I DON'T REMEMBER EXACTLY.
21        Q. WHERE WAS THE MRI?
22        A. ON CHESTNUT HILL.
23        Q. WAS THAT 2017?
24        A. 2017 OR 2018, I THINK 2018.
25        Q. AND DR. A SAID YOU DON'T NEED
```



1                    E. SHIN

2    ANY SURGERY?

3         A. "NO SURGERY, BUT I'M SURE YOU

4    HAVE DAMAGE."

5         Q. DID HE TELL YOU WHAT KIND OF

6    DAMAGE?

7         A. SOME TISSUE --

8         Q. TISSUE?

9         A. TISSUE -- I DON'T KNOW.  THEY

10   TALK VERY PROFESSIONAL WORD(SIC).

11        Q. OKAY.

12        A. AND MY CHIROPRACTIC DOCTOR WHO

13   TREATED ME SAW THE MRI AND SAID HE

14   WOULD TREAT MY SHOULDER.

15        Q. WHEN WAS THE LAST TIME YOU WERE

16   AT THE CHIROPRACTOR?

17        A. WEDNESDAY.

18        Q. SO YOU'RE STILL GOING TO THE

19   CHIROPRACTOR?

20        A. YES, AND ACUPUNCTURE.

21        Q. THE CHIROPRACTOR, THAT'S KIM,

22   THE CHIROPRACTOR?

23        A. YES.

24        Q. AND WHAT DO YOU GO THERE FOR?

25   WHAT PARTS OF YOUR BODY?



1                    E. SHIN

2        A. MY LEFT SHOULDER, MY LEFT ARM

3    AND, GENERALLY, I HAVE A PROBLEM ON MY

4    BACK HERE TO (INDICATING).

5        Q. POINTING TO THE LEFT SIDE ON

6    TOP.  AND WHAT DO YOU GO THERE FOR?

7        A. YES.  AND HERE (INDICATING), AND

8    HE SAID, "THIS IS ALL RELATED TO YOUR

9    ACCIDENT," AND I KNOW THE WEATHER VERY

10   WELL.

11       Q. DO YOU STILL GO TO THE

12   CHIROPRACTOR AND THE ACUPUNCTURIST?

13       A. YES.

14       Q. ARE THEY IN THE SAME BUILDING?

15       A. SAME BUILDING.

16       Q. BUT YOU GO DIFFERENT DAYS OR THE

17   SAME DAY?

18       A. GENERALLY, I GO MONDAY OR

19   WEDNESDAY.  AT LEAST TWICE A WEEK.

20       Q. TO THE CHIROPRACTOR AND

21   ACUPUNCTURIST?

22       A. YES.

23       Q. BOTH ON SAME DAY OR DIFFERENT

24   DAYS?

25       A. SOMETIMES DIFFERENT DAY,



```
 1                    E. SHIN
 2    SOMETIMES SAME DAY.
 3         Q. AND HOW OFTEN DO YOU GO?  ONCE A
 4    WEEK TO THE CHIROPRACTOR OR TWICE A
 5    WEEK?
 6         A. MINIMUM, TWICE A WEEK.
 7         Q. AND WHAT ABOUT THE
 8    ACUPUNCTURIST?
 9         A. MINIMUM, ONCE A WEEK.
10         Q. WHAT PARTS OF THE BODY DO THEY
11    DO THE ACUPUNCTURE IN?
12         A. GENERALLY, MY FACE AREA TOO AND
13    SHOULDER AND NECK AREA.
14         Q. BESIDES FROM WHAT YOU ALREADY
15    TOLD ME, HAVE YOU RECEIVED ANY
16    TREATMENT FROM ANYBODY ELSE THAT WE
17    HAVEN'T DISCUSSED, SO FAR?  ANYBODY
18    THAT YOU MIGHT HAVE LEFT OUT?
19         A. AN EYE DOCTOR CHECK SEVERAL
20    TIMES(SIC).
21         Q. FOR WHAT?
22         A. BECAUSE OF THE INJURY THAT WAS
23    UP TO HERE (INDICATING).
24              MR. BASIL:  POINTING TO HIS
25         TEMPLE AGAIN.
```



Page 143

                          E. SHIN

1

2      A. YEAH, TEMPLE -- EYE DOCTOR AND

3   THEY SAID, "YOU'RE OKAY."

4      Q. AND WHAT EYE DOCTOR WAS THAT?

5      A. TEMPLE.

6      Q. TEMPLE.  OKAY.

7      A. I FORGOT HIS NAME.

8      Q. SO IT'S THE EYE DEPARTMENT AT

9   TEMPLE AND THEY SAID YOUR EYES ARE

10  OKAY?

11     A. THEY ALSO RECOMMENDED I CHECK

12  WITH MY DENTIST SO AFTER IT SETTLED

13  DOWN I WENT TO MY DENTIST, DR. LEE, AND

14  HE CHECK IT AND FIXED A COUPLE OF

15  THINGS THAT DIDN'T FUNCTION RIGHT.

16     Q. WHAT DID HE FIX?

17     A. SOME CORRECTION ON MY TEETH HERE

18  (INDICATING).

19     Q. ON THE LEFT SIDE?

20     A. YES.

21     Q. WHAT'S DR. LEE'S FIRST NAME?

22     A. I-N-W, LEE, L-E-E.

23     Q. INW.  IS THAT A HE OR A SHE?

24     A. HE.

25     Q. WHERE IS HE LOCATED?



Page 144

```
 1                    E. SHIN
 2        A. MANOTAK.
 3        Q. HOW MANY TIMES DID YOU GO TO
 4   DR. LEE TO FIX YOUR TEETH?
 5        A. SEVERAL TIMES, I WENT.
 6        Q. ANY OTHER HEALTH CARE PROVIDERS
 7   THAT YOU WENT TO THAT YOU HAVEN'T TOLD
 8   ME ABOUT SO FAR?
 9        A. MY FAMILY DOCTOR, DR. BARDIN,
10   B-A-R-D-I-N.
11        Q. WHAT DID YOU GO TO DR. BARDIN
12   FOR?
13        A. DR. BARDIN ARRANGED EVERYTHING
14   ABOUT MY INJURY.  HE'S A TEMPLE DOCTOR.
15        Q. HE'S A TEMPLE ALSO?
16        A. YES.
17        Q. IS THAT B OR P?
18        A. B.
19        Q. HOW MANY TIMES DID YOU GO TO DR.
20   BARDIN?
21        A. AFTER THE ACCIDENT, HE WANTED TO
22   SEE ME AT LEAST ONCE A MONTH, BUT RIGHT
23   NOW IT'S REGULARLY.
24        Q. DID YOU GO TO ANY OTHER HEALTH
25   CARE PROVIDERS THAT YOU HAVEN'T TOLD ME
```



Page 145

```
 1                    E. SHIN
 2   ABOUT YET?
 3        A. NO, I THINK THAT'S ALL.
 4        Q. OKAY.
 5             MS. BERKOWITZ:  COUNSEL, ARE
 6        YOU PURSUING THE TBI CLAIM?
 7             MR. BASIL:  YES.
 8        Q. HAVE YOU EVER HEARD THE TERM
 9   "TBI"?
10        A. NO, I DIDN'T.
11        Q. DID ANY DOCTOR TELL YOU THAT YOU
12   HAD ANY INJURY TO YOUR BRAIN?
13        A. DR. VILLANUEVA.
14        Q. LET'S SAY "DR. V." IS THAT A HE
15   OR A SHE?
16        A. HE.
17        Q. WHAT DID HE TELL YOU?
18        A. "YOU HAVE A VERY BIG SCAR, YOU
19   HAVE TO JUST LIVE WITH IT."  SO I SAID,
20   "WHAT DO YOU MEAN, 'BIG SCAR,' AM I
21   GOING TO HAVE ALZHEIMER'S?"  HE SAID
22   "NO, BUT YOU JUST HAVE BIG SCAR."  VERY
23   OLDER DOCTOR BUT HE'S A GOOD DOCTOR, HE
24   TREATS ME VERY WELL.
25        Q. DID YOU EVER HEAR -- DID ANYONE
```



Page 146

```
1                    E. SHIN
2   EVER TELL YOU THAT YOU HAVE ANY
3   COGNITIVE -- DO YOU KNOW WHAT THE WORD
4   "COGNITIVE" MEANS?
5        A. NO.
6        Q. ANY PROBLEMS WITH YOUR THINKING
7   OR YOUR ATTENTION OR ANYTHING LIKE
8   THAT?
9        A. YES.
10       Q. WHO TOLD YOU THAT?
11       A. DR. VILLANUEVA.
12       Q. DID HE DO ANY TESTS?
13       A. HE DID.
14       Q. WHAT KIND OF TESTS DID HE DO?
15       A. MANY TESTS.  HE DID CAT SCAN AND
16   HE PUT ME ON SOMETHING (INDICATING),
17   SEVERAL HOURS.
18       Q. DID HE DO ANY WRITTEN QUESTIONS
19   ASKING YOU QUESTIONS ABOUT MEMORY,
20   ATTENTION, AND THINKING, THAT TYPE OF
21   THING?
22       A. I DON'T REMEMBER IF HE DID THAT
23   BUT REHAB CENTER DID THAT AND ALSO
24   DR. V SAID, "YOU MAY HAVE SHORT TERM
25   MEMORY LOSS."
```



Page 147

```
 1                    E. SHIN
 2        Q. WHEN DID HE TELL YOU THAT?
 3        A. JULY OR AUGUST OF 2017 AND MY
 4   WIFE IS SOMETIMES REALLY CONCERNED
 5   ABOUT THAT.
 6        Q. WHAT CONCERNS DID SHE EXPRESS TO
 7   YOU?
 8        A. SOMETHING -- THAT I CHANGED.  I
 9   FORGET EASILY AND I MAKE A NUMBER OF
10   MISTAKES SOMETIMES.  SO I HAVE TO SAY
11   "LEFT," BUT SOMETIMES I JUST SAY
12   "RIGHT" AND I THINK "LEFT" SO SHE IS
13   VERY CONCERNED ABOUT THOSE KINDS OF
14   THINGS.
15        Q. BECAUSE YOU'VE BEEN FORGETTING
16   THINGS, IS THAT WHAT HER CONCERN IS?
17        A. YEAH, I NEVER HAVE THAT.
18        Q. YOU DIDN'T HAVE THAT BEFORE THE
19   ACCIDENT?
20        A. NO.
21        Q. BESIDES FOR FORGETTING THINGS
22   AND MAKING MISTAKES, ANY OTHER THINGS
23   THAT YOUR WIFE HAS BROUGHT TO YOUR
24   ATTENTION THAT HAS CHANGED?
25        A. YEAH.
```



Page 148

```
 1                      E. SHIN
 2        Q. WHAT DID SHE BRING TO YOUR
 3   ATTENTION?
 4        A. ALSO WE NEVER HAVE SEX ANYMORE.
 5   SHE SAYS, "WHAT HAPPENED TO YOU?"
 6             MS. NICOLAOU:  ARE YOU
 7        MAKING A DERIVATIVE COMPLAINT?
 8             MR. BASIL:  SHE'S NOT THE
 9        PLAINTIFF.
10             MS. NICOLAOU:  I SEE THAT.
11        I'M JUST ASKING.
12             MR. BASIL:  SHE'S NOT THE
13        PLAINTIFF.
14             MS. NICOLAOU:  SO IS THAT A
15        NO, AS OF NOW YOU HAVE NO
16        INTENTION?
17             MR. BASIL:  AS OF NOW, I
18        HAVE NOT CONSULTED WITH HER SO I
19        HAVE NO INTENTION OF BRINGING A
20        CLAIM FOR SOMEONE WHO ISN'T MY
21        CLIENT.
22        Q. HAS YOUR WIFE MADE ANY OTHER
23   CONCERNS OR COMPLAINTS ABOUT YOUR
24   BEHAVIOR?
25        A. SHE'S PRETTY CONCERNED ABOUT MY
```



Page 149

1                          E. SHIN

2      FUTURE, ABOUT EVERYTHING, THAT I

3      PHYSICALLY DON'T DO THINGS THE WAY THAT

4      I NORMALLY DID.

5            Q. LIKE WHAT?

6            A. GOLFING.

7            Q. GOLFING?

8            A. SPORTS.

9            Q. WHAT SPORTS?

10           A. JOGGING, WALKING, EXERCISE.  I

11     DON'T DO THAT ANYMORE.

12           Q. AND YOU DID THAT BEFORE THE

13     ACCIDENT?

14           A. YES.

15           Q. WHAT EXERCISE DID YOU DO BEFORE

16     THE ACCIDENT?

17           A. JUST WALKING, I DID A LOT OF

18     WALKING AND GOLFING.

19           Q. AND HAVE YOU TRIED TO DO ANY OF

20     THOSE ACTIVITIES?

21           A. I TRY.  I DID GOLF LAST YEAR

22     ABOUT LESS THAN 10 TIMES BUT NOT FULL

23     THING, I COULD NOT.

24           Q. AND WHY NOT?  WHAT COMPLAINTS DO

25     YOU HAVE THAT HAS RESULTED IN YOU NOT



Page 150

                         E. SHIN

1

2    BEING ABLE TO BE DO IT AS MUCH ANYMORE?

3         A. THE PAIN (INDICATING).

4         Q. YOU'RE POINTING TO THE LEFT SIDE

5    OF YOUR HEAD?

6         A. MY SHOULDER, MY ARM BUT, YOU

7    KNOW, I GO TO GOLF COURSE AND INSTEAD

8    OF USING STICK, I'M JUST WALKING AROUND

9    DOING THE EXERCISE.

10        MY PHYSICAL THERAPIST SAYS

11   WALKING IS REALLY IMPORTANT AND NO

12   MATTER WHAT, NO RUNNING.

13        Q. WHAT TYPE OF RUNNING DID YOU DO

14   BEFORE THE ACCIDENT?

15        A. SLOW RUNNING.  I LOVE RUNNING.

16        Q. HOW OFTEN DID YOU DO THAT?

17        A. THREE TIMES A WEEK, TWO TIMES A

18   WEEK.

19        Q. DID YOU GO TO A HEALTH CLUB OR

20   WAS IT JUST SOMETHING YOU DID OUTSIDE?

21        A. NO, JUST NEARBY MY HOUSE, MY

22   HOUSE HAS A REALLY GOOD JOGGING COURSE.

23        Q. WAS THERE A PERIOD OF TIME WHEN

24   YOU COULDN'T GO BACK TO WORK?

25        A. YES.



Page 151

1                    E. SHIN
2            MS. BERKOWITZ:  AM I CORRECT
3       THAT THERE'S NO CLAIM FOR LOST
4       WAGES?
5            MR. BASIL:  CORRECT.
6       Q. NOAH BANK PAID YOU FOR THE TIME
7    THAT YOU WERE OUT OF WORK?
8       A. YES.
9       Q. AT YOUR FULL SALARY?
10      A. YES.
11      Q. AND HOW LONG WERE YOU OUT OF
12   WORK?
13      A. PHYSICALLY GO TO MY OFFICE,
14   ABOUT SIX MONTHS BECAUSE I COULDN'T
15   DRIVE AND I COULDN'T STAND MORE THAN
16   TWO HOURS AT THE CHAIR.
17      Q. AND WHEN YOU RETURNED AFTER YOUR
18   SIX MONTHS, DID YOU RETURN TO YOUR FULL
19   DUTIES?
20      A. NO, INSTEAD -- DURING THE SIX
21   MONTHS, NOAH BANK, I HAVE A HOME
22   OFFICE.  I DON'T GO TO OFFICE FOR
23   FULL-TIME.  I'M WORKING AT THE HOME AS
24   MUCH AS POSSIBLE.
25      Q. OKAY.  SO YOU'RE STILL WORKING



Page 152

```
 1                    E. SHIN
 2   AT YOUR HOME OFFICE?
 3        A. YES, I DO.
 4        Q. ARE YOU STILL PERFORMING YOUR
 5   DUTIES AS THE PRESIDENT AND CEO?
 6        A. YES.
 7        Q. AND WHAT DUTIES DO YOU HAVE AS A
 8   PRESIDENT?
 9        A. EVERYTHING.
10        Q. FOR EXAMPLE, WHAT DO YOU DO?
11   GIVE ME SOME SPECIFIC EXAMPLES.
12        A. LIKE MY HR SENT ME AN INCENTIVE
13   PLAN, I REVIEW IT AND GIVE ME OPINION.
14        Q. AND THAT'S AN INCENTIVE PLAN
15   COMPUTING NUMBERS?
16        A. NOT COMPUTING NUMBERS, A GENERAL
17   PLAN.  AND THEY MAKE THE DECISION AND,
18   YOU KNOW, THEY MAKE DECISION.  AFTER
19   THE ACCIDENT I JUST ATTENDING -- WHEN
20   THE PEOPLE APPROVE THE LOAN, I JUST GET
21   REPORT(SIC).
22        Q. WHAT IS DIFFERENT ABOUT YOUR
23   DUTIES NOW FROM BEFORE THE ACCIDENT?
24        A. SAME.
25        Q. SAME DUTIES?
```



Page 153

1                        E. SHIN

2          A. YEAH.

3          Q. OKAY.

4          A. YEAH, BUT I'M DOING A LOT OF

5    THINGS AT THE HOME OFFICE.

6          Q. OKAY.  BUT YOU'RE DOING THE SAME

7    THING THAT YOU DID BEFORE THE ACCIDENT?

8          A. YES, AND I GAVE A LOT DETAILS TO

9    MY PEOPLE.

10              MS. BERKOWITZ:  ALL RIGHT.

11         I'M GOING TO PASS TO MY

12         CO-COUNSEL FOR A LITTLE BIT.

13   EXAMINATION

14   BY MS. NICOLAOU:

15         Q. MR. SHIN, ARE YOU STILL ON

16   MEDICATION FOR SEIZURES -- ARE YOU

17   STILL ON SEIZURE MEDICATION?

18         A. NO.

19         Q. THAT WAS -- WHEN DID YOU STOP

20   TAKING IT?

21         A. I DON'T REMEMBER EXACTLY BUT

22   ABOUT SIX MONTHS.

23         Q. WAS IT 2017?

24         A. YES, ABOUT SIX MONTHS.

25         Q. SO SOME TIME IN 2017?



Page 154

1                     E. SHIN

2          A. RIGHT.

3          Q. THAT'S BECAUSE YOU DIDN'T

4    EXHIBIT ANY SIGNS OF SEIZURES ONCE YOU

5    WERE ON IT AND THEY WEENED YOU OFF?

6          A. RIGHT, AND ACTUALLY IT WAS A

7    PREVENTION, TOO.

8          Q. SO YOU WERE DISCHARGED BY

9    DR. VILLANUEVA?

10         A. YEAH, HE SAID, "ANY TIME YOU

11   FEEL THINGS, COME BACK."  I'M THINKING

12   ABOUT GOING BACK TO SEE HIM BECAUSE I

13   FEEL SWELLING THESE DAYS HERE

14   (INDICATING), BECAUSE OF WINTER.

15              MR. BASIL:  I'M SORRY.  DID

16        YOU GET THAT?

17              (WHEREUPON, THE RECORD WAS

18        READ BY THE REPORTER.)

19         Q. HE DISCHARGED YOU IN 2017?

20         A. YEAH, DECEMBER.

21         Q. AND HE SAID, "ANY SIGNS OF

22   SYMPTOMS, COME BACK"?

23         A. RIGHT, COME BACK.

24         Q. YOU HAVEN'T BEEN BACK THERE

25   SINCE?



Page 155

1                         E. SHIN

2           A. NO.

3           Q. AND YOU'RE SAYING, NOW YOU'RE

4     THINKING OF GOING BACK?

5           A. YES.

6           Q. WHEN DID YOU START THINKING OF

7     GOING BACK?

8           A. ABOUT THREE MONTHS AGO.

9           Q. OKAY.  AND HAVE YOU MADE AN

10    APPOINTMENT WITH HIM?

11          A. NO.

12          Q. WHAT HAS HAPPENED TO MAKE YOU

13    WANT TO GO BACK?

14          A. BECAUSE OF SWELLING HERE

15    (INDICATING).

16          Q. YOU'RE SEEING SWELLING IN YOUR

17    HEAD?

18          A. HERE AND HERE (INDICATING).

19          Q. INDICATING THE LEFT TEMPORAL

20    AREA?

21          A. YES, THIS AREA (INDICATING).

22          Q. AND IS IT SWOLLEN NOW?

23          A. YES.  WHEN I TAKE OFF -- YOU SEE

24    THE SIDE HERE (INDICATING), THAT'S THE

25    SWELLING.



Page 156

                              E. SHIN

1

2        Q. CAN I SEE YOUR OTHER SIDE, SIR?

3           OKAY.  BUT YOU HAVEN'T MADE AN

4    APPOINTMENT YET, RIGHT?

5        A. NO, NOT YET BECAUSE I'M VERY

6    BUSY WITH THE PHYSICAL THERAPY AND THE

7    CHIROPRACTOR.  THAT TAKES A LOT OF MY

8    TIME.

9        Q. NOW, YOU SAID YOU WORK FROM YOUR

10   HOME OFFICE?

11       A. YES.

12       Q. WHICH OFFICE?  IS IT THE HOME

13   OFFICE IN PENNSYLVANIA OR IS IT THE

14   HOME OFFICE SET UP IN NEW JERSEY?

15       A. MY HOME IN PENNSYLVANIA, 1575.

16       Q. OKAY.  SO HOW MANY DAYS OUT OF

17   WEEK -- AS OF NOW, PRESENTLY, HOW MANY

18   DAYS OUT OF THE WEEK DO YOU WORK OUT OF

19   THE BANK AND HOW MANY DAYS DO YOU WORK

20   AT THE HOME OFFICE?

21       A. TWO OR THREE DAYS IN FORT LEE

22   OFFICE AND TWO OR THREE DAYS IN THE

23   HOME OFFICE, SO IT'S COMBINED.

24       Q. HOW DO YOU GET TO AND FROM WORK

25   WHEN YOU GO TO FORT LEE?



Page 157

1                        E. SHIN

2          A. DRIVING.

3          Q. YOU DRIVE YOURSELF?

4          A. YES.

5          Q. WHEN DID YOU GO BACK TO DRIVING?

6          A. ONE TIME DRIVING -- I DON'T

7    DRIVE MUCH IN 2017 SO PROBABLY 2018.

8    MY WIFE DROVE ALL OF THE TIME.

9          Q. DO YOU REMEMBER WHEN YOU STARTED

10   DRIVING YOURSELF?

11         A. YEAH, I THINK NOVEMBER.

12         Q. OF 2017?

13         A. YEAH.

14         Q. AND WHEN DID YOU GO TO DRIVING

15   YOURSELF COMPLETELY, FULL-TIME DRIVING?

16   WAS IT ALSO NOVEMBER OF 2017?

17         A. I WOULD SAY BEGINNING OF 2018,

18   JANUARY.  AGAIN, IF I HAVE A CHANCE, MY

19   WIFE DRIVE.

20         Q. DOES YOUR WIFE DRIVE YOU TO

21   WORK?

22         A. AT THE TIME, YES.

23         Q. CURRENTLY?

24         A. CURRENTLY, SOMETIMES.

25         Q. HOW LONG IS THE DRIVE FROM YOUR



1                    E. SHIN

2    HOME IN PENNSYLVANIA TO FORT LEE, NEW

3    JERSEY?

4         A. LESS THAN TWO HOURS.

5         Q. IS THAT WITH OR WITHOUT TRAFFIC?

6    HOW DOES THAT WORK?  BECAUSE WE ALL

7    KNOW THERE'S TRAFFIC SOMEWHERE.

8         A. I KNOW THE AVOIDING TRAFFIC

9    TIME.

10        Q. SO NO TRAFFIC; LESS THAN TWO

11   HOURS, WITH TRAFFIC; HOW LONG DOES IT

12   USUALLY TAKE YOU?

13        A. FOR ME, IT RARELY TAKES MORE

14   THAN TWO HOURS.

15        Q. WHEN YOU WORK TWO OR THREE DAYS

16   OUT OF THE BANK IN FORT LEE, IS THAT

17   WHEN YOU STAY IN THE APARTMENT THAT YOU

18   RENT?

19        A. YES.

20        Q. HOW FAR IS IT FROM THE BANK?

21        A. 10 MINUTES.

22        Q. YOU STAY THERE, YOU SLEEP THERE,

23   YOU GO BACK TO WORK AND THEN AFTER TWO

24   OR THREE DAYS, YOU DRIVE HOME?

25        A. RIGHT, MY WIFE COME TO SEE ME,



