# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

EDWARD SHIN,

        Plaintiff,


        -against-

YS2 ENTERPRISES INC., MICHAEL S. WANG,

VICTORIA WANG as TRUSTEE OF THE RICHARDSON

IRREVOCABLE TRUST, TERRANCE WU, DEH-JUNG

DEBORAH WANG, and YOUNG K. LEE


        Defendant.

- - - - - - - - - - - - - - - - - x

                 1270 Broadway

                 New York, New York 10001

                 May 21, 2019

                 1:15  p.m.


    EXAMINATION BEFORE TRIAL of DANIEL PARK, a

Non-Party Witness herein, taken by MS.

BERKOWITZ, in the above-entitled action, held

at the above time and place, pursuant to

Subpoena, taken before CHRISTA M. MILOSCIA, a

Shorthand Reporter and Notary Public within

and for the State of New York.


            Magna Legal Services

              (866)624-6221

              www.MagnaLS.com



Page 2

```
 1
 2   A P P E A R A N C E S:
 3      THE BASIL LAW GROUP
                Attorneys for Plaintiff
 4              1270 Broadway
                New York, New York 10001
 5      BY:  DAVID A. COHEN, ESQ.
                  davidacohen@rjbasil.com
 6
        AHMUTY, DEMERS & MCMANUS
 7              Attorneys for Defendant
                YS2 ENTERPRISES INC.
 8              199 Water Street
                New York, New York 10038
 9      BY:  JANICE BERKOWITZ, ESQ.
                  Janice.Berkowitz@admlaw.com
10
        CHARTWELL LAW
11              Attorneys for Defendants
                VICTORIA WANG as TRUSTEE OF RICHARDSON
12   IRREVOCABLE TRUST, TERRANCE WU
                81 Main Street
13              White Plains, New York 10601
        BY:  CARMEN A. NICOLAOU, ESQ.
14                cnicolaou@chartwell.com
15      LONGO AND D'APICE
                Attorneys for Defendant
16              YOUNG K. LEE
                26 Court Street
17              Brooklyn, New York 11242
        BY:  STEVEN J. WEISSLER, ESQ.
18
19
20
21
22
     ALSO PRESENT:
23
        EESHA MALYALA - SITTING IN WITH CHARTWELL
24      LAW
25
```



Page 3

```
 1
 2                S T I P U L A T I O N S
 3       IT IS STIPULATED AND AGREED by and between
 4   the attorneys for the respective parties
 5   herein, and in compliance with Rule 221 of the
 6   Uniform Rules for the Trial Courts:
 7       THAT the parties recognize the provision of
 8   Rule 3115 subdivisions (b), (c) and/or (d).
 9   All objections made at a deposition shall be
10   noted by the officer before whom the
11   deposition is taken, and the answer shall be
12   given and the deposition shall proceed subject
13   to the objections and to the right of a person
14   to apply for appropriate relief pursuant to
15   Article 31 of the CPLR;
16       THAT every objection raised during a
17   deposition shall be stated succinctly and
18   framed so as not to suggest an answer to the
19   deponent and, at the request of the
20   questioning attorney, shall include a clear
21   statement as to any defect in form or other
22   basis of error or irregularity.  Except to the
23   extent permitted by CPLR Rule 3115 or by this
24   rule, during the course of the examination
25   persons in attendance shall not make
```



Page 4

1

2  statements or comments that interfere with the

3  questioning.

4       THAT a deponent shall answer all questions

5  at a deposition, except (i) to preserve a

6  privilege or right of confidentiality, (ii) to

7  enforce a limitation set forth in an order of

8  a court, or (iii) when the question is plainly

9  improper and would, if answered, cause

10 significant prejudice to any person.  An

11 attorney shall not direct a deponent not to

12 answer except as provided in CPLR Rule 3115 or

13 this subdivision.  Any refusal to answer or

14 direction not to answer shall be accompanied

15 by a succinct and clear statement on the basis

16 therefore.  If the deponent does not answer a

17 question, the examining party shall have the

18 right to complete the remainder of the

19 deposition.

20      THAT an attorney shall not interrupt the

21 deposition for the purpose of communicating

22 with the deponent unless all parties consent

23 or the communication is made for the purpose

24 of determining whether the question should not

25 be answered on the grounds set forth in



Page 5

1

2  Section 221.2 of these rules, and, in such

3  event, the reason for the communication shall

4  be stated for the record succinctly and

5  clearly.

6      THAT the failure to object to any question

7  or to move to strike any testimony at this

8  examination shall not be a bar or waiver to

9  make such objection or motion at the time of

10  the trial of this action, and is hereby

11  reserved; and

12      THAT this examination may be signed and

13  sworn to by the witness examined herein before

14  any Notary Public, but the failure to do so or

15  to return the original of the examination to

16  the attorney on whose behalf the examination

17  is taken, shall not be deemed a waiver of the

18  rights provided by Rules 3116 and 3117 of the

19  C.P.L.R, and shall be controlled thereby; and

20      THAT the certification and filing of the

21  original of this examination are hereby

22  waived; and

23      THAT the questioning attorney shall provide

24  counsel for the witness examined herein with a

25  copy of this examination at no charge.



Page 6

                    D. PARK

1                   D. PARK

2    D A N I E L   P A R K, the Witness

3    herein, having been first duly sworn by

4    a Notary Public of the State of

5    New York, was examined and testified as

6    follows:

7    EXAMINATION

8    BY MS. BERKOWITZ:

9         Q. State your name for the record,

10   please.

11        A. Daniel Park.

12        Q. Good afternoon, my name is

13   Janice Berkowitz.  I'm with the law

14   firm which represents YS2, which we're

15   calling the "karaoke club" in this

16   lawsuit brought by Edward Shin.

17            I'm going to ask you some

18   questions today.  You're being

19   represented by the attorney on your

20   right, David Cohen; is that correct?

21        A. Yes.

22        Q. Do you have an office in the

23   space we're at right now?

24        A. This office.

25        Q. Are you the tenant?



```
1                    D. PARK
2       A. Yes.
3       Q. And do you lease space to the
4  Basil Law Group?
5       A. Yes.
6       Q. And how long have you been doing
7  that for?
8       A. 10 years, I believe.
9       Q. 10 years?
10      A. Yeah.
11           MR. WEISSLER:  Mr. Park, can
12      you keep your voice up because I
13      can't hear you down here?
14      Q. So you've known Mr. Basil for
15  about 10 years?
16      A. Yes.
17      Q. Did you know him before he
18  started leasing space here?
19      A. No.
20      Q. Are you friends with Mr. Basil?
21      A. Before, no.
22      Q. What about right now, since he's
23  related to this case?
24      A. Close.
25           MS. NICOLAOU:  Just speak
```



```
 1                    D. PARK
 2       up.
 3            Q. And does he refer business to
 4       you?
 5            A. Not really.
 6            Q. Do you refer business to him?
 7            A. Maybe once or twice.
 8            Q. And do you have any common
 9       clients?
10            A. Yes, yes, but it's not on a
11       regular basis.  I referred him a couple
12       of times, I believe, if he can call the
13       clients, I guess.
14            Q. And do you know Noah Bank?
15            A. Yes, I do.
16            Q. What's your relationship with
17       Noah Bank?
18            A. I mean, all of my clients use
19       Noah Bank and they borrow money for
20       Noah Bank, for loans, that's how I know
21       them.
22            Q. You're a CPA?
23            A. Yes.
24            Q. So you refer your clients to
25       Noah Bank?
```



1                    D. PARK

2        A. Couple of times.

3        Q. And are you the CPA for

4   Noah Bank?

5        A. No.

6        Q. And how do you know Edward Shin?

7        A. Through the client, you know, my

8   client, you know, they ask me to send

9   them papers and e-mail them papers and,

10   you know, as time goes I just get to

11   know them because I start to talk to

12   them about the laws and what they want.

13        Q. And that's how you know

14   Mr. Shin, through Noah Bank?

15        A. Yes.

16        Q. And how many years have you

17   known him through Noah Bank?

18        A. 15 maybe, 15 years.

19        Q. And would you describe your

20   friend -- are you friends with

21   Mr. Shin, do you socialize together?

22        A. Not really.

23        Q. Okay.  So it's more of a

24   business relationship?

25        A. Yes.



```
 1                      D. PARK
 2        Q. All right.
 3            Now, I want to direct your
 4   attention to April 21st, 2017, when
 5   this incident happened which we're here
 6   about today.
 7        A. Okay.
 8        Q. Did you go to the karaoke bar
 9   that night?
10        A. Yes.
11        Q. And what time did you arrive?
12        A. Must be about 9:30 or 10.
13        Q. And did you arrive by yourself?
14        A. No, I had two other people with
15   her.
16        Q. And who were those two other
17   people?
18        A. One was my client, the other one
19   was somebody I saw for the first time.
20            MR. WEISSLER:  Can you read
21        that back, please?
22            (Whereupon, the record was
23        read by the reporter.)
24        Q. Who was the client?
25        A. Mr. Hong, H-O-N-G.
```



1               D. PARK

2          MR. WEISSLER:  I'm sorry.

3     Q. You have to really speak up.

4     A. Mr. Hong, H-O-N-G, that was my

5  client and the other person Lee, that's

6  someone I saw for the first time.

7     Q. Is that Chung Lee or Young Lee?

8     A. Young Lee, I believe.

9     Q. Young Lee?

10    A. Young Lee.

11    Q. And when you got to the karaoke

12  bar, did you go into a room?

13    A. Yes.

14    Q. Did you have a rearranged

15  meeting with Young Lee and Mr. Hong?

16    A. Yeah, we had dinner together.

17    Q. You had dinner together before?

18    A. Yeah.

19    Q. Where'd you have dinner?

20    A. It's on the corner of the

21  Northern Boulevard and Union Street;

22  Keum Kang San, K-E-U-M, K-A-N-G, S-A-N.

23    Q. And was it a business dinner?

24    A. Pretty much social, like a

25  social dinner, no business.



Page 12

```
                         D. PARK
 1
 2        Q. So Mr. Hong was your client?
 3        A. Yes.
 4        Q. And did he bring Mr. Young Lee?
 5        A. Yes, he was there.  There was
 6    several other people there anyway.
 7        Q. Was that the first time you had
 8    met Young Lee?
 9        A. Yes.
10        Q. Did you see -- did you observe
11    Mr. Young Lee drink any alcohol at the
12    dinner?
13        A. Yes.
14        Q. And what did you observe him
15    drink?
16        A. Soju.
17        Q. Soju, how much?
18        A. I wouldn't know how much but I
19    was drinking, everyone basically was
20    drinking?
21             MR. WEISSLER:  I'm sorry.
22        Maybe I'm hard of hearing, did he
23        drink soda?
24             MS. BERKOWITZ:  Soju; it's a
25        Korean vodka.
```



```
 1                    D.  PARK
 2             MS.  NICOLAOU:   Do  you  want
 3      to?
 4      Q.  It's  Korean  vodka,  at  least
 5   that's  what  I  think  it  is.
 6             It's  Korean  vodka,  right?
 7      A.  Yes.
 8      Q.  So  when  you  saw  Mr.  Young  Lee
 9   drinking  the  Soju,  was  he  drinking  it
10   in  shots  or  in  a  glass  or  what?
11      A.  I  believe  it  was  shot,  that's
12   how  we  usually  drink.
13      Q.  Did  you  see  how  many  shots  he
14   had?
15      A.  I  have  no  idea.
16      Q.  Okay.   And  when  you  left  the
17   dinner,  who  did  you  leave  with?
18      A.  Just  us  three.
19      Q.  Did  Mr.  Young  Lee  appear
20   intoxicated  when  he  left  the  dinner?
21      A.  I  would  say  so  because  I  was
22   drunk  obviously,  and  I  believe  he  was
23   drunk,  too.
24      Q.  And  what  led  you  to  believe
25   that?   Was  it  his  behavior,  his
```



```
 1                    D. PARK
 2    appearance?
 3         A. Both; walking, the way he talks,
 4    keeps his voice really loud when people
 5    get drunk(sic).
 6         Q. Was it a happy loud or an angry
 7    loud?
 8         A. Happy.
 9         Q. How was -- how was he walking,
10    which led you to believe he was
11    intoxicated?
12         A. Not straight.
13         Q. Okay.  And where was the dinner?
14    Where'd you say the dinner was; what
15    town?
16         A. In Flushing.
17         Q. In Flushing?
18         A. Yep.
19         Q. And how did you get to the
20    karaoke club?
21         A. I think somebody in the group
22    drove us there.
23         Q. And what time did you arrive?
24         A. I think it's 9:30 or 10.
25         Q. And where did you go when you
```



Page 15

```
 1                        D. PARK
 2    arrived?
 3         A. Upstairs -- upstairs to the
 4    room.
 5         Q. And how'd you get upstairs?
 6         A. By walking obviously.
 7         Q. And when you got upstairs, what
 8    did you do?
 9         A. Went into the room, order
10    Johnnie Walker.
11              MR. WEISSLER:  I'm sorry,
12         what did you order?
13              MS. BERKOWITZ:  Johnnie
14         Walker.
15         Q. Did anyone from the karaoke bar
16    meet you when you walked in?
17         A. They obviously greeted us.
18         Q. Do you know who greeted you?
19         A. No idea who; waiters.
20         Q. Do you know the waiters' names?
21         A. No.
22         Q. When the waiter greeted you and
23    he took you into the room, was it just
24    you, Young Lee, and Mr. Hong?
25         A. Yes.
```



1                    D. PARK

2        Q. And who ordered the bottle of

3   Johnnie Walker?

4        A. I think it was Mr. Hong.

5        Q. Okay.  And when the waiter

6   brought it in, did he place it on the

7   table?

8        A. Yes.

9        Q. Did the waiter pour any drinks?

10       A. No, usually -- no, no, no.

11       Q. Okay.  And did you see Young Lee

12  have any of the Johnnie Walker?

13       A. Yes.

14       Q. And how much did you see him

15  drink?

16       A. That I -- I think we ordered two

17  bottles.

18       Q. I just want to know specifically

19  how much you saw Young Lee drink.  If

20  you don't know then you don't know, I

21  don't want you to guess.

22       A. I don't know.

23       Q. Did you have any conversations

24  with Young Lee about his drinking?

25       A. About his drinking.



Page 17

                         D. PARK

1

2        Q. Right, about how much he was

3    drinking or if he was intoxicated or

4    anything like that?

5        A. No.

6        Q. Did you see anyone from the

7    karaoke club have any conversations

8    with Mr. Lee?

9        A. Yeah, of course.

10       Q. Any conversations about his

11   drinking or his intoxication?

12       A. Not that I can remember.

13       Q. Okay.  At some point did Mr. --

14   did you leave the room and go get

15   Mr. Shin in the other room?

16       A. No, I bumped into Mr. Shin, I

17   believe it was in the restroom -- men's

18   room.  I said obviously, "Hi."

