# EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

EDWARD SHIN,

        Plaintiff,


       -against-

YS2 ENTERPRISES INC., MICHAEL S. WANG,

VICTORIA WANG as TRUSTEE OF THE RICHARDSON

IRREVOCABLE TRUST, TERRANCE WU, DEH-JUNG

DEBORAH WANG, and YOUNG K. LEE


       Defendant.

- - - - - - - - - - - - - - - - - x

          1270 Broadway

          New York, New York 10001


          May 21, 2019

          11:11 a.m.


    EXAMINATION BEFORE TRIAL of JOHN KIM, a
Non-Party Witness herein, taken by MS.
BERKOWITZ in the above-entitled action, held
at the above time and place, pursuant to
Subpoena, taken before CHRISTA M. MILOSCIA, a
Shorthand Reporter and Notary Public within
and for the State of New York.

         Magna Legal Services

           (866)624-6221

           www.MagnaLS.com



```
                                                      Page 2
 1
 2   A P P E A R A N C E S:
 3      THE BASIL LAW GROUP
               Attorneys for Plaintiff
 4             1270 Broadway
               New York, New York 10001
 5      BY:  DAVID A. COHEN, ESQ.
                 davidacohen@rjbasil.com
 6
        AHMUTY, DEMERS & MCMANUS
 7             Attorneys for Defendant
               YS2 ENTERPRISES INC.
 8             199 Water Street
               New York, New York 10038
 9      BY:  JANICE BERKOWITZ, ESQ.
                 Janice.Berkowitz@admlaw.com
10
        CHARTWELL LAW
11             Attorneys for Defendants
               VICTORIA WANG as TRUSTEE OF RICHARDSON
12   IRREVOCABLE TRUST, TERRANCE WU
               81 Main Street
13             White Plains, New York 10601
        BY:  CARMEN A. NICOLAOU, ESQ.
14               cnicolaou@chartwell.com
15      LONGO AND D'APICE
               Attorneys for Defendant
16             YOUNG K. LEE
               26 Court Street
17             Brooklyn, New York 11242
        BY:  STEVEN J. WEISSLER, ESQ.
18
19
20
21
22
     ALSO PRESENT:
23
        EESHA MALYALA - SITTING IN WITH CHARTWELL
24   LAW
25
```



Page 3

1

2                    S T I P U L A T I O N S

3       IT IS STIPULATED AND AGREED by and between

4    the attorneys for the respective parties

5    herein, and in compliance with Rule 221 of the

6    Uniform Rules for the Trial Courts:

7       THAT the parties recognize the provision of

8    Rule 3115 subdivisions (b), (c) and/or (d).

9    All objections made at a deposition shall be

10   noted by the officer before whom the

11   deposition is taken, and the answer shall be

12   given and the deposition shall proceed subject

13   to the objections and to the right of a person

14   to apply for appropriate relief pursuant to

15   Article 31 of the CPLR;

16      THAT every objection raised during a

17   deposition shall be stated succinctly and

18   framed so as not to suggest an answer to the

19   deponent and, at the request of the

20   questioning attorney, shall include a clear

21   statement as to any defect in form or other

22   basis of error or irregularity.  Except to the

23   extent permitted by CPLR Rule 3115 or by this

24   rule, during the course of the examination

25   persons in attendance shall not make



Page 4

1

2    statements or comments that interfere with the

3    questioning.

4        THAT a deponent shall answer all questions

5    at a deposition, except (i) to preserve a

6    privilege or right of confidentiality, (ii) to

7    enforce a limitation set forth in an order of

8    a court, or (iii) when the question is plainly

9    improper and would, if answered, cause

10   significant prejudice to any person.  An

11   attorney shall not direct a deponent not to

12   answer except as provided in CPLR Rule 3115 or

13   this subdivision.  Any refusal to answer or

14   direction not to answer shall be accompanied

15   by a succinct and clear statement on the basis

16   therefore.  If the deponent does not answer a

17   question, the examining party shall have the

18   right to complete the remainder of the

19   deposition.

20       THAT an attorney shall not interrupt the

21   deposition for the purpose of communicating

22   with the deponent unless all parties consent

23   or the communication is made for the purpose

24   of determining whether the question should not

25   be answered on the grounds set forth in



Page 5

1

2    Section 221.2 of these rules, and, in such

3    event, the reason for the communication shall

4    be stated for the record succinctly and

5    clearly.

6        THAT the failure to object to any question

7    or to move to strike any testimony at this

8    examination shall not be a bar or waiver to

9    make such objection or motion at the time of

10   the trial of this action, and is hereby

11   reserved; and

12       THAT this examination may be signed and

13   sworn to by the witness examined herein before

14   any Notary Public, but the failure to do so or

15   to return the original of the examination to

16   the attorney on whose behalf the examination

17   is taken, shall not be deemed a waiver of the

18   rights provided by Rules 3116 and 3117 of the

19   C.P.L.R, and shall be controlled thereby; and

20       THAT the certification and filing of the

21   original of this examination are hereby

22   waived; and

23       THAT the questioning attorney shall provide

24   counsel for the witness examined herein with a

25   copy of this examination at no charge.


MAGNA
LEGAL SERVICES

Page 6

1                          J. KIM

2    J O H N   K I M, the Witness herein,

3    having been first duly sworn by a Notary

4    Public of the State of New York, was

5    examined and testified as follows:

6    EXAMINATION

7    BY MS. BERKOWITZ:

8         Q. State your name for the record,

9     please.

10         A. John Kim.

11         Q. Mr. Kim, my name is Janice

12     Berkowitz.  I'm the attorney for the

13     Defendant YS2 Enterprises; we also call

14     it the "karaoke club" in a lawsuit that

15     was commenced by Edward Shin.

16              Are you here today pursuant to a

17     non-party subpoena?

18         A. Yes.

19         Q. And the gentleman to your left

20     is your attorney for today?

21         A. Yes.

22         Q. Okay.  I'm going to focus on

23     April 21st, 2017.  Did you go to the

24     karaoke club with Edward Shin that

25     night?



Page 7

```
 1                    J. KIM
 2        A. Yes.
 3        Q. Where had you been before you
 4   got to the karaoke club?
 5        A. We had a meeting within the bank
 6   and after the meeting, myself and
 7   Mr. Shin and a couple of employees went
 8   out for the dinner.
 9        Q. Where was the dinner?
10        A. New Jersey.
11        Q. What time did the dinner start?
12        A. I don't quite recall the exact
13   time, but probably around seven.
14        Q. And what time did it end?
15        A. Probably 9:30, before 10, I
16   guess -- I believe.
17        Q. And you're employed by
18   Noah Bank?
19        A. Yes.
20        Q. And at that time what was your
21   position?
22        A. I'm head of Special Asset
23   Department, controlling problem loans.
24             MR. WEISSLER:  Off the
25        record.
```



Page 8

```
 1                    J. KIM
 2              (Whereupon, a discussion was
 3       held off the record.)
 4       Q. What was Mr. Shin's position at
 5   that time?
 6       A. Chief Executive Officer.
 7       Q. During the dinner in New Jersey,
 8   did you observe Mr. Shin drinking
 9   alcohol?
10       A. Yes.
11       Q. What did you observe him
12   drinking?
13       A. Just -- not much.
14       Q. What did you observe him
15   drinking?
16       A. What kind of drink?  Is that
17   what you're asking?
18       Q. Right.
19       A. We had whisky.
20       Q. And how much whisky did he
21   consume during dinner?
22       A. Not much.
23       Q. What do you mean by "not much"?
24       A. Maybe several shots.
25       Q. What's "several" to you?
```



Page 9

```
 1                    J. KIM
 2        A. Probably three or four.
 3        Q. Were you drinking that night?
 4        A. Probably one glass of shot(sic).
 5        Q. When you left the dinner, where
 6   did you go?
 7        A. I, myself -- myself and Mr. Shin
 8   went to Flushing.
 9        Q. What was the purpose of going to
10   Flushing?
11        A. After we got out from the
12   restaurant, I believe Mr. Shin received
13   a phone call and then he wanted to --
14   "We have to go to Flushing."
15        Q. Do you know who he received the
16   phone call from?
17        A. I don't know.
18        Q. Did he say why he had to go to
19   Flushing?
20        A. He had meeting with -- he have
21   meeting with Mr. Lee -- Chung Kane Lee.
22        Q. Who's Chung Lee?
23        A. Chung Lee -- his friend.
24        Q. Was he some type of business
25   associate?
```



Page 10

1                    J. KIM

2          A. He -- yes.  He received the loan

3    from us -- our bank.

4          Q. Do you know the purpose of the

5    meeting?

6          A. No, just a casual meeting.

7          Q. Was it a friendly social meeting

8    or a business meeting?

9          A. I don't know about that.

10         Q. Okay.  After he received the

11   phone call, did you drive to Flushing?

12         A. Yes.

13         Q. Okay.

14              MR. WEISSLER:  Who was the

15         driver?

16              THE WITNESS:  I was the

17         driver.

18         Q. What time did you leave

19   New Jersey?

20         A. Probably between 9:30 or 10, I

21   don't quite recall.

22         Q. What time did you arrive in

23   Flushing?

24         A. About 10:30, before 11 -- 11

25   around.



1                    J. KIM

2        Q. And when you arrived in

3   Flushing, where did you go?

4        A. The karaoke bar called CEO.

5        Q. Have you ever been there before?

6        A. No.

7        Q. Had Mr. Shin ever been there

8   before?

9        A. I don't know.

10        Q. When you got to the karaoke bar,

11   what did you do?

12        A. We went to a room where I saw

13   Mr. Chung Lee was there and CPA Park

14   was there and there's another party but

15   I don't have his name.

16        Q. When you got to the karaoke --

17   strike that.

18           When you got to the premises,

19   how did you get to the karaoke bar?

20   Did you go upstairs, take an elevator,

21   something else?

22        A. I think we have to use

23   stairway(sic).

24        Q. Okay.  And when you got to the

25   karaoke bar, did anyone greet you?



Page 12

```
 1                   J. KIM
 2        A. Yeah.
 3        Q. Who greeted you?
 4        A. Mr. Shin and CPA Park.
 5        Q. Mr. Shin assisted you?
 6        A. Yes.
 7        Q. Did anyone from the karaoke bar
 8   greet you?
 9        A. Anyone from karaoke bar?  No.
10        Q. Did the owner or waiter or
11   anybody else greet you?
12        A. No.
13        Q. How did you know where to go
14   when you arrived?
15        A. I just followed Mr. Shin's
16   direction.
17        Q. Do you know how Mr. Shin knew
18   where to go?
19        A. I don't know.
20        Q. Okay.  Where did Mr. Shin lead
21   you to?
22        A. I don't quite remember but there
23   was a bunch of rooms within the karaoke
24   bar and I went into one of the rooms
25   where Mr. Chung Lee and CPA Park
```



Page 13

```
 1                    J. KIM
 2   stayed.
 3        Q. So Chung Lee and CPA Park were
 4   already in the room?
 5        A. Yes.
 6        Q. You went in with Mr. Shin?
 7        A. Yes.
 8        Q. When you went into the room,
 9   what did you observe, if anything?  Was
10   there any alcohol in the room already?
11        A. Yes.
12        Q. What was in the room already?
13        A. Whisky.
14        Q. What kind of whisky?
15        A. I think it was Johnnie Walker
16   Black and the fruits and glasses.
17        Q. And where was the Johnnie Walker
18   Black?
19        A. On the table.
20        Q. And was any alcohol missing from
21   the bottle when you got there?
22        A. Bottle --
23        Q. Was it full -- was the bottle
24   full?
25        A. I don't recall.
```



Page 14

                    J. KIM

1

2      Q. Okay.  When you got into the

3   room, did any waiter or server come in?

4      A. Yes -- actually, it's time to

5   time.  When I got there the waiter was

6   serving something but it's really time

7   to time.  Everything was displayed on

8   the table already.

9      Q. So what do you mean "displayed"?

10  The bottle was on the table?

11      A. Yeah; bottles, and fruits,

12  plates.

13      Q. Did you see the waiter ever pour

14  anybody a drink?

15      A. No.

16      Q. Do you know the name of the

17  waiter?

18      A. No.

19      Q. Was it the same waiter

20  throughout?

21      A. I don't know.

22      Q. When you first got to the room,

23  did Mr. Shin have anything to drink?

24      A. He had a couple of shots, I

25  believe one or two.



```
1                    J. KIM

2         Q. One or two?

3         A. Yeah.

4         Q. Did he have any beer?

5         A. I don't recall, just the whisky

6    was there.

7         Q. Did you have anything to drink?

8         A. I had one shot, yes.

9         Q. You were the designated driver

10   that night?

11        A. I was the driver.

12        Q. And when was that determined?

13        A. When was it determined?

14        Q. Right.

15        A. After we got out of the dinner

16   from New Jersey.

17        Q. Did Mr. Shin ask you to be the

18   designated driver?

19        A. Well, I'm the only one who

20   brought the car into the restaurant in

21   New Jersey.

22        Q. It was your car?

23        A. It was my car.

24        Q. What time did do you think that

25   you got into the room?
```



Page 16

                              J. KIM

1

2        A. Probably between 10:30 to 11.

3        Q. What happened during the next

4    half hour?

5        A. Actually, after I got into the

6    room and CPA Park walked out from the

7    room and he came back within about 10

8    to 15 minutes and took Mr. Shin out for

9    potential clients -- he wanted to

10   introduce potential clients where they

11   were, in the other room(sic).

12       Q. Who were the clients in the

13   other room?

14       A. The guy who kicked Mr. Shin.

15       Q. And do you know his name?

16       A. I think it's Mr. Lee but I don't

17   have his full name.

18       Q. Did you know him before that

19   night?

20       A. No.

21       Q. And did you know CPA Park before

22   that night?

23       A. Yes.

24       Q. And how do you know him?

25       A. He's -- he's the CPA and since



```
 1                    J. KIM
 2    we're the banker and we usually have
 3    communication with CPAs, because
 4    clients use CPA Park often.
 5         Q. Is CPA Park for Noah Bank?
 6         A. Not for Noah Bank but
 7    Noah Bank's clients.
 8         Q. Okay.  How long did you know him
 9    before that time?
10         A. Two years, three years.
11         Q. What about Mr. Shin, how long
12    did you know him for?
13         A. I don't know that.
14         Q. When did you start working for
15    Noah Bank?
16         A. Since 2012.
17         Q. And do you work in the Fort Lee,
18    New Jersey, office?
19         A. Yes.
20         Q. And so does Mr. Shin?
21         A. Yes.
22         Q. Do you socialize outside of
23    work?
24         A. With myself or?
25         Q. With you and Mr. Shin.
```



```
 1                         J. KIM
 2        A. Not much.
 3        Q. But occasionally?
 4        A. Like, rarely.
 5        Q. Do you consider him a friend or
 6   more of a business associate or both?
 7        A. Both.
 8        Q. Okay.  All right.
 9           So when Mr. Park took Mr. Shin
10   out, how long were you in that room
11   before that happened, how many minutes?
12        A. Probably like hour and a half,
13   two hours.
14        Q. Before he left?  Before Mr. Shin
15   left with Mr. Park, how long were you
16   in the room for?
17        A. 10 or 15 minutes.
18        Q. Okay.  During those 10 or 15
19   minutes, how much did you see Mr. Shin
20   drink?
21        A. Not much but -- it was a very
22   short time period so, like, three to
23   four, I don't recall exactly.
24        Q. Three to four shots?
25        A. He had a lot of drinks.  I can't
```



```
 1                    J. KIM
 2    tell you exactly how many shots he had.
 3         Q. Was that just from that one
 4    bottle when you walked into the room?
 5         A. Yes.
 6              MR. WEISSLER:  Was that
 7         within the 15 minutes he had
 8         three to four shots?
 9              MS. BERKOWITZ:  Yes.
10         Q. What did CPA Park tell Mr. Shin
11    before they walked out together?  You
12    said that he wanted him to meet some
13    potential clients?
14         A. Yeah.
15         Q. Do you remember anything else
16    about the conversation?
17         A. No.
18         Q. So then CPA Park left with
19    Mr. Shin?
20         A. Yes.
21         Q. And you stayed in there with
22    Chung Lee?
23         A. Chung Lee and other party, I
24    don't have his name.
25         Q. Did you know Chung Lee before
```



```
 1                         J. KIM
 2    that night?
 3         A.  I met him once.
 4         Q.  And where was that?
 5         A.  In Flushing.
 6         Q.  Was that a business meeting or a
 7    social gathering?
 8         A.  No, we had a company dinner at
 9    his restaurant where Chung Lee
10    operated.
11         Q.  All right.
12             Now, when Mr. Park left with
13    Mr. Shin, they went into the room where
14    Young Lee was?
15         A.  I think so.
16         Q.  Do you know who else was in
17    there?
18         A.  There was one more guy.
19         Q.  Do you know his name?
20         A.  No.
21         Q.  How long were Mr. Park and
22    Mr. Shin gone for?
23         A.  Hour and a half.
24         Q.  During that period of time, did
25    you ever go into the room to check on
```



MAGNA
LEGAL SERVICES

Page 21

```
 1                    J. KIM
 2    Mr. Shin?
 3         A. No.
 4         Q. You stayed in your room?
 5         A. Yes.
 6         Q. What did you do in your room?
 7         A. Just sit there and wait until
 8    Mr. Shin comes back.
 9         Q. Did you ever hear of any arguing
10    or screaming or any problems?
11         A. No.
12         Q. While you were in your room, was
13    the second bottle of alcohol ordered?
14         A. I don't recall that.
15         Q. And how much did you drink
16    during the hour and a half?
17         A. I didn't drink.
18         Q. You stopped drinking after you
19    took that one shot?
20         A. Yes.
21         Q. And you were sober?
22         A. Mhmm.
23         Q. Yes?
24         A. Yes.
25         Q. During the hour and a half that
```



```
 1                    J. KIM
 2    Mr. Shin was in with Mr. Park and
 3    Mr. Young Lee, do you know how much
 4    Mr. Shin drank during that hour and a
 5    half?
 6         A. I don't know.
 7         Q. When for the next time did you
 8    see Mr. Shin?
 9         A. I went into -- into the room
10    where Mr. Shin's staying to let him
11    know we're leaving to see whether
12    Mr. Shin wanted to leave.
13         Q. And what did he say?
14         A. He said he wanted to leave.
15         Q. What did you observe when you
16    went into that room?
17         A. They were sitting together.
18         Q. Who was sitting together?
19         A. Mr. Shin and Mr. Lee on the
20    other side and the other party was in
21    there sitting.  Three people -- three
22    guys were sitting in that room.
23         Q. Daniel Park was there also?
24         A. Daniel Park wasn't in the room.
25         Q. Where was he?
```



Page 23

```
 1                    J. KIM
 2         A.  I don't know.
 3         Q.  You didn't --
 4         A.  I think he went back to my room
 5    for that hour and a half time period.
 6         Q.  When you went into the room, you
 7    saw Mr. Shin, Young Lee, and who?
 8         A.  The other guy, I don't have that
 9    name.
10         Q.  Do you know who the other guy
11    was?
12         A.  I think he was the other
13    business owner, I don't know.
14         Q.  When you went in, what did you
15    observe?
16         A.  They were just sitting and
17    relaxing.
18         Q.  Did you notice any problems?
19         A.  I don't see any problems(sic).
20         Q.  Did Mr. Shin appear intoxicated
21    to you?
22         A.  Seems like it, yes.
23         Q.  What did you base that on?
24         A.  He was so relaxed.
25         Q.  Relaxed?
```



Page 24

                              J. KIM

1

2        A. He was sitting back like that

3    (indicating).

