# EXHIBIT E

# Shin vs. YSE

# *Shin vs YSE*

### *3/15/2019*

**Condensed Transcript**

**Prepared by:**

Robert Cirillo
Robert Cirillo, Inc.

Tuesday, March 26, 2019

Deposition of Joshua So

Page 1

```
 1  UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
 2  --------------------------------------x
    EDWARD SHIN,
 3
            Plaintiff,
 4
 5      Index No: 1:17-cv-05183 (LG) (SMG)
 6          -against-
 7  YSE ENTERPRISES, INC., MICHAEL S. WANG,
    VICTORIA WANG as TRUSTEE OF THE RICHARDSON
 8  IRREVOCABLE TRUST, TERRANCE WU, DEH-JUNG
    DEBORAH WANG, and YOUNG K. LEE,
 9
            Defendants.
10
    --------------------------------------x
11      March 15 2019
        11:19 A.M.
12
        199 Water Street
13      New York, New York
14
15      EXAMINATION BEFORE TRIAL of the
16  Defendant YSE ENTERPRISES, by JOSHUA SO,
17  taken by Plaintiff and Defendants,
18  pursuant to Order, before Christine
19  Cutrone, a Notary Public for and within
20  the State of New York.
21
            ROBERT CIRILLO, INC.
22      CERTIFIED SHORTHAND REPORTERS
        135 EAST CEDAR STREET
23      LIVINGSTON, NEW JERSEY 07039
        973-740-1331
24      cirillo.robert@gmail.com
25
```

Page 2

```
 1  A P P E A R A N C E S :
 2
 3  THE BASIL LAW GROUP, P.C.
    Attorneys for Plaintiff
 4      1270 Broadway
        Suite 305
 5      New York, New York 10001
 6  BY:  DAVID COHEN, ESQ.
 7
 8  THE CHARTWELL LAW OFFICES, LLP
    Attorneys for Defendant
 9  MICHAEL S. WANG, VICTORIA WANG as TRUSTEE
    OF THE RICHARDSON IRREVOCABLE TRUST,
10  DEH-JUNG DEBORAH WANG AND TERRENCE WU
        81 Main Street
11      Suite 100
        White Plains, New York 10601
12
    BY: CARMEN NICOLAOU, ESQ.
13
14
    AHMUTY, DEMERS & MCMANUS, ESQ.
15  Attorneys for Defendants
        200 I.U. Willets Road
16      Albertson, New York 11507
17  BY:  JANICE BERKOWITZ, ESQ.
    OUR FILE: ORNA 167417FAC
18
19  LONGO & D'APICE, ESQS.
    Attorneys for Defendant
20  YOUNG K. LEE
        26 Court Street
21      Suite 1700
        Brooklyn, New York 11242
22
    BY: TIMOTHY M. MCCARTHY, ESQ., of Counsel
23
24
25
```

Page 3

```
 1
        IT IS HEREBY STIPULATED AND AGREED by
 2  and between the attorneys for the
 3  respective parties herein, that filing and
 4  sealing be and the same are hereby waived.
 5      IT IS FURTHER STIPULATED AND AGREED
 6  that all objections, except as to the form
 7  of the question, shall be reserved to the
 8  time of the trial.
 9      IT IS FURTHER STIPULATED AND AGREED
10  that the within deposition may be sworn to
11  and signed before any officer authorized
12  to administer an oath, with the same force
13  and effect as if signed and sworn to
14  before the Court.
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              SO
 2  J O S H U A  S O ,   having first been
 3  duly sworn by a Notary Public, for and
 4  within the State of New York, upon being
 5  examined, testified as follows:
 6
 7  EXAMINATION BY MR. COHEN:
 8      Q.   Please state your name for the
 9  record.
10      A.   Joshua So.
11      Q.   What is your present home
12  address?
13      A.   212-08 43rd Avenue, Bayside, New
14  York 11361.
15      Q.   Good morning.
16      A.   Good morning.
17      Q.   My name David Cohen.  I
18  represent the plaintiff in this case Edward
19  Shin.
20          Would you state your name for
21  the record?
22      A.   Joshua So.
23      Q.   Could you spell that for the
24  court reporter?
25      A.   J-O-S-H-U-A.  Last name S-O.
```

Page 5

SO

1
2      Q.   Sir, have you ever had your
3   deposition taken before?
4      A.   No.
5      Q.   I'm just going to give you a few
6   ground rules.  As you can see there's a court
7   reporter that's taking down everything that
8   you and I say.  So it's important that your
9   answers be verbal, because she can't take down
10  a nod or a shrug.  Also it's important that
11  only one us is talking at a time.  If your
12  counsel objects to a question that I have, let
13  her state her objection and then she'll
14  instruct you whether or not to answer the
15  question.  If you don't understand my
16  question, let me know and I'll try to rephrase
17  it so that you do understand it.  Also I'm
18  just asking for your personal knowledge.  I'm
19  not asking for you to guess or speculate.  If
20  in response to one of my questions you're
21  estimating, just let me know.  Also if you
22  need to take a break or use the restroom,
23  please let me know and we will accommodate
24  you.
25           Do you understand those

Page 6

SO

1
2   instructions?
3      A.   Yes.
4      Q.   Sir what is your address?
5      A.   212-08 43rd Avenue, Bayside, New
6   York 11361.
7      Q.   What is your native language?
8      A.   Korean.
9      Q.   Are you fluent in Korean?
10     A.   No.
11     Q.   Do you have some understanding
12  of Korean?
13     A.   Basically.
14     Q.   Were you born in this country?
15     A.   Brazil.
16     Q.   Are you currently employed?
17     A.   Yes.
18     Q.   By whom?
19     A.   Well, I have my own business.
20     Q.   Okay.  What is the name of that
21  business?
22     A.   VIP Garment Care Corp.
23     Q.   What kind of business is that?
24     A.   Dry cleaner.
25     Q.   Are you the owner of that

Page 7

SO

1
2   business?
3      A.   Correct.
4      Q.   And is that business in New York
5   City?
6      A.   Correct.
7      Q.   Were you an employee of YS2?
8      A.   Yes.
9      Q.   How long were you an employee of
10  YS2?
11     A.   For two and a half years.
12     Q.   Is YS2 currently operating as a
13  business?
14     A.   No.
15     Q.   When did they cease operating?
16     A.   January of this year.
17     Q.   Do you know if the YS2 is
18  operating in a different location?
19     A.   No.
20     Q.   You don't know or they're not?
21     A.   I don't know.
22     Q.   Did you stop working for YS2 in
23  January of this year?
24     A.   Correct.
25     Q.   At the time the business closed,

Page 8

SO

1
2   what was your position with the company?
3      A.   Manager.
4      Q.   Did you have any other positions
5   with the company?
6      A.   No.
7      Q.   Prior to working for YS2, did
8   you work in any establishments that served
9   alcoholic beverages?
10     A.   No.
11     Q.   What were your duties as manager
12  of YS2?
13     A.   Day-to-day operation.
14     Q.   Can you be a little more
15  specific as to what you mean by day-to-day
16  operation?
17     A.   Inventory, clientele.
18     Q.   What do you mean by clientele?
19     A.   Like reservation.
20     Q.   Did your duties include
21  supervising any employees or independent
22  contractors working for YS2?
23     A.   Yes.
24     Q.   And whom specifically did you
25  supervise?

Page 9

SO

1
2     A.    John Lee.
3     Q.    Anybody else other than John
4  Lee?
5     A.    No.
6     Q.    What was Mr. Lee's position with
7  YS2?
8     A.    Waiter.
9     Q.    Did YS2 have independent
10 contractors that performed work at that site?
11    A.    Could you be more specific.
12    Q.    Do you know what an independent
13 contractor is?
14    A.    Yeah.
15    Q.    Somebody who is not an employee
16 of the business, but performs work?
17    A.    Oh, no.
18    Q.    When YS2 was in operation, did
19 YS2 have female hostess that worked for the
20 company?
21    A.    No.
22    Q.    No?
23    A.    No.
24    Q.    Did they have female servers?
25    A.    No.

Page 10

SO

1
2     Q.    Let me hand you what was
3  previously marked Exhibit B.
4          MS. NICOLAOU:  Do you have a
5  marked copy?  The actual marked.
6          MR. COHEN:  That's fine.
7          MS. NICOLAOU:  Just because
8  I like to make sure we have the
9  right ones.  That was marked as B?
10         MS. BERKOWITZ:  Yes.
11         MR. COHEN:  Marked on
12 Mr. Shin's deposition.
13         MS. NICOLAOU:  The date is
14 on there February 1st.
15    Q.    Mr. So, I like you to take a
16 look at what has been marked as Exhibit B.
17         Have you ever seen this before?
18    A.    Yes.
19    Q.    When did you first see this?
20    A.    I see it every day.
21    Q.    But this specific check, have
22 you seen this before?
23    A.    I seen it, but going back two
24 years.  I don't recall.
25    Q.    Let me ask you a couple of

Page 11

SO

1
2  questions.  On the top of Exhibit B, there's
3  writing that is not in English.  Is that in
4  Korean?
5     A.    Correct.
6     Q.    Can you read that?
7     A.    No, I can't.
8     Q.    Do you know if the writing on
9  the top left-hand side of B are female Korean
10 names?
11    A.    I can't read Korean.
12    Q.    There's a time on here, sir,
13 10:45.
14    A.    Correct.
15    Q.    Do you know what that time
16 represents?
17    A.    The time when the customer came
18 in.
19    Q.    Let me ask you a couple of
20 questions about YS2 while it was in business.
21         What was the nature of the
22 business?
23    A.    It's a business club.  Members
24 only.
25    Q.    So you had to be a member to

Page 12

SO

1
2  attend?
3     A.    Correct.
4     Q.    Have you ever heard the term
5  room salon?
6     A.    Yes.
7     Q.    What does that term mean to you?
8     A.    It's a drinking establishment.
9     Q.    Is that what YS2 was?
10    A.    No.
11    Q.    Why wasn't YS2 a room salon?
12    A.    YS2 is a business membership
13 only.
14    Q.    Was there Karaoke?
15    A.    Yes.
16    Q.    And was alcohol served?
17    A.    Yes.
18    Q.    Was food served?
19    A.    Yes.
20    Q.    Was the food cooked on the
21 premises?
22    A.    Yes.
23    Q.    And other than Mr. John Lee,
24 were there other servers?
25    A.    No.

Page 13

```
1              SO
2      Q.   I asked about this before.  I
3   just want to be clear.
4          Were there any female employees
5   or independent contractors that performed any
6   duties on behalf of YS2?
7      A.   No.
8      Q.   There were no women that --
9      A.   Customers.
10     Q.   They were customers?
11     A.   Yes.
12         MS. BERKOWITZ:  Off the
13   record.
14         (Discussion is held off the
15   record.)
16     Q.   So if I understand your
17   testimony correctly, sir, there was one server
18   and that was Mr. Lee?
19     A.   Correct.
20     Q.   And did Mr. Lee serve alcohol to
21   all of the rooms at YS2?
22     A.   That's his duty as a waiter.
23     Q.   And what about food?
24     A.   Food as a waiter he does that
25   too.
```

Page 14

```
1              SO
2      Q.   To the extent that there were
3   women present in those rooms, is it your
4   testimony that they were guests?
5      A.   Correct.
6      Q.   Do you know if they were
7   compensated by the patrons of YS2?
8      A.   No.
9      Q.   You don't know?
10     A.   No.
11     Q.   They were not?
12     A.   They were not.
13     Q.   Does YS2, while it was in
14   operation, did it keep records regarding the
15   identity of persons who had worked for the
16   company?
17     A.   Of the clientele, that's what
18   you are trying to say?
19     Q.   No.  I said persons who had
20   worked as employees, who were independent
21   contractors.
22     A.   That's with the owner.
23     Q.   The owner?
24     A.   Yeah.
25     Q.   Do you know if those records
```

Page 15

```
1              SO
2   were maintained on the premises at YS2?
3      A.   I don't recall.
4      Q.   Who is the owner of YS2?
5      A.   Hyun Hak.
6      Q.   Spell that?
7      A.   H-Y-U-N H-A-K.  Last name Y-I.
8      Q.   I'm sorry, how do you pronounce
9   that?
10     A.   Hyun Hak.
11     Q.   That's a lady?
12     A.   No.
13     Q.   A man?
14     A.   A man.
15     Q.   So we'll just refer to him as
16   Mr. Yi?
17     A.   Mr. Yi.
18     Q.   Other than Mr. Yi, were there
19   any other owners of YS2?
20     A.   I don't recall. I don't recall
21   specifically with him.
22     Q.   Did you report to Mr. Yi?
23     A.   Correct.
24     Q.   Other than Mr. John Lee, were
25   there any employees or independent contractors
```

Page 16

```
1              SO
2   that served alcoholic beverages to patrons of
3   YS2?
4      A.   A waiter.
5      Q.   Yes, other than them?
6      A.   No.
7      Q.   What about yourself?  Did you
8   ever serve?
9      A.   No.
10     Q.   If you could just let me finish
11   my question.
12     A.   I apologize.
13     Q.   That's okay.  Just for the
14   record.
15         In the two and a half years that
16   you worked at YS2, did you ever serve
17   alcoholic beverage to any patrons?
18     A.   No.
19     Q.   Did you greet patients when they
20   entered the premises?
21     A.   Yes.
22     Q.   Was that part of your job
23   duties?
24     A.   Yes.
25     Q.   Did you know some of the patrons
```

Page 17

```
1               SO
2   by sight who they were?
3       A.   Some of them.
4       Q.   I believe you said that YS2 was
5   a private club?
6       A.   Yes.
7       Q.   Would you know persons who were
8   members of the club?
9       A.   There's a lot of members.  So,
10  you know, at that time I don't recall who is
11  who.
12      Q.   Did your duties as manager
13  include supervising any employees regarding
14  serving alcoholic beverages?
15      A.   Yes.
16      Q.   Can you describe specifically
17  how you supervised the service of alcoholic
18  beverages?
19      A.   To John Lee.
20      Q.   Was there some type of training
21  procedure that you used?
22      A.   Yes.
23      Q.   Could you describe what that
24  training procedure was?
25      A.   So what the training is it's
```

Page 18

```
1               SO
2   when they drink and if they're intoxicated
3   then that's when I stop serving.
4       Q.   Is that what you told Mr. Lee?
5       A.   Correct.
6       Q.   Did you give Mr. Lee any written
7   materials?
8       A.   That I don't recall.  That's Mr.
9   Yi, because he's the owner.
10      Q.   Mr. Yi is the owner.
11           Did Mr. Yi also, to your
12  knowledge, did he instruct John Lee regarding
13  the service of alcoholic beverages?
14      A.   I don't know.
15      Q.   Do you know if Mr. Yi had any
16  written materials on that topic?
17      A.   I don't know.
18      Q.   Have you, yourself, taken any
19  training regarding the sale or service of
20  alcoholic beverages in New York?
21      A.   By whom?
22      Q.   For example, are you familiar
23  with the New York alcohol training awareness
24  program?
25      A.   I'm aware, but I didn't take it.
```

Page 19

```
1               SO
2       Q.   Just so the record is clear, you
3   are aware of New York alcohol training
4   awareness program?
5       A.   Correct.
6       Q.   What's your knowledge of that
7   program?
8       A.   Like I said I heard of it, but
9   the full details, I don't.
10      Q.   From what source did you hear
11  about that alcohol training awareness program?
12      A.   Well, usually a drinking
13  establishment has some kind of basic of those
14  trainings.
15      Q.   Based on your testimony, you did
16  not participate in that New York alcohol
17  training awareness program; is that correct?
18      A.   Correct.
19      Q.   Do you know anybody who was
20  employed by YS2 who did participate in the New
21  York alcohol training awareness program?
22      A.   I don't know.
23      Q.   Do you know if Mr. Yi did?
24      A.   Mr. Yi, I don't know.
25      Q.   I believe you told John Lee that
```

Page 20

```
1               SO
2   if a patron was intoxicated not to serve him
3   with alcoholic beverages, is that fair to say?
4       A.   No.  If the customer seems
5   intoxicated, he'll let me know and it's to my
6   discretion.
7       Q.   I'm sorry.  So the policy was if
8   John Lee saw a patron that was intoxicated, he
9   was to tell you?
10      A.   Correct.
11      Q.   And then if he informed you of
12  that, what would you do?
13      A.   It's my decision of serving more
14  alcohol or to not serving.
15      Q.   How would you determine if a
16  patron was intoxicated?
17      A.   So the things that I look for is
18  if the speech -- if they slur.  If they wobbly
19  walk.  And if they like very loud.  Then I
20  decide if I should serve them more.
21      Q.   And what specifically did you
22  tell John Lee how he would determine if a
23  patron was intoxicated?
24      A.   So that's the basic if a
25  customer is intoxicated.
```

Page 21

1           SO
2       Q.   Do you mean what you had said
3   previously?
4       A.   Yes.
5       Q.   I think you said three things.
6   One would be slurred speech?
7       A.   Yes.
8       Q.   And then the other was they were
9   off balance?
10          MS. BERKOWITZ:  Wobbly.
11      Q.   Is that the word you used?
12      A.   Yes.
13      Q.   The other one was if they were
14  loud?
15      A.   Correct.
16      Q.   Are there any other indica or
17  other types of behavior that you would
18  associate with someone being intoxicated?
19      A.   Well, that's the most thing I
20  see on the person if they are intoxicated.
21      Q.   How long did Mr. Lee work as a
22  waiter for YS2?
23      A.   Same time as me.
24      Q.   During that time, how many times
25  did he go to you and inform you that he

Page 22

1           SO
2   believed a patron may be intoxicated?
3       A.   He said it a lot.
4       Q.   A lot?
5       A.   Yes. Meaning to the point you
6   know he'll instruct me, like this person --
7   he'll inspect the room and he'll let me know
8   how the room is.
9       Q.   When you say a lot, could you
10  estimate? For example, on a weekly basis, how
11  many times did Mr. Lee tell you that somebody
12  might be intoxicated?
13      A.   Oh, I don't know.
14      Q.   Over the course of the two and a
15  half years, can you estimate how many times
16  Mr. Lee told you that --
17      A.   Maybe my wording -- what I meant
18  is he'll tell me room by room this person --
19  how the room is, you know.
20      Q.   When you say he would tell you
21  room by room?
22      A.   Meaning he'll -- like a
23  feedback. He'll tell me this room is -- if
24  any issues, he'll let me know.
25      Q.   Would he tell you specifically

Page 23

1           SO
2   regarding particular persons within a room?
3   Whether a particular person he thought was
4   intoxicated?
5       A.   Well, if, for example, if it's
6   like a party of four, it's kind of very hard
7   to pinpoint. So he'll just go in and see the
8   atmosphere.
9       Q.   Can you explain how, just in a
10  typical room, how alcoholic beverages were
11  ordered and served?
12          MS. BERKOWITZ:  I'm just
13      going to object to form, because
14      it's compound.
15          MR. COHEN:  Let me rephrase.
16      Q.   Can you tell me in general terms
17  how alcoholic beverages were ordered in a room
18  at YS2?
19      A.   How was it ordered?
20      Q.   Yes.
21      A.   The customer requests whatever
22  drink they want.
23      Q.   And let's go back to Exhibit B.
24          First of all, the date on
25  Exhibit B is 4/21, do you see that?

Page 24

1           SO
2       A.   Yes.
3       Q.   Going to represent to you that
4   this was the check of one of the rooms during
5   the evening of the incident that brings us
6   here.
7           Now, according to the check it
8   has black two bottles.
9           Do you know what that refers to?
10          MS. BERKOWITZ:  I just don't
11      think there's a foundation,
12      because I know that the witness
13      didn't prepare this document.
14          MR. COHEN:  But he said that
15      he saw it.
16          MS. NICOLAOU:  Actually he
17      said he's seen other documents
18      like this.
19      A.   It's a bill. It's a bill.
20          MS. BERKOWITZ:  With that
21      objection, the witness didn't
22      prepare the document.
23          MR. COHEN:  Understood.
24      Q.   But do you know what the term
25  black refers to?

Page 25

SO

1
2    A.    Johnnie Walker Black.
3    Q.    Is that scotch?
4    A.    Yes.
5    Q.    It says two bottles?
6    A.    Yes.
7    Q.    By bottle is it a fifth?  Do you
8    know what I mean by a fifth?
9    A.    No.  What do you mean?
10   Q.    750 milliliters.
11   A.    The bottle size?
12   Q.    Yes.
13   A.    It's -- yeah, 750.
14   Q.    If you look at Exhibit B, it
15   states there were four guests; do you see
16   that?
17   A.    Yes.
18   Q.    Let's start with the two
19   bottles.
20         Do you know if the two bottles
21   were ordered at the same time?
22   A.    No.
23   Q.    Would they generally be ordered
24   one bottle first?
25   A.    Correct.

Page 26

SO

1
2    Q.    So the first bottle Mr. Lee
3    would bring the bottle into the room?
4    A.    First bottle?
5    Q.    Yes.
6    A.    Yes.
7    Q.    What type of glasses would be
8    given to the patrons to drink the scotch?
9         MS. BERKOWITZ:  Objection to
10        form.  I don't know that glasses
11        are given.  I know for a fact that
12        glasses aren't given to the
13        patrons.  You want to ask the
14        procedure as to how the bottle was
15        brought in and what the setup is?
16        But no drinks are actually poured
17        for the patrons.
18        MR. COHEN:  Let's see what
19        he knows.
20   Q.    Can you describe how, in this
21   case for example, the Johnnie Walker Black was
22   served to the four individual patrons in that
23   room?
24        MS. BERKOWITZ:  I'm going to
25        object again.