```
 1                    E. SHIN
 2    TO HELP ME.
 3         Q. WHEN YOUR WIFE DRIVES YOU TO
 4    WORK FROM PENNSYLVANIA, HOW DO YOU GO
 5    TO AND FROM THE HOUSE IN NEW JERSEY TO
 6    WORK?
 7         A. WE CAN SHARE THE CAR.
 8         Q. DOES SHE STAY UP IN NEW JERSEY
 9    WITH YOU?
10         A. YES, YES.
11         Q. DID SHE DO THAT BEFORE?  COME
12    WITH YOU WHEN YOU WENT TO WORK?
13         A. NO.
14         Q. IS IT, NOW SHE'S COMING WITH YOU
15    BECAUSE YOUR GIRLS ARE OUT OF THE
16    HOUSE?
17         A. NO, NOT REALLY MY DAUGHTERS.
18    SHE'S WORRYING ABOUT ME.  SHE'S REALLY
19    WORRYING ABOUT ME.
20         Q. WHAT IS YOUR WIFE'S NAME?
21         A. SOFIE HAHN.  SHE REALLY WORRIES
22    ABOUT ME.
23         Q. NOW, I KNOW YOU SAID YOU WENT
24    BACK TO THE EYE DOCTOR, THAT YOU GOT
25    CLEARED FOR THAT ONE, RIGHT?
```



Page 160

```
 1                    E. SHIN
 2       A. RIGHT.
 3       Q. YOUR SPEECH IS FINE NOW?
 4       A. ACCORDING TO MY WIFE, SOMETIMES
 5   I MAKE MISTAKE THAT SHE CAN HEAR.
 6       Q. OKAY.  ACCORDING TO YOU, SIR, DO
 7   YOU FEEL LIKE YOUR SPEECH IS FINE?
 8       A. SPEECH IS OKAY, BUT SOMETIMES I
 9   COULDN'T REMEMBER THINGS THAT I SHOULD
10   BUT LIKE DR. V TOLD ME, "TIME GOES BY
11   THEN I REMEMBER."
12          LIKE, ADDRESS, YOU KNOW?  "GRAND
13   AVENUE," I COULDN'T REMEMBER AT THE
14   TIME BUT AFTER THINGS, I REMEMBER THE
15   NUMBER.
16       Q. WHAT WAS THE NUMBER?
17       A. 460, I BELIEVE.
18       Q. DID YOU LOOK AT IT?  DID YOU
19   LOOK IT UP?
20       A. NO, I DID NOT.
21       Q. DID YOU LOOK IT UP?
22       A. NO.  SOMETIMES I FORGET MY
23   FRIEND'S NAME, I COULDN'T NAME THEM AND
24   AFTER A COUPLE OF HOURS -- THE NAME, I
25   REMEMBER.
```



Page 161

                            E. SHIN

1

2          I NEVER HAVE THAT BEFORE.

3      Q. OKAY.  BUT OTHER THAN YOUR

4  MEMORY, YOUR SHORT-TERM MEMORY LOSS, IS

5  THAT WHAT THEY REFER TO IT AS?

6      A. NO, HE DOESN'T SAY IT'S

7  SHORT-TERM MEMORY.  HE MENTIONED

8  THAT -- DID HE SAY, "SHORT-TERM

9  MEMORY"?

10      Q. DO YOU KNOW THE DIFFERENCE

11  BETWEEN "SHORT-TERM MEMORY" AND

12  "LONG-TERM MEMORY LOSS"?

13      A. I DO NOT KNOW.

14      Q. "SHORT-TERM MEMORY," IS

15  SOMETHING THAT JUST HAPPENED AND A FEW

16  MINUTES LATER YOU MAY FORGET IT.

17      A. OKAY.

18      Q. "LONG-TERM MEMORY," IS THINGS

19  THAT YOU REMEMBER IN THE PAST AND

20  WHETHER YOU REMEMBER THEM NOW.

21      A. OKAY.

22      Q. DO YOU KNOW WHETHER IT'S YOUR

23  SHORT-TERM MEMORY THAT'S IMPACTED, YOUR

24  LONG-MEMORY THAT'S IMPACTED, OR A

25  COMBINATION OF BOTH?  HOW CAN YOU



Page 162

```
 1                    E. SHIN
 2    DESCRIBE IT?
 3         A. I DO NOT KNOW.
 4         Q. OKAY.  IS A LOT OF WHAT YOU'RE
 5    TESTIFYING TO, IS WHAT PEOPLE ARE
 6    TELLING YOU OR WHAT YOU'RE
 7    EXPERIENCING?
 8         A. I'M EXPERIENCING.
 9         Q. OKAY.  SO LET'S FOCUS ON WHAT
10    YOU'RE EXPERIENCING.
11         A. I DON'T WANT OTHER PEOPLE
12    TELLING ME, "YOU HAVE SOME PROBLEM."
13         Q. WHEN I SAY "OTHER PEOPLE," I'M
14    REFERRING TO YOUR WIFE.
15         A. YES.
16         Q. SHE CAN TELL YOU IF SHE HAS A
17    PROBLEM WITH YOU, RIGHT?  THAT'S HER
18    PREROGATIVE.
19         A. I'M VERY CAREFUL ABOUT WHAT I'M
20    DOING BECAUSE OF MY PROFESSION.
21         Q. I UNDERSTAND, SIR.  SO YOUR
22    SPEECH, AS OF TODAY, IT HAS IMPROVED?
23         A. RIGHT.
24         Q. IT'S BACK TO NORMAL?
25         A. NO, I DON'T SAY IT'S "NORMAL."
```



1                    E. SHIN

2        Q. WHAT IS IT THAT YOU FEEL IN YOUR

3   SPEECH THAT YOU FEEL IS NOT NORMAL?

4   I'M NOT REFERRING TO YOUR MEMORY, I'M

5   REFERRING TO HOW YOU SPEAK.

6        A. SPEAK, NO PROBLEM.

7        Q. OKAY.  SO STOP THERE.  SO YOU

8   CAN SPEAK -- BECAUSE I REMEMBER YOU

9   TESTIFIED, AFTER THE ACCIDENT YOU HAD

10  TO WORK ON YOUR SPEECH; IS THAT RIGHT?

11       A. OH, YOU MISUNDERSTAND.  THEY

12  SAID, "SPEECH THERAPY" -- NO, NO.

13  SPEECH THERAPY IS NOT SPEAKING.

14       Q. OKAY.  WHAT IS IT?

15       A. IT'S INCLUDING THE SHORT TERM

16  AND LONG-TERM MEMORY.  I KNOW THREE

17  THINGS.  I NEVER BEEN IN REHAB OR THOSE

18  HOSPITAL LOGS BEFORE.  THERE ARE THREE

19  TITLES OF THERAPY, "PHYSICAL THERAPY,"

20  "SPEECH THERAPY," "OCCUPATIONAL

21  THERAPY."

22          "PHYSICAL THERAPY," IS LITERALLY

23  THERAPY.  "SPEECH THERAPY," IS TESTING

24  THAT I'M GOING TO RECYCLE LONG-TERM

25  MEMORY THINGS.



Page 164

```
 1                    E. SHIN
 2        Q. THAT'S YOUR UNDERSTANDING OF
 3   "SPEECH THERAPY"?
 4        A. RIGHT.  NOT SPEAKING.  I DON'T
 5   HAVE ANY PROBLEM SPEAKING.
 6        Q. I UNDERSTAND.  THAT'S ON WHAT
 7   YOUR UNDERSTANDING OF SPEECH THERAPY
 8   IS, WHEN YOU WERE AT THE REHAB
 9   FACILITY --
10        A. RIGHT.
11        Q. -- YOU WERE TESTED ON THE
12   ABILITY TO SPEAK?  "YES" OR "NO."
13        A. SPEAK, NO PROBLEM.
14        Q. YOU NEVER HAD A PROBLEM WITH
15   THAT?
16        A. WHEN I HAVE A SOMETHING HERE
17   (INDICATING), I HAVE HARD TO
18   PRONOUNCE(SIC).
19        Q. OTHER THAN THE PHYSICAL
20   LIMITATION WHEN YOU HAD THE BROKEN
21   CHEEKBONE AFTER THE SURGERY?
22        A. NO, I DON'T HAVE ANY PROBLEM TO
23   SPEECH.  I FEEL VERY AWFUL HERE
24   (INDICATING) THAT THIS IS PARALYZED.
25             MR. BASIL:  POINTING TO HIS
```



Page 165

```
 1                        E. SHIN
 2          UPPER LEFT SIDE OF HIS LIP.  THAT
 3          IT'S PARALYZED.
 4          Q.  IT'S NUMB, YOU CAN'T FEEL IT?
 5          A.  YEAH.
 6          Q.  IS IT IMPACTING YOUR ABILITY TO
 7     SPEAK?
 8          A.  I DON'T THINK SO JUST FEELS
 9     AWFUL.
10          Q.  JUST FEELS OFF, WEIRD?
11          A.  RIGHT.
12          Q.  DOESN'T HURT?
13          A.  HERE AND THERE.
14          Q.  HERE AND THERE.  BUT MOSTLY IT
15     JUST FEELS WEIRD?
16          A.  YES.
17          Q.  SO YOUR SPEECH IS FINE, THE
18     ABILITY TO SAY WORDS --
19          A.  IS NO PROBLEM.
20          Q.  OKAY.  THAT'S FINE --
21          A.  WHEN I GO TO --
22          Q.  -- MR. SHIN, LET ME FINISH.
23     LET'S BREAK IT DOWN, WE'RE GOING TO
24     BREAK IT DOWN.  OKAY?
25              YOUR SPEECH IS FINE, YOUR
```



MAGNA
LEGAL SERVICES

Page 166

1                        E. SHIN

2      ABILITY TO COMMUNICATE WITH PEOPLE WAS

3      NEVER AN ISSUE, ONLY WHEN YOUR FACE --

4      YOUR CHEEKBONE WAS BROKEN, THAT'S WHEN

5      IT WAS AN ISSUE?

6           A. RIGHT.

7           Q. NOW, YOUR ABILITY TO TAKE IN

8      INFORMATION AND PROCESS IT IS WHAT THEY

9      WORKED ON AT THE REHAB FACILITY; IS

10     THAT RIGHT?

11          A. RIGHT.

12          Q. OKAY.  AND THAT'S IMPROVED; IS

13     THAT RIGHT?

14          A. IT'S IMPROVED.

15          Q. YOU CAN LISTEN TO A CONVERSATION

16     LIKE YOU'RE DOING NOW, YOU'RE

17     PROCESSING MY QUESTION AND YOU'RE

18     ANSWERING MY QUESTION, RIGHT?

19          A. RIGHT.

20          Q. THAT'S NOT DIFFICULT?

21          A. SOMETIMES A PROBLEM.

22          Q. OKAY.  SOMETIMES PROBLEM.  HAD

23     YOU EXPERIENCED ANY PROBLEMS -- AS

24     WE'RE SITTING HERE TODAY, HAD YOU

25     EXPERIENCED ANY PROBLEMS PROCESSING



Page 167

```
 1                    E. SHIN
 2    WHAT'S BEING ASKED TO YOU AND
 3    COMMUNICATING THAT?
 4         A. NO.
 5         Q. OKAY.  THE NEXT THING IS YOUR
 6    MEMORY.
 7         A. RIGHT.
 8         Q. YOUR MEMORY -- SITING HERE
 9    TODAY, YOU HAVE A HARD TIME REMEMBERING
10    CERTAIN THINGS?
11         A. TODAY, I DON'T THINK SO.
12         Q. TODAY, I DON'T THINK SO.  YOUR
13    MEMORY IS FINE TODAY?
14         A. RIGHT, RIGHT.
15         Q. WHEN IS IT A PROBLEM?
16         A. LIKE, THREE DAYS AGO I HAD A
17    VERY IMPORTANT MEETING.  I COULDN'T
18    REMEMBER THE NAME OF A FIRM AT THE
19    TIME.  I COULDN'T REMEMBER SO I SAID,
20    "YEAH WE HAD SOME" -- SO I JUST STARTED
21    ANOTHER CONVERSATION.  THEN AFTER FIVE
22    MINUTES I REMEMBER THE FIRM'S NAME SO I
23    SAID, "BY THE WAY, YOU KNOW THE COMPANY
24    WAS" -- YOU KNOW, THINKING ABOUT IT AND
25    MY WIFE CAUGHT IT THOSE TIMES.
```



Page 168

```
 1                        E. SHIN
 2         Q. THAT YOU HAD A HARD TIME
 3    REMEMBERING THAT FIRM'S NAME?
 4         A. YES.
 5         Q. OTHER THAN THAT, IS THERE
 6    ANYTHING ELSE YOU'RE HAVING ISSUES
 7    WITH?
 8         A. I DON'T THINK SO.
 9         Q. NOW, YOU MENTIONED THAT YOU
10    DON'T HAVE SEX WITH YOUR WIFE ANYMORE?
11         A. FIRST OF ALL, I DON'T HAVE ANY
12    ENERGY.  I'M SICK, MAYBE MENTALLY --
13    SOMETHING AND MY -- THIS ARM
14    (INDICATING) --
15         Q. LEFT ARM?
16         A. LEFT ARM.
17         Q. SO YOUR LEFT ARM IS BOTHERING
18    YOU?
19         A. BOTHERING ME.
20         Q. AND THAT'S PREVENTING YOU FROM
21    HAVING SEX WITH YOUR WIFE, YOUR LEFT
22    ARM?
23         A. YES.
24         Q. IS ALL YOUR OTHER BODY PARTS
25    WORKING?
```



```
 1                    E. SHIN
 2       A. I THINK SO, I HOPE SO.
 3       Q. HAVE YOU TRIED TO USE THEM?
 4       A. NO.
 5       Q. ARE YOU ON ANY MEDICATION AS WE
 6  SPEAK?
 7       A. USING A LOT OF TYLENOL.
 8       Q. TYLENOL, JUST FOR THE PAIN?
 9       A. YEAH, 500 MILLIGRAMS.  THAT'S
10  WHAT DR. BARDIN SUGGESTED ME.
11            MS. NICOLAOU:  DID WE GET AN
12       AUTHORIZATION FOR HIS PRIMARY,
13       DR. BARDIN?
14            MS. BERKOWITZ:  NO.
15            MS. NICOLAOU:  I'M GOING TO
16       DEMAND MEDICAL RECORDS FROM DR.
17       BARDIN.
18            MS. BERKOWITZ:  I JOIN.
19            MR. LEVINSON:  I JOIN.
20       A. I HAD A BUNCH OF PAIN KILLERS
21  BUT I DON'T NEED A PRESCRIPTION FOR
22  THIS.
23       Q. OKAY.  SO DR. BARDIN PRESCRIBES
24  YOU 500 MILLIGRAMS?
25       A. NO, I DON'T NEED A PRESCRIPTION.
```



Page 170

```
 1                    E. SHIN
 2        Q. OH, IT'S JUST OVER-THE-COUNTER?
 3        A. YES.
 4        Q. HOW MANY TIMES DID YOU TAKE IT
 5   PER DAY?
 6        A. NOT EVERYDAY BUT AS I NEED.
 7        Q. HOW OFTEN DO YOU TAKE IT THEN?
 8        A. A WEEK, PROBABLY EIGHT OR 10.
 9   AND I HAVE ANOTHER SUPPLEMENT, VITAMIN
10   RECOMMENDED BY -- IT'S CALLED ACP.  IT
11   ALSO HELPS FOR MY PAIN.
12        Q. DO YOU TAKE ANY MEDICATION -- I
13   KNOW YOU SAID YOU DON'T TAKE ANY
14   SEIZURE MEDICATION AT ALL -- DO YOU
15   TAKE ANY OTHER MEDICATION TO EITHER
16   IMPROVE YOUR ABILITY TO RECALL THINGS
17   -- WITHDRAWN.
18           DO YOU TAKE ANY OTHER
19   MEDICATION, OTHER THAN THE TYLENOL AND
20   THE ACP?
21        A. MY HIGH BLOOD PRESSURE, I'M
22   SURE.  SINCE 2005.
23        Q. YOU'RE ON HIGH BLOOD PRESSURE
24   MEDICATION?
25        A. YES.
```



Page 171

1                    E. SHIN

2              MR. BASIL:  I JUST NEED A

3         SECOND TO CONSULT WITH MY

4         PARTNER.

5              MS. NICOLAOU:  SURE.

6              (WHEREUPON, A RECESS WAS

7         TAKEN AT THIS TIME.)

8         Q. MR. SHIN, HAS YOUR INABILITY TO

9    REMEMBER CERTAIN THINGS, WHETHER IT'S A

10   NAME OR MAKING A RIGHT INSTEAD OF A

11   LEFT OR SOMETHING LIKE THAT, HAS IT

12   IMPACTED YOUR ABILITY TO DO YOUR JOB AT

13   THE BANK?

14        A. YES AND NO.

15        Q. HOW HAS IT IMPACTED YOUR ABILITY

16   TO DO YOUR JOB?

17        A. I CANNOT PUT MORE TIME TO WORK

18   AS I USUALLY DO ON REGULAR BASIS.  I

19   THINK I CAN MAKE MORE PROFIT FOR THE

20   BANK BUT I TRY NOT TO OVERWORK.

21        Q. SO IS IT YOUR TESTIMONY THAT YOU

22   FEEL THAT BECAUSE OF YOUR MEMORY IT'S

23   LIMITING YOUR ABILITY TO WORK AS MUCH

24   AS YOU USED TO AND THAT'S TRICKLED DOWN

25   TO BRINGING BUSINESS IN FOR THE BANK?



Page 172

```
1                    E. SHIN
2        A. IT'S NOT MEMORY, IT'S MY
3   PHYSICAL CONDITION.
4        Q. PHYSICAL CONDITION.  OKAY.  AND
5   THAT HAS TRANSLATED INTO YOU NOT BEING
6   ABLE TO BRING BUSINESS INTO THE BANK?
7        A. YES.  SO I SAID "YES" AND "NO."
8        Q. AND "NO," IN WHAT SENSE?
9        A. I'M DOING MY JOB FUNCTION RIGHT
10  NOW.
11       Q. YOU'RE DOING YOUR JOB FUNCTION.
12  OKAY.  MR. SHIN, ARE YOU SUING A SUNDAY
13  JOURNAL, KOREAN JOURNAL IN FEDERAL
14  COURT?
15       A. YES.
16       Q. AND YOU'RE SUING THEM FOR
17  DEFAMATION?
18       A. YES.
19       Q. YOU FILED THE SUIT BACK IN
20  SEPTEMBER 2018; IS THAT RIGHT?
21       A. I DON'T REMEMBER EXACT DATE BUT
22  IF IT SAYS SO, YES.
23       Q. AND SOME LAWSUIT YOU FILED WAS
24  ON BEHALF OF YOURSELF --
25       A. AND THE BANK.
```



Page 173

                        E. SHIN

1

2      Q. -- AND THE BANK.  NOAH BANK?

3      A. RIGHT.

4      Q. AND THE ALLEGATIONS AND THE

5   COMPLAINT IS THAT THE KOREAN NEWSPAPER

6   ACCUSED YOU AND THE BANK OF VARIOUS

7   ILLEGAL CONDUCT; IS THAT RIGHT?

8      A. RIGHT.

9      Q. AND SOME OF IT WAS PART -- IN

10  CONNECTION WITH YOUR ACCIDENT; IS THAT

11  RIGHT?

12     A. MOST OF IT, YES.

13     Q. OKAY.  AND THE FIRM THAT'S

14  REPRESENTING YOU IN THIS ACTION AND

15  DEFAMATION CASE, IS THE SAME FIRM

16  THAT'S REPRESENTING YOU IN THIS CASE,

17  RIGHT?

18     A. YES.

19     Q. NOW, IN THE COMPLAINT YOU

20  ALLEGED THAT BECAUSE OF THIS

21  DEFAMATION, YOU'VE LOST BUSINESS FOR

22  THE BANK?

23     A. YES.

24     Q. AND YOU'VE JUST TESTIFIED,

25  BECAUSE OF YOUR INJURY YOU CAN'T BRING



Page 174

1                    E. SHIN

2    BUSINESS TO THE BANK?

3        A. I SAID "MORE."

4        Q. MORE BUSINESS?

5        A. YES.

6        Q. OKAY.

7            MS. NICOLAOU:  CAN WE MARK

8        THIS PLEASE?

9            (WHEREUPON, PENNSYLVANIA

10       DEFAMATION CASE WAS MARKED AS

11       DEFENDANT'S EXHIBIT M FOR

12       IDENTIFICATION AS OF THIS DATE.)

13       Q. SO YOU TESTIFIED THAT BECAUSE OF

14   YOUR PHYSICAL CONDITION, YOU CANNOT

15   BRING MORE BUSINESS TO THE BANK; IS

16   THAT RIGHT?

17       A. RIGHT.

18       Q. OKAY.  I'M GOING TO SHOW YOU

19   WHAT'S BEEN MARKED AS DEFENDANT'S

20   EXHIBIT M.  I'M GOING TO SHOW YOU

21   PARAGRAPH 86.  TAKE A LOOK AT THAT

22   (HANDING).  READ IT PLEASE, INTO THE

23   RECORD PARAGRAPH 86?

24       A. OKAY.

25       Q. CAN YOU READ THAT PARAGRAPH INTO



Page 175