19       Q. What time was that?

20       A. I got there 9:30, 10, so

21   probably around 11.  After a while or

22   so.

23       Q. Okay.  And when you bumped into

24   him and said, "Hello," then what

25   happened?



```
 1                        D. PARK
 2      A. I realized him in the next room
 3   so I basically said, have a nice time,
 4   that's it.
 5      Q. Did you bring him into your
 6   room?
 7      A. No, he just came to my room.
 8      Q. You didn't bring him in?
 9      A. No.
10      Q. Okay.  What time did Mr. Shin
11   come into your room?
12      A. 11, 11:30, shortly after I met
13   him.
14      Q. When you saw him in the
15   bathroom, did he appear intoxicated?
16      A. Yes.
17      Q. All right.
18         Then when he came into your
19   room, what happened?
20      A. I introduced the other two
21   person to Mr. Shin and they started to
22   talk, you know, "This is his banker,"
23   "Mr. Hong is running a business," you
24   know, if you need anything, you know, I
25   just introduced them(sic).
```



```
 1                    D. PARK
 2            MR. WEISSLER:  Off the
 3      record.
 4            (Whereupon, the record was
 5      read by the reporter.)
 6      Q. What kind of business does
 7  Mr. Hong have?
 8      A. A salad bar.
 9      Q. Did Mr. Shin and Young Lee have
10  any business discussions?
11      A. Not business discussions,
12  basically introductions.
13      Q. And how long did Mr. Shin stay
14  in your room?
15      A. Not too long, he drink, I don't
16  know maybe one or two glasses in my
17  room and left(sic).
18      Q. And he went back to his room?
19      A. Yes.
20      Q. Okay.  Are you able to say how
21  much Young Lee drank?
22      A. I mean if you talk about how
23  many glasses, I wouldn't know but he
24  looks pretty drunk.
25      Q. And what makes you say that?
```



```
 1                    D. PARK
 2        A. He couldn't walk straight,
 3   that's all.
 4        Q. You saw him walking in the room
 5   or outside of the room?
 6        A. When he was going outside, going
 7   to restroom.
 8        Q. And what else besides he
 9   couldn't walk straight led you to
10   believe he was drunk?
11        A. You know, when he talks,
12   mumbling.
13        Q. And without guessing, did you
14   see anybody that you thought to be
15   employed by the karaoke bar observe
16   Mr. Lee's walking and mumbling?
17        A. There's always people outside
18   the hallway.
19        Q. I just want to know if you
20   specifically know if you observed
21   anyone employed by the karaoke bar
22   specifically observe Mr. Young Lee?
23             MR. COHEN:  Objection to the
24        form; you can answer.
25        A. Because he couldn't really walk
```



```
1                    D. PARK
2    straight.  If I remember correctly, I
3    think the one waiter was, you know,
4    taking him to the restroom.
5         Q. Okay.  Do you know the waiter's
6    name?
7         A. No idea.
8         Q. What did he look like?
9         A. In his 30's, well-built, I mean
10   -- Korean.
11        Q. Did you have any conversations
12   with the waiter about Young Lee?
13        A. No.
14        Q. Did you see anybody employed by
15   the karaoke bar pour Mr. Young Lee a
16   drink?
17        A. Yeah.
18        Q. No, actually pour him a drink,
19   not put the alcohol on the table but
20   actually pour a drink?
21        A. Yes.
22        Q. Who pours?
23        A. Girls who are working in the
24   karaoke bar.
25             MR. WEISSLER:  I'm sorry.
```



```
 1                    D. PARK
 2              (Whereupon, the record was
 3        read by the reporter.)
 4        Q. And how do you know they worked
 5   in the karaoke bar?
 6        A. How -- how could you not know?
 7        Q. I don't know, I wasn't there.
 8        A. I mean, they worked there to
 9   serve.
10        Q. How do you know that?
11        A. I mean how would I not know?  I
12   mean, people were working there, girls
13   were working there.
14        Q. And you saw a girl pour Young
15   Lee a drink?
16        A. Yeah.
17        Q. How many drinks?
18        A. I mean if you keep asking
19   specific numbers.
20        Q. I want specific numbers.
21        A. I don't know.
22        Q. Okay.
23        A. But either me, Mr. Lee,
24   Mr. Hong, we had finished up two
25   bottles of Johnnie Walker.
```



                            D. PARK

1

2      Q. Right, but I'm only asking about

3  Young Lee and what you specifically

4  know, if you can't give me a specific,

5  just say you can't give me a specific.

6           MR. COHEN:  Do you have a

7      question.

8      Q. How many drinks did you see the

9  girls pour Young Lee?

10     A. At least 10.

11     Q. You saw her pour 10 drinks for

12 Mr.  Young Lee?

13     A. At least.  We stayed there for,

14 I don't know, maybe three hours or so.

15     Q. At some point did you fall

16 asleep on the couch?

17     A. Yes.

18     Q. And what time was that?

19     A. Shortly after Mr. Shin came to

20 our room and once after he left, I

21 believe I fell asleep.

22     Q. Do you know what time that was?

23     A. Around 12, I think.

24     Q. And what time did you wake up?

25     A. Maybe two.



Page 24

```
 1                    D. PARK
 2        Q. And were you a witness to this
 3   incident?
 4        A. No.
 5        Q. And when you woke up at two, was
 6   anybody still there?
 7        A. I don't really remember.  I just
 8   asked the waiter to get me a cab and I
 9   just left.
10        Q. And do you know who paid for the
11   bill for the room that Young Lee was
12   in?
13        A. It was Mr. Hong, I didn't ask
14   but obviously it must be Mr. Hong.
15        Q. I don't want you to guess, do
16   you know for sure?
17        A. No.
18        Q. Did you speak with Mr. Shin
19   leading up to this deposition?  Did you
20   tell him that you were coming in today?
21        A. I don't think so, no, no.
22        Q. When was the last time you
23   talked to him?
24        A. Few weeks ago -- few weeks ago
25   about, you know, a mutual client.
```



1                       D. PARK

2        Q. Okay.

3        A. He was inquiring me about how

4    they are doing business.

5        Q. Okay.  So how many clients do

6    you have in common?

7        A. Five, 10, between.

8        Q. And so are you still doing

9    business with him?

10        A. Not with him, with the bank.

11        Q. With the bank?

12        A. Basically my clients are

13    borrowing -- borrowed money from

14    Noah Bank.

15        Q. And that's about five or 10

16    clients?

17        A. Yes.

18        Q. Did you give any written

19    statements to Mr. Basil or anybody in

20    his law firm?

21        A. About?

22        Q. This incident.

23        A. No.

24        Q. Any written statements or

25    recorded statements about this



Page 26

1                    D. PARK

2    incident?

3         A. No.

4         Q. And without telling me what was

5    discussed, when was the first time that

6    you met with Mr. Basil about this

7    incident?

8         A. Few weeks after that.

9         Q. What happened?

10        A. I believe Mr. Shin went to

11   Mr. Basil and that's when I realized.

12        Q. What did you realize?

13        A. That Mr. Shin is suing the

14   karaoke bar.

15        Q. Okay.  And did Mr. Shin ask you

16   to be a witness in this lawsuit for

17   him?

18        A. No.

19        Q. Do you know that you've been

20   identified as a witness in this

21   lawsuit?

22        A. Yeah, because -- yeah, Mr. Basil

23   told me I may have to be on deposition

24   so that's when I realized, I may be one

25   of the witnesses(sic).



```
                           D. PARK
 1
 2        Q. Okay.  And what are you a
 3   witness to?
 4        A. The fact that I was there.
 5        Q. And how many other meetings did
 6   you have with Mr. Basil after that
 7   first meeting?
 8        A. About this incident?
 9        Q. About this case.
10        A. Maybe once.  I don't know.
11        Q. Okay.  When was that second
12   meeting?
13        A. I'm not sure if you can call it
14   a meeting because we're in the same
15   suite anyway.
16        Q. So you see him every day?
17        A. Yes, of course.  I was told
18   depositions are coming, that's it.
19        Q. You were told what?
20        A. Deposition --
21        Q. Oh, depositions are coming?
22        A. So I just asked him, let me know
23   when.
24        Q. And did you meet with Mr. Basil
25   or anybody in his firm to prepare for
```



```
 1                    D. PARK
 2   today?
 3        A. No, they just told me, you know,
 4   just tell them what happened.
 5        Q. And you did not witness the
 6   fall?
 7        A. No.
 8        Q. Okay.  All right.
 9           I'm going to pass it to you.
10   EXAMINATION
11   BY MS. NICOLAOU:
12        Q. Mr. Park, my name is Carmen
13   Nicolaou.  I represent various owners
14   of the property where the accident
15   occurred, I just have some follow-up
16   questions.  I'm going to ask that you
17   wait until I finish asking the question
18   before answering it, obviously speak
19   up, you're a soft spoken gentleman,
20   really try to keep your voice up so we
21   can hear you clearly and so my
22   Counselor over here doesn't have to
23   yell at you to raise your voice because
24   he cannot hear you.
25        A. Okay.
```



1                          D. PARK

2          Q. If you don't understand the

3    question, please let me know, I'll be

4    happy to rephrase it.

5              I understand English is not your

6    primary language, right?

7          A. Yes.

8          Q. And you're comfortable in

9    English?

10         A. Yes.

11         Q. And the questions that were just

12   asked, you understand everything that

13   was asked --

14         A. Yes.

15         Q. You answered truthfully and

16   honestly; is that right?

17         A. Yes.

18         Q. Okay.  And if you answer my

19   question and you don't tell me you

20   don't understand it, I can only assume

21   you understood it so it's very

22   important to let me know when you don't

23   understand the question.

24         A. Yes.

25         Q. Okay.  Mr. Park, I understand



1                    D. PARK

2    you know Mr. Basil for about 10 years,

3    correct?

4         A. Yes.

5         Q. And the connection, so to speak,

6    is that your landlord, so to speak?

7         A. Yes.

8         Q. And you rent space to him for

9    his firm; is that right?

10        A. Yes.

11        Q. And you've known Mr. Shin longer

12   than you've known Mr. Basil; is that

13   right?

14        A. Yes.

15        Q. Have you done work for the bank

16   as the accountant?  And the "bank"

17   meaning, just to be clear, Noah Bank?

18        A. A couple of times.

19        Q. A couple of times?

20        A. Yes.

21        Q. You've also done work for

22   Mr. Shin; is that correct, as an

23   accountant?

24        A. For one year.

25        Q. For one year?



Page 31

1                         D.  PARK

2          A.  Yes.

3          Q.  And  in  addition  to  that,  you've

4     referred  people  to  the  bank;  is  that

5     right?    For  business;  is  that  right?

6          A.  Couple  of  times,  yes.

7          Q.  Yes.    And  you  also  --  do  you

8     have  shares  in  Noah's  Bank(sic)?

9          A.  No.

10         Q.  Do  you  have  any  ownership

11    interest  in  Noah  Bank?

12              MR.  COHEN:    Just  for  the

13         record,  it's  Noah  Bank.

14              MR.  WEISSLER:    Can  you  spell

15         Noah  Bank  for  us?

16              THE  WITNESS:    N-O-A-H.

17              MR.  WEISSLER:    Do  those

18         initials  stand  for  anything  or

19         Noah  Bank?

20              MS.  NICOLAOU:    Thank  you,

21         Steve.    Anymore  questions?

22              MR.  WEISSLER:    I'll  save  it

23         for  later.

24         Q.  And  you've  known  Mr.  Shin  for  15

25    years?



```
 1                      D. PARK
 2        A. Yes.
 3        Q. And so it would be fair to say
 4   that you've done work for Mr. Shin and
 5   Noah Bank in the past 15 years?
 6        A. Only on the few occasions.
 7        Q. The few occasions?
 8        A. Yeah.
 9        Q. Done work for them, right?
10        A. Yeah.
11        Q. Okay.  And what is your
12   understanding of Mr. Basil's
13   relationship with Noah Bank?
14        A. I mean, my understanding, when
15   bank has any problems, uncollectible
16   loans, I think that Mr. Shin hired
17   Mr. Basil as an outside lawyer(sic).
18        Q. As an outside attorney to handle
19   those?
20        A. Correct.
21        Q. So your understanding is that
22   Mr. Basil also represents Noah Bank in
23   various legal matters; is that right?
24        A. Yes.
25        Q. And you've known this since --
```



```
 1                    D. PARK
 2   you've known this since you've known
 3   Mr. Basil; is that right?
 4        A. Yes.
 5        Q. Did you introduce Mr. Basil to
 6   Noah Bank or was that relationship
 7   already established by the time you
 8   already met Mr. Basil?
 9        A. I don't remember.  I think they
10   already known each other.
11        Q. Now, you testified that you went
12   to a restaurant, I'm not going to
13   repeat the name but a restaurant that
14   evening with a group of individuals
15   including Mr. Young Lee and Mr. Hong;
16   is that right?
17        A. Yes.
18        Q. And that's the first time you
19   met Mr. Young Lee, correct?
20        A. Yes.
21        Q. And it was your understanding
22   that Mr. Young and Mr. Lee have some
23   sort of business relationship?
24        A. Friends, yes.
25        Q. Friends?
```



Page 34

```
 1                        D. PARK
 2         A. More of friends.
 3         Q. More friends than business?
 4         A. Right.
 5         Q. What does Mr. Hong do?
 6         A. Hong is running a salad bar.
 7         Q. What's your understanding to
 8    what Mr. Lee does, and I'm referring to
 9    Mr. Young Lee?
10         A. I didn't know what he was doing
11    when I first met him that night.  My
12    assumption was pretty much everybody in
13    the group was running a salad bar, so I
14    thought maybe he was running a salad
15    bar.
16         Q. Do you run a salad bar?
17         A. No.
18         Q. You just do accounting work?
19         A. Yes.
20         Q. You're a CPA?
21         A. Yes.
22         Q. Now, how many drinks did you
23    have at dinner that night?
24         A. Maybe couple of bottles of Soju.
25         Q. Soju.  And when you say, "a
```



Page 35

1                   D. PARK
2    couple" are you referring to a few
3    bottles --
4         A. I --
5         Q. Let me finish my question.  When
6    you say "a couple" are you referring to
7    a few or something else?
8         A. Maximum of two bottles.
9         Q. The Soju, how are they served?
10        A. The small bottles, something
11   like this (indicating).
12        Q. A 16 ounce bottle?
13        A. It's a little bigger I think.
14   With the small glasses, they come out
15   to about seven shots.
16        Q. Every bottle fills about seven
17   shots?
18        A. Seven, eight.
19        Q. So you had at dinner
20   approximately 16 shots of Soju vodka?
21        A. Roughly, yes.
22        Q. And just to be clear, because
23   I'm not familiar with the vodka, so
24   forgive me if I ask you questions that
25   sound stupid to you, it's because I'm



Page 36

1                       D. PARK

2    ignorant to how they're served or what

3    kind of bottles they're in.  Just to be

4    clear, is the Soju vodka for each

5    individual person?  So, in other words,

6    you order it yourself and it's for

7    yourself or is it a bottle for the

8    entire table or something else?