4        Q. Indicating back on the couch?

5        A. Yes.

6        Q. Did he seem angry or upset or

7    agitated?

8        A. No.

9        Q. What else, besides him being

10   relaxed, which led you to believe he

11   was intoxicated?

12       A. That's about it.

13       Q. What about Young Lee, did you

14   observe anything about him?

15       A. No, I didn't have a chance to

16   see him because I got into the room and

17   I asked for Mr. Shin to leave and he

18   said, "Okay.  We'll leave," and I took

19   him out.

20       Q. Did you see Mr. Lee consume any

21   alcohol that night?

22       A. At the time I didn't recognize

23   it but there were silver bottles on

24   their table, seems like they been

25   drinking.



Page 25

                         J. KIM
1
2              MS. BERKOWITZ:  Move to
3      strike anything nonresponsive.
4      Q. Did you witness Mr. Young Lee
5   drinking any alcohol?
6      A. I didn't see him drink.
7      Q. Okay.  So besides for seeing
8   Mr. Shin relaxing, did you notice
9   anything else in that room at that time
10  when you walked in?
11     A. No.
12     Q. Did you notice any arguing or
13  fighting or anything like that?
14     A. No.
15     Q. Okay.  When you came into the
16  room and asked Mr. Shin if he wanted to
17  leave, what did he say?
18     A. He said he wanted to leave.
19     Q. Then what happened?
20     A. I take him out and we walked
21  through the hallway.
22     Q. What do you mean "take him out,"
23  did you escort him?
24     A. Yeah, I helped him out to stand
25  and then we walked out together.



Page 26

                              J. KIM

1

2       Q. Why'd you help him to stand?

3       A. He seems very tired.

4       Q. Was he also intoxicated?  Is

5   that why you helped him?

6       A. I believe so, yes.

7       Q. After you helped him stand, what

8   did you do next?

9       A. We walked out of the door with

10  Chung Kane Lee and we all three walked

11  in the hallway toward the exit and

12  Mr. Lee followed out.

13      Q. Mr. Young Lee?

14      A. Young Lee, the guy who kicked

15  Mr. Shin, and he's following us and we

16  were standing at the platform at the

17  right front of the stairway.

18      Q. Do you know why he was following

19  you out?

20      A. I don't know.

21      Q. When you were walking Mr. Shin

22  out with Chung Lee, was there any

23  arguing?

24      A. No.

25      Q. Was Mr. Shin being loud or



Page 27

```
 1                    J. KIM
 2   verbally aggressive or anything?
 3        A. No, not really.
 4        Q. What do you mean "not really"?
 5        A. I'm sorry, your question again.
 6        Q. Was Mr. Shin -- when you were
 7   walking out -- was he yelling or
 8   cursing or being angry or anything?
 9        A. No.
10        Q. Okay.  So you were just walking
11   out normally and you were helping
12   Mr. Shin, and Young Lee followed you?
13        A. Yes.
14        Q. Do you know why he followed you?
15        A. I don't know.
16        Q. Was he saying anything?
17        A. He's the guy who was yelling and
18   talk loud(sic).
19        Q. What was he yelling?  What were
20   his words?
21        A. I don't remember what he was
22   saying.  He was mumbling and his
23   pronunciation wasn't clear enough for
24   me to hear and I was helping Mr. Shin
25   too, you know, walk out of the
```



```
 1                      J. KIM
 2    hallway -- walking him through the
 3    hallway, so I really don't know.
 4         Q. Was he speaking English or
 5    Korean?
 6         A. Speaking Korean.
 7         Q. Do you speak Korean?
 8         A. I do.
 9         Q. Do you understand any words of
10    what he was saying?
11         A. He kept saying, "Why are you
12    leaving?"
13         Q. Okay.  Did anybody respond to
14    that?
15         A. No, we wanted to go home.  I
16    think Mr. Shin responded, "I want to go
17    home."
18         Q. What was Shin's tone when he
19    said that?
20         A. Very casual.
21         Q. Did Young Lee say anything in
22    response to that?
23         A. I don't quite recall.
24         Q. When you got to the landing,
25    what happened?
```


MAGNA
LEGAL SERVICES

Page 29

```
 1                      J. KIM
 2         A. And I guess he tried to close --
 3         Q. Who?
 4         A. Young Lee.
 5         Q. Tried to what?
 6         A. Getting close to Mr. Shin and
 7   since his behavior and, you know,
 8   acting like a drunk guy, so I and
 9   Mr. Chung Kane Lee were probably in the
10   same position to block him away from
11   Mr. Shin.
12         Q. Who was acting like a drunk guy?
13         A. Mr. Lee.
14         Q. What was he doing, acting like a
15   drunk?
16         A. His behavior, yelling, "Why are
17   you leaving," something like that.  I
18   think they had some conversation at the
19   platform right in front of the
20   stairway.
21         Q. Who had the conversation?
22         A. Mr. Lee and Mr. Chin and Chung
23   Kane Lee.
24         Q. What was the conversation?
25         A. Still --  I remember him still
```



```
 1                    J. KIM
 2    saying, "Why are you leaving?"
 3         Q. And that was basically what you
 4    recall?
 5         A. Yes.
 6         Q. What were you doing on the
 7    landing?
 8         A. I was trying to stay away from
 9    Mr. Shin(sic).
10         Q. Why were you trying to stay away
11    from Mr. Shin?
12         A. Because it seems like his
13    behavior wasn't really normal.
14         Q. Shin?
15         A. No, Young Lee.
16         Q. What do you mean by not normal?
17         A. Because he's yelling and asking
18    the same questions over again.
19         Q. What was Mr. Shin doing while
20    Mr. Lee was yelling?
21         A. He said -- well, in question to
22    "Why are you leaving," he said, "I want
23    to go home," and that was the part that
24    I remember.
25         Q. Okay.  Can you see Mr. Shin give
```



```
 1                    J. KIM
 2    Young Lee the finger?
 3         A. Yes.
 4         Q. Okay.  Do you know why he did
 5    that?
 6         A. I don't know, maybe some sort of
 7    disagreement between two of them, I
 8    don't know.
 9         Q. What was the disagreement for
10    why you were going home?
11         A. I don't know.
12         Q. What was Chung Lee doing during
13    this time?
14         A. He's trying to -- same situation
15    as I did(sic).  He was trying to block
16    him away from Mr. Shin and he's hugging
17    and I think shaking hands at the time,
18    Mr. Chung Lee with Young Lee.
19         Q. Do you know why he was doing
20    that?
21         A. I don't know, I think Chung
22    Kane Lee known him a very long time
23    ago, like met him once or twice before.
24         Q. When did Chung Lee tell you
25    that, after this incident?
```



1                      J. KIM

2       A. Yeah.

3       Q. Did you know that at the time?

4       A. Yeah.

5       Q. So besides from Chung Lee,

6   Young Lee, and you, was there anybody

7   else on the landing?

8       A. I think only four persons were

9   there.

10       Q. How long did this exchange go on

11   when the four of you were on the

12   landing before the incident?

13       A. It was very quick, not too long,

14   less than five minutes.

15       Q. Okay.  And what do you recall

16   happening right before Mr. Shin fell?

17       A. Well, same thing, that they're

18   talking and I'm just concentrating on,

19   you know, trying to block him away a

20   little bit.

21       Q. Were you doing anything

22   physically?

23       A. No, I was just standing in the

24   middle.

25       Q. With your body?



1                       J. KIM

2          A. Yes, between Young Lee and

3     Mr. Shin.

4          Q. And then what happened?

5          A. And then he fell.

6          Q. What's the last thing you

7     remember happening before Mr. Shin

8     fell?

9          A. Chung Kane Lee and I stay in the

10    middle between Young Lee and Mr. Shin

11    and they were talking and somehow

12    Mr. Shin fly down -- I mean he fell

13    down to the stairway and I got really

14    surprised and shocked and I followed

15    Mr. Shin downstairs and called the

16    waiter -- or the employee in the

17    karaoke bar called 911.

18         Q. How did you get the employee?

19         A. I called him, I think they

20    walked out.

21         Q. And then you told the

22    employee --

23         A. To call 911.

24         Q. And then the police arrived?

25         A. And then I asked him to call



Page 34

```
 1                    J. KIM
 2   both 911 and police officer(sic).
 3        Q. Okay.  When the police officer
 4   arrived, did you talk to the police
 5   officer?
 6        A. Yes.
 7        Q. Did they ask you any questions?
 8        A. He was asking what happened and
 9   I explained.
10        Q. What did you explain?
11        A. We were -- like same situation.
12   We were in the room and then Mr. Shin
13   went to other room for I think a
14   business purpose and then I take him
15   out and then he followed and then he
16   kicked him.
17        Q. Did you see -- who kicked who?
18        A. Young Lee kicked Mr. Shin.
19        Q. How do you know that?
20        A. Because I -- I kind of feel it.
21   I didn't really see where he kicked but
22   his leg -- something was on my side.  I
23   was standing on the left side and Chung
24   Lee was on the right side and between
25   us there's something moving through my,
```



```
 1                    J. KIM
 2  you know, right side, and Mr. Shin got
 3  fell(sic).
 4       Q. You didn't see him kick?
 5       A. I didn't see him kick.
 6       Q. But you saw something?
 7       A. I feel it, I feel his movements.
 8       Q. What did you feel?
 9       A. Something go through on my side,
10  my right side.
11       Q. Did you see what went through?
12       A. Not really, I was seeing his
13  face, Young Lee at the time.
14       Q. Right?
15       A. So if you're asking me if Lee
16  really kicked him, did I see it?  No.
17       Q. Did you ever bump into Mr. Shin
18  before he fell?
19       A. No.
20       Q. We previously marked an invoice
21  or receipt as Exhibit C on February
22  1st, 2019, have you ever seen that
23  before?
24       A. No.
25       Q. I'm going to represent to you
```



1                         J. KIM

2    that this is the receipt for

3    Young Lee's room.  Okay?

4         A.  Okay.

5         Q.  Do you know who paid that bill?

6         A.  I don't know.

7         Q.  Did you?

8         A.  I didn't pay it.

9         Q.  Did Mr. Shin?

10        A.  I don't know.

11        Q.  Okay.  Mr. Shin testified at his

12   deposition that he usually has about a

13   thousand or $1,100 in his wallet and

14   when he woke up at the hospital, it

15   wasn't in there; do you know what

16   happened to his money?

17        A.  I don't know.

18        Q.  Do you know if he paid this

19   bill?

20        A.  I don't know.

21        Q.  Some time after this incident

22   happened, did Mr. Shin come back to

23   work?

24        A.  After the incident?

25        Q.  Right.



1                    J. KIM

2       A. Yes, he came back to work, yes.

3       Q. And when he came back to work,

4  did he have the same duties as he did

5  before he left?

6       A. Not really.  Not normally; he

7  doesn't participate in his business

8  operations since he's Executive

9  Officer.  Our bank is a small, Korean

10  community bank and most likely, even

11  though there's a lot of employees

12  there, Chief Executive Officer duty is

13  very important to run the bank because

14  he made all the big decisions but

15  during his absence period, I think he's

16  been absent for, I don't quite recall

17  how long, probably like three months or

18  four months or five months or so, so

19  everything was delayed.

20            After he came back he had to go

21  to Philadelphia for treatment and going

22  forward -- you know, like over a year I

23  guess and back and forth driving two

24  hours and back is probably four hours

25  driving twice a week and I believe he



```
 1                    J. KIM
 2   had another surgery recently, like two
 3   weeks before.
 4        Q. Did the bank hire anyone to
 5   fulfill his duties?
 6        A. For the Chief Executive
 7   position?
 8        Q. Right.
 9        A. No.
10        Q. So who, if anyone, performed
11   those duties during Mr. Shin's absence?
12        A. I believe Chairman of the
13   Bank -- not his full duties of
14   Mr. Shin's work but he came to the bank
15   more often compared to previous and we
16   have a number of Executive Officers to
17   run the bank but some decisions need to
18   be made by the Chief Executive.  No one
19   can take over Mr. Shin's position.
20        Q. So is Mr. Shin back working as
21   the President and the CEO now?
22        A. Yes.
23        Q. And have you noticed any
24   difference in his performance?
25        A. Well, he's getting tired very
```



```
 1                        J. KIM
 2    easily compared to previous to the
 3    incident(sic).
 4         Q. Anything else that you observed?
 5         A. He's -- well, his number one
 6    talent was good memory and I think he's
 7    losing some memories after the
 8    incident.  I don't know if it's caused
 9    by the incident happening but.
10         Q. And have you reported that to
11    anybody at the bank?
12         A. About my feeling?
13         Q. Right.
14         A. No.
15         Q. And are you still friendly with
16    Mr. Shin?
17         A. Well, I'm not -- I can't say
18    it's friendly but we're good
19    relationship as a business, you know,
20    the Chief Executive Officer and the
21    employee(sic).
22         Q. So you're an employee of the
23    bank not of Mr. Shin, right?
24         A. Correct.
25         Q. Okay.  Now, without telling me
```



Page 40

                              J. KIM

1

2    the substance of anything that you

3    might have said, did you give your

4    attorneys any written statements?

5         A. No.

6         Q. Did you give any recorded

7    statements into a tape recorder?

8         A. No.

9         Q. Did you give any video

10   statements?

11        A. No.

12        Q. Did you tell Mr. Shin you were

13   coming here today?  Did you discuss

14   your deposition with him?

15        A. Yes, well, I didn't discuss but

16   I told him I'm going to a deposition.

17   I need his permission to leave the

18   bank.

19        Q. Did he say anything to you about

20   what type of questions would be asked

21   or anything like that?

22        A. No.

23        Q. Did he give you any instructions

24   as what to say, what not to say?

25        A. No.



Page 41

1                        J. KIM

2                MS. BERKOWITZ:  Do you want

3        to show the video?

4                MS. NICOLAOU:  Whatever you

5        want me to do.

6                MS. BERKOWITZ:  Yeah.  You

7        can show it.

8    EXAMINATION

9    BY MS. NICOLAOU:

10        Q. Good morning, Mr. Kim.  My name

11     is Carmen Nicolaou.  I represent

12     several individuals in this action that

13     Mr. Shin has commenced, who owned the

14     property at the time of Mr. Shin's

15     accident.  I'm going to ask you a

16     couple of follow-up questions.  I'll

17     try not to repeat myself.  Please wait

18     for the questions to be fully asked

19     before answering it.  We can't talk

20     over each other; you did a pretty good

21     job with Counsel over here so I'm sure

22     it's not going to be an issue.

23                If you don't understand a

24     question, please let me know.  I'll be

25     happy to rephrase the question for you.