Page 27

SO

1
2    A.    I don't know.
3         MS. BERKOWITZ:  I'm going to
4         object to the word "served."
5    Q.    Do you know what the word served
6    means?
7    A.    Yes.
8    Q.    What does it mean to you?
9    A.    It means somebody serving.
10   Q.    Who poured if you know?  Would
11   Mr. Lee, as part his job duties, would he pour
12   the alcohol into the glass of the patron?
13   A.    No.
14   Q.    Why not?
15   A.    Because that's not his duty.
16   Q.    So what is his duty?
17   A.    To bring the drink and just
18   leave it there.
19   Q.    When you say the drink, you mean
20   the bottle?
21   A.    Correct.
22   Q.    And you leave it where?
23   A.    On the table.
24   Q.    On the table.  Is there
25   glassware on the table?

Page 28

SO

1
2    A.    There's like coke and glass.
3    Q.    When I say glassware, I mean
4    glasses.  For example, are there shot glasses
5    on the table?  Do you know what a shot glass
6    is?
7    A.    Yes.
8    Q.    Are there shot glasses on the
9    table?
10   A.    There are regular glasses.
11   Q.    Does that mean there's no shot
12   glasses?
13   A.    That's if they want we could.
14   Q.    If the patron request a shot
15   glass?
16   A.    Correct.
17   Q.    Then YS2 would provide it?
18   A.    Correct.
19   Q.    Would patrons bring their own
20   shot glasses into YS2?
21   A.    No.
22   Q.    If you look at Exhibit B, it has
23   black, two bottles.  I'm going to represent to
24   you that Mr. Shin, in his deposition,
25   testified that he also drank beer.

Page 29

1           SO
2           Can you explain why beer does
3    not appear on the check?
4        A.   Because there was no beer.
5        Q.   There was no beer?
6        A.   Yeah.
7        Q.   No beer was brought into the
8    room?
9        A.   Correct.
10       Q.   But if beer was brought into the
11   room, would it be on the check?
12       A.   Correct.
13       Q.   What about soft drinks like
14   coke?  If that was brought into the room,
15   would that be on the check?
16       A.   Coke, no.
17       Q.   No?
18       A.   Cocoa Cola, no.
19       Q.   But your testimony is that if
20   beer was brought into the room that would
21   appear on the check?
22       A.   Correct.
23       Q.   That was that policy of YS2?
24       A.   Correct.
25       Q.   Exhibit B, there's an entry that

Page 30

1           SO
2    says room charge, do you see that, sir?
3        A.   Yes, I do.
4        Q.   It states $150; is that correct?
5        A.   Correct.
6        Q.   Do you know how that was
7    calculated?  Is that on a per hour basis?
8        A.   Correct.
9        Q.   How much did YS2 charge for a
10   room charge on a per hour basis?
11       A.   That varies.
12       Q.   That varies?
13       A.   On the size of the room.
14       Q.   Do you know what room the check
15   for Exhibit B was located in?
16       A.   I don't recall.
17       Q.   If Mr. Lee told you that a
18   patron might be intoxicated, and you examined
19   the patron and believe that in fact the patron
20   was intoxicated --
21       A.   I would not serve anymore
22   alcohol to that customer.
23       Q.   Would you ask the customer to
24   leave?
25       A.   I wouldn't tell him to leave,

Page 31

1    but I wouldn't serve more alcohol.
2        Q.   What, if anything, would you
3    tell Mr. Lee?
4        A.   What do you mean?
5        Q.   I believe you testified that you
6    personally do not bring any alcoholic beverage
7    into the room.
8        A.   No.  If they want more alcohol,
9    I would not serve them more alcohol.
10       Q.   Did you instruct Mr. Lee to
11   enter each room on a regular basis to
12   determine whether or not any of the patrons
13   were intoxicated?
14       A.   Well, he'll go room to room to
15   see if they need any more, like, food.  That's
16   his duty.
17       Q.   Is there a way that the patrons
18   that are in a specific room to communicate
19   with Mr. Lee if they needed either food or
20   additional beverages?
21       A.   If he wasn't in the room?
22       Q.   If he wasn't in the room.
23       A.   Then the customer will come out
24   and ask for the waiter.

Page 32

1        Q.   Did YS2 have video cameras in
2    the establishment?
3        A.   Yes.
4        Q.   How many videos cameras did it
5    have?
6        A.   I believe a couple.  Like four
7    or five.
8        Q.   Were any of the video cameras in
9    any of the rooms?
10       A.   No.
11       Q.   So where were the four or five
12   video cameras?
13       A.   In the hallway, in the stairway
14   and outside of the establishment.
15       Q.   Was there a video camera at the
16   entrance of the establishment?
17       A.   Yes.
18       Q.   How many rooms were there in
19   YS2?
20       A.   13.
21       Q.   For example, on a Friday night,
22   a typical Friday night, how many of those
23   rooms would have patrons?
24       A.   It varies.

Page 33

SO

1
2      Q.   Were there ever Friday nights
3  where all 13 rooms were occupied?
4      A.   No.
5      Q.   Was there ever a Friday night
6  where six rooms were occupied?
7      A.   Yes.
8      Q.   And on those nights, was Mr. Lee
9  the only waiter?
10     A.   Yes.
11     Q.   What if Mr. Lee was sick, who
12  would deliver the food and drinks to the
13  rooms?
14     A.   Then the owner would come out.
15     Q.   Now, as manager, did you have
16  any job duties involving the security cameras?
17     A.   As a manager -- can you repeat
18  that again?
19     Q.   Let me rephrase it.
20         As part of your duties as
21  manager of YS2, did you review any of the
22  security video?
23     A.   If there was an incident.
24     Q.   Roughly how many times did you
25  have to review the video because of an

Page 34

SO

1  incident?
2      A.   Not much.  Basically like I said
3  if there was an incident, then I'll review.
4      Q.   But how many incidents were
5  there in the two and a half years?
6      A.   Incident, one.
7      Q.   What was that incident?
8      A.   On that date.
9      Q.   Just that date.  So your
10  testimony is that was the only time that you
11  ever saw videotape was on that particular --
12     A.   No, I saw it.  But like I said
13  in an incident like this, on this date where I
14  have to call 911, besides that, that
15  surveillance camera is for our protection.
16  It's not for...
17     Q.   When you say "our protection"
18  who are you referring to?
19     A.   Robbery.
20     Q.   Is it for the protection of
21  the --
22     A.   Establishment.
23     Q.   Establishment.  What about the
24  members of the private club, is it for their

Page 35

SO

1  protection too?
2      A.   Yes.
3      Q.   Is it also for protection of
4  patrons that are frequenting the
5  establishment?
6      A.   What do you mean?
7      Q.   That are eating and drinking at
8  the establishment?
9      A.   It's for the protection for
10  everybody.
11     Q.   When YS2 was operating, was the
12  video camera footage viewed in a certain
13  location within the building?
14     A.   What do you mean?
15     Q.   You have a camera.  Say the
16  camera is looking at the stairway, is there a
17  location within YS2 where someone could view
18  that footage?
19     A.   Yes.  They got a footage at the
20  stairway.
21     Q.   Was somebody viewing that live
22  as it happened?
23     A.   No.
24     Q.   Is there a specific location in

Page 36

SO

1  the building where the videotapes were
2  maintained?
3      A.   I don't know that.
4      Q.   Are you aware of a videotape of
5  the incident in this lawsuit?
6      A.   Am I aware of the video?
7      Q.   Yes.
8      A.   Yes.
9      Q.   Did you view the video?
10     A.   After the fact.
11     Q.   When was it that you viewed the
12  video of the incident?
13     A.   From the owner.
14     Q.   In terms of the amount of time,
15  was it the next day or a week later?
16     A.   I don't recall.
17     Q.   Did you watch the video with
18  Mr. Yi?
19     A.   I don't remember.
20     Q.   Did Mr. Yi tell you to review
21  the video?
22     A.   I don't remember.
23     Q.   You mentioned his name.
24     A.   Because he's the owner.

Page 37

SO

2  Q.  When did you first become aware
3  of the incident in this case?
4  A.  I don't remember.
5  Q.  Were you at the location during
6  the time of the incident?
7  A.  Yes.
8  Q.  How was it that you were made
9  aware of the incident?
10  A.  Like I said I don't remember.
11  It's going back a couple of years, so I don't
12  remember.
13  Q.  Did you make any report to the
14  police?
15  A.  The owner did.  I called 911
16  once the incident happened.  And then when
17  they came, the owner came and then the owner
18  took over.
19  Q.  So you called 911; is that
20  correct?
21  A.  Correct.
22  Q.  What caused you to call 911?
23  A.  When Mr. Shin was down the
24  stairs.
25  Q.  After he fell down the stairs?

Page 38

SO

2  A.  Correct.
3  Q.  And did you see that happen?
4  A.  No.
5  Q.  So how did you find out that he
6  had fallen down the stairs?
7  A.  Like I said, I don't remember.
8  But I ended up going to the incident and then
9  I saw a guy on the floor.
10  Q.  At that time, did you have any
11  interaction with any of the other persons that
12  were involved in the incident?
13  A.  I don't remember.
14  Q.  Are you aware of a person by the
15  name of Young Lee?
16  A.  Yes.
17  Q.  How are you familiar with him?
18  A.  He's a customer.
19  Q.  Is he a member of the club?
20  A.  Yes.
21  Q.  Did you know him by sight?
22  A.  No.
23  Q.  He was a member of the club?
24  Did he regularly visit YS2?
25  A.  Regularly, no.

Page 39

SO

2  Q.  How often would he?
3  A.  I don't know.  It's a lot of
4  members.  So I don't recall.
5  Q.  But you recall that you know
6  him?
7  A.  I don't know him personally, but
8  as a customer, yes.
9  Q.  Did you see him when he entered
10  the premises on that evening?
11  A.  I don't remember.
12  Q.  I didn't mean to interrupt you.
13  A.  Like I said.  Usually I greet
14  the customers.  But sometimes when I'm doing
15  something, then John.
16  Q.  And John would greet them?
17  A.  Yes.
18  Q.  Do you have a recollection on
19  that night which was the 21st of April 2017
20  whether you greeted the customers?
21  A.  I don't remember.
22  Q.  Are you familiar with a person
23  by the name of Chung Kai Lee?
24  A.  I think they were together.
25  That group.

Page 40

SO

2  Q.  When you say that group, you
3  mean with Mr. Young Lee?
4  A.  Young Lee.
5  Q.  Do you know who else was in that
6  group?
7  A.  No, I don't remember.  I don't
8  know.
9  Q.  Do you know an individual by the
10  name of Daniel Park?
11  A.  I don't know.
12  Q.  Do you know an individual by the
13  name of Ed shin?
14  A.  Edward Shin?
15  Q.  Edward Shin?
16  A.  That's the guy who fell.
17  Q.  Yes.  Did you know him?
18  A.  Personally, no.  As a customer,
19  yes.
20  Q.  Did you know him by sight?
21  A.  He comes time to time to drink.
22  Q.  Did you greet him when he
23  entered the premises on the evening of --
24  A.  I wouldn't remember.
25  Q.  Let me finish my question for

Page 41

SO

1
2  the record.
3         Do you recall if you greeted
4  Mr. Shin on the evening of April 21st, 2017?
5     A.   I don't remember.
6     Q.   On the evening of April 21st,
7  did you see Mr. Shin at any time during that
8  evening before he fell?
9     A.   I don't remember.
10    Q.   Do you have a recollection as to
11 whether you saw Mr. Young Lee at any time
12 during the night of the 21st and then into the
13 22nd of April?
14    A.   I don't remember.
15    Q.   Do you have a recollection of
16 whether you saw Mr. Chung Kai Lee on that
17 evening?
18    A.   I don't remember.
19    Q.   Would the same be true for
20 Daniel Park?
21    A.   Correct.
22    Q.   I think there's also somebody by
23 the name of Mr. Horn?  Is that somebody that
24 you're familiar with?
25    A.   No.

Page 42

SO

1
2     Q.   Now, on the night in question,
3  did John Lee bring alcoholic beverages to the
4  rooms that Mr. Shin and Mr. Lee were in?
5     A.   Did he bring the alcohol that
6  they ordered?
7     Q.   Yes.
8     A.   Yeah, he brought it to the room.
9     Q.   Did he also bring the food that
10 was ordered?
11    A.   Correct.
12    Q.   Do you know how many times
13 Mr. Lee was in the room that's reflected on
14 Exhibit B?
15    A.   I don't know.
16    Q.   I like to show you what was
17 previously marked as Exhibit C.
18    MS. NICOLAOU:  Was marked
19    February 1, 2019.
20    Q.   Sir, I like you to take a look
21 at what has been marked as Exhibit C.
22        Have you seen this document
23 before?
24    A.   This document itself?
25    Q.   Yes.

Page 43

SO

1
2     A.   No, but this kind of receipts.
3     Q.   Receipts?
4     A.   Yeah.
5     Q.   Exhibit C is also dated
6  April 21st, do you see that?
7     A.   Yes.
8     Q.   Do you know what persons were in
9  the room that's reflected on Exhibit C?
10    A.   I don't remember.
11    Q.   During the night of April 21st
12 into the early morning hours of April 22nd,
13 2017, did John Lee inform you that any of the
14 patrons might have been intoxicated?
15    A.   I don't remember.
16    Q.   Did you talk with Mr. Lee after
17 the incident?
18    MS. BERKOWITZ:  That night
19    or to this time?
20    MR. COHEN:  Yeah, to this
21    time.
22 BY MR. COHEN:
23    Q.   Since that happened, did you
24 talk to Mr. Lee?
25    A.   About the incident or what

Page 44

SO

1
2  happened that night.
3     Q.   Yes, about what happened that
4  night.
5     A.   Yeah, we spoke.
6     MS. NICOLAOU:  Just for the
7     record, John Lee.
8     THE WITNESS:  John Lee.
9     MR. COHEN:  John Lee.
10    Q.   What did Mr. John Lee tell you
11 about the incident?
12    A.   I don't remember.
13    Q.   Did you tell him anything about
14 the incident?
15    A.   I don't remember.
16    Q.   Do you know where John Lee is
17 currently working?
18    A.   No.
19    Q.   Have you had any contact with
20 him since YS2 stopped operating?
21    A.   A couple of times.
22    Q.   When was the last time that you
23 had contact with him?
24    A.   Over a month ago.
25    Q.   Have you talked with him about

1                   SO
2   this lawsuit?
3        A.   No.
4        Q.   Are you friends with Mr. Lee?
5        A.   Yes.
6        Q.   Do you know where Mr. Lee lives?
7        A.   I know where he lives, but I
8   don't know his address.
9        Q.   What part of town does he live
10  in?
11       A.   Flushing/Bayside.  I guess the
12  border.
13            MR. COHEN:  Off the record.
14            (Discussion is held off the
15       record.)
16       Q.   Just a couple of questions for
17  you.
18            On the evening of April 21st,
19  April 22nd, 2017, did you have any
20  recollection of seeing Edward Shin
21  intoxicated?
22       A.   Yes.
23       Q.   You did?
24       A.   Yes.
25       Q.   Can you explain when you saw him

1                   SO
2   intoxicated?
3        A.   John is the one who informed me.
4   But it's going back so long ago, I don't
5   remember.
6        Q.   Let's take this piece by piece.
7            Did you actually see Mr. Shin
8   intoxicated on that evening?
9            MS. BERKOWITZ:  You mean
10       after the incident?
11            MR. COHEN:  No, before the
12       incident.
13       Q.   Before the incident.
14       A.   Well, I knew because of John.
15  Because...
16       Q.   You're talking about John Lee?
17       A.   Yes.
18       Q.   I thought earlier, sir, that you
19  testified you had no recollection of whether
20  or not John Lee told you any patron was
21  intoxicated that night?
22       A.   No.  Like --
23       Q.   Is your memory coming back?
24            MS. BERKOWITZ:  You asked
25       him a different question.  The

1                   SO
2   record will speak for itself.
3        A.   What is your question now?
4        Q.   My question is, what is the
5   basis for your testimony that Mr. Shin was
6   intoxicated that night?
7        A.   It was from John.
8        Q.   From John Lee?
9        A.   Hmm, hmm.
10       Q.   What did John Lee tell you?
11       A.   Well, this was after the effect.
12  That Mr. Shin was -- he was intoxicated.
13       Q.   So John Lee told you after
14  Mr. Shin fell that Mr. Shin had been
15  intoxicated?
16       A.   No, before he fell.
17       Q.   John Lee told you before
18  Mr. Shin fell that Mr. Shin was intoxicated?
19            MS. BERKOWITZ:  No.  It's
20       confusing.
21       A.   State it again?
22       Q.   First of all these questions
23  were only pertaining to before Mr. Shin fell.
24  Okay.
25            Before he fell, did John Lee

1                   SO
2   tell you that Mr. Shin was intoxicated?
3        A.   What I recall is John said that
4   Mr. Shin was intoxicated.
5        Q.   When did he tell you that?
6        A.   While -- I don't remember
7   exactly when, but in that time that --
8   sometime I guess when they were leaving that
9   he was intoxicated.
10       Q.   So that would have been in the
11  early morning hours of April 22nd?
12       A.   I believe so.
13       Q.   And John Lee told you before
14  Mr. Shin fell?
15       A.   I think so.
16       Q.   What did you do when he told you
17  that?
18       A.   Then what I do before he told
19  me?  That's what -- can you rephrase it?
20       Q.   My question is, after Mr. Lee
21  told you that Mr. Shin was intoxicated, what
22  did you do?
23       A.   No, but that's when he was
24  leaving.
25       Q.   So --

Page 49

SO

1
2    A.    You could tell -- so when -- I
3    guess when he was leaving, you could tell if a
4    person is intoxicated by their walk.
5        Q.    Was Mr. Young Lee intoxicated on
6    the evening of April 21st and 22nd?
7        A.    No.
8        Q.    But you said that you did not
9    have a recollection of seeing Mr. Young Lee?
10       A.    No, when the cops came.
11       Q.    I'm not talking about when the
12   cops came. I'm talking about before the --
13       A.    I didn't see him. I obviously
14   saw him when the cops came to arrest him.
15       Q.    At that time?
16       A.    He was talking to the cops. He
17   wasn't intoxicated.
18       Q.    Did Mr. John Lee tell you that
19   Mr. Young Lee was intoxicated that night?
20       A.    He wasn't intoxicated.
21       Q.    My question is, did Mr. Lee tell
22   you that he was intoxicated?
23       A.    If he was, he would have let me
24   know.
25       Q.    So you have a recollection that

Page 50

SO

1
2    Mr. John Lee told you that Mr. Shin was
3    intoxicated, correct?
4        A.    Correct.
5        Q.    You also have a recollection
6    that John Lee never told you that Mr. Young
7    Lee was intoxicated; is that also correct?
8        A.    Well --
9        MS. NICOLAOU:  I'm going to
10   object to form of the question.
11       Q.    Did you understand the question?
12       A.    She said something.
13       MS. NICOLAOU:  That's okay.
14       A.    I didn't know.
15       MS. BERKOWITZ:  Do you not
16   understand the question?
17       THE WITNESS:  Yeah.
18       A.    Because you're telling me one
19   thing and then you're telling me a different
20   thing. Confusing me.
21       Q.    I certainly don't want to
22   confuse you.
23       Do you know if Young Lee was
24   present at YS2 on the night of April 21st,
25   April 22nd, 2015?

Page 51

SO

1
2    A.    Yes, he was there.
3        Q.    Was he drinking alcoholic
4    beverages that night?
5        A.    Was he what?
6        Q.    Was he drinking alcoholic
7    beverages that night at YS2?
8        A.    He was in one of the rooms.
9        MS. BERKOWITZ:  But he's
10   asking if you specifically know if
11   he was drinking.
12       THE WITNESS:  No, I don't
13   know if was -- he was in the room.
14   Like I said, I don't know what's
15   going on in the room.
16       Q.    Can you take a look at Exhibit
17   C. I'm going to represent to you that
18   Mr. Young Lee was in that room.
19       Does that refresh your
20   recollection that he was drinking alcoholic
21   beverages at YS2 on that evening?
22       A.    I don't know.
23       Q.    Earlier you testified that if
24   Mr. John Lee saw a patron that was intoxicated
25   that he would inform you?

Page 52

SO

1
2    A.    Correct.
3        Q.    And during the two and a half
4    years that you worked at YS2, how many times
5    did John Lee inform you that the patron might
6    be intoxicated?
7        A.    I think I answered that question
8    before.
9        Q.    Well, I'm asking you again.
10       How many times during those two
11   and a half years did he tell you that a patron
12   might be intoxicated?
13       A.    He'll inform me.
14       Q.    Sir, my question is, how many
15   times during those two and a half years did he
16   tell you that someone might be intoxicated?
17       A.    How many times he informed me?
18       Q.    Yes.
19       A.    He'll tell me that -- like the
20   thing is if somebody is intoxicated, he'll let
21   me know. And I answered that question before.
22       Q.    And you told me that he did tell
23   you that Mr. Shin was intoxicated, correct?
24       A.    Yeah, but as he's leaving.
25       Q.    My question is, during the two

Page 53

SO

1
2  and a half years that you were the manager at
3  YS2, did John Lee tell you that anybody other
4  than Mr. Shin was intoxicated in that two and
5  a half year period?
6      A.  He told me, but not to the
7  extent of something like this where I have to,
8  you know, not serve alcohol.
9      Q.  So if I understand your
10  testimony correctly, Mr. Lee informed you on
11  least one other occasion that a patron might
12  be intoxicated, but you never had to stop
13  serving the patron alcohol?
14      A.  I don't think you asked me that
15  question.
16      Q.  Well, you said that Mr. Lee
17  would tell you if someone was intoxicated.
18      A.  He'll inform me.
19      Q.  Inform you.
20      A.  Yes.
21      Q.  I take it that he informed you
22  by talking to you?
23      A.  He'll tell me and then it's my
24  decision if I should serve more alcohol or
25  not.