```
 1                    E. SHIN
 2    THE RECORD, SIR?
 3              MS. BERKOWITZ:  SHE'S NEVER
 4         GOING TO GET IT.  WAIT ONE
 5         SECOND.  WHAT PARAGRAPH?
 6              MS. NICOLAOU:  86.  YOU KNOW
 7         WHAT LET ME JUST READ IT THEN.
 8              JUST FOR THE SAKE OF
 9         EXPEDIENCY I'M JUST GOING TO
10         READ.
11              PARAGRAPH 86 OF THE
12         COMPLAINT SAYS --
13         Q. ARE YOU LISTENING, MR. SHIN?
14         A. YES.
15         Q. "THE DEFAMATORY STATEMENTS IN
16    THE ARTICLES" -- AND THOSE ARTICLES
17    WE'RE REFERRING TO AS THE "KOREAN
18    ARTICLES," RIGHT?
19         A. RIGHT.
20         Q. "HAVE CAUSED SHIN DAMAGES.
21    INCLUDING DAMAGES TO HIS REPUTATION,
22    COMPENSATIONS, BONUSES, INTO HIS
23    BUSINESS INTERESTS AND PERSPECTIVE,
24    ECONOMIC OPPORTUNITIES."
25              DO YOU UNDERSTAND WHAT THAT
```



Page 176

1                    E. SHIN

2    PARAGRAPH SAYS?

3         A. YES.

4         Q. IN THIS COMPLAINT, MR. SHIN,

5    YOU'RE ALLEGING THAT BECAUSE OF THE

6    ARTICLES THAT YOU CLAIM TO BE FALSE

7    STATEMENTS THAT WERE SHARED ONLINE, YOU

8    HAVE SUFFERED INJURY TO YOUR

9    REPUTATION, YOUR ABILITY TO COLLECT

10   MONEY, COMPENSATION, BONUSES, BUT YOU

11   ALSO ALLEGED, YOUR ABILITY TO BRING IN

12   PERSPECTIVE CLIENTS; IS THAT RIGHT?

13        A. RIGHT.

14        Q. IN THIS ACTION, YOU'RE ALLEGING

15   THAT BECAUSE OF YOUR INJURIES YOU'RE

16   LIMITED FROM BRINGING IN MORE BUSINESS,

17   RIGHT?

18        A. RIGHT.

19        Q. SO IT'S THE SAME THING?

20        A. RIGHT.  AND PLUS MORE.

21        Q. NOW, YOU WOULD GET BONUSES AT

22   NOAH BANK?

23        A. YES.

24        Q. AND YOUR BONUSES, WERE THEY

25   IMPACTED FROM THIS INJURY?



Page 177

1                    E. SHIN

2        A. YES AND NO.

3        Q. SO ARE YOU ALLEGING -- AS WE SIT

4    HERE NOW, ARE YOU ALLEGING THAT BECAUSE

5    OF YOUR INJURY, YOU'RE NOT GETTING ANY

6    BONUSES?

7        A. NO, I GET A BONUS BUT I SHOULD

8    GET MORE BONUSES.

9            MS. NICOLAOU:  OKAY.  ARE WE

10        ALLEGING IN THIS ACTION THAT

11        BONUSES IS A CLAIM?

12            MR. BASIL:  NO.  THERE IS NO

13        CLAIM FOR LACK OF BONUSES,

14        SALARY, ANYTHING, OTHER THAN

15        PERSONAL INJURY.

16            MS. NICOLAOU:  OKAY.

17        Q. AND MR. SHIN, JUST TO CONFIRM,

18    THESE ARE FOUR ARTICLES THAT WERE

19    PUBLISHED IN 2017?

20        A. RIGHT.

21        Q. AND THEY WERE PUBLISHED ONLINE?

22        A. ONLINE AND SOME NEWSPAPER IN LOS

23    ANGELES.

24        Q. AND THEY'RE KOREAN BASED PAPERS,

25    RIGHT?



Page 178

1                        E. SHIN

2         A. YES.

3         Q. AND THE FIRST ONE WAS PUBLISHED

4    A FEW DAYS AFTER YOUR ACCIDENT?

5         A. RIGHT.

6         Q. AND THE SECOND ONE WAS PUBLISHED

7    A MONTH LATER, IN MAY?

8         A. YES.

9         Q. ANOTHER ONE IN MAY?

10        A. RIGHT.

11        Q. AND ANOTHER ONE IN NOVEMBER OF

12   2017?

13        A. RIGHT.

14        Q. AND YOU WENT BACK TO WORK IN

15   NOVEMBER OF 2017?

16        A. YES.

17        Q. THAT'S WHEN YOU STARTED WORKING

18   FROM HOME OR WHEN YOU WENT --

19   PHYSICALLY WENT BACK TO WORK?

20        A. PHYSICALLY IN AND OUT, SLOW

21   START.

22        Q. WHEN DID YOU START WORKING FROM

23   HOME?

24        A. AROUND JUNE, MAY.

25        Q. MAY, JUNE, YOU STARTED WORKING



```
 1                    E. SHIN

 2    FROM HOME?

 3         A. RIGHT, YES.

 4            30 MINUTES AT DESK, ONE HOUR

 5    BED, 30 MINUTES AT DESK, ONE HOUR BED.

 6               MS. NICOLAOU:  MOVE TO

 7         STRIKE HIS PORTIONS THAT ARE

 8         UNRESPONSIVE.

 9         Q. CAN YOU QUANTIFY, IN ANY WAY,

10    MR. SHIN, HOW MUCH PROFIT YOU HAVE BEEN

11    UNABLE TO BRING TO THE BANK BECAUSE OF

12    YOUR PHYSICAL INJURIES VERSUS YOUR

13    DEFAMATION CLAIM?

14         A. I DO NOT KNOW.

15         Q. THE SAME QUESTION FOR BUSINESS,

16    SUCH AS CLIENTS, NOT NECESSARILY PROFIT

17    BUT CLIENTS, ARE YOU ABLE TO QUANTIFY

18    THAT IN ANY WAY, HOW MUCH CLIENTS THAT

19    YOU'RE NOT ABLE TO BRING TO THE BANK

20    BECAUSE OF YOUR PHYSICAL CONDITION

21    VERSUS CLIENTS YOU LOST FROM THE

22    DEFAMATION CLAIM?

23         A. I DO NOT KNOW, I DON'T WANT TO

24    GUESS.

25         Q. DO YOU HAVE ANYTHING -- ANY
```



Page 180

1                    E. SHIN
2    DOCUMENTATION THAT WOULD REFLECT HOW
3    MUCH OF IT WAS RELATED TO YOUR PHYSICAL
4    CONDITION VERSUS YOUR DEFAMATION?
5        A. NO, I DO NOT.
6        Q. IS THERE ANY OTHER LAWSUITS
7    FILED BY YOU, MR. SHIN, AGAINST ANYBODY
8    ELSE THAT IN SOME WAY IS CONNECTED TO
9    THE ACCIDENT OF APRIL 21ST, 2017, OTHER
10   THAN THE ONE THAT WE ARE SITTING HERE
11   FOR TODAY AND THE DEFAMATION CLAIM
12   THAT'S PENDING IN THE FEDERAL COURTS IN
13   THE EASTERN DISTRICTS OF PENNSYLVANIA?
14       A. YOU MEAN, INCLUDING MY BANK FOR
15   COLLECTION EFFORT AND THINGS?
16       Q. BY YOU, IN CONNECTION WITH YOUR
17   ACCIDENT.
18       A. NO.
19       Q. OKAY.  HAS YOUR BANK FILED ANY
20   CLAIMS?
21       A. FOR ACCIDENT?
22       Q. BECAUSE OF THIS ACCIDENT?
23       A. NO.
24       Q. OTHER THAN THIS DEFAMATION
25   CLAIM?



1                          E. SHIN

2          A. NO.

3          Q. AND I APOLOGIZE IF THIS WAS

4      ASKED BEFORE.  HAVE YOU ATTENDED ANY

5      HEARINGS -- ANY CRIMINAL HEARINGS, IN

6      CONNECTION WITH MR. LEE'S ARREST

7      BECAUSE OF YOUR ACCIDENT?

8          A. NO, OTHER THAN MEETING AT THE

9      DA'S OFFICE ONE TIME AND TALKING

10     NUMEROUS TIMES TO HER.  I DON'T KNOW.

11         Q. WHO WAS THE ADA THAT HANDLED

12     YOUR CASE?  DO YOU REMEMBER HER NAME?

13     IT WAS A FEMALE, RIGHT?

14         A. FEMALE.

15         Q. DO YOU REMEMBER HER NAME?

16         A. NO.

17         Q. DO YOU HAVE ANY INFORMATION AT

18     HOME THAT PROVIDES YOU WITH THE NAME?

19         A. I THINK SO.

20         Q. I'M GOING TO LEAVE A BLANK IN

21     THE RECORD.  WHEN YOU GET THE

22     TRANSCRIPT, JUST WRITE IT IN.

23     (INSERT)_____

24              MS. NICOLAOU:  I ALSO DEMAND

25         THE NAME, AS WELL.



Page 182

1                       E. SHIN
2          Q. WERE YOU GIVEN ANY PAPERWORK TO
3     FILL OUT AND COMPLETE BY THE ADA, IN
4     CONNECTION WITH MR. LEE'S ARREST?
5          A. NO.
6          Q. AND I UNDERSTAND YOU DIDN'T GIVE
7     A TESTIMONY, A TRIAL, OR PROVIDE A
8     SWORN STATEMENT, IN CONNECTION WITH THE
9     ACCIDENT OF APRIL 21ST?
10         A. NO.
11         Q. HAVE YOU SPOKEN WITH ANYONE,
12    OTHER THAN YOUR ATTORNEY ABOUT THE
13    ACCIDENT OF APRIL 21ST, 2017 THAT YOU
14    HAVEN'T TESTIFIED TO ALREADY?
15         A. NO.
16         Q. I KNOW WE SPOKE TO CHUNG LEE,
17    RIGHT?
18         A. YES.
19         Q. WE TALKED ABOUT THAT.
20            HOW MANY TIMES DID YOU SPEAK TO
21    HIM ABOUT THIS ACCIDENT OF APRIL 21ST?
22         A. NOT MUCH, BECAUSE I DON'T WANT
23    TO MAKE HIM SORRY FOR ME.
24         Q. OKAY.  MR. DANIEL PARK, THE CPA,
25    I SEE HIS NAME IS ON THE DOOR OUTSIDE



Page 183

```
 1                    E. SHIN
 2   THIS OFFICE.  HE HAS AN OFFICE IN YOUR
 3   ATTORNEY'S BUILDING -- SPACE, RIGHT?
 4        A. RIGHT.
 5        Q. WHEN WAS THE LAST TIME YOU SPOKE
 6   TO HIM ABOUT THIS ACCIDENT?
 7        A. ABOUT 18 MONTHS AGO.
 8        Q. 18 MONTHS?
 9        A. NO, NOT 18 MONTHS, MORE THAN
10   THAT.  I TRY NOT TO TALK ABOUT MY
11   ACCIDENT WITH THEM.
12        Q. WHY?
13        A. THEY FEEL SORRY, I DON'T WANT TO
14   MAKE PEOPLE FEEL SORRY.
15        Q. WHEN YOU SPOKE TO HIM 18 MONTHS
16   AGO --
17        A. NOT 18 MONTHS AGO.
18        Q. OKAY.  HOW MANY TIMES DID YOU
19   SPEAK TO HIM ABOUT YOUR ACCIDENT?
20        A. JUST ONE TIME.
21        Q. JUST ONE TIME, OKAY.  WHAT WAS
22   THE SUM AND SUBSTANCE OF THAT
23   CONVERSATION?
24        A. I JUST SAID TO HIM, "DO YOU
25   REMEMBER ANYTHING?"
```



Page 184

```
 1                    E. SHIN
 2       Q. AND WHAT DID HE TELL YOU?
 3       A. "I SLEPT."  HE SAID, "I DON'T
 4   REMEMBER.  I SLEPT."
 5       Q. YOU SLEPT?
 6       A. HE SLEPT.
 7            MR. BASIL:  MR. PARK SLEPT.
 8            MS. NICOLAOU:  YES.
 9       Q. DOES HE REMEMBER ANYTHING FROM
10   THAT NIGHT, AT ALL, BEFORE HE FELL
11   ASLEEP?
12       A. I DIDN'T ASK HIM.
13       Q. OKAY.  WHAT ABOUT JOHN LEE?
14       A. JOHN KIM?
15            MS. NICOLAOU:  NO, THE --
16            MR. BASIL:  JOHN KIM WAS THE
17       DRIVER.
18       Q. JOHN KIM, THE DRIVER.  I'M
19   SORRY.  JOHN KIM?
20       A. HE'S MY EMPLOYEE.  I DON'T WANT
21   TO GIVE HIM HELL.  I DIDN'T ASK HIM.
22       Q. WHAT'S HIS TITLE IN THE BANK?
23       A. SVP.
24       Q. OF WHAT?
25       A. A CREDIT LINE.  HE'S LENDING
```



Page 185

1                    E. SHIN

2    AREA(SIC).

3          Q. SO HE'S THE FINANCIAL OFFICER?

4          A. LOAN OFFICER, CREDIT OFFICER.

5          Q. OKAY.  AND HAVE YOU SPOKEN TO

6    HIM AT ALL ABOUT YOUR ACCIDENT?

7          A. NO.  DID A YOU MEAN, COUPLE OF

8    TIMES?

9          Q. WHAT WAS IT THAT YOU TWO

10   DISCUSSED?

11         A. I DON'T REMEMBER BUT HE SAID --

12   FIRST OF ALL, I SAID, "THANK YOU FOR

13   SAVING ME" BECAUSE HE TOLD ME HE AND

14   CHUNG LEE TAKE AMBULANCE TO THE

15   HOSPITAL WITH ME(SIC).

16         Q. OKAY.

17         A. AND WE TALKED ABOUT HOW YOUNG

18   LEE SHOULDN'T HAVE KICKED ME.  YOU

19   KNOW, THAT WAS ATTEMPT TO MURDER.  I

20   MEAN IF I GOT KILLED.

21         Q. DID HE TELL YOU WHY?  WHAT THE

22   ARGUMENT WAS ABOUT?

23         A. HE DOESN'T KNOW.

24         Q. DID ANYBODY EVER SAY TO YOU WHAT

25   THE ARGUMENT WAS ABOUT?



Page 186

1                    E. SHIN

2        A. NO.

3        Q. OKAY.  OTHER THAN JOHN KIM,

4    CHUNG LEE, AND DANIEL PARK, ANYBODY

5    ELSE THAT YOU'RE AWARE OF THAT

6    WITNESSED THE INCIDENT BETWEEN -- LET

7    ME REMOVE THAT.

8            ANYBODY ELSE THAT YOU'RE AWARE

9    OF THAT CAN SPEAK TO THE EVENTS THAT

10   HAPPENED THAT NIGHT?  WHETHER IT'S THE

11   ACCIDENT ITSELF OR THINGS LEADING UP TO

12   THE ACCIDENT?

13       A. YOU MEAN, ASK ME QUESTION?

14       Q. NO, THAT CAN SPEAK TO -- THAT

15   CAN TESTIFY AS TO WHAT HAPPENED THAT

16   NIGHT?

17       A. I DO NOT KNOW.

18           MS. NICOLAOU:  CAN WE TAKE A

19        10-MINUTE BREAK?  I'M JUST GOING

20        TO LOOK OVER MY NOTES.  YOU WANT

21        TO DO THAT NOW?

22   EXAMINATION

23   BY MS. BERKOWITZ:

24       Q. SO THROUGH YOUR EMPLOYMENT, DO

25   YOU HAVE HEALTH INSURANCE WITH AETNA?



1                    E. SHIN

2          A. YES.

3          Q. DID YOU SUBMIT YOUR MEDICAL

4    BILLS TO AETNA?

5          A. YES.

6          Q. DO YOU KNOW HOW MUCH MONEY AETNA

7    PAID OUT?

8          A. I DON'T, EXACT.  ACCORDING TO

9    IT, IT SHOWS, I BELIEVE, ALMOST A

10   MILLION BUT I THINK AETNA PAID

11   $700,000.  I DON'T KNOW EXACT AMOUNT.

12         Q. I'M NOT ASKING YOU HOW MUCH

13   AETNA WAS BILLED, I'M ASKING YOU HOW

14   MUCH AETNA ACTUALLY PAID.

15         A. I DON'T KNOW EXACT BUT I BELIEVE

16   AROUND $700,000.

17         Q. AND DID YOU SPEND ANY MONEY OUT

18   OF YOUR OWN POCKET?

19         A. YES.

20         Q. WHAT DID YOU SPEND MONEY OUT OF

21   YOUR POCKET FOR?

22         A. CO-PAY, PARKING, YOU NAME IT, TO

23   VISIT DOCTORS.

24         Q. DO YOU KNOW THE AMOUNT THAT YOU

25   PAID OUT OF YOUR POCKET FOR WHICH YOU



Page 188

```
 1                    E. SHIN
 2    WERE NOT REIMBURSED?
 3         A. I DO NOT KNOW.
 4         Q. DO YOU HAVE AN APPROXIMATE TOTAL
 5    THAT YOU CAN QUANTIFY?
 6         A. $20,000, I'M NOT SURE.
 7         Q. THAT YOU BELIEVE THAT YOU'VE
 8    PAID OUT OF POCKET THAT YOU HAVEN'T
 9    BEEN REIMBURSED FOR?
10         A. YES.
11         Q. ANYTHING ELSE THAT YOU HAVEN'T
12    BEEN REIMBURSED FOR?
13         A. FOR MEDICATION, I THINK I HAVE
14    TO PAY BY MY MONEY BECAUSE IT'S NOT
15    COVERED BY INSURANCE.
16         Q. ANYTHING ELSE?
17         A. AND SOME PHYSICAL THERAPY.
18         Q. SOME PHYSICAL THERAPY WASN'T
19    COVERED?
20         A. YES.
21         Q. WHAT ELSE?
22         A. CHIROPRACTOR, AND ACUPUNCTURE
23    DOESN'T COVER BY AETNA(SIC), I BELIEVE.
24         Q. AND DO YOU HAVE SOME TYPE OF
25    FILE AT HOME WHERE YOU'RE KEEPING A
```



Page 189

```
 1                    E. SHIN
 2   RECORD OF HOW MUCH YOU'VE BEEN
 3   SPENDING?
 4        A. PROBABLY MY WIFE HAS IT.  I'M
 5   NOT SURE ABOUT THAT.
 6             MS. NICOLAOU:  I'M JUST
 7        GOING TO DEMAND COPIES OF ANY
 8        OUT-OF-POCKET RECEIPTS AND
 9        CANCELLED CHECKS OR ANYTHING LIKE
10        THAT.
11             MS. BERKOWITZ:  JOIN.
12             MR. LEVINSON:  JOIN.
13             MS. NICOLAOU:  AND I NEED --
14        I NEED CLARIFICATION BECAUSE I
15        BELIEVE THE DOCUMENTS YOU GAVE ME
16        ARE NO WHERE NEAR THE FIGURE THAT
17        YOU REPORTED TO US IN THE PAST
18        COMPARED TO WHAT YOUR CLIENT JUST
19        TESTIFIED TO.
20             I'M NOT SURE WHERE THIS
21        NUMBER IS COMING FROM AND NONE OF
22        US ARE SEEING IT.  SO ARE WE
23        MISSING SOMETHING?  BECAUSE THE
24        DOCUMENT YOU GAVE ME DIDN'T HAVE
25        700 OR A MILLION, IT HAD 100 AND
```



Page 190

```
 1                    E. SHIN
 2      CHANGE.
 3              MR. BASIL:  THERE WAS THE
 4      EXCEL SPREADSHEET.
 5              MS. NICOLAOU:  YEAH, IT
 6      DIDN'T HAVE 700.
 7              MR. BASIL:  I'LL CHECK IT.
 8              MS. BERKOWITZ:  I THINK
 9      THERE IS A DISCREPANCY OF HOW
10      MUCH WAS BILLED AND HOW MUCH WAS
11      PAID OUT.
12              MS. NICOLAOU:  WHAT WAS
13      BILLED WASN'T ANYWHERE NEAR 700.
14              MS. BERKOWITZ:  RIGHT BUT
15      THE LIEN WOULD BE THE AMOUNT
16      INCURRED, NOT WHAT WAS BILLED.
17              MR. BASIL:  SURE.
18              MS. NICOLAOU:  THE PACKET
19      YOU E-MAILED US, WHICH HAS THE
20      SPREADSHEET PROVIDED BY THE
21      INSURER, DOES NOT LIST --
22              MR. BASIL:  BY THE "INSURER"
23      OR THE "INSURED"?
24              MS. NICOLAOU BY YOUR CLIENT?
25              MR. BASIL:  THERE SHOULD
```



Page 191

```
 1                    E. SHIN
 2        HAVE BEEN ONE BY THE "INSURED."
 3              MS. NICOLAOU:  BY YOUR
 4        CLIENT?
 5              MR. BASIL:  CORRECT, THAT
 6        HIS WIFE PUT TOGETHER THE LIST
 7        THAT HE'S BEEN TESTIFYING US
 8        ABOUT.  I THOUGHT I PROVIDED
 9        THAT, IF I DIDN'T, IT WAS AN
10        ERROR.
11              MS. NICOLAOU:  WE HAVE AN
12        EXCEL SPREADSHEET, THAT MIGHT BE
13        WHAT SHE PUT TOGETHER?
14              MR. BASIL:  YES.
15              MS. NICOLAOU:  YES, WE HAVE
16        THAT BUT YOU ALSO DISCLOSED A
17        LIEN LETTER, FROM THE INSURER,
18        WHICH HAD ITS OWN PRINT OUT.
19              MR. BASIL:  I UNDERSTAND --
20        THIS CAN BE OFF THE RECORD.
21              (WHEREUPON, A DISCUSSION WAS
22        HELD OFF THE RECORD.)
23   EXAMINATION
24   BY MR. LEVINSON:
25        Q. MR. SHIN, PRIOR TO THIS
```



MAGNA
LEGAL SERVICES

Page 192

1                       E. SHIN

2     INCIDENT, DID YOU EVER INJURE YOUR

3     HEAD, CHEEK AREA, OR LEFT ARM BEFORE?

4          A. NEVER.

5          Q. SINCE THIS ACCIDENT, HAVE YOU

6     REINJURED ANY PARTS OF YOUR HEAD,

7     CHEEK, OR LEFT ARM?

8          A. NO, NOT THAT I KNOW OF.  NO.

9          Q. WERE YOU EVER DIAGNOSED WITH ANY

10    CONDITION THAT WOULD SUBJECT YOU TO

11    MEMORY LOSS BEFORE THIS INCIDENT?

12         A. NO.

13         Q. ALL RIGHT.  NOTHING FURTHER.

14            (TIME NOTED:  3:34 P.M.)

15

16

17

18

19

20

21

22

23

24

25



Page 193