9         A. We share.

10        Q. You share?

11        A. Share the bottle.

12        Q. So to be clear, you had about 14

13   shots of vodka that night?

14        A. Yes.

15        Q. So based on the 14 -- let me ask

16   you this, did you drink anything else?

17        A. No, I don't think so.

18        Q. Just vodka?

19        A. Yeah.

20        Q. You didn't water it down?

21        A. A little bit.

22        Q. Pretty much vodka?

23        A. Yes.

24        Q. You consumed two bottles?

25        A. Yes.


MAGNA
LEGAL SERVICES

1                        D. PARK

2          Q. So would it be fair to say that

3    when you left that restaurant that

4    night to go to the karaoke bar, you

5    were drunk?

6          A. Yes.

7          Q. And you had a hard time staying

8    on your feet?

9          A. Yes.

10          Q. Okay.  And how many people were

11    you with at the dinner table?

12          A. Roughly 10.

13          Q. 10 people.  And where was

14    Mr. Lee sitting?  Let me ask you this,

15    was it a round table, small table?

16          A. Something like this

17    (indicating).

18          Q. Like a conference room long

19    table?

20          A. Yeah, in a restaurant.

21          Q. And where was Mr. Lee sitting?

22          A. I believe he was right in front

23    of me.

24          Q. Do you have a specific

25    recollection that night of those



Page 38

1                              D. PARK
2     details of where precisely he was
3     sitting?
4          A. Probably for me, because I
5     remember I been talking to him while I
6     was eating so must be in front.
7          Q. Okay.  And you testified that
8     you observed him drinking shots, right?
9          A. Yes.
10         Q. Was it the same shots you were
11    drinking?
12         A. Yes.
13         Q. And did you provide a number as
14    to how many you observed him drink?
15         A. If -- I mean.
16         Q. I don't want you to guess, sir,
17    it's what you know and what you
18    remember from that night.
19         A. At least five, more than five.
20         Q. More than five?
21         A. At least.
22         Q. So when you were drinking 14
23    shots of Soju vodka, you remember
24    Mr. Lee drinking four to five shots of
25    vodka?



```
 1                    D. PARK
 2       A. Yes, minimum.
 3       Q. You were counting it?
 4       A. No.
 5       Q. Do you have a bill from that
 6  night?
 7       A. No.
 8       Q. Who paid the dinner that night?
 9       A. I don't know.
10       Q. Who paid the dinner?
11       A. I don't know.
12       Q. You didn't?
13       A. No.
14       Q. Did Mr. Hong?
15       A. Maybe, I don't know.
16       Q. So you left without even paying
17  dinner?
18       A. Right.
19       Q. And you don't know who covered
20  that tab?
21            MR. COHEN:  Object to the
22       form.
23       A. No.
24       Q. There was a bill there, right?
25       A. Yeah, I'm sure.
```



Page 40

```
 1                    D. PARK
 2      Q. You weren't sitting there for
 3   free?
 4      A. No.
 5      Q. Do you know who owns the
 6   restaurant you were at?
 7      A. No.
 8           MS. BERKOWITZ:  Did we get
 9      an address?
10           MR. WEISSLER:  Northern
11      Boulevard?
12      A. I can get it, do you want me to
13   get it?
14           MS. BERKOWITZ:  Yes.
15           MR. COHEN:  Okay.  The
16      address is 138-20 Northern
17      Boulevard, Flushing, New York
18      11354, and the name of the
19      restaurant is Kum Gang San,
20      K-U-M, G-A-N-G, S-A-N.
21           MS. NICOLAOU:  N as in
22      Nancy?
23           MR. COHEN:  N as in Nancy.
24      Q. Do you know who owns that
25   restaurant?
```



1                    D. PARK

2       A. No.

3       Q. Is that a restaurant that you

4  frequent all the time?

5       A. Once in a while, yes.

6       Q. Okay.  And at that point you,

7  Mr. Hong, and Mr. Lee left in the car,

8  did you go to the karaoke bar?

9       A. Yes.

10      Q. Did anybody else accompany you?

11      A. No.

12      Q. Other than the three of you?

13      A. No.

14      Q. Who drove?

15      A. The -- one of the person who

16 was -- who had the dinner together, he

17 dropped us off on his way home(sic).

18      Q. What's his name?

19      A. No idea, I don't know.

20      Q. You don't know who he is?

21      A. No.

22      Q. Was it a group of 10 people --

23 you guys were all men, right?

24      A. Yeah.

25      Q. A group of 10 men came to go out



Page 42

1                    D. PARK

2    to dinner at this restaurant that

3    night?

4         A. I thought it was Mr. Hong's

5    friend's gathering, I was the only one

6    who knew in the group on that night.

7         Q. Were you invited --

8         A. By Mr. Hong.  He was having

9    dinner with his friends and he said we

10   should have dinner together, maybe we

11   can introduce some people, that's what

12   happened.

13        Q. So it was more of a come by,

14   have dinner with my friends, maybe you

15   can get some business?

16        A. Right.

17        Q. Okay.  And then when you were

18   dropped off at this karaoke bar, had

19   you been to the karaoke bar before that

20   night?

21        A. Before -- yes.

22        Q. Would you consider yourself a

23   regular patron of this karaoke bar?

24        A. Once a month.

25        Q. Are you a member?



```
 1                    D. PARK
 2       A. No.
 3       Q. How do you go once a month if
 4   you're not a member, do you go as
 5   someone's guest?
 6       A. Visitor, I don't think it's a
 7   membership club.
 8       Q. It's not?
 9       A. You can just walk in.
10       Q. Do you know if reservations were
11   made for the karaoke bar?
12       A. If the reservation was made on
13   that night?
14       Q. For that night, when you went.
15       A. I don't know.
16       Q. Whose idea was it to go to the
17   karaoke bar?
18       A. Mr. Hong.
19       Q. You gone to the karaoke bar with
20   Mr. Hong before?
21       A. No.
22       Q. And how long have you known
23   Mr. Hong?
24       A. At the time, about two years
25   maybe.
```



Page 44

```
 1                    D. PARK
 2       Q. And how do you know him?
 3       A. I was introduced by -- I don't
 4   know -- somebody to do accounting work
 5   for his business.
 6       Q. Okay.  So you're Mr. Hong's
 7   accountant for his salad bar business?
 8       A. Yes.
 9       Q. You still are today?
10       A. Yes.
11       Q. And in order to go into the
12   karaoke bar, did you go up the stairs?
13       A. Yes, we walked up.
14       Q. Are you aware whether or not if
15   there's an elevator in that building?
16       A. There's something that looks
17   like an elevator but I don't know if
18   it's working so we just walked up.
19            MS. BERKOWITZ:  Move to
20        strike anything that's not
21        responsive.
22            MS. NICOLAOU:  Yeah, I join.
23       Q. Mr. Park, when you had visited
24   the karaoke bar on prior occasions, did
25   you always take the staircase?
```



Page 45

1                    D. PARK

2        A. Yes.

3        Q. Was there ever a time where you

4    used the elevator?

5        A. No.

6        Q. Okay.  And I believe you said

7    you went upstairs with Mr. Hong and

8    Mr. Lee?

9        A. Yes.

10       Q. Was Mr. Hong intoxicated?

11       A. Yes.

12       Q. Do you know how much he had to

13   drink?

14       A. About same as me.

15       Q. About 14 glasses -- shot glasses

16   of Soju?

17       A. Maybe a little, yes, but.

18       Q. Let me finish my question.  This

19   is not a conversation okay.

20       A. Okay.

21       Q. So your recollection was that

22   you were intoxicated, Mr. Lee was --

23   Young Lee was intoxicated, Mr. Hong was

24   intoxicated?

25       A. Yes.



```
 1                      D. PARK
 2        Q. How long did it take you from
 3   the restaurant to the karaoke bar -- to
 4   get to the kareoke bar?
 5        A. It's maybe five minutes, it's
 6   not too far.
 7        Q. Okay.  And when you reached the
 8   stairs, I believe you said you were met
 9   by a waiter?
10        A. Yes.
11        Q. And you were greeted and you
12   were brought into a room?
13        A. Yes.
14        Q. Okay.  Do you know who --
15   withdrawn.
16            When you arrived to that room,
17   was there anybody physically in there
18   at that point?
19        A. As we walked in?
20        Q. Yes.
21        A. No.
22        Q. It was empty?
23        A. Yeah.
24        Q. You were the first three people
25   to walk into that room?
```



```
 1                    D. PARK
 2        A. Yes.
 3        Q. And then there came a point in
 4   time where a delivery was made of food?
 5        A. Food then the drink.
 6        Q. Do you know if anybody ordered
 7   those?
 8        A. Mr. Hong.
 9        Q. Mr. Hong?
10        A. Yeah.
11        Q. Okay.  And how many Johnnie
12   Walkers were served?
13        A. Two bottles.
14        Q. At one shot?
15        A. No, no.  After finishing one, we
16   had a second.
17        Q. A second bottle?
18        A. Yeah.
19        Q. And how long were you in that
20   room when somebody else joined you?
21        A. 10 minutes, 10, 15 minutes.
22        Q. Who joined you after 10 minutes?
23        A. The girls who were working at
24   the karaoke bar.
25             MR. WEISSLER:  I'm sorry?
```



Page 48

```
 1                    D. PARK
 2              MS. NICOLAOU:   "The girls
 3        who were working in the karaoke
 4        bar."
 5        Q. You refer to them as the
 6    "service girls," right?
 7        A. Yes.
 8        Q. To your understanding, these
 9    girls job's to sit next to you and pour
10    drinks?
11        A. Yes.
12        Q. And they provide no other
13    service other than pouring drinks?
14        A. No other service.
15        Q. Are those women prostitutes?
16        A. Not that I know.
17        Q. Did they perform any sexual acts
18    to you or anybody in the room?
19        A. No.
20        Q. And they stayed in that room,
21    right?
22        A. Yes.
23        Q. And they sat next to you and
24    they reached over and they handed you
25    the drinks and poured you the drink?
```



```
 1                    D. PARK

 2         A. Yes.

 3         Q. And that's all they did?

 4         A. We sang.

 5         Q. They sang?

 6         A. Karaoke bar.

 7         Q. So you actually did karaoke?

 8         A. Yes.

 9         Q. That's the first one I heard.

10    After the server girls came in 10, 15

11    minutes later, when was the next time

12    somebody else came into that room?

13         A. Waiter, I think, waiter.

14         Q. Okay.

15         A. They came to see if we needed

16    anything else.

17         Q. When the waiter came in to see

18    if you needed anything else, did you

19    tell them you did or didn't?

20              MR. COHEN:  Objection to the

21         form.

22         Q. What did you tell them?

23         A. If we needed more food, ice,

24    water.

25         Q. At what point did Mr. Shin enter
```



```
 1                    D. PARK
 2   your room?
 3        A. It was about 20, 30 minutes
 4   after I met him in the restroom.
 5        Q. Okay.  So how long were you in
 6   that room before you physically left
 7   that room to go to the restroom?
 8        A. Probably about an hour.
 9        Q. So you were in that room for an
10   hour.  And in that room for an hour, I
11   want to know, how many drinks did you
12   have?
13        A. Maybe five glasses.
14        Q. Five glasses of whisky, right?
15        A. Yeah.
16        Q. And at that point did you finish
17   the bottle -- by the time you left the
18   room, did you finish the bottle?
19        A. One hour, no, I don't think so.
20        Q. So you, alone, maybe had five
21   glasses of Soju?
22        A. Right.
23        Q. And how do you drink your
24   whisky?
25        A. On the rocks.
```



Page 51

1                    D. PARK

2        Q. On the rocks?

3        A. Yeah.

4        Q. And the glasses, they call them

5     ball --

6              MR. COHEN:  Highball.

7        Q. Are they Highball glasses?

8        A. (Indicating.)

9              MS. BERKOWITZ:  Indicating

10    with his hand.

11       Q. They're basically round?

12       A. Right.

13       Q. And they're round glasses that

14    are about three to four inches from the

15    bottom to the top, giver or take?

16       A. Right.

17       Q. They're usually used for things

18    like whisky; is that right?

19       A. Yes.

20       Q. Have you ever heard of the term

21    "Highball"?

22       A. No.

23       Q. And you drank five of those; is

24    that right?

25       A. Yes.



Page 52

1                    D. PARK

2        Q. And this is in addition to the

3    14 shots of vodka?

4        A. Yes.

5        Q. Do you usually drink this much?

6        A. No, that was more than I can

7    handle that night.

8        Q. When you normally drink, how

9    much do you drink?

10       A. One bottle of Soju.

11       Q. Would it be fair to say that the

12   amount of alcohol you had that evening

13   is an unusual amount?

14       A. Yes.

15       Q. Something you don't normally

16   have?

17       A. Right.

18       Q. Something you're not used to

19   having?

20       A. Yes.

21       Q. And you're how tall?

22       A. 5'4.

23           MR. WEISSLER:  How tall?

24           THE WITNESS:  5'4.

25       Q. And how much do you weigh?



Page 53

                           D. PARK

1

2        A. 170.

3        Q. Is that how much you weighed

4   back in 2017?

5        A. About.

6        Q. 14 glasses of vodka, five

7   glasses of whisky, did you have

8   anything else to drink?

9        A. No.

10       Q. Was there beer on that table?

11       A. I don't remember but I don't

12  think so.

13       Q. Have you ever heard of Coors

14  Light and whisky being mixed together?

15       A. Yes.

16       Q. Is that something that you've

17  normally seen done?

18       A. I seen it but not no more.

19       Q. Do you do that?

20       A. I have.

21       Q. Does it taste good?

22       A. No.

23       Q. I didn't think so. But you don't

24  recall seeing Coors Light, right?

25       A. No, I don't think so.



Page 54

1                    D. PARK

2        Q. Okay.  And you -- after having

3    14 shots of vodka, five glasses of

4    whisky, you leave the room, go to the

5    bathroom, would you say you were more

6    drunk at that point then you were when

7    you arrived?

8        A. Yes.

9        Q. And did you bump into Mr. Shin

10   on your way to the bathroom or when you

11   were in the bathroom?

12       A. I think it was on my way to the

13   restroom.

14       Q. You remember seeing him in the

15   hallway?

16       A. Yes, in the restroom.

17       Q. You saw him in the bathroom?

18       A. Yes.

19       Q. And at that point, did you then

20   invite him to come to your room?