Page 42

```
 1                    J. KIM
 2     If you answer the question, I can only
 3     assume you understood it, okay, so it's
 4     important to let me know if you're not
 5     sure what I'm asking.  Okay?
 6          A. Okay.
 7          Q. Your primary language is Korean,
 8     correct?
 9          A. Yes.
10          Q. But I see your fluent in
11     English, right?
12          A. Yeah, if you feel that way.
13          Q. Do you agree that you're fluent
14     in English?
15          A. I'm okay with English, I
16     understand.
17          Q. You understand questions -- you
18     understand all the questions that was
19     asked by prior Counsel, right?
20          A. Correct.
21          Q. You can read and write English?
22          A. Yes.
23          Q. And prior to coming here today,
24     did you review any documents in
25     preparation for today's deposition?
```



Page 43

```
 1                        J. KIM
 2       A. No.
 3       Q. But you met with your attorney
 4  prior to today's deposition to prepare,
 5  correct?
 6       A. No, I just arrived a little
 7  earlier so I met him just for the
 8  greeting purpose.
 9       Q. For greeting purpose?
10            MR. WEISSLER:  Is that the
11       gentleman sitting to your right.
12            THE WITNESS:  Yes.
13       Q. That's the one who's sitting
14  with you --
15       A. Yes, and also Robert Basil, he's
16  sitting in his office.
17       Q. Is he in his office now?
18       A. Yes.
19       Q. Mr. Kim, let me just clear up,
20  you had the vehicle but you were not
21  considered the designated driver; is
22  that right?
23       A. I'm not the designated driver.
24       Q. So it wasn't that when you went
25  out to dinner -- you and Mr. Shin went
```



Page 44

                              J. KIM

1
2    out to dinner, in New Jersey, it wasn't
3    agreed to that you would be the
4    designated driver?
5         A. That is correct, I'm the one who
6    brought the car to the restaurant.
7         Q. And from there you drove
8    Mr. Shin to the karaoke bar?
9         A. Yes.
10        Q. Now, I understand you were
11   brought into one room where CPA Park
12   was in; is that right; the 1st room?
13        A. Yes.
14        Q. And is that where Mr. Park was
15   in the first room or was it where
16   Mr. Chung Lee was in the first room?
17        A. Chung Lee and CPA Park and other
18   person, I don't have his name right
19   now; three people were in the room and
20   Mr. Shin and I went into that room.
21        Q. The first room you entered was a
22   room where Mr. Chung Lee was in, CPA
23   Park was in, and an individual you
24   don't know the name; is that right?
25        A. Yes.



Page 45

                              J. KIM

1

2       Q. So it was you, those three

3    individuals(sic), Mr. Shin, and

4    yourself?

5       A. Yes.

6       Q. And that was about for 10 to 15

7    minutes?

8       A. 10, 15 minutes, yes.

9       Q. And at that point, Mr. Shin left

10   that room?

11      A. If I remember correctly,

12   Mr. Park left the room first and then

13   he came back to our room to take

14   Mr. Shin out.

15      Q. And the purpose of that was to

16   introduce Mr. Shin to someone else?

17      A. Yes.

18      Q. And do you know who that person

19   was?

20      A. I didn't know at the time.

21      Q. Do you know who it is today?

22      A. Mr. Lee -- Young Lee.

23      Q. Mr. Young Lee?

24      A. Yes.

25      Q. And when Mr. Shin left with



Page 46

```
 1                    J. KIM
 2    Mr. Park to go into another room, you
 3    remained behind the entire time for an
 4    hour and a half?
 5         A. Yes.
 6         Q. And in that hour and a half,
 7    Mr. Chung Lee was in that room?
 8         A. Yes.
 9         Q. And the other individual, you
10    don't remember the name of right?
11         A. Yes.
12              MS. NICOLAOU:  Do you have
13         the other (pointing)?
14              MS. BERKOWITZ:  Yes.
15         Q. I'm going to show you what's
16    been previously marked Defendant's
17    Exhibit B, dated February 1st, 2019.
18              Now, this had been testified to
19    that this particular bill or tab was
20    for the room that you were in with
21    Mr. Chung Lee and individual -- the
22    room that you first entered.  And I
23    understand that you also read Korean;
24    is that right?
25         A. Yes.
```



MAGNA
LEGAL SERVICES

Page 47

```
 1                    J. KIM
 2        Q. Can you tell me what's written
 3   on top?
 4        A. Seems to me it's a name -- a
 5   person's name; it says "Siyun Young."
 6             MR. COHEN:  Could you spell
 7        those names, please?
 8             THE WITNESS:  Spell.
 9        Q. Why don't we do this, there was
10   one name that's circled; is that right?
11        A. Yes.
12        Q. What's that name?
13        A. S-I-Y-U-N.  I just give you the
14   spelling as you pronounce it.  I don't
15   know the exact spelling but that's
16   Siyun definitely.
17        Q. To your understanding, that's a
18   woman's name?
19        A. That's a woman.
20        Q. Was there a woman in the room?
21        A. Yes.
22        Q. Was that the person you didn't
23   know or another person?
24        A. It's a different person.
25        Q. How many people were in that
```



Page 48

1                    J. KIM
2    room in total?
3         A. Well, at the time I got into the
4    room there was just Chung Kane Lee and
5    other guy, which I don't know the name
6    exactly, and CPA Park was there; only
7    three persons were there.  Myself and
8    Mr. Shin got into the room and later
9    on, some ladies came into the room.
10        Q. Okay.  Who were those ladies?
11        A. Who were those ladies?
12        Q. Yes.  Who were those ladies?
13        A. Their employee.
14        Q. What were they doing in that
15   room?
16        A. Like service; drinking, you
17   know, pour the drinks in the glass and,
18   you know, service.
19        Q. And immediately to the right of
20   the name that was circled; what is that
21   name?
22        A. Eve.
23        Q. Eve?
24        A. Eve.
25        Q. Is that another woman?



Page 49

```
 1                    J. KIM
 2      A. Yes.
 3           MR. WEISSLER:  Spell that.
 4           MS. NICOLAOU:  E-V-E.
 5           THE WITNESS:  E-V-E, maybe.
 6      Q. Okay.  And to the right of that?
 7      A. Yuju, Y-U-J-U.
 8      Q. Is that a female's name?
 9      A. Seems like it.
10      Q. The one next to it?
11      A. Seyung, S-E-Y-U-N-G.
12           MR. WEISSLER:  Is that also
13      a woman?
14           THE WITNESS:  I believe so,
15      I don't know -- I don't know.
16      Q. It says "10:45," you see that?
17      A. Yes.
18      Q. Can you tell me what's written
19      underneath?
20      A. It says, "Jason and Mr. Shin."
21      Q. Jason is who?
22      A. I don't know, I think maybe the
23      other guy that I don't know.
24      Q. And the other name is Mr. Shin?
25      A. Mr. Shin.
```



```
 1                    J. KIM
 2         Q. Is it because they were sharing
 3    a room -- to your knowledge, was
 4    Mr. Shin sharing a room with another
 5    person?
 6         A. No, the other person is relative
 7    other parties -- Chung Kane Lee maybe,
 8    the guy.  I don't know who Jason is
 9    exactly but I don't know why they put
10    those names on the invoices(sic).
11         Q. Do you know who took care of
12    this particular tab?
13         A. Particular tab of the whisky?
14         Q. No -- with the tab for this
15    room.
16         A. I don't know.
17         Q. When you left that room, do you
18    know if the bill was given to be taken
19    care of?
20         A. I don't know.
21         Q. You didn't personally take care
22    of the bill?
23         A. I didn't, no.
24         Q. You didn't observe anyone else
25    taking care of the bill?
```



Page 51

```
 1                    J. KIM
 2        A.  I don't know.
 3        Q.  You don't know if you observed
 4   or you did not observe?
 5        A.  I don't know, I did not observe
 6   anything.
 7        Q.  In other words, did you see
 8   anyone taking care of this particular
 9   bill?
10        A.  No.
11        Q.  Or a bill of any bill that came
12   into that room?
13        A.  No.
14        Q.  The room that you were in?
15        A.  No.
16        Q.  Okay.  And you remained in that
17   room consistently for an hour and a
18   half about?
19        A.  Maybe back and forth to the
20   bathroom and I was really bored at that
21   time, so I stepped out for a second and
22   I had a cigarette and I don't know
23   what's happening during my
24   absence(sic).
25        Q.  When you smoke for -- when you
```



Page 52

```
 1                      J. KIM
 2   smoked, where did you go; outside the
 3   building?
 4        A. There's one small door out -- I
 5   could go into the out, there's a
 6   stairway different to where we exited.
 7        Q. Okay.  That you can --
 8        A. Yeah, I can have smoke there.
 9        Q. Okay.  Other than leaving the
10   room to use the bathroom and leaving
11   the room to smoke, you were pretty much
12   in that room for an hour and a half; is
13   that right?
14        A. Right.
15        Q. So you didn't see Mr. Shin at
16   all for an hour and a half, right?
17        A. Correct.
18        Q. And the first time you saw
19   Young Lee was when you went in to see
20   Mr. Shin and asked if he wanted to
21   leave?
22        A. Yes.
23        Q. Okay.  Now let's talk about
24   that.  You left that room and you went
25   straight to the other room?
```



Page 53

1                           J. KIM

2          A. Yes.

3          Q. How did you know which room to

4    go to?

5          A. I was following Chung Kane Lee

6    at the time.

7          Q. Okay.  So you and Mr. Lee left

8    together?

9          A. Yes.

10         Q. Chung Lee?

11         A. Yes.

12         Q. And you left together and

13   Mr. Chung Lee took you to the second

14   room?

15         A. I don't quite recall for -- I

16   was just following Chung Kane Lee and

17   then we got into that room and Mr. Shin

18   was there.

19         Q. Okay.  Now, I know you said you

20   left the first room a couple of times

21   to smoke a cigarette and just to use

22   the restroom, did you observe Mr. Chung

23   Lee use that rest room for any reason?

24         A. I don't recall, you know, within

25   the hour and a half they could be in



Page 54

```
 1                    J. KIM
 2   and out.  I can't really, you know,
 3   track down.
 4        Q. You have no recollection one way
 5   or the other if Mr. Chung Lee left that
 6   room?
 7        A. No.
 8        Q. When you entered the second room
 9   where Mr. Shin was at, did you enter
10   that room with Mr. Chung Lee?
11        A. Yes.
12        Q. And when you entered that room,
13   you observed Mr. Shin sitting on the
14   couch?
15        A. Yes.
16        Q. Looking relaxed I think you said
17   and laid back?
18        A. Yes.
19        Q. And was Mr. Young Lee in that
20   room?
21        A. Yes.
22        Q. Okay.  Where was he?
23        A. He was on the other side of the
24   chair, couch.
25        Q. Was there anybody else in that
```



Page 55

                           J. KIM

1    room other than Mr. Young Lee and

2    Mr. Shin?

3         A. There's a one guy, another one

4    guy there, and one lady was in that

5    room.

6         Q. Okay.  Was anyone passed out on

7    the couch?

8         A. "Passed out" means like

9    sleeping?

10        Q. Sleeping.

11        A. No.

12        Q. Everybody was awake?

13        A. Everybody was awake, yes.

14        Q. Well, everybody was having a

15   conversation?

16        A. Well, they were quiet when I got

17   into that room because they were

18   looking at me like who you are

19   maybe(sic).

20        Q. Nobody was arguing, no bottles

21   were being thrown, it was a pretty calm

22   room; is that fair to say?

23        A. Yes.

24        Q. And just to be clear, nobody was



Page 56

1                         J. KIM
2    passed out on the couch?
3         A. No.
4         Q. And the first room you were in,
5    was anybody passed out on the couch?
6         A. I don't recall.
7         Q. Do you recall -- CPA Park, was
8    he passed out?
9         A. I think he was asleep, the first
10   room.  Let's make it "first room" and
11   "second room" -- first room.
12        Q. Mr. Park was not in the same
13   room as Mr. Shin?
14        A. Actually, Mr. CPA Park took
15   Mr. Shin out to that room, too, and I
16   think after he came back by himself.
17        Q. And he came back by himself and
18   he stayed in that room?
19        A. Room one, yes.
20        Q. Room one.  So he didn't stay in
21   room two for any long period of time?
22        A. Not for hour and a half, two
23   hours.
24        Q. And at the time you went to see
25   Mr. Shin, CPA Park wasn't in there?



Page 57

```
 1                    J. KIM
 2      A. Wasn't in there.
 3      Q. You helped Mr. Shin off the
 4  couch?
 5      A. Yes.
 6      Q. Would it be fair to say that
 7  Mr. Shin is not a small guy?
 8      A. Well, I can't -- I pretty strong
 9  enough.
10      Q. I didn't ask about your
11  strength.  Mr. Kim, I'm asking about
12  Mr. Shin, he's not a small guy, right?
13      A. Not a small guy.
14           MR. WEISSLER:  How tall was
15      he?
16           THE WITNESS:  Same tall as
17      I, like 5'10.
18      Q. But heavier?  And I say that
19  coming from another person who's heavy.
20      A. He's heavier.
21           MR. WEISSLER:  What did
22      Mr. Shin weigh approximately?
23           THE WITNESS:  I don't know,
24      like 200 pounds, I don't know.
25           MR. WEISSLER:  How much do
```



Page 58

```
 1                    J. KIM
 2     you weigh?
 3           THE WITNESS:  165.
 4           MR. WEISSLER:  How much
 5     heavier is he than you?
 6           THE WITNESS:  I don't know.
 7           MS. NICOLAOU:  Are you done?
 8     Thank you.
 9     Q. When you helped Mr. Shin off the
10     couch, did you grab him by both hands?
11     A. I think I just had my both hands
12     grab his one arm to help him up.
13     Q. When you walked out of the room,
14     did you maintain support of Mr. Shin?
15     A. From time to time I let him go,
16     grab him, let him go, grab him.
17     Q. That's because he was --
18     A. He was kind of, yeah --
19     Q. You got to let me finish the
20     question.
21     A. I'm sorry about that.
22     Q. As much as it sounds like a
23     conversation, it's not a conversation,
24     it's a question and answer.  Okay?
25     A. Okay.
```



                              J. KIM

1

2        Q. So you would assist Mr. Shin

3    from time to time, and is it because he

4    was wobbly on his feet, not steady on

5    his feet?

6        A. That I cannot say.  His feet

7    wasn't really, you know, wobbly but I

8    was worried.  I feel that he was drunk

9    so I was trying to help him out if he

10   need it, so I was kind of paying

11   attention so I can grab him right away,

12   so I was really focusing on him.

13       Q. When you were focusing on him,

14   did you observe him to be steady or did

15   you observe him to be --

16       A. A little bit, yes.

17       Q. His balance being a little bit

18   off?

19       A. I mean he can -- based on my

20   recollection and I think he's been --

21   he's walking himself, you know.

22       Q. Okay.  So your recollection was

23   he was walking in a stable and steady

24   manner?

25       A. I believe so and I was just



Page 60

```
 1                    J. KIM
 2    worried, he looks like he was drunk so
 3    if he needed it, I was going to help
 4    him right away, so I was focusing on
 5    him.
 6         Q. Mr. Shin, he's considered your
 7    boss, correct?
 8         A. Yes.
 9         Q. Meaning he can fire you, hire
10    you; is that right?
11              MR. COHEN:  Object to the
12         form of the question.
13         Q. He can fire you if he waned to;
14    is that correct?
15         A. Not by himself but he needs
16    reason.
17         Q. But he did have the power to
18    fire you?
19         A. He can make the decision.
20         Q. How long have you worked at
21    Noah Bank?
22         A. Now it's approaching the seventh
23    year.
24         Q. And did you know Mr. Shin before
25    you started working for Noah Bank?
```



Page 61

1                    J. KIM

2        A. No.

3        Q. Had you ever gone out with

4   Mr. Shin before that night?

5        A. Before that night?

6        Q. Yes.

7        A. Yes, not many times but, yes.

8        Q. Have you gone out with Mr. Shin

9   when alcohol was being served?

10       A. Not this kind of place but, yes,

11  other places.

12       Q. Have you gone out with Mr. Shin

13  where he consumed alcohol to the point

14  where he became intoxicated?

15       A. I don't see much, actually, I

16  don't know.  I don't go out with him

17  unless it's a company dinner or stuff.

18       Q. If I were to tell you that

19  there's been testimony that Mr. Shin,

20  when he drinks -- when he used to

21  drink, he would always drink to excess,

22  would that be a fair and accurate

23  description of Mr. Shin's habits?

24       A. I don't know, that's Mr. Shin's

25  habits.



Page 62

J. KIM

1

2     Q. You've never observed Mr. Shin
3     drink to excess, prior to that night?
4     A. I really -- I don't know.
5     Q. You don't know?
6     A. I don't know.
7     Q. Have you ever been considered a
8     designated driver or driver for
9     Mr. Shin?
10    A. No.
11    Q. On prior occasions other than
12    that night?
13    A. No.
14    Q. Okay.  And when you assisted
15    Mr. Shin off the couch and walked him
16    out of the room, did Mr. Chung Lee
17    follow you?
18    A. Yes, we were together.
19    Q. Was Mr. Chung Lee walking or
20    escorting you and Mr. Shin out?
21    A. We were together actually, yeah.
22    Q. When you arrived to the karaoke
23    bar, how did you -- I think it's pretty
24    much agreed to that it's on the upper
25    level.  There was a staircase leading



```
 1                    J. KIM
 2   to the upper floor; is that right?
 3        A. Yes.
 4        Q. When you arrived that night, how
 5   did you go to the second floor?
 6        A. I think we had to use the
 7   stairway.
 8        Q. Use the stairway?
 9        A. Yeah.
10        Q. Okay.  Are you familiar whether
11   or not there was an elevator at the
12   premises?
13        A. I didn't know.
14        Q. Okay.  Did Mr. Shin ever say to
15   you that night before arriving that he
16   would rather take the elevator?
17        A. No.
18        Q. So would it be fair to say that
19   when you were leaving that night, your
20   plan was to go down the stairway that
21   you went up?
22        A. Yes.
23        Q. And this was your first time at
24   the premises?
25        A. Yes.
```



Page 64

                          J. KIM

1

2     Q. All right.

3           MS. NICOLAOU: Off the

4     record.

5           (Whereupon, a discussion was

6     held off the record.)