Page 54

SO

1
2      Q.  My question is, other than
3  Mr. Shin, how many other people did Mr. Lee
4  tell you might be intoxicated?
5      A.  I don't recall.
6      Q.  But I believe you testified that
7  you never had a situation where you --
8      A.  I never did.
9      Q.  Let me finish.  Then you can
10  answer.
11      I believe you testified that you
12  never had a situation, other than with
13  Mr. Shin, where you had to tell Mr. Lee not to
14  serve the patron anymore alcohol?
15      MS. BERKOWITZ:  No, no.
16      That's not what's going on.  He
17      said when they were leaving.  They
18      were leaving for the night
19      already.  They were done.
20      MR. COHEN:  Okay.
21      Q.  So is that what you meant by you
22  never had a situation like that when they were
23  already done drinking and that person was
24  intoxicated, is that what you are telling us?
25      A.  Your question is -- what I'm

Page 55

SO

1
2  trying to clarify, I never had an incident
3  where I had to call 911.  So that's what I
4  tried telling you.  But you asked me the same
5  question.
6      Q.  Well, I'm trying to get an
7  answer.
8      So other than the situation
9  where you had to call 911, did you ever have a
10  situation where Mr. John Lee told you that a
11  person at YS2 might be intoxicated?
12      A.  You got to repeat.  My phone got
13  me distracted.  Can you repeat it?
14      MR. COHEN:  Can you read the
15      question back?
16      (The record is read back by
17      the reporter.)
18      A.  I don't recall, but as I was
19  telling you that's the part of his job to see
20  if somebody is intoxicated.  Going back two
21  years.
22      Q.  So his job was to tell you if
23  someone was intoxicated, correct?
24      A.  Correct.  I answered that
25  question before.

Page 56

SO

1
2      Q.  And your testimony today is that
3  you have no recollection if he ever told you
4  that anybody was intoxicated?
5      A.  I see so many of them.
6      Q.  You see so many of what?
7      A.  Of customers.
8      Q.  Of intoxicated customers?
9      A.  No, customers.
10      Q.  You just don't remember?
11      A.  This is going back two years, so
12  I apologize.  It's going back so long.  If you
13  told me if it happened last weekend, I can be
14  more specific, but it's going back so long.
15      Q.  I just want to ask you about one
16  last thing here just so that I'm clear as to
17  what your testimony is.
18      Regarding Mr. Shin, when --
19  first of all when did you call 911?
20      A.  When he fell on the stairs.
21      Q.  And do you know what time that
22  was?
23      A.  I don't remember what time it
24  was at.
25      Q.  YS2, was it open to 4:00 in the

Page 57

SO

1
2    morning?
3        A.   Correct.
4        Q.   Did you call 911 after the YS2
5    closed or was it still open?
6        A.   Still open.
7        Q.   When during that evening did
8    John Lee tell you that Mr. Shin might be
9    intoxicated?
10       A.   On that evening?
11       Q.   Yes.
12       A.   No.  After the fact he told me
13   the situation that he was intoxicated.
14       Q.   I see.  So he didn't tell you on
15   the night of the incident.  He told you after
16   the incident?
17       A.   Yes.  So when he went out, he
18   saw him intoxicated.  And then what I recall,
19   is when the cops came to arrest young Lee for
20   kicking Shin.  But he was perfectly sober.  So
21   your question is like --
22       Q.   You're talking about Mr. Lee was
23   sober?
24       A.   Right.
25       Q.   But Mr. Shin was seriously hurt,

Page 58

SO

1
2    is that fair to say?  I mean could you tell
3    from looking at Mr. Shin whether he was
4    intoxicated or not that's why he fell down the
5    stairs?
6        A.   No.  Because at that moment I
7    went to call 911.
8        Q.   How long after you called 911
9    was it before they arrived at the scene?
10       A.   I don't remember.  Probably
11   quick.  Usually they take quick.
12       Q.   Before 911 arrived, did you go
13   to the landing where Mr. Shin had fallen?
14       A.   No.
15       Q.   Where did you go after you
16   called 911?
17       A.   Well, 911.  Then I called Mr. Yi
18   to come.  Once he came then the cops came and
19   arrested him.  That's when Mr. Yi took over.
20       Q.   What did you do after that?
21       A.   Whatever I had to do in the
22   back.
23       Q.   Were you asked to give a
24   statement by the police?
25       A.   That was Mr. Yi.  Not me.  If

Page 59

SO

1
2    you're asking I had to give a statement, no.
3        Q.   Did the police ever contact you?
4        A.   No.
5            MR. COHEN:  Thank you.
6        That's all the questions I have.
7    EXAMINATION BY MS. NICOLAOU:
8        Q.   Good afternoon, Mr. So.
9            How are you?
10       A.   Good.
11       Q.   My name is Carmen Nicolaou.  I
12   represent several defendants in this action
13   that was commenced by Mr. Edward Shin.  I'm
14   just going to be asking you some followup
15   questions.  I'm going to try not to repeat
16   some of the questions that were previously
17   asked by Mr. Cohen.  Of course same rules
18   apply.  If you don't understand a question,
19   let me know and I'll be happy to rephrase it.
20   If you answer, I can only assume that you
21   understood it. And just wait until I finish
22   asking the question before answering it, okay?
23       A.   Yes.
24       Q.   Now, do you know how long YS2
25   has been in business?

Page 60

SO

1
2        A.   No, I don't.
3        Q.   When you started at YS2, I
4    believe you testified about two and a half
5    years ago.
6            Do you know whether the business
7    was open or had been open for a period of
8    time?
9        A.   I don't know that.
10       Q.   I know there was some confusion
11   about who was responsible for what, questions
12   and answers.  So I'm just going to clarify.  I
13   just need clarification on some things.
14           You were the manager of YS2,
15   right?
16       A.   Yes.
17       Q.   And your job was to just handle
18   the day-to-day operations of the business?
19       A.   Yes.
20       Q.   Mr. Yi the owner of the company.
21   Was he there on a daily basis?
22       A.   He comes time to time.
23       Q.   What were the hours of YS2?
24   When was it open for business?
25       A.   8 to -- in the week it closed

Page 61

SO

1   SO
2   early, but usually 8 to 4.
3       Q.   Is that 8:00 p.m.?
4       A.   Correct.
5       Q.   When do you normally arrive to
6   work?
7       A.   Arrive around 7.
8       Q.   And it was open seven days a
9   week?
10      A.   No.
11      Q.   What were --
12      A.   It opens -- sometimes we now
13  open depending on -- we have to wait for
14  customers, then we'll open.
15      Q.   When is that decision made?
16      A.   Decision made by reservation.
17      Q.   So is it fair to say that people
18  who plan to go to YS2 or plan to go to YS2
19  would have to call and make a reservation?
20      A.   Correct.
21      Q.   Would they also just show up?
22      A.   Usually it's called, because if
23  there's only like one room, then it's not
24  worth opening the operation.
25      Q.   Other than making a decision to

Page 62

SO

1   SO
2   close for the night, because you don't have
3   enough reservations, what were the general
4   hours of YS2?
5       A.   Eight to four.
6       Q.   What days of the week?
7       A.   Eight to four is on a weekend.
8       Q.   So Saturday and Sunday?
9       A.   No, no.  Well, I mean Friday and
10  Saturday.
11      Q.   Friday and Saturday.
12      A.   Sunday we don't open.
13      Q.   Let's try this again.
14           Was YS2 generally open for
15  business on a Monday?
16      A.   Yes.
17      Q.   What about a Tuesday, same
18  question?
19      A.   Yes.
20      Q.   Thursday?
21      A.   Yes.
22      Q.   Wednesday?
23      A.   Yes.
24      Q.   Friday and Saturday?
25      A.   Yes.

Page 63

SO

1   SO
2       Q.   Sunday it was always closed?
3       A.   Yes.
4       Q.   And depending on how many
5   reservations YS2 would get in advance of
6   opening, would depend on whether you actually
7   opened for business on the days you were
8   scheduled to open for business, is that fair
9   enough?
10      A.   Correct.
11      Q.   Now, during the week with the
12  exception of Friday, what were the hours?
13      A.   Eight to three.
14      Q.   So you just closed an hour
15  early, correct?
16      A.   Correct.
17      Q.   Other than handling the
18  operations of the business, did you also
19  handle the general day-to-day maintenance of
20  the space?  In other words, if a light bulb is
21  out, replace a light bulb.  If a doorknob was
22  broken, replace a doorknob was that your
23  responsibility?
24      A.   Well, I call the mechanic.  I
25  don't do it myself, but I call somebody to

Page 64

SO

1   SO
2   replace.
3       Q.   You call somebody to replace?
4       A.   Like a vendor.
5       Q.   I see.  Would Mr. Yi, the owner
6   of the business, also be responsible for the
7   day-to-day maintenance of the space?
8       A.   Well, I'll inform him.
9       Q.   So if something is broken at
10  YS2, what would you do?
11      A.   I would inform him and he'll say
12  call whatever and I'll call.
13      Q.   Do you know a person by the name
14  of Mitchel Wang?
15      A.   Mitchel Wang?  No.
16      Q.   What about Terrence Wu?
17      A.   No.
18      Q.   What about Debra Wang?
19      A.   No.
20      Q.   Also known as Deh-Jung I believe
21  it's pronounced?
22      A.   No.
23      Q.   Have you dealt with anyone who
24  represented themselves to be either the owner
25  of the property where YS2 operated its

SO

1
2    business or representing the owner of the
3    property?
4        A.    Can you repeat that question?
5        Q.    Let me break it up.  I get why
6    it's confusing.  I'll withdraw the question.
7    I'll re-ask it differently.
8            In your two and a half years at
9    YS2, did you ever interact with someone who
10   identified themselves as the owner of the
11   property where YS2 operated?
12       A.   No.
13       Q.    In the two and a half years that
14   you worked for YS2, have you ever spoken to
15   anyone who represented themselves as
16   representing the owners of the property where
17   YS2 operates?
18       A.    No.
19       Q.    Okay.  I know you were asked
20   questions about Mr. Young Lee and John Lee.
21   Forgive me with all the last names being so
22   similar in some way or another.  I'm just
23   going to go with first names.  So if I say
24   Young, we know it's Young Lee, fair enough?
25       A.    Fair enough.

SO

1
2        Q.    If I say John, we know John Lee.
3    I don't want to confuse the two.  Is that good?
4    Fair enough?
5        A.    Good.
6        Q.    John was the waiter for YS2?
7        A.    Yes.
8        Q.    And if I understand your
9    testimony correctly, that John would bring in
10   the items into the individual rooms?
11       A.    Yes.
12       Q.    This was a table service
13   establishment?
14       A.    Yes.
15       Q.    Could you please describe or
16   explain what a table service is?
17       A.    Table service is when the
18   customer comes in and they ask for a specific
19   drink or food, then we'll bring it to them and
20   leave it there.
21       Q.    In other words, and just to be
22   clear, they can't order individual drinks.
23   They would have to order bottles, is that
24   right, as a part of the table service?
25       A.    Correct.

SO

1
2        Q.    Is there a minimum fee for this
3    table service?
4        A.    It depends on the room.
5        Q.    Depends on the size of the room?
6        A.    Size of the room and the party.
7        Q.    Fair enough.  What is the lowest
8    minimum fee that was charged by YS2?
9        A.    The lowest fee is like $150.
10       Q.    Is that per hour or just flat?
11       A.    Per hour.
12       Q.    What is the highest that has
13   been charged?
14       A.    The highest -- from the years I
15   worked the highest -- I don't think I did the
16   highest, because that holds over 20.  It's a
17   big room, so I can't say that I never did.
18       Q.    With every room rental, does
19   that room rental fee cover anything other than
20   just simply the room?  In other words, does it
21   cover fruit.  Does it cover soda?  Does it
22   cover anything like that?
23       A.    Each item is charged.
24       Q.    So the $150 is strictly for the
25   room?

SO

1
2        A.    Room.
3        Q.    On top of that charge, is there
4    what I would refer to, tell me if you don't
5    understand what that means, a table fee?
6        A.    Table fee?
7        Q.    Okay.
8        A.    That's the room fee.
9        Q.    That's the room fee?
10       A.    Okay.
11       Q.    Let me ask it differently then.
12           What if anything is included in
13   the room fee other than the room itself?
14       A.    Everything is included in the
15   room fee.  And then if they want food, then
16   put on the bill.
17       Q.    So --
18       A.    So the room fee is the size of
19   the room.  That's the charge.
20       Q.    Earlier you testified that soda
21   is not charged?
22       A.    Yeah, Soda is not charged.
23       Q.    Is that a part of the room fee?
24       A.    Well, you could say that, yeah.
25       Q.    In other words, is it

SO

1
2  automatically provided with every room?
3      A.  Yes.  Soda, yeah.
4      Q.  Is that something that's brought
5  into the room with other items or is it
6  something that's always in the room?
7      A.  In the room.
8      Q.  Soda?
9      A.  In the room.
10     Q.  How is it in the room?  Is there
11  a refrigerator in the room?
12     A.  No, just outside.
13     Q.  Mr. Shin, when he testified at
14  his deposition, he identified the rooms in
15  numbers; one and two.
16         Is that how YS2 identified the
17  room; room one, room two?
18     A.  Correct.
19     Q.  Mr. Shin, I believe testified,
20  that the first room he entered that night was
21  room two.  And then he left and went into room
22  four.
23         So by saying that, does that
24  tell you which rooms, based on you working
25  there for two and a half years, does that give

SO

1
2  you an idea which rooms he would have been in
3  based on his testimony?
4      A.  Yes.
5      Q.  So let's go into room two.  Room
6  two was the first room that Mr. Shin testified
7  he entered that night.
8         Could you describe it to me?
9  How many people could fit in room two?  What's
10  inside room two and so forth?
11     A.  I don't know what room he was in
12  specifically.
13     Q.  I'm telling you, sir, he was in
14  room two.
15         Could you describe to me what
16  room two looked like?
17     A.  Room two could fit up to eight
18  people.
19     Q.  What is in room two or was in
20  room two back in April of the year 2017?  What
21  was physically in room two during that time?
22     A.  TV, karaoke machine, sodas and
23  table.
24     Q.  Was there a place for them to
25  sit?

SO

1
2      A.  Yes, couch.
3      Q.  How many couches?
4      A.  It's like one.
5      Q.  L-shape couch?
6      A.  Like one full couch.  Like an
7  L-shape.
8      Q.  L-shape couch.  Can you describe
9  the dimensions of the room?  What was the size
10  of it approximately?  I don't expect you to
11  know it.
12     A.  No.
13     Q.  Was room two considered an
14  average room, a small room, large room
15  compared to the other rooms at YS2?
16     A.  Average.
17     Q.  Now, you said there's a L-shaped
18  couch. Is there a table?
19     A.  Yes.
20     Q.  Is this a coffee table or is
21  this like a dining room table?  What kind of
22  table was it?
23     A.  Something like this.
24     Q.  Like a conference room table?
25     A.  Yes.

SO

1
2      Q.  So the height of a standard
3  table?
4      A.  It's low.
5      Q.  But it was long?
6      A.  Yes.  It's not that long as this
7  but...
8      Q.  Could you describe to me the
9  length of that table?
10     A.  From that end to like in the
11  middle.
12     Q.  Could you approximate how big
13  that table is?  If I said it's about ten feet,
14  does that sound right?
15     A.  Yes.
16     Q.  Give or take a foot or less?
17     A.  Yes.
18     Q.  So that's what's in room two.
19         So it fits eight people, TV,
20  karaoke machine, sodas, L-shape couch, and the
21  table conference room type rectangular table.
22  Is it low to the ground or higher up?
23     A.  Lower.
24     Q.  So is it the height of a coffee
25  table or general height of a coffee table?

```
1                    SO
2          A.   Yeah.
3          Q.   So you can reach it?
4          A.   Because when you sit on the
5    couch, so it's like leveled.
6          Q.   So a person goes in and says, I
7    want room two or I'm reserving a room.  So you
8    hold that room for them.
9               Are they given an opportunity to
10   order anything first or is there something
11   that's automatically brought to them before an
12   order is placed?
13         A.   They place the order.
14         Q.   So you know how you go to a
15   restaurant sometimes and they're always
16   bringing bread and butter?
17         A.   Yes.
18         Q.   Is there something, not
19   necessarily bread and butter, is there
20   something similar to that with a room, water
21   and ice?
22         A.   Water and soda.
23         Q.   Water and soda.  Is that
24   automatically brought in before an order is
25   placed?
```

```
1                    SO
2          A.   It's on the table before they
3    come.
4          Q.   So is the room prepared in
5    advance of them coming?
6          A.   No, every room has basic soda
7    and water.
8          Q.   So if a room is reserved, do you
9    prepare that room with soda and water?  Or is
10   it always in there no matter what?
11         A.   Always in there.
12         Q.   Do you do anything to the room
13   once a reservation is made --
14         A.   No.
15         Q.   -- to prepare it before people
16   arrive?
17         A.   No.
18         Q.   So they walk in.  They get into
19   their seats.  Are they given a menu?
20         A.   The menu -- they didn't get the
21   menu, but they'll tell the waiter what they
22   want.
23         Q.   At that point they order drinks
24   in the form of bottles; is that right?
25         A.   Correct.
```

```
1                    SO
2          Q.   In this case we're looking at
3    Defendant's Exhibit C dated February 1, 2019.
4    This guest receipt has Johnnie Walker Blue, so
5    that's what was ordered.
6          A.   If that's what it says.
7          Q.   Let's go down this.
8          A.   I mean if that's what it says,
9    then it's correct.
10         Q.   In this one it shows that a
11   fruit plater was ordered?
12         A.   Correct.
13         Q.   And meatballs?
14         A.   Correct.
15         Q.   What kind of meatballs?
16         A.   Some meatballs.
17         Q.   Like regular meatballs?
18         A.   Yes.
19         Q.   Just curious.
20              And chicken; is that right?
21         A.   Yes.
22         Q.   Shows like the meal.  In this
23   situation looks like Johnnie Walker Blue was
24   ordered.  Okay?
25         A.   Okay.
```

```
1                    SO
2          Q.   And several pieces of several
3    items.
4               Now, do you know if they were
5    all ordered at the same time?
6          A.   I don't know that.
7          Q.   You don't know the order of --
8          A.   If depends on the customer.
9    They could order one thing.  20 minutes later
10   or 30 minutes later they can order another
11   thing.
12         Q.   So who prepares these checks,
13   these guest checks?
14         A.   John.  John Lee.
15         Q.   Is your handwriting on any
16   portion of Defendant's Exhibit C dated
17   February 1, 2019?
18         A.   No.
19         Q.   I'm going to ask the same
20   question for Defendant's Exhibit B dated
21   December 1st, 2009.  Is your handwriting on
22   any of these?
23         A.   No.
24         Q.   Are you shown these checks at
25   all by John Lee during the night when they're
```

Page 77

SO

1
2  in business?
3       A.   Those are given to the owner.
4  So I guess end of the night gets to the owner.
5       Q.   Who collects payment?
6       A.   John.
7       Q.   When he collects payment, where
8  does he go to deliver the payment that he is
9  collected?
10      A.   Where does he put it?
11      Q.   Yes.
12      A.   In the drawer.
13      Q.   In the drawer?
14      A.   The cash drawer.
15      Q.   Are you involved in that process
16 collecting the payment from John and putting
17 it away in the cash drawer?
18      A.   No.  John, he handles all that.
19      Q.   He handles all of that?
20      A.   Correct.
21      Q.   Mr. Shin testified that when he
22 arrived in room two, there was a bottle of
23 Johnnie Walker Blue, okay, or black.  This is
24 room two.  I'm looking at the wrong receipt.
25           If a bottle of black whisky was

Page 78

SO

1
2  ordered?  That's whiskey?  I got my alcohol
3  right?
4       A.   Yes.
5       Q.   If a bottle of black whiskey was
6  ordered along with fruit plater, plater of
7  meatballs which is depicted on Defendant's
8  Exhibit B, date February 1, 2019, how is it
9  delivered to them?  Like how is it assembled?
10 How is it delivered?
11      A.   On a plater.  Like food.  Dish
12 plater.
13      Q.   Are the foods on individual
14 platers?
15      A.   Yes.
16      Q.   Is everything put on like a cart
17 all at once or are they delivered?
18      A.   Hand delivered.
19      Q.   Hand delivered by Mr. Lee?
20      A.   Correct.
21      Q.   How is the alcohol delivered?
22      A.   Hand delivered.
23      Q.   Is the bottle brought -- what is
24 the procedure?  Mr. Lee brings a bottle into
25 the room?