```
 1
 2                  INSTRUCTIONS TO WITNESS
 3
 4            PLEASE READ YOUR DEPOSITION OVER
 5   CAREFULLY AND MAKE ANY NECESSARY CORRECTIONS.
 6   YOU SHOULD STATE THE REASON IN THE APPROPRIATE
 7   SPACE ON THE ERRATA SHEET FOR ANY CORRECTIONS
 8   THAT ARE MADE.
 9            AFTER DOING SO, PLEASE SIGN THE
10   ERRATA SHEET AND DATE IT.
11            YOU ARE SIGNING SAME SUBJECT TO THE
12   CHANGES YOU HAVE NOTED ON THE ERRATA SHEET,
13   WHICH WILL BE ATTACHED TO YOUR DEPOSITION.
14            IT IS IMPERATIVE THAT YOU RETURN THE
15   ORIGINAL ERRATA SHEET TO THE DEPOSING ATTORNEY
16   WITHIN THIRTY (30) DAYS OF RECEIPT OF THE
17   DEPOSITION TRANSCRIPT BY YOU.  IF YOU FAIL TO
18   DO SO, THE DEPOSITION TRANSCRIPT MAY BE DEEMED
19   TO BE ACCURATE AND MAY BE USED IN COURT.
20
21
22
23
24
25
```



Page 194

1

2                          - - - - - -

                          E R R A T A

3                          - - - - - -

4    PAGE   LINE   CHANGE

5    17      9    Kang Lee (not "Kane")

6    27      14   Kang    (not "Kane")

7    67      11   ⊗ Distributed (not "disputed")

8    ___    ___   _____

9    ___    ___   _____

10   ___    ___   _____

11   ___    ___   _____

12   ___    ___   _____

13   ___    ___   _____

14   ___    ___   _____

15   ___    ___   _____

16   ___    ___   _____

17   ___    ___   _____

18   ___    ___   _____

19   ___    ___   _____

20   ___    ___   _____

21   ___    ___   _____

22   ___    ___   _____

23   ___    ___   _____

24   ___    ___   _____

25   ___    ___   _____



Page 195

1
2           A C K N O W L E D G E M E N T
3    STATE OF NEW YORK)
4                    :SS
5    COUNTY OF New York )
6        I, ~~ERIC E.~~ Edward SHIN, HEREBY CERTIFY THAT I HAVE
7    READ THE TRANSCRIPT OF MY TESTIMONY TAKEN
8    UNDER OATH ON FEBRUARY 1ST, 2019, THAT THE
9    TRANSCRIPT IS A TRUE, COMPLETE AND CORRECT
10   RECORD OF WHAT WAS ASKED, ANSWERED AND SAID
11   DURING MY TESTIMONY UNDER OATH, AND THAT THE
12   ANSWERS ON THE RECORD AS GIVEN BY ME ARE TRUE
13   AND CORRECT, EXCEPT FOR THE CORRECTIONS OR
14   CHANGES IN FORM OR SUBSTANCE, IF ANY, NOTED IN
15   THE ATTACHED ERRATA SHEET.
16
17
18   ~~ERIC E~~. SHIN
19   Edward
20   SIGNED AND SUBSCRIBED TO
21   BEFORE ME, THIS 6th DAY
22   OF April , 2019 .
23
24
25   NOTARY PUBLIC

ROBERT J. BASIL
Notary Public, State of New York
No. 02BA6216008
Qualified in New York County
Commission Expires January 11, 2022



```
 1
 2         I N D E X   O F   W I T N E S S E S
 3   WITNESS:   ERIC E. SHIN
 4   EXAMINATION BY                         PAGE
 5   MS. BERKOWITZ                          6
     MS. NICOLAOU                           52
 6   MR. LEVINSON                           114
     MS. BERKOWITZ                          118
 7   MS. NICOLAOU                           153
     MR. BERKOWITZ                          186
 8   MR. LEVINSON                           191
 9         I N D E X   O F   E X H I B I T S
10   EXHIBIT          DESCRIPTION           PAGE
11   A                SECURITY FOOTAGE      43*
                      CLIP
12   B                RECEIPT OF CHUNG      87*
                      LEE'S ROOM
13   C                RECEIPT OF YOUNG      87*
                      LEE'S ROOM
14   D-K              PHOTOGRAPHS           87*
     L                PHOTOGRAPH            95*
15   M                PENNSYLVANIA          174*
                      DEFAMATION CASE
16
       (*INDICATES EXHIBIT(S) RETAINED BY COUNSEL)
17
           I N D E X   O F   R E Q U E S T S
18
     DESCRIPTION                            PAGE
19
     MEDICAL RECORDS FROM DR. BARDIN        169
20   OUT-OF-POCKET RECEIPTS  AND            188
     CANCELLED CHECKS
21
       I N D E X   O F   I N S E R T I O N S
22
     DESCRIPTION                            PAGE
23
     DISTRICT ATTORNEY'S NAME               181
24
25
```



1

2             C E R T I F I C A T E

3    I, CHRISTA M. MILOSCIA, A SHORTHAND

4  REPORTER AND NOTARY PUBLIC WITHIN AND FOR THE

5  STATE OF NEW YORK, DO HEREBY CERTIFY:

6    THAT THE WITNESS(ES) WHOSE TESTIMONY IS

7  HEREINBEFORE SET FORTH WAS DULY SWORN BY ME,

8  AND THE FOREGOING TRANSCRIPT IS A TRUE RECORD

9  OF THE TESTIMONY GIVEN BY SUCH WITNESS(ES).

10    I FURTHER CERTIFY THAT I AM NOT RELATED TO

11  ANY OF THE PARTIES TO THIS ACTION BY BLOOD OR

12  MARRIAGE, AND THAT I AM IN NO WAY INTERESTED

13  IN THE OUTCOME OF THIS MATTER.

14

15

16

17

18

19

20

21

22

23

24                  CHRISTA M. MILOSCIA, A COURT

                      REPORTER AND NOTARY PUBLIC

25                  DATE: JANUARY 11, 2019



Page 198