21       A. No.

22       Q. You never said come back to my

23   room, I want to introduce you to Young

24   Lee?

25       A. Right, never said that.



```
 1                    D. PARK
 2        Q. Did you greet him?
 3        A. Yes.
 4        Q. How did Mr. Shin look?
 5        A. Drunk.
 6        Q. If you were to gauge who was
 7   more drunk, who would it have been, you
 8   or him?
 9        A. About the same.
10        Q. About the same?
11        A. Yeah.
12        Q. And at that point you left and
13   you went straight back to your room?
14        A. Yes.
15        Q. And I believe you said Mr. Shin
16   stopped you?
17        A. No, he didn't follow me, he came
18   maybe 20 minutes later to my room
19   because we were basically next to each
20   other, he was in the next room so.
21        Q. Okay.
22        A. I knew I was there, he knew I
23   was here.
24        Q. So 20 minutes later, Mr. Shin --
25   after you returned to your room --
```



Page 56

D. PARK

1
2     Mr. Shin enters your room, so would it
3     be fair to say at that point you were
4     in the room for about an hour and a
5     half?
6          A. Yes.
7          Q. And what does he do when he
8     enters?
9          A. Just say, "Hello," it's obvious
10    I introduced Mr. Hong -- Mr. Lee to
11    Mr. Shin, they say hello to each other,
12    I start having some conversations.
13         Q. You have conversations.  When
14    Mr. Shin entered that room 20 minutes
15    later, was he holding a drink in his
16    hand?
17         A. No, I don't think he brought any
18    drink.  Maybe -- I think we gave him a
19    drink.
20         Q. Okay.  So you poured him a drink
21    in the same glass you were using?
22         A. Yeah.
23         Q. How did he drink his whisky?
24         A. On the rocks, I think.
25         Q. You specifically remember?



```
 1                    D.  PARK
 2        A. Yes, yes.
 3        Q. He had it on the rocks?
 4        A. Yes.
 5        Q. But you didn't remember seeing
 6   Coors Light, right?
 7        A. No, it was Johnnie Walker Blue.
 8        Q. I'm sorry?
 9        A. It was Johnnie Walker Blue.
10        Q. I didn't --
11            MS. BERKOWITZ:  Johnnie
12        Walker Blue.
13        Q. And how long did he stay in your
14   room for once he arrived?
15        A. 15, 20 minutes.
16        Q. Not long?
17        A. Not too long.
18        Q. And then -- did somebody come
19   get him or did he just get up and leave
20   on his own?
21            MR. COHEN:  Objection to the
22        form.
23        Q. How did he leave?
24            MS. NICOLAOU:  So he didn't
25        stay in his room for over 20
```



Page 58

```
 1                        D. PARK
 2      minutes so I'm not sure what's
 3      wrong with the form of the
 4      question.
 5            MR. WEISSLER:  Break up the
 6      two questions.
 7      Q. How did Mr. Shin leave the room?
 8            MR. COHEN:  If you know.
 9      Q. Obviously everything is based on
10   what you remember, doesn't need to be
11   told.
12      A. I think somebody came to get
13   him.
14      Q. Somebody came to get him?
15      A. Yes.
16      Q. Do you know who?
17      A. Probably John -- John Kim.
18      Q. How do you know John Kim?
19      A. He was working in the bank.
20      Q. How long have you known him?
21      A. If you ask me number of years,
22   maybe five.
23      Q. Do you have any business
24   accounts with Noah Bank?
25      A. No.
```



                              D.  PARK

1

2      Q. Do you have any financial loans

3    with them?

4      A. No.

5      Q. Anything like that, personal

6    loans?

7      A. Nothing.

8      Q. Okay.  And you recall John Kim

9    walking into that room, came to get him

10   to leave?

11     A. Right.

12     Q. And at that point you were

13   awake; fair to say?

14     A. Fair to say, yes.

15     Q. So you have that recollection

16   even though you were barely awake, that

17   somebody came in to take Mr. Shin out

18   and that somebody being Mr. John Kim;

19   is that right?

20     A. Yes.

21     Q. And at that point, when you saw

22   John Kim walk in and asked Mr. Shin to

23   come out with him, how many drinks did

24   you have at that point in total?  So we

25   already have the five; how many more



1                          D. PARK
2    did you have after that?
3         A. Maybe three more or two more,
4    not much.
5         Q. Is there a point in time where
6    you just stopped counting how many
7    drinks you had?
8         A. From the beginning don't
9    count(sic).
10        Q. You don't normally pay
11   attention?
12        A. No.
13        Q. Is it fair to say the numbers
14   you're giving me, the 14 shots, the
15   five to seven or eight drinks, is a
16   best ability for you to estimate?
17        A. Yes.
18        Q. So you don't specifically
19   remember how many drinks that you had?
20        A. Right.
21        Q. You don't specifically remember
22   down to the last glass how many drinks
23   Mr. Lee had; is that right?
24             MR. COHEN:  Objection to the
25        form.



Page 61

```
 1                    D. PARK
 2      A. I would not count.
 3      Q. I'm sorry?
 4      A. I did not count.
 5      Q. So you didn't sit there, here's
 6   number one, here's number two, here's
 7   number three; is that right?
 8           MR. COHEN:  Objection to the
 9      form.
10      A. Right.
11      Q. So is it fair to say at one
12   point in time you stopped paying
13   attention to what everybody was
14   drinking; is that right?
15      A. I fell into sleep.  I think
16   after Mr. Shin left.
17      Q. I understand you fell asleep and
18   that's because you had drank too much
19   alcohol; is that right?
20      A. Yes.
21      Q. Not what you're usually used to
22   drinking; is that right?
23      A. Yes.
24      Q. So in addition to the 14 shots
25   of Soju, excuse me, and about the eight
```



Page 62

```
1                    D. PARK
2    glasses of whisky, did you have
3    anything else at that point, any other
4    --
5         A. Any other drinks?
6         Q. Yes.
7         A. No.
8         Q. How many Johnnie Walker Blues
9    were ordered for that room?
10        A. I think it was two.
11        Q. Who ordered the second bottle?
12        A. I don't remember.
13        Q. And Mr. Hong ordered the first
14   one, right?
15        A. Assume it was Mr.  Hong.
16        Q. How many drinks did you pour for
17   yourself?
18        A. Nothing.
19        Q. So those women that were sitting
20   next to you poured every single drink?
21        A. Pretty much or Mr. Hong(sic).
22        Q. Mr. Hong poured his own drinks?
23        A. No, he poured me a drink.
24        Q. How many drinks did Mr. Hong
25   pour you?
```



Page 63

1                    D. PARK

2        A. I only remember two -- about

3   two.

4        Q. And about what time did Mr. Kim

5   come to get Mr. Shin; what time was

6   that?

7        A. My best estimate is about 11:30

8   or 12.

9        Q. 11:30 or 12?

10       A. Right, because I thought they

11   were coming to leave, that's what my

12   impression was.

13       Q. And did you say "bye" to

14   Mr. Shin?

15       A. Yes.

16       Q. And that was the last time you

17   saw him?

18       A. That night, yes.

19       Q. So because you said, "Bye" to

20   him, and it was the last time you saw

21   him, would it be fair to say at that

22   point when Mr. Shin left your room you

23   were still awake?

24       A. Yes.

25       Q. You were?


MAGNA
LEGAL SERVICES

Page 64

```
 1                      D.  PARK
 2       A.  Yes.
 3       Q.  And your testimony was at one
 4  point you fell asleep on the couch?
 5       A.  Yes.
 6       Q.  And at that point, how many
 7  drinks had you consumed?
 8            MR.  COHEN:   Objection; asked
 9       and answered.
10            MS.  NICOLAOU:   No, it
11       wasn't, but note your objection.
12       A.  About seven, eight glasses.
13       Q.  That's pretty much all you
14  consumed?
15       A.  Yes.
16       Q.  And when you woke up, it was
17  about two in the morning?
18       A.  Yes.
19       Q.  And then you left?
20       A.  Yes.
21       Q.  And when you left, did you take
22  the stairs down?
23       A.  Yes.
24       Q.  Were you still drunk?
25       A.  Yes.
```



Page 65

                    D. PARK

1

2     Q. And would it be fair to say that

3  you had no problem using the stairs

4  that night?

5          MR. COHEN:  Objection to the

6      form.

7     Q. Taking into consideration your

8  intoxicated state when you arrived and

9  when you left, would it be fair to say

10  that you were still able to maneuver up

11  and down that staircase?

12          MR. COHEN:  Objection to the

13      form.

14     A. I think the waiter helped me get

15  downstairs.

16     Q. Because you were drunk?

17     A. Right.

18     Q. Okay.  Fair enough.

19          But when you were going up, you

20  were able to do it on your own?

21     A. Yes.

22     Q. Okay.  Do you know

23  Mr. Chung Lee?

24     A. Chung Lee is the owner of the

25  building -- the new owner of the



Page 66

```
 1                      D. PARK
 2    building.
 3              MR. WEISSLER:  Can you read
 4         back the answer?
 5              (Whereupon, the record was
 6         read by the reporter.)
 7         Q. Did you know Chung Lee that
 8    night?
 9         A. I knew him before that night.
10         Q. How long have you known
11    Mr. Chung Lee for?
12         A. Maybe one year.
13         Q. How long -- oh, by that time it
14    was about a year you've known him?
15         A. Yes, yes.
16         Q. Okay.  And how do you know
17    Mr. Chung Lee?
18         A. I have my school friend who is
19    pretty close to Mr. Lee so I met him a
20    couple of times.
21         Q. Do you have a business
22    relationship with Mr. Lee?
23         A. No.
24         Q. So you've never been his
25    accountant whether personally or
```



                        D. PARK
1
2    professionally -- I mean for his
3    business, excuse me?
4         A. No.
5         Q. Who's the friend that you have
6    that's pretty close to him?
7         A. Mr. Jung, J-U-N-G.
8         Q. Who is he?
9         A. My high school friend.
10        Q. When was the first time you
11   learned about Mr. Shin's accident?
12        A. Next day.
13        Q. How did you learn?
14        A. Mr. Jung.
15        Q. Mr. Jung told you?
16        A. (No audible response.)
17        Q. Is that a yes, Mr. Jung told
18   you?
19        A. Give me a second, I think it was
20   Mr. Lee, Chung Lee.
21        Q. Mr. Lee?
22        A. Yeah.
23        Q. How did he tell you?  Did he
24   call you on the phone, did he see you?
25        A. I think he called me on the



Page 68

                                    D.  PARK

1

2  phone, he asked me what happened last

3  night, and I said, "No," I was drunk, I

4  went home and he said Mr. Lee told me

5  Mr. Shin was hospitalized because he

6  fell down the stairs.

7       Q. Did Mr. Lee tell you why he fell

8  down the stairs?

9       A. No, I'm assuming at the time he

10  was just really drunk and he fell down.

11       Q. Your assumption at the time was

12  that he was drunk and fell down?

13       A. Yes, and fell down.

14       Q. Okay.

15       A. And after a while, not that day

16  but a few days I heard there was

17  kicking, some people were saying there

18  was a kicking(sic).

19       Q. Have you ever seen any videos

20  showing the fall?

21       A. Yes.

22       Q. Okay.  And how did you see this

23  video, who showed it to you?

24       A. I don't know, I saw it.

25       Q. It was shown to you by Mr. Cohen



```
 1                   D. PARK
 2   or Mr. Basil?
 3        A. No.
 4        Q. Was it shown to you by Mr. Lee?
 5        A. Maybe Mr. Lee, but I don't
 6   remember when I say it.
 7        Q. Where were you when you saw it?
 8        A. I don't know.  Somebody showed
 9   me on the telephone.  I think somebody
10   showed me on the telephone.
11        Q. But you didn't see yourself in
12   the video; is that right?
13        A. No.
14        Q. Did you see anybody you knew in
15   the video?
16        A. In the video, no, I wasn't there
17   so.
18        Q. Did you see anybody you knew in
19   the video?
20        A. John Kim.
21        Q. John Kim?
22        A. Mr. Lee, Young Lee.
23        Q. Young Lee?
24        A. That's what I saw.
25        Q. Anybody else?
```



Page 70

```
 1                    D. PARK
 2      A. No.
 3      Q. So you didn't see Mr. Shin?
 4      A. Mr. Shin, yes, I saw.
 5      Q. Did you see Mr. Chung Lee?
 6      A. No.
 7      Q. Did you see Mr. Hong?
 8      A. No.
 9      Q. I'm going to show you just one
10  quick snapshot of a video that was
11  previously marked as Exhibit 1, March
12  15th to -- that's not it -- of 2019.
13            MR. WEISSLER:  Off the
14       record.
15            (Whereupon, a discussion was
16       held off the record.)
17      Q. I'm going to show you -- I'm
18  going to go from 10 seconds.  All
19  right.
20            I'm going to show you -- I'm
21  going to move it from nine seconds, I'm
22  going to ask you to pay attention to
23  the bottom right-hand corner?
24            MR. COHEN:  Before you
25       answer; lack of foundation.
```



Page 71

                    D. PARK
 1
 2          MS. NICOLAOU:  What are you
 3     objecting to, Counselor, what is
 4     the foundation?
 5          MR. COHEN:  You haven't
 6     shown that he has seen this
 7     video.
 8          MS. NICOLAOU:  It's not the
 9     issue of seeing the video.  I
10     just need him to identify
11     somebody in the video; end of
12     story.
13          MR. COHEN:  Objection; lack
14     of foundation.
15     Q. To nine seconds, sir, do you
16     see, as I'm toggling between nine
17     seconds and 10 seconds, do you see this
18     gentleman over here in the bottom
19     right-hand corner?
20     A. Okay.
21     Q. Seems to be an older gentleman
22     in the glasses, green shirt, and a
23     black jacket; do you see that?
24     A. Yes.
25     Q. Do you know who that is?



Page 72

```
 1                    D. PARK
 2       A. No.
 3       Q. Do you know if that's Mr. Hong?
 4           MR. COHEN:  Objection;
 5       object to the form.  He said he
 6       doesn't know who it was.
 7       Q. Do you know if it was Mr. Hong?
 8       A. I don't think so.
 9       Q. So you've never seen this person
10   before?
11           MR. COHEN:  Objection to the
12       form.
13       A. It would be so discreet.
14       Q. I'm going to hit play because
15   he's in this video for about two
16   seconds so I'm just going to hit play.
17   Are you able to recognize who that
18   gentleman is?
19       A. The person who disappeared?
20       Q. Yeah, the one who disappeared
21   off camera.
22       A. No.
23       Q. Okay.  That's fine, that was my
24   only question.
25           Did you handle the closing of
```



Page 73

D. PARK

1
2    the property where this accident
3    occurred from Mr. Chung Lee?
4        A. No.
5        Q. Did you handle any of the
6    accounting work for the property?
7        A. No.
8        Q. Have you -- do you know who the
9    prior owners were?
10       A. No.
11       Q. Do you know anybody by the name
12   of Mitchell Wang?
13       A. I don't know.
14       Q. Or Dijon Wang?
15       A. No.
16       Q. Richardson Trust?
17       A. No.
18       Q. For how many years have you been
19   going to this karaoke bar?
20       A. Maybe five.
21       Q. When was the last time you were
22   there?
23       A. About a year ago.
24       Q. After the accident?
25       A. After the accident.