7     Q. Okay. Mr. Kim, I'm going to

8  show you a video that was previously

9  marked -- electronically marked as

10 Exhibit 1 on March 14th, 2019. Have

11 you seen a video of the security

12 footage capturing the incident

13 involving Mr. Shin?

14     A. I saw once, yes.

15     Q. How long ago?

16     A. That's about -- that's a pretty

17 long time ago.

18     Q. Is it your testimony that it was

19 only you, Mr. Shin, Mr. Young Lee, and

20 Mr. Chung Lee on that landing?

21     A. I think so, yeah.

22     Q. Okay. We're going to play this.

23 The video is about two minutes and 22

24 seconds long(sic) -- two minutes and 23

25 three seconds long, excuse me. I'm



Page 65

1                          J. KIM

2    going to hit play.

3             Now, can you tell me who's who

4    in this video?

5             I stopped it at six seconds into

6    the video.

7         A. Okay.  The left one is Chung

8    Kane Lee.

9         Q. So he's the one closest to the

10   wall, right?

11        A. Yes, and Mr. Shin.

12        Q. And Mr. Shin -- we're going to

13   play it again.  Now, there's a

14   gentleman here that's wearing a black

15   blazer, green shirt, and glasses, do

16   you see that?  It looks like an older

17   gentleman.  I stopped it at 11 seconds

18   into the video.

19        A. Okay.

20        Q. Do you know who that person is?

21        A. I think it's the guy who I don't

22   have the name where we stayed together

23   in the room, room one.

24        Q. Now, he then goes off camera; is

25   that fair to say?



Page 66

```
 1                      J. KIM
 2         A. Right.
 3         Q. So you can't really see him.  Do
 4    you remember whether he stayed up
 5    against the wall -- let me ask you
 6    this, seeing his face in this video,
 7    does that refresh your recollection
 8    whether he was on the platform at the
 9    time of the accident?
10         A. I don't recall for that.
11         Q. The four of you -- well, there
12    were five of you, but the group of you
13    that walked into that door to the
14    platform, that was a glass door?
15         A. Yes.
16         Q. That led from the karaoke bar to
17    the platform to the landing where the
18    staircase is; is that right?
19         A. Yes.
20         Q. Okay.  Was there another door
21    off of that landing other than the one
22    you used?
23         A. I don't recall.
24         Q. Now, I stopped this video at 13
25    seconds in, at that point there's a
```



1                    J. KIM

2    gentleman in a green shirt that we

3    understand to be Young Lee; is that

4    right?

5         A. Yes.

6         Q. And is that you, sir, with your

7    arm across his chest?

8         A. Yes.

9         Q. Which appears to be holding him

10   back?

11            MR. COHEN:  Objection to the

12        form.

13        A. Yes.

14        Q. Are you holding him back?

15        A. I'm trying to, yes.

16        Q. And he grabs -- at that point,

17   Mr. Lynn grabs Mr. Shin's jacket, I'll

18   rewind it from 14 seconds into the

19   video.  Okay?

20        A. Okay.

21            MR. WEISSLER:  Can you just

22        stop there for a moment?  I'm

23        sorry, I don't mean to interrupt.

24            Who is the gentlemen to the

25        left of Mr. Shin?



Page 68

1                          J. KIM

2                    THE WITNESS:  Chung Kane

3        Lee.

4        Q. We stopped at 15 seconds, did

5    you observe in this video, Mr. Lee

6    grabbing Mr. Shin's jacket?

7                    MR. COHEN:  Object to form.

8        A. Yes.

9        Q. And at that point Mr. Kim, where

10   is your left hand?

11       A. My left hand is grabbing

12   Young Lee.

13       Q. Where?

14       A. On his right arm.

15       Q. Okay.  We're just playing it

16   again.  Okay.

17            At this point, are you shaking

18   Mr. Chung Lee's hand?  I'm stopping it

19   at 28 seconds into the video.

20       A. No.

21       Q. Okay.  Let me rewind it a little

22   bit.

23       A. It seems --

24                    MR. COHEN:  Wait.

25       Q. Again, we stopped it 28 seconds



Page 69

                         J. KIM

1    into the video.  I rewinded it a couple

2    of seconds before, does it look like

3    you were shaking his hand?

4        A. No.

5        Q. Okay.  All right.

6            Can you tell -- I stopped at 37

7    seconds into the video -- can you tell

8    who Mr. Chung Lee -- whose hand he's

9    shaking?

10               MR. COHEN:  Objection to the

11       form; lack of foundation.

12       Q. Do you see Mr.  Chung Lee

13   shaking someone's hand?

14       A. Yes.

15       Q. Okay.  Thank you.

16           Can you tell whose hand he's

17   shaking?

18       A. Once he makes an objection, do I

19   have to answer?

20       Q. Unless he tells you not to

21   answer, you have to answer the

22   question.

23       A. Okay.

24       Q. Now, it's about 48 seconds into



Page 70

1                         J. KIM

2      the video, do you recall what Mr. Chung

3      Lee, Mr. Young Lee, and Mr. Shin were

4      talking about at this point?

5           A. No, I don't recall.

6           Q. Is it your recollection that the

7      one thing that was discussed was why

8      are you leaving?

9           A. Yes.

10          Q. And that was being asked by

11     Mr. Young Lee?

12          A. Yes.

13          Q. I'm stopping it at one minute

14     and 43 seconds into the video, can you

15     tell what Mr. Shin's doing here?

16          A. Middle finger.

17          Q. Who is he holding it up to?

18          A. Seems to be to Young Lee.

19          Q. Do you know why?

20          A. I don't know, maybe some sort of

21     disagreement with each other, I don't

22     know.

23          Q. Do you remember what happened

24     that resulted Mr. Shin to raise his

25     middle finger?



Page 71

                              J. KIM

1

2          A.  I don't recall.

3          Q.  I don't remember if I said it,

4    that's one minute and 43 seconds into

5    the video.

6              One minute and 50 seconds into

7    the video.  At this point is Mr. Shin

8    -- is he holding up his middle finger?

9          A.  Yes.

10         Q.  And what's Mr. Chung Lee doing

11   at this point?  And I moved it to one

12   minute and 51 seconds.

13         A.  He's holding Young Lee's face.

14         Q.  With both hands, correct?

15         A.  With both hands, seems like it,

16   yes.

17         Q.  Do you recall that being done

18   that night?

19         A.  It was, you know, messy

20   situation, I see it in the video.

21         Q.  Does this refresh your

22   recollection if you observed Mr. Chung

23   Lee put his hands on Mr. Young Lee's

24   face?

25         A.  Yeah.



Page 72

1                        J. KIM

2        Q. Do you know why?

3        A. I don't know, they are talking

4    to each other.

5        Q. Do you know what language they

6    were talking in?

7        A. Korean.

8        Q. And you understood them?

9        A. I didn't really pay attention to

10   their conversation at the time.

11       Q. Was your main concern Mr. Shin?

12       A. That is true, yes.

13       Q. And -- was it your goal to get

14   Mr. Shin out of that building?

15       A. Yes.

16       Q. One minute and 56 seconds into

17   the video.  Mr. Shin is still holding

18   up his middle finger, correct?

19       A. Yes.

20       Q. And you're standing there,

21   basically, kind of but not really

22   between Mr. Chung Lee and Mr. Shin; is

23   that right?

24       A. I'm on the left side of Chung

25   Lee.



```
 1                    J. KIM
 2        Q. On the --
 3        A. So we are in -- Chung Lee and
 4   myself are in between Mr. Shin and
 5   Young Lee.
 6        Q. Just because you mentioned left
 7   side, when you say the "left side,"
 8   what perspective are you looking at?
 9   Can you describe it from the camera's
10   perspective?
11        A. Camera's perspective?
12        Q. You're on the right side of
13   Mr. Shin?
14        A. Yes.
15        Q. We're looking at the scene one
16   minute and 57 seconds into the video.
17   Mr. Shin's standing, can you describe
18   to me, sir, how he's standing?
19             MR. COHEN:  Objection to the
20        form.
21        Q. Is Mr. Shin in this video
22   leaning up against the wall?  And if
23   you want me to rewind that, I can do
24   that.
25             Just rewinded 24 seconds into
```



Page 74

1                    J. KIM

2    the video.  Can you tell if Mr. Shin is

3    standing up against the wall in this

4    video?

5        A. Yes.

6        Q. Would it be fair to say that in

7    the one minute and 54 seconds into the

8    video.  Mr. Shin is still leaning up

9    against the wall?

10       A. Looks like it.

11       Q. Okay.  And this is now two

12   minutes and two seconds into the video,

13   can you tell me what you see in this

14   video at this point?

15            MR. COHEN:  Object to the

16        form of the question.

17       A. Chung Lee is putting

18   Mr. Young Lee onto the wall from the

19   opposite side of Mr. Shin and holding

20   Young Lee's face, right side of face.

21       Q. Do you recall what was going on

22   at this point, what was being said,

23   what was being discussed?

24       A. They were talking and, you know,

25   I wasn't really concentrating on what



Page 75

```
 1                    J. KIM
 2   they were talking about.
 3        Q. And is Mr. Shin at this two
 4   minute and two seconds into the video,
 5   is he still holding up his middle
 6   finger?
 7        A. Yes.
 8        Q. And at two minutes and 13
 9   seconds, at this point Mr. Shin is
10   still holding up his middle finger,
11   correct?
12        A. Yes.
13        Q. And Mr. Young Lee, what is he
14   doing in this video?
15        A. He's doing the middle finger, he
16   pulled out the middle finger.
17        Q. In this video, is it fair to say
18   that you at that point try to push his
19   hand down?
20        A. Yes.
21        Q. Mr. Young Lee's hand?
22        A. Yes.
23        Q. And at that point, sir, what is
24   going on?  Wait let me just stop it.
25   At two minutes and 16 seconds into the
```



Page 76

```
 1                    J. KIM
 2   video, what are you doing at this point
 3   in the video?
 4           MR. COHEN:  Object to the
 5       form of the question.
 6       A. I'm trying to push him away from
 7   Mr. Shin at that point.
 8       Q. All right.
 9           In the entire time that
10   you're -- you and Mr. Young Lee,
11   Mr. Chung Lee, and Mr. Shin were
12   standing on that platform and Mr. Shin
13   had his middle finger up, did you at
14   any time try to put Mr. Shin's hand
15   down to try to control the situation --
16   in attempt to control the situation?
17           MR. COHEN:  Object to the
18       form of the question.
19       A. Yeah, I wasn't really focusing
20   on Young Lee at that point and as you
21   see, I didn't recognize Mr. Shin's
22   finger up.
23       Q. You testified earlier in your --
24       A. I saw the video.
25       Q. You testified earlier that
```



1                    J. KIM

2    Mr. Shin did raise his middle finger,

3    would it be fair to say during this

4    entire incident on that night you

5    observed Mr. Shin put up his finger?

6         A. Yes.

7         Q. And at that time you observed

8    him put up his middle finger, did you

9    do anything to stop it?

10        A. No.

11        Q. I'm going to ask you to pay very

12   close attention because things start

13   moving quickly, okay.  So we're going

14   to start at two minutes and 15 seconds

15   into the video so there's eight seconds

16   left.  Okay?

17        A. Okay.

18        Q. Can you tell from this video

19   whether Mr. Shin was kicked by

20   Mr. Young Lee?

21        A. Yes.

22        Q. Okay.  You can see it in the

23   video?

24        A. Yes.

25             MR. WEISSLER:  Counsel, can



Page 78

1                         J. KIM
2          you just go back to the 2 minutes
3          and 15 -- to the 00:2:20, please?
4                MS. NICOLAOU:  One second,
5          I'll go back as many times as you
6          want.
7          Q. Okay.  Two minutes and 17
8    seconds into the video.  At this point,
9    sir, is it fair to say that Mr. Shin
10   was in the process of falling down the
11   stairs?
12         A. Yes.
13         Q. Is his middle finger still up in
14   this video clip?
15         A. Is that middle finger?  It seems
16   unclear to me but.
17         Q. As he falls down the stairs,
18   sir, is it fair to say that his arms
19   are out stretched in front of him?
20               MR. COHEN:  Object to the
21         form of the question.
22         A. Yes.
23         Q. Okay.
24               MS. NICOLAOU:  Where do you
25         want to go again, do you want to



Page 79

```
 1                    J. KIM
 2        come around and look closer or
 3        you can just take my computer?
 4        Off the record.
 5             (Whereupon, a discussion was
 6        held off the record.)
 7        Q. Mr. Kim, now that I figured out
 8   how to move the bar that controls the
 9   controls of the video away from the
10   bottom of the video, we're going to do
11   this again, okay.
12             So we are going to start it at
13   two minutes and 14 seconds into the
14   video, okay, with nine seconds left.
15   Ready?
16        A. Yes.
17        Q. Take a very close look and hit
18   the space bar when you're ready.
19        A. Okay.
20        Q. Okay.  Now that I moved the
21   control bar from the bottom of the
22   screen to the top of the screen, can
23   you, in this video, see Mr. Young Lee
24   kick Mr. Shin?
25        A. Yes.
```



Page 80

                    J. KIM

 1

 2     Q. And it was because Mr. Young Lee

 3   kicked Mr. Shin that Mr. Shin fell down

 4   the stairs; is that correct?

 5          MR. WEISSLER:  Just note my

 6      objection.

 7     Q. All right.  I have no further

 8   questions for now.

 9   EXAMINATION

10   BY MR. WEISSLER:

11     Q. Good afternoon, Mr. Kim.  My

12   name is Steven Weissler.  I'm an

13   attorney with the law office of Longo

14   D'Apice, and we are the attorneys for

15   the Defendant, Young K. Lee.

16          I'm going to be asking you some

17   questions about the incident at the

18   karaoke club.  If you don't understand

19   any of my questions, please tell me and

20   I'll be glad to rephrase the question.

21   And if I'm not speaking loud enough,

22   please tell me and I'll be glad to

23   repeat the question or we can have the

24   young lady, Ms. Reporter, repeat the

25   question.



Page 81

```
 1                    J. KIM
 2          Do you understand everything I
 3   said so far?
 4          A. Yes.
 5          Q. What is your date of birth?
 6          A. XX-XX-1980.
 7          Q. Where were you born?
 8          A. South Korea.
 9          Q. When did you first come to the
10   United States?
11          A. 1994, 1993.  It has to be exact
12   date and year?
13          Q. Approximately.
14          A. Probably somewhere around there.
15          Q. Are you a United States citizen?
16          A. Yes.
17          Q. And when did you become a
18   citizen?
19          A. December of 2017.
20          Q. And when for the first time did
21   you learn that the individual in that
22   video with the green shirt had the name
23   Young K. Lee?
24          A. I don't recall.
25          Q. Was it some time after --
```



Page 82

1                    J. KIM

2         A. After the incident, definitely.

3         Q. I believe you mentioned earlier

4    -- and I'm not going to try to repeat

5    what's been said earlier -- that for

6    approximately an hour and a half you

7    remained in the room with Chung Lee and

8    the CPA Park; is that right?

9         A. Yes.

10        Q. Okay.  And then when you went to

11   the second room at approximately --

12   what time was that?

13        A. Probably one -- 1:00 a.m.

14        Q. And I believe you said that was

15   for the purpose to tell Mr. Shin that

16   you wanted to leave; is that right?

17        A. Yes.

18        Q. Okay.  And when you want to that

19   room, did you see Mr. Shin sitting at a

20   table?

21             MS. BERKOWITZ:  Objection to

22        the form.

23        A. Couch.

24        Q. He was sitting on a couch?

25        A. Yes.



1                    J. KIM

2      Q. And on that same couch was the

3   person who you later came to be known

4   as Young K. Lee?

5      A. Not the same couch.

6      Q. Okay.  Was Mr. Young Lee on

7   another couch?

8      A. Another couch.

9      Q. Okay.  I believe you mentioned

10  there was a third man there; is that

11  right?

12     A. Yes.

13     Q. Did you ever come to learn the

14  identity of the third person?

15     A. No.

16     Q. Was that third person on the

17  same couch with Mr. Shin?

18     A. No.

19     Q. Was that third person on the

20  same couch with Young Lee?

21     A. I think so, I don't clearly

22  recall whether they sit together or

23  not.

24     Q. And in looking at that video,

25  did you see the -- that third man in



Page 84

```
 1                    J. KIM
 2    any portion of the video?
 3         A. "Third man" means?
 4         Q. The one whose name you didn't
 5    know when you went into the room?
 6         A. I believe so, yes.
 7         Q. Okay.  Was that the individual
 8    who was at the beginning of the video
 9    that you were just shown?
10         A. Yeah.
11         Q. Okay.  When you went to get
12    Mr. Shin in the second room, how long
13    did you remain in that room?
14              MR. COHEN:  Object to the
15         form of the question.
16         A. Me?
17         Q. Yeah.  When you went to go get
18    him and tell him you wanted to leave,
19    how long did you remain in the room
20    before you started assisting Mr. Shin
21    out of the room?
22         A. 10 seconds.
23         Q. At approximately what time were
24    you on the landing with Mr. Shin when
25    he was giving the finger to Young Lee?
```



Page 85

1                    J. KIM

2        A. Time?

3        Q. Yes.

4        A. Probably around one -- between

5    one or 1:30.

6        Q. I believe you mentioned earlier

7    and correct me if I'm wrong, you went

8    into that second room at about 1:00

9    a.m.; is that right?

10       A. Yes.

11       Q. Can you tell me anything that

12   you did between 1:00 a.m. and 1:30

13   a.m.?