Page 79

SO

1
2       A.   He opens it and he leaves it.
3       Q.   And he leaves it and he walks
4  out?
5       A.   Correct.
6       Q.   Is it the customers that create
7  or make their own drinks?
8       A.   That's on the customer however
9  they want to drink, it's up to them.
10      Q.   So they pour their own drinks?
11      A.   Yes.
12      Q.   Just so we're clear.
13      A.   Yes.
14      Q.   Mr. Lee does not?
15      A.   No.
16      Q.   What if a bottle wine is
17 ordered?  Let me ask you this.  You have a
18 look of confusion on your face. Does YS2 offer
19 wine?
20      A.   Wine, no.
21      Q.   So what kind of alcohol does YS2
22 offer?  Just hard liquor?
23      A.   Liquor, champaign.
24      Q.   Does the same rule apply to
25 champaign, he opens a bottle and Mr. Lee puts

Page 80

SO

1
2  it down and leaves?
3       A.   Correct.
4       Q.   Is beer offered?
5       A.   Yes.
6       Q.   What kind of beer was offered by
7  YS2?
8       A.   Corona.  Heineken.
9       Q.   How is it offered?  In can?
10 Bottles?
11      A.   Bottle.
12      Q.   All bottles?
13      A.   Yeah.
14      Q.   If someone requested beer to be
15 brought into the room in addition to Johnnie
16 Walker Blue or Black or some other liquor, no
17 matter what, would that also be charged?
18      A.   Correct.
19      Q.   And would that also appear on
20 the check?
21      A.   Correct.
22      Q.   What was the cost of the beer?
23      A.   The cost of the beer we charge
24 like five.
25      Q.   $5?

Page 81

SO

1
2    A.   $5.
3    Q.   A bottle?
4    A.   A bottle.
5    Q.   Is that across the board or is
6    it depending on the type of beer?
7    A.   Type of beer.
8    Q.   What was charged for Coors
9    Light?
10   A.   Say that again?
11   Q.   What was charged for Coors
12   Light?
13   A.   Coors Light we charge like four.
14   Q.   You were going to say something?
15   A.   No.
16   Q.   Is there ever a situation where
17   beer is included in the package --
18   A.   No.
19   Q.   -- at YS2?
20   A.   No.
21   Q.   It's always a separate charge?
22   A.   Separate charge.
23   Q.   Is it because it's alcohol?
24   A.   Correct.
25   Q.   So you have to pay for the

Page 82

SO

1
2    alcohol?
3    A.   Alcohol.  They get charged for
4    alcohol and beer they get charged for beer.
5    Q.   We're going to go with Lee
6    number three, Chung Lee.
7    Do you remember being asked if
8    you knew who he was?
9    A.   Chung Lee.
10   MS. NICOLAOU:  Is it Chung
11   Lee?  Am I getting that right?
12   MS. BERKOWITZ:  Yes.
13   Q.   Do you know who Chung Lee is?
14   A.   No.
15   Q.   Do you know the restaurant known
16   as Picnic Gardens?
17   A.   There's a restaurant, but
18   downstairs.
19   Q.   If I told you that Mr. Lee
20   appears as the owner of Picnic Gardens, would
21   that refresh your recollection who Mr. Lee
22   was, Chung Lee?
23   A.   I believe he bought the building
24   or something like that.
25   Q.   Yes.  Mr. Lee, Chung Lee got --

Page 83

SO

1    I keep screwing up my own rule.  Chung Lee,
2    from what I understand, through a company,
3    purchased the property after the accident.
4    Q.   Do you know what the person
5    looks like who owns Picnic Gardens?
6    A.   No.
7    Q.   Do you know what the person
8    looks like who owns the property where Picnic
9    Garden and YS2 are located?
10   A.   No.
11   Q.   If there were any complaints
12   about certain parts of the establishment, and
13   I'm referring to YS2, would those be brought
14   directly to you?
15   A.   Complaints in what way?
16   Q.   Well, let's just say if somebody
17   trips and falls over some condition of the
18   establishment, would that be something that
19   would be brought to your attention?
20   A.   Yes, through John.
21   Q.   Through John?
22   A.   Yeah. By trip and fall you mean
23   while they're in the room and come out and
24   trip and fall?

Page 84

SO

1
2    Q.   Let me withdraw.
3    A.   Be more specific.
4    Q.   Fair enough.
5    Let me rephrase this question.
6    Have you ever personally
7    received any complaints about the staircase
8    leading from the first floor once you enter
9    the building up until where YS2 had the space?
10   A.   No.
11   Q.   Have you ever known anyone
12   falling down that staircase in the two and a
13   half years that you worked at YS2?
14   A.   Only --
15   Q.   Mr. Shin?
16   A.   Shin.
17   Q.   Have you ever received any
18   complaints about the lightening condition of
19   that staircase at any time prior to Mr. Shin's
20   accident?
21   A.   No.
22   Q.   Is there lighting on top of that
23   staircase?
24   A.   Yes.
25   Q.   Could you describe to me what

Page 85

```
 1              SO
 2   type of lighting there was?
 3       A.   There was a florescent light.
 4       Q.   Could you describe to me the
 5   lighting conditions on top of that staircase?
 6   Let me give you examples, because I know it's
 7   difficult.  Just generalize as much as
 8   possible.
 9            Was it a very brightly lit area?
10   Was it lit like a regular room?  Was it dim in
11   like a club setting?  However you could
12   describe it.
13       A.   It was pretty bright.
14       Q.   Pretty bright.
15            And was the lighting condition
16   the same on the day of Mr. Shin's accident?
17       A.   I believe so.
18       Q.   Now, at any time after
19   Mr. Shin's accident, was any work done to the
20   staircase itself leading up to YS2?
21       A.   Prior to the incident?
22       Q.   After Mr. Shin.
23       A.   There was a renovation.
24       Q.   What was done?
25       A.   The stairs.
```

Page 86

```
 1              SO
 2       Q.   What was done to the stairs?
 3       A.   Renovated.
 4       Q.   Did they replace the entire
 5   staircase?  Did they change it around?  What
 6   did they do?
 7       A.   They changed it around.
 8       Q.   How did they do that?
 9       A.   Took out the carpet and put in
10   more like marble.  The stair they changed the
11   whole thing.
12       Q.   The covering of the staircase?
13       A.   Before it was covered by --
14       Q.   Carpet?
15       A.   Carpet.  Took everything out and
16   then put in like marble or something.
17       Q.   Did they change the actual
18   staircase itself?  In other words, did they
19   add stairs?  Did they take away stairs?  Did
20   they do something to the physical structure of
21   the staircase?
22       A.   No.  Not what I recall.
23       Q.   Did you use the staircase when
24   you went to work?
25       A.   Yes.
```

Page 87

```
 1              SO
 2       Q.   Could you describe to me what it
 3   looked like other than steps.  Obviously there
 4   were steps, right?
 5       A.   There's steps and then there's a
 6   -- what do you call it?  Like a --
 7       Q.   Landing?
 8       A.   Like a landing and then steps.
 9       Q.   Is that how the staircase looked
10   like on the date of the accident?
11       A.   Yes.
12       Q.   I'm going to show you what's
13   been marked as Defendant's Exhibit K on
14   February 1, 2019.  I want you to take a look
15   at that.  No question.  Just take a look at
16   that and let me know when you're done.
17            MS. NICOLAOU:  Would you
18       like to look at it?
19            MR. COHEN:  Yes, I would.
20       Q.   Exhibit K, could you tell me,
21   sir, what this photograph depicts?
22       A.   What this is?
23       Q.   What's shown in the photograph?
24   Do you know what's shown in that photograph?
25       A.   The stairs.
```

Page 88

```
 1              SO
 2       Q.   What stairs is that?
 3       A.   Outside the establishment.
 4       Q.   For YS2?
 5       A.   And for the third floor.
 6       Q.   YS2, how many floors did it
 7   occupy at that property?
 8       A.   For YS2 only?
 9       Q.   For YS2 only.
10       A.   Second floor.
11       Q.   Just the second floor?
12       A.   Yes.
13       Q.   In order to enter YS2's
14   establishment, was there a door?
15       A.   Down the stairs.
16       Q.   So is there a separate and
17   distinct entrance for YS2?
18       A.   No.  It's a whole -- for the
19   third floor -- so they could take the stairs
20   to the third floor too.
21       Q.   Is this a staircase that's going
22   to the YS2 establishment or in other words the
23   second floor?
24       A.   Second enter.
25       Q.   Sir, let me ask the question.
```

Page 89

SO

1    Hold on.
2    
3           In K, follow me, in Exhibit K,
4    the staircase that's shown in this photograph,
5    is it the staircase between the first floor
6    and the second floor?
7       A.   Yeah.
8       Q.   I'm not talking about the one
9    going up to the third.
10      A.   Oh, I thought you meant --
11      Q.   I'm just asking you what's shown
12   here is between the first and second floor?
13      A.   Yes.
14      Q.   Sir, could you do me a favor and
15   point to me where the landing is in that
16   staircase?
17      A.   Landing of Mr. Shin?
18      Q.   No, no.  You testified that
19   there were steps and there was a landing.
20      A.   The steps (indicating).
21      Q.   So just for the record, are you
22   referring to -- I can't even figure how to
23   describe this.
24           MS. NICOLAOU:  Would you
25   have any objection to marking it?

Page 90

SO

1    
2           MS. BERKOWITZ:  Do you have
3    a better one that shows the shot?
4       A.   There's a gap.
5       Q.   It's a photograph that's been
6    printed, and I don't want to identify the
7    color.
8           MS. BERKOWITZ:  I think
9    there's a better one that shows
10   the landing.
11          MS. NICOLAOU:  You're right.
12   Hold on.
13      Q.   I'm going to show you what has
14   been marked as Defendant's Exhibit D.
15          Take a look at that photograph.
16   Let me know when you're done.  You're done?
17      A.   Done.
18      Q.   Don't say uh-huh.  Use your
19   words.
20      A.   I'm too used to it.
21      Q.   Just for today try.
22          So we're looking at Defendant's
23   Exhibit D.  Is this the same staircase that's
24   shown in Defendant's Exhibit K, but looking
25   from the first floor up?

Page 91

SO

1    
2       A.   Yes.
3       Q.   Is there a landing shown in
4    Defendant's Exhibit D, the one that you
5    described before?
6       A.   Yes.
7       Q.   Is that the landing that is six
8    steps up from the first floor?
9       A.   Yes.
10      Q.   After that landing, are the
11   steps continuous?
12      A.   There's a gap and then it
13   continues.
14      Q.   Right.  When you say the gap,
15   just so we're clear, referring to about the
16   landing; is that right?
17      A.   Correct.
18      Q.   After that landing, it's a
19   continuous staircase to the second floor,
20   right?
21      A.   Yes.
22      Q.   Were you notified of Mr. Shin's
23   accident?
24      A.   At that night, yes.
25      Q.   When you were notified of his

Page 92

SO

1    accident, did you go to the staircase?
2       A.   I came out near the door.
3       Q.   Near the door of YS2?
4       A.   Yes.
5       Q.   Did you see Mr. Shin on the
6    staircase or down the stairs?
7       A.   He was down the stairs.
8       Q.   Could you tell me, sir, where
9    was he physically when you saw him?
10      A.   One, two, three, four, five,
11   six, in that gap.
12      Q.   And you say gap, but we're
13   referring to --
14      A.   The space.
15      Q.   Landing, gap?
16      A.   I don't know how you refer that.
17      Q.   You call it gap.  I'll call it
18   gap.  But just so the record is clear, we're
19   referring to the landing, okay?
20      A.   Yes.
21      Q.   So Mr. Shin was lying on the
22   landing or the gap on that staircase?  In
23   other words, just so I'm clear, he wasn't
24   physically on the ground on the bottom most of

1              SO
2    the staircase; is that right?
3         A.   Yep.  Yes.
4         Q.   Just so I'm clear, the only
5    changes made to that staircase was the carpet
6    was pulled and marble steps or some kind of
7    stone steps were put in place, the covering?
8         A.   They renovated with the
9    handrails and...
10        Q.   They renovated the handrails
11   too?
12        A.   Painting.
13        Q.   In this photograph, in
14   Defendant's Exhibit D and Defendant's Exhibit
15   K, do you see they show two handrails?  Do you
16   see the two handrails, sir?
17        A.   Yes.
18        Q.   Were there two handrails on the
19   date of the accident?
20        A.   Yes.
21        Q.   Were there always two handrails
22   going up and down that staircase?
23        A.   I believe so.
24        Q.   But just to be clear, on the
25   date of the accident, there were two

1              SO
2    handrails; is that right?
3         A.   What I recall, yes.
4         Q.   Those handrails that are shown
5    in Defendant's Exhibit D and K, do they
6    accurately depict what the handrails looked
7    like on the date of the accident?
8         A.   What?  On the day the accident?
9    Repeat that again?
10        MS. NICOLAOU:  Could you
11   read it back.
12        (The record is read back by
13   the reporter.)
14        A.   I don't know.
15        Q.   Does the staircase itself, as
16   it's pictured in Defendant's D and K, does it
17   accurately depict what the staircase looked
18   like on the date of the accident?
19        A.   On the day of the accident, yes.
20        MS. NICOLAOU:  Let's go off
21   the record.  I just want to get to
22   the video.
23        (Discussion is held off the
24   record.)
25        MS. NICOLAOU:  Let's just go

1              SO
2    back on the video.
3         Yesterday, March 14th, we
4    received what was identified as
5    security footage from the YS2
6    location.
7         MS. BERKOWITZ:  Original.
8         MS. NICOLAOU:  Original
9    footage from counsel for YS2.  It
10   is in a Drop Box and I'm playing
11   it.  I'm going to be playing it
12   for the witness.
13        Can we stipulate that this
14   is the video that was exchanged
15   yesterday?
16        MS. BERKOWITZ:  Yes.
17        MR. COHEN:  Sure.
18        MS. NICOLAOU:  Yes.
19        So-1 will be the video that
20   was disclosed yesterday by counsel
21   for YS2, and the name of that
22   video, according to this file is
23   190314 video from client.MP4.
24        (Video was deemed marked So
25   Exhibit 1 for identification, as

1              SO
2    of this date March 15, 2019.)
3         Q.   Now, Mr. So, in preparation of
4    today's deposition, did you review any
5    pictures, any documents or any video footage?
6         A.   Did I ever see that?
7         Q.   Did you see any documents, any
8    video footage, any photographs to prepare for
9    today's deposition?
10        A.   No.
11        Q.   Did you see any security footage
12   that prior to today that captures the incident
13   involving Mr. Shin?
14        A.   No.
15        Q.   So I'm going to --
16        MS. BERKOWITZ:  She said
17   prior to today.
18        A.   Prior to today?  Yeah, after the
19   effect.  I thought you meant recently.
20        Q.   I'm going to expand this.
21   There's no sound.  So I'm going to play this.
22   It's about a two minute and 22 second video
23   according to the attachment on my screen.  I'm
24   going to play it.  I just want you to watch
25   the whole thing.  When it's done, I'll just

Page 97

SO

1
2   ask you some questions.
3       (Video being played.)
4       Q.  Now, Mr. So, now you had an
5   opportunity to look at this video, right?
6       A.  Yes.
7       Q.  After looking at it, is this the
8   video that you watched prior to today?
9       A.  Yes.
10      Q.  Do you remember when was the
11  last time you saw this video?
12      A.  Two years ago.
13      Q.  Was it on the very day of the
14  accident?
15      A.  On the accident, no.  I think it
16  was a day -- I don't remember.
17      Q.  It was sometime after the
18  accident?
19      A.  Correct.
20      Q.  Now, remember when I asked you,
21  Mr. So, if the photographs accurately depict
22  how the handrails looked on the day of the
23  accident, do you remember that question?
24      A.  Yes.
25      (Video being played.)

Page 98

SO

1
2       Q.  Now, I pause this video at one
3   second, fair enough?
4       A.  Fair enough.
5       Q.  In this video, the screen shot
6   where it's paused at one second, does that
7   show that staircase that we talked about from
8   the first floor to the second floor?
9       A.  Yes.
10      Q.  Is that the same staircase
11  that's shown in Defendant's Exhibit K?
12      A.  Yes.
13      Q.  And Defendant's Exhibit J?
14      A.  Yes.
15      Q.  Defendant's Exhibit I?
16      A.  Yes.
17      Q.  And Defendant's Exhibit H?
18      A.  Yes.
19      Q.  Defendant's Exhibit D?
20      A.  Yes.
21      Q.  Defendant's Exhibit E?
22      A.  Yes.
23      MS. NICOLAOU:  Just for the
24  record, those exhibits were all
25  marked on February 1, 2019.

Page 99

SO

1
2       Q.  Sir, based on looking at this
3   security footage and comparing it to the
4   photographs that were marked on February 1st,
5   2019, does that refresh your recollection
6   whether the handrails depicted in these
7   photographs accurately represent what the
8   handrails looked like on the date of the
9   accident?
10      A.  Yes.
11      Q.  And just to be clear, there were
12  two handrails, right, sir?
13      A.  Yes.
14      Q.  And just to be clear, sir, we
15  paused the video one second in.  Do you see
16  the landing in this video?
17      A.  Yes.
18      Q.  Is that the same landing that
19  you identified in Defendant's Exhibit D marked
20  on February 1, 2019?
21      A.  From the video, no.
22      Q.  I'm sorry?
23      A.  From the video that I saw?
24      Q.  Sir, is that the same landing?
25      A.  Yeah, yeah, yeah.

Page 100

SO

1
2       Q.  Let me re-ask the question.
3       Is that landing, you know the
4   six steps and then there's that gap or space
5   as you referred to it and I refer to it as a
6   landing, but we're all talking about the same
7   thing, right?  Is that shown in that security
8   footage that one second in?
9       A.  Yes.
10      Q.  Is that the same landing gap
11  space, however you want to refer to it as,
12  that's depicted in Defendant's Exhibit D
13  marked on February 1, 2019?
14      A.  Yes.
15      Q.  And the carpeting, sir, that's
16  depicted in Defendant's Exhibit D, is the same
17  carpeting service depicted in the security
18  footage that's paused at one second in; is
19  that right?
20      A.  Yes.
21      Q.  Now, sir, can you tell me
22  whether the lighting conditions shown in this
23  video footage, does it accurately depict how
24  the lighting conditions existed on the date of
25  Mr. Shin's accident?

Page 101

```
1              SO
2         (Video being played.)
3      A.  Yes.
4      Q.   Does it accurately depict how
5  the lighting conditions existed at the time of
6  Mr. Shin's accident?
7      A.  Yes.
8          MS. NICOLAOU:  We're one
9      minute and five seconds into the
10     security footage.
11     Q.   Do you see the individuals shown
12 in that paused video footage?
13     A.  Yes.
14     Q.   Do you know who these are?  Who
15 the people are?  Sitting here today, do you
16 know who they are?
17     A.  Yes.
18     Q.   Could you tell me, sir, to the
19 best of your ability, however you could
20 describe them.  Who's who in this video
21 footage?
22     A.   The person that rolled down the
23 stairs is Edward shin.
24     Q.   Is that the person --
25     A.   With the glasses.
```

Page 102

```
1              SO
2      Q.   Well, there's three people with
3  glasses.  So that doesn't really help me much.
4  Let me do this.
5          So we're one minute and
6  43 seconds into this security footage, sir.
7          Do you see a person holding up
8  what appears to be his middle finger?
9      A.  Yes.
10     Q.   Is that person wearing glasses?
11     A.  Yes.
12     Q.   Does he appear to be leaning up
13 against the wall?
14     A.  Yes.
15     Q.   From that video footage?
16     A.  Yes.
17     Q.   Is that Mr. Shin?
18     A.  Yes.
19     Q.   Is anybody else in that video
20 footage at that point where the video was
21 paused holding up their middle finger?
22     A.  No.
23     Q.   And there's a person, what
24 appears to be, I think is a green shirt.  Do
25 you see that?
```

Page 103

```
1              SO
2      A.  Yes.
3      Q.   In front of the security camera?
4      A.  Yes.
5      Q.   Do you know who that is?
6      A.  That was Young.
7      Q.   Young Lee?
8      A.  Young.
9      Q.   Yes?
10     A.  Yes.
11     Q.   And the person who has his hand
12 to the back of Mr. Young Lee, do you know who
13 that person is?
14     A.  Now the owner of the building.
15     Q.   That's who you recognize to be
16 the current owner of the building?
17     A.  Yes.
18     Q.   Prior to this accident, did you
19 ever see this individual before?  Did you
20 recognize him?
21     A.  I don't recognize him.
22     Q.   If you are looking from the view
23 of the computer screen immediately to the
24 right of Mr. Young Lee, who is wearing the
25 green shirt, do you know who that person is?
```

Page 104

```
1              SO
2      A.  No.
3          (Playing video)
4          MS. NICOLAOU:  I stopped it
5      at two minutes and 21 seconds into
6      the video.
7      Q.   Do you see Mr. Shin on the
8  ground in this video?
9      A.  Yes.
10     Q.   Is he on that landing that we
11 all talked about that you referred to as a
12 gap, a space?
13     A.   In that video it doesn't clarify
14 it.
15     Q.   You can't see it.  It's not
16 clear for you in this video?
17     A.  Yes.
18     Q.   But your recollection is that he
19 did land on the landing on the staircase; is
20 that right?
21     A.   I believe so.
22          MS. NICOLAOU:  Off the
23     record.
24          (Discussion is held off the
25     record.)
```

Page 105

SO

1
2    Q.   Sir, this was marked as
3    Defendant's Exhibit L on February 1, 2019.
4    Take a look at that.
5         Tell me when you're done?
6    A.   Done.
7    Q.   Is that Mr. Shin in that
8    photograph, sir?
9    A.   Yes.
10   Q.   Based on this photograph, can
11   you tell -- I think if you hold it this way.
12   Can you tell whether or not he's sitting on
13   the landing or on the bottom of the staircase?
14   A.   Hard to tell.
15   Q.   It's hard to tell.
16        You can compare it to other
17   photographs to make it easier?
18   A.   Like a flat surface.
19   Q.   Looks like a flat surface, is
20   that right, sir?
21   A.   Yes.  Like a flat surface.
22   Because then you could see the stairs.
23   Q.   Okay.  So you can't tell whether
24   this is the landing or the bottom of the
25   staircase?