```
 1
 2                          L A W Y E R ' S   N O T E S
     P A G E / L I N E   N O T E
 3   _____   _____
     _____   _____
 4   _____   _____
     _____   _____
 5   _____   _____
     _____   _____
 6   _____   _____
     _____   _____
 7   _____   _____
     _____   _____
 8   _____   _____
     _____   _____
 9   _____   _____
     _____   _____
10   _____   _____
     _____   _____
11   _____   _____
     _____   _____
12   _____   _____
     _____   _____
13   _____   _____
     _____   _____
14   _____   _____
     _____   _____
15   _____   _____
     _____   _____
16   _____   _____
     _____   _____
17   _____   _____
     _____   _____
18   _____   _____
     _____   _____
19   _____   _____
     _____   _____
20   _____   _____
     _____   _____
21   _____   _____
     _____   _____
22   _____   _____
     _____   _____
23   _____   _____
     _____   _____
24   _____   _____
     _____   _____
25
```



## A

**ABDELAFTTAH** 139:6

**ABILITY** 164:12 165:6,18 166:2,7 170:16 171:12,15 171:23 176:9,11

**ABLE** 77:18 150:2 172:6 179:17,19

**ABOVE-ENTIT...** 1:19

**ACCESS** 99:6 100:14

**ACCESSED** 100:7

**ACCIDENT** 51:9 51:11,12 54:13 55:16 59:9 63:19 76:17,20 81:15 82:20 88:19 89:4 90:25 92:14,21 93:9,20 94:10 97:17,23 98:6,9 98:21 99:17,18 100:4,8,10 102:7 108:11 113:8,16 120:9 122:13,13 131:24 132:5,14 141:9 144:21 147:19 149:13,16 150:14 152:19,23 153:7 163:9 173:10 178:4 180:9,17,21,22 181:7 182:9,13,21 183:6,11,19 185:6 186:11,12 192:5

**ACCOMPANIED** 4:14

**ACCOUNT** 106:7

**ACCURATE** 91:17 193:19

**ACCURATELY** 90:23 91:10 92:13

**ACCUSED** 173:6

**ACP** 170:10,20

**ACTION** 1:19 5:10 109:20 110:4,22 111:2 173:14 176:14 177:10 197:11

**ACTIVITIES** 149:20

**ACTUAL** 66:11

**ACUPUNCTURE** 140:20 142:11 188:22

**ACUPUNCTUR...** 141:12,21 142:8

**ADA** 181:11 182:3

**ADDITIONAL** 119:13

**ADDRESS** 6:12 13:12 84:3,6,12 84:21 85:21,22 135:20 160:12

**ADMITTED** 127:25

**AETNA** 186:25 187:4,6,10,13,14

**AETNA(SIC)** 188:23

**AFTERNOON** 52:14 87:23 114:10

**AGGRESSIVE** 38:7,19

**AGO** 59:24 66:21 67:5 100:19,20 101:16,21,22,23 155:8 167:16 183:7,16,17

**AGREE** 43:18 61:23,24 63:16,17 66:19

**AGREED** 3:3 51:16

**AHMUTY** 2:6

**AIR** 64:9

**ALCOHOL** 16:9 22:10,12,14 31:13 32:14 42:16 73:7

74:2,16 75:14 82:3,5 90:14 119:8,21 120:4

**ALCOHOLIC** 11:9

**ALLEGATIONS** 173:4

**ALLEGED** 173:20 176:11

**ALLEGING** 176:5 176:14 177:3,4,10

**ALLOWED** 130:11

**ALLOWS** 107:7

**ALZHEIMER'S** 135:10 145:21

**AMBLER** 6:14 84:16

**AMBULANCE** 121:25 185:14

**AMERICA** 105:9 105:11

**AMOUNT** 31:17 56:12,15 70:17 187:11,24 190:15

**AND/OR** 3:8

**ANGELES** 177:23

**ANSWER** 3:11,18 4:4,12,13,14,16 7:2 80:12,20 107:15 108:20 109:5

**ANSWERED** 4:9 4:25 195:10

**ANSWERING** 166:18

**ANSWERS** 195:12

**ANYBODY** 8:19 9:7 42:19,23 48:20,24 49:6 50:7 53:16 98:5 102:14 121:4,6 142:16,17 180:7 185:24 186:4,8

**ANYMORE** 86:16 100:15 148:4

149:11 150:2 168:10

**ANYTIME** 108:13

**APARTMENT** 84:4,7,18,22 85:4 85:13 158:17

**APOLOGIZE** 94:7 181:3

**APPEAR** 61:16

**APPEARS** 61:25 96:7

**APPLY** 3:14 52:23

**APPOINTMENT** 155:10 156:4

**APPOINTMENTS** 138:13

**APPRAISAL** 58:8

**APPRECIATE** 37:14

**APPROPRIATE** 3:14 193:6

**APPROVE** 58:10 152:20

**APPROVED** 56:14 57:16

**APPROXIMATE** 73:14 188:4

**APPROXIMAT...** 118:18

**APRIL** 9:13 124:15 180:9 182:9,13,21

**AREA** 99:18,21 127:7 142:12,13 155:20,21 192:3

**AREA(SIC)** 185:2

**ARGUMENT** 33:17,18,19,21 34:3 37:16 41:18 43:2 185:22,25

**ARM** 122:20 123:6 123:14 132:25 134:16 141:2 150:6 168:13,15 168:16,17,22 192:3,7

**ARMS** 64:6,8

65:17 124:20

**ARRANGED** 144:13

**ARRANGEMEN...** 14:19 15:17

**ARREST** 50:17 51:3 181:6 182:4

**ARRIVE** 70:14,20

**ARRIVED** 22:2 69:6 70:10,23 71:7,21 73:11

**ARTICLE** 3:15

**ARTICLES** 175:16 175:16,18 176:6 177:18

**ASKED** 38:25 50:21 66:2 108:14 109:9 167:2 181:4 195:10

**ASKING** 6:19 52:20 62:6,6 64:19,20 65:12 146:19 148:11 187:12,13

**ASLEEP** 28:23 49:10,15 184:11

**ASSEMBLE** 123:25

**ASSOCIATE** 20:24 21:8

**ATE** 100:17

**ATM** 116:7

**ATTACHED** 193:13 195:15

**ATTEMPT** 185:19

**ATTENDANCE** 3:25

**ATTENDED** 181:4

**ATTENDING** 152:19

**ATTENTION** 9:13 146:7,20 147:24 148:3

**ATTORNEY** 3:20 4:11,20 5:16,23 6:17 47:3 103:4



107:6 108:13
109:3 111:21
112:3 182:12
193:15
**ATTORNEYS** 2:3
2:7,11,16 3:4
114:12
**ATTORNEY'S**
183:3 196:23
**AUGUST** 111:5,6
147:3
**AUTHORIZATI...**
169:12
**AVAILABLE**
71:16
**AVENUE** 85:3,19
85:20 160:13
**AVERAGE** 79:20
79:21,22 80:2
**AVOIDING** 158:8
**AWARE** 32:13
67:18 97:15,19
101:12 103:13
121:6 186:5,8
**AWFUL** 164:23
165:9
**A-B-D-E-L-A-F-...**
139:6
**A.M** 1:15

─────────

**B**
**B** 3:8 87:10 88:5,10
89:10 144:17,18
196:9,12
**BACK** 29:18,20
36:21 39:21 43:14
43:16 45:17 50:10
63:22 79:21 80:2
80:12,20 81:15
85:10,14,15 98:20
130:15,16,17,25
141:4 150:24
154:11,12,22,23
154:24 155:4,7,13
157:5 158:23
159:24 162:24

172:19 178:14,19
**BACKGROUND**
96:21
**BAD** 39:10,12
**BANK** 9:24 14:11
14:13 15:15,16
56:3,6,14,25
57:11,22,25 58:18
58:18 85:6,7,9,11
103:18 104:11,18
105:23 106:6,16
106:18 108:7
151:6,21 156:19
158:16,20 171:13
171:20,25 172:6
172:25 173:2,2,6
173:22 174:2,15
176:22 179:11,19
180:14,19 184:22
**BANKER** 9:24
10:13
**BAR** 5:8 13:7,10
14:16 23:22 36:15
42:14,17,20,24,25
54:3 55:3,19
57:15 60:11,15
70:11 71:7,8
72:19 77:5,16,24
78:14,18,23 79:5
79:10,14,18 88:18
92:15 98:4 120:11
120:21
**BARDIN** 144:9,11
144:13,20 169:10
169:13,17,23
196:19
**BASEBALL**
132:13
**BASED** 53:21 58:7
58:7 112:12
113:10 177:24
**BASICALLY** 25:7
130:9
**BASIL** 2:3,5 43:10
43:15,23 44:15
47:2 59:11 63:6

67:19,24 69:19
74:7 76:16 80:19
83:19 84:24 86:19
101:11 106:24
107:10,22 108:16
108:19 109:5
110:6 124:3
132:24 135:3
136:24 137:4
142:24 145:7
148:8,12,17 151:5
154:15 164:25
171:2 177:12
184:7,16 190:3,7
190:17,22,25
191:5,14,19
**BASIS** 3:22 4:15
28:7 171:18
**BAYSIDE** 104:10
**BED** 179:5,5
**BEER** 21:19,23
22:16 23:10,14
69:3,7,8,11,13,15
69:18 70:8 75:10
82:3,9,11,14
83:14 91:2,4,7,9
119:14
**BEERS** 31:9 69:22
**BEGGED** 130:9
**BEGINNING**
26:12 115:4
157:17
**BEHALF** 5:16
172:24
**BEHAVIOR** 28:10
148:24
**BELIEVE** 10:24
15:23 17:25 21:7
22:9 23:4 28:12
35:23 38:14 41:2
42:20,24 45:18
75:21 76:22
112:22 113:6
121:4,5 160:17
187:9,15 188:7,23
189:15

**BELIEVED** 37:8
102:16
**BELONGS** 89:7
**BERKOWITZ**
1:18 2:9 6:8,17
13:9 30:23 35:10
35:15 43:4,7,12
43:22 45:14 55:8
65:6 68:19 72:9
86:22 89:14,18
90:18 95:12
118:24 121:12
145:5 151:2
153:10 169:14,18
175:3 186:23
189:11 190:8,14
196:5,6,7
**BEST** 43:10,12
**BETHLEHEM**
135:23
**BETTER** 68:11,14
68:15,16 127:22
**BEVERAGE** 11:10
**BIG** 48:4,8 74:14
111:18 126:17
145:18,20,22
**BIGGER** 17:17
**BILL** 90:7
**BILLED** 187:13
190:10,13,16
**BILLS** 187:4
**BIRTH** 7:21
**BIT** 153:12
**BLACK** 11:15
22:19
**BLANK** 181:20
**BLEEDING**
126:18,20 128:22
128:24,25
**BLOCK** 37:23,25
38:2,4 47:11,14
47:17,20
**BLOOD** 126:15
170:21,23 197:11
**BLUE** 11:15 90:17
91:15 119:25

**BOARD** 57:8
**BOB** 67:16 110:5
**BODY** 39:8 64:5
122:19 123:4
128:15 129:10
140:25 142:10
168:24
**BONUS** 177:7
**BONUSES** 175:22
176:10,21,24
177:6,8,11,13
**BORROWED**
103:18
**BOTHERING**
168:17,19
**BOTTLE** 22:15
23:3,6,8,9 24:14
24:18,20 25:7
31:7,8 69:17,18
73:10,17,20,21,23
73:24 74:5,6,13
74:14 82:2 119:25
**BOTTLES** 11:20
11:22 27:24 74:4
90:17 91:14
**BOTTOM** 40:19
113:20
**BOULEVARD**
13:13
**BRAIN** 126:3
145:12
**BRANCH** 14:11,13
**BREAK** 83:20
165:23,24 186:19
**BRING** 20:18
22:10 24:22 75:23
148:2 172:6
173:25 174:15
176:11 179:11,19
**BRINGING** 119:24
148:19 171:25
176:16
**BRINGS** 6:20
**BROADWAY** 1:13
2:4
**BROKE** 122:20



**BROKEN** 127:11
164:20 166:4
**BROOKLYN** 2:17
**BROUGHT** 24:15
25:2 73:17,21
147:23
**BUDDIES** 115:21
**BUILDING** 15:11
15:13 16:12,14,17
52:18 56:4,7,21
57:20 58:2,9,10
58:11,17 96:14
99:15,24 100:5
104:7,9 105:23
141:14,15 183:3
**BULLIES** 72:25
**BUMPED** 74:21
**BUNCH** 101:2
134:10,12 169:20
**BUSINESS** 15:8,9
20:23 34:11 80:5
101:4,24,25
103:20 105:20,21
106:3,6 114:24
115:9,11,24 116:7
171:25 172:6
173:21 174:2,4,15
175:23 176:16
179:15
**BUSINESSMAN**
73:5
**BUSY** 156:6
**BUY** 86:13 119:21
**BUYING** 15:11
**BUZZ** 70:13
**BY:ROBERT** 2:5
**B-A-R-D-I-N**
144:10

_____
**C**
**C** 2:2 3:8 87:14
88:5,11 89:15
90:13 195:2
196:13 197:2,2
**CALL** 7:17 36:13
64:13 138:24

**CALLED** 14:22
15:3 29:16 85:12
106:11 127:8
170:10
**CALLING** 114:17
**CANCELLED**
189:9 196:20
**CAPTURE** 68:9
92:13
**CAR** 12:15,24 16:9
16:9 159:7
**CARD** 10:24,25
76:3,4 114:24
**CARE** 125:11
126:2 144:6,25
**CAREFUL** 162:19
**CAREFULLY**
193:5
**CARMEN** 2:13
52:15
**CARPET** 93:10,12
93:23,24 95:14
**CARPETING**
93:16 96:23,25
97:5
**CASE** 49:20 101:8
102:2,5 109:16
173:15,16 174:10
181:12 196:15
**CASH** 75:22 76:3,4
89:20 104:13
**CAST** 127:15,16
131:11,15,16
132:19,22 133:17
133:20
**CAT** 126:14 135:11
146:15
**CAUGHT** 167:25
**CAUSE** 4:9 119:7
**CAUSED** 175:20
**CENTER** 127:20
128:3,5,7,10
130:13 146:23
**CEO** 57:3,4 152:5
**CERTAIN** 167:10
171:9

**CERTIFICATI...**
5:20
**CERTIFY** 195:6
197:5,10
**CHAIR** 151:16
**CHANCE** 157:18
**CHANGE** 108:14
109:2 190:2 194:4
**CHANGED** 54:11
54:22 92:16 93:2
99:21 100:11,12
147:8,24
**CHANGES** 193:12
195:14
**CHARGE** 5:25
50:25 51:17 90:21
91:5,7
**CHARTWELL**
2:10 52:16
**CHAT** 24:7
**CHECK** 128:21
129:2 135:11
142:19 143:11,14
190:7
**CHECKED** 102:19
**CHECKING** 106:7
**CHECKS** 189:9
196:20
**CHEEK** 127:7
136:2,13,17,21
138:8 192:3,7
**CHEEKBONE**
127:9,10 164:21
166:4
**CHESTNUT**
133:15 134:18
139:22
**CHIEF** 57:6,6,13
**CHILDHOOD**
72:23
**CHIROPRACTIC**
140:12
**CHIROPRACT...**
139:12 140:16,19
140:21,22 141:12
141:20 142:4

156:7 188:22
**CHOICE** 81:23
82:14
**CHRISTA** 1:21
197:3,24
**CHRISTIAN** 9:3
**CHUNG** 12:21
14:8,19 15:24
16:11 17:9 20:22
20:23 21:8,9,9,10
21:11 29:15,18
34:24,25 35:10
37:19 38:3,8
44:25 45:2,6,17
47:9,12,15,17,25
48:13,16 49:5
50:11 51:2 58:5
72:6,11,20 73:19
74:25 86:24 87:8
89:14 96:12 99:23
120:23 182:16
185:14 186:4
196:12
**CLAIM** 145:6
148:20 151:3
176:6 177:11,13
179:13,22 180:11
180:25
**CLAIMING** 6:22
**CLAIMS** 180:20
**CLARIFICATI...**
189:14
**CLASS** 48:5
**CLEAR** 3:20 4:15
30:7,22 52:25
53:9 54:21 68:4
89:11 93:2 98:19
100:4
**CLEARED** 159:25
**CLEARER** 68:11
**CLEARLY** 5:5
99:11
**CLIENT** 27:10
58:5 148:21
189:18 190:24
191:4

**CLIENTELE**
115:21
**CLIENTS** 27:2
176:12 179:16,17
179:18,21
**CLIP** 44:2,6 196:11
**CLOSE** 61:20 73:3
**CLOSED** 36:22,24
**CLUB** 50:8 120:25
150:19
**CNICOLAOU@...**
2:14
**CODE** 102:11,16
103:5,10,12,15
111:17,22 112:4
112:14,17
**COGNITIVE**
146:3,4
**COLLEAGUE**
10:11,12,13
**COLLECT** 176:9
**COLLECTION**
180:15
**COMBINATION**
76:4 161:25
**COMBINED**
156:23
**COME** 12:24 32:5
75:4 105:9 119:3
133:18 154:11,22
154:23 158:25
159:11
**COMING** 119:24
133:25 159:14
189:21
**COMMENTS** 4:2
**COMMUNICATE**
108:13,17 166:2
**COMMUNICAT...**
112:7,14
**COMMUNICAT...**
4:21 167:3
**COMMUNICAT...**
4:23 5:3
**COMPANY**
107:11 139:14



167:23
**COMPARE** 97:4
**COMPARED**
189:18
**COMPENSATI...**
176:10
**COMPENSATI...**
175:22
**COMPLAINED**
48:6
**COMPLAINT**
148:7 173:5,19
175:12 176:4
**COMPLAINTS**
148:23 149:24
**COMPLETE** 4:18
182:3 195:9
**COMPLETELY**
157:15
**COMPLIANCE**
3:5
**COMPUTER** 60:8
66:11
**COMPUTING**
152:15,16
**CONCENTRAT...**
80:16
**CONCERN** 147:16
**CONCERNED**
147:4,13 148:25
**CONCERNS** 147:6
148:23
**CONDITION**
172:3,4 174:14
179:20 180:4
192:10
**CONDUCT** 173:7
**CONFIDENTIAL**
106:25 107:16
**CONFIDENTIA...**
4:6
**CONFIRM** 107:13
107:19 177:17
**CONNECTED**
180:8
**CONNECTION**

50:16 173:10
180:16 181:6
182:4,8
**CONNECTIONS**
106:3
**CONSENT** 4:22
**CONSIDERED**
108:6
**CONSIDERING**
110:25 112:18
**CONSISTENCY**
70:3
**CONSTANT** 73:18
**CONSULT** 171:3
**CONSULTED**
109:3 148:18
**CONSULTING**
112:19
**CONSUME** 74:5
**CONSUMED** 74:3
74:4 82:21
**CONTACT** 39:8
40:9
**CONTROLLED**
5:19
**CONVERSATI...**
51:19 102:10
111:13 114:21,22
115:3 116:16
117:4,18,23 118:4
118:7,17 166:15
167:21 183:23
**CONVERSATI...**
117:15 118:15
**CONVINCED** 51:8
**COORS** 69:23,25
82:13,15,17 83:3
83:5
**COPIES** 189:7
**COPY** 5:25
**CORRECT** 43:23
45:3 60:23 61:6
63:13 65:18 76:20
151:2,5 191:5
195:9,13
**CORRECTION**

143:17
**CORRECTIONS**
193:5,7 195:13
**COUCHES** 29:6
**COUNSEL** 2:18
5:24 44:5 46:17
109:15,22 112:19
114:11 145:5
196:16
**COUNSEL'S**
121:14
**COUNTY** 195:5
**COUPLE** 13:25
15:6,7 52:10 99:2
114:13 143:14
160:24 185:7
**COURSE** 3:24
79:6 95:13 150:7
150:22
**COURT** 1:2 2:17
4:8 110:13,14
172:14 193:19
197:24
**COURTHOUSE**
110:20
**COURTS** 3:6
180:12
**COVER** 188:23
**COVERED** 188:15
188:19
**CO-COUNSEL**
52:10 153:12
**CO-DEFENDANT**
52:22
**CO-PAY** 187:22
**CPA** 25:21,23 27:5
107:3 182:24
**CPLR** 3:15,23 4:12
**CREDIT** 10:24,25
184:25 185:4
**CRIMINAL** 181:5
**CULTURE** 82:16
132:8
**CUP** 122:6
**CURE** 124:18
**CURRENT** 138:12

**CURRENTLY**
157:23,24
**CUSTOMER**
12:18
**C-H-R-I-S-T-I-A...**
9:4
**C-H-U-N-G** 12:21
**C.P.L.R** 5:19

## D

**D** 3:8 6:2,2 91:25
92:12 93:19 94:15
195:2 196:2,9,17
196:21
**DA** 46:22,25 47:4
50:21,23 51:7,10
51:18,20 52:7
**DAMAGE** 136:15
137:13 139:17
140:4,6
**DAMAGES** 175:20
175:21
**DANGEROUS**
103:9
**DANIEL** 25:21,23
26:14,25 27:2,4,6
27:9 28:22,25
29:5,11 49:8,16
49:22 74:21
115:14,15,16
182:24 186:4
**DARE** 48:9
**DARK** 40:13 77:17
78:8
**DATE** 7:21 8:15
44:4 87:11,15,19
89:4 92:14,21
93:20 95:19 110:4
111:3 123:22
172:21 174:12
193:10 197:25
**DAUGHTER** 9:3
**DAUGHTERS**
8:21 86:14 159:17
**DAY** 8:18 9:14,17
9:19,22 10:2

54:12 88:19 90:24
94:9 97:16,22
98:6,9 113:16
133:4 141:17,23
141:25 142:2
170:5 195:21
**DAYS** 128:11
130:6,7,15 141:16
141:24 154:13
156:16,18,19,21
156:22 158:15,24
167:16 178:4
193:16
**DA'S** 181:9
**DEBORAH** 1:9
**DECEMBER**
138:23 154:20
**DECISION** 152:17
152:18
**DEEMED** 5:17
193:18
**DEFAMATION**
172:17 173:15,21
174:10 179:13,22
180:4,11,24
196:15
**DEFAMATORY**
175:15
**DEFECT** 3:21
**DEFENDANT**
1:11 2:7,16
**DEFENDANTS**
2:11 52:17 110:25
**DEFENDANT'S**
44:2 87:10,14,17
88:4,10 90:12
91:25 93:19 94:15
95:18,21 96:18
97:5,12,21 174:11
174:19
**DEFINED** 41:13
**DEGREE** 82:6,7
**DEH-JUNG** 1:9
**DELI** 116:5,6,10
**DEMAND** 169:16
181:24 189:7



**DEMERS** 2:6
**DENTIST** 143:12
143:13
**DEPARTMENT**
136:8 137:10,14
138:4,7 143:8
**DEPICTED** 45:24
88:10
**DEPONENT** 3:19
4:4,11,16,22
**DEPOSING**
193:15
**DEPOSITION** 3:9
3:11,12,17 4:5,19
4:21 193:4,13,17
193:18
**DERIVATIVE**
148:7
**DESCRIBE** 19:15
20:4 21:15 77:15
162:2
**DESCRIBED**
58:21
**DESCRIPTION**
64:16 196:10,18
196:22
**DESK** 179:4,5
**DETAILS** 153:8
**DETERMINING**
4:24
**DIAGNOSED**
192:9
**DIFFERENCE**
161:10
**DIFFERENT**
46:16,20 66:17,21
92:23 93:11,18
95:14 136:10
138:4 141:16,23
141:25 152:22
**DIFFICULT**
166:20
**DIFFICULTY**
78:13,17 79:17
**DILUTED** 83:7
**DINNER** 10:6,7,8

10:20,22 12:10
15:19 80:6 100:22
100:25 101:2,17
**DIRECT** 4:11
**DIRECTION** 4:14
**DISCHARGE**
130:10
**DISCHARGED**
128:2 133:5 154:8
154:19
**DISCHARGE(SI...**
130:9
**DISCLOSE** 107:4
**DISCLOSED**
191:16
**DISCONTINUED**
110:19
**DISCOVERY** 87:3
**DISCREPANCY**
190:9
**DISCUSS** 15:7,10
50:6 101:23 102:8
103:9
**DISCUSSED**
101:20 108:12
142:17 185:10
**DISCUSSION**
107:20 110:10
115:6,8 191:21
**DISEASE** 135:10
**DISH** 11:6
**DISPUTED** 67:11
**DISTRICT** 1:2,2
47:2 196:23
**DISTRICTS**
180:13
**DIVING** 68:23
**DOCTOR** 122:8
127:14 129:3,23
130:10,19,21
131:7 134:11,13
134:19 135:25
136:6 137:14,22
137:24 138:5,15
139:8,12,13
140:12 142:19

143:2,4 144:9,14
145:11,23,23
159:24
**DOCTORS** 80:24
81:6 122:14
123:10 136:5,10
138:3 187:23
**DOCTOR'S**
130:12 137:21
138:17
**DOCUMENT**
189:24
**DOCUMENTAT...**
180:2
**DOCUMENTS**
110:13,14 189:15
**DOING** 47:20 52:5
61:20 104:14,17
105:20,21 108:11
108:25 122:9
123:11 129:12
150:9 153:4,6
162:20 166:16
172:9,11 193:9
**DOLLARS** 76:9
**DON** 10:15 12:23
**DONG** 67:11
**DOOR** 17:22,24
18:2,6 36:13,18
36:22,24 99:8
182:25
**DOORWAY** 26:4
**DOWN(SIC)**
133:19 134:2
**DO(SIC)** 116:3
**DR** 131:4 135:2
138:22,25 139:6
139:13,25 143:13
143:21 144:4,9,11
144:13,19 145:13
145:14 146:11,24
154:9 160:10
169:10,13,16,23
196:19
**DRANK** 27:20,22
70:2 75:6 81:16

81:21 101:6
117:11
**DRAW** 9:12
**DRINK** 11:12,19
16:8 23:9,11
27:19 28:21 31:3
31:13,17,21,21
32:14 76:2 79:23
80:7,10,18 81:4,4
81:8,8,10,11,11
81:11,14,19,23,24
82:4,25,25 83:12
98:16
**DRINKING** 31:16
115:4
**DRINKS** 11:16
72:8 76:14,23,25
**DRIVE** 151:15
157:3,7,19,20,25
158:24
**DRIVER** 184:17,18
**DRIVES** 159:3
**DRIVING** 12:14
36:21 157:2,5,6
157:10,14,15
**DROVE** 13:4,5
157:8
**DRUNK** 27:22,25
28:4,6,8,12,19
29:7 32:11,22
33:10 42:21 48:12
48:13 51:9 70:11
70:16 71:24 72:2
78:23,25 79:10,15
80:8 120:18
**DULY** 6:3 197:7
**DUTIES** 151:19
152:5,7,23,25
**D'APICE** 2:15
114:12
**D-K** 87:17 196:14
**D-O-N** 10:15
**D-O-N-G** 67:11
_____
**E**
**E** 1:17 2:2,2 6:1,2,2

6:11 7:1,7,8,16
8:1 9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1,2