Page 74

1                          D. PARK

2          Q. Do you recall when you were

3      there a year ago, do you remember

4      anything different about the staircase

5      when you went there?

6          A. It was the same set up, I don't

7      know if they changed something.

8          Q. Do you know if it was changed at

9      all, whether that be cosmetically,

10     structurally, or something else?

11         A. I don't think so.

12         Q. You don't know one way or the

13     other?

14         A. No.

15         Q. Okay. All right.

16             I have no further questions.

17  EXAMINATION

18  BY MR. WEISSLER:

19         Q. What is your date of birth?

20         A. XX-XX-1967.

21             MR. WEISSLER: And for

22         purposes of the record, just put

23         in the year.

24         Q. And where were you born?

25         A. South Korea.



1                    D. PARK

2        Q. And when did you first come to

3    the United States?

4        A. 1983.

5        Q. Eighty --

6        A. 1983.

7        Q. Are you a United States citizen?

8        A. Now, yes.

9        Q. When did you become a citizen?

10       A. About 1900's, about 1991; I

11   don't remember the exact year.

12       Q. Okay.  Were there any couches in

13   the room where you were having the

14   Johnnie Walker Blue?

15       A. There were three sofas, we were

16   sitting on the sofas.

17       Q. And did you fall asleep on one

18   of the sofas?

19       A. Yes.

20       Q. And did you have a table in that

21   room where you were having the Johnnie

22   Walker Blue?

23       A. Table, no; sofa.

24       Q. And when Mr. Shin came into the

25   room, did he sit down on a sofa?



Page 76

1                        D. PARK

2        A. Yes.

3        Q. Did you ever see any bill for

4   what was consumed if had the room you

5   occupied at the karaoke bar?

6        A. No.

7        Q. Okay.  When you left the karaoke

8   bar at around two in the morning, how

9   would you describe the artificial

10  lighting in the stairway?  Was it

11  light, dark, or any other term you want

12  to use?

13       A. I mean normal, I guess, normal

14  staircase.  It's not too dark, it's not

15  too bright.

16       Q. Okay.  Were there any handrails

17  for the stairway?

18       A. I think so.

19       Q. Okay.  Were they on both sides

20  of the stairway or only on one side or

21  something else?

22       A. From my other times there I

23  believe there was only handrails on the

24  one side.  I don't know what it was on

25  that night.



Page 77

                              D. PARK

1

2       Q. When you went to the restaurant

3   on Northern Boulevard, how did you get

4   there?

5       A. I took the train from there to

6   Flushing, 7 train.

7       Q. Did anyone go with you on the

8   train?

9       A. No.

10      Q. Who did you meet at the

11  restaurant?

12      A. Mr. Hong and other people

13  basically because I didn't know anybody

14  over there so.

15      Q. When you say "other people" did

16  that include Mr. Young Lee?

17      A. Yes.

18      Q. Had you ever met Mr. Young Lee

19  before that evening?

20      A. No.

21      Q. And at that time, did you know

22  what type of business Mr. Young Lee was

23  in?

24      A. I didn't ask him but I just

25  assumed that he was -- everybody there



Page 78

1                          D. PARK
2    was running a salad bar.
3         Q. And the -- how many girls were
4    there in the room where you had the
5    Johnnie Walker Blue?
6         A. I think it was three because
7    there was three of us.
8         Q. Did you ever go into any other
9    rooms other than the bathroom during
10   the time that you were at the karaoke
11   bar?
12        A. I don't remember, no, I don't
13   think so.
14        Q. Okay. Did there come a time
15   that you learned that Mr. Shin had been
16   in another room?
17        A. Yes, I went to the restrooms so
18   he told me he was in another room.
19        Q. Did you ever go into that room?
20        A. I don't remember, maybe, maybe
21   not.
22        Q. When you went to the bathroom,
23   did you throw up?
24        A. I don't think so.
25        Q. Okay. And when you went to the



```
 1                    D. PARK
 2   bathroom, did you see Mr. Shin throw
 3   up?
 4        A. No.
 5        Q. Okay.  When you referred to the
 6   Noah Bank, is that a capital N small,
 7   O-A-H, or is it all capitals?
 8        A. Capital N, small letter, O-A-H.
 9        Q. I have nothing further, thank
10   you.
11
12   EXAMINATION
13   BY MS. NICOLAOU:
14        Q. I just have a follow-up
15   question.
16           I'm going to show you what's
17   been marked as Defendant's Exhibit H on
18   February 1st, 2019.  Do you recognize
19   what's depicted in this photograph?
20        A. Okay.
21        Q. Do you recognize what's depicted
22   in this photograph?
23        A. Correct, this picture.
24        Q. Yes.
25        A. Looks like the way downstairs.
```



Page 80

                            D. PARK

1

2      Q. From the karaoke bar, right?

3      A. Right.

4      Q. Does this refresh your

5  recollection -- is this a fair and

6  accurate description of what the

7  staircase looked like back in April of

8  2016?

9      A. I think so, yes.

10     Q. Do you see two handrails on the

11 top of the staircase?

12     A. Yes.

13     Q. Going from the top of the

14 staircase down?

15     A. Yes.

16     Q. And does this refresh your

17 recollection that on April of 2016,

18 there were two handrails?

19     A. (No audible response.)

20     Q. Does it -- "yes" or "no," sir.

21     A. It doesn't refresh my

22 recollection but I just always remember

23 that I was leaning towards the left.

24     Q. When you were leaving you were

25 leaning on the left-hand side?



Page 81

```
 1                    D. PARK
 2        A. I may be wrong.
 3        Q. Is it fair to say you really
 4   have no recollection whether there was
 5   one or two that night?
 6        A. Maybe, yes.
 7        Q. Okay.  And you see how there's
 8   carpeting on the staircase, sir?
 9        A. Okay.
10        Q. Does this look like the
11   carpeting that was on the staircase
12   back in April of 2016 or you do not
13   know?
14        A. There was carpet but I don't
15   remember the colors.
16        Q. But you recognize this to be the
17   staircase?
18        A. Yes.
19        Q. From the karaoke bar leading to
20   the street level; is that right?
21        A. Yes.
22   EXAMINATION
23   BY MR. COHEN:
24        Q. Mr. Park, was there an elevator
25    in the building where the karaoke bar
```



Page 82

```
 1                    D. PARK
 2    is?
 3        A. As I told her, there was an
 4    elevator as you walk in from the street
 5    but it looks like it's always broken.
 6    I never tried to get on it.
 7        Q. And why do you say it looks like
 8    it's always broken?
 9        A. There's no light.  Looking at it
10    from outside, I didn't see any light
11    and I never saw anybody riding it
12    anyway so, I just assumed to walk up?
13        Q. Thank you.
14    EXAMINATION
15    BY MS. NICOLAOU:
16        Q. Mr. Park, if I were to tell that
17    Mr. Shin testified that every time he
18    always used the elevator and did not
19    use the staircase?
20        A. Okay.
21        Q. If I were to tell you that, do
22    you recall whether or not Mr. Shin had
23    ever said something similar to you in
24    the past?
25        A. No, I don't think so, we never
```



Page 83

```
 1                      D. PARK
 2   talked about an elevator.
 3        Q. Is there a button to press the
 4   elevator to go up and down?
 5        A. I'm sure there was.
 6        Q. Did you ever press it?
 7        A. No.
 8        Q. Would it be fair to say that you
 9   just assumed --
10        A. Yes.
11        Q. -- whether correctly or
12   incorrectly that there was something
13   wrong with the elevator?
14        A. Yes.
15        Q. And you never tried to use the
16   elevator?
17        A. Yes.
18        Q. You just chose the staircase to
19   go up to the second level and down to
20   the first level, correct?
21        A. Yes.
22        Q. Okay.  Thank you.
23           I have no further questions.
24   EXAMINATION
25   BY MR. COHEN:
```



Page 84

1                          D. PARK

2        Q. I believe you testified that

3    when you went into the karaoke bar, you

4    said you were greeted by someone

5    working for the karaoke bar?

6        A. The waiter.

7        Q. And did they escort you to the

8    room?

9        A. Yes.

10       Q. Did you ever go over to the

11   elevator and press the button for the

12   elevator?

13       A. No, never.

14       Q. Nothing further.

15   EXAMINATION

16   BY MS. NICOLAOU:

17       Q. Are you referring to the waiter

18   on the second floor?

19           Just to be clear, when you went

20   up to the second floor, when you came

21   up the staircase, you were greeted by a

22   waiter?

23       A. Yes.

24       Q. And then you were escorted into

25   your room?


MAGNA
LEGAL SERVICES

Page 85

1                    D.  PARK
2        A.  Yes.
3        Q.  You didn't need the elevator at
4    that point?
5        A.  When I walk up.
6        Q.  You didn't need the elevator at
7    that point?
8        A.  No.
9        Q.  Okay.  Thank you.
10          (Time noted:  3:10 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 86

1

2                    INSTRUCTIONS TO WITNESS

3

4            Please read your deposition over

5    carefully and make any necessary corrections.

6    You should state the reason in the appropriate

7    space on the errata sheet for any corrections

8    that are made.

9            After doing so, please sign the

10   errata sheet and date it.

11           You are signing same subject to the

12   changes you have noted on the errata sheet,

13   which will be attached to your deposition.

14           It is imperative that you return the

15   original errata sheet to the deposing attorney

16   within thirty (30) days of receipt of the

17   deposition transcript by you.  If you fail to

18   do so, the deposition transcript may be deemed

19   to be accurate and may be used in court.

20

21

22

23

24

25



Page 87

```
 1
 2                          -   -   -   -   -   -

                         E   R   R   A   T   A
 3                          -   -   -   -   -   -

 4      P A G E     L I N E    C H A N G E

 5      ____      ____     _____

 6      ____      ____     _____

 7      ____      ____     _____

 8      ____      ____     _____

 9      ____      ____     _____

10      ____      ____     _____

11      ____      ____     _____

12      ____      ____     _____

13      ____      ____     _____

14      ____      ____     _____

15      ____      ____     _____

16      ____      ____     _____

17      ____      ____     _____

18      ____      ____     _____

19      ____      ____     _____

20      ____      ____     _____

21      ____      ____     _____

22      ____      ____     _____

23      ____      ____     _____

24      ____      ____     _____

25      ____      ____     _____
```



Page 88

1

2              A C K N O W L E D G E M E N T

3    STATE OF NEW YORK)

4                       :SS

5    COUNTY OF _____)

6        I, DANIEL PARK, hereby certify that I have

7    read the transcript of my testimony taken

8    under oath on May 21, 2019, that the

9    transcript is a true, complete and correct

10   record of what was asked, answered and said

11   during my testimony under oath, and that the

12   answers on the record as given by me are true

13   and correct, except for the corrections or

14   changes in form or substance, if any, noted in

15   the attached Errata Sheet.

16

17   _____

18   DANIEL PARK

19

20   Signed and subscribed to

21   before me, this _____ day

22   of _____, _____.

23

24   _____

25   Notary Public



Page 89

1
2       I N D E X   O F   W I T N E S S E S
3  WITNESS:   DANIEL PARK
4  EXAMINATION BY                          PAGE
5  MS. BERKOWITZ                           6
   MS. NICOLAOU                            28
6  MR. WEISSLER                            74
   MS. NICOLAOU                            79
7  MR. COHEN                               81
   MS. NICOLAOU                            84
8
           I N D E X   O F   E X H I B I T S
9
   EXHIBIT              DESCRIPTION           PAGE
10
11    (Whereupon no exhibits were marked at the
                   present time.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 90

1
2                    C E R T I F I C A T E
3       I, CHRISTA M. MILOSCIA, a shorthand
4    reporter and Notary Public within and for the
5    State of New York, do hereby certify:
6       That the Witness(es) whose testimony is
7    hereinbefore set forth was duly sworn by me,
8    and the foregoing transcript is a true record
9    of the testimony given by such Witness(es).
10      I further certify that I am not related to
11   any of the parties to this action by blood or
12   marriage, and that I am in no way interested
13   in the outcome of this matter.
14
15
16
17
18
19
20
21                        Christa M. Miloscia
22
23
24                   Christa M. Miloscia, a Court
                     Reporter and Notary Public
25                   Date:



```
 1
 2                              LAWYER'S NOTES
      PAGE/LINE    NOTE
 3    _____    _____
      _____    _____
 4    _____    _____
      _____    _____
 5    _____    _____
      _____    _____
 6    _____    _____
      _____    _____
 7    _____    _____
      _____    _____
 8    _____    _____
      _____    _____
 9    _____    _____
      _____    _____
10    _____    _____
      _____    _____
11    _____    _____
      _____    _____
12    _____    _____
      _____    _____
13    _____    _____
      _____    _____
14    _____    _____
      _____    _____
15    _____    _____
      _____    _____
16    _____    _____
      _____    _____
17    _____    _____
      _____    _____
18    _____    _____
      _____    _____
19    _____    _____
      _____    _____
20    _____    _____
      _____    _____ Christa M. Loscia _____
21    _____    _____
      _____    _____
22    _____    _____
      _____    _____
23    _____    _____
      _____    _____
24    _____    _____
      _____    _____
25
```



**A**

**ability** 60:16
**able** 19:20 65:10,20
72:17
**above-entitled** 1:18
**accident** 28:14
67:11 73:2,24,25
**accompanied** 4:14
**accompany** 41:10
**accountant** 30:16
30:23 44:7 66:25
**accounting** 34:18
44:4 73:6
**accounts** 58:24
**accurate** 80:6
86:19
**action** 1:18 5:10
90:11
**acts** 48:17
**addition** 31:3 52:2
61:24
**address** 40:9,16
**afternoon** 6:12
**ago** 24:24,24 73:23
74:3
**AGREED** 3:3
**AHMUTY** 2:6
**alcohol** 12:11 21:19
52:12 61:19
**amount** 52:12,13
**and/or** 3:8
**angry** 14:6
**answer** 3:11,18 4:4
4:12,13,14,16
20:24 29:18 66:4
70:25
**answered** 4:9,25
29:15 64:9 88:10
**answering** 28:18
**answers** 88:12
**anybody** 20:14
21:14 24:6 25:19
27:25 41:10 46:17
47:6 48:18 69:14
69:18,25 73:11

77:13 82:11
**Anymore** 31:21
**anyway** 12:6 27:15
82:12
**appear** 13:19 18:15
**appearance** 14:2
**apply** 3:14
**appropriate** 3:14
86:6
**approximately**
35:20
**April** 10:4 80:7,17
81:12
**arrive** 10:11,13
14:23
**arrived** 15:2 46:16
54:7 57:14 65:8
**Article** 3:15
**artificial** 76:9
**asked** 24:8 27:22
29:12,13 59:22
64:8 68:2 88:10
**asking** 22:18 23:2
28:17
**asleep** 23:16,21
61:17 64:4 75:17
**assume** 29:20 62:15
**assumed** 77:25
82:12 83:9
**assuming** 68:9
**assumption** 34:12
68:11
**attached** 86:13
88:15
**attendance** 3:25
**attention** 10:4
60:11 61:13 70:22
**attorney** 3:20 4:11
4:20 5:16,23 6:19
32:18 86:15
**attorneys** 2:3,7,11
2:15 3:4
**audible** 67:16
80:19
**awake** 59:13,16
63:23