14       A. I take Mr. Shin out from the

15   room and then we walked through the

16   hallway where we got into the incident

17   and we were on the platform right in

18   front of the stairway and they were

19   talking and the incident happened.

20       Q. So they were talking on the

21   landing for about a half an hour?

22       A. I said between -- I don't recall

23   exactly the time.

24       Q. I believe you mentioned earlier

25   that there are at present five



Page 86

```
 1                    J. KIM
 2   employees of the bank; is that right?
 3          MR. COHEN:  Object to the
 4       form of the question.
 5       Q. How many employees are there for
 6   the NOA(sic) bank?
 7          MR. COHEN:  Noah Bank.
 8       A. Our bank?
 9       Q. Yes.
10       A. Which place are you talking
11   about?
12       Q. On the day before the incident,
13   that would be Friday, April 21st, were
14   you with Mr. Shin that day?
15       A. Yes.
16       Q. Okay.  And he was the Chief
17   Executive Officer of the Noah Bank at
18   that time?
19       A. Yes.
20       Q. And you were at a particular
21   location in Fort Lee, New Jersey; is
22   that right?
23       A. Yes.  Wasn't Fort Lee, it was
24   Palisade Park, I believe,
25   Bergen Boulevard.
```



Page 87

1                     J. KIM

2       Q. Okay.  Is that where the

3   Noah Bank is?

4       A. No, our office in Fort Lee, I

5   thought we were talking about the

6   restaurant we had dinner.

7       Q. Let's go back to the office.

8       A. Yes.

9       Q. Is that the office of Noah Bank?

10      A. Yes.

11      Q. Is that where you went to work

12  every day?

13      A. Yes.

14      Q. Who else worked at that

15  particular bank as of April 21st, 2017?

16          MR. COHEN:  Object to the

17      form of the question.

18      A. Who else working at Noah Bank?

19      Q. Yes, how many employees were

20  there?

21      A. 40 or 45.

22      Q. Okay.  Do you remember telling

23  us earlier that there were five people

24  at the bank; is that something I heard

25  wrong?



Page 88

```
 1                    J. KIM
 2        A. No, I didn't mention about five
 3   people.  We had a dinner at New Jersey
 4   and myself and Mr. Shin and some other
 5   employees were together to have a
 6   dinner.
 7        Q. Who were the three others that
 8   had the dinner, and that was the dinner
 9   in Palisade Park?
10        A. Yes.
11        Q. Who would be the other three?
12        A. You mean their names?
13        Q. Yes.
14        A. Dong Pil Joo, D-O-N-G, P-I-L,
15   J-O-O, and Young Hoon, Y-O-U-N-G,
16   H-O-O-N, and Gim, G-I-M, and Eric Shin,
17   E-R-I-C, S-H-I-N.
18        Q. And were they all employees of
19   the branch in Fort Lee?
20        A. Noah Bank, yes.
21        Q. What time did you arrive at that
22   restaurant?
23        A. Around seven, 7:30.
24        Q. And how long did you remain at
25   that restaurant?
```



Page 89

```
 1                      J. KIM
 2      A. A couple of hours.
 3      Q. The bill that you've been shown
 4  for $1,500 hundred dollars (pointing)
 5  --
 6          MS. NICOLAOU:  Not that one,
 7      you're pointing to the wrong one.
 8          MS. BERKOWITZ: (Handing.)
 9          MS. NICOLAOU:  Exhibit C
10      marked on February 1st, 2019.
11          MR. WEISSLER:  Okay.  Can I
12      see the other one, please?
13          MS. NICOLAOU:  Which bill
14      are you looking for?
15          MR. WEISSLER:  Off the
16      record.
17          (Whereupon, a discussion was
18      held off the record.)
19      Q. For purposes of the record, I'm
20  going to show you what's been
21  previously marked as Defendant's
22  Exhibit C from February 1st, 2019, and
23  it appears to be at the bottom circled
24  $1,500 cash, okay.  Do you know if this
25  is a bill from the room where you
```



1                    J. KIM

2   stayed with CPA Park and Chung Lee?

3              MR. COHEN:  Objection to the

4       form.

5       A. I never seen these invoices

6   before so I don't know.

7       Q. Okay.  Now, I'm going to show

8   you what's been previously marked as

9   Exhibit B from February 1st, 2019, and

10  it appears to have a dollar amount of

11  $500, do you know which room this bill

12  was for or if it's the bill for the

13  room in which you and Chung Lee and

14  CPA Park were -- stayed for that hour

15  and a half?

16      A. I don't know, this was the first

17  time I seen it.

18              MS. BERKOWITZ:  Do you know

19      who paid either of those bills?

20              THE WITNESS:  No.

21      Q. During that hour and a half that

22  you -- that Mr. Shin went to the other

23  room, were there any women in the room

24  where you were with Mr. Chung Lee and

25  CPA Park?



Page 91

1                    J. KIM

2         A. Yes.

3         Q. Okay.  And what were the women

4    doing?

5         A. Service -- servicing.

6         Q. Okay.  Were they giving any

7    massages?

8         A. No.

9         Q. Were they giving any lap dances?

10        A. No.

11        Q. Okay.  When you went into the

12   second room to get Mr. Shin to tell him

13   you wanted to leave, were there any

14   women in that room?

15        A. I think one lady was there.

16        Q. Did you see that lady giving

17   anybody a massage?

18        A. No.

19        Q. Did you see that lady giving

20   anybody a lap dance?

21        A. No.

22        Q. Okay.  Was there an elevator in

23   the building?

24        A. I don't know.

25        Q. And as you were standing at the



Page 92

```
 1                    J. KIM
 2    landing before Mr. Shin fell down the
 3    stairway, how would you describe the
 4    artificial lighting on the landing?
 5        A. Light?
 6        Q. The lights -- artificial
 7    lighting?
 8        A. Light like that?
 9        Q. Yes, any sort of lights?  Was it
10    dark, light, good lighting, any way you
11    wish to describe it?
12        A. It was dark.
13        Q. Was there artificial lighting?
14        A. Yes.
15        Q. Where were the lights located?
16        A. Ceiling and the side.
17        Q. And from looking at that video,
18    did you have any problem seeing what
19    was on the video?
20        A. No.
21        Q. Did the video appear dark to you
22    or light to you or something else?
23            MR. COHEN:  Object to the
24        form of the question.
25        A. I don't see any issue to figure
```



Page 93

1                          J. KIM

2     out what's happening from the video.

3          Q. And were there any handrails on

4     the stairway?

5          A. I don't recall that.

6          Q. The person who you identified as

7     Young K. Lee, did you ever see Young K.

8     Lee prior to the incident at the

9     karaoke club?

10         A. No.

11         Q. Did anyone introduce you to

12    Mr. Young K. Lee at any time from the

13    time that you arrived at the karaoke

14    club until the time of the incident?

15         A. No.

16         Q. Do you know what type of work

17    Young K. Lee does or was doing as of

18    April 22nd, 2017?

19         A. I heard his business -- he's a

20    deli business owner.

21         Q. Did Young K. Lee do any business

22    with the Noah Bank?

23         A. No.

24         Q. Who was it that brought Mr. Shin

25    into that second room?



Page 94

```
 1                      J. KIM
 2        A. CPA Park.
 3        Q. Did CPA Park ever tell you that
 4   he brought Mr. Shin into the next room
 5   to meet Mr. Young K. Lee?
 6        A. No.
 7        Q. At any time prior to the night
 8   of the incident until coming here
 9   today, did anyone ever tell you that
10   CPA Park brought Mr. Shin into the
11   second room to meet Young K. Lee?
12        A. No.
13        Q. I have nothing further.
14           Thank you.
15   EXAMINATION
16   BY MS. BERKOWITZ:
17        Q. You testified that you believe
18   these people that you saw were
19   employees of the karaoke bar?
20        A. Yes.
21        Q. What is the basis for that
22   belief; like, why do you think they
23   were employees?
24        A. That's what we call the "room
25   salon business," they provide drinks
```



```
 1                    J. KIM
 2   usually those type of business where
 3   the lady do the service for(sic) --
 4        Q. How do you know they weren't
 5   just other customers?
 6        A. That place -- I don't know
 7   actually.  I had service lady in my
 8   room, too, so.
 9        Q. I'm just asking you, how do you
10   know that they weren't just other
11   customers?
12        A. How do I know?
13        Q. Yeah, rather than employees?
14        A. There shouldn't be a lady
15   customer.
16        Q. There was not a lady customer?
17        A. It's a room salon for men.
18        Q. So the ladies -- the females
19   that you believe were employees, they
20   just bring in the bottles and put them
21   on the table?
22        A. They just walk in the waiter
23   brings the drink into the room.
24        Q. What dose the female do; they
25   just walk?
```



```
 1                    J. KIM
 2              MR. COHEN:  Object to form.
 3         A. They just walk in by themselves
 4    with some owner or whatever.
 5              MS. NICOLAOU:  Like what?
 6         Q. The owner?
 7         A. Like head of lady, I don't
 8    know(sic).  I don't know how to call
 9    but -- like director, let's say,
10    whoever controlled the ladies within
11    the business, I believe.  I don't know,
12    they walked in.
13         Q. And did what?
14         A. And sitting next to where we
15    were sitting.
16         Q. They were just sitting there?
17         A. Yeah, they were sitting and then
18    they do assistant -- assist for us to
19    drink, so they pour the drinks into the
20    cup, and, you know, service for the
21    food; just like assist, support,
22    service.
23         Q. Okay.  So how do you know
24    that -- do you know -- so they were in
25    your room -- they were in your room?
```



Page 97

1                          J. KIM

2        A. Yes, mhmm.

3        Q. Did you see any females in the

4   Young Lee room?

5        A. There was one lady in that room

6   when I got into that room, yes.

7        Q. This is very -- don't guess at

8   anything, I want to know if you saw

9   that female pour any drinks for

10  Young Lee?

11       A. Not pour any drinks she just was

12  sitting there.

13       Q. Okay.  Did you see the female

14  pour a drink for Young Lee?

15       A. No.

16       Q. Okay.  Thank you.

17            MS. NICOLAOU:  I'm done.

18        (Time noted:  12:52  p.m.)

19

20

21

22

23

24

25



Page 98

1

2                  INSTRUCTIONS TO WITNESS

3

4             Please read your deposition over

5    carefully and make any necessary corrections.

6    You should state the reason in the appropriate

7    space on the errata sheet for any corrections

8    that are made.

9             After doing so, please sign the

10   errata sheet and date it.

11            You are signing same subject to the

12   changes you have noted on the errata sheet,

13   which will be attached to your deposition.

14            It is imperative that you return the

15   original errata sheet to the deposing attorney

16   within thirty (30) days of receipt of the

17   deposition transcript by you.  If you fail to

18   do so, the deposition transcript may be deemed

19   to be accurate and may be used in court.

20

21

22

23

24

25



1

2                        –   –   –   –   –   –

                     E   R   R   A   T   A

3                        –   –   –   –   –   –

4    P A G E    L I N E    C H A N G E

5    ____    ____    _____

6    ____    ____    _____

7    ____    ____    _____

8    ____    ____    _____

9    ____    ____    _____

10   ____    ____    _____

11   ____    ____    _____

12   ____    ____    _____

13   ____    ____    _____

14   ____    ____    _____

15   ____    ____    _____

16   ____    ____    _____

17   ____    ____    _____

18   ____    ____    _____

19   ____    ____    _____

20   ____    ____    _____

21   ____    ____    _____

22   ____    ____    _____

23   ____    ____    _____

24   ____    ____    _____

25   ____    ____    _____



Page 100

1

2                A C K N O W L E D G E M E N T

3    STATE OF NEW YORK)

4                          :SS

5    COUNTY OF _____)

6       I, JOHN KIM, hereby certify that I have

7    read the transcript of my testimony taken

8    under oath on May 21, 2019, that the

9    transcript is a true, complete and correct

10   record of what was asked, answered and said

11   during my testimony under oath, and that the

12   answers on the record as given by me are true

13   and correct, except for the corrections or

14   changes in form or substance, if any, noted in

15   the attached Errata Sheet.

16

17   _____

18   JOHN KIM

19

20   Signed and subscribed to

21   before me, this _____ day

22   of _____, _____.

23

24   _____

25   Notary Public



Page 101

1

2          I N D E X   O F   W I T N E S S E S

3   WITNESS:    JOHN KIM

4   EXAMINATION BY                          PAGE

5   MS. BERKOWITZ                           6

    MS. NICOLAOU                            41

6   MR. WEISSLER                            80

    MS. BERKOWITZ                           94

7

            I N D E X   O F   E X H I B I T S

8

    EXHIBIT            DESCRIPTION              PAGE

9

10     (Whereupon no exhibits were marked at this
                    present time.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 102

                    C E R T I F I C A T E

    I, CHRISTA M. MILOSCIA, a shorthand

reporter and Notary Public within and for the

State of New York, do hereby certify:

    That the Witness(es) whose testimony is

hereinbefore set forth was duly sworn by me,

and the foregoing transcript is a true record

of the testimony given by such Witness(es).

    I further certify that I am not related to

any of the parties to this action by blood or

marriage, and that I am in no way interested

in the outcome of this matter.

                         Christa M. Miloscia

                              Christa M. Miloscia, a Court
                              Reporter and Notary Public
                              Date:



```
 1
 2                          L A W Y E R ' S   N O T E S
      P A G E / L I N E    N O T E
 3    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
 4    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
 5    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
 6    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
 7    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
 8    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
 9    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
10    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
11    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
12    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
13    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
14    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
15    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
16    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
17    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
18    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
19    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
20    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
21    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
22    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
23    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
24    _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
      _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
25
```


MAGNA
LEGAL SERVICES

**A**

**above-entitled** 1:19
**absence** 37:15
  38:11
**absence(sic)** 51:24
**absent** 37:16
**accident** 41:15 66:9
**accompanied** 4:14
**accurate** 61:22
  98:19
**acting** 29:8,12,14
**action** 1:19 5:10
  41:12 102:11
**afternoon** 80:11
**aggressive** 27:2
**agitated** 24:7
**ago** 31:23 64:15,17
**agree** 42:13
**agreed** 3:3 44:3
  62:24
**AHMUTY** 2:6
**alcohol** 8:9 13:10
  13:20 21:13 24:21
  25:5 61:9,13
**amount** 90:10
**and/or** 3:8
**angry** 24:6 27:8
**answer** 3:11,18 4:4
  4:12,13,14,16
  42:2 58:24 69:20
  69:22,22
**answered** 4:9,25
  100:10
**answering** 41:19
**answers** 100:12
**anybody** 12:11
  14:14 28:13 32:6
  39:11 54:25 56:5
  91:17,20
**appear** 23:20 92:21
**appears** 67:9 89:23
  90:10
**apply** 3:14
**approaching** 60:22
**appropriate** 3:14

98:6
**approximately**
  57:22 81:13 82:6
  82:11 84:23
**April** 6:23 86:13
  87:15 93:18
**arguing** 21:9 25:12
  26:23 55:21
**arm** 58:12 67:7
  68:14
**arms** 78:18
**arrive** 10:22 88:21
**arrived** 11:2 12:14
  33:24 34:4 43:6
  62:22 63:4 93:13
**arriving** 63:15
**Article** 3:15
**artificial** 92:4,6,13
**asked** 24:17 25:16
  33:25 40:20 41:18
  42:19 52:20 70:10
  100:10
**asking** 8:17 30:17
  34:8 35:15 42:5
  57:11 80:16 95:9
**asleep** 56:9
**Asset** 7:22
**assist** 59:2 96:18,21
**assistant** 96:18
**assisted** 12:5 62:14
**assisting** 84:20
**associate** 9:25 18:6
**assume** 42:3
**attached** 98:13
  100:15
**attempt** 76:16
**attendance** 3:25
**attention** 59:11
  72:9 77:12
**attorney** 3:20 4:11
  4:20 5:16,23 6:12
  6:20 43:3 80:13
  98:15
**attorneys** 2:3,7,11
  2:15 3:4 40:4
  80:14

**awake** 55:13,14
**a.m** 1:15 82:13 85:9
  85:12,13

**B**

**b** 3:8 46:17 90:9
  101:7
**back** 16:7 21:8 23:4
  24:2,4 36:22 37:2
  37:3,20,23,24
  38:20 45:13 51:19
  54:17 56:16,17
  67:10,14 78:2,5
  87:7
**balance** 59:17
**bank** 7:5,18 10:3
  17:5,6,15 37:9,10
  37:13 38:4,13,14
  38:17 39:11,23
  40:18 60:21,25
  86:2,6,7,8,17 87:3
  87:9,15,18,24
  88:20 93:22
**banker** 17:2
**Bank's** 17:7
**bar** 5:8 11:4,10,19
  11:25 12:7,9,24
  33:17 44:8 62:23
  66:16 79:8,18,21
  94:19
**base** 23:23
**based** 59:19
**basically** 30:3
  72:21
**Basil** 2:3 43:15
**basis** 3:22 4:15
  94:21
**bathroom** 51:20
  52:10
**beer** 15:4
**beginning** 84:8
**behalf** 5:16
**behavior** 29:7,16
  30:13
**belief** 94:22
**believe** 7:16 9:12