Page 106

SO

1
2    A.   Not with this picture.
3    Q.   The security cameras at YS2, do
4    you know who they belong to?
5    A.   The owner.
6    Q.   Owner of what?
7    A.   The establishment.
8    Q.   YS2?
9    A.   YS2.
10   Q.   If you were to view video
11   footage of those security cameras, where would
12   you go to look at the video footage?
13   A.   To the owner.
14   Q.   So you would ask the owner.  But
15   where would the owner go to pull the video
16   footage to bring it up?
17   A.   In the main office.
18   Q.   Is there an office in YS2?
19   A.   Yes.
20   Q.   Are there computers?
21   A.   Office, no.
22   Q.   Is there a computer system at
23   YS2 that allows you to bring up video footage
24   from the security cameras?
25   A.   A laptop.

Page 107

SO

1
2    MS. NICOLAOU:  Do you
3    remember what the video footage
4    was marked as?  First one?
5    (Discussion is held off the
6    record.)
7    Q.   Mr. So, the security footage
8    that I showed you that was two minutes and
9    22 seconds, is that a security footage from
10   the security cameras at YS2?
11   A.   Yes.
12   Q.   And is that security footage
13   from the security cameras at YS2 maintained by
14   YS2 in the regular course of business?
15   A.   Yes.
16   Q.   Do you know who if anyone pulled
17   this video footage?
18   A.   Owner.
19   Q.   The owner did.  Were you with
20   him when he did it?
21   A.   No.
22   Q.   Did you have a conversation with
23   the owner -- and that was Mr. Yi, right?
24   A.   Mr. Yi.
25   Q.   Did you have a conversation with

Page 108

SO

1
2    him as to whether or not he had the video
3    footage?
4    A.   Say that again?
5    Q.   Did you have a conversation with
6    the owner as to whether or not he had any
7    security footage?
8    A.   No.
9    Q.   Do you know how long the
10   security footage is generally maintained at
11   YS2?
12   A.   No.
13   Q.   Who is Shee Yeon?
14   A.   Who?
15   Q.   Shee Yeon.
16   A.   Can you spell that?
17   Q.   I believe it's spelled S-H-E-E.
18   Last name Y-E-O-N.  I may be mispronouncing
19   it.
20   A.   I don't know.
21   MS. NICOLAOU:  Off the
22   record.
23   (Discussion is held off the
24   record.)
25   MR. MCCARTHY:  Can I ask

Page 109

| | |
|---|---|
| 1 | SO |
| 2 | questions? |
| 3 | MS. NICOLAOU: Go ahead. |
| 4 | EXAMINATION BY MR. MCCARTHY: |
| 5 | Q. Good afternoon. My name is Tim |
| 6 | McCarthy. I'm counsel to the law firm who |
| 7 | represents defendant Young Lee. |
| 8 | The same instructions, if you |
| 9 | don't understand a question, you'll tell me, |
| 10 | yes? |
| 11 | A. Yes. |
| 12 | Q. I know on Defendant's Exhibit B |
| 13 | and C it refers to tables. |
| 14 | Does table mean room? If you |
| 15 | want to see them. |
| 16 | MS. BERKOWITZ: Look at what |
| 17 | he's referring to. |
| 18 | Q. Exhibit C has table two. And |
| 19 | Exhibit B has table three. Do they refer to |
| 20 | rooms? |
| 21 | A. Yes. |
| 22 | Q. So then Exhibit C is probably |
| 23 | room two? |
| 24 | A. Table room same. Different |
| 25 | terminology. |

Page 110

| | |
|---|---|
| 1 | SO |
| 2 | Q. Exhibit B, when it says table |
| 3 | three, that's probably room three? |
| 4 | A. Correct. |
| 5 | Q. In Exhibit C it talks about two |
| 6 | bottles of Johnnie Walker Blue. |
| 7 | Is that the same amount of |
| 8 | liters as the Johnnie Walker Black as far as |
| 9 | you know? |
| 10 | A. What I know is I think blue |
| 11 | could be a little bigger than that. |
| 12 | Q. How long were you working for |
| 13 | the company before August 22nd, 2017? |
| 14 | A. Two and a half years. |
| 15 | Q. Two and a half years before |
| 16 | that? No, before April 22nd, 2017, how long? |
| 17 | MS. BERKOWITZ: When did you |
| 18 | start? |
| 19 | A. Probably -- that's like what? |
| 20 | Two years? So I would say -- the total is two |
| 21 | years. If you go back from January, then you |
| 22 | can calculate from January from this date. |
| 23 | Q. So the middle of 2016 you |
| 24 | started? |
| 25 | A. I believe so. |

Page 111

| | |
|---|---|
| 1 | SO |
| 2 | Q. And you started the same time as |
| 3 | the server, is that John Lee? |
| 4 | A. Correct. |
| 5 | Q. Did you know John Lee before or |
| 6 | you both started working there? |
| 7 | A. Yes. |
| 8 | Q. Was he a friend of yours before |
| 9 | you both started working there? |
| 10 | A. Yes. |
| 11 | Q. Did you recommend him or did he |
| 12 | recommend you for the position? |
| 13 | A. I don't really -- nobody |
| 14 | recommended nobody. |
| 15 | Q. How long did you know him before |
| 16 | you started work? |
| 17 | A. Many years. |
| 18 | Q. Did you guys go to school |
| 19 | together? |
| 20 | A. Correct. |
| 21 | Q. What school is that? |
| 22 | A. Benjamin Cardozo High School. |
| 23 | Q. Did you always have the title |
| 24 | manager from the time you first started |
| 25 | working there in the middle of 2016 until the |

Page 112

| | |
|---|---|
| 1 | SO |
| 2 | date of the incident? |
| 3 | A. Yes. |
| 4 | Q. Do you know if Mr. John Lee had |
| 5 | worked in any establishment that served |
| 6 | alcohol before he started to work for YS2? |
| 7 | A. No. |
| 8 | Q. No, you don't know or no; he did |
| 9 | not? |
| 10 | A. I don't know. |
| 11 | Q. Did YS2 employ a bouncer in |
| 12 | April of 2017? |
| 13 | A. Employ who? |
| 14 | Q. Did you ever hear the term |
| 15 | bouncer? |
| 16 | A. Bouncer, oh. |
| 17 | MS. NICOLAOU: Security |
| 18 | guard. |
| 19 | A. I know what a bouncer is. |
| 20 | Q. Did YS2 employ any security club |
| 21 | bouncer before the date of the incident? |
| 22 | A. Before the day of the incident |
| 23 | have they employed a bouncer? Yes. |
| 24 | Q. Was there a bouncer on the |
| 25 | premises every night when it was opened? |

Page 113

```
              SO
 1
 2       A.   Yes.
 3       Q.   Who was the bouncer that night?
 4       A.   I don't remember.
 5       Q.   Who would have the records of
 6  who was working that day?
 7       A.   The owner.
 8       Q.   When you showed up, did you have
 9  to sign in anywhere?
10       A.   No.
11       Q.   Do you know what the bouncer's
12  duties were back then?
13       A.   To have the establishment safe.
14       Q.   Was he supposed to go from room
15  to room the bouncer?
16       A.   If something occurred, then
17  he'll be notified.
18       Q.   You told us earlier that if John
19  Lee felt someone was intoxicated he would tell
20  you?
21       A.   Correct.
22       Q.   Would he also tell the bouncer?
23       A.   No.
24       Q.   Where would the bouncer
25  generally be during the shift?
```

Page 114

```
              SO
 1
 2       A.   Around next to -- not exactly
 3  the entrance, but once you walk into the
 4  entrance, maybe a couple of feet.
 5       Q.   So near the front door on the
 6  top of the second floor?
 7       A.   Correct.
 8       Q.   Where would you be most of the
 9  shift?
10       A.   Walk around doing -- in the
11  office.
12       Q.   Where was the office in relation
13  to the door at the top of the second floor?
14       A.   The back of the establishment.
15       Q.   How about rooms one, two and
16  three, are they near the front of the
17  establishment or towards the back or something
18  else?
19       A.   Around the front.
20       Q.   If a member shows up, did he
21  have to ring a bell?
22       A.   No.
23       Q.   They come up to the office,
24  knock on the door or -- I mean they come up to
25  the second floor, is there a bell there?
```

Page 115

```
              SO
 1
 2       A.   No.
 3       Q.   Do they knock or the doors are
 4  open?
 5       A.   The door is open.
 6            MS. BERKOWITZ:  Well, like
 7       physically open or --
 8       Q.   Is the door locked before any of
 9  the individuals come in?
10       A.   It was not locked.
11       Q.   When a member shows up, do they
12  have to come and see you?
13       A.   Usually if I'm there, I'll greet
14  them.  But then usually John is the one who
15  takes care of them.
16       Q.   Did you have a list of members
17  back then?
18       A.   No.
19       Q.   How would you know if someone
20  was a member or not?
21       A.   That's what the -- that you got
22  to talk to the owner.
23       Q.   Can a member bring friends?
24       A.   Yes.
25       Q.   Is there a room for cooking
```

Page 116

```
              SO
 1
 2  food?
 3       A.   Yes.
 4       Q.   Is that a separate room from
 5  where the alcohol is kept?
 6       A.   Yes.
 7       Q.   Did your company have any
 8  procedure to check a member or patron when
 9  they first showed up at the premises to see if
10  they're intoxicated?
11       A.   Well, when they come in,
12  99 percent of the time they're not
13  intoxicated.
14       Q.   But would you generally check
15  members when they show up?
16       A.   By looking at them, you could
17  tell.
18       Q.   But --
19       A.   Unless he's like rolling on the
20  floor.
21       Q.   But I want to know when you
22  greet a member or patron or a guest when they
23  show up, is that part of your job to see if
24  they are already intoxicated?
25       A.   Is it my job?
```

Page 117

```
                    SO
1
2        Q.   Part of your duties.
3        A.   Yeah, we see if they're
4   intoxicated.  Then we would know.  We use our
5   judgement.
6        Q.   Now, if a server would tell you
7   that a certain individual or room that seemed
8   to be getting intoxicated, he would call you?
9        A.   No, he'll come out.
10       Q.   He'll come out and tell you?
11       A.   Correct.
12       Q.   Then when you would go in there,
13  if you decided someone was intoxicated in that
14  room, you would tell the server no more
15  alcohol into the room?
16       A.   If they order more.
17       Q.   If John Lee would come to you
18  and say people seem intoxicated in this room,
19  is that usually when he's been asked to get
20  more alcohol or something else?
21       A.   No.  Then we'll stop the
22  alcohol.
23       Q.   If there's already alcohol,
24  bottles in that room, do you guys take that
25  back?
```

Page 118

```
                    SO
1
2        A.   No.
3        Q.   Do you remember where you were
4   when you heard about this incident?
5        A.   In back of the office.
6        Q.   Do you remember who told you?
7        A.   I don't remember.
8        Q.   And then you came out to the
9   stairway?
10       A.   Correct.
11       Q.   Once you saw where the plaintiff
12  was, was that when you called 911?
13       A.   Correct.
14       Q.   And you also called the owner
15  right from the stairway?
16       A.   Correct.
17       Q.   How long did it take the owner
18  to get there?
19       A.   Pretty quick.
20       Q.   Did he arrive before the police?
21       A.   I don't remember.
22       Q.   How about the lighting in the
23  individual rooms, can the customers dim the
24  lights?
25       A.   Yes.
```

Page 119

```
                    SO
1
2        Q.   May they turn them off totally?
3        A.   Yes.
4        Q.   Is there any disco lighting or
5   anything like that?
6        A.   Disco lighting?
7        Q.   Flashing lights?
8        A.   Yes.
9        Q.   If John Lee ever told you that
10  an individual or a group appeared intoxicated,
11  when you went into the room, would you do
12  anything with the lights?
13       A.   Usually it's always -- even
14  though you turn off the lights, it's going to
15  still be bright, because of the TV.
16       Q.   So generally the people have the
17  TV on?
18       A.   It's on always.
19       Q.   Who provides ice?
20       A.   We do.
21       Q.   When do you do that generally?
22       A.   We provide the ice when they
23  order the bottle.
24       Q.   You bring like a bucket with
25  ice?
```

Page 120

```
                    SO
1
2        A.   Correct.
3        Q.   You told us earlier you saw
4   Young Lee speaking to the police, right?  You
5   told us earlier that you saw young Lee
6   speaking to the police?
7        A.   Correct.
8        Q.   Was he outside on the street at
9   that time?
10       A.   No.
11       Q.   So using somewhere in the
12  stairway or --
13       A.   Now inside the establishment.
14       Q.   Inside the establishment.  And
15  how far away were you from when you heard
16  Young Lee speaking to the police?
17       A.   I don't remember.
18       Q.   Were you 20 feet away?
19       A.   Approximately.  Passing.  That's
20  when they arrested them.
21       Q.   You were walking by?
22       A.   Yes.
23       Q.   How long did you hear him
24  talking to the police?
25       A.   I don't remember.
```

Page 121

```
                    SO
1
2       Q.    Did the police ever say anything
3    to you?
4       A.    I don't remember.
5       Q.    But you heard Mr. Young Lee
6    speak to the police, right?
7       A.    Correct.
8       Q.    And you heard them speaking to
9    him?
10      A.    Correct.
11      Q.    And there was no indication to
12   what you saw and heard that Young Lee was
13   intoxicated at the time?
14      A.    Correct.
15      Q.    Has the owner of YS2 ever spoken
16   to you about what you should say about whether
17   Young Lee was intoxicated?
18      A.    Can you...
19      Q.    Well, has the owner of YS2 ever
20   told you what to say about alcohol being
21   served to Young Lee or whether he was
22   intoxicated that night?
23      A.    Prior to the...
24      Q.    Prior to today?
25      A.    Would he say that?
```

Page 122

```
                    SO
1
2       Q.    I'm just asking. Yes or no?
3       A.    No.
4       Q.    Could you estimate for how long
5    you were near the police and Young Lee in
6    time?
7       A.    I don't remember.
8       Q.    Was it more than a minute? Less
9    than a minute?
10      A.    I don't remember. I don't
11   remember. It's over two years, so I don't
12   remember.
13           MR. MCCARTHY: I'm almost
14   done.
15      Q.    Could people change rooms during
16   the night?
17      A.    Why would they change rooms?
18      Q.    I don't know. Did you ever
19   experience any groups move from room two to
20   room one?
21      A.    If they know each other, yes,
22   they may hop around. But changing rooms is
23   rare.
24      Q.    If someone went from room two to
25   room one, they might drink alcohol in room
```

Page 123

```
                    SO
1
2    one?
3       A.    I don't know.
4       Q.    Is there any procedure, before
5    this incident, if you deem someone to be
6    intoxicated in a certain room, would you then
7    make sure that person wasn't served alcohol in
8    a different room?
9       A.    We can't control that, because
10   we don't know what's going on.
11      Q.    But you had no fixed procedure.
12   You didn't tell Mr. Lee, look, don't serve it
13   to this individual regardless of what room he
14   goes in, right? You had no procedure like
15   that?
16      A.    No.
17      Q.    Is there an elevator leading up
18   to the office?
19      A.    Yes.
20      Q.    Did your company have any
21   procedure as to how to escort someone out if
22   you deem them intoxicated?
23      A.    There's an elevator. If they're
24   intoxicated, then we use the elevator.
25      Q.    So if your employees deem
```

Page 124

```
                    SO
1
2    someone intoxicated, your employees would take
3    them to the elevator?
4       A.    Correct.
5       Q.    Including the bouncer?
6       A.    Correct.
7       Q.    Do you know if the bouncer was
8    involved in any way on that evening with
9    Mr. Shin or Mr. Young Lee?
10      A.    No. There was no -- at that
11   time you're saying?
12      Q.    Yeah, that night?
13      A.    A bouncer. You say prior to --
14   your question was, was there a bouncer prior
15   to the incident. And I said yes, there was.
16      Q.    But there was a bouncer onsite
17   then?
18      A.    No.
19      Q.    No. How come there was no
20   bouncer on the date of the incident?
21      A.    That's on the owner's
22   discretion.
23      Q.    Did he generally have a bouncer
24   during the six months before this incident?
25   Was there generally a bouncer present?
```

Page 125

```
1               SO
2       A.   Prior to he had a bouncer.  But
3  then I guess -- it's not cheap.
4       MS. BERKOWITZ:  Don't guess
5       at anything.  Don't guess at
6       anything.
7       Q.   Do you know if the bouncers were
8  employees of YS2 or were they outside venders?
9       A.   That you could talk to Mr. Yi.
10  I don't do that part.
11      Q.   Do you know if the owner would
12  hire bouncers depending on the number of rooms
13  that were rented out?
14      A.   That you have to speak to Mr.
15  Yi.
16      Q.   So you don't know?
17      A.   I don't do none of that.
18      MR. MCCARTHY:  Nothing
19      further at this time.
20      MS. NICOLAOU:  I just have
21      one question.
22  EXAMINATION BY MS. NICOLAOU:
23      Q.   I'm going to show you what has
24  been marked as Defendant's Exhibit A on
25  February 1, 2019.
```

Page 126

```
1               SO
2          Now, this is what appears to be
3  a video of somebody videotaping with their
4  cell phone a computer screen; is that fair?
5       A.   Yes.
6       Q.   Sir, looking at this security
7  footage, it appears to be the same security
8  footage that was marked today as So-1.
9          Can you tell me, sir, where is
10  this computer screen located?  I'm going to
11  zoom out for a second.
12          Can you tell where that screen
13  was located?
14      A.   At the counter.
15      Q.   Front counter?
16      A.   Front counter.
17      Q.   Is the front counter depicted in
18  the security footage at all?
19      A.   Say it again?
20      Q.   The front counter is it depicted
21  in the security footage?
22      A.   What do you mean by that?
23      Q.   In other words, the location of
24  the security footage that we saw today shows
25  the top of the staircase, the staircase, yes?
```

Page 127

```
1               SO
2       A.   Yes.
3       Q.   Where is the counter in relation
4  to the area that the security footage
5  captured?
6       A.   So as you walk in to the left
7  side.
8       Q.   So it's not in the video, is
9  that right?  It's not captured by the camera,
10  at least the one that we have; is that right?
11      A.   Correct.
12      Q.   It's off to the left side.
13  About how many feet, once you get on top of
14  the stairs, on the top of the stairs you hit
15  the landing to the second floor, how many feet
16  to the left is it?
17      A.   Probably five feet, six feet.
18      Q.   Do you know who the person is
19  that's operating this mouse?
20      A.   No.
21      Q.   Do you know who recorded the
22  security footage?
23      A.   No.
24      MS. NICOLAOU:  I have
25      nothing further.  Thank you.
```

Page 128

```
1               SO
2       MR. COHEN:  No further
3       questions.
4       MS. NICOLAOU:  I'm getting a
5       copy.
6       MR. COHEN:  My own copy.
7       (Time noted: 1:55  p.m.)
8
9
10       ----------------------
                JOSHUA SO
11
12  Subscribed and sworn to
    before me this        day
13  of        , 2019
14
15
16  Notary Public
17
18
19
20
21
22
23
24
25
```

Page 129

```
1
2              I N D E X
3
4
   WITNESS          EXAMINATIONS    PAGE
5
6         MR. COHEN        4
   JOSHUA SO               4
7         MS. NICOLAOU     59
          MR. MCCARTHY     109
8         MS. NICOLAOU     125
9
10          E X H I B I T S
11
    No.        Description    Page
12
    1  Video was deemed marked So    95
13     Exhibit 1
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 130