92:12 93:1,19
94:1,15 95:1 96:1
96:18 97:1,6 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1



141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 194:2 195:2
195:2,2,6,18
196:2,2,2,3,9,9,17
196:17,17,21,21
197:2,2
**EARLIER** 71:12
99:20 111:20
112:2,13
**EARLIEST** 110:17
**EASILY** 147:9
**EASTERN** 1:2
180:13
**EAT** 11:3,5 23:21
83:16 130:4
**EATING** 24:3
**ECONOMIC**
175:24
**EDDY** 7:18,19
**EDISON** 104:6
106:8,14
**EDWARD** 1:4 7:7
7:16
**EFFORT** 180:15
**EIGHT** 62:19
99:19 124:2 170:8
**EINSTEIN** 128:8
**EITHER** 63:16
81:10 170:15
**ELEVATOR** 16:22

16:24 17:4 54:18
55:4,6,13,20
70:24 71:3,10,14
71:15 78:16,16
113:24
**EMERGENCY**
81:3 125:24
132:21 133:2,9,13
134:6
**EMPLOYED**
42:20,25
**EMPLOYEE**
184:20
**EMPLOYMENT**
9:23 186:24
**EMPTY** 73:13
**ENDED** 34:2
**ENERGY** 168:12
**ENFORCE** 4:7
**ENTER** 99:13
100:5,6
**ENTERED** 16:13
16:17 19:4 30:21
72:18 74:12 77:16
**ENTERING** 79:18
**ENTERPRISES**
1:8 2:7 6:18
**ENTIRE** 6:24
**ENTRANCE** 100:9
**ERIC** 1:17 6:11
195:6,18 196:3
**ERRATA** 193:7,10
193:12,15 195:15
**ERROR** 3:22
191:10
**ESQ** 2:5,9,13,18
**ESTHERL@MA...**
2:18
**ESTIMATE** 73:25
**EUNGSOO** 7:9
**EVENING** 71:21
**EVENT** 5:3
**EVENTS** 186:9
**EVERYDAY** 170:6
**EXACT** 14:21 18:3
76:7 94:2,4 111:3

125:8 172:21
187:8,11,15
**EXACTLY** 11:23
14:2 29:19 59:9
75:12 78:21
139:20 153:21
**EXAMINATION**
1:17 3:24 5:8,12
5:15,16,21,25 6:7
52:12 114:8
118:23 153:13
186:22 191:23
196:4
**EXAMINED** 5:13
5:24 6:5
**EXAMINING** 4:17
**EXAMPLE** 28:14
128:19 152:10
**EXAMPLES**
152:11
**EXCEL** 190:4
191:12
**EXCEPTION**
55:14
**EXCHANGE**
31:18,19
**EXCHANGED**
39:10 114:23
**EXCHANGING**
116:14
**EXCLUSIVELY**
71:13
**EXCUSE** 81:19
**EXECUTIVE** 57:6
57:7,14
**EXERCISE** 149:10
149:15 150:9
**EXHIBIT** 44:3
87:10,14,17 88:5
88:10 89:10,15
90:13 91:25 92:18
95:18,22 96:18
97:5,12,21 98:13
154:4 174:11,20
196:10
**EXHIBITS** 92:12

**EXHIBIT(S)**
196:16
**EXIST** 113:7
**EXISTED** 92:14
93:20
**EXITING** 79:18
**EXPEDIENCY**
175:9
**EXPENSE** 85:10
**EXPERIENCED**
166:23,25
**EXPERIENCING**
162:7,8,10
**EXPLAIN** 123:13
126:12
**EXPLAINED**
123:11
**EXPRESS** 147:6
**EXTENT** 3:23
**EYE** 142:19 143:2
143:4,8 159:24
**EYES** 143:9
**E-MAILED** 67:9
190:19
**E-U-N-G-S-O-O**
7:11

_____

**F**

**F** 196:2,9,17,21
197:2
**FACE** 96:8 124:8
124:10,12,16,19
126:9,23,24,25
127:7,24 138:20
138:22 142:12
166:3
**FACILITY** 71:17
78:4 81:3 164:9
166:9
**FAIL** 193:17
**FAILURE** 5:6,14
**FAIR** 52:7,8 62:10
63:24 112:15
**FALL** 65:14 79:15
**FALLING** 53:17
64:5

**FALSE** 176:6
**FAMILY** 144:9
**FAMOUS** 14:9
**FAR** 142:17 144:8
158:20
**FATHER** 132:9
**FAVORITE** 82:4
**FEBRUARY** 1:14
195:8
**FEDERAL** 110:20
172:13 180:12
**FEEL** 70:11 72:2
136:15 154:11,13
160:7 163:2,3
164:23 165:4
171:22 183:13,14
**FEELS** 165:8,10,15
**FEET** 41:6
**FELL** 40:15,21
41:10 184:10
**FELONY** 50:25
**FELT** 58:9 70:16
**FEMALE** 181:13
181:14
**FEVER** 133:6
134:4
**FIGHT** 53:15
**FIGURE** 189:16
**FILE** 188:25
**FILED** 109:20
110:5,16,18,22
172:19,23 180:7
180:19
**FILING** 5:20
**FILL** 29:16 182:3
**FILLED** 135:13
**FINANCE** 56:8
57:19 58:2,11
104:12
**FINANCED** 58:18
**FINANCIAL** 185:3
**FINANCING**
15:12 56:3 104:14
104:17 105:22,24
**FIND** 86:12 105:14
107:12



**FINDING** 86:5
**FINE** 160:3,7
  165:17,20,25
  167:13
**FINGER** 39:14,14
  39:15,15,16,17,24
  44:19 61:11 62:14
  62:20 63:2
**FINISH** 6:24 73:23
  111:24 112:9
  165:22
**FINISHED** 73:19
  73:22 118:15
**FIRM** 167:18
  173:13,15
**FIRM'S** 167:22
  168:3
**FIRST** 6:3 13:20
  13:21 21:2,4 23:8
  23:9 25:16,17,18
  25:24 28:9 29:25
  30:7,9,11,15
  34:10 38:15 50:12
  53:3,11 54:12
  61:19 63:22,24
  65:2 66:8,20
  67:25 68:2,5,23
  69:6 70:3,7 72:11
  72:13,18 73:11,20
  73:22 74:11 77:15
  91:18 98:22,25
  99:3 110:14,21
  124:17,19 125:22
  126:13 130:23
  132:17 143:21
  168:11 178:3
  185:12
**FISH** 11:8
**FIVE** 11:24 12:2
  14:6 23:12,16
  25:6 31:9 54:6,8
  56:23,24 57:15
  62:25 79:6 167:21
**FIX** 59:2,4 101:14
  102:12,17 103:8
  103:12,16 108:15

109:10 143:16
  144:4
**FIXED** 58:25 92:24
  101:15 102:19,20
  112:23 113:5
  143:14
**FLOOR** 16:12 17:8
  40:16,18 50:12
  71:6,22 77:11,13
  98:22,25 99:4
**FLUSHING** 12:15
  12:17 13:6 14:11
  14:13 16:6 121:20
  121:20 124:23,25
  125:3,13,19
  127:15
**FOCUS** 162:9
**FOLKS** 114:25
**FOLLOWS** 6:6
**FOLLOW-UP**
  52:21 114:14
  129:4 134:11,13
  134:22,25 135:6
  135:25 136:13
  137:6
**FOOD** 23:19,21
  90:14,22
**FOOT** 40:7 61:13
  61:25 62:2,3
  63:23,24
**FOOTAGE** 43:21
  43:25 44:6 60:9
  61:17 66:4,8,9,11
  66:13,16 67:4
  68:12 196:11
**FORCE** 102:18
**FORCED** 132:11
**FOREGOING**
  197:8
**FORGET** 147:9
  160:22 161:16
**FORGETTING**
  147:15,21
**FORGOT** 143:7
**FORM** 3:21 59:12
  195:14

**FORMAT** 67:17
  67:23 68:7,8
**FORT** 9:20,21 10:9
  10:21 16:5 70:19
  85:13 156:21,25
  158:2,16
**FORTH** 4:7,25
  29:20 197:7
**FORWARD**
  110:21
**FOUND** 105:14
  116:2,10
**FOUR** 28:3 48:18
  177:18
**FRAMED** 3:18
**FRIDAY** 9:16
  14:25 15:2 125:15
**FRIEND** 12:19
  21:9,11 47:24
  72:20,23 73:3,4
  74:21 89:12 96:11
  99:25 100:21
**FRIENDLY**
  115:12
**FRIENDS** 76:2
  80:7 105:17
**FRIEND'S** 160:23
**FRONT** 44:21
  64:10 65:18 77:19
  78:9
**FRUIT** 21:18 23:20
  23:24 69:3 83:18
  90:21
**FULL** 73:13 90:7
  149:22 151:9,18
**FULL-TIME**
  151:23 157:15
**FUNCTION**
  143:15 172:9,11
**FURTHER** 192:13
  197:10
**FUTURE** 149:2

———————————
**G**
———————————
**G** 195:2
**GALBI** 11:8

**GARDEN** 99:5,13
  99:16 100:2,18
  101:17 103:22
  106:12
**GENERAL** 25:10
  152:16
**GENERALLY**
  71:18,19 141:3,18
  142:12
**GENTLEMEN**
  45:6,16
**GETTING** 51:15
  80:8 177:5
**GIRLS** 159:15
**GIVE** 28:14 39:21
  39:23 50:15 63:7
  92:2 101:11
  104:11 128:18
  137:16 152:11,13
  182:6 184:21
**GIVEN** 3:12 182:2
  195:12 197:9
**GIVES** 139:2
**GIVING** 6:25 51:5
**GLASS** 12:8,9
  69:11
**GLASSES** 44:12
  44:22 45:5
**GO** 12:16 13:6
  16:18 26:10 28:5
  33:3,6 36:18,18
  40:12 50:14 51:3
  75:25 82:25 84:2
  84:16 99:11,14,15
  102:23,24 121:4
  130:11,11,17
  134:14,24 135:12
  135:14 136:8
  140:24 141:6,11
  141:16,18 142:3
  144:3,11,19,24
  150:7,19,24
  151:13,22 155:13
  156:25 157:5,14
  158:23 159:4
  165:21

**GOD** 48:7
**GOES** 160:10
**GOING** 29:20 52:9
  52:20 59:19 60:20
  60:21 61:3 70:13
  72:16 77:23 78:3
  78:15,15 86:8
  88:3 91:24 95:20
  96:17 97:4 99:7
  114:5 122:22
  126:16 140:18
  145:21 153:11
  154:12 155:4,7
  163:24 165:23
  169:15 174:18,20
  175:4,9 181:20
  186:19 189:7
**GOLF** 115:21
  149:21 150:7
**GOLFING** 149:6,7
  149:18
**GONE(SIC)** 86:15
**GOOD** 6:16 25:11
  28:20,21 30:24
  31:23 33:24 52:14
  58:2,4,10 70:17
  73:3,4,4 87:23,25
  88:3 114:10 115:2
  121:13 132:12
  133:23 139:17
  145:23 150:22
**GRAB** 71:11
  131:16
**GRAND** 85:3,18,20
  160:12
**GREEN** 45:16
**GREETING** 20:15
  115:13
**GROUND** 40:16
  40:17 98:2
**GROUNDS** 4:25
**GROUP** 2:3 101:18
**GUESS** 7:3 37:13
  55:8 60:7 67:15
  73:8 120:6 179:24
**GUESSING** 7:5



32:9
**GUEST** 120:24
**GUIDANCE** 139:2
**GUY** 10:16,18 20:5
48:4,8
**GUYS** 25:11 72:8
107:18
**GUY'S** 26:20

**H**

**H** 6:2 196:9
**HABIT** 71:9
**HAHN** 8:12 159:21
**HALF** 11:20,22
69:13,17 73:13
74:5,13
**HALL** 37:10
**HAND** 122:23
131:25 132:2,4,6
132:11,12,16
**HANDING** 92:4
174:22
**HANDLED** 181:11
**HANDRAIL** 71:11
94:4 95:2,3,6,7
**HANDS** 77:19
**HAPPEN** 102:13
**HAPPENED** 37:22
40:3 49:12 53:6
53:12 64:22 80:15
121:8 122:12,15
148:5 155:12
161:15 186:10,15
**HAPPENING**
48:21
**HAPPY** 65:10
**HARD** 164:17
167:9 168:2
**HEAD** 96:22 110:7
122:20 124:19,22
124:22 125:4,7,23
126:7,13,19
127:24 128:21
129:15 134:22,25
135:6 150:5
155:17 192:3,6

**HEALTH** 144:6,24
150:19 186:25
**HEAR** 14:7 37:16
145:25 160:5
**HEARD** 145:8
**HEARING** 67:25
68:3
**HEARINGS** 181:5
181:5
**HEAVILY** 81:4,9
81:12
**HEAVY** 52:6
**HEIGHT** 42:4
**HELD** 1:19 107:21
110:11 191:22
**HELL** 184:21
**HELLO** 25:9
**HELP** 129:19
159:2
**HELPS** 170:11
**HEREINBEFORE**
197:7
**HIGH** 170:21,23
**HILL** 133:15
134:18 139:22
**HIT** 60:20 132:10
132:13
**HITTING** 48:8
**HMM** 64:7
**HOLD** 57:5
**HOLDING** 45:7,17
61:10 62:13
**HOME** 33:4 38:13
84:2,16 102:7
108:24 109:11
130:11,15,16
133:5,10,11
151:21,23 152:2
153:5 156:10,12
156:14,15,20,23
158:2,24 178:18
178:23 179:2
181:18 188:25
**HONG** 26:21 29:13
**HOPE** 169:2
**HOSPITAL** 38:12

38:13 118:12,19
121:20,21 122:2
133:3,15 136:7
163:18 185:15
**HOUR** 24:13 25:15
70:21,22,22 179:4
179:5
**HOURS** 30:5,5
32:17 146:17
151:16 158:4,11
158:14 160:24
**HOUSE** 85:5 86:13
108:10 135:18,19
150:21,22 159:5
159:16
**HR** 152:12
**HURT** 79:15
165:12
**H-A-H-N** 8:12,13
**H-O-N-G** 26:23

**I**

**ICE** 83:14 133:5
**IDENTIFICATI...**
44:3 87:11,15,18
95:19 174:12
**IDENTIFIED**
49:19
**IDENTIFY** 43:9
44:9 89:6
**II** 4:6
**III** 4:8
**ILLEGAL** 173:7
**IMPACTED**
161:23,24 171:12
171:15 176:25
**IMPACTING**
165:6
**IMPERATIVE**
193:14
**IMPORTANT**
150:11 167:17
**IMPROPER** 4:9
**IMPROVE** 170:16
**IMPROVED**
162:22 166:12,14

**IMPROVEMEN...**
58:15,16
**INABILITY** 171:8
**INCENTIVE**
152:12,14
**INCIDENT** 6:20
6:23 8:6,18 9:8
33:13 35:22 39:9
50:7 80:25 121:8
186:6 192:2,11
**INCLUDE** 3:20
**INCLUDED** 91:2
**INCLUDING** 28:2
101:18 163:15
175:21 180:14
**INCORRECT**
64:17
**INCURRED**
190:16
**INDICATE** 20:12
**INDICATED** 56:2
68:25 79:4
**INDICATES**
196:16
**INDICATING**
12:5 122:21,23,25
124:4,5,8 126:5,6
126:9,11 127:4,5
129:15 131:11,12
131:17 132:23
136:16,18,19
141:4,7 142:23
143:18 146:16
150:3 154:14
155:15,18,19,21
155:24 164:17,24
168:14
**INDIVIDUAL**
44:10
**INFORMATION**
7:3 105:13 107:2
107:9 112:15
166:8 181:17
**INITIAL** 124:25
**INJURE** 192:2
**INJURIES** 6:21

176:15 179:12
**INJURY** 51:15
52:6 96:8 122:20
124:19,23 126:4,8
128:21 132:15
142:22 144:14
145:12 173:25
176:8,25 177:5,15
**INJURY(SIC)**
122:18
**INSERT** 124:4
181:23
**INSIDE** 99:15
124:2
**INSTALLED** 93:9
**INSTANCE** 128:18
**INSTRUCTED**
103:7
**INSTRUCTIONS**
193:2
**INSURANCE**
139:14 186:25
188:15
**INSURED** 190:23
191:2
**INSURER** 190:21
190:22 191:17
**INTENSIVE**
125:11 126:2
**INTENTION**
148:16,19
**INTERESTED**
197:12
**INTERESTS**
175:23
**INTERFERE** 4:2
**INTERRUPT** 4:20
**INTOXICATED**
79:24
**INTRODUCE**
27:19 53:8
**INTRODUCED**
27:3 115:14
**INTRODUCING**
49:24
**INTUBATED**



123:8,9
**INVESTED** 106:15
**INVITED** 26:8
50:2
**INVOICE** 88:15,21
89:6
**INVOICES** 88:17
89:2
**INVOLVED** 56:17
**INW** 143:23
**IN(SIC)** 23:6
**IRREGULARITY**
3:22
**IRREVOCABLE**
1:9 2:12
**ISSUE** 107:3 166:3
166:5
**ISSUES** 168:6
**IT(SIC)** 71:16
**I-N-W** 143:22

---

**J**

**J** 2:5 92:5,12 93:19
94:15
**JAIL** 51:2,5
**JANICE** 2:9 6:17
**JANICE.BERK...**
2:9
**JANUARY** 157:18
197:25
**JERRY** 107:13
**JERSEY** 9:20,22
10:9 84:5,7,17
86:14,17 104:6
156:14 158:3
159:5,8
**JOB** 171:12,16
172:9,11
**JOGGING** 149:10
150:22
**JOHN** 10:18 12:14
12:24 13:2,4,5
15:22 16:14 21:11
26:11 29:15 32:23
35:2,3,11 36:20
44:13,21 47:9

49:3,4,5 98:14,15
184:13,14,16,18
184:19 186:3
**JOHNNIE** 22:19
90:17 91:21
119:25
**JOHNNY** 11:15
91:15
**JOIN** 169:18,19
189:11,12
**JOO** 10:15 12:23
**JOSHUA** 10:16,17
12:23
**JOURNAL** 172:13
172:13
**JULY** 51:23 109:12
109:13,13 111:4,6
147:3
**JUNE** 51:23 102:7
109:12,13 178:24
178:25
**J-O-O** 10:15

---

**K**

**K** 1:9 2:16 114:13
195:2
**KANE** 12:21 17:9
29:15 37:19 58:6
**KARAOKE** 13:7
13:10 14:16 17:23
18:10,11 23:22
24:4,7,9 29:3
32:12 36:15 42:14
42:17,20,24,25
50:7 54:2 55:3,19
57:15 60:11,15
70:10,20 71:7,8
72:19 77:5,16,24
78:14,18,23 79:5
79:10,14,18 88:18
92:15 98:4 120:11
120:20
**KEEP** 47:10 55:13
63:18 73:3
**KEEPING** 188:25
**KEPT** 49:14 105:3

**KICK** 36:2 40:5,12
46:10
**KICKED** 34:2 36:9
36:11 37:9 40:4
40:24 46:21,22,24
47:5,8 48:15
185:18
**KICKING** 53:17
**KILLED** 116:18
185:20
**KILLERS** 169:20
**KIM** 10:16,17,18
12:14,23,24 13:2
13:4,5 15:22
16:14 21:11 26:11
29:15 32:24 35:2
35:3,11 36:20
44:13,22 47:9
49:3,4,5 98:14,15
107:13 140:21
184:14,16,18,19
186:3
**KIND** 11:14 69:22
82:11 93:6 102:13
129:17 140:5
146:14
**KINDS** 130:4
133:18 147:13
**KNEW** 17:4 42:21
115:16
**KNOCKED** 28:22
49:15
**KNOW** 7:4 12:7
13:12 18:6,14,16
18:17 19:6,7,9,10
20:16,25 21:5,20
21:25 22:3 25:22
26:2,3,21,24 27:4
27:7,11,12 28:19
30:12 32:15,21,21
32:23,25 33:8,18
33:25 34:3,6,8
37:7,12 38:18,20
38:21,23 39:3,19
40:6 41:8,11,20
41:21 42:13,15,18

42:19,22,23 43:3
45:8,11,23 46:5,8
46:21 47:19 48:21
48:23 49:19,21
51:8 54:14 55:5
60:7,10,12,17
61:15 66:3,4,6
77:6,9,10 78:12
82:7 84:8,25
85:21,22 87:3
88:13,20 89:16,23
90:8,9 91:11,18
92:6,10 95:9,24
98:5,11 100:16
102:20 106:5
107:14,15 109:10
110:3 111:16
112:8,20 113:11
114:25 115:18,20
116:10,15,17,18
119:10 121:10,22
121:23 122:3
125:5,8 131:5
133:25 135:21
136:6 137:17
140:9 141:9 146:3
150:7 152:18
158:7,8 159:23
160:12 161:10,13
161:22 162:3
163:16 167:23,24
170:13 175:6
179:14,23 181:10
182:16 185:19,23
186:17 187:6,11
187:15,24 188:3
192:8
**KNOWING** 110:21
**KNOWLEDGE**
37:15 98:16
**KNOWN** 7:15
104:20
**KOREA** 105:2,9
**KOREAN** 10:21
11:6 16:5 20:6,7
67:7,12 81:25

82:16 132:8
172:13 173:5
175:17 177:24
**K-A-N-E** 12:22

---

**L**

**L** 3:2 95:18,22
97:12,21 98:13
195:2 196:14
**LACK** 177:13
**LADY** 41:13
**LANDING** 37:3
48:20 61:18 62:2
63:23 93:8,15,23
93:24 94:19,20
113:7,17,20
**LAUGHING** 28:17
**LAW** 2:3,10
**LAWSUIT** 6:18
110:14 172:23
**LAWSUITS** 180:6
**LAWYER'S** 198:2
**LEADING** 186:11
**LEANING** 44:17
61:7
**LEARNED** 72:22
112:16
**LEASE** 86:2
**LEAVE** 32:19
34:13,15 53:11
181:20
**LED** 28:11 92:15
**LEE** 1:9 2:16 9:20
9:21 10:9,21
12:21 14:8,19
15:25 16:5,11
20:17,22,23 21:8
21:9,10,22,24,25
24:21 26:16,18
27:7,9,12 28:8
29:12,15,15 31:12
32:14 33:20,23,24
34:14,16,24,25
35:4,5,10,11 37:9
37:19 38:2,3,4,8
38:18 39:5,7 42:3



42:14,21 44:25
45:2,6,6,17,18
46:10 47:4,9,12
47:14,15,17,25
48:2,13,15 49:5
49:25 51:2 53:4
58:6 67:11 70:19
72:6,11,12,20
73:19 74:25 83:10
85:13 86:24 89:14
89:18 90:19 96:12
99:23,23 100:21
101:9,18,20 102:5
102:10,15 104:20
105:8 106:4
107:24 108:9,14
108:23 109:10
111:13 112:7,15
112:24 114:13,16
115:16,23 116:16
116:23 117:5
118:17 119:2
120:4,11,18,23
143:13,22 144:4
156:21,25 158:2
158:16 182:16
184:13 185:14,18
186:4
**LEE'S** 21:9,11
29:18 30:8,17,18
31:4 32:6 33:5
35:25 39:7 48:16
50:11,17 87:9,13
89:19 143:21
181:6 182:4
196:12,13
**LEFT** 17:19,20
23:3 24:15 25:8
25:15,16,18 33:5
34:16 36:14 44:24
61:13 70:19 73:10
74:20 105:9
117:16,23,25
123:6,14 124:5,9
124:11 126:6,8
127:6,13,18

130:14,18,22
131:13,25 132:2,3
132:6,10,12,15,16
132:19,25 133:7,8
134:16 136:25
137:5 141:2,2,5
142:18 143:19
147:11,12 150:4
155:19 165:2
168:15,16,17,21
171:11 192:3,7
**LEFTY** 131:19,20
**LEFT(SIC)** 132:13
**LEG** 48:16
**LEGAL** 1:24
**LEGS** 36:9 47:12
48:11
**LENDING** 184:25
**LENGTH** 117:8
**LESSER** 51:16
**LETTER** 191:17
**LET'S** 23:7 43:15
87:6 130:22
145:14 162:9
165:23
**LEVINSON** 2:18
30:9 72:13 74:11
108:3 114:7,9,11
116:19 118:21
169:19 189:12
191:24 196:6,8
**LIABILITY** 86:21
121:13
**LIEN** 190:15
191:17
**LIFE** 127:17
**LIGHT** 69:23,25
82:13,15,17 83:4
83:5
**LIGHTING** 77:15
**LIMITATION** 4:7
164:20
**LIMITED** 176:16
**LIMITING** 171:23
**LINE** 184:25 194:4
**LIP** 136:25 165:2

**LIST** 190:21 191:6
**LISTEN** 166:15
**LISTENING**
175:13
**LITERALLY**
163:22
**LITTLE** 70:12
100:12 153:12
**LIVE** 86:15 137:19
145:19
**LOAN** 15:20,22
29:17 57:23 106:8
106:9 152:20
185:4
**LOBBY** 99:21
**LOCATED** 13:11
14:15 17:5 143:25
**LOCATION** 30:13
63:11 85:24 86:5
104:4
**LOGS** 163:18
**LONG** 8:3 21:25
22:7 24:11,17
25:4 30:3 70:18
85:23 86:2 104:20
125:13 127:23
128:9 132:18
138:24 151:11
157:25 158:11
**LONGO** 2:15
114:12
**LONG-MEMORY**
161:24
**LONG-TERM**
161:12,18 163:16
163:24
**LONG-TIME**
47:24
**LOOK** 15:6 58:13
60:5 61:19,21
62:23 67:21 88:6
92:5 93:12,16
94:14 95:23 97:6
102:21,25 136:11
160:18,19,21
174:21 186:20

**LOOKED** 54:7
92:20 94:9 110:12
**LOOKING** 58:21
89:7 110:24 111:7
**LOOKS** 45:11
61:22 62:9 63:18
63:19,20 65:22,23
68:23 88:14 93:10
93:25 103:11
111:18 113:5
**LOS** 177:22
**LOSS** 146:25 161:4
161:12 192:11
**LOST** 33:9 151:3
173:21 179:21
**LOT** 24:8 27:19,21
31:5,6 117:12
129:2 149:17
153:4,8 156:7
162:4 169:7
**LOT(SIC)** 128:22
**LOUD** 123:5
**LOVE** 150:15
**LUCKILY** 125:25
139:16
**LUNCH** 87:25
100:22,24
**LUNCHEON**
87:20
**L-E-E** 12:22
143:22

———————
**M**
**M** 1:21 174:11,20
195:2 196:15
197:3,24
**MAGNA** 1:24
**MAIN** 2:12
**MAJOR** 108:6
**MAKING** 147:22
148:7 171:10
**MAN** 64:14 103:20
**MANAGEMENT**
18:13
**MANAGER** 18:17
19:5,11,18,19

41:12
**MANAGER'S**
18:14
**MANOTAK** 144:2
**MARCH** 7:23
**MARK** 2:18 86:23
87:7 95:15 114:11
174:7
**MARKED** 44:2
87:9,13,17 88:4
91:25 95:18,21
174:10,19
**MARRIAGE** 8:16
197:12
**MATTER** 103:11
150:12 197:13
**MA'AM** 7:6
**MCMANUS** 2:6
**MEAN** 15:14 27:20
31:19 40:17 41:3
68:17 78:24 82:16
119:20 145:20
180:14 185:7,20
186:13
**MEANS** 84:16
146:4
**MEASUREMENT**
58:14
**MEDICAL** 125:8
134:7 169:16
187:3 196:19
**MEDICATION**
135:7,8 153:16,17