**aware** 44:14

**B**

**b** 3:8 89:8
**back** 10:21 19:18
53:4 54:22 55:13
66:4 80:7 81:12
**ball** 51:5
**bank** 8:14,17,19,20
8:25 9:4,14,17
25:10,11,14 30:15
30:16,17 31:4,11
31:13,15,19 32:5
32:13,15,22 33:6
58:19,24 79:6
**banker** 18:22
**Bank(sic)** 31:8
**bar** 5:8 10:8 11:12
15:15 19:8 20:15
20:21 21:15,24
22:5 26:14 34:6
34:13,15,16 37:4
41:8 42:18,19,23
43:11,17,19 44:7
44:12,24 46:3,4
47:24 48:4 49:6
73:19 76:5,8 78:2
78:11 80:2 81:19
81:25 84:3,5
**barely** 59:16
**based** 36:15 58:9
**basically** 12:19
18:3 19:12 25:12
51:11 55:19 77:13
**Basil** 2:3 7:4,14,20
25:19 26:6,11,22
27:6,24 30:2,12
32:17,22 33:3,5,8
69:2
**Basil's** 32:12
**basis** 3:22 4:15 8:11
**bathroom** 18:15
54:5,10,11,17
78:9,22 79:2
**beer** 53:10
**beginning** 60:8

**behalf** 5:16
**behavior** 13:25
**believe** 7:8 8:12
11:8 13:11,22,24
14:10 17:17 20:10
23:21 26:10 37:22
45:6 46:8 55:15
76:23 84:2
**Berkowitz** 1:18 2:9
6:8,13 12:24
15:13 40:8,14
44:19 51:9 57:11
89:5
**best** 60:16 63:7
**bigger** 35:13
**bill** 24:11 39:5,24
76:3
**birth** 74:19
**bit** 36:21
**black** 71:23
**blood** 90:11
**Blue** 57:7,9,12
75:14,22 78:5
**Blues** 62:8
**born** 74:24
**borrow** 8:19
**borrowed** 25:13
**borrowing** 25:13
**bottle** 16:2 35:12
35:16 36:7,11
47:17 50:17,18
52:10 62:11
**bottles** 16:17 22:25
34:24 35:3,8,10
36:3,24 47:13
**bottom** 51:15 70:23
71:18
**Boulevard** 11:21
40:11,17 77:3
**Break** 58:5
**bright** 76:15
**bring** 12:4 18:5,8
**Broadway** 1:12 2:4
**broken** 58:5,8
**Brooklyn** 2:17
**brought** 6:16 16:6

46:12 56:17
**building** 44:15
65:25 66:2 81:25
**bump** 54:9
**bumped** 17:16,23
**business** 8:3,6 9:24
11:23,25 18:23
19:6,10,11 25:4,9
31:5 33:23 34:3
42:15 44:5,7
58:23 66:21 67:3
77:22
**button** 83:3 84:11
**bye** 63:13,19

**C**

**c** 2:2 3:8 88:2 90:2
90:2
**cab** 24:8
**call** 8:12 27:13 51:4
67:24
**called** 67:25
**calling** 6:15
**camera** 72:21
**capital** 79:6,8
**capitals** 79:7
**car** 41:7
**carefully** 86:5
**Carmen** 2:13 28:12
**carpet** 81:14
**carpeting** 81:8,11
**case** 7:23 27:9
**cause** 4:9
**certification** 5:20
**certify** 88:6 90:5,10
**CHANGE** 87:4
**changed** 74:7,8
**changes** 86:12
88:14
**charge** 5:25
**CHARTWELL**
2:10,23
**chose** 83:18
**Christa** 1:20 90:3
90:24
**Chung** 11:7 65:23



65:24 66:7,11,17
67:20 70:5 73:3
**citizen** 75:7,9
**clear** 3:20 4:15
30:17 35:22 36:4
36:12 84:19
**clearly** 5:5 28:21
**client** 9:7,8 10:18
10:24 11:5 12:2
24:25
**clients** 8:9,13,18,24
25:5,12,16
**close** 7:24 66:19
67:6
**closing** 72:25
**club** 6:15 14:20
17:7 43:7
**cnicolaou@chart...**
2:14
**Cohen** 2:5 6:20
20:23 23:6 31:12
39:21 40:15,23
49:20 51:6 57:21
58:8 60:24 61:8
64:8 65:5,12
68:25 70:24 71:5
71:13 72:4,11
81:23 83:25 89:7
**colors** 81:15
**come** 18:11 35:14
42:13 54:20,22
57:18 59:23 63:5
75:2 78:14
**comfortable** 29:8
**coming** 24:20 27:18
27:21 63:11
**comments** 4:2
**common** 8:8 25:6
**communicating**
4:21
**communication**
4:23 5:3
**complete** 4:18 88:9
**compliance** 3:5
**conference** 37:18
**confidentiality** 4:6

**connection** 30:5
**consent** 4:22
**consider** 42:22
**consideration** 65:7
**consumed** 36:24
64:7,14 76:4
**controlled** 5:19
**conversation** 45:19
**conversations**
16:23 17:7,10
21:11 56:12,13
**Coors** 53:13,24
57:6
**copy** 5:25
**corner** 11:20 70:23
71:19
**correct** 6:20 30:3
30:22 32:20 33:19
79:23 83:20 88:9
88:13
**corrections** 86:5,7
88:13
**correctly** 21:2
83:11
**cosmetically** 74:9
**couch** 23:16 64:4
**couches** 75:12
**counsel** 5:24
**Counselor** 28:22
71:3
**count** 61:2,4
**counting** 39:3 60:6
**COUNTY** 88:5
**count(sic)** 60:9
**couple** 8:11 9:2
30:18,19 31:6
34:24 35:2,6
66:20
**course** 3:24 17:9
27:17
**court** 1:2 2:16 4:8
86:19 90:24
**Courts** 3:6
**covered** 39:19
**CPA** 8:22 9:3 34:20
**CPLR** 3:15,23 4:12

**C.P.L.R** 5:19

---
**D**
**d** 3:8 6:1,2 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 88:2 89:2,8
**Daniel** 1:16 6:11
88:6,18 89:3
**dark** 76:11,14
**date** 74:19 86:10
90:25
**David** 2:5 6:20
**davidacohen@rj...**
2:5
**day** 27:16 67:12
68:15 88:21
**days** 68:16 86:16
**DEBORAH** 1:9
**deemed** 5:17 86:18
**defect** 3:21
**Defendant** 1:11 2:7
2:15

**Defendants** 2:11
**Defendant's** 79:17
**DEH-JUNG** 1:9
**delivery** 47:4
**DEMERS** 2:6
**depicted** 79:19,21
**deponent** 3:19 4:4
4:11,16,22
**deposing** 86:15
**deposition** 3:9,11
3:12,17 4:5,19,21
24:19 26:23 27:20
86:4,13,17,18
**depositions** 27:18
27:21
**describe** 9:19 76:9
**description** 80:6
89:9
**details** 38:2
**determining** 4:24
**different** 74:4
**Dijon** 73:14
**dinner** 11:16,17,19
11:23,25 12:12
13:17,20 14:13,14
34:23 35:19 37:11
39:8,10,17 41:16
42:2,9,10,14
**direct** 4:11 10:3
**direction** 4:14
**disappeared** 72:19
72:20
**discreet** 72:13
**discussed** 26:5
**discussion** 70:15
**discussions** 19:10
19:11
**DISTRICT** 1:2,2
**doing** 7:6 25:4,8
34:10 86:9
**downstairs** 65:15
79:25
**drank** 19:21 51:23
61:18
**drink** 12:11,15,23
13:12 16:15,19

19:15 21:16,18,20
22:15 36:16 38:14
45:13 47:5 48:25
50:23 52:5,8,9
53:8 56:15,18,19
56:20,23 62:20,23
**drinking** 12:19,20
13:9,9 16:24,25
17:3,11 38:8,11
38:22,24 61:14,22
**drinks** 16:9 22:17
23:8,11 34:22
48:10,13,25 50:11
59:23 60:7,15,19
60:22 62:5,16,22
62:24 64:7
**dropped** 41:17
42:18
**drove** 14:22 41:14
**drunk** 13:22,23
19:24 20:10 37:5
54:6 55:5,7 64:24
65:16 68:3,10,12
**drunk(sic)** 14:5
**duly** 6:3 90:7
**D'APICE** 2:15

---
**E**
**E** 2:2,2 6:2 87:2
88:2,2,2 89:2,2,2
89:8,8 90:2,2
**EASTERN** 1:2
**eating** 38:6
**Edward** 1:4 6:16
9:6
**EESHA** 2:23
**eight** 35:18 60:15
61:25 64:12
**Eighty** 75:5
**either** 22:23
**elevator** 44:15,17
45:4 81:24 82:4
82:18 83:2,4,13
83:16 84:11,12
85:3,6
**employed** 20:15,21



21:14
**empty** 46:22
**enforce** 4:7
**English** 29:5,9
**enter** 49:25
**entered** 56:14
**ENTERPRISES**
1:8 2:7
**enters** 56:2,8
**entire** 36:8
**errata** 86:7,10,12
86:15 88:15
**error** 3:22
**escort** 84:7
**escorted** 84:24
**ESQ** 2:5,9,13,17
**established** 33:7
**estimate** 60:16 63:7
**evening** 33:14
52:12 77:19
**event** 5:3
**everybody** 34:12
61:13 77:25
**exact** 75:11
**examination** 1:16
3:24 5:8,12,15,16
5:21,25 6:7 28:10
74:17 79:12 81:22
82:14 83:24 84:15
89:4
**examined** 5:13,24
6:5
**examining** 4:17
**excuse** 61:25 67:3
**Exhibit** 70:11
79:17 89:9
**exhibits** 89:11
**extent** 3:23
**e-mail** 9:9

**F**

**F** 89:2,8 90:2
**fact** 27:4
**fail** 86:17
**failure** 5:6,14
**fair** 32:3 37:2 52:11

56:3 59:13,14
60:13 61:11 63:21
65:2,9,18 80:5
81:3 83:8
**fall** 23:15 28:6
68:20 75:17
**familiar** 35:23
**far** 46:6
**February** 79:18
**feet** 37:8
**fell** 23:21 61:15,17
64:4 68:6,7,10,12
68:13
**filing** 5:20
**fills** 35:16
**financial** 59:2
**fine** 72:23
**finish** 28:17 35:5
45:18 50:16,18
**finished** 22:24
**finishing** 47:15
**firm** 6:14 25:20
27:25 30:9
**first** 6:3 10:19 11:6
12:7 26:5 27:7
33:18 34:11 46:24
49:9 62:13 67:10
75:2 83:20
**five** 25:7,15 38:19
38:19,20,24 46:5
50:13,14,20 51:23
53:6 54:3 58:22
59:25 60:15 73:20
**floor** 84:18,20
**Flushing** 14:16,17
40:17 77:6
**follow** 55:17
**follows** 6:6
**follow-up** 28:15
79:14
**food** 47:4,5 49:23
**foregoing** 90:8
**forgive** 35:24
**form** 3:21 20:24
39:22 49:21 57:22
58:3 60:25 61:9

65:6,13 72:5,12
88:14
**forth** 4:7,25 90:7
**foundation** 70:25
71:4,14
**four** 38:24 51:14
**framed** 3:18
**free** 40:3
**frequent** 41:4
**friend** 9:20 66:18
67:5,9
**friends** 7:20 9:20
33:24,25 34:2,3
42:9,14
**friend's** 42:5
**front** 37:22 38:6
**further** 74:16 79:9
83:23 84:14 90:10

**G**

**G** 88:2
**Gang** 40:19
**gathering** 42:5
**gauge** 55:6
**gentleman** 28:19
71:18,21 72:18
**girl** 22:14
**girls** 21:23 22:12
23:9 47:23 48:2,6
48:9 49:10 78:3
**give** 23:4,5 25:18
67:19
**given** 3:12 88:12
90:9
**giver** 51:15
**giving** 60:14
**glass** 13:10 56:21
60:22
**glasses** 19:16,23
35:14 45:15,15
50:13,14,21 51:4
51:7,13 53:6,7
54:3 62:2 64:12
71:22
**go** 10:8 11:12 14:25
17:14 37:4 41:8

41:25 43:3,4,16
44:11,12 50:7
54:4 70:18 77:7
78:8,19 83:4,19
84:10
**goes** 9:10
**going** 6:17 20:6,6
28:9,16 33:12
65:19 70:9,17,18
70:20,21,22 72:14
72:16 73:19 79:16
80:13
**good** 6:12 53:21
**green** 71:22
**greet** 55:2
**greeted** 15:17,18,22
46:11 84:4,21
**grounds** 4:25
**group** 2:3 7:4 14:21
33:14 34:13 41:22
41:25 42:6
**guess** 8:13 16:21
24:15 38:16 76:13
**guessing** 20:13
**guest** 43:5
**guys** 41:23
**G-A-N-G** 40:20

**H**

**H** 79:17 89:8
**half** 56:5
**hallway** 20:18
54:15
**hand** 51:10 56:16
**handed** 48:24
**handle** 32:18 52:7
72:25 73:5
**handrails** 76:16,23
80:10,18
**happened** 10:5
17:25 18:19 26:9
28:4 42:12 68:2
**happy** 14:6,8 29:4
**hard** 12:22 37:7
**hear** 7:13 28:21,24
**heard** 49:9 51:20

53:13 68:16
**hearing** 12:22
**held** 1:18 70:16
**hello** 17:24 56:9,11
**helped** 65:14
**hereinbefore** 90:7
**Hi** 17:18
**high** 67:9
**Highball** 51:6,7,21
**hired** 32:16
**hit** 72:14,16
**holding** 56:15
**home** 68:4
**home(sic)** 41:17
**honestly** 29:16
**Hong** 10:25 11:4,15
12:2 15:24 16:4
18:23 19:7 22:24
24:13,14 33:15
34:5,6 39:14 41:7
42:8 43:18,20,23
45:7,10,23 47:8,9
56:10 62:13,15,22
62:24 70:7 72:3,7
77:12
**Hong's** 42:4 44:6
**Hong(sic)** 62:21
**hospitalized** 68:5
**hour** 50:8,10,10,19
56:4
**hours** 23:14
**how'd** 15:5
**H-O-N-G** 10:25
11:4

**I**

**ice** 49:23
**idea** 13:15 15:19
21:7 41:19 43:16
**identified** 26:20
**identify** 71:10
**ignorant** 36:2
**ii** 4:6
**iii** 4:8
**imperative** 86:14
**important** 29:22