14:25 24:10 26:6
  37:25 38:12 49:14
  59:25 82:3,14
  83:9 84:6 85:6,24
  86:24 94:17 95:19
  96:11
**Bergen** 86:25
**Berkowitz** 1:19 2:9
  6:7,12 19:9 25:2
  41:2,6 46:14
  82:21 89:8 90:18
  94:16 101:5,6
**big** 37:14
**bill** 36:5,19 46:19
  50:18,22,25 51:9
  51:11,11 89:3,13
  89:25 90:11,12
**bills** 90:19
**birth** 81:5
**bit** 32:20 59:16,17
  68:22
**black** 13:16,18
  65:14
**blazer** 65:15
**block** 29:10 31:15
  32:19
**blood** 102:11
**body** 32:25
**bored** 51:20
**born** 81:7
**boss** 60:7
**bottle** 13:21,22,23
  14:10 19:4 21:13
  55:21 95:20
**bottles** 14:11 24:23
  55:21 95:20
**bottom** 79:10,21
  89:23
**Boulevard** 86:25
**branch** 88:19
**bring** 95:20
**brings** 95:23
**Broadway** 1:13 2:4
**Brooklyn** 2:17
**brought** 15:20 44:6
  44:11 93:24 94:4
  94:10

**building** 52:3 72:14
  91:23
**bump** 35:17
**bunch** 12:23
**business** 9:24 10:8
  18:6 20:6 23:13
  34:14 37:7 39:19
  93:19,20,21 94:25
  95:2 96:11

**C**

**c** 2:2 3:8 35:21 89:9
  89:22 100:2 102:2
  102:2
**call** 6:13 9:13,16
  10:11 33:23,25
  94:24 96:8
**called** 11:4 33:15
  33:17,19
**calm** 55:22
**camera** 65:24
**camera's** 73:9,11
**capturing** 64:12
**car** 15:20,22,23
  44:6
**care** 50:11,19,21,25
  51:8
**carefully** 98:5
**Carmen** 2:13 41:11
**cash** 89:24
**casual** 10:6 28:20
**cause** 4:9
**caused** 39:8
**Ceiling** 92:16
**CEO** 11:4 38:21
**certification** 5:20
**certify** 100:6 102:5
  102:10
**chair** 54:24
**Chairman** 38:12
**chance** 24:15
**CHANGE** 99:4
**changes** 98:12
  100:14
**charge** 5:25
**CHARTWELL**



2:10,23
**check** 20:25
**chest** 67:7
**Chief** 8:6 37:12
  38:6,18 39:20
  86:16
**Chin** 29:22
**Christa** 1:21 102:3
  102:24
**Chung** 9:21,22,23
  11:13 12:25 13:3
  19:22,23,25 20:9
  26:10,22 29:9,22
  31:12,18,21,24
  32:5 33:9 34:23
  44:16,17,22 46:7
  46:21 48:4 50:7
  53:5,10,13,16,22
  54:5,10 62:16,19
  64:20 65:7 68:2
  68:18 69:9,13
  70:2 71:10,22
  72:22,24 73:3
  74:17 76:11 82:7
  90:2,13,24
**cigarette** 51:22
  53:21
**circled** 47:10 48:20
  89:23
**citizen** 81:15,18
**clear** 3:20 4:15
  27:23 43:19 55:25
**clearly** 5:5 83:21
**clients** 16:9,10,12
  17:4,7 19:13
**clip** 78:14
**close** 29:2,6 77:12
  79:17
**closer** 79:2
**closest** 65:9
**club** 6:14,24 7:4
  80:18 93:9,14
**cnicolaou@chart...**
  2:14
**COHEN** 2:5 47:6
  60:11 67:11 68:7

68:24 69:11 73:19
  74:15 76:4,17
  78:20 84:14 86:3
  86:7 87:16 90:3
  92:23 96:2
**come** 14:3 36:22
  79:2 81:9 83:13
**comes** 21:8
**coming** 40:13 42:23
  57:19 94:8
**commenced** 6:15
  41:13
**comments** 4:2
**communicating**
  4:21
**communication**
  4:23 5:3 17:3
**community** 37:10
**company** 20:8
  61:17
**compared** 38:15
  39:2
**complete** 4:18
  100:9
**compliance** 3:5
**computer** 79:3
**concentrating**
  32:18 74:25
**concern** 72:11
**confidentiality** 4:6
**consent** 4:22
**consider** 18:5
**considered** 43:21
  60:6 62:7
**consistently** 51:17
**consume** 8:21
  24:20
**consumed** 61:13
**control** 76:15,16
  79:21
**controlled** 5:19
  96:10
**controlling** 7:23
**controls** 79:8,9
**conversation** 19:16
  29:18,21,24 55:16

58:23,23 72:10
**copy** 5:25
**correct** 39:24 42:8
  42:20 43:5 44:5
  52:17 60:7,14
  71:14 72:18 75:11
  80:4 85:7 100:9
  100:13
**corrections** 98:5,7
  100:13
**correctly** 45:11
**couch** 24:4 54:14
  54:24 55:8 56:2,5
  57:4 58:10 62:15
  82:23,24 83:2,5,7
  83:8,17,20
**counsel** 5:24 41:21
  42:19 77:25
**COUNTY** 100:5
**couple** 7:7 14:24
  41:16 53:20 69:2
  89:2
**course** 3:24
**court** 1:2 2:16 4:8
  98:19 102:24
**Courts** 3:6
**CPA** 11:13 12:4,25
  13:3 16:6,21,25
  17:4,5 19:10,18
  44:11,17,22 48:6
  56:7,14,25 82:8
  90:2,14,25 94:2,3
  94:10
**CPAs** 17:3
**CPLR** 3:15,23 4:12
**cup** 96:20
**cursing** 27:8
**customer** 95:15,16
**customers** 95:5,11
**C.P.L.R** 5:19

**D**

**d** 3:8 100:2 101:2,7
**dance** 91:20
**dances** 91:9
**Daniel** 22:23,24

**dark** 92:10,12,21
**date** 81:5,12 98:10
  102:25
**dated** 46:17
**DAVID** 2:5
**davidacohen@rj...**
  2:5
**day** 86:12,14 87:12
  100:21
**days** 98:16
**DEBORAH** 1:9
**December** 81:19
**decision** 60:19
**decisions** 37:14
  38:17
**deemed** 5:17 98:18
**defect** 3:21
**Defendant** 1:11 2:7
  2:15 6:13 80:15
**Defendants** 2:11
**Defendant's** 46:16
  89:21
**definitely** 47:16
  82:2
**DEH-JUNG** 1:9
**delayed** 37:19
**deli** 93:20
**DEMERS** 2:6
**Department** 7:23
**deponent** 3:19 4:4
  4:11,16,22
**deposing** 98:15
**deposition** 3:9,11
  3:12,17 4:5,19,21
  36:12 40:14,16
  42:25 43:4 98:4
  98:13,17,18
**describe** 73:9,17
  92:3,11
**description** 61:23
  101:8
**designated** 15:9,18
  43:21,23 44:4
  62:8
**determined** 15:12
  15:13

**determining** 4:24
**did(sic)** 31:15
**difference** 38:24
**different** 47:24
  52:6
**dinner** 7:8,9,11 8:7
  8:21 9:5 15:15
  20:8 43:25 44:2
  61:17 87:6 88:3,6
  88:8,8
**direct** 4:11
**direction** 4:14
  12:16
**director** 96:9
**disagreement** 31:7
  31:9 70:21
**discuss** 40:13,15
**discussed** 70:7
  74:23
**discussion** 8:2 64:5
  79:5 89:17
**displayed** 14:7,9
**DISTRICT** 1:2,2
**documents** 42:24
**doing** 29:14 30:6,19
  31:12,19 32:21
  48:14 70:15 71:10
  75:14,15 76:2
  91:4 93:17 98:9
**dollar** 90:10
**dollars** 89:4
**Dong** 88:14
**door** 26:9 52:4
  66:13,14,20
**dose** 95:24
**downstairs** 33:15
**drank** 22:4
**drink** 8:16 14:14,23
  15:7 18:20 21:15
  21:17 25:6 61:21
  61:21 62:3 95:23
  96:19 97:14
**drinking** 8:8,12,15
  9:3 21:18 24:25
  25:5 48:16
**drinks** 18:25 48:17



61:20 94:25 96:19
97:9,11
**drive** 10:11
**driver** 10:15,17
15:9,11,18 43:21
43:23 44:4 62:8,8
**driving** 37:23,25
**drove** 44:7
**drunk** 29:8,12,15
59:8 60:2
**duly** 6:3 102:7
**duties** 37:4 38:5,11
38:13
**duty** 37:12
**D'Apice** 2:15 80:14
**D-O-N-G** 88:14

**E**

**E** 2:2,2 99:2 100:2
100:2,2 101:2,2,2
101:7,7 102:2,2
**earlier** 43:7 76:23
76:25 82:3,5 85:6
85:24 87:23
**easily** 39:2
**EASTERN** 1:2
**Edward** 1:4 6:15
6:24
**EESHA** 2:23
**eight** 77:15
**either** 90:19
**electronically** 64:9
**elevator** 11:20
63:11,16 91:22
**employed** 7:17
**employee** 33:16,18
33:22 39:22 48:13
**employees** 7:7
37:11 86:2,5
87:19 88:5,18
94:19,23 95:13,19
**employee(sic)**
39:21
**enforce** 4:7
**English** 28:4 42:11
42:14,15,21

**enter** 54:9
**entered** 44:21
46:22 54:8,12
**Enterprises** 1:8 2:7
6:13
**entire** 46:3 76:9
77:4
**Eric** 88:16
**errata** 98:7,10,12
98:15 100:15
**error** 3:22
**escort** 25:23
**escorting** 62:20
**ESQ** 2:5,9,13,17
**Eve** 48:22,23,24
**event** 5:3
**everybody** 55:13
55:14,15
**exact** 7:12 47:15
81:11
**exactly** 18:23 19:2
48:6 50:9 85:23
**examination** 1:17
3:24 5:8,12,15,16
5:21,25 6:6 41:8
80:9 94:15 101:4
**examined** 5:13,24
6:5
**examining** 4:17
**excess** 61:21 62:3
**exchange** 32:10
**excuse** 64:25
**Executive** 8:6 37:8
37:12 38:6,16,18
39:20 86:17
**Exhibit** 35:21
46:17 64:10 89:9
89:22 90:9 101:8
**exhibits** 101:10
**exit** 26:11
**exited** 52:6
**explain** 34:10
**explained** 34:9
**extent** 3:23
**E-R-I-C** 88:17
**E-V-E** 49:4,5

**F**

**F** 101:2,7 102:2
**face** 35:13 66:6
71:13,24 74:20,20
**fail** 98:17
**failure** 5:6,14
**fair** 55:23 57:6
61:22 63:18 65:25
74:6 75:17 77:3
78:9,18
**falling** 78:10
**falls** 78:17
**familiar** 63:10
**far** 81:3
**February** 35:21
46:17 89:10,22
90:9
**feel** 34:20 35:7,7,8
42:12 59:8
**feeling** 39:12
**feet** 59:4,5,6
**fell** 32:16 33:5,8,12
35:18 80:3 92:2
**fell(sic)** 35:3
**female** 95:24 97:9
97:13
**females** 95:18 97:3
**female's** 49:8
**fighting** 25:13
**figure** 92:25
**figured** 79:7
**filing** 5:20
**finger** 31:2 70:16
70:25 71:8 72:18
75:6,10,15,16
76:13,22 77:2,5,8
78:13,15 84:25
**finish** 58:19
**fire** 60:9,13,18
**first** 6:3 14:22
44:15,16,21 45:12
46:22 52:18 53:20
56:4,9,10,11
63:23 81:9,20
90:16

**five** 32:14 37:18
66:12 85:25 87:23
88:2
**floor** 63:2,5
**fluent** 42:10,13
**Flushing** 9:8,10,14
9:19 10:11,23
11:3 20:5
**fly** 33:12
**focus** 6:22
**focusing** 59:12,13
60:4 76:19
**follow** 62:17
**followed** 12:15
26:12 27:12,14
33:14 34:15
**following** 26:15,18
53:5,16
**follows** 6:5
**follow-up** 41:16
**food** 96:21
**footage** 64:12
**foregoing** 102:8
**form** 3:21 60:12
67:12 68:7 69:12
73:20 74:16 76:5
76:18 78:21 82:22
84:15 86:4 87:17
90:4 92:24 96:2
100:14
**Fort** 17:17 86:21,23
87:4 88:19
**forth** 4:7,25 37:23
51:19 102:7
**forward** 37:22
**for(sic)** 95:3
**foundation** 69:12
**four** 9:2 18:23,24
19:8 32:8,11
37:18,24 66:11
**framed** 3:18
**Friday** 86:13
**friend** 9:23 18:5
**friendly** 10:7 39:15
39:18
**front** 26:17 29:19

78:19 85:18
**fruits** 13:16 14:11
**fulfill** 38:5
**full** 13:23,24 16:17
38:13
**fully** 41:18
**further** 80:7 94:13
102:10

**G**

**G** 100:2
**gathering** 20:7
**gentleman** 6:19
43:11 65:14,17
67:2
**gentlemen** 67:24
**getting** 29:6 38:25
**Gim** 88:16
**give** 30:25 40:3,6,9
40:23 47:13
**given** 3:12 50:18
100:12 102:9
**giving** 84:25 91:6,9
91:16,19
**glad** 80:20,22
**glass** 9:4 48:17
66:14
**glasses** 13:16 65:15
**go** 6:23 9:6,14,18
11:3,20 12:13,18
20:25 28:15,16
30:23 32:10 35:9
37:20 46:2 52:2,5
53:4 58:15,16
61:16 63:5,20
78:2,5,25 84:17
87:7
**goal** 72:13
**goes** 65:24
**going** 6:22 9:9
31:10 35:25 37:21
40:16 41:15,22
46:15 60:3 64:7
64:22 65:2,12
74:21 75:24 77:11
77:13 79:10,12



80:16 82:4 89:20
90:7
**good** 39:6,18 41:10
41:20 80:11 92:10
**grab** 58:10,12,16
58:16 59:11
**grabbing** 68:6,11
**grabs** 67:16,17
**green** 65:15 67:2
81:22
**greet** 11:25 12:8,11
**greeted** 12:3
**greeting** 43:8,9
**grounds** 4:25
**group** 2:3 66:12
**guess** 1:16 29:2
37:23 97:7
**guy** 16:14 20:18
23:8,10 26:14
27:17 29:8,12
48:5 49:23 50:8
55:4,5 57:7,12,13
65:21
**guys** 22:22
**G-I-M** 88:16

——————
**H**
**H** 6:2 101:7
**habits** 61:23,25
**half** 16:4 18:12
20:23 21:16,25
22:5 23:5 46:4,6
51:18 52:12,16
53:25 56:22 82:6
85:21 90:15,21
**hallway** 25:21
26:11 28:2,3
85:16
**hand** 68:10,11,18
69:4,9,14,17
75:19,21 76:14
**Handing** 89:8
**handrails** 93:3
**hands** 31:17 58:10
58:11 71:14,15,23
**happened** 16:3

18:11 25:19 28:25
33:4 34:8 36:16
36:22 70:23 85:19
**happening** 32:16
33:7 39:9 51:23
93:2
**happy** 41:25
**head** 7:22 96:7
**hear** 21:9 27:24
**heard** 87:24 93:19
**heavier** 57:18,20
58:5
**heavy** 57:19
**held** 1:19 8:3 64:6
79:6 89:18
**help** 26:2 58:12
59:9 60:3
**helped** 25:24 26:5,7
57:3 58:9
**helping** 27:11,24
**hereinbefore** 102:7
**hire** 38:4 60:9
**hit** 65:2 79:17
**holding** 67:9,14
70:17 71:8,13
72:17 74:19 75:5
75:10
**home** 28:15,17
30:23 31:10
**Hoon** 88:15
**hospital** 36:14
**hour** 16:4 18:12
20:23 21:16,25
22:4 23:5 46:4,6
51:17 52:12,16
53:25 56:22 82:6
85:21 90:14,21
**hours** 18:13 37:24
37:24 56:23 89:2
**hugging** 31:16
**hundred** 89:4
**H-O-O-N** 88:16

——————
**I**
**identified** 93:6
**identity** 83:14

ii 4:6
iii 4:8
**immediately** 48:19
**imperative** 98:14
**important** 37:13
42:4
**improper** 4:9
**incident** 31:25
32:12 36:21,24
39:8,9 64:12 77:4
80:17 82:2 85:16
85:19 86:12 93:8
93:14 94:8
**incident(sic)** 39:3
**include** 3:20
**indicating** 24:3,4
**individual** 44:23
46:9,21 81:21
84:7
**individuals** 41:12
**individuals(sic)**
45:3
**instructions** 40:23
98:2
**interested** 102:12
**interfere** 4:2
**interrupt** 4:20
67:23
**intoxicated** 23:20
24:11 26:4 61:14
**introduce** 16:10
45:16 93:11
**invoice** 35:20
**invoices** 90:5
**invoices(sic)** 50:10
**involving** 64:13
**irregularity** 3:22
**IRREVOCABLE**
1:9 2:12
**issue** 41:22 92:25

——————
**J**
**J** 2:17 6:1,2 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1

19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1
**jacket** 67:17 68:6
**Janice** 2:9 6:11
**Janice.Berkowitz...**
2:9
**Jason** 49:20,21
50:8
**Jersey** 7:10 8:7
10:19 15:16,21
17:18 44:2 86:21
88:3
**job** 41:21
**John** 1:17 6:10
100:6,18 101:3
**Johnnie** 13:15,17
**Joo** 88:14
**J-O-O** 88:15