```
1   1
2   2   STATE OF NEW YORK   )
                ) ss.:
3   3   COUNTY OF NEW YORK  )
4   4        C E R T I F I C A T E
5   5
6   6       I, CHRISTINE CUTRONE, Shorthand
7   7   Reporter and a Notary Public within and
8   8   for the State of New York, do hereby
9   9   state:
10  10      That the witness whose examination is
11  11  herein before set forth was duly sworn and
12  12  that such an examination is a true record
13  13  of the testimony given by such a witness.
14  14      I further state that I am not related
15  15  to any of these parties to this action by
16  16  blood or marriage, and that I am not in
17  17  any way interested in the outcome of this
18  18  matter.
19  19      IN WITNESS WHEREOF, I have hereunto
20  20  set my hand this 26th day of March, 2019.
21  21
22  22
23  23
24
                CHRISTINE CUTRONE
25  25
```

**Transcript Word Index**

**[& - 59]**

| & |
|---|
| **&** |
| 2:14,19 |

| 0 |
|---|
| **05183** |
| 1:5 |
| **07039** |
| 1:23 |

| 1 |
|---|
| **1** |
| 42:19 75:3 76:17 |
| 78:8 87:14 95:19 |
| 95:25 98:25 99:20 |
| 100:13 105:3 |
| 125:25 126:8 |
| 129:12,13 130:1 |
| **1:17** |
| 1:5 |
| **1:55** |
| 128:7 |
| **10** |
| 130:10 |
| **10:45** |
| 11:13 |
| **100** |
| 2:11 |
| **10001** |
| 2:5 |
| **10601** |
| 2:11 |
| **109** |
| 129:7 |
| **11** |
| 130:11 |
| **11:19** |
| 1:11 |

**11242**
2:21
**11361**
4:14 6:6
**11507**
2:16
**12**
130:12
**125**
129:8
**1270**
2:4
**13**
32:21 33:3 130:13
**135**
1:22
**14**
130:14
**14th**
95:3
**15**
1:11 96:2 130:15
**150**
30:4 67:9,24
**16**
130:16
**167417fac**
2:17
**17**
130:17
**1700**
2:21
**18**
130:18
**19**
130:19
**190314**
95:23

**199**
1:12
**1st**
10:14 76:21 99:4

| 2 |
|---|
| **2** |
| 130:2 |
| **20** |
| 67:16 76:9 120:18 |
| 130:20 |
| **200** |
| 2:15 |
| **2009** |
| 76:21 |
| **2015** |
| 50:25 |
| **2016** |
| 110:23 111:25 |
| **2017** |
| 39:19 41:4 43:13 |
| 45:19 70:20 110:13 |
| 110:16 112:12 |
| **2019** |
| 1:11 42:19 75:3 |
| 76:17 78:8 87:14 |
| 96:2 98:25 99:5,20 |
| 100:13 105:3 |
| 125:25 128:13 |
| 130:20 |
| **21** |
| 104:5 130:21 |
| **212-08** |
| 4:13 6:5 |
| **21st** |
| 39:19 41:4,6,12 |
| 43:6,11 45:18 49:6 |
| 50:24 |

**22**
96:22 107:9 130:22
**22nd**
41:13 43:12 45:19
48:11 49:6 50:25
110:13,16
**23**
130:23
**25**
130:25
**26**
2:20
**26th**
130:20

| 3 |
|---|
| **3** |
| 130:3 |
| **30** |
| 76:10 |
| **305** |
| 2:4 |

| 4 |
|---|
| **4** |
| 61:2 129:6,6 130:4 |
| **4/21** |
| 23:25 |
| **4:00** |
| 56:25 |
| **43** |
| 102:6 |
| **43rd** |
| 4:13 6:5 |

| 5 |
|---|
| **5** |
| 80:25 81:2 130:5 |
| **59** |
| 129:7 |

**[6 - asking]**

| 6 |
|---|

**6**
  130:6

| 7 |
|---|

**7**
  61:7 130:7
**750**
  25:10,13

| 8 |
|---|

**8**
  60:25 61:2 130:8
**8:00**
  61:3
**81**
  2:10

| 9 |
|---|

**9**
  130:9
**911**
  34:15 37:15,19,22
  55:3,9 56:19 57:4
  58:7,8,12,16,17
  118:12
**95**
  129:12
**973-740-1331**
  1:23
**99**
  116:12

| a |
|---|

**a.m.**
  1:11
**ability**
  101:19
**accident**
  83:4 84:20 85:16
  85:19 87:10 91:23

**accident (cont.)**
  92:2 93:19,25 94:7
  94:8,18,19 97:14
  97:15,18,23 99:9
  100:25 101:6
  103:18
**accommodate**
  5:23
**accurately**
  94:6,17 97:21 99:7
  100:23 101:4
**action**
  59:12 130:15
**actual**
  10:5 86:17
**add**
  86:19
**addition**
  80:15
**additional**
  31:21
**address**
  4:12 6:4 45:8
**administer**
  3:12
**advance**
  63:5 74:5
**afternoon**
  59:8 109:5
**ago**
  44:24 46:4 60:5
  97:12
**agreed**
  3:1,5,9
**ahead**
  109:3
**ahmuty**
  2:14

**albertson**
  2:16
**alcohol**
  12:16 13:20 18:23
  19:3,11,16,21
  20:14 27:12 30:22
  31:2,9,10 42:5 53:8
  53:13,24 54:14
  78:2,21 79:21
  81:23 82:2,3,4
  112:6 116:5 117:15
  117:20,22,23
  121:20 122:25
  123:7
**alcoholic**
  8:9 16:2,17 17:14
  17:17 18:13,20
  20:3 23:10,17 31:7
  42:3 51:3,6,20
**allows**
  106:23
**amount**
  36:15 110:7
**answer**
  5:14 54:10 55:7
  59:20
**answered**
  52:7,21 55:24
**answering**
  59:22
**answers**
  5:9 60:12
**anybody**
  9:3 19:19 53:3 56:4
  102:19
**anymore**
  30:21 54:14
**apologize**
  16:12 56:12

**appear**
  29:3,21 80:19
  102:12
**appeared**
  119:10
**appears**
  82:20 102:8,24
  126:2,7
**apply**
  59:18 79:24
**approximate**
  72:12
**approximately**
  71:10 120:19
**april**
  39:19 41:4,6,13
  43:6,11,12 45:18
  45:19 48:11 49:6
  50:24,25 70:20
  110:16 112:12
**area**
  85:9 127:4
**arrest**
  49:14 57:19
**arrested**
  58:19 120:20
**arrive**
  61:5,7 74:16
  118:20
**arrived**
  58:9,12 77:22
**asked**
  13:2 46:24 53:14
  55:4 58:23 59:17
  65:19 82:7 97:20
  117:19
**asking**
  5:18,19 51:10 52:9
  59:2,14,22 89:11

**asking (cont.)**
122:2
**assembled**
78:9
**associate**
21:18
**assume**
59:20
**atmosphere**
23:8
**attachment**
96:23
**attend**
12:2
**attention**
83:20
**attorneys**
2:3,8,15,19 3:2
**august**
110:13
**authorized**
3:11
**automatically**
69:2 73:11,24
**avenue**
4:13 6:5
**average**
71:14,16
**aware**
18:25 19:3 36:5,7
37:2,9 38:14
**awareness**
18:23 19:4,11,17
19:21

**b**

**back**
10:23 23:23 37:11
46:4,23 55:15,16

**back (cont.)**
55:20 56:11,12,14
58:22 70:20 94:11
94:12 95:2 103:12
110:21 113:12
114:14,17 115:17
117:25 118:5
**balance**
21:9
**based**
19:15 69:24 70:3
99:2 105:10
**basic**
19:13 20:24 74:6
**basically**
6:13 34:3
**basil**
2:3
**basis**
22:10 30:7,10
31:12 47:5 60:21
**bayside**
4:13 6:5 45:11
**beer**
28:25 29:2,4,5,7,10
29:20 80:4,6,14,22
80:23 81:6,7,17
82:4,4
**behalf**
13:6
**behavior**
21:17
**believe**
17:4 19:25 30:19
31:6 32:7 48:12
54:6,11 60:4 64:20
69:19 82:23 85:17
93:23 104:21
108:17 110:25

**believed**
22:2
**bell**
114:21,25
**belong**
106:4
**benjamin**
111:22
**berkowitz**
2:17 10:10 13:12
21:10 23:12 24:10
24:20 26:9,24 27:3
43:18 46:9,24
47:19 50:15 51:9
54:15 82:12 90:2,8
95:7,16 96:16
109:16 110:17
115:6 125:4
**best**
101:19
**better**
90:3,9
**beverage**
16:17 31:7
**beverages**
8:9 16:2 17:14,18
18:13,20 20:3
23:10,17 31:21
42:3 51:4,7,21
**big**
67:17 72:12
**bigger**
110:11
**bill**
24:19,19 68:16
**black**
24:8,25 25:2 26:21
28:23 77:23,25
78:5 80:16 110:8

**blood**
130:16
**blue**
75:4,23 77:23
80:16 110:6,10
**board**
81:5
**border**
45:12
**born**
6:14
**bottle**
25:7,11,24 26:2,3,4
26:14 27:20 77:22
77:25 78:5,23,24
79:16,25 80:11
81:3,4 119:23
**bottles**
24:8 25:5,19,20
28:23 66:23 74:24
80:10,12 110:6
117:24
**bottom**
92:25 105:13,24
**bought**
82:23
**bouncer**
112:11,15,16,19,21
112:23,24 113:3,15
113:22,24 124:5,7
124:13,14,16,20,23
124:25 125:2
**bouncers**
125:7,12
**bouncer's**
113:11
**box**
95:10

**[brazil - cleaner]**

brazil
  6:15
bread
  73:16,19
break
  5:22 65:5
bright
  85:13,14 119:15
brightly
  85:9
bring
  26:3 27:17 28:19
  31:7 42:3,5,9 66:9
  66:19 106:16,23
  115:23 119:24
bringing
  73:16
brings
  24:5 78:24
broadway
  2:4
broken
  63:22 64:9
brooklyn
  2:21
brought
  26:15 29:7,10,14
  29:20 42:8 69:4
  73:11,24 78:23
  80:15 83:14,20
bucket
  119:24
building
  35:14 36:2 82:23
  84:9 103:14,16
bulb
  63:20,21
business
  6:19,21,23 7:2,4,13

business (cont.)
  7:25 9:16 11:20,22
  11:23 12:12 59:25
  60:6,18,24 62:15
  63:7,8,18 64:6 65:2
  77:2 107:14
butter
  73:16,19

**c**

calculate
  110:22
calculated
  30:7
call
  34:15 37:22 55:3,9
  56:19 57:4 58:7
  61:19 63:24,25
  64:3,12,12 87:6
  92:18,18 117:8
called
  37:15,19 58:8,16
  58:17 61:22 118:12
  118:14
camera
  32:16 34:16 35:13
  35:16,17 103:3
  127:9
cameras
  32:2,5,9,13 33:16
  106:3,11,24 107:10
  107:13
captured
  127:5,9
captures
  96:12
cardozo
  111:22

care
  6:22 115:15
carmen
  2:12 59:11
carpet
  86:9,14,15 93:5
carpeting
  100:15,17
cart
  78:16
case
  4:18 26:21 37:3
  75:2
cash
  77:14,17
caused
  37:22
cease
  7:15
cedar
  1:22
cell
  126:4
certain
  35:13 83:13 117:7
  123:6
certainly
  50:21
certified
  1:22
champaign
  79:23,25
change
  86:5,17 122:15,17
changed
  86:7,10
changes
  93:5

changing
  122:22
charge
  30:2,9,10 68:3,19
  80:23 81:13,21,22
charged
  67:8,13,23 68:21
  68:22 80:17 81:8
  81:11 82:3,4
chartwell
  2:8
cheap
  125:3
check
  10:21 24:4,7 29:3
  29:11,15,21 30:14
  80:20 116:8,14
checks
  76:12,13,24
chicken
  75:20
christine
  1:18 130:6,24
chung
  39:23 41:16 82:6,9
  82:10,13,22,25
  83:2
cirillo
  1:21
cirillo.robert
  1:24
city
  7:5
clarification
  60:13
clarify
  55:2 60:12 104:13
cleaner
  6:24

**[clear - counter]**

**clear**
13:3 19:2 56:16
66:22 79:12 91:15
92:19,24 93:4,24
99:11,14 104:16
**client.mp4.**
95:23
**clientele**
8:17,18 14:17
**close**
62:2
**closed**
7:25 57:5 60:25
63:2,14
**club**
11:23 17:5,8 34:25
38:19,23 85:11
112:20
**cocoa**
29:18
**coffee**
71:20 72:24,25
**cohen**
2:6 4:7,17 10:6,11
23:15 24:14,23
26:18 43:20,22
44:9 45:13 46:11
54:20 55:14 59:5
59:17 87:19 95:17
128:2,6 129:6
**coke**
28:2 29:14,16
**cola**
29:18
**collected**
77:9
**collecting**
77:16

**collects**
77:5,7
**color**
90:7
**coming**
46:23 74:5
**commenced**
59:13
**communicate**
31:19
**company**
8:2,5 9:20 14:16
60:20 83:3 110:13
116:7 123:20
**compare**
105:16
**compared**
71:15
**comparing**
99:3
**compensated**
14:7
**complaints**
83:12,16 84:7,18
**compound**
23:14
**computer**
103:23 106:22
126:4,10
**computers**
106:20
**condition**
83:18 84:18 85:15
**conditions**
85:5 100:22,24
101:5
**conference**
71:24 72:21

**confuse**
50:22 66:3
**confusing**
47:20 50:20 65:6
**confusion**
60:10 79:18
**considered**
71:13
**contact**
44:19,23 59:3
**continues**
91:13
**continuous**
91:11,19
**contractor**
9:13
**contractors**
8:22 9:10 13:5
14:21 15:25
**control**
123:9
**conversation**
107:22,25 108:5
**cooked**
12:20
**cooking**
115:25
**coors**
81:8,11,13
**cops**
49:10,12,14,16
57:19 58:18
**copy**
10:5 128:5,6
**corona**
80:8
**corp**
6:22

**correct**
7:3,6,24 11:5,14
12:3 13:19 14:5
15:23 18:5 19:5,17
19:18 20:10 21:15
25:25 27:21 28:16
28:18 29:9,12,22
29:24 30:4,5,8
37:20,21 38:2
41:21 42:11 50:3,4
50:7 52:2,23 55:23
55:24 57:3 61:4,20
63:10,15,16 66:25
69:18 74:25 75:9
75:12,14 77:20
78:20 79:5 80:3,18
80:21 81:24 91:17
97:19 110:4 111:4
111:20 113:21
114:7 117:11
118:10,13,16 120:2
120:7 121:7,10,14
124:4,6 127:11
**correctly**
13:17 53:10 66:9
**cost**
80:22,23
**couch**
71:2,5,6,8,18 72:20
73:5
**couches**
71:3
**counsel**
2:22 5:12 95:9,20
109:6
**counter**
126:14,15,16,17,20
127:3

**[country - dining]**

country
  6:14
county
  130:3
couple
  10:25 11:19 32:7
  37:11 44:21 45:16
  114:4
course
  22:14 59:17 107:14
court
  1:1 2:20 3:14 4:24
  5:6
cover
  67:19,21,21,22
covered
  86:13
covering
  86:12 93:7
create
  79:6
curious
  75:19
current
  103:16
currently
  6:16 7:12 44:17
customer
  11:17 20:4,25
  23:21 30:22,23
  31:24 38:18 39:8
  40:18 66:18 76:8
  79:8
customers
  13:9,10 39:14,20
  56:7,8,9 61:14 79:6
  118:23
cutrone
  1:19 130:6,24

cv
  1:5

**d**

daily
  60:21
daniel
  40:10 41:20
d'apice
  2:19
date
  10:13 23:24 34:9
  34:10,14 78:8
  87:10 93:19,25
  94:7,18 96:2 99:8
  100:24 110:22
  112:2,21 124:20
dated
  43:5 75:3 76:16,20
david
  2:6 4:17
day
  8:13,13,15,15
  10:20 36:16 60:18
  60:18 63:19,19
  64:7,7 85:16 94:8
  94:19 97:13,16,22
  112:22 113:6
  128:12 130:20
days
  61:8 62:6 63:7
dealt
  64:23
deborah
  1:8 2:10
debra
  64:18
december
  76:21

decide
  20:20
decided
  117:13
decision
  20:13 53:24 61:15
  61:16,25
deem
  123:5,22,25
deemed
  95:24 129:12
defendant
  1:16 2:8,19 109:7
defendants
  1:9,17 2:15 59:12
defendant's
  75:3 76:16,20 78:7
  87:13 90:14,22,24
  91:4 93:14,14 94:5
  94:16 98:11,13,15
  98:17,19,21 99:19
  100:12,16 105:3
  109:12 125:24
deh
  1:8 2:10 64:20
deliver
  33:12 77:8
delivered
  78:9,10,17,18,19
  78:21,22
demers
  2:14
depend
  63:6
depending
  61:13 63:4 81:6
  125:12
depends
  67:4,5 76:8

depict
  94:6,17 97:21
  100:23 101:4
depicted
  78:7 99:6 100:12
  100:16,17 126:17
  126:20
depicts
  87:21
deposition
  3:10 5:3 10:12
  28:24 69:14 96:4,9
describe
  17:16,23 26:20
  66:15 70:8,15 71:8
  72:8 84:25 85:4,12
  87:2 89:23 101:20
described
  91:5
description
  129:11
details
  19:9
determine
  20:15,22 31:13
different
  7:18 46:25 50:19
  109:24 123:8
differently
  65:7 68:11
difficult
  85:7
dim
  85:10 118:23
dimensions
  71:9
dining
  71:21

**[directly - examination]**

**directly**
83:15
**disclosed**
95:20
**disco**
119:4,6
**discretion**
20:6 124:22
**discussion**
13:14 45:14 94:23
104:24 107:5
108:23
**dish**
78:11
**distinct**
88:17
**distracted**
55:13
**district**
1:1,1
**document**
24:13,22 42:22,24
**documents**
24:17 96:5,7
**doing**
39:14 114:10
**door**
88:14 92:3,4 114:5
114:13,24 115:5,8
**doorknob**
63:21,22
**doors**
115:3
**downstairs**
82:18
**drank**
28:25
**drawer**
77:12,13,14,17

**drink**
18:2 23:22 26:8
27:17,19 40:21
66:19 79:9 122:25
**drinking**
12:8 19:12 35:8
51:3,6,11,20 54:23
**drinks**
26:16 29:13 33:12
66:22 74:23 79:7
79:10
**drop**
95:10
**dry**
6:24
**duly**
4:3 130:11
**duties**
8:11,20 13:6 16:23
17:12 27:11 33:16
33:20 113:12 117:2
**duty**
13:22 27:15,16
31:17

**e**

**earlier**
46:18 51:23 68:20
113:18 120:3,5
**early**
43:12 48:11 61:2
63:15
**easier**
105:17
**east**
1:22
**eastern**
1:1

**eating**
35:8
**ed**
40:13
**edward**
1:2 4:18 40:14,15
45:20 59:13 101:23
**effect**
3:13 47:11 96:19
**eight**
62:5,7 63:13 70:17
72:19
**either**
31:20 64:24
**elevator**
123:17,23,24 124:3
**employ**
112:11,13,20
**employed**
6:16 19:20 112:23
**employee**
7:7,9 9:15
**employees**
8:21 13:4 14:20
15:25 17:13 123:25
124:2 125:8
**ended**
38:8
**english**
11:3
**enter**
31:12 84:8 88:13
88:24
**entered**
16:20 39:9 40:23
69:20 70:7
**enterprises**
1:7,16

**entire**
86:4
**entrance**
32:17 88:17 114:3
114:4
**entry**
29:25
**escort**
123:21
**esq**
2:6,12,14,17,22
**esqs**
2:19
**establishment**
12:8 19:13 32:3,15
32:17 34:23,24
35:6,9 66:13 83:13
83:19 88:3,14,22
106:7 112:5 113:13
114:14,17 120:13
120:14
**establishments**
8:8
**estimate**
22:10,15 122:4
**estimating**
5:21
**evening**
24:5 39:10 40:23
41:4,6,8,17 45:18
46:8 49:6 51:21
57:7,10 124:8
**everybody**
35:11
**exactly**
48:7 114:2
**examination**
1:15 4:7 59:7 109:4
125:22 130:10,12

**[examinations - followup]**

examinations
129:4
examined
4:5 30:18
example
18:22 22:10 23:5
26:21 28:4 32:22
examples
85:6
exception
63:12
exchanged
95:14
exhibit
10:3,16 11:2 23:23
23:25 25:14 28:22
29:25 30:15 42:14
42:17,21 43:5,9
51:16 75:3 76:16
76:20 78:8 87:13
87:20 89:3 90:14
90:23,24 91:4
93:14,14 94:5
95:25 98:11,13,15
98:17,19,21 99:19
100:12,16 105:3
109:12,18,19,22
110:2,5 125:24
129:13
exhibits
98:24
existed
100:24 101:5
expand
96:20
expect
71:10
experience
122:19

explain
23:9 29:2 45:25
66:16
extent
14:2 53:7

**f**

face
79:18
fact
26:11 30:19 36:11
57:12
fair
20:3 58:2 61:17
63:8 65:24,25 66:4
67:7 84:4 98:3,4
126:4
fall
83:23,25
fallen
38:6 58:13
falling
84:12