169:5 170:12,14
170:15,19,24
188:13
**MEDICINE**
126:15 133:18,23
133:24
**MEET** 12:18 14:19
15:18,24 16:11
18:12 100:21
105:19
**MEETING** 15:19
28:9 80:6 119:15
167:17 181:8



**MEMBER** 120:20
120:23 121:3
**MEMORY** 46:23
146:19,25 161:4,4
161:7,9,11,12,14
161:18,23 163:4
163:16,25 167:6,8
167:13 171:22
172:2 192:11
**MENTALLY**
168:12
**MENTIONED**
81:8 91:3 108:25
161:7 168:9
**MET** 21:3 26:4
27:15,16 34:10
45:9 72:6 105:5,8
131:7
**METAL** 124:3
126:9 127:2,3
**ME(SIC)** 38:11
185:15
**MICHAEL** 1:8
**MIDDLE** 21:17
39:15,16,17,23
44:16,19 48:5,7
61:10 62:14,20
63:2 70:6 104:24
123:23
**MILLIGRAMS**
169:9,24
**MILLIMETERS**
74:15
**MILLION** 56:13
57:18,19 58:12
187:10 189:25
**MILOSCIA** 1:21
197:3,24
**MINIMUM** 75:24
76:8,10 89:24
142:6,9
**MINUTES** 24:19
25:6 52:10 70:22
117:10,10,11,13
117:21 158:21
161:16 167:22

179:4,5
**MISSING** 189:23
**MISTAKE** 160:5
**MISTAKES**
147:10,22
**MISUNDERSTA...**
163:11
**MIX** 75:11,12
82:17,18 83:14
**MIXED** 23:10,13
69:8,9 82:3,9 83:3
**MOMENT** 53:2,10
**MONDAY** 125:16
141:18
**MONEY** 57:23
75:17,18 103:16
103:17,18 106:16
176:10 187:6,17
187:20 188:14
**MONITOR** 60:8
**MONTH** 79:20,22
79:22 80:2 100:19
110:4 144:22
178:7
**MONTHS** 59:24
66:21 67:5 99:20
100:19 101:16,21
101:22,23 132:20
151:14,18,21
153:22,24 155:8
183:7,8,9,15,17
**MOON** 18:20,21
19:19 41:15,16
**MORNING** 6:16
6:20 125:10,17
126:21,21 133:12
**MORTGAGE** 56:9
56:11,15 57:25
**MOTION** 5:9
**MOUTH** 127:8
**MOVE** 5:7 86:7,8
86:11,17 116:19
129:13 179:6
**MOVED** 63:11
**MOVING** 110:21
**MRI** 139:13,15,19

139:21 140:13
**MURDER** 185:19
**M-O-O-N** 18:21

─────────

**N**

**N** 2:2 3:2 6:2 195:2
195:2 196:2,2,9
196:17,21,21,21
**NAME** 6:9,16 7:16
8:9,11 10:14
18:15,19,20 19:6
19:7,9,10,24 21:5
26:15,20,21 41:15
52:15 114:11,23
137:21 138:18,24
143:7,21 159:20
160:23,23,24
167:18,22 168:3
171:10 181:12,15
181:18,25 182:25
187:22 196:23
**NAMES** 8:22 35:9
**NAVIGATING**
78:14,19
**NEAR** 135:17,19
189:16 190:13
**NEARBY** 150:21
**NEARLY** 116:18
**NECESSARILY**
179:16
**NECESSARY**
193:5
**NECK** 142:13
**NEED** 63:15,16
123:16 127:21
130:8 131:8
139:10,16,18,25
169:21,25 170:6
171:2 189:13,14
**NEEDED** 103:8
**NEEDS** 58:14
**NEVER** 27:15,16
55:22,23 67:14
84:11 113:2,3,15
113:16,18,19
114:2 147:17

148:4 161:2
163:17 164:14
166:3 175:3 192:4
**NEW** 1:2,13,13,23
2:4,4,8,8,13,17
6:5 9:20,21 10:9
83:24 84:4,7,17
86:5,12,14 104:6
104:10,25 127:16
133:21,22,22
156:14 158:2
159:5,8 195:3
197:5
**NEWSPAPER**
173:5 177:22
**NICE** 119:15
**NICKNAME** 7:17
**NICOLAOU** 2:13
7:12 13:8 30:6,12
30:20,25 35:8,13
43:6,17,24 44:11
44:17 46:17 52:13
52:15 63:4,7
67:15,21 68:2
72:16 74:8 80:11
86:20 87:6 95:9
95:15 107:8,17,25
108:18,21 110:3,8
114:4 123:2,8
148:6,10,14
153:14 169:11,15
171:5 174:7 175:6
177:9,16 179:6
181:24 184:8,15
186:18 189:6,13
190:5,12,18,24
191:3,11,15 196:5
196:7
**NIGHT** 10:23 14:4
14:20 15:18 18:23
20:2 27:13 38:10
49:13 50:8,19
53:11 55:4,14,15
64:23 71:8 74:18
76:5 78:5,25 80:6
82:20 83:9 84:2

98:16 120:12
121:9 125:15
184:10 186:10,16
**NINE** 16:2,3 99:20
128:11 130:6,7,15
**NOAH** 9:24 14:13
15:14,16 56:3,6
56:14 57:22,25
58:18 85:10
103:18 104:11,18
105:23 151:6,21
173:2 176:22
**NORMAL** 162:24
162:25 163:3
**NORMALLY**
75:25 91:7 149:4
**NORTHERN**
13:13
**NOSE** 137:2
**NOTARY** 1:22
5:14 6:4 195:25
197:4,24
**NOTE** 198:2
**NOTED** 3:10
192:14 193:12
195:14
**NOTES** 114:6
186:20 198:2
**NOTIFIED** 52:4
**NOVEMBER** 8:17
138:9,9,10,21
157:11,16 178:11
178:15
**NUMB** 165:4
**NUMBER** 7:25
17:15 30:14,16
85:4 147:9 160:15
160:16 189:21
**NUMBERS** 129:5
129:8 152:15,16
**NUMEROUS**
181:10
**NURSES** 81:6
**N-O-A-H** 9:24

─────────

**O**



**O** 3:2 195:2 196:2,9
196:17,21,21
**OATH** 195:8,11
**OBJECT** 5:6 59:11
108:19
**OBJECTION** 3:16
5:9 107:18
**OBJECTIONS** 3:9
3:13
**OBSERVE** 31:12
31:15
**OBSERVED** 67:4
**OCCASIONAL...**
29:14 80:9
**OCCASIONS**
16:25 19:12
**OCCUPATION...**
129:24 163:20
**OCCUPIES** 77:10
**OCCUPY** 77:12
**OCCURRED**
35:22
**OCTOBER** 110:18
**OFFICE** 51:23
80:17 106:9
107:14 130:12
151:13,22,22
152:2 153:5
156:10,12,13,14
156:20,22,23
181:9 183:2,2
**OFFICER** 3:10
15:21,22 57:6,7
57:11,14 185:3,4
185:4
**OH** 163:11 170:2
**OKAY** 7:5,7,19
8:22 9:2,10,13
10:19 11:16 16:20
18:19 19:5,15,21
21:13 24:14 26:7
26:10,17,19 32:10
33:5,11 36:2,14
37:11,12 38:15
41:9 42:13 43:24
44:7 48:18,24

49:11 50:6 51:5
51:10 52:9,11,23
56:6 59:11,21
60:4,20 62:10,12
62:19 63:7,12,14
64:2,3,5,14,15,25
65:16,19,20 66:2
68:16 69:21 70:18
71:12 73:16,25
74:20 75:25 77:7
77:14,18,22 79:20
81:10 82:9 84:6
86:22 88:3,8,9,16
89:15 91:17 92:5
92:11 95:8,25
100:10 102:24
107:22 108:21
109:21,22 112:11
113:4 116:4,9
118:5,13 119:23
120:8 121:5,11
125:18 126:6
129:20 130:17,24
131:9 132:18
133:16 134:21
135:5,24 139:14
140:11 143:3,6,10
145:4 151:25
153:3,6 155:9
156:3,16 160:6,8
161:3,17,21 162:4
162:9 163:7,14
165:20,24 166:12
166:22 167:5
169:23 172:4,12
173:13 174:6,18
174:24 177:9,16
180:19 182:24
183:18,21 184:13
185:5,16 186:3
**OLD** 8:24 9:5 51:4
**OLDER** 145:23
**ONCE** 12:10 16:16
18:9 29:11 142:3
142:9 144:22
154:4

**ONES** 80:24
**ONLINE** 176:7
177:21,22
**OPEN** 17:22,24
18:2 22:22,23
106:22 131:10
**OPERATION**
124:7,20,20
125:25 126:17
127:22
**OPINION** 112:23
152:13
**OPPORTUNITI...**
175:24
**ORDER** 1:20 4:7
17:23 27:23 119:9
119:12 130:20
**ORDERED** 21:20
24:18,20,21,22
119:7,11
**ORIENTED** 115:8
**ORIGINAL** 5:15
5:21 193:15
**OTHER'S** 114:23
**OUNCES** 12:6
69:19,21
**OUTCOME**
197:13
**OUTSIDE** 150:20
182:25
**OUT(SIC)** 86:7
**OUT-OF-POCK...**
189:8 196:20
**OVERWORK**
171:20
**OVER-THE-CO...**
170:2
**OWNED** 85:6
100:2
**OWNER** 18:16,18
19:20 41:12 99:10
99:23 100:3
116:11
**OWNERS** 52:18
**OWNER'S** 18:19
**OWNS** 96:14

103:23 107:24
**OXYGEN** 123:7
**O'CLOCK** 16:2

───────
**P**
**P** 2:2,2 3:2 92:18
144:17
**PACKET** 190:18
**PAGE** 194:4 196:4
196:10,18,22
**PAGE/LINE** 198:2
**PAID** 74:16 75:13
75:21 76:13,23
90:6 151:6 187:7
187:10,14,25
188:8 190:11
**PAIN** 150:3 169:8
169:20 170:11
**PALISADE** 85:3
85:18
**PANELING** 97:8
**PANELLING**
94:23
**PAPERS** 177:24
**PAPERWORK**
182:2
**PARAGRAPH**
174:21,23,25
175:5,11 176:2
**PARALYZED**
164:24 165:3
**PARK** 25:21,23
26:14 27:2,4,6
28:22,25 29:11
49:8,16,22 53:4
74:21 83:10 85:3
85:18 115:14,15
115:16 182:24
184:7 186:4
**PARKING** 187:22
**PARK'S** 27:2,9
30:8
**PART** 34:20 69:15
122:19 123:4
129:10 173:9
**PARTICULAR**

66:9,15 78:5
**PARTIES** 3:4,7
4:22 197:11
**PARTNER** 58:6
171:4
**PARTS** 128:15
140:25 142:10
168:24 192:6
**PARTY** 4:17
**PASS** 52:9 153:11
**PATRON** 56:20
**PAY** 10:22 75:16
103:14 188:14
**PENDING** 180:12
**PENNSYLVANIA**
6:15 84:3,17
108:10 156:13,15
158:2 159:4 174:9
180:13 196:15
**PEOPLE** 7:17
44:16 46:22 48:19
53:22 67:7,12
82:17 101:2,3,18
152:20 153:9
162:5,11,13 166:2
183:14
**PERCENT** 82:5,8
82:8
**PERFORMING**
152:4
**PERIOD** 150:23
**PERMANENT**
137:12,18
**PERMITTED** 3:23
**PERSON** 3:13 4:10
11:19 51:20
**PERSONAL** 115:7
177:15
**PERSONS** 3:25
**PERSPECTIVE**
175:23 176:12
**PHARMACY**
135:15
**PHONE** 51:21 98:9
**PHOTOGRAPH**
95:17 96:4 98:12



196:14
**PHOTOGRAPHS**
87:16 97:16,20
98:2,5,8 196:14
**PHYSICAL** 81:2
128:13 129:9,11
129:19 130:12
134:15,16 139:11
150:10 156:6
163:19,22 164:19
172:3,4 174:14
179:12,20 180:3
188:17,18
**PHYSICALLY**
67:3 100:5 149:3
151:13 178:19,20
**PICNIC** 99:5,13,16
100:2,18 101:17
103:22 106:11
**PICTURE** 92:8
113:5
**PICTURES** 95:10
**PIKE** 135:23
**PINS** 124:3
**PLACE** 1:20 14:8,9
17:2,23 18:10,11
24:4 32:13 41:18
70:20 86:12
**PLAINLY** 4:8
**PLAINS** 2:13
**PLAINTIFF** 1:5,18
2:3 148:9,13
**PLAN** 152:13,14
152:17
**PLANNING** 86:4
**PLATFORM** 93:6
93:7 113:18,19
**PLAY** 43:7,14,15
60:20
**PLAYING** 43:20
60:8
**PLAYS** 44:5
**PLEASANTRIES**
116:15
**PLEASE** 6:10,13
6:24 7:2,22 95:16

112:9 174:8,22
193:4,9
**PLEASURE** 115:7
**PLUS** 176:20
**POCKET** 187:18
187:21,25 188:8
**POINT** 60:21
79:23 80:7 81:21
93:4 109:3 118:15
**POINTED** 63:2
**POINTING** 44:13
46:2 60:22 61:7
90:16,22 92:16
93:3 124:9 126:22
132:24 136:17,23
136:24 137:3,4
141:5 142:24
150:4 164:25
**POLICE** 50:16
**PORTION** 60:25
69:16 116:20
**PORTIONS** 179:7
**POSITION** 62:14
63:21
**POSSIBLE** 90:6
151:24
**POTENTIAL**
115:9
**POUND** 131:18
**PREJUDICE** 4:10
**PREROGATIVE**
162:18
**PRESBYTERIAN**
121:21
**PRESCRIBES**
169:23
**PRESCRIPTION**
135:14 169:21,25
**PRESCRIPTIONS**
135:13
**PRESENT** 41:17
105:4
**PRESENTLY**
156:17
**PRESERVE** 4:5
**PRESIDENT** 57:2

57:3,4,5,10,13
152:5,8
**PRESS** 67:7,12
**PRESSURE** 126:3
170:21,23
**PRETTY** 20:5,15
28:6,21 29:7 52:5
70:17 76:8 77:17
111:18 132:11
139:2,17 148:25
**PREVENT** 135:9,9
**PREVENTING**
168:20
**PREVENTION**
154:7
**PRIMARY** 169:12
**PRINT** 191:18
**PRIOR** 16:25
55:18 78:3,22
120:12 191:25
**PRIVATE** 120:25
**PRIVILEGE** 4:6
106:25
**PROBABLY** 11:20
14:5 24:19 31:7
42:8 86:8 111:4
114:24 115:20
117:11 118:3
157:7 170:8 189:4
**PROBLEM** 78:20
111:19 129:22
141:3 162:12,17
163:6 164:5,13,14
164:22 165:19
166:21,22 167:15
**PROBLEMS** 71:5
77:23 139:4 146:6
166:23,25
**PROCEED** 3:12
**PROCESS** 56:18
166:8
**PROCESSING**
166:17,25
**PROFESSION**
162:20
**PROFESSIONAL**

140:10
**PROFIT** 171:19
179:10,16
**PRONOUNCE(S...**
164:18
**PROPERTY** 98:20
**PROTECT** 47:25
48:3,9
**PROTECTED**
72:25
**PROTECTS** 47:23
**PROVIDE** 5:23
182:7
**PROVIDED** 4:12
5:18 56:9 90:14
90:24 190:20
191:8
**PROVIDERS**
144:6,25
**PROVIDES** 181:18
**PROVISION** 3:7
**PUBLIC** 1:22 5:14
6:4 107:8,11
195:25 197:4,24
**PUBLISHED**
177:19,21 178:3,6
**PULLED** 32:24
**PUPPY** 9:9,10
86:19
**PURCHASE** 56:4
56:7,8
**PURCHASED**
89:3 99:19 104:7
104:9,13
**PURPOSE** 4:21,23
57:22
**PURSUANT** 1:20
3:14
**PURSUING** 145:6
**PUT** 25:7 67:13
82:8 96:17 124:2
124:2 126:9,15
127:2 129:15
131:11 133:5,20
146:16 171:17
191:6,13

**P.M** 10:3,5 87:21
87:22 192:14

---
**Q**
---
**QUALITY** 68:18
**QUALITY-WISE**
68:17
**QUANTIFY** 179:9
179:17 188:5
**QUESTION** 4:8,17
4:24 5:6 6:25
55:12 60:13 67:16
71:25 73:8 88:6
92:9 95:23 106:21
106:22 111:24
112:10 121:15
166:17,18 179:15
186:13
**QUESTIONING**
3:20 4:3 5:23
**QUESTIONS** 4:4
6:19 50:22 52:21
92:6 114:5,14
146:18,19
**QUICK** 83:19
90:12

---
**R**
---
**R** 2:2 6:2 194:2,2
196:17,21 197:2
**RAISED** 3:16
**RARELY** 158:13
**REACHED** 113:20
**REACHING** 71:6
**READ** 35:8 80:12
80:14,19,22
154:18 174:22,25
175:7,10 193:4
195:7
**REALIZED** 122:9
**REALLY** 53:5
90:12 97:11
138:25 147:4
150:11,22 159:17
159:18,21
**REASON** 5:3



12:16 98:21
112:22 193:6
**RECALL** 9:14 24:3
36:7 45:10 109:25
117:4 119:2
121:16 122:5
170:16
**RECEIPT** 86:23
87:2,8,12 88:14
193:16 196:12,13
**RECEIPTS** 88:16
88:18 189:8
196:20
**RECEIVE** 128:13
**RECEIVED** 137:6
142:15
**RECESS** 83:21
87:20 171:6
**RECOGNIZE** 3:7
20:8 88:9,17,25
**RECOGNIZED**
20:12
**RECOLLECTI...**
53:15,16 54:10
113:11,13,14
119:6
**RECOMMEND...**
59:4 101:12
**RECOMMEND...**
134:19 143:11
170:10
**RECORD** 5:4 6:9
6:13 30:7 43:18
80:13,21 107:21
110:9,11 154:17
174:23 175:2
181:21 189:2
191:20,22 195:10
195:12 197:8
**RECORDING**
43:19 51:24
**RECORDS** 169:16
196:19
**RECOVERING**
109:11
**RECYCLE** 163:24

**RED** 122:6
**REFER** 161:5
**REFERRED** 58:20
**REFERRING**
30:13 33:12 92:18
92:25 97:25 98:3
98:12 104:18
162:14 163:4,5
175:17
**REFLECT** 89:2
90:13,23 180:2
**REFLECTS** 91:10
**REFUSAL** 4:13
**REGULAR** 120:13
171:18
**REGULARLY**
144:23
**REHAB** 127:20
128:2,5,7,9 130:5
130:14 146:23
163:17 164:8
166:9
**REIMBURSED**
85:8 188:2,9,12
**REINJURED**
192:6
**RELATED** 141:8
180:3 197:10
**RELATION** 45:24
**RELATIONSHIP**
34:11 115:19
**RELIEF** 3:14
**REMAINDER**
4:18
**REMEMBER** 11:2
11:24 13:24 14:2
14:21,23 17:16
18:3 19:3,23
20:10,24 22:8,20
23:2,4,24 24:5,23
24:24 26:6 28:24
29:10,19 31:5
32:7,8,10,20 33:9
33:16,22,25 34:20
35:17,18 36:4,23
37:2 39:20,25

40:2,11,22 41:19
42:9,11 46:20
49:7 53:5,7,12
59:6 64:18,21,22
64:25 67:6 70:5
70:14,25 71:2,9
71:20,23,24 73:9
73:12,15,16 74:19
75:11,13,15 76:5
76:7 77:20,25
78:2,7,10,11,21
81:7 84:12,23
85:12 90:3,5
91:12,14,19,20
94:2,3,4,8,11,13
94:18,22,25 95:2
95:3,5,7 109:17
109:19 111:3,15
114:22 115:2,5,11
115:25 116:8,13
117:9,14,17,19,20
117:24 118:2,3,6
118:8,9,13 119:10
119:11,14,23
120:2,3,5,7,8
122:11,12 137:22
138:17 139:20
146:22 153:21
157:9 160:9,11,13
160:14,25 161:19
161:20 163:8
167:18,19,22
171:9 172:21
181:12,15 183:25
184:4,9 185:11
**REMEMBERING**
117:22 118:16
167:9 168:3
**REMOVE** 186:7
**RENOVATIONS**
99:12
**RENT** 158:18
**RENTED** 85:7,8
**REPAIR** 101:24
**REPORT** 80:23
**REPORTED**

189:17
**REPORTER** 1:22
80:14,22 154:18
197:4,24
**REPORT(SIC)**
152:21
**REPRESENT**
52:16 59:7
**REPRESENTING**
173:14,16
**REPUTATION**
120:18 175:21
176:9
**REQUEST** 3:19
**RESERVED** 5:11
**RESIDED** 8:3
**RESIDENCE**
83:23
**RESIDING** 8:7,19
9:7
**RESPECT** 57:8
**RESPECTIVE** 3:4
**RESPONSE** 87:3
121:14
**RESPONSIVE**
116:21
**RESTAURANT**
10:21 16:5 50:12
78:24 98:22,24
99:3,6 100:6
103:23 106:8
**RESTAURANTS**
103:25
**RESTROOM** 26:5
**RESULT** 6:23
**RESULTED**
149:25
**RETAIN** 109:15,22
110:2
**RETAINED**
196:16
**RETURN** 5:15
151:18 193:14
**RETURNED**
151:17
**REVIEW** 152:13

**REWIND** 45:15
65:9
**RE-PHRASE**
108:22
**RICHARDSON**
1:8 2:11
**RIDE** 12:14
**RIGHT** 3:13 4:6,18
13:3 20:16 23:7
25:21,25 32:10,16
34:17 35:13,15,21
36:10,16 37:13
38:6,17 39:4
40:24 43:22 44:20
49:23 53:4,6,18
53:23,24,25 55:17
55:23,24 57:8,9
57:11,12,20,21
58:17,19,22,24
59:15 60:24 61:3
61:4,5,9,12 62:3,4
62:12,14,16,25
63:11 64:11,12,16
64:24 65:11,15
66:22,23 68:7,24
69:4,5,9 71:4 72:3
74:22,24 75:8,20
76:11,18,21 77:2
79:2,3 81:13
82:21 83:11 84:9
90:2 91:8,22,23
93:10,14 94:16
96:2,15 97:9,10
97:13,14 98:17
101:19 103:5,6
104:14,23 105:25
105:25 106:2
109:14 111:9,9,10
111:11,23 112:5
113:9,23 116:25
118:10,21 125:18
125:21 127:19
131:6 132:11
134:5,14 138:6
143:15 144:22
147:12 153:10



154:2,6,23 156:4
158:25 159:25
160:2 162:17,23
163:10 164:4,10
165:11 166:6,10
166:11,13,18,19
167:7,14,14
171:10 172:9,20
173:3,7,8,11,17
174:16,17 175:18
175:19 176:12,13
176:17,18,20
177:20,25 178:5
178:10,13 179:3
181:13 182:17
183:3,4 190:14
192:13
**RIGHTS** 5:18
**RIGHTY** 131:19
131:20
**ROAD** 135:22
**ROBERTJBASI...**
2:5
**ROCKS** 83:5
**ROOM** 17:12,13
17:15,16,17,18,19
18:11 20:19,21
21:14,14,15 22:5
24:7,10,11 25:2
25:12,15,16,17,18
25:19,20,24 26:5
26:8,13 27:17
28:5 29:4,18,22
29:25 30:8,8,8,11
30:15,16,17,18,19
31:4 32:6 33:6
35:23,24,25 50:2
53:3,3,11 69:2
70:4,6,7 72:6,10
72:11,13,14,14,14
72:17,17,19 73:11
74:7,9,9,12,17,17
75:2,4,6 76:25
78:15 81:3 83:9
83:17 86:24,24
87:9,13 89:3,3,7,9

89:11,11,16,17,19
90:15,19,21,24
91:21 114:15,17
114:18 116:23,24
117:16,24,25
118:7,25 125:24
132:21 133:2,9,13
134:6 196:12,13
**ROOMS** 32:3 77:4
**ROUGHLY** 108:2
**RULE** 3:5,8,23,24
4:12
**RULES** 3:6 5:2,18
52:23
**RUNNING** 150:12
150:13,15,15

**S**

**S** 1:8 2:2 3:2,2 6:2
196:2,2,2,9,17,17
196:21,21
**SAFE** 111:14
**SAFER** 51:14
**SAKE** 175:8
**SALARY** 151:9
177:14
**SAMMUR** 8:23
**SATURDAY**
125:15 128:2
**SAVE** 48:7
**SAVING** 185:13
**SAW** 19:3 33:7
35:6,7,9 36:4
46:15 53:21,24
59:14,23,25 66:7
66:20,24 67:5
68:6 113:2,3
130:21 136:5
138:3 140:13
**SAYING** 28:7,15
28:15 65:21 68:5
93:8 94:3 119:14
122:8 132:7 155:3
**SAYS** 89:19,20
148:5 150:10
172:22 175:12

176:2
**SCAN** 126:14
135:11 146:15
**SCAR** 127:3,4,6
145:18,20,22
**SCARED** 55:24
**SCARY** 58:21
**SCENE** 43:19 61:4
66:4
**SCHOOL** 48:5,7
104:22,24
**SCOTCH** 11:13,14
21:18 22:15,18,21
23:13 24:15 27:24
31:9 69:3,7,7,10
69:12,14 70:8
73:10 74:4 75:9,9
82:21,21 83:2,13
119:13
**SCREEN** 66:11
**SECOND** 16:12
17:8,17,19 24:18
24:20 25:4,19,20
29:22 30:10 62:2
62:12 63:8,23
69:2 71:6,22 72:5
72:10,10,14 73:23
104:5 105:24
110:18 171:3
175:5 178:6
**SECONDS** 61:2
62:19,25 63:9
64:3
**SECTION** 5:2
**SECURITY** 7:24
43:20,25 44:6
60:9 196:11
**SEE** 18:25 34:22
36:6 45:20 46:10
46:13 47:16 48:19
51:22 59:19 61:14
62:7,11 64:4 65:2
66:10,12,15 67:22
68:19,21,24 77:19
78:9 89:21 91:19
92:2 95:11 96:19

96:21,22,25 97:11
102:23 108:10,24
127:21 130:20
144:22 148:10
154:12 155:23
156:2 158:25
182:25
**SEEING** 35:18
77:23 78:2 105:7
119:2 155:16
189:22
**SEEN** 19:11 54:19
59:14 67:14 87:4
88:22 96:4 129:23
138:16
**SEIZURE** 153:17
170:14
**SEIZURES** 135:9
153:16 154:4
**SENSE** 172:8
**SENT** 134:19
152:12
**SEPARATED**
105:10
**SEPTEMBER**
110:16,22 137:25
172:20
**SERIOUS** 122:18
126:4,8
**SERVED** 91:21
**SERVER** 22:4 32:2
32:5 119:3
**SERVICE** 91:4,6
**SERVICES** 1:24
**SERVING** 120:4
**SET** 4:7,25 156:14
197:7
**SETTLED** 143:12
**SEVEN** 81:20
**SEX** 148:4 168:10
168:21
**SHAPE** 58:3,5
**SHARE** 159:7
**SHARED** 176:7
**SHAREHOLDER**
106:17,18 108:7

**SHARES** 106:20
107:5,23 108:2
**SHEET** 193:7,10
193:12,15 195:15
**SHIN** 1:4,17 6:1,11
7:1,7,16 8:1,23
9:1,6 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1,7
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1,14 53:1
54:1 55:1,12 56:1
57:1 58:1 59:1,8
60:1,6,14,22 61:1
61:6,17 62:1,8
63:1,15 64:1,4
65:1,21 66:1,19
67:1 68:1,4 69:1