**impression** 63:12
**improper** 4:9
**inches** 51:14
**incident** 10:5 24:3
  25:22 26:2,7 27:8
**include** 3:20 77:16
**including** 33:15
**incorrectly** 83:12
**indicating** 35:11
  37:17 51:8,9
**individual** 36:5
**individuals** 33:14
**initials** 31:18
**inquiring** 25:3
**INSTRUCTIONS**
  86:2
**interest** 31:11
**interested** 90:12
**interfere** 4:2
**interrupt** 4:20
**intoxicated** 13:20
  14:11 17:3 18:15
  45:10,22,23,24
  65:8
**intoxication** 17:11
**introduce** 33:5
  42:11 54:23
**introduced** 18:20
  18:25 44:3 56:10
**introductions**
  19:12
**invite** 54:20
**invited** 42:7
**irregularity** 3:22
**IRREVOCABLE**
  1:9 2:12
**issue** 71:9

---
**J**

**J** 2:17
**jacket** 71:23
**Janice** 2:9 6:13
**Janice.Berkowitz...**
  2:9
**job's** 48:9
**John** 58:17,17,18

59:8,18,22 69:20
  69:21
**Johnnie** 15:10,13
  16:3,12 22:25
  47:11 57:7,9,11
  62:8 75:14,21
  78:5
**join** 44:22
**joined** 47:20,22
**Jung** 67:7,14,15,17
**J-U-N-G** 67:7

---
**K**

**K** 1:9 2:16 6:2 88:2
**Kang** 11:22
**karaoke** 6:15 10:8
  11:11 14:20 15:15
  17:7 20:15,21
  21:15,24 22:5
  26:14 37:4 41:8
  42:18,19,23 43:11
  43:17,19 44:12,24
  46:3 47:24 48:3
  49:6,7 73:19 76:5
  76:7 78:10 80:2
  81:19,25 84:3,5
**kareoke** 46:4
**keep** 7:12 22:18
  28:20
**keeps** 14:4
**Keum** 11:22
**kicking** 68:17
**kicking(sic)** 68:18
**Kim** 58:17,18 59:8
  59:18,22 63:4
  69:20,21
**kind** 19:6 36:3
**knew** 42:6 55:22,22
  66:9 69:14,18
**know** 7:17 8:14,20
  9:6,7,8,10,11,13
  12:18 15:18,20
  16:18,20,20,22
  18:22,24,24 19:16
  19:23 20:11,19,20
  21:3,5 22:4,6,7,10

22:11,21 23:4,14
  23:22 24:10,16,25
  26:19 27:10,22
  28:3 29:3,22 30:2
  34:10 38:17 39:9
  39:11,15,19 40:5
  40:24 41:19,20
  43:10,15 44:2,4
  44:17 45:12 46:14
  47:6 48:16 50:11
  58:8,16,18 65:22
  66:7,16 68:24
  69:8 71:25 72:3,6
  72:7 73:8,11,13
  74:7,8,12 76:24
  77:13,21 81:13
**known** 7:14 9:17
  30:11,12 31:24
  32:25 33:2,2,10
  43:22 58:20 66:10
  66:14
**Korea** 74:25
**Korean** 12:25 13:4
  13:6 21:10
**Kum** 40:19
**K-A-N-G** 11:22
**K-E-U-M** 11:22
**K-U-M** 40:20

---
**L**

**L** 3:2 6:2 88:2
**lack** 70:25 71:13
**landlord** 30:6
**language** 29:6
**law** 2:3,10,24 6:13
  7:4 25:20
**laws** 9:12
**lawsuit** 6:16 26:16
  26:21
**LAWYER'S** 91:2
**lawyer(sic)** 32:17
**leading** 24:19 81:19
**leaning** 80:23,25
**learn** 67:13
**learned** 67:11
  78:15

**lease** 7:3
**leasing** 7:18
**leave** 13:17 17:14
  54:4 57:19,23
  58:7 59:10 63:11
**leaving** 80:24
**led** 13:24 14:10
  20:9
**Lee** 1:9 2:16 11:5,7
  11:7,8,9,10,15
  12:4,8,11 13:8,19
  15:24 16:11,19,24
  17:8 19:9,21
  20:22 21:12,15
  22:15,23 23:3,9
  23:12 24:11 33:15
  33:19,22 34:8,9
  37:14,21 38:24
  41:7 45:8,22,23
  54:24 56:10 60:23
  65:23,24 66:7,11
  66:17,19,22 67:20
  67:20,21 68:4,7
  69:4,5,22,22,23
  70:5 73:3 77:16
  77:18,22
**Lee's** 20:16
**left** 13:16,20 23:20
  24:9 37:3 39:16
  41:7 50:6,17
  55:12 61:16 63:22
  64:19,21 65:9
  76:7 80:23
**left(sic)** 19:17
**left-hand** 80:25
**legal** 1:24 32:23
**letter** 79:8
**level** 81:20 83:19
  83:20
**light** 53:14,24 57:6
  76:11 82:9,10
**lighting** 76:10
**limitation** 4:7
**LINE** 87:4
**little** 35:13 36:21
  45:17

**loans** 8:20 32:16
  59:2,6
**long** 7:6 19:13,15
  37:18 43:22 46:2
  47:19 50:5 57:13
  57:16,17 58:20
  66:10,13
**longer** 30:11
**LONGO** 2:15
**look** 21:8 55:4
  81:10
**looked** 80:7
**Looking** 82:9
**looks** 19:24 44:16
  79:25 82:5,7
**loud** 14:4,6,7

---
**M**

**M** 1:20 88:2 90:3
  90:24
**Magna** 1:24
**Main** 2:12
**MALYALA** 2:23
**maneuver** 65:10
**March** 70:11
**marked** 70:11
  79:17 89:11
**marriage** 90:12
**matter** 90:13
**matters** 32:23
**Maximum** 35:8
**MCMANUS** 2:6
**mean** 8:18 19:22
  21:9 22:8,11,12
  22:18 32:14 38:15
  67:2 76:13
**meaning** 30:17
**meet** 15:16 27:24
  77:10
**meeting** 11:15 27:7
  27:12,14
**meetings** 27:5
**member** 42:25 43:4
**membership** 43:7
**men** 41:23,25
**men's** 17:17



met 12:8 18:12 26:6
  33:8,19 34:11
  46:8 50:4 66:19
  77:18
MICHAEL 1:8
Miloscia 1:20 90:3
  90:24
minimum 39:2
minutes 46:5 47:21
  47:21,22 49:11
  50:3 55:18,24
  56:14 57:15 58:2
Mitchell 73:12
mixed 53:14
money 8:19 25:13
month 42:24 43:3
morning 64:17
  76:8
motion 5:9
move 5:7 44:19
  70:21
mumbling 20:12,16
mutual 24:25

**N**

N 2:2 3:2 6:2 40:21
  40:23 79:6,8 88:2
  88:2 89:2,2,8
name 6:9,12 21:6
  28:12 33:13 40:18
  41:18 73:11
names 15:20
Nancy 40:22,23
necessary 86:5
need 18:24 58:10
  71:10 85:3,6
needed 49:15,18,23
never 54:22,25
  66:24 72:9 82:6
  82:11,25 83:15
  84:13
new 1:2,13,13,22
  2:4,4,8,8,13,17
  6:5 40:17 65:25
  88:3 90:5
nice 18:3

Nicolaou 2:13 7:25
  13:2 28:11,13
  31:20 40:21 44:22
  48:2 57:24 64:10
  71:2,8 79:13
  82:15 84:16 89:5
  89:6,7
night 10:9 34:11,23
  36:13 37:4,25
  38:18 39:6,8 42:3
  42:6,20 43:13,14
  52:7 63:18 65:4
  66:8,9 68:3 76:25
  81:5
nine 70:21 71:15,16
Noah 8:14,17,19,20
  8:25 9:4,14,17
  25:14 30:17 31:11
  31:13,15,19 32:5
  32:13,22 33:6
  58:24 79:6
Noah's 31:8
Non-Party 1:17
normal 76:13,13
normally 52:8,15
  53:17 60:10
Northern 11:21
  40:10,16 77:3
Notary 1:21 5:14
  6:4 88:25 90:4,24
note 64:11 91:2
noted 3:10 85:10
  86:12 88:14
NOTES 91:2
number 38:13
  58:21 61:6,6,7
numbers 22:19,20
  60:13
N-O-A-H 31:16

**O**

O 3:2 88:2 89:2,8
oath 88:8,11
object 5:6 39:21
  72:5
objecting 71:3

objection 3:16 5:9
  20:23 49:20 57:21
  60:24 61:8 64:8
  64:11 65:5,12
  71:13 72:4,11
objections 3:9,13
observe 12:10,14
  20:15,22
observed 20:20
  38:8,14
obvious 56:9
obviously 13:22
  15:6,17 17:18
  24:14 28:18 58:9
occasions 32:6,7
  44:24
occupied 76:5
occurred 28:15
  73:3
office 6:22,24
officer 3:10
oh 27:21 66:13
okay 9:23 10:7
  13:16 14:13 16:5
  16:11 17:13,23
  18:10 19:20 21:5
  22:22 25:2,5
  26:15 27:2,11
  28:8,25 29:18,25
  32:11 37:10 38:7
  40:15 41:6 42:17
  44:6 45:6,19,20
  46:7,14 47:11
  49:14 50:5 54:2
  55:21 56:20 59:8
  65:18,22 66:16
  68:14,22 71:20
  72:23 74:15 75:12
  76:7,16,19 78:14
  78:25 79:5,20
  81:7,9 82:20
  83:22 85:9
older 71:21
once 8:7 23:20
  27:10 41:5 42:24
  43:3 57:14

order 4:7 15:9,12
  36:6 44:11
ordered 16:2,16
  47:6 62:9,11,13
original 5:15,21
  86:15
ounce 35:12
outcome 90:13
outside 20:5,6,17
  32:17,18 82:10
owner 65:24,25
owners 28:13 73:9
ownership 31:10
owns 40:5,24
O-A-H 79:7,8

**P**

P 2:2,2 3:2 6:2
PAGE 87:4 89:4,9
PAGE/LINE 91:2
paid 24:10 39:8,10
papers 9:9,9
Park 1:16 6:1,11
  7:1,11 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1,12 29:1,25
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1,23
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1 64:1 65:1
  66:1 67:1 68:1
  69:1 70:1 71:1
  72:1 73:1 74:1

75:1 76:1 77:1
  78:1 79:1 80:1
  81:1,24 82:1,16
  83:1 84:1 85:1
  88:6,18 89:3
parties 3:4,7 4:22
  90:11
party 4:17
pass 28:9
patron 42:23
pay 60:10 70:22
paying 39:16 61:12
people 10:14,17
  12:6 14:4 20:17
  22:12 31:4 37:10
  37:13 41:22 42:11
  46:24 68:17 77:12
  77:15
perform 48:17
permitted 3:23
person 3:13 4:10
  11:5 18:21 36:5
  41:15 72:9,19
personal 59:5
personally 66:25
persons 3:25
phone 67:24 68:2
photograph 79:19
  79:22
physically 46:17
  50:6
picture 79:23
place 1:19 16:6
plainly 4:8
Plains 2:13
Plaintiff 1:5 2:3
play 72:14,16
please 6:10 10:21
  29:3 86:4,9
point 17:13 23:15
  41:6 46:18 47:3
  49:25 50:16 54:6
  54:19 55:12 56:3
  59:12,21,24 60:5
  61:12 63:1 63:22
  64:4,6 85:4,7



**pour** 16:9 21:15,18
21:20 22:14 23:9
23:11 48:9 62:16
62:25
**poured** 48:25 56:20
62:20,22,23
**pouring** 48:13
**pours** 21:22
**precisely** 38:2
**prejudice** 4:10
**prepare** 27:25
**present** 2:22 89:11
**preserve** 4:5
**press** 83:3,6 84:11
**pretty** 11:24 19:24
34:12 36:22 62:21
64:13 66:19 67:6
**previously** 70:11
**primary** 29:6
**prior** 44:24 73:9
**privilege** 4:6
**probably** 17:21
38:4 50:8 58:17
**problem** 65:3
**problems** 32:15
**proceed** 3:12
**professionally** 67:2
**property** 28:14
73:2,6
**prostitutes** 48:15
**provide** 5:23 38:13
48:12
**provided** 4:12 5:18
**provision** 3:7
**Public** 1:21 5:14
6:4 88:25 90:4,24
**purpose** 4:21,23
**purposes** 74:22
**pursuant** 1:19 3:14
**put** 21:19 74:22
**p.m** 1:14 85:10

**Q**
**question** 4:8,17,24
5:6 23:7 28:17
29:3,19,23 35:5

45:18 58:4 72:24
79:15
**questioning** 3:20
4:3 5:23
**questions** 4:4 6:18
28:16 29:11 31:21
35:24 58:6 74:16
83:23
**quick** 70:10

**R**
**R** 2:2 6:2 87:2,2
90:2
**raise** 28:23
**raised** 3:16
**reached** 46:7 48:24
**read** 10:20,23 19:5
22:3 66:3,6 86:4
88:7
**realize** 26:12
**realized** 18:2 26:11
26:24
**really** 8:5 9:22 11:3
14:4 20:25 24:7
28:20 68:10 81:3
**rearranged** 11:14
**reason** 5:3 86:6
**recall** 53:24 59:8
74:2 82:22
**receipt** 86:16
**recognize** 3:7 72:17
79:18,21 81:16
**recollection** 37:25
45:21 59:15 80:5
80:17,22 81:4
**record** 5:4 6:9
10:22 19:3,4 22:2
31:13 66:5 70:14
70:16 74:22 88:10
88:12 90:8
**recorded** 25:25
**refer** 8:3,6,24 48:5
**referred** 8:11 31:4
79:5
**referring** 34:8 35:2
35:6 84:17

**refresh** 80:4,16,21
**refusal** 4:13
**regular** 8:11 42:23
**related** 7:23 90:10
**relationship** 8:16
9:24 32:13 33:6
33:23 66:22
**relief** 3:14
**remainder** 4:18
**remember** 17:12
21:2 24:7 33:9
38:5,18,23 53:11
54:14 56:25 57:5
58:10 60:19,21
62:12 63:2 69:6
74:3 75:11 78:12
78:20 80:22 81:15
**rent** 30:8
**repeat** 33:13
**rephrase** 29:4
**reporter** 1:21 10:23
19:5 22:3 66:6
90:4,24
**represent** 28:13
**represented** 6:19
**represents** 6:14
32:22
**request** 3:19
**reservation** 43:12
**reservations** 43:10
**reserved** 5:11
**respective** 3:4
**response** 67:16
80:19
**responsive** 44:21
**restaurant** 33:12
33:13 37:3,20
40:6,19,25 41:3
42:2 46:3 77:2,11
**restroom** 17:17
20:7 21:4 50:4,7
54:13,16
**restrooms** 78:17
**return** 5:15 86:14
**returned** 55:25
**Richardson** 1:8