——————
**K**
**K** 1:9 2:16 6:2

80:15 81:23 83:4
93:7,7,12,17,21
94:5,11 100:2
**Kane** 9:21 26:10
29:9,23 31:22
33:9 48:4 50:7
53:5,16 65:8 68:2
**karaoke** 6:14,24
7:4 11:4,10,16,19
11:25 12:7,9,23
33:17 44:8 62:22
66:16 80:18 93:9
93:13 94:19
**kept** 28:11
**kick** 35:4,5 79:24
**kicked** 16:14 26:14
34:16,17,18,21
35:16 77:19 80:3
**Kim** 1:17 6:1,10,11
7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1,10 42:1 43:1
43:19 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1,11
58:1 59:1 60:1
61:1 62:1 63:1
64:1,7 65:1 66:1
67:1 68:1,9 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1,7 80:1,11
81:1 82:1 83:1
84:1 85:1 86:1



87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 100:6
100:18 101:3
**kind** 8:16 13:14
34:20 58:18 59:10
61:10 72:21
**knew** 12:17
**know** 9:15,17 10:4
10:9 11:9 12:13
12:17,19 14:16,21
16:15,18,21,24
17:8,12,13 19:25
20:16,19 22:3,6
22:11 23:2,10,13
26:18,20 27:14,15
27:25 28:3 29:7
31:4,6,8,11,19,21
32:3,19 34:19
35:2 36:5,6,10,15
36:17,18,20 37:22
39:8,19 41:24
42:4 44:24 45:18
45:20,21 47:15,23
48:5,17,18 49:15
49:15,22,23 50:8
50:9,11,16,18,20
51:2,3,5,22 53:3
53:19,24 54:2
57:23,24 58:6
59:7,21 60:24
61:16,24 62:4,5,6
63:13 65:20 70:19
70:20,22 71:19
72:2,3,5 74:24
84:5 89:24 90:6
90:11,16,18 91:24
93:16 95:4,6,10
95:12 96:8,11,20
96:23,24 97:8
**knowledge** 50:3
**known** 31:22 83:3
**know(sic)** 96:8
**Korea** 81:8
**Korean** 28:5,6,7

37:9 42:7 46:23
72:7

------

**L**

**L** 3:2 100:2
**lack** 69:12
**ladies** 48:9,10,11
48:12 95:18 96:10
**lady** 55:5 80:24
91:15,16,19 95:3
95:7,14,16 96:7
97:5
**laid** 54:17
**landing** 28:24 30:7
32:7,12 64:20
66:17,21 84:24
85:21 92:2,4
**language** 42:7 72:5
**lap** 91:9,20
**law** 2:3,10,24 80:13
**lawsuit** 6:14
**LAWYER'S** 103:2
**lead** 12:20
**leading** 62:25
**leaning** 73:22 74:8
**learn** 81:21 83:13
**leave** 10:18 22:12
22:14 24:17,18
25:17,18 40:17
52:21 82:16 84:18
91:13
**leaving** 22:11 28:12
29:17 30:2,22
52:9,10 63:19
70:8
**led** 24:10 66:16
**Lee** 1:9 2:16 9:21
9:21,22,23 11:13
12:25 13:3 16:16
17:17 19:22,23,25
20:9,14 22:3,19
23:7 24:13,20
25:4 26:10,12,13
26:14,22 27:12
28:21 29:4,9,13
29:22,23 30:15,20

31:2,12,18,18,22
31:24 32:5,6 33:2
33:9,10 34:18,24
35:13,15 44:16,17
44:22 45:22,22,23
46:7,21 48:4 50:7
52:19 53:5,7,10
53:13,16,23 54:5
54:10,19 55:2
62:16,19 64:19,20
65:8 67:3 68:3,5
68:12 69:9,13
70:3,3,11,18
71:10,23 72:22,25
73:3,5 74:17,18
75:13 76:10,11,20
77:20 79:23 80:2
80:15 81:23 82:7
83:4,6,20 84:25
86:21,23 87:4
88:19 90:2,13,24
93:7,8,12,17,21
94:5,11 97:4,10
97:14
**Lee's** 36:3 68:18
71:13,23 74:20
75:21
**left** 6:19 9:5 18:14
18:15 19:18 20:12
34:23 37:5 45:9
45:12,25 50:17
52:24 53:7,12,20
54:5 65:7 67:25
68:10,11 72:24
73:6,7 77:16
79:14
**leg** 34:22
**Legal** 1:24
**let's** 52:23 56:10
87:7 96:9
**level** 62:25
**light** 92:5,8,10,22
**lighting** 92:4,7,10
92:13
**lights** 92:6,9,15
**limitation** 4:7

**LINE** 99:4
**little** 32:20 43:6
59:16,17 68:21
**loan** 10:2
**loans** 7:23
**located** 92:15
**location** 86:21
**long** 17:8,11 18:10
18:15 20:21 31:22
32:10,13 37:17
56:21 60:20 64:15
64:17,25 84:12,19
88:24
**Longo** 2:15 80:13
**long(sic)** 64:24
**look** 69:3 79:2,17
**looking** 54:16
55:19 73:8,15
83:24 89:14 92:17
**looks** 60:2 65:16
74:10
**losing** 39:7
**lot** 18:25 37:11
**loud** 26:25 80:21
**loud(sic)** 27:18
**Lynn** 67:17

------

**M**

**M** 1:21 6:2 100:2
102:3,24
**Magna** 1:24
**main** 2:12 72:11
**maintain** 58:14
**MALYALA** 2:23
**man** 83:10,25 84:3
**manner** 59:24
**March** 64:10
**marked** 35:20
46:16 64:9,9
89:10,21 90:8
101:10
**marriage** 102:12
**massage** 91:17
**massages** 91:7
**matter** 102:13
**maybe(sic)** 55:20

**MCMANUS** 2:6
**mean** 8:23 14:9
25:22 27:4 30:16
33:12 59:19 67:23
88:12
**Meaning** 60:9
**means** 55:9 84:3
**meet** 19:12 94:5,11
**meeting** 7:5,6 9:20
9:21 10:5,6,7,8
20:6
**memories** 39:7
**memory** 39:6
**men** 95:17
**mention** 88:2
**mentioned** 73:6
82:3 83:9 85:6,24
**messy** 71:19
**met** 20:3 31:23 43:3
43:7
**mhmm** 21:22 97:2
**MICHAEL** 1:8
**middle** 32:24 33:10
70:16,25 71:8
72:18 75:5,10,15
75:16 76:13 77:2
77:8 78:13,15
**Miloscia** 1:21 102:3
102:24
**minute** 70:13 71:4
71:6,12 72:16
73:16 74:7 75:4
**minutes** 16:8 18:11
18:17,19 19:7
32:14 45:7,8
64:23,24 74:12
75:8,25 77:14
78:2,7 79:13
**missing** 13:20
**moment** 67:22
**money** 36:16
**months** 37:17,18,18
**morning** 41:10
**motion** 5:9
**move** 5:7 25:2 79:8
**moved** 71:11 79:20



**movements** 35:7
**moving** 34:25
  77:13
**mumbling** 27:22

### N

**N** 2:2 3:2 6:2 100:2
  100:2 101:2,2,7
**name** 6:8,11 11:15
  14:16 16:15,17
  19:24 20:19 23:9
  41:10 44:18,24
  46:10 47:4,5,10
  47:12,18 48:5,20
  48:21 49:8,24
  65:22 80:12 81:22
  84:4
**names** 47:7 50:10
  88:12
**necessary** 98:5
**need** 38:17 40:17
  59:10
**needed** 60:3
**needs** 60:15
**never** 62:2 90:5
**New** 1:2,13,13,23
  2:4,4,8,8,13,17
  6:4 7:10 8:7 10:19
  15:16,21 17:18
  44:2 86:21 88:3
  100:3 102:5
**Nicolaou** 2:13 41:4
  41:9,11 46:12
  49:4 58:7 64:3
  78:4,24 89:6,9,13
  96:5 97:17 101:5
**night** 6:25 9:3
  15:10 16:19,22
  20:2 24:21 61:4,5
  62:3,12 63:4,15
  63:19 71:18 77:4
  94:7
**nine** 79:14
**Noah** 7:18 17:5,6,7
  17:15 60:21,25
  86:7,17 87:3,9,18

**88:20 93:22**
**NOA(sic)** 86:6
**nonresponsive** 25:3
**non-party** 1:18
  6:17
**normal** 30:13,16
**normally** 27:11
  37:6
**Notary** 1:22 5:14
  6:3 100:25 102:4
  102:24
**note** 80:5 103:2
**noted** 3:10 97:18
  98:12 100:14
**NOTES** 103:2
**notice** 23:18 25:8
  25:12
**noticed** 38:23
**number** 38:16 39:5

### O

**O** 3:2 6:2 100:2
  101:2,7
**oath** 100:8,11
**object** 5:6 60:11
  68:7 74:15 76:4
  76:17 78:20 84:14
  86:3 87:16 92:23
  96:2
**objection** 3:16 5:9
  67:11 69:11,19
  73:19 80:6 82:21
  90:3
**objections** 3:9,13
**observe** 8:8,11,14
  13:9 22:15 23:15
  24:14 50:24 51:4
  51:5 53:22 59:14
  59:15 68:5
**observed** 39:4 51:3
  54:13 62:2 71:22
  77:5,7
**occasionally** 18:3
**occasions** 62:11
**office** 17:18 43:16
  43:17 80:13 87:4

**87:7,9**
**officer** 3:10 8:6
  34:3,5 37:9,12
  39:20 86:17
**Officers** 38:16
**officer(sic)** 34:2
**okay** 6:22 10:10,13
  11:24 12:20 14:2
  17:8 18:8,18
  24:18 25:7,15
  27:10 28:13 30:25
  31:4 32:15 34:3
  36:3,4,11 39:25
  42:3,5,6,15 48:10
  49:6 51:16 52:7,9
  52:23 53:7,19
  54:22 55:7 58:24
  58:25 59:22 62:14
  63:10,14 64:7,22
  65:7,19 66:20
  67:19,20 68:15,16
  68:21 69:6,16,24
  74:11 77:13,16,17
  77:22 78:7,23
  79:11,14,19,20
  82:10,18 83:6,9
  84:7,11 86:16
  87:2,22 89:11,24
  90:7 91:3,6,11,22
  96:23 97:13,16
**older** 65:16
**once** 20:3 31:23
  64:14 69:19
**operated** 20:10
**operations** 37:8
**opposite** 74:19
**order** 4:7
**ordered** 21:13
**original** 5:15,21
  98:15
**outcome** 102:13
**outside** 17:22 52:2
**owned** 41:13
**owner** 12:10 23:13
  93:20 96:4,6

### P

**P** 2:2,2 3:2
**PAGE** 99:4 101:4,8
**PAGE/LINE** 103:2
**paid** 36:5,18 90:19
**Palisade** 86:24 88:9
**Park** 11:13 12:4,25
  13:3 16:6,21 17:4
  17:5 18:9,15
  19:10,18 20:12,21
  22:2,23,24 44:11
  44:14,17,23 45:12
  46:2 48:6 56:7,12
  56:14,25 82:8
  86:24 88:9 90:2
  90:14,25 94:2,3
  94:10
**part** 30:23
**participate** 37:7
**particular** 46:19
  50:12,13 51:8
  86:20 87:15
**parties** 3:4,7 4:22
  50:7 102:11
**party** 4:17 11:14
  19:23 22:20
**passed** 55:7,9 56:2
  56:5,8
**pay** 36:8 72:9 77:11
**paying** 59:10
**people** 22:21 44:19
  47:25 87:23 88:3
  94:18
**performance** 38:24
**performed** 38:10
**period** 18:22 20:24
  23:5 37:15 56:21
**permission** 40:17
**permitted** 3:23
**person** 3:13 4:10
  44:18 45:18 47:22
  47:23,24 50:5,6
  57:19 65:20 83:3
  83:14,16,19 93:6
**personally** 50:21

**persons** 3:25 32:8
  48:7
**person's** 47:5
**perspective** 73:8,10
  73:11
**Philadelphia** 37:21
**phone** 9:13,16
  10:11
**physically** 32:22
**Pil** 88:14
**place** 1:20 61:10
  86:10 95:6
**places** 61:11
**plainly** 4:8
**Plains** 2:13
**Plaintiff** 1:5 2:3
**plan** 63:20
**plates** 14:12
**platform** 26:16
  29:19 66:8,14,17
  76:12 85:17
**play** 64:22 65:2,13
**playing** 68:15
**please** 6:9 41:17,24
  47:7 78:3 80:19
  80:22 89:12 98:4
  98:9
**point** 45:9 61:13
  66:25 67:16 68:9
  68:17 70:4 71:7
  71:11 74:14,22
  75:9,18,23 76:2,7
  76:20 78:8
**pointing** 46:13 89:4
  89:7
**police** 33:24 34:2,3
  34:4
**portion** 84:2
**position** 7:21 8:4
  29:10 38:7,19
**potential** 16:9,10
  19:13
**pounds** 57:24
**pour** 14:13 48:17
  96:19 97:9,11,14
**power** 60:17



prejudice 4:10
premises 11:18
  63:12,24
preparation 42:25
prepare 43:4
present 2:22 85:25
  101:10
preserve 4:5
President 38:21
pretty 41:20 52:11
  55:22 57:8 62:23
  64:16
previous 38:15
  39:2
previously 35:20
  46:16 64:8 89:21
  90:8
primary 42:7
prior 42:19,23 43:4
  62:3,11 93:8 94:7
privilege 4:6
probably 7:13,15
  9:2,4 10:20 16:2
  18:12 29:9 37:17
  37:24 81:14 82:13
  85:4
problem 7:23 92:18
problems 21:10
  23:18
problems(sic)
  23:19
proceed 3:12
process 78:10
pronounce 47:14
pronunciation
  27:23
property 41:14
provide 5:23 94:25
provided 4:12 5:18
provision 3:7
Public 1:22 5:14
  6:4 100:25 102:4
  102:24
pulled 75:16
purpose 4:21,23
  9:9 10:4 34:14

43:8,9 45:15
  82:15
purposes 89:19
pursuant 1:20 3:14
  6:16
push 75:18 76:6
put 50:9 71:23
  76:14 77:5,8
  95:20
putting 74:17
P-I-L 88:14
p.m 97:18

              Q
question 4:8,17,24
  5:6 27:5 30:21
  41:24,25 42:2
  58:20,24 60:12
  69:23 74:16 76:5
  76:18 78:21 80:20
  80:23,25 84:15
  86:4 87:17 92:24
questioning 3:20
  4:3 5:23
questions 4:4 30:18
  34:7 40:20 41:16
  41:18 42:17,18
  80:8,17,19
quick 32:13
quickly 77:13
quiet 55:17
quite 7:12 10:21
  12:22 28:23 37:16
  53:15

              R
R 2:2 99:2,2 102:2
raise 70:24 77:2
raised 3:16
rarely 18:4
read 42:21 46:23
  98:4 100:7
ready 79:15,18
really 14:6 27:3,4
  28:3 30:13 33:13
  34:21 35:12,16

37:6 51:20 54:2
  59:7,12 62:4 66:3
  72:9,21 74:25
  76:19
reason 5:3 53:23
  60:16 98:6
recall 7:12 10:21
  13:25 15:5 18:23
  21:14 28:23 30:4
  32:15 37:16 53:15
  53:24 56:6,7
  66:10,23 70:2,5
  71:2,17 74:21
  81:24 83:22 85:22
  93:5
receipt 35:21 36:2
  98:16
received 9:12,15
  10:2,10
recognize 3:7 24:22
  76:21
recollection 54:4
  59:20,22 66:7
  70:6 71:22
record 5:4 6:8 7:25
  8:3 64:4,6 79:4,6
  89:16,18,19
  100:10,12 102:8
recorded 40:6
recorder 40:7
refresh 66:7 71:21
refusal 4:13
related 102:10
relationship 39:19
relative 50:6
relaxed 23:24,25
  24:10 54:16
relaxing 23:17 25:8
relief 3:14
remain 84:13,19
  88:24
remainder 4:18
remained 46:3
  51:16 82:7
remember 12:22
  19:15 27:21 29:25

30:24 33:7 45:11
  46:10 66:4 70:23
  71:3 87:22
repeat 41:17 80:23
  80:24 82:4
rephrase 41:25
  80:20
reported 39:10
reporter 1:22 80:24
  102:4,24
represent 35:25
  41:11
request 3:19
reserved 5:11
respective 3:4
respond 28:13
responded 28:16
response 28:22
rest 53:23
restaurant 9:12
  15:20 20:9 44:6
  87:6 88:22,25
restroom 53:22
resulted 70:24
return 5:15 98:14
review 42:24
rewind 67:18 68:21
  73:23
rewinded 69:2
  73:25
RICHARDSON
  1:8 2:11
right 3:13 4:6,18
  8:18 15:14 18:8
  20:11 26:17 29:19
  32:16 34:24 35:2
  35:10,14 36:25
  38:8 39:13,23
  42:11,19 43:11,22
  44:12,18,24 46:10
  46:24 47:10 48:19
  49:6 52:13,14,16
  57:12 59:11 60:4
  60:10 63:2 64:2
  65:10 66:2,18
  67:4 68:14 69:6