falls
83:18
familiar
18:22 38:17 39:22
41:24
far
110:8 120:15
favor
89:14
february
10:14 42:19 75:3
76:17 78:8 87:14
98:25 99:4,20
100:13 105:3
125:25

fee
67:2,8,9,19 68:5,6
68:8,9,13,15,18,23
feedback
22:23
feet
72:13 114:4 120:18
127:13,15,17,17
fell
37:25 40:16 41:8
47:14,16,18,23,25
48:14 56:20 58:4
felt
113:19
female
9:19,24 11:9 13:4
fifth
25:7,8
figure
89:22
file
2:17 95:22
filing
3:3
find
38:5
fine
10:6
finger
102:8,21
finish
16:10 40:25 54:9
59:21
firm
109:6
first
4:2 10:19 23:24
25:24 26:2,4 37:2
47:22 56:19 65:23

first (cont.)
69:20 70:6 73:10
84:8 89:5,12 90:25
91:8 98:8 107:4
111:24 116:9
fit
70:9,17
fits
72:19
five
32:8,12 80:24
92:11 101:9 127:17
fixed
123:11
flashing
119:7
flat
67:10 105:18,19,21
floor
38:9 84:8 88:5,10
88:11,19,20,23
89:5,6,12 90:25
91:8,19 98:8,8
114:6,13,25 116:20
127:15
floors
88:6
florescent
85:3
fluent
6:9
flushing
45:11
follow
89:3
follows
4:5
followup
59:14

**[food - guy]**

**food**
12:18,20 13:23,24
31:16,20 33:12
42:9 66:19 68:15
78:11 116:2
**foods**
78:13
**foot**
72:16
**footage**
35:13,19,20 95:5,9
96:5,8,11 99:3
100:8,18,23 101:10
101:12,21 102:6,15
102:20 106:11,12
106:16,23 107:3,7
107:9,12,17 108:3
108:7,10 126:7,8
126:18,21,24 127:4
127:22
**force**
3:12
**forgive**
65:21
**form**
3:6 23:13 26:10
50:10 74:24
**forth**
70:10 130:11
**foundation**
24:11
**four**
23:6 25:15 26:22
32:7,12 62:5,7
69:22 81:13 92:11
**frequenting**
35:5
**friday**
32:22,23 33:2,5

**friday (cont.)**
62:9,11,24 63:12
**friend**
111:8
**friends**
45:4 115:23
**front**
103:3 114:5,16,19
126:15,16,17,20
**fruit**
67:21 75:11 78:6
**full**
19:9 71:6
**further**
3:5,9 125:19
127:25 128:2
130:14

**g**

**gap**
90:4 91:12,14
92:12,13,16,18,19
92:23 100:4,10
104:12
**garden**
83:10
**gardens**
82:16,20 83:6
**garment**
6:22
**general**
23:16 62:3 63:19
72:25
**generalize**
85:7
**generally**
25:23 62:14 108:10
113:25 116:14
119:16,21 124:23

**generally (cont.)**
124:25
**getting**
82:11 117:8 128:4
**give**
5:5 18:6 58:23 59:2
69:25 72:16 85:6
**given**
26:8,11,12 73:9
74:19 77:3 130:13
**glass**
27:12 28:2,5,15
**glasses**
26:7,10,12 28:4,4,8
28:10,12,20 101:25
102:3,10
**glassware**
27:25 28:3
**gmail.com**
1:24
**go**
21:25 23:7,23
31:15 58:12,15
61:18,18 65:23
70:5 73:14 75:7
77:8 82:5 92:2
94:20,25 106:12,15
109:3 110:21
111:18 113:14
117:12
**goes**
73:6 123:14
**going**
5:5 10:23 23:13
24:3 26:24 27:3
28:23 37:11 38:8
46:4 50:9 51:15,17
54:16 55:20 56:11
56:12,14 59:14,15

**going (cont.)**
60:12 65:23 76:19
81:14 82:5 87:12
88:21 89:9 90:13
93:22 95:11 96:15
96:20,21,24 119:14
123:10 125:23
126:10
**good**
4:15,16 59:8,10
66:3,5 109:5
**green**
102:24 103:25
**greet**
16:19 39:13,16
40:22 115:13
116:22
**greeted**
39:20 41:3
**ground**
5:6 72:22 92:25
104:8
**group**
2:3 39:25 40:2,6
119:10
**groups**
122:19
**guard**
112:18
**guess**
5:19 45:11 48:8
49:3 77:4 125:3,4,5
**guest**
75:4 76:13 116:22
**guests**
14:4 25:15
**guy**
38:9 40:16

[guys - indication]

**guys**
111:18 117:24

**h**

**hak**
15:5,10

**half**
7:11 16:15 22:15
34:6 52:3,11,15
53:2,5 60:4 65:8,13
69:25 84:13 110:14
110:15

**hallway**
32:14

**hand**
10:2 11:9 78:18,19
78:22 103:11
130:20

**handle**
60:17 63:19

**handles**
77:18,19

**handling**
63:17

**handrails**
93:9,10,15,16,18
93:21 94:2,4,6
97:22 99:6,8,12

**handwriting**
76:15,21

**happen**
38:3

**happened**
35:23 37:16 43:23
44:2,3 56:13

**happy**
59:19

**hard**
23:6 79:22 105:14

**hard (cont.)**
105:15

**hear**
19:10 112:14
120:23

**heard**
12:4 19:8 118:4
120:15 121:5,8,12

**height**
72:2,24,25

**heineken**
80:8

**held**
13:14 45:14 94:23
104:24 107:5
108:23

**he'll**
20:5 22:6,7,7,18,22
22:23,24 23:7
31:15 52:13,19,20
53:18,23 64:11
113:17 117:9,10

**help**
102:3

**hereunto**
130:19

**high**
111:22

**higher**
72:22

**highest**
67:12,14,15,16

**hire**
125:12

**hit**
127:14

**hmm**
47:9,9

**hold**
73:8 89:2 90:12
105:11

**holding**
102:7,21

**holds**
67:16

**home**
4:11

**hop**
122:22

**horn**
41:23

**hostess**
9:19

**hour**
30:7,10 63:14
67:10,11

**hours**
43:12 48:11 60:23
62:4 63:12

**huh**
90:18

**hurt**
57:25

**hyun**
15:5,10

**i**

**i.u.**
2:15

**ice**
73:21 119:19,22,25

**idea**
70:2

**identification**
95:25

**identified**
65:10 69:14,16

**identified (cont.)**
95:4 99:19

**identify**
90:6

**identity**
14:15

**immediately**
103:23

**important**
5:8,10

**incident**
24:5 33:23 34:2,4,7
34:8,14 36:6,13
37:3,6,9,16 38:8,12
43:17,25 44:11,14
46:10,12,13 55:2
57:15,16 85:21
96:12 112:2,21,22
118:4 123:5 124:15
124:20,24

**incidents**
34:5

**include**
8:20 17:13

**included**
68:12,14 81:17

**including**
124:5

**independent**
8:21 9:9,12 13:5
14:20 15:25

**index**
1:5

**indica**
21:16

**indicating**
89:20

**indication**
121:11

**[individual - know]**

**individual**
26:22 40:9,12
66:10,22 78:13
103:19 117:7
118:23 119:10
123:13
**individuals**
101:11 115:9
**inform**
21:25 43:13 51:25
52:5,13 53:18,19
64:8,11
**informed**
20:11 46:3 52:17
53:10,21
**inside**
70:10 120:13,14
**inspect**
22:7
**instruct**
5:14 18:12 22:6
31:11
**instructions**
6:2 109:8
**interact**
65:9
**interaction**
38:11
**interested**
130:17
**interrupt**
39:12
**intoxicated**
18:2 20:2,5,8,16,23
20:25 21:18,20
22:2,12 23:4 30:18
30:20 31:14 43:14
45:21 46:2,8,21
47:6,12,15,18 48:2

**intoxicated (cont.)**
48:4,9,21 49:4,5,17
49:19,20,22 50:3,7
51:24 52:6,12,16
52:20,23 53:4,12
53:17 54:4,24
55:11,20,23 56:4,8
57:9,13,18 58:4
113:19 116:10,13
116:24 117:4,8,13
117:18 119:10
121:13,17,22 123:6
123:22,24 124:2
**inventory**
8:17
**involved**
38:12 77:15 124:8
**involving**
33:16 96:13
**irrevocable**
1:8 2:9
**issues**
22:24
**item**
67:23
**items**
66:10 69:5 76:3

**j**

**janice**
2:17
**january**
7:16,23 110:21,22
**jersey**
1:23
**job**
16:22 27:11 33:16
55:19,22 60:17
116:23,25

**john**
9:2,3 12:23 15:24
17:19 18:12 19:25
20:8,22 39:15,16
42:3 43:13 44:7,8,9
44:10,16 46:3,14
46:16,20 47:7,8,10
47:13,17,25 48:3
48:13 49:18 50:2,6
51:24 52:5 53:3
55:10 57:8 65:20
66:2,2,6,9 76:14,14
76:25 77:6,16,18
83:21,22 111:3,5
112:4 113:18
115:14 117:17
119:9
**johnnie**
25:2 26:21 75:4,23
77:23 80:15 110:6
110:8
**joshua**
1:16 4:10,22
128:10 129:6
**judgement**
117:5
**jung**
1:8 2:10 64:20

**k**

**kai**
39:23 41:16
**karaoke**
12:14 70:22 72:20
**keep**
14:14 83:2
**kept**
116:5

**kicking**
57:20
**kind**
6:23 19:13 23:6
43:2 71:21 75:15
79:21 80:6 93:6
**knew**
46:14 82:8
**knock**
114:24 115:3
**know**
5:16,21,23 7:17,20
7:21 9:12 11:8,15
14:6,9,25 16:25
17:7,10 18:14,15
18:17 19:19,22,23
19:24 20:5 22:6,7
22:13,19,24 24:9
24:12,24 25:8,20
26:10,11 27:2,5,10
28:5 30:6,14 36:4
38:21 39:3,5,7 40:5
40:8,9,11,12,17,20
42:12,15 43:8
44:16 45:6,7,8
49:24 50:14,23
51:10,13,14,22
52:21 53:8 56:21
59:19,24 60:6,9,10
64:13 65:19,24
66:2 70:11 71:11
73:14 76:4,6,7
82:13,15 83:5,8
85:6 87:16,24
90:16 92:17 94:14
100:3 101:14,16
103:5,12,25 106:4
107:16 108:9,20
109:12 110:9,10

**[know - looking]**

**know (cont.)**
111:5,15 112:4,8
112:10,19 113:11
115:19 116:21
117:4 122:18,21
123:3,10 124:7
125:7,11,16 127:18
127:21
**knowledge**
5:18 18:12 19:6
**known**
64:20 82:15 84:11
**knows**
26:19
**korean**
6:8,9,12 11:4,9,11

**l**

**lady**
15:11
**land**
104:19
**landing**
58:13 87:7,8 89:15
89:17,19 90:10
91:3,7,10,16,18
92:16,20,23 99:16
99:18,24 100:3,6
100:10 104:10,19
105:13,24 127:15
**language**
6:7
**laptop**
106:25
**large**
71:14
**law**
2:3,8 109:6

**lawsuit**
36:6 45:2
**leading**
84:8 85:20 123:17
**leaning**
102:12
**leave**
27:18,22 30:24,25
66:20
**leaves**
79:2,3 80:2
**leaving**
48:8,24 49:3 52:24
54:17,18
**lee**
1:8 2:20 9:2,4
12:23 13:18,20
15:24 17:19 18:4,6
18:12 19:25 20:8
20:22 21:21 22:11
22:16 26:2 27:11
30:17 31:4,11,20
33:8,11 38:15
39:23 40:3,4 41:11
41:16 42:3,4,13
43:13,16,24 44:7,8
44:9,10,16 45:4,6
46:16,20 47:8,10
47:13,17,25 48:13
48:20 49:5,9,18,19
49:21 50:2,6,7,23
51:18,24 52:5 53:3
53:10,16 54:3,13
55:10 57:8,19,22
65:20,20,24 66:2
76:14,25 78:19,24
79:14,25 82:5,6,9
82:11,13,19,21,22
82:25,25 83:2

**lee (cont.)**
103:7,12,24 109:7
111:3,5 112:4
113:19 117:17
119:9 120:4,5,16
121:5,12,17,21
122:5 123:12 124:9
**lee's**
9:6
**left**
11:9 69:21 127:6
127:12,16
**length**
72:9
**leveled**
73:5
**lg**
1:5
**light**
63:20,21 81:9,12
81:13 85:3
**lightening**
84:18
**lighting**
84:22 85:2,5,15
100:22,24 101:5
118:22 119:4,6
**lights**
118:24 119:7,12,14
**liquor**
79:22,23 80:16
**list**
115:16
**lit**
85:9,10
**liters**
110:8
**little**
8:14 110:11

**live**
35:22 45:9
**lives**
45:6,7
**livingston**
1:23
**llp**
2:8
**located**
30:15 83:10 126:10
126:13
**location**
7:18 35:14,18,25
37:5 95:6 126:23
**locked**
115:8,10
**long**
7:9 21:21 46:4
56:12,14 58:8
59:24 72:5,6 108:9
110:12,16 111:15
118:17 120:23
122:4
**longo**
2:19
**look**
10:16 20:17 25:14
28:22 42:20 51:16
79:18 87:14,15,18
90:15 97:5 105:4
106:12 109:16
123:12
**looked**
70:16 87:3,9 94:6
94:17 97:22 99:8
**looking**
35:17 58:3 75:2
77:24 90:22,24
97:7 99:2 103:22

**[looking - necessarily]**

**looking (cont.)**
116:16 126:6
**looks**
75:23 83:6,9
105:19
**lot**
17:9 22:3,4,9 39:3
**loud**
20:19 21:14
**low**
72:4,22
**lower**
72:23
**lowest**
67:7,9
**lying**
92:22

---

**m**

**machine**
70:22 72:20
**main**
2:10 106:17
**maintained**
15:2 36:3 107:13
108:10
**maintenance**
63:19 64:7
**making**
61:25
**man**
15:13,14
**manager**
8:3,11 17:12 33:15
33:17,21 53:2
60:14 111:24
**marble**
86:10,16 93:6

**march**
1:11 95:3 96:2
130:20
**marked**
10:3,5,5,9,11,16
42:17,18,21 87:13
90:14 95:24 98:25
99:4,19 100:13
105:2 107:4 125:24
126:8 129:12
**marking**
89:25
**marriage**
130:16
**materials**
18:7,16
**matter**
74:10 80:17 130:18
**mccarthy**
2:22 108:25 109:4
109:6 122:13
125:18 129:7
**mcmanus**
2:14
**meal**
75:22
**mean**
8:15,18 12:7 21:2
25:8,9 27:8,19 28:3
28:11 31:5 35:7,15
39:12 40:3 46:9
58:2 62:9 75:8
83:23 109:14
114:24 126:22
**meaning**
22:5,22
**means**
27:6,9 68:5

**meant**
22:17 54:21 89:10
96:19
**meatballs**
75:13,15,16,17
78:7
**mechanic**
63:24
**member**
11:25 38:19,23
114:20 115:11,20
115:23 116:8,22
**members**
11:23 17:8,9 34:25
39:4 115:16 116:15
**membership**
12:12
**memory**
46:23
**mentioned**
36:24
**menu**
74:19,20,21
**michael**
1:7 2:9
**middle**
72:11 102:8,21
110:23 111:25
**milliliters**
25:10
**minimum**
67:2,8
**minute**
96:22 101:9 102:5
122:8,9
**minutes**
76:9,10 104:5
107:8

**mispronouncing**
108:18
**mitchel**
64:14,15
**moment**
58:6
**monday**
62:15
**month**
44:24
**months**
124:24
**morning**
4:15,16 43:12
48:11 57:2
**mouse**
127:19
**move**
122:19

---

**n**

**name**
4:8,17,20,25 6:20
15:7 36:24 38:15
39:23 40:10,13
41:23 59:11 64:13
95:21 108:18 109:5
**names**
11:10 65:21,23
**native**
6:7
**nature**
11:21
**near**
92:3,4 114:5,16
122:5
**necessarily**
73:19

**[need - owner]**

**need**
  5:22 31:16 60:13
**needed**
  31:20
**new**
  1:1,13,13,20,23 2:5
  2:5,11,16,21 4:4,13
  6:5 7:4 18:20,23
  19:3,16,20 130:2,3
  130:8
**nicolaou**
  2:12 10:4,7,13
  24:16 42:18 44:6
  50:9,13 59:7,11
  82:10 87:17 89:24
  90:11 94:10,20,25
  95:8,18 98:23
  101:8 104:4,22
  107:2 108:21 109:3
  112:17 125:20,22
  127:24 128:4 129:7
  129:8
**night**
  32:22,23 33:5
  39:19 41:12 42:2
  43:11,18 44:2,4
  46:21 47:6 49:19
  50:24 51:4,7 54:18
  57:15 62:2 69:20
  70:7 76:25 77:4
  91:24 112:25 113:3
  121:22 122:16
  124:12
**nights**
  33:2,8
**nod**
  5:10
**normally**
  61:5

**notary**
  1:19 4:3 128:16
  130:7
**noted**
  128:7
**notified**
  91:22,25 113:17
**number**
  82:6 125:12
**numbers**
  69:15

**o**

**oath**
  3:12
**object**
  23:13 26:25 27:4
  50:10
**objection**
  5:13 24:21 26:9
  89:25
**objections**
  3:6
**objects**
  5:12
**obviously**
  49:13 87:3
**occasion**
  53:11
**occupied**
  33:3,6
**occupy**
  88:7
**occurred**
  113:16
**offer**
  79:18,22
**offered**
  80:4,6,9

**office**
  106:17,18,21
  114:11,12,23 118:5
  123:18
**officer**
  3:11
**offices**
  2:8
**oh**
  9:17 22:13 89:10
  112:16
**okay**
  6:20 16:13 47:24
  50:13 54:20 59:22
  65:19 68:7,10
  75:24,25 77:23
  92:20 105:23
**once**
  37:16 58:18 74:13
  78:17 84:8 114:3
  118:11 127:13
**ones**
  10:9
**onsite**
  124:16
**open**
  56:25 57:5,6 60:7,7
  60:24 61:8,13,14
  62:12,14 63:8
  115:4,5,7
**opened**
  63:7 112:25
**opening**
  61:24 63:6
**opens**
  61:12 79:2,25
**operated**
  64:25 65:11

**operates**
  65:17
**operating**
  7:12,15,18 35:12
  44:20 127:19
**operation**
  8:13,16 9:18 14:14
  61:24
**operations**
  60:18 63:18
**opportunity**
  73:9 97:5
**order**
  1:18 66:22,23
  73:10,12,13,24
  74:23 76:7,9,10
  88:13 117:16
  119:23
**ordered**
  23:11,17,19 25:21
  25:23 42:6,10 75:5
  75:11,24 76:5 78:2
  78:6 79:17
**original**
  95:7,8
**orna**
  2:17
**outcome**
  130:17
**outside**
  32:15 69:12 88:3
  120:8 125:8
**owner**
  6:25 14:22,23 15:4
  18:9,10 33:14
  36:14,25 37:15,17
  37:17 60:20 64:5
  64:24 65:2,10 77:3
  77:4 82:20 103:14

**[owner - point]**

**owner (cont.)**
103:16 106:5,6,13
106:14,15 107:18
107:19,23 108:6
113:7 115:22
118:14,17 121:15
121:19 125:11
**owners**
15:19 65:16
**owner's**
124:21
**owns**
83:6,9

**p**

**p.c.**
2:3
**p.m.**
61:3 128:7
**package**
81:17
**page**
129:4,11
**painting**
93:12
**park**
40:10 41:20
**part**
16:22 27:11 33:20
45:9 55:19 66:24
68:23 116:23 117:2
125:10
**participate**
19:16,20
**particular**
23:2,3 34:12
**parties**
3:3 130:15

**parts**
83:13
**party**
23:6 67:6
**passing**
120:19
**patients**
16:19
**patron**
20:2,8,16,23 22:2
27:12 28:14 30:18
30:19,19 46:20
51:24 52:5,11
53:11,13 54:14
116:8,22
**patrons**
14:7 16:2,17,25
26:8,13,17,22
28:19 31:13,18
32:24 35:5 43:14
**pause**
98:2
**paused**
98:6 99:15 100:18
101:12 102:21
**pay**
81:25
**payment**
77:5,7,8,16
**people**
54:3 61:17 70:9,18
72:19 74:15 101:15
102:2 117:18
119:16 122:15
**percent**
116:12
**perfectly**
57:20

**performed**
9:10 13:5
**performs**
9:16
**period**
53:5 60:7
**person**
21:20 22:6,18 23:3
38:14 39:22 49:4
54:23 55:11 64:13
73:6 83:5,8 101:22
101:24 102:7,10,23
103:11,13,25 123:7
127:18
**personal**
5:18
**personally**
31:7 39:7 40:18
84:6
**persons**
14:15,19 17:7 23:2
38:11 43:8
**pertaining**
47:23
**phone**
55:12 126:4
**photograph**
87:21,23,24 89:4
90:5,15 93:13
105:8,10
**photographs**
96:8 97:21 99:4,7
105:17
**physical**
86:20
**physically**
70:21 92:10,25
115:7

**picnic**
82:16,20 83:6,9
**picture**
106:2
**pictured**
94:16
**pictures**
96:5
**piece**
46:6,6
**pieces**
76:2
**pinpoint**
23:7
**place**
70:24 73:13 93:7
**placed**
73:12,25
**plains**
2:11
**plaintiff**
1:3,17 2:3 4:18
118:11
**plan**
61:18,18
**plater**
75:11 78:6,6,11,12
**platers**
78:14
**play**
96:21,24
**played**
97:3,25 101:2
**playing**
95:10,11 104:3
**please**
4:8 5:23 66:15
**point**
22:5 74:23 89:15

[point - recommended]