70:1 71:1 72:1
73:1,9 74:1,2 75:1
76:1 77:1 78:1
79:1,21 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1,23
88:1 89:1 90:1
91:1 92:1,9 93:1
94:1 95:1,20 96:1
97:1 98:1,11 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1,22
108:1 109:1 110:1
110:12 111:1,25
112:1,9 113:1
114:1,10 115:1
116:1 117:1 118:1



119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1,15
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
165:22 166:1
167:1 168:1 169:1
170:1 171:1,8
172:1,12 173:1
174:1 175:1,13,20
176:1,4 177:1,17
178:1 179:1,10
180:1,7 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1,25 192:1
195:6,18 196:3
**SHIRT** 42:12 45:16
**SHOCKED** 67:8
**SHORT** 146:24
163:15
**SHORTHAND**
1:21 197:3
**SHORT-TERM**
161:4,7,8,11,14
161:23
**SHOT** 12:4,8,9
23:11 31:21,22
69:7,12,14
**SHOTS** 11:25 12:2
23:16
**SHOULDER**
129:14 138:23
139:3,3,9,15

140:14 141:2
142:13 150:6
**SHOW** 88:3 91:24
95:20 96:17
174:18,20
**SHOWER** 129:21
130:3
**SHOWING** 65:24
128:25
**SHOWN** 65:13
93:19 94:15 97:21
**SHOWS** 64:19
65:14 187:9
**SICK** 168:12
**SIDE** 25:18 94:24
96:17,18 124:9,11
126:6 127:6
136:25 141:5
143:19 150:4
155:24 156:2
165:2
**SIDEWALK** 99:9
100:7
**SIGN** 52:3 193:9
**SIGNED** 5:12
195:20
**SIGNIFICANT**
4:10
**SIGNING** 193:11
**SIGNS** 154:4,21
**SIMILAR** 68:8
97:6,7 121:7
**SIR** 6:16 62:23
89:8 93:5 96:2,7
96:22 156:2 160:6
162:21 175:2
**SIT** 50:13 177:3
**SITING** 167:8
**SITTING** 96:9
112:21 166:24
180:10
**SIX** 11:25 12:2
14:6 55:2 56:22
56:23,24 57:15
69:19,21 79:7
81:20 151:14,18

151:20 153:22,24
**SKULL** 126:4
**SLEEP** 28:25 29:6
29:12 158:22
**SLEEPING** 49:17
**SLEPT** 184:3,4,5,6
184:7
**SLOAN** 6:14 8:4
**SLOW** 150:15
178:20
**SOCIAL** 7:24
**SOFA** 21:16
**SOFIE** 159:21
**SOJU** 81:25
**SOMEBODY** 26:3
66:17 68:9 116:2
**SOMEBODY'S**
66:12
**SOON** 28:21
127:22
**SOPHIE** 8:10
**SORRY** 57:16 66:2
69:24 74:10 80:11
94:6 105:11
108:16 154:15
182:23 183:13,14
184:19
**SOUP** 11:8
**SOUTH** 105:2
**SOUTHPAW**
132:9
**SPACE** 183:3
193:7
**SPEAK** 105:25
114:17 163:5,6,8
164:12,13 165:7
169:6 182:20
183:19 186:9,14
**SPEAKING** 71:18
71:19 117:9
163:13 164:4,5
**SPECIAL** 137:10
**SPECIALTY**
138:19
**SPECIFIC** 119:5
135:14 136:6

152:11
**SPEECH** 128:20
160:3,7,8 162:22
163:3,10,12,13,20
163:23 164:3,7,23
165:17,25
**SPELL** 7:10 26:22
**SPEND** 187:17,20
**SPENDING** 189:3
**SPLINT** 123:2,3
**SPOKE** 182:16
183:5,15
**SPOKEN** 182:11
185:5
**SPORTS** 149:8,9
**SPREADSHEET**
190:4,20 191:12
**SS** 195:4
**STAIR** 101:13
103:10
**STAIRCASE**
58:20 59:8 92:13
92:20 93:18 94:9
97:12 99:7 102:16
102:25 103:15
108:12,15 109:2
109:10 111:14,16
111:22 112:3,13
112:17,22 113:15
114:2
**STAIRS** 17:22
40:19,20 41:5,7
53:17 55:22,23
65:15 71:3
**STAIRWAY** 36:12
36:19 51:14 54:14
54:16,19,20,25
55:25
**STAIRWELL**
36:25 37:4
**STAND** 7:8 28:18
28:19 129:18,19
151:15
**STANDING** 36:10
40:23 41:10 55:5
61:17,25

**START** 6:25 33:21
63:4 84:24 130:22
155:6 178:21,22
**STARTED** 34:6,8
110:23,24 111:7
134:8 157:9
167:20 178:17,25
**STARTING** 65:14
72:2
**STATE** 1:23 6:4,9
6:12 83:24 193:6
195:3 197:5
**STATED** 3:17 5:4
**STATEMENT**
3:21 4:15 50:21
61:24 182:8
**STATEMENTS**
4:2 50:15,20
175:15 176:7
**STATES** 1:2
**STATUS** 129:2
**STAY** 22:7 23:7
25:4 30:3 84:13
84:17 158:17,22
159:8
**STAYED** 74:25
**STAYING** 86:4
**STEEP** 94:11
**STEP** 61:18,19
62:4 63:24 113:21
**STICK** 150:8
**STIPULATED** 3:3
**STITCHES** 129:16
**STOOL** 129:22
**STOP** 105:7 126:16
126:18 153:19
163:7
**STOPPED** 117:22
118:16 126:20
128:24,25
**STOREFRONT**
99:8,10
**STRAIGHT** 16:4
75:9 126:22
**STREET** 2:8,12,17
14:10,16 45:9



STRETCHED 65:17
STRIKE 5:7 116:20 179:7
STRONG 58:6 59:3
SUBDIVISION 4:13
SUBDIVISIONS 3:8
SUBJECT 3:12 192:10 193:11
SUBMIT 187:3
SUBSCRIBED 195:20
SUBSTANCE 102:9 114:20 183:22 195:14
SUCCESSFUL 103:19
SUCCINCT 4:15
SUCCINCTLY 3:17 5:4
SUE 111:8
SUFFERED 176:8
SUGGEST 3:18
SUGGESTED 169:10
SUING 109:4,7 110:25 112:18 172:12,16
SUIT 45:3 172:19
SUM 102:9 114:20 183:22
SUMMER 109:18
SUNDAY 118:11 118:12 121:16 125:15 172:12
SUPER 64:13
SUPPLEMENT 170:9
SURE 13:14 16:3 16:22 18:4,5,8 26:12 29:23 32:24 34:20 42:12 43:6

99:14 100:9,15
46:3,4,8,9 51:25 52:24 55:7,11 58:4 61:3 73:24 76:8 94:21 115:22 140:3 170:22 171:5 188:6 189:5 189:20 190:17
SURGERY 123:15 123:16,18,20,24 124:16 125:12,22 126:24 130:18 131:2,3,8,9,14 133:4,8 139:10,16 140:2,3 164:21
SURPRISE 59:10
SUSTAINED 6:22
SVP 184:23
SWALLOWING 133:6
SWELLING 132:23 134:3 154:13 155:14,16 155:25
SWOLLEN 155:22
SWORN 5:13 6:3 182:8 197:7
SYMPTOMS 154:22
S-A-M-M-U-R 8:23
S-O-J-U 81:25

___ T ___

T 3:2,2 194:2 195:2 196:2,9,17,21 197:2,2
TABLE 21:16,17 22:24 25:8
TAKE 15:6 51:24 58:13 60:5 61:20 68:9 70:18 83:19 92:5,8 95:23 98:8 102:21 122:7 127:15 129:21 136:10 139:13 155:23 158:12

166:7 170:4,7,12 170:13,15,18 174:21 185:14 186:18
TAKEN 1:18,20 3:11 5:17 16:24 54:25 83:22 87:21 97:16,22 171:7 195:7
TAKES 156:7 158:13
TALK 14:23 101:8 101:25 102:4 114:25 122:14 140:10 183:10
TALKED 30:10 182:19 185:17
TALKING 19:20 24:8,8 28:10,11 28:17 74:8 115:3 181:9
TALL 20:5 41:22
TAPING 66:3,12
TBI 145:6,9
TEACH 130:3 136:14
TEETH 143:17 144:4
TELL 7:4 16:16 28:13,16 33:15 37:21 38:8 39:4 42:4 47:7 69:10 88:7 110:23 115:23 116:4 120:10,17 121:24 122:17 139:8 140:5 145:11,17 146:2 147:2 162:16 184:2 185:21
TELLING 47:10 49:14 63:19 162:6 162:12
TEMPLE 123:21 124:24 125:2,6,16 125:19,22 126:13

127:23 128:4 130:18,25 131:13 133:7 136:7,9 137:5,7 139:5 142:25 143:2,5,6 143:9 144:14,15
TEMPORAL 155:19
TEND 81:4
TERM 51:2 125:9 145:8 146:24 163:15
TERRANCE 1:9 2:12
TESTED 129:13 131:17 164:11
TESTIFIED 6:5 53:20 71:13 89:23 111:20 112:2,12 163:9 173:24 174:13 182:14 189:19
TESTIFY 107:23 186:15
TESTIFYING 162:5 191:7
TESTIMONY 5:7 56:2 171:21 182:7 195:7,11 197:6,9
TESTING 163:23
TESTS 129:6,7,17 146:12,14,15
THANK 30:25 35:14 37:14 63:20 107:25 185:12
THERAPIST 150:10
THERAPY 81:2 128:13,20 129:9 129:11,19,24 130:12 134:8,10 134:15,16 139:11 156:6 163:12,13 163:19,19,20,21 163:22,23,23 164:3,7 188:17,18

THERE(SIC) 134:20
THING 33:15 67:13 102:13 118:6 121:15 146:21 149:23 153:7 167:5 176:19
THINGS 15:6,8 25:10 93:22 123:12 129:14 130:4 135:11 136:16 143:15 147:14,16,21,22 149:3 153:5 154:11 160:9,14 161:18 163:17,25 167:10 170:16 171:9 180:15 186:11
THING(SIC) 127:19
THINK 11:4,18 14:22 17:17 18:16 19:19 20:3 21:18 22:17 23:10,11 24:10 25:3 26:25 27:8,23 28:6,8,22 28:23,23 29:2,5,7 29:14,17,21,24 31:11,17 32:7 33:2,4,7,9,17 34:19 35:20 36:12 36:20 37:10,17,18 39:10,18 40:4,14 40:16,20,25 47:21 48:15 49:25 50:3 51:25 52:2 54:5,9 54:17 56:13 59:13 61:2 62:22 66:17 71:12 75:11,12,15 77:3,12,20 78:6 78:20 79:12 86:20 89:9 93:21 100:8 101:10,14 102:19 104:3 105:11



106:8,13 109:24
111:23 114:3
115:17 119:4,7
121:12 123:23
125:25 128:11
139:24 145:3
147:12 157:11
165:8 167:11,12
168:8 169:2
171:19 181:19
187:10 188:13
190:8
**THINKING** 109:7
146:6,20 154:11
155:4,6 167:24
**THIRD** 69:12,17
**THIRTY** 193:16
**THIS(SIC)** 66:18
92:17
**THOUGHT** 28:20
128:23 191:8
**THOUSAND** 76:8
90:4
**THREATENING**
127:17
**THREE** 11:19
23:12,16 28:2
44:15 61:2 138:3
150:17 155:8
156:21,22 158:15
158:24 163:16,18
167:16
**THREW** 23:11
**THROAT** 122:7
**THROAT(SIC)**
123:7
**TIME** 1:20 5:9 8:6
9:8,25 13:20,21
14:21 15:24 21:2
21:4 25:5,11 28:4
28:9,20 29:9,24
31:23 32:19,25
33:24 34:10 38:15
41:25 48:9,20
49:9 51:5 52:19
54:12 55:7 59:16

59:17,20,22 60:2
65:2 66:8,20 68:2
68:5,23 76:11,17
76:19 79:11 83:22
84:8,10,11 91:18
93:7 98:4 100:17
105:4,12 108:23
111:4,12 113:7,24
116:8,9,22 117:3
117:6,8,15,16,21
117:23,25 118:14
124:13 127:14
129:18 132:17
134:7 137:23
138:4,7 140:15
150:23 151:6
153:25 154:10
156:8 157:6,8,22
158:9 160:10,14
167:9,19 168:2
171:7,17 181:9
183:5,20,21
192:14
**TIMELINE** 137:16
**TIMES** 13:17,25
14:3,5 54:5 55:2
59:15 65:7 78:4
79:6 81:20 99:2
117:18 134:20
144:3,5,19 149:22
150:17,17 167:25
170:4 181:10
182:20 183:18
185:8
**TIMES(SIC)**
142:20
**TISSUE** 140:7,8,9
**TITLE** 56:25 57:5
57:7,10 184:22
**TITLES** 163:19
**TODAY** 6:21 39:2
39:5 48:25 50:8
50:17 59:23 60:16
84:19,22 85:14,18
88:23 96:5 110:15
112:21 120:10

162:22 166:24
167:9,11,12,13
180:11
**TODAY(SIC)**
119:22
**TOLD** 15:20 26:3
37:19 38:3,16
46:22,22,24 47:4
47:13 48:6,24
49:11 51:4,12
53:22 101:10
102:15,21 103:3,4
111:21 112:3,24
116:2,12 120:15
131:7 142:15
144:7,25 146:10
160:10 185:13
**TOP** 17:21 18:2
41:5 61:18,18
62:4 110:7 141:6
**TOTAL** 14:3 188:4
**TOUCH** 40:7
105:3
**TOUCHED** 52:22
**TOWN** 84:25 85:2
85:5 135:22
**TRADE** 107:11
**TRAFFIC** 158:5,7
158:8,10,11
**TRAIN** 136:14
**TRANSCRIPT**
181:22 193:17,18
195:7,9 197:8
**TRANSLATED**
172:5
**TREAT** 119:15,17
140:14
**TREATED** 81:6
140:13
**TREATING** 80:25
**TREATMENT**
134:8 137:7
139:18 142:16
**TREATS** 138:25
145:24
**TRIAL** 1:17 3:6

5:10 182:7
**TRICKLED**
171:24
**TRIED** 37:22,25
38:4 47:10,13
149:19 169:3
**TRIPS** 55:18
**TRUE** 195:9,12
197:8
**TRUST** 1:9 2:12
52:17
**TRUSTEE** 1:8 2:11
**TRY** 48:10 80:9,18
132:3 149:21
171:20 183:10
**TRYING** 47:17,19
47:25
**TUESDAY** 125:10
125:17 127:25
**TWICE** 141:19
142:4,6
**TWO** 7:12 8:21
26:15 27:23 30:5
30:5,16 32:17
72:14,17,19 73:11
74:9,17 82:18
86:14 89:3,9,11
90:17 91:14 93:22
100:19 101:16,21
101:22,22 102:8
104:3 115:9
132:20 150:17
151:16 156:21,22
158:4,10,14,15,23
185:9
**TYLENOL** 169:7,8
170:19
**TYPE** 115:23
146:20 150:13
188:24
**TYPICAL** 11:6
81:24,25

———— U ————
**U** 3:2 196:17
**UNABLE** 179:11

**UNCONSCIOUS**
98:3
**UNDERSTAND**
34:12 60:6 64:21
65:4 66:14 94:6
113:6 162:21
164:6 175:25
182:6 191:19
**UNDERSTANDI...**
164:2,7
**UNIFORM** 3:6
42:10
**UNIT** 125:11
**UNITED** 1:2
**UNIVERSITY**
123:21 136:9
137:7 139:5
**UNRESPONSIVE**
179:8
**UPPER** 165:2
**UPSET** 38:22 39:5
51:7 52:5
**UPSTAIRS** 16:19
16:21 17:7 77:8
**USE** 39:13,14
54:17 55:4,13,19
71:14 72:17 76:2
82:17 131:25
132:3,3,11 169:3
**USUALLY** 82:12
158:12 171:18

———— V ————
**V** 145:14 146:24
160:10
**VARIOUS** 173:6
**VERBAL** 43:2
**VERBALIZE** 93:4
**VERSUS** 30:14
179:12,21 180:4
**VICTORIA** 1:8
2:11
**VIDEO** 33:7,11,12
34:21,22,23 35:7
35:19 36:5,7,8
39:13 40:12 43:5



43:8 45:21,25
46:11,14,14,18,19
47:17 48:19 53:21
59:14,23 60:25
61:16 62:7,20
63:10 64:4,20
65:13,13,24 66:3
66:8,9,16 67:10
67:12,17,20 68:6
68:12,20,21
**VIDEOTAPING**
60:7
**VILLANUEVA**
135:2 138:22
145:13 146:11
154:9
**VIOLATION**
101:11,13 102:11
102:12,17 103:5
103:10,12,15
**VISIT** 15:5 25:16
29:17,22 38:10
74:23 99:19 102:6
187:23
**VISITATION**
134:11,13
**VISITED** 25:20
70:7 88:19
**VISITS** 78:18,22
79:9,13 135:6
**VITAMIN** 170:9
**VODKA** 82:2
**VOLUNTEER** 7:2
**V-I-L-L-A-N-U-...**
135:4

_____
**W**
**W** 6:2 195:2 196:2
**WAGES** 151:4
**WAIT** 72:9 175:4
**WAITER** 18:13
19:8,22,25 24:22
24:25 29:16 35:6
35:7,12,16 37:3,6
37:15,23 38:5
41:10 42:9 45:20

45:23 119:24
120:3
**WAITING** 17:10
17:11 20:17
125:11
**WAIVED** 5:22
**WAIVER** 5:8,17
**WAKE** 118:10,11
125:9
**WAKING** 121:16
**WALGREENS**
135:16,17
**WALK** 22:4
**WALKED** 53:2,10
**WALKER** 11:15
22:19 90:17 91:15
119:25
**WALKERS** 91:21
**WALKING** 16:23
65:4 149:10,17,18
150:8,11
**WALL** 44:18 51:13
61:8 63:22 96:9
**WALLET** 75:17,19
76:6 89:25 90:4
**WALLS** 94:22
**WANG** 1:8,8,9
2:11 52:16
**WANT** 7:4 9:12
15:9 32:9 38:23
43:4,14 50:13,14
52:25 54:21 60:5
64:13 65:8,9
86:17,23 102:13
102:22,23 116:17
116:18 119:15
120:6 122:7
128:20 130:8
131:5 155:13
162:11 179:23
182:22 183:13
184:20 186:20
**WANTED** 119:17
144:21
**WARM** 115:12
**WASN'T** 68:6

111:14,17,22
112:4,13,17
188:18 190:13
**WATCH** 32:13
34:21 43:5 65:7
**WATCHED** 34:22
**WATER** 2:8 21:19
83:6,7,15
**WATERMELON**
23:25 24:2
**WAY** 6:14 8:4
28:10,15 40:13,25
41:4 50:14 65:20
73:14 90:9 94:23
95:5 105:14
113:11 122:7
126:10 149:3
167:23 179:9,18
180:8 197:12
**WEAR** 132:18
**WEARING** 42:10
42:10 44:11 45:2
**WEATHER** 141:9
**WEDNESDAY**
125:10 126:20
140:17 141:19
**WEEK** 9:15 84:14
141:19 142:4,5,6
142:9 150:17,18
156:17,18 170:8
**WEENED** 154:5
**WEIGH** 41:24
**WEIGHT** 42:5,7
**WEIRD** 165:10,15
**WENT** 12:15 13:24
16:4 17:7,9 27:17
28:25 29:5,11,17
30:15 33:4 51:22
53:7 54:12 55:22
55:23 69:2,11
72:5,19 74:23
77:24 78:5 79:14
80:5 89:11 104:22
105:11 114:15,18
116:22 120:11
121:25 125:16,18

126:21 127:21
128:4 130:15,25
131:3 132:20
133:3,8,10,11,13
134:5 138:20
143:13 144:5,7
159:12,23 178:14
178:18,19
**WE'LL** 55:13
56:24 81:14
**WE'RE** 15:12
30:13 59:19 60:20
61:3,4 62:12,19
63:9 65:4 74:8
93:2 97:4 98:12
110:15 114:17
121:13 165:23
166:24 175:17
**WE'VE** 110:12
**WHAT'D** 100:24
**WHISKY** 11:13,14
21:18,21 22:15,18
23:13 24:15 82:22
119:13
**WHITE** 2:13 42:12
**WIFE** 8:8,20 51:6
86:18 122:10,10
147:4,23 148:22
157:8,19,20
158:25 159:3
160:4 162:14
167:25 168:10,21
189:4 191:6
**WIFE'S** 8:9 159:20
**WINTER** 154:14
**WITHDRAW**
110:2
**WITHDRAWN**
170:17
**WITNESS** 5:13,24
6:2 7:14 48:25
49:12,20,21 50:4
55:10 68:22 87:5
90:20 108:5 123:3
193:2 196:3
**WITNESSED** 43:2

46:5 186:6
**WITNESS(ES)**
197:6,9
**WOKE** 118:18
121:18 122:4
**WOOD** 97:8
**WORD** 7:14 146:3
**WORDS** 7:12
39:11,12 66:10,15
122:24 136:20
165:18
**WORD(SIC)**
140:10
**WORK** 9:17,19
10:2,4 14:12 55:6
80:17 150:24
151:7,12 156:9,18
156:19,24 157:21
158:6,15,23 159:4
159:6,12 163:10
171:17,23 178:14
178:19
**WORKED** 127:12
166:9
**WORKING** 80:17
105:24 151:23,25
168:25 178:17,22
178:25
**WORRIED** 129:3
**WORRIES** 159:21
**WORRYING**
159:18,19
**WRIST** 124:6
127:13,18 130:18
130:22 131:2,3,6
132:15,19 133:8
**WRITE** 132:2,6
181:22
**WRITTEN** 146:18
**WU** 1:9 2:12 52:17
**WWW.MAGNA...**
1:25

_____
**X**
**X** 1:3,12 196:2,9,9
196:17,21



| | | | | |
|---|---|---|---|---|
| **Y** | 120:4,11,17 | **118** 196:6 | 177:19 178:12,15 | **60** 51:4 |
| **YEAH** 12:9 13:19 | 185:17 196:13 | **12** 104:21 | 180:9 182:13 | **7** |
| 13:22 17:20 18:13 | **YOUTUBE** 67:14 | **12:00** 32:20 33:2 | **2018** 139:24,24 | **700** 189:25 190:6 |
| 30:23 39:16,18,22 | 67:14,22 | **12:30** 87:21 | 157:7,17 172:20 | 190:13 |
| 43:15 48:14 49:24 | **YS2** 1:8 2:7 6:18 | **1270** 1:13 2:4 | **2019** 1:14 195:8 | **75** 74:15 |
| 64:6 68:15 70:17 | **$** | **15** 117:10,11,13,21 | 197:25 | **8** |
| 84:11 85:22 86:18 | **$1,000** 75:24 76:10 | **153** 196:7 | **2050** 85:13 | **8:00** 11:4 12:11,12 |
| 87:6 90:16 95:12 | 89:24 | **1575** 6:14 8:4 | **21ST** 9:13 180:9 | **81** 2:12 |
| 106:15 118:10 | **$15,000** 89:20 90:7 | 156:15 | 182:9,13,21 | **86** 174:21,23 175:6 |
| 119:4,19 123:16 | **$20,000** 188:6 | **160** 13:13 | **22** 8:25 | 175:11 |
| 124:7,11,18 132:8 | **$4.5** 56:13 57:18,19 | **169** 196:19 | **221** 3:5 | **866)624-6221** 1:24 |
| 135:19 136:18 | 58:12 | **170** 42:8 | **221.2** 5:2 | **87** 196:12,13,14 |
| 143:2 147:17,25 | **$700,000** 187:11,16 | **174** 196:15 | **225** 42:2 | **9** |
| 153:2,4 154:10,20 | **0** | **18** 59:24 66:21 67:5 | **25** 82:5,8 | **95** 196:14 |
| 157:11,13 165:5 | **08** 1:15 | 183:7,8,9,15,17 | **25-DEGREE** 82:2 | |
| 167:20 169:9 | **1** | **181** 196:23 | **26** 2:17 | |
| 190:5 | **1** 30:19 | **186** 196:7 | **26TH** 124:15 | |
| **YEAR** 13:18,20 | **1st** 1:14 110:16,22 | **188** 196:20 | **27TH** 124:15 | |
| 81:17,22 85:25 | 195:8 | **19002** 6:15 | **28TH** 7:23 | |
| 86:3,6,11 99:20 | **1:33** 87:21 | **191** 196:8 | **3** | |
| 138:2 149:21 | **10** 14:5 54:5 79:5,9 | **1963** 7:23 | **3:34** 192:14 | |
| **YEARS** 8:5 14:6 | 79:13 101:3 117:9 | **1981** 105:10 | **30** 8:17 20:5 24:19 | |
| 51:4 54:6,8 56:21 | 149:22 158:21 | **1984** 105:12 | 134:20 179:4,5 | |
| 56:22,23,23,24 | 170:8 | **1985** 105:12 | 193:16 | |
| 57:15 79:7 | **10-MINUTE** | **1988** 105:10 | **31** 3:15 | |
| **YORK** 1:2,13,13 | 186:19 | **199** 2:8 | **3115** 3:8,23 4:12 | |
| 1:23 2:4,4,8,8,13 | **10:00** 117:2 | **1991** 8:17 | **3116** 5:18 | |
| 2:17 6:5 83:24 | **10:30** 30:2,21 117:2 | **1996** 105:5,8 | **3117** 5:18 | |
| 104:10,25 195:3 | 117:5,7 | **1997** 105:5,15 | **4** | |
| 197:5 | **10:45** 118:18 | **1998** 105:6,8,15 | **43** 196:11 | |
| **YOUNG** 1:9 2:16 | **100** 59:15 189:25 | **2** | **45** 70:22 | |
| 26:18 27:6,9,12 | **100,000** 108:2,4 | **20** 9:6,7 | **460** 160:17 | |
| 28:8 29:12 30:18 | **10001** 1:13 2:4 | **2005** 170:22 | **5** | |
| 31:4,12 32:6,13 | **10038** 2:8 | **2013** 80:10,15 | **5'6** 42:6 | |
| 33:5,23,24 34:14 | **10601** 2:13 | **2016** 13:23,25 | **5'7** 42:6 | |
| 34:16 35:4,5,11 | **11** 1:15 8:5 48:3 | **2017** 9:13 13:21,22 | **5'8** 41:23 | |
| 35:25 37:9 38:2,4 | 63:9 64:3 104:21 | 79:21,25 80:3 | **5:00** 10:3,5 | |
| 38:18 39:5,7,7 | 116:25 117:7,7 | 81:15,18 85:17 | **500** 169:9,24 | |
| 42:3,13,21 45:5 | 118:3,4 197:25 | 109:13,20,23 | **52** 196:5 | |
| 45:18 46:10 47:4 | **11:00** 30:2,21 | 110:16,23 111:6 | **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** 8:2 | |
| 47:14 48:2,15 | **11:30** 118:4 | 124:14 138:9,10 | **6** | |
| 49:24 50:16 53:4 | **11242** 2:17 | 138:21,23 139:23 | **6** 196:5 | |
| 72:11 87:12 89:18 | **114** 196:6 | 139:24 147:3 | | |
| 89:19 90:19 | | 153:23,25 154:19 | | |
| 114:13,16 119:2 | | 157:7,12,16 | | |