2:11 73:16
**riding** 82:11
**right** 3:13 4:6,18
6:20,23 7:22 10:2
13:6 17:2 18:17
23:2 28:8 29:6,16
30:9,13 31:5,5
32:9,23 33:3,16
34:4 37:22 38:8
39:18,24 41:23
42:16 48:6,21
50:14,22 51:12,16
51:18,24 52:17
53:24 54:25 57:6
59:11,19 60:20,23
61:7,10,14,19,22
62:14 63:10 65:17
69:12 70:19 74:15
80:2,3 81:20
**rights** 5:18
**right-hand** 70:23
71:19
**rocks** 50:25 51:2
56:24 57:3
**room** 11:12 15:4,9
15:23 17:14,15,18
18:2,6,7,11,19
19:14,17,18 20:4
20:5 23:20 24:11
37:18 46:12,16,25
47:20 48:18,20
49:12 50:2,6,7,9
50:10,18 54:4,20
54:23 55:13,18,20
55:25 56:2,4,14
57:14,25 58:7
59:9 62:9 63:22
75:13,21,25 76:4
78:4,16,18,19
84:8,25
**rooms** 78:9
**Roughly** 35:21
37:12
**round** 37:15 51:11
51:13
**rule** 3:5,8,23,24

4:12
**rules** 3:6 5:2,18
**run** 34:16
**running** 18:23 34:6
34:13,14 78:2

**S**
**S** 1:8 2:2 3:2,2 89:2
89:2,2,8
**salad** 19:8 34:6,13
34:14,16 44:7
78:2
**San** 11:22 40:19
**sang** 49:4,5
**sat** 48:23
**save** 31:22
**saw** 10:19 11:6 13:8
16:19 18:14 20:4
22:14 23:11 54:17
59:21 63:17,20
68:24 69:7,24
70:4 82:11
**saying** 68:17
**school** 66:18 67:9
**second** 27:11 47:16
47:17 62:11 67:19
83:19 84:18,20
**seconds** 70:18,21
71:15,17,17 72:16
**Section** 5:2
**see** 12:10 13:13
16:11,14 17:6
20:14 21:14 23:8
27:16 49:15,17
67:24 68:22 69:11
69:14,18 70:3,5,7
71:16,17,23 76:3
79:2 80:10 81:7
82:10
**seeing** 53:24 54:14
57:5 71:9
**seen** 53:17,18 68:19
71:6 72:9
**send** 9:8
**serve** 22:9
**served** 35:9 36:2



47:12
server 49:10
service 48:6,13,14
Services 1:24
set 4:7,25 74:6 90:7
seven 35:15,16,18
  60:15 64:12
sexual 48:17
share 36:9,10,11
shares 31:8
sheet 86:7,10,12,15
  88:15
Shin 1:4 6:16 9:6
  9:14,21 17:15,16
  18:10,21 19:9,13
  23:19 24:18 26:10
  26:13,15 30:11,22
  31:24 32:4,16
  49:25 54:9 55:4
  55:15,24 56:2,11
  56:14 58:7 59:17
  59:22 61:16 63:5
  63:14,22 68:5
  70:3,4 75:24
  78:15 79:2 82:17
  82:22
Shin's 67:11
shirt 71:22
shorthand 1:21
  90:3
shortly 18:12 23:19
shot 13:11 45:15
  47:14
shots 13:10,13
  35:15,17,20 36:13
  38:8,10,23,24
  52:3 54:3 60:14
  61:24
show 70:9,17,20
  79:16
showed 68:23 69:8
  69:10
showing 68:20
shown 68:25 69:4
  71:6
side 76:20,24 80:25

sides 76:19
sign 86:9
signed 5:12 88:20
significant 4:10
signing 86:11
similar 82:23
single 62:20
sir 38:16 71:15
  80:20 81:8
sit 48:9 61:5 75:25
sitting 2:23 37:14
  37:21 38:3 40:2
  62:19 75:16
sleep 61:15
small 35:10,14
  37:15 79:6,8
snapshot 70:10
social 11:24,25
socialize 9:21
soda 12:23
sofa 75:23,25
sofas 75:15,16,18
soft 28:19
Soju 12:16,17,24
  13:9 34:24,25
  35:9,20 36:4
  38:23 45:16 50:21
  52:10 61:25
somebody 10:19
  14:21 44:4 47:20
  49:12 57:18 58:12
  58:14 59:17,18
  69:8,9 71:11
someone's 43:5
sorry 11:2 12:21
  15:11 21:25 47:25
  57:8 61:3
sort 33:23
sound 35:25
South 74:25
space 6:23 7:3,18
  30:8 86:7
speak 7:25 11:3
  24:18 28:18 30:5
  30:6
specific 22:19,20

23:4,5 37:24
specifically 16:18
  20:20,22 23:3
  56:25 60:18,21
spell 31:14
spoken 28:19
SS 88:4
staircase 44:25
  65:11 74:4 76:14
  80:7,11,14 81:8
  81:11,17 82:19
  83:18 84:21
stairs 44:12 46:8
  64:22 65:3 68:6,8
stairway 76:10,17
  76:20
stand 31:18
start 9:11 56:12
started 7:18 18:21
state 1:22 6:4,9
  65:8 86:6 88:3
  90:5
stated 3:17 5:4
statement 3:21
  4:15
statements 4:2
  25:19,24,25
States 1:2 75:3,7
stay 19:13 57:13,25
stayed 23:13 48:20
staying 37:7
Steve 31:21
STEVEN 2:17
STIPULATED 3:3
stopped 55:16 60:6
  61:12
story 71:12
straight 14:12 20:2
  20:9 21:2 55:13
street 2:8,12,16
  11:21 81:20 82:4
strike 5:7 44:20
structurally 74:10
stupid 35:25
subdivision 4:13
subdivisions 3:8

subject 3:12 86:11
Subpoena 1:20
subscribed 88:20
substance 88:14
succinct 4:15
succinctly 3:17 5:4
suggest 3:18
suing 26:13
suite 27:15
sure 24:16 27:13
  39:25 58:2 83:5
sworn 5:13 6:3 90:7
S-A-N 11:22 40:20

<hr>

**T**

T 3:2,2 87:2 88:2
  89:2,8 90:2,2
tab 39:20
table 16:7 21:19
  36:8 37:11,15,15
  37:19 53:10 75:20
  75:23
take 44:25 46:2
  51:15 59:17 64:21
taken 1:17,20 3:11
  5:17 88:7
talk 9:11 18:22
  19:22
talked 24:23 83:2
talking 38:5
talks 14:3 20:11
tall 52:21,23
taste 53:21
telephone 69:9,10
tell 24:20 28:4
  29:19 49:19,22
  67:23 68:7 82:16
  82:21
telling 26:4
tenant 6:25
term 51:20 76:11
TERRANCE 1:9
  2:12
testified 6:5 33:11
  38:7 82:17 84:2
testimony 5:7 64:3

88:7,11 90:6,9
thank 31:20 79:9
  82:13 83:22 85:9
them(sic) 18:25
things 51:17
think 13:5 14:21,24
  16:4,16 21:3
  23:23 24:21 32:16
  33:9 35:13 36:17
  43:6 49:13 50:19
  53:12,23,25 54:12
  56:17,18,24 58:12
  61:15 62:10 65:14
  67:19,25 69:9
  72:8 74:11 76:18
  78:6,13,24 80:9
  82:25
thirty 86:16
thought 20:14
  34:14 42:4 63:10
three 13:18 23:14
  41:12 46:24 51:14
  60:3 61:7 75:15
  78:6,7
throw 78:23 79:2
time 1:19 5:9 9:10
  10:11,19 11:6
  12:7 14:23 17:19
  18:3,10 23:18,22
  23:24 24:22 26:5
  33:7,18 37:7 41:4
  43:24 45:3 47:4
  49:11 50:17 60:5
  61:12 63:4,5,16
  63:20 66:13 67:10
  68:9,11 73:21
  77:21 78:10,14
  82:17 85:10 89:11
times 8:12 9:2
  30:18,19 31:6
  66:20 76:22
today 6:18 10:6
  24:20 28:2 44:9
toggling 71:16
told 26:23 27:17,19
  28:3 58:11 67:15



67:17 68:4 78:18
82:3
**top** 51:15 80:11,13
**total** 59:24
**town** 14:15
**train** 77:5,6,8
**transcript** 86:17,18
88:7,9 90:8
**trial** 1:16 3:6 5:10
**tried** 82:6 83:15
**true** 88:9,12 90:8
**Trust** 1:9 2:12
73:16
**TRUSTEE** 1:8 2:11
**truthfully** 29:15
**try** 28:20
**twice** 8:7
**two** 10:14,16 16:16
18:20 19:16 22:24
23:25 24:5 35:8
36:24 43:24 47:13
58:6 60:3 61:6
62:10 63:2,3
64:17 72:15 76:8
80:10,18 81:5
**type** 77:22

**U**

**U** 3:2
**uncollectible** 32:15
**understand** 29:2,5
29:12,20,23,25
61:17
**understanding**
32:12,14,21 33:21
34:7 48:8
**understood** 29:21
**Uniform** 3:6
**Union** 11:21
**United** 1:2 75:3,7
**unusual** 52:13
**upstairs** 15:3,3,5,7
45:7
**use** 8:18 76:12
82:19 83:15
**usually** 13:12 16:10

51:17 52:5 61:21

**V**

**various** 28:13
32:23
**VICTORIA** 1:8
2:11
**video** 68:23 69:12
69:15,16,19 70:10
71:7,9,11 72:15
**videos** 68:19
**visited** 44:23
**Visitor** 43:6
**vodka** 12:25 13:4,6
35:20,23 36:4,13
36:18,22 38:23,25
52:3 53:6 54:3
**voice** 7:12 14:4
28:20,23

**W**

**W** 88:2 89:2
**wait** 28:17
**waiter** 15:22 16:5,9
21:3,12 24:8 46:9
49:13,13,17 65:14
84:6,17,22
**waiters** 15:19,20
**waiter's** 21:5
**waived** 5:22
**waiver** 5:8,17
**wake** 23:24
**walk** 20:2,9,25 43:9
46:25 59:22 82:4
82:12 85:5
**walked** 15:16 44:13
44:18 46:19
**Walker** 15:10,14
16:3,12 22:25
57:7,9,12 62:8
75:14,22 78:5
**Walkers** 47:12
**walking** 14:3,9 15:6
20:4,16 59:9
**Wang** 1:8,8,9 2:11
73:12,14

**want** 9:12 10:3 13:2
16:18,21 20:19
22:20 24:15 38:16
40:12 50:11 54:23
76:11
**wasn't** 22:7 64:11
69:16
**water** 2:8 36:20
49:24
**way** 14:3 41:17
54:10,12 74:12
79:25 90:12
**weeks** 24:24,24
26:8
**weigh** 52:25
**weighed** 53:3
**WEISSLER** 2:17
7:11 10:20 11:2
12:21 15:11 19:2
21:25 31:14,17,22
40:10 47:25 52:23
58:5 66:3 70:13
74:18,21 89:6
**well-built** 21:9
**went** 15:9 19:18
26:10 33:11 43:14
45:7 55:13 68:4
74:5 77:2 78:17
78:22,25 84:3,19
**weren't** 40:2
**we're** 6:14,23 10:5
27:14
**Where'd** 11:19
14:14
**whisky** 50:14,24
51:18 53:7,14
54:4 56:23 62:2
**White** 2:13
**withdrawn** 46:15
**witness** 1:17 5:13
5:24 6:2 24:2
26:16,20 27:3
28:5 31:16 52:24
86:2 89:3
**witnesses(sic)**
26:25

**Witness(es)** 90:6,9
**woke** 24:5 64:16
**women** 48:15 62:19
**words** 36:5
**work** 30:15,21 32:4
32:9 34:18 44:4
73:6
**worked** 22:4,8
**working** 21:23
22:12,13 44:18
47:23 48:3 58:19
84:5
**wouldn't** 12:18
19:23
**written** 25:18,24
**wrong** 58:3 81:2
83:13
**WU** 1:9 2:12
**www.MagnaLS.c...**
1:25

**X**

**x** 1:3,12 89:2,8,8
**XX-XX-1967** 74:20

**Y**

**yeah** 7:10 11:16,18
17:9 21:17 22:16
26:22,22 32:8,10
36:19 37:20 39:25
41:24 44:22 46:23
47:10,18 50:15
51:3 55:11 56:22
67:22 72:20
**year** 30:24,25 66:12
66:14 73:23 74:3
74:23 75:11
**years** 7:8,9,15 9:16
9:18 30:2 31:25
32:5 43:24 58:21
73:18
**yell** 28:23
**Yep** 14:18
**York** 1:2,13,13,22
2:4,4,8,8,13,17
6:5 40:17 88:3

90:5
**Young** 1:9 2:16
11:7,8,9,10,15
12:4,8,11 13:8,19
15:24 16:11,19,24
19:9,21 20:22
21:12,15 22:14
23:3,9,12 24:11
33:15,19,22 34:9
45:23 54:23 69:22
69:23 77:16,18,22
**YS2** 1:8 2:7 6:14

**1**

**1** 70:11
**1st** 79:18
**1:15** 1:14
**10** 7:8,9,15 10:12
14:24 17:20 23:10
23:11 25:7,15
30:2 37:12,13
41:22,25 47:21,21
47:22 49:10 70:18
71:17
**10001** 1:13 2:4
**10038** 2:8
**10601** 2:13
**11** 17:21 18:12
**11:30** 18:12 63:7,9
**11242** 2:17
**11354** 40:18
**12** 23:23 63:8,9
**1270** 1:12 2:4
**138-20** 40:16
**14** 36:12,15 38:22
45:15 52:3 53:6
54:3 60:14 61:24
**15** 9:18,18 31:24
32:5 47:21 49:10
57:15
**15th** 70:12
**16** 35:12,20
**170** 53:2
**1900's** 75:10
**1983** 75:4,6
**199** 2:8



**1991** 75:10

---
**2**

**20** 50:3 55:18,24
  56:14 57:15,25
**2016** 80:8,17 81:12
**2017** 10:4 53:4
**2019** 1:14 70:12
  79:18 88:8
**21** 1:14 88:8
**21st** 10:4
**221** 3:5
**221.2** 5:2
**26** 2:16
**28** 89:5

---
**3**

**3:10** 85:10
**30** 50:3 86:16
**30's** 21:9
**31** 3:15
**3115** 3:8,23 4:12
**3116** 5:18
**3117** 5:18

---
**5**

**5'4** 52:22,24

---
**6**

**6** 89:5

---
**7**

**7** 77:6
**74** 89:6
**79** 89:6

---
**8**

**81** 2:12 89:7
**84** 89:7
**866)624-6221** 1:24

---
**9**

**9:30** 10:12 14:24
  17:20