72:23 73:12 74:20
  76:8 80:7 82:8,16
  83:11 85:9,17
  86:2,22
rights 5:18
Robert 43:15
room 11:12 13:4,8
  13:10,12 14:3,22
  15:25 16:6,7,13
  18:10,16 19:4
  20:13,25 21:4,6
  21:12 22:9,16,22
  22:24 23:4,6
  24:16 25:9,16
  34:12,13 36:3
  44:11,12,15,16,19
  44:20,21,22 45:10
  45:12,13 46:2,7
  46:20,22 47:20
  48:2,4,8,9,15 50:3
  50:4,15,17 51:12
  51:14,17 52:10,11
  52:12,24,25 53:3
  53:14,17,20,23
  54:6,8,10,12,20
  55:2,6,18,23 56:4
  56:10,10,11,11,13
  56:15,18,19,20,21
  58:13 62:16 65:23
  65:23 82:7,11,19
  84:5,12,13,19,21
  85:8,15 89:25
  90:11,13,23,23
  91:12,14 93:25
  94:4,11,24 95:8
  95:17,23 96:25,25
  97:4,5,6
rooms 12:23,24
room(sic) 16:11
rule 3:5,8,23,24
  4:12
rules 3:6 5:2,18
run 37:13 38:17

              S
S 1:8 2:2 3:2,2



101:2,2,2,7
**salon** 94:25 95:17
**saw** 11:12 23:7 35:6
    52:18 64:14 76:24
    94:18 97:8
**saying** 27:16,22
    28:10,11 30:2
**says** 47:5 49:16,20
**scene** 73:15
**screaming** 21:10
**screen** 79:22,22
**second** 21:13 51:21
    53:13 54:8 56:11
    63:5 78:4 82:11
    84:12 85:8 91:12
    93:25 94:11
**seconds** 64:24,25
    65:5,17 66:25
    67:18 68:4,19,25
    69:3,8,25 70:14
    71:4,6,12 72:16
    73:16,25 74:7,12
    75:4,9,25 77:14
    77:15 78:8 79:13
    79:14 84:22
**Section** 5:2
**security** 64:11
**see** 14:13 18:19
    22:8,11 23:19
    24:16,20 25:6
    30:25 34:17,21
    35:4,5,11,16
    42:10 49:16 51:7
    52:15,19 56:24
    61:15 65:16 66:3
    69:13 71:20 74:13
    76:21 77:22 79:23
    82:19 83:25 89:12
    91:16,19 92:25
    93:7 97:3,13
**seeing** 25:7 35:12
    66:6 92:18
**seen** 35:22 64:11
    90:5,17
**served** 61:9
**server** 14:3

**service** 48:16,18
    91:5 95:3,7 96:20
    96:22
**Services** 1:24
**servicing** 91:5
**serving** 14:6
**set** 4:7,25 102:7
**seven** 7:13 88:23
**seventh** 60:22
**Seyung** 49:11
**shaking** 31:17
    68:17 69:4,10,14
    69:18
**sharing** 50:2,4
**sheet** 98:7,10,12,15
    100:15
**Shin** 1:4 6:15,24
    7:7 8:8 9:7,12
    11:7 12:4,5,17,20
    13:6 14:23 15:17
    16:8,14 17:11,20
    17:25 18:9,14,19
    19:10,19 20:13,22
    21:2,8 22:2,4,8,12
    22:19 23:7,20
    24:17 25:8,16
    26:15,21,25 27:6
    27:12,24 28:16
    29:6,11 30:11,14
    30:19,25 31:16
    32:16 33:3,7,10
    33:12,15 34:12,18
    35:2,17 36:9,11
    36:22 38:20 39:16
    39:23 40:12 41:13
    43:25 44:8,20
    45:3,9,14,16,25
    48:8 49:20,24,25
    50:4 52:15,20
    53:17 54:9,13
    55:3 56:13,15,25
    57:3,7,12,22 58:9
    58:14 59:2 60:6
    60:24 61:4,8,12
    61:19 62:2,9,15
    62:20 63:14 64:13

64:19 65:11,12
    67:25 70:3,24
    71:7 72:11,14,17
    72:22 73:4,13,21
    74:2,8,19 75:3,9
    76:7,11,12 77:2,5
    77:19 78:9 79:24
    80:3,3 82:15,19
    83:17 84:12,20,24
    85:14 86:14 88:4
    88:16 90:22 91:12
    92:2 93:24 94:4
    94:10
**Shin's** 8:4 12:15
    22:10 28:18 38:11
    38:14,19 41:14
    61:23,24 67:17
    68:6 70:15 73:17
    76:14,21
**Shin(sic)** 30:9
**shirt** 65:15 67:2
    81:22
**shocked** 33:14
**short** 18:22
**shorthand** 1:22
    102:3
**shot** 15:8 21:19
**shots** 8:24 14:24
    18:24 19:2,8
**shot(sic)** 9:4
**show** 41:3,7 46:15
    64:8 89:20 90:7
**shown** 84:9 89:3
**side** 22:20 34:22,23
    34:24 35:2,9,10
    54:23 72:24 73:7
    73:7,12 74:19,20
    92:16
**sign** 98:9
**signed** 5:12 100:20
**significant** 4:10
**signing** 98:11
**silver** 24:23
**sir** 67:6 73:18 75:23
    78:9,18
**sit** 21:7 83:22

**sitting** 2:23 22:17
    22:18,21,22 23:16
    24:2 43:11,13,16
    54:13 82:19,24
    96:14,15,16,17
    97:12
**situation** 31:14
    34:11 71:20 76:15
    76:16
**six** 65:5
**Siyun** 47:5,16
**sleeping** 55:10,11
**small** 37:9 52:4
    57:7,12,13
**smoke** 51:25 52:8
    52:11 53:21
**smoked** 52:2
**sober** 21:21
**social** 10:7 20:7
**socialize** 17:22
**someone's** 69:14
**sorry** 27:5 58:21
    67:23
**sort** 31:6 70:20
    92:9
**sounds** 58:22
**South** 81:8
**space** 79:18 98:7
**speak** 28:7
**speaking** 28:4,6
    80:21
**Special** 7:22
**spell** 47:6,8 49:3
**spelling** 47:14,15
**SS** 100:4
**stable** 59:23
**staircase** 62:25
    66:18
**stairs** 78:11,17 80:4
**stairway** 26:17
    29:20 33:13 52:6
    63:7,8,20 85:18
    92:3 93:4
**stairway(sic)** 11:23
**stand** 25:24 26:2,7
**standing** 26:16

32:23 34:23 72:20
    73:17,18 74:3
    76:12 91:25
**start** 7:11 17:14
    77:12,14 79:12
**started** 60:25 84:20
**state** 1:23 6:4,8
    98:6 100:3 102:5
**stated** 3:17 5:4
**statement** 3:21
    4:15
**statements** 4:2 40:4
    40:7,10
**States** 1:2 81:10,15
**stay** 30:8,10 33:9
    56:20
**stayed** 13:2 19:21
    21:4 56:18 65:22
    66:4 90:2,14
**staying** 22:10
**steady** 59:4,14,23
**stepped** 51:21
**Steven** 2:17 80:12
**STIPULATED** 3:3
**stop** 67:22 75:24
    77:9
**stopped** 21:18 65:5
    65:17 66:24 68:4
    68:25 69:7
**stopping** 68:18
    70:13
**straight** 52:25
**Street** 2:8,12,16
**strength** 57:11
**stretched** 78:19
**strike** 5:7 11:17
    25:3
**strong** 57:8
**stuff** 61:17
**subdivision** 4:13
**subdivisions** 3:8
**subject** 3:12 98:11
**subpoena** 1:21 6:17
**subscribed** 100:20
**substance** 40:2
    100:14



succinct 4:15
succinctly 3:17 5:4
suggest 3:18
support 58:14
    96:21
sure 41:21 42:5
surgery 38:2
surprised 33:14
sworn 5:13 6:3
    102:7
S-E-Y-U-N-G
    49:11
S-H-I-N 88:17
S-I-Y-U-N 47:13

_____ T _____

T 3:2,2 99:2 100:2
    101:2,7 102:2,2
tab 46:19 50:12,13
    50:14
table 13:19 14:8,10
    24:24 82:20 95:21
take 11:20 25:20,22
    34:14 38:19 45:13
    50:21 63:16 79:3
    79:17 85:14
taken 1:18,21 3:11
    5:17 50:18 100:7
talent 39:6
talk 27:18 34:4
    41:19 52:23
talking 32:18 33:11
    70:4 72:3,6 74:24
    75:2 85:19,20
    86:10 87:5
tall 57:14,16
tape 40:7
tell 19:2,10 31:24
    40:12 47:2 49:18
    61:18 65:3 69:7,8
    69:17 70:15 74:2
    74:13 77:18 80:19
    80:22 82:15 84:18
    85:11 91:12 94:3
    94:9
telling 39:25 87:22

tells 69:21
TERRANCE 1:9
    2:12
testified 6:5 36:11
    46:18 76:23,25
    94:17
testimony 5:7
    61:19 64:18 100:7
    100:11 102:6,9
Thank 58:8 69:16
    94:14 97:16
thing 32:17 33:6
    70:7
things 77:12
think 11:22 13:15
    15:24 16:16 20:15
    23:4,12 28:16
    29:18 31:17,21
    32:8 33:19 34:13
    37:15 39:6 49:22
    54:16 56:9,16
    58:11 59:20 62:23
    63:6 64:21 65:21
    83:21 91:15 94:22
third 83:10,14,16
    83:19,25 84:3
thirty 98:16
thought 87:5
thousand 36:13
three 9:2 17:10
    18:22,24 19:8
    22:21,21 26:10
    37:17 44:19 45:2
    48:7 64:25 88:7
    88:11
thrown 55:22
time 1:20 5:9 7:11
    7:13,14,20 8:5
    10:18,22 14:4,5,6
    14:7 15:24 17:9
    18:22 20:24 22:7
    23:5 24:22 25:9
    31:13,17,22 32:3
    35:13 36:21 41:14
    45:20 46:3 48:3
    51:21 52:18 53:6

56:21,24 58:15,15
    59:3,3 63:23
    64:17 66:9 72:10
    76:9,14 77:7
    81:20,25 82:12
    84:23 85:2,23
    86:18 88:21 90:17
    93:12,13,14 94:7
    97:18 101:10
times 53:20 61:7
    78:5
tired 26:3 38:25
today 6:16,20 40:13
    42:23 45:21 94:9
today's 42:25 43:4
told 33:21 40:16
tone 28:18
top 47:3 79:22
total 48:2
track 54:3
transcript 98:17,18
    100:7,9 102:8
treatment 37:21
trial 1:17 3:6 5:10
tried 29:2,5
true 72:12 100:9,12
    102:8
TRUST 1:9 2:12
TRUSTEE 1:8 2:11
try 41:17 75:18
    76:14,15 82:4
trying 30:8,10
    31:14,15 32:19
    59:9 67:15 76:6
twice 31:23 37:25
two 14:25 15:2
    17:10 18:13 31:7
    37:23 38:2 56:21
    56:22 64:23,24
    74:11,12 75:3,4,8
    75:25 77:14 78:7
    79:13
type 9:24 40:20
    93:16 95:2

_____ U _____

U 3:2
unclear 78:16
underneath 49:19
understand 28:9
    41:23 42:16,17,18
    44:10 46:23 67:3
    80:18 81:2
understanding
    47:17
understood 42:3
    72:8
Uniform 3:6
United 1:2 81:10,15
upper 62:24 63:2
upset 24:6
upstairs 11:20
use 11:22 17:4
    52:10 53:21,23
    63:6,8
usually 17:2 36:12
    95:2

_____ V _____

vehicle 43:20
verbally 27:2
VICTORIA 1:8
    2:11
video 40:9 41:3
    64:8,11,23 65:4,6
    65:18 66:6,24
    67:19 68:5,19
    69:2,8 70:2,14
    71:5,7,20 72:17
    73:16,21 74:2,4,8
    74:12,14 75:4,14
    75:17 76:2,3,24
    77:15,18,23 78:8
    78:14 79:9,10,14
    79:23 81:22 83:24
    84:2,8 92:17,19
    92:21 93:2

_____ W _____

W 100:2 101:2
wait 21:7 41:17
    68:24 75:24

waiter 12:10 14:3,5
    14:13,17,19 33:16
    95:22
waived 5:22
waiver 5:8,17
walk 27:25 95:22
    95:25 96:3
walked 16:6 19:4
    19:11 25:10,20,25
    26:9,10 33:20
    58:13 62:15 66:13
    85:15 96:12
Walker 13:15,17
walking 26:21 27:7
    27:10 28:2 59:21
    59:23 62:19
wall 65:10 66:5
    73:22 74:3,9,18
wallet 36:13
waned 60:13
WANG 1:8,8,9
    2:11
want 28:16 30:22
    41:2,5 73:23 78:6
    78:25,25 82:18
    97:8
wanted 9:13 16:9
    19:12 22:12,14
    25:16,18 28:15
    52:20 82:16 84:18
    91:13
wasn't 22:24 27:23
    30:13 36:15 43:24
    44:2 56:25 57:2
    59:7 74:25 76:19
    86:23
Water 2:8
way 42:12 54:4
    92:10 102:12
wearing 65:14
week 37:25
weeks 38:3
weigh 57:22 58:2
Weissler 2:17 7:24
    10:14 19:6 43:10
    49:3,12 57:14,21



57:25 58:4 67:21
77:25 80:5,10,12
89:11,15 101:6
**went** 7:7 9:8 11:12
12:24 13:6,8
20:13 22:9,16
23:4,6,14 34:13
35:11 43:24,25
44:20 52:19,24
56:24 63:21 82:10
84:5,11,17 85:7
87:11 90:22 91:11
**weren't** 95:4,10
**We'll** 24:18
**we're** 17:2 22:11
39:18 64:22 65:12
68:15 73:15 77:13
79:10
**whisky** 8:19,20
13:13,14 15:5
50:13
**White** 2:13
**Why'd** 26:2
**wish** 92:11
**witness** 1:18 5:13
5:24 6:2 10:16
25:4 43:12 47:8
49:5,14 57:16,23
58:3,6 68:2 90:20
98:2 101:3
**Witness(es)** 102:6,9
**wobbly** 59:4,7
**woke** 36:14
**woman** 47:19,20
48:25 49:13
**woman's** 47:18
**women** 90:23 91:3
91:14
**words** 27:20 28:9
51:7
**work** 17:17,23
36:23 37:2,3
38:14 87:11 93:16
**worked** 60:20
87:14
**working** 17:14

38:20 60:25 87:18
**worried** 59:8 60:2
**write** 42:21
**written** 40:4 47:2
49:18
**wrong** 85:7 87:25
89:7
**WU** 1:9 2:12
**www.MagnaLS.c...**
1:25

**X**

**x** 1:3,12 101:2,7,7
**XX-XX-1980** 81:6

**Y**

**yeah** 12:2 14:11
15:3 19:14 25:24
32:2,4 41:6 42:12
52:8 58:18 62:21
63:9 64:21 71:25
76:19 84:10,17
95:13 96:17
**year** 37:22 60:23
81:12
**years** 17:10,10
**yelling** 27:7,17,19
29:16 30:17,20
**York** 1:2,13,13,23
2:4,4,8,8,13,17
6:4 100:3 102:5
**young** 1:9 2:16
20:14 22:3 23:7
24:13 25:4 26:13
26:14 27:12 28:21
29:4 30:15 31:2
31:18 32:6 33:2
33:10 34:18 35:13
36:3 45:22,23
47:5 52:19 54:19
55:2 64:19 67:3
68:12 70:3,11,18
71:13,23 73:5
74:18,20 75:13,21
76:10,20 77:20
79:23 80:2,15,24

81:23 83:4,6,20
84:25 88:15 93:7
93:7,12,17,21
94:5,11 97:4,10
97:14
**YS2** 1:8 2:7 6:13
**Yuju** 49:7
**Y-O-U-N-G** 88:15
**Y-U-J-U** 49:7

**$**

**$1,100** 36:13
**$1,500** 89:4,24
**$500** 90:11

**0**

**00:2:20** 78:3

**1**

**1** 64:10
**1st** 35:22 44:12
46:17 89:10,22
90:9
**1:00** 82:13 85:8,12
**1:30** 85:5,12
**10** 7:15 10:20 16:7
18:17,18 45:6,8
84:22
**10:30** 10:24 16:2
**10:45** 49:16
**10001** 1:13 2:4
**10038** 2:8
**10601** 2:13
**11** 10:24,24 16:2
65:17
**11:11** 1:15
**11242** 2:17
**12:52** 97:18
**1270** 1:13 2:4
**13** 66:24 75:8
**14** 67:18 79:13
**14th** 64:10
**15** 16:8 18:17,18
19:7 45:6,8 68:4
77:14 78:3
**16** 75:25

**165** 58:3
**17** 78:7
**199** 2:8
**1993** 81:11
**1994** 81:11

**2**

**2** 78:2
**200** 57:24
**2012** 17:16
**2017** 6:23 81:19
87:15 93:18
**2019** 1:14 35:22
46:17 64:10 89:10
89:22 90:9 100:8
**21** 1:14 100:8
**21st** 6:23 86:13
87:15
**22** 64:23
**22nd** 93:18
**221** 3:5
**221.2** 5:2
**23** 64:24
**24** 73:25
**26** 2:16
**28** 68:19,25

**3**

**30** 98:16
**31** 3:15
**3115** 3:8,23 4:12
**3116** 5:18
**3117** 5:18
**37** 69:7

**4**

**40** 87:21
**41** 101:5
**43** 70:14 71:4
**45** 87:21
**48** 69:25

**5**

**5'10** 57:17
**50** 71:6
**51** 71:12

**54** 74:7
**56** 72:16
**57** 73:16

**6**

**6** 101:5

**7**

**7:30** 88:23

**8**

**80** 101:6
**81** 2:12
**866)624-6221** 1:24

**9**

**9:30** 7:15 10:20
**911** 33:17,23 34:2
**94** 101:6



MAGNA
LEGAL SERVICES