**point** (cont.)
102:20
**police**
37:14 58:24 59:3
118:20 120:4,6,16
120:24 121:2,6
122:5
**policy**
20:7 29:23
**portion**
76:16
**position**
8:2 9:6 111:12
**positions**
8:4
**possible**
85:8
**pour**
27:11 79:10
**poured**
26:16 27:10
**premises**
12:21 15:2 16:20
39:10 40:23 112:25
116:9
**preparation**
96:3
**prepare**
24:13,22 74:9,15
96:8
**prepared**
74:4
**prepares**
76:12
**present**
4:11 14:3 50:24
124:25
**pretty**
85:13,14 118:19

**previously**
10:3 21:3 42:17
59:16
**printed**
90:6
**prior**
8:7 84:19 85:21
96:12,17,18 97:8
103:18 121:23,24
124:13,14 125:2
**private**
17:5 34:25
**probably**
58:10 109:22 110:3
110:19 127:17
**procedure**
17:21,24 26:14
78:24 116:8 123:4
123:11,14,21
**process**
77:15
**program**
18:24 19:4,7,11,17
19:21
**pronounce**
15:8
**pronounced**
64:21
**property**
64:25 65:3,11,16
83:4,9 88:7
**protection**
34:16,18,21 35:2,4
35:10
**provide**
28:17 119:22
**provided**
69:2

**provides**
119:19
**public**
1:19 4:3 128:16
130:7
**pull**
106:15
**pulled**
93:6 107:16
**purchased**
83:4
**pursuant**
1:18
**put**
68:16 77:10 78:16
86:9,16 93:7
**puts**
79:25
**putting**
77:16

**q**

**question**
3:7 5:12,15,16
16:11 40:25 42:2
46:25 47:3,4 48:20
49:21 50:10,11,16
52:7,14,21,25
53:15 54:2,25 55:5
55:15,25 57:21
59:18,22 62:18
65:4,6 76:20 84:5
87:15 88:25 97:23
100:2 109:9 124:14
125:21
**questions**
5:20 11:2,20 45:16
47:22 59:6,15,16
60:11 65:20 97:2

**questions** (cont.)
109:2 128:3
**quick**
58:11,11 118:19

**r**

**rare**
122:23
**reach**
73:3
**read**
11:6,11 55:14,16
94:11,12
**really**
102:3 111:13
**recall**
10:24 15:3,20,20
17:10 18:8 30:16
36:17 39:4,5 41:3
48:3 54:5 55:18
57:18 86:22 94:3
**receipt**
75:4 77:24
**receipts**
43:2,3
**received**
84:7,17 95:4
**recognize**
103:15,20,21
**recollection**
39:18 41:10,15
45:20 46:19 49:9
49:25 50:5 51:20
56:3 82:21 99:5
104:18
**recommend**
111:11,12
**recommended**
111:14

**[record - room]**

**record**
4:9,21 13:13,15
16:14 19:2 41:2
44:7 45:13,15 47:2
55:16 89:21 92:19
94:12,21,24 98:24
104:23,25 107:6
108:22,24 130:12
**recorded**
127:21
**records**
14:14,25 113:5
**rectangular**
72:21
**refer**
15:15 68:4 92:17
100:5,11 109:19
**referred**
100:5 104:11
**referring**
34:19 83:14 89:22
91:15 92:14,20
109:17
**refers**
24:9,25 109:13
**reflected**
42:13 43:9
**refresh**
51:19 82:21 99:5
**refrigerator**
69:11
**regarding**
14:14 17:13 18:12
18:19 23:2 56:18
**regardless**
123:13
**regular**
28:10 31:12 75:17
85:10 107:14

**regularly**
38:24,25
**related**
130:14
**relation**
114:12 127:3
**remember**
36:20,23 37:4,10
37:12 38:7,13
39:11,21 40:7,24
41:5,9,14,18 43:10
43:15 44:12,15
46:5 48:6 56:10,23
58:10 82:7 97:10
97:16,20,23 107:3
113:4 118:3,6,7,21
120:17,25 121:4
122:7,10,11,12
**renovated**
86:3 93:8,10
**renovation**
85:23
**rental**
67:18,19
**rented**
125:13
**repeat**
33:17 55:12,13
59:15 65:4 94:9
**rephrase**
5:16 23:15 33:19
48:19 59:19 84:5
**replace**
63:21,22 64:2,3
86:4
**report**
15:22 37:13
**reporter**
4:24 5:7 55:17

**reporter (cont.)**
94:13 130:7
**reporters**
1:22
**represent**
4:18 24:3 28:23
51:17 59:12 99:7
**represented**
64:24 65:15
**representing**
65:2,16
**represents**
11:16 109:7
**request**
28:14
**requested**
80:14
**requests**
23:21
**reservation**
8:19 61:16,19
74:13
**reservations**
62:3 63:5
**reserved**
3:7 74:8
**reserving**
73:7
**respective**
3:3
**response**
5:20
**responsibility**
63:23
**responsible**
60:11 64:6
**restaurant**
73:15 82:15,17

**restroom**
5:22
**review**
33:21,25 34:4
36:21 96:4
**richardson**
1:7 2:9
**right**
10:9 57:24 60:15
66:24 72:14 74:24
75:20 78:3 82:11
87:4 90:11 91:14
91:16,20 93:2 94:2
97:5 99:12 100:7
100:19 103:24
104:20 105:20
107:23 118:15
120:4 121:6 123:14
127:9,10
**ring**
114:21
**road**
2:15
**robbery**
34:20
**robert**
1:21
**rolled**
101:22
**rolling**
116:19
**room**
12:5,11 22:7,8,18
22:18,19,21,21,23
23:2,10,17 26:3,23
29:8,11,14,20 30:2
30:10,13,14 31:8
31:12,15,15,19,22
31:23 42:8,13 43:9

**[room - shin]**

**room (cont.)**
51:13,15,18 61:23
67:4,5,6,17,18,19
67:20,25 68:2,8,9
68:13,13,15,18,19
68:23 69:2,5,6,7,9
69:10,11,17,17,17
69:20,21,21 70:5,5
70:6,9,10,11,14,16
70:17,19,20,21
71:9,13,14,14,14
71:21,24 72:18,21
73:7,7,8,20 74:4,6
74:8,9,12 77:22,24
78:25 80:15 83:24
85:10 109:14,23,24
110:3 113:14,15
115:25 116:4 117:7
117:14,15,18,24
119:11 122:19,20
122:24,25,25 123:6
123:8,13
**rooms**
13:21 14:3 24:4
32:10,19,24 33:3,6
33:13 42:4 51:8
66:10 69:14,24
70:2 71:15 109:20
114:15 118:23
122:15,17,22
125:12
**roughly**
33:24
**rule**
79:24 83:2
**rules**
5:6 59:17

| **s** |
| --- |

**safe**
113:13
**sale**
18:19
**salon**
12:5,11
**saturday**
62:8,10,11,24
**saw**
20:8 24:15 34:12
34:13 38:9 41:11
41:16 45:25 49:14
51:24 57:18 92:10
97:11 99:23 118:11
120:3,5 121:12
126:24
**saying**
69:23 124:11
**says**
25:5 30:2 73:6 75:6
75:8 110:2
**scene**
58:9
**scheduled**
63:8
**school**
111:18,21,22
**scotch**
25:3 26:8
**screen**
96:23 98:5 103:23
126:4,10,12
**screwing**
83:2
**sealing**
3:4

**seats**
74:19
**second**
88:10,11,23,24
89:6,12 91:19
96:22 98:3,6,8
99:15 100:8,18
114:6,13,25 126:11
127:15
**seconds**
101:9 102:6 104:5
107:9
**security**
33:16,22 95:5
96:11 99:3 100:7
100:17 101:10
102:6 103:3 106:3
106:11,24 107:7,9
107:10,12,13 108:7
108:10 112:17,20
126:6,7,18,21,24
127:4,22
**seeing**
45:20 49:9
**seen**
10:17,22,23 24:17
42:22
**separate**
81:21,22 88:16
116:4
**seriously**
57:25
**serve**
13:20 16:8,16 20:2
20:20 30:21 31:2
31:10 53:8,24
54:14 123:12
**served**
8:8 12:16,18 16:2

**served (cont.)**
23:11 26:22 27:4,5
112:5 121:21 123:7
**server**
13:17 111:3 117:6
117:14
**servers**
9:24 12:24
**service**
17:17 18:13,19
66:12,16,17,24
67:3 100:17
**serving**
17:14 18:3 20:13
20:14 27:9 53:13
**set**
130:11,20
**setting**
85:11
**setup**
26:15
**seven**
61:8
**shape**
71:5,7,8 72:20
**shaped**
71:17
**shee**
108:13,15
**she'll**
5:13
**shift**
113:25 114:9
**shin**
1:2 4:19 28:24
37:23 40:13,14,15
41:4,7 42:4 45:20
46:7 47:5,12,14,14
47:18,18,23 48:2,4

**[shin - stairs]**

**shin (cont.)**
48:14,21 50:2
52:23 53:4 54:3,13
56:18 57:8,20,25
58:3,13 59:13
69:13,19 70:6
77:21 84:15,16
85:22 89:17 92:6
92:22 96:13 101:23
102:17 104:7 105:7
124:9
**shin's**
10:12 84:19 85:16
85:19 91:22 100:25
101:6
**shirt**
102:24 103:25
**shorthand**
1:22 130:6
**shot**
28:4,5,8,11,14,20
90:3 98:5
**show**
42:16 61:21 87:12
90:13 93:15 98:7
116:15,23 125:23
**showed**
107:8 113:8 116:9
**shown**
76:24 87:23,24
89:4,11 90:24 91:3
94:4 98:11 100:7
100:22 101:11
**shows**
75:10,22 90:3,9
114:20 115:11
126:24
**shrug**
5:10

**sick**
33:11
**side**
11:9 127:7,12
**sight**
17:2 38:21 40:20
**sign**
113:9
**signed**
3:11,13
**similar**
65:22 73:20
**simply**
67:20
**sir**
5:2 6:4 11:12 13:17
30:2 42:20 46:18
52:14 70:13 87:21
88:25 89:14 92:9
93:16 99:2,12,14
99:24 100:15,21
101:18 102:6 105:2
105:8,20 126:6,9
**sit**
70:25 73:4
**site**
9:10
**sitting**
101:15 105:12
**situation**
54:7,12,22 55:8,10
57:13 75:23 81:16
**six**
33:6 91:7 92:12
100:4 124:24
127:17
**size**
25:11 30:13 67:5,6
68:18 71:9

**slur**
20:18
**slurred**
21:6
**small**
71:14
**smg**
1:5
**sober**
57:20,23
**soda**
67:21 68:20,22
69:3,8 73:22,23
74:6,9
**sodas**
70:22 72:20
**soft**
29:13
**somebody**
9:15 22:11 27:9
35:22 41:22,23
52:20 55:20 63:25
64:3 83:17 126:3
**sorry**
15:8 20:7 99:22
**sound**
72:14 96:21
**source**
19:10
**space**
63:20 64:7 84:9
92:15 100:4,11
104:12
**speak**
47:2 121:6 125:14
**speaking**
120:4,6,16 121:8
**specific**
8:15 9:11 10:21

**specific (cont.)**
31:19 35:25 56:14
66:18 84:3
**specifically**
8:24 15:21 17:16
20:21 22:25 51:10
70:12
**speculate**
5:19
**speech**
20:18 21:6
**spell**
4:23 15:6 108:16
**spelled**
108:17
**spoke**
44:5
**spoken**
65:14 121:15
**ss**
130:2
**stair**
86:10
**staircase**
84:7,12,19,23 85:5
85:20 86:5,12,18
86:21,23 87:9
88:21 89:4,5,16
90:23 91:19 92:2,7
92:23 93:2,5,22
94:15,17 98:7,10
104:19 105:13,25
126:25,25
**stairs**
37:24,25 38:6
56:20 58:5 85:25
86:2,19,19 87:25
88:2,15,19 92:7,8
101:23 105:22

**[stairs - third]**

**stairs (cont.)**
127:14,14
**stairway**
32:14 35:17,21
118:9,15 120:12
**standard**
72:2
**start**
25:18 110:18
**started**
60:3 110:24 111:2
111:6,9,16,24
112:6
**state**
1:20 4:4,8,20 5:13
47:21 130:2,8,9,14
**statement**
58:24 59:2
**states**
1:1 25:15 30:4
**steps**
87:3,4,5,8 89:19,20
91:8,11 93:6,7
100:4
**stipulate**
95:13
**stipulated**
3:1,5,9
**stone**
93:7
**stop**
7:22 18:3 53:12
117:21
**stopped**
44:20 104:4
**street**
1:12,22 2:10,20
120:8

**strictly**
67:24
**structure**
86:20
**subscribed**
128:12
**suite**
2:4,11,21
**sunday**
62:8,12 63:2
**supervise**
8:25
**supervised**
17:17
**supervising**
8:21 17:13
**supposed**
113:14
**sure**
10:8 95:17 123:7
**surface**
105:18,19,21
**surveillance**
34:16
**sworn**
3:10,13 4:3 128:12
130:11
**system**
106:22

**t**

**table**
27:23,24,25 28:5,9
66:12,16,17,24
67:3 68:5,6 70:23
71:18,20,21,22,24
72:3,9,13,21,21,25
72:25 74:2 109:14
109:18,19,24 110:2

**tables**
109:13
**taken**
1:17 5:3 18:18
**talk**
43:16,24 115:22
125:9
**talked**
44:25 98:7 104:11
**talking**
5:11 46:16 49:11
49:12,16 53:22
57:22 89:8 100:6
120:24
**talks**
110:5
**tell**
20:9,22 22:11,18
22:20,23,25 23:16
30:25 31:4 36:21
44:10,13 47:10
48:2,5 49:2,3,18,21
52:11,16,19,22
53:3,17,23 54:4,13
55:22 57:8,14 58:2
68:4 69:24 74:21
87:20 92:9 100:21
101:18 105:5,11,12
105:14,15,23 109:9
113:19,22 116:17
117:6,10,14 123:12
126:9,12
**telling**
50:18,19 54:24
55:4,19 70:13
**ten**
72:13
**term**
12:4,7 24:24

**term (cont.)**
112:14
**terminology**
109:25
**terms**
23:16 36:15
**terrance**
1:8
**terrence**
2:10 64:16
**testified**
4:5 28:25 31:6
46:19 51:23 54:6
54:11 60:4 68:20
69:13,19 70:6
77:21 89:18
**testimony**
13:17 14:4 19:15
29:19 34:11 47:5
53:10 56:2,17 66:9
70:3 130:13
**thank**
59:5 127:25
**thing**
21:19 50:19,20
52:20 56:16 76:9
76:11 86:11 96:25
100:7
**things**
20:17 21:5 60:13
**think**
21:5 24:11 39:24
41:22 48:15 52:7
53:14 67:15 90:8
97:15 102:24
105:11 110:10
**third**
88:5,19,20 89:9

**[thought - videos]**

**thought**
23:3 46:18 89:10
96:19
**three**
21:5 63:13 82:6
92:11 102:2 109:19
110:3,3 114:16
**thursday**
62:20
**tim**
109:5
**time**
3:8 5:11 7:25 11:12
11:15,17 17:10
21:23,24 25:21
34:11 36:15 37:6
38:10 40:21,21
41:7,11 43:19,21
44:22 48:7 49:15
56:21,23 60:8,22
60:22 70:21 76:5
84:19 85:18 97:11
101:5 111:2,24
116:12 120:9
121:13 122:6
124:11 125:19
128:7
**times**
21:24 22:11,15
33:24 42:12 44:21
52:4,10,15,17
**timothy**
2:22
**title**
111:23
**today**
56:2 90:21 96:12
96:17,18 97:8
101:15 121:24

**today (cont.)**
126:8,24
**today's**
96:4,9
**told**
18:4 19:25 22:16
30:17 46:20 47:13
47:17 48:13,16,18
48:21 50:2,6 52:22
53:6 55:10 56:3,13
57:12,15 82:19
113:18 118:6 119:9
120:3,5 121:20
**top**
11:2,9 68:3 84:22
85:5 114:6,13
126:25 127:13,14
**topic**
18:16
**total**
110:20
**totally**
119:2
**town**
45:9
**training**
17:20,24,25 18:19
18:23 19:3,11,17
19:21
**trainings**
19:14
**trial**
1:15 3:8
**tried**
55:4
**trip**
83:23,25
**trips**
83:18

**true**
41:19 130:12
**trust**
1:8 2:9
**trustee**
1:7 2:9
**try**
5:16 59:15 62:13
90:21
**trying**
14:18 55:2,6
**tuesday**
62:17
**turn**
119:2,14
**tv**
70:22 72:19 119:15
119:17
**type**
17:20 26:7 72:21
81:6,7 85:2
**types**
21:17
**typical**
23:10 32:23

**u**

**uh**
90:18
**understand**
5:15,17,25 13:16
50:11,16 53:9
59:18 66:8 68:5
83:3 109:9
**understanding**
6:11
**understood**
24:23 59:21

**united**
1:1
**use**
5:22 86:23 90:18
117:4 123:24
**usually**
19:12 39:13 58:11
61:2,22 115:13,14
117:19 119:13

**v**

**varies**
30:11,12 32:25
**venders**
125:8
**vendor**
64:4
**verbal**
5:9
**victoria**
1:7 2:9
**video**
32:2,9,13,16 33:22
33:25 35:13 36:7
36:10,13,18,22
94:22 95:2,14,19
95:22,23,24 96:5,8
96:22 97:3,5,8,11
97:25 98:2,5 99:15
99:16,21,23 100:23
101:2,12,20 102:15
102:19,20 104:3,6
104:8,13,16 106:10
106:12,15,23 107:3
107:17 108:2 126:3
127:8 129:12
**videos**
32:5

**[videotape - yi]**

**videotape**
34:12 36:5
**videotapes**
36:2
**videotaping**
126:3
**view**
35:18 36:10 103:22
106:10
**viewed**
35:13 36:12
**viewing**
35:22
**vip**
6:22
**visit**
38:24

**w**

**wait**
59:21 61:13
**waiter**
9:8 13:22,24 16:4
21:22 31:25 33:9
66:6 74:21
**waived**
3:4
**walk**
20:19 49:4 74:18
114:3,10 127:6
**walker**
25:2 26:21 75:4,23
77:23 80:16 110:6
110:8
**walking**
120:21
**walks**
79:3

**wall**
102:13
**wang**
1:7,7,8 2:9,9,10
64:14,15,18
**want**
13:3 23:22 26:13
28:13 31:9 50:21
56:15 66:3 68:15
73:7 74:22 79:9
87:14 90:6 94:21
96:24 100:11
109:15 116:21
**watch**
36:18 96:24
**watched**
97:8
**water**
1:12 73:20,22,23
74:7,9
**wearing**
102:10 103:24
**wednesday**
62:22
**week**
36:16 60:25 61:9
62:6 63:11
**weekend**
56:13 62:7
**weekly**
22:10
**went**
57:17 58:7 69:21
86:24 119:11
122:24
**whereof**
130:19
**whiskey**
78:2,5

**whisky**
77:25
**white**
2:11
**willets**
2:15
**wine**
79:16,19,20
**withdraw**
65:6 84:2
**witness**
24:12,21 44:8
50:17 51:12 95:12
129:4 130:10,13,19
**wobbly**
20:18 21:10
**women**
13:8 14:3
**word**
21:11 27:4,5
**wording**
22:17
**words**
63:20 66:21 67:20
68:25 86:18 88:22
90:19 92:24 126:23
**work**
8:8 9:10,16 21:21
61:6 85:19 86:24
111:16 112:6
**worked**
9:19 14:15,20
16:16 52:4 65:14
67:15 84:13 112:5
**working**
7:22 8:7,22 44:17
69:24 110:12 111:6
111:9,25 113:6

**worth**
61:24
**writing**
11:3,8
**written**
18:6,16
**wrong**
77:24
**wu**
1:8 2:10 64:16

**y**

**yeah**
9:14 14:24 25:13
29:6 42:8 43:4,20
44:5 50:17 52:24
68:22,24 69:3 73:2
80:13 83:23 89:7
96:18 99:25,25,25
117:3 124:12
**year**
7:16,23 53:5 70:20
**years**
7:11 10:24 16:15
22:15 34:6 37:11
52:4,11,15 53:2
55:21 56:11 60:5
65:8,13 67:14
69:25 84:13 97:12
110:14,15,20,21
111:17 122:11
**yeon**
108:13,15
**yep**
93:3
**yesterday**
95:3,15,20
**yi**
15:16,17,18,22

**[yi - zoom]**

**yi (cont.)**
  18:9,10,11,15
  19:23,24 36:19,21
  58:17,19,25 60:20
  64:5 107:23,24
  125:9,15
**york**
  1:1,13,13,20 2:5,5
  2:11,16,21 4:4,14
  6:6 7:4 18:20,23
  19:3,16,21 130:2,3
  130:8
**young**
  1:8 2:20 38:15 40:3
  40:4 41:11 49:5,9
  49:19 50:6,23
  51:18 57:19 65:20
  65:24,24 103:6,7,8
  103:12,24 109:7
  120:4,5,16 121:5
  121:12,17,21 122:5
  124:9
**ys2**
  7:7,10,12,17,22 8:7
  8:12,22 9:7,9,18,19
  11:20 12:9,11,12
  13:6,21 14:7,13
  15:2,4,19 16:3,16
  17:4 19:20 21:22
  23:18 28:17,20
  29:23 30:9 32:2,20
  33:21 35:12,18
  38:24 44:20 50:24
  51:7,21 52:4 53:3
  55:11 56:25 57:4
  59:24 60:3,14,23
  61:18,18 62:4,14
  63:5 64:10,25 65:9
  65:11,14,17 66:6

**ys2 (cont.)**
  67:8 69:16 71:15
  79:18,21 80:7
  81:19 83:10,14
  84:9,13 85:20 88:4
  88:6,8,9,17,22 92:4
  95:5,9,21 106:3,8,9
  106:18,23 107:10
  107:13,14 108:11
  112:6,11,20 121:15
  121:19 125:8
**ys2's**
  88:13
**yse**
  1:7,16

**z**

**zoom**
  126:11