# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------- x

EDWARD SHIN,

                         Plaintiff,

                         Index No.

                         1:17-cv-05183(LG)(SMG)


      -against-


YSE ENTERPRISES, INC., MICHAEL S. WANG,

VICTORIA WANG as TRUSTEE OF THE RICHARDSON

IRREVOCABLE TRUST, TERRANCE WU, DEH-JUNG

DEBORAH WANG and YOUNG K. LEE,

                         Defendants.

-------------------------------------------- x

                The Chartwell Law Offices

                One Battery Park Plaza

                New York, New York  10004

                May 28, 2019

                11:30 a.m.


      EXAMINATION BEFORE TRIAL of CHUNG K. LEE,

Non-Party Witness, held at the above time and

place, pursuant to Subpoena & Agreement, taken

before Joi Rafkind, a shorthand reporter and

Notary Public within and for the State of New

York.

                MAGNA LEGAL SERVICES

                (866)624-6221

                www.MagnaLS.com



Page 2

```
 1   A P P E A R A N C E S:
 2
 3            THE BASIL LAW GROUP, PC
                     Attorneys for Plaintiff
 4                   1270 Broadway, Suite 305
                     New York, New York  10001
 5
              BY:   ROBERT BASIL, ESQ.
 6                   robertjbasil@rjbasil.com
 7
 8            AHMUTY, DEMERS & MCMANUS, ESQS.
                     Attorneys for Defendant
 9                   YSE ENTERPRISES, INC.
                     200 I.U. Willets Road
10                   Albertson, New York  11507
11            BY:   JANICE BERKOWITZ, ESQ.
                     FILE NO.  ORNA167417FAC
12                   janice.berkowitz@admlaw.com
13
14            THE CHARTWELL LAW OFFICES
                     Attorneys for Defendants
15                   MICHAEL S. WANG, VICTORIA WANG
                     as TRUSTEE OF THE RICHARDSON
16                   IRREVOCABLE TRUST, DEH-JUNG
                     DEBORAH WANG, TERRENCE WU
17                   81 Main Street, Suite 100
                     White Plains, New York  10601
18
              BY:   CARMEN NICOLAOU, ESQ.
19                   cnicolaou@chartwelllaw.com
20
21   Appearances continued on next page.
22
23
24
                          xxxxx
25
```



```
 1   A  P  P  E  A  R  A  N  C  E  S: (Cont.)

 2

 3           LONGO & D'APICE, ESQS.
                     Attorneys for Defendant
 4                   YOUNG K. LEE
                     26 Court Street, Suite 1700
 5                   Brooklyn, New York  11242

 6           BY:   STEVEN J. WEISSLER, ESQ.

 7

 8

 9   ALSO PRESENT:

10   Ms. Lena Lee, Korean Interpreter
     Magna Legal Services

11

12

13

14

15

16

17

18

19

20

21

22

23

24
                           xxxxx
25
```



Page 4

1                    I N D E X

2  WITNESS              EXAMINATION BY           PAGE

3  Chung K. Lee      Ms. Nicolaou            6,119

4                     Ms. Berkowitz               89

5                     Mr. Weissler                93

6

7           INFORMATION/DOCUMENT PRODUCTION

8  DESCRIPTION                              PAGE

9  Closing documents                          27

10  Contract                                  38

11

12           QUESTIONS MARKED FOR A RULING (*)

13  ATTORNEY                                 PAGE

14  Mr. Weissler                              102

15

16

17

18

19

20

21

22

23

24

25



Page 5

1          S T I P U L A T I O N S

2

3       IT IS HEREBY STIPULATED AND AGREED by and

4     between the attorneys for the respective

5     parties herein, that filing, sealing and

6     certification, and the same are, hereby

7     waived.

8

9       IT IS FURTHER STIPULATED AND AGREED that

10    all objections except as to the form of the

11    question, shall be reserved to the time of the

12    trial.

13

14      IT IS FURTHER STIPULATED AND AGREED that

15    the within deposition may be signed and sworn

16    to by an officer authorized to administer an

17    oath, with the same force and effect as if

18    signed and sworn to before the Court.

19

20                    xxxxx

21

22

23

24

25



Page 6

1   LENA LEE, called as the interpreter in this

2   matter, was duly sworn by a Notary Public of

3   the State of New York to accurately and

4   faithfully translate the questions propounded

5   to the witness from English into Korean and

6   the answers given by the witness from Korean

7   into English.

8                       oOo

9   CHUNG K. LEE, the witness herein, having been

10   first duly sworn by a Notary Public of the

11   State of New York, was examined and testified

12   through the interpreter as follows:

13   EXAMINATION

14   BY MS. NICOLAOU:

15       Q.    State your name for the record,

16   please.

17       A.    Chung K. Lee.

18       Q.    State your address for the record,

19   please.

20       A.    2949 218th Street, Bayside, New York

21   11360.

22       Q.    Good morning, Mr. Lee.

23       A.    Yes, good morning.

24       Q.    My name is Carmen Nicolaou.  I

25   represent what I refer to as the Wang



Page 7

1    defendants in this action.  They were the

2    owners at one point of the property where the

3    incident involving Mr. Shin occurred, and

4    that property is known as 154-05 Northern

5    Boulevard.  Now, you've testified at

6    depositions before, Mr. Lee, is that correct?

7         A.   Yes, regarding my own case.

8         Q.   I believe there's an action pending

9    against you and some of my clients in

10   connection with the sale of the property at

11   154-05 Northern Boulevard, is that right?

12        A.   Yes, that is correct.

13        Q.   Are you still in that action?

14        A.   Yes, it's pending.

15        Q.   Still pending.  Now, this deposition

16   is similar in the format as the other

17   deposition that you participated in, so I'm

18   going to be asking you questions, you're

19   going to be providing answers to those

20   questions to the best of your ability.

21        A.   Yes.

22        Q.   Do you understand any English,

23   Mr. Lee?

24        A.   I understand a little, because I am

25   not very good in expressing myself in Korean,



Page 8

1    that's why I requested for a Korean

2    interpreter.

3         Q.   Your request, of course, was granted

4    obviously, and I understand you're more

5    comfortable testifying in your Korean

6    language, which is fine, but if you

7    understand anything I'm saying to you in

8    English, you need to wait until it's fully

9    translated before answering that question.

10   Okay?

11        A.   Yes, I understand.

12        Q.   All your responses have to be verbal

13   in Korean.

14        A.   Yes.

15        Q.   If you answer the question that's

16   translated to you, I can only assume you

17   understood that question.  So if you're not

18   sure what was asked of you in the translation

19   of my question, please let your

20   translator/interpreter know, and she will let

21   me know.  Okay?

22        A.   Yes, I understand.

23        Q.   Now, Mr. Lee, you currently own the

24   property at 154-05 Northern Boulevard,

25   correct?



1          A.    Yes, that is correct.

2          Q.    Do you personally own it or are you

3     an owner of a company that owns the property?

4          A.    The company owns it.

5          Q.    What's the name of that company?

6          A.    CMJJ LLC.

7          Q.    What's your title within that

8     company?

9          A.    So I am the president.

10         Q.    Do you have any -- are you also --

11    withdraw that.  Are you also the sole owner

12    of the company?

13         A.    No, there was one more.

14         Q.    Who is the other owner?

15         A.    Do you want the name of the person?

16         Q.    That is correct, yes, please.

17         A.    M-Y-O-U-N-G, middle name H, last

18    name Lee, L-E-E.

19         Q.    Is that Mr. Lee who was arrested in

20    connection with Mr. Shin's -- with respect to

21    the incident involving Mr. Shin on April 22,

22    2017?

23         A.    No.

24         Q.    So it's a different Young Lee?

25               THE INTERPRETER:  Sorry, just for



```
 1       clarification, it's not Young Lee, it's
 2       M-Y-O-U-N-G.
 3            MS. NICOLAOU:  My apologies,
 4       M-Y-O-U-N-G.
 5            THE INTERPRETER:  Put M in front of
 6       Young.
 7            MS. NICOLAOU:  Instead of Young
 8       it's Myoung.
 9            MR. WEISSLER:  Off the record.
10            (Whereupon, a discussion was
11        held off the record.)
12       Q.    Mr. Myoung Lee and yourself own CMJJ
13   LLC, correct?
14       A.    Yes, that's correct.
15       Q.    Do you each own that company
16   equally, 50/50, or something else?
17       A.    That is correct, 50/50.
18       Q.    Was that company formed solely for
19   the ownership of 154-05 Northern Boulevard?
20       A.    Yes, that's correct.
21       Q.    What, if anything, is Mr. Lee's
22   title, Myoung Lee's title?
23       A.    So I would say he is a management
24   member.
25       Q.    What does that mean?
```



1       A.    So to explain this I have the

2    ownership of this company and then I manage

3    this company, or the property, and he --

4            THE INTERPRETER:  I'm sorry, strike

5        that.

6       A.    I manage the property and then he

7    has partial ownership for the property.

8       Q.    So do you handle, just to be clear,

9    you handle the day-to-day management of the

10   building located at 154-05, is that right?

11      A.    That is correct.

12      Q.    When did CMJJ LLC take ownership of

13   the property at 154-05?

14      A.    I don't recall the exact date, but

15   probably 2 or 3 years ago.  When was the

16   incident occur.

17      Q.    April 22, 2017.

18      A.    Then the closing was in the same

19   year, 2017 I believe it was around

20   April 30th.

21      Q.    So within a short period of time

22   after Mr. Shin's accident, or incident,

23   rather, the property was purchased by CMJJ,

24   is that correct?

25      A.    So to be clear, the closing date was



Page 12

1    around April 30th, so even before the

2    incident closing date was set.

3        Q.   I understand.  So CMJJ was in

4    contract with the purchase of the property at

5    the time of Mr. Shin's incident on April 22,

6    2017?

7        A.   That is correct.

8        Q.   I understand you also own a

9    restaurant at that property, is that right?

10       A.   Yes, that is correct.

11       Q.   What is the name of the restaurant?

12            MR. WEISSLER:  I'm sorry, I

13        couldn't hear the question.

14            MS. NICOLAOU:  What is the name of

15        the restaurant.

16       A.   Picnic Garden BBQ.

17       Q.   What is the company name, if there

18   is one, that owns Picnic Garden BBQ?  You got

19   to wait for it to be translated, Mr. Lee,

20   don't answer a question unless it's

21   translated.

22       A.   So the company who owns this

23   business Picnic Garden BBQ is Picnic Garden

24   BBQ Buffet Inc.

25            MR. WEISSLER:  Can you repeat that



Page 13

1            one more time.
2                 THE INTERPRETER:  Of course picnic
3            Garden BBQ Buffet Inc.
4       Q.   Are you the sole owner of this
5  company?
6       A.   Yes, that's correct.
7       Q.   Were you the sole owner of this
8  company back in April of 2017?
9       A.   Yes, that's correct.
10      Q.   How long has Picnic Garden operated
11 at 154-05 Northern Boulevard?
12      A.   I believe now it's been 3 years.
13      Q.   So how long was it operating at that
14 property at the time of Mr. Shin's incident?
15      A.   Although I can't recall exactly, but
16 I believe it was around 1 year, a little more
17 than a year, around 1 year.
18      Q.   When you operated the business at
19 154-05 Northern Boulevard, did you lease that
20 property from the owners of that building?
21      A.   Yes, correct.
22      Q.   Did you lease that property with the
23 intention of purchasing it at a later date?
24      A.   So that was part of the condition of
25 the lease, it includes the term that later on



1    it would be sold to me.

2        Q.    Did the lease also include the

3    purchase price of the property?

4        A.    No.

5        Q.    Could you please describe to me what

6    part of the property was leased to Picnic

7    Garden?

8        A.    The first floor.

9        Q.    Did the first floor -- how would you

10   enter the restaurant?

11       A.    Through the entrance.

12       Q.    Okay.  Where is the entrance, in

13   other words, Mr. Lee, I'm trying to find out

14   where the entrance to the restaurant is, is

15   it off the street, do you have to physically

16   enter the building, or something else?

17       A.    So there are separate entrances, so

18   into my restaurant there's a separate

19   entrance on the first floor, so it's

20   dedicated entrance to the restaurant, and

21   other units, second floor or third floor,

22   they utilize different entrance.

23       Q.    So just to be clear, the property

24   has two entrances, one exclusively for your

25   restaurant and the other for the upstairs



1    tenants, is that right?

2         A.    That is correct.

3         Q.    I understand there's a karaoke bar

4    on the second floor, is that right?

5         A.    Yes, that is correct.

6         Q.    Is it still operating today on the

7    second floor?

8         A.    Yes, it's in business.

9         Q.    Is it the same one that was

10   operating at the time of Mr. Shin's accident?

11        A.    No, about 2 months ago they have a

12   new owner.

13        Q.    Did the new owner, to your

14   knowledge, did the new owner take over the

15   space, the lease with the other karaoke --

16   withdraw that question.  Let me start over.

17   To your knowledge, did the new owner take

18   over the lease for the second -- for the

19   karaoke bar that was there originally, or did

20   you as owner of the property through CMJJ

21   lease that property to the new owner

22   directly?

23        A.    So it was sold and bought

24   assignment.

25        Q.    So was CMJJ involved in the



Page 16

1    assignment of the lease to the new owners of

2    the karaoke bar?

3        A.   Yes, of course.

4        Q.   It's my understanding that this

5    karaoke bar, at least it's been testified to

6    by other witnesses, that this was a kind of a

7    club, is that right, a gentleman's club?

8            MS. BERKOWITZ:  Objection to the

9         form of the question.

10           MR. BASIL:  Off the record.

11           (Whereupon, a discussion was

12        held off the record.)

13       A.   So my understanding that it's a room

14    salon.

15           MR. WEISSLER:  It's a what?

16           THE INTERPRETER:  Room salon.

17           MR. BASIL:  R-O-O-M space

18        S-A-L-O-N.

19           MR. WEISSLER:  Room salon.

20           THE INTERPRETER:  It's Korean

21        terminology for that kind of

22        establishment.

23       A.   It's a room salon, which is a

24    different form of a business from gentleman's

25    club.



Page 17

```
 1        Q.    What is a room salon?
 2        A.    It's a place that you can sing and
 3   have drinks.
 4        Q.    Only men were allowed to go, is that
 5   right?
 6        A.    It's not like that.
 7        Q.    Okay.  So women could also attend
 8   the room, go to the room salon and
 9   participate in karaoke as well?
10        A.    So I think it's all mixed, the group
11   of women can go to a place like that and have
12   fun and group of men can go to that kind of
13   establishment and have fun, and then they
14   could meet at the same place and they can
15   have fun together.
16        Q.    Just to be clear, the karaoke bar
17   back in April of 2017 allowed for both, to
18   your knowledge, allowed for both men and
19   women to patronize it, is that right?
20        A.    Yes, that is correct.
21        Q.    You observed women as guests of this
22   karaoke bar?
23        A.    Not that I observed with my own
24   eyes, but then I've heard from other people
25   saying that females say that we went there
```



1    and we had fun there.

2        Q.    Mr. Lee, were you a member of this

3    karaoke bar back in April of 2017?

4        A.    I don't believe there was membership

5    there.

6        Q.    How often, let me ask you this, did

7    you patronize that bar, that karaoke bar?

8        A.    Yes, I've been there.

9        Q.    Approximately how many times have

10   you been a guest or patron of the karaoke bar

11   prior to April 22, 2017?

12       A.    I don't believe I need to answer

13   your questions.  The reason I am at this

14   deposition is because of the litigation, and

15   I deem your question that was just asked to

16   me was about private life.  And if it's going

17   to be this way, I would like to leave.

18            MS. NICOLAOU:  Bob.

19            MR. WEISSLER:  He wants to what?

20            MS. NICOLAOU:  He wants to leave.

21            MS. BERKOWITZ:  He wants to leave

22         if she's going to continue.

23            MS. NICOLAOU:  I'm going to

24         continue about his history of this bar,

25         it's all relevant about the facts of



```
 1          this case.  You're his attorney, you
 2          tell me what position you want to take.
 3          Because if he's not going to answer
 4          those questions, we're going to have an
 5          issue, and he's under subpoena, so
 6          would you like to talk to him?
 7               MR. BASIL:  Yes.  May I use your
 8          interpreter?
 9               MS. NICOLAOU:  You may use my
10          interpreter.
11               MR. BASIL:  Okay.
12               MS. NICOLAOU:  Thank you.
13               MR. BASIL:  Read back the last
14          question.
15               (Whereupon, the record was read
16          by the reporter.)
17          A.   So I understand it was before 2017,
18     so what period of time?
19          Q.   I'm asking, Mr. Lee -- I'm going to
20     reask the question again.  Prior to
21     April 2017 how many times have you attended
22     the karaoke bar at 154-05 Northern Boulevard?
23               MR. BASIL:  Carmen, before --
24               MS. NICOLAOU:  Hasn't been opened
25          for 50 years, Bob --
```



Page 20

```
 1            MR. BASIL:  Listen --
 2            MS. NICOLAOU:  -- so.
 3            MR. BASIL:  -- are you asking as a
 4       patron?
 5            MS. NICOLAOU:  As a patron, yes,
 6       that was my question.
 7       Q.   How many times -- I'll reask the
 8  question.  Prior to April 2017 how many times
 9  were you a patron of the karaoke bar at
10  154-05 Northern Boulevard?
11            MR. WEISSLER:  I think it's 157.
12            MS. NICOLAOU:  4.
13       A.   154-05.
14            THE INTERPRETER:  I'll ask the
15       question.
16            MS. NICOLAOU:  Can we ask the
17       question, thank you.
18       A.   So I can't recall exactly how many
19  times I had been there as a guest or a
20  patron, but my understanding is that this is
21  quite a pricey location and I only visit on
22  special occasions, so approximately I would
23  say once or twice a year.
24       Q.   Over the course of how many years?
25       A.   Just to clarify that, just to
```



MAGNA
LEGAL SERVICES

1    clarify, there are different Korean karaoke

2    bars in the area too, so when I mentioned

3    once or twice, I meant it in general to that

4    sort of establishment, not particularly at

5    that location.

6        Q.   So let me reask the question again.

7    Mr. Lee, how many times did you visit the

8    karaoke bar that was located at 154-05

9    Northern Boulevard prior to April of 2017?

10       A.   I would say about ten times.

11            MR. WEISSLER:  I'm sorry, did you

12        ask over what period of time that was?

13            MS. NICOLAOU:  No.  Now that I got

14        an answer to my question, I'll ask

15        that.

16       Q.   In the ten times that you visited

17   the karaoke bar prior to April 22, 2017 over

18   what period of time was that?

19       A.   So I would say within 10 year

20   period.

21       Q.   Would it be correct that if I say

22   based on your testimony, on average you

23   visited this karaoke bar about once a year

24   over the 10 years?

25       A.   Yes, if you mean this particular



1    location, yes.

2         Q.    Okay, thank you.  Now, in 2017,

3    prior to April 22, 2017, how often were you a

4    patron of the karaoke bar at that location at

5    154-05 Northern Boulevard location?

6         A.    I didn't go there.

7         Q.    Were you present at this karaoke bar

8    in April of 2017?

9         A.    When the incident occurred?

10        Q.    That's correct.

11        A.    Yes, I was.

12        Q.    And you were there as a patron, is

13   that right?

14        A.    Correct.

15        Q.    Prior to that, between January of

16   2017 and prior to April 22, 2017, when

17   Mr. Shins -- when the incident involving

18   Mr. Shin occurred, how many times were you a

19   patron of that karaoke bar in that April,

20   May, 4-month period?

21        A.    As I said, I didn't.

22        Q.    So that was your first time in that

23   karaoke bar in 2017, is that right?

24        A.    Yes, that's correct.

25        Q.    That was your first time in that



Page 23

1    karaoke bar as a patron for 2017?

2         A.    If you -- to my recollection, and if

3    you mean at this particular karaoke bar

4    location?

5         Q.    Yes.

6         A.    Yes, that was the first time in

7    2017.

8         Q.    Other than being at that karaoke bar

9    as a patron, how many times have you gone

10   upstairs for other reasons, and just to

11   clarify, this is prior to April 2017?

12            THE INTERPRETER:  In 2017?

13            MS. NICOLAOU:  Prior to April of

14       2017.

15        A.    So to answer your question I would

16   like to clarify of the fact that fire alarm

17   panel for the first floor is actually located

18   on the second floor, and although I had not

19   been upstairs to reset the alarm, but

20   sometimes there's errors or some sort of

21   malfunction of it and then you have to go

22   upstairs and reset the panel, and my manager

23   had gone up there and then reset the panel,

24   so if you include that, there would be an

25   occasion that I had technically visited that



Page 24

1    business.

2        Q.   Mr. Lee, I want to know whether you

3    physically went up to the karaoke bar for

4    other reasons other than being a patron prior

5    to April of 2017?  I don't want to know about

6    your managers or your wait staff, I want to

7    know about you personally, have you gone up

8    to the karaoke bar for other reasons prior to

9    April 22, 2017, for reasons other than,

10   excuse me, being a guest, a patron of that

11   bar?

12       A.   Then no, I had no reason to go up

13   there.

14       Q.   When did you enter into a contract

15   for the purchase of the property at 154-05

16   Northern Boulevard?

17       A.   I do not recall exactly, but I

18   believe it was sometime in July or August of

19   2016.

20            MR. BASIL:  Can we go off the

21        record for a second.

22            (Whereupon, a discussion was

23        held off the record.)

24       Q.   When you entered into contract in

25   July, August of 2016 for the property, did



Page 25

1    you go -- did you inspect, personally, did
2    you go up those stairs and look at the second
3    floor space and the third floor space?
4        A.   I didn't conduct any specific
5    special additional inspections around that
6    time of the contract because there are law
7    offices on the third floor and that had been
8    there before this contract was talked about,
9    so I didn't need to perform any additional
10   inspections.
11       Q.   Did you hire someone to inspect the
12   building prior to entering into a contract?
13       A.   No.
14       Q.   Is the property -- does the property
15   have a mortgage?  I'm sorry, withdraw that
16   question.  Is there a mortgage on the
17   property?
18       A.   Yes.
19       Q.   And that mortgage is from Noah Bank,
20   is that right?
21       A.   Yes, that's correct.
22       Q.   Did the bank require to issuing a
23   mortgage that the building be inspected by an
24   engineer or some other architect, or
25   something along those lines?



1      A.   So that kind of inspections would be

2   done by the bank, so my understanding is that

3   they performed this type of inspections if

4   the whole environment is safe.  Before the

5   appraisal they would do this.  Then they

6   would make an approval and that mortgage

7   would be given.

8      Q.   Did you ever become aware whether

9   Noah Bank had an engineer or architect

10  inspect the property prior to issuing the

11  mortgage?

12     A.   I recall that I had notified from

13  them that appraiser would be there at the

14  property.

15     Q.   Other than the appraiser, do you

16  know if the bank conducted an inspection of

17  the building?

18          THE INTERPRETER:  Can the

19       interpreter get a clarification,

20       please.

21          MS. NICOLAOU:  Yes.

22          THE INTERPRETER:  Thank you.

23     A.   So the answer is I have no clear

24  recollection, but I would like to say that in

25  the closing there is an itemized things about



Page 27

1    appraisers, or this inspection, and that, so

2    I do not recall what was listed in those

3    itemized items in the closing statement, but

4    my understanding is that it's common sense to

5    conduct that type of inspection, and because

6    I recall receiving the notification by phone

7    calls about these stuff and also reading this

8    items in the closing, so my answer is yes, I

9    believe Noah Bank conducted such inspections.

10       Q.   Do you still have those closing

11   documents with the itemized list of things

12   that the bank may or may not have done?

13       A.   I have to look for it, but it should

14   be somewhere.

15       Q.   I'm going to ask for the documents

16   relative to the closing of the property and

17   that you provide it to Mr. Basil, who I'll

18   follow-up with him for that information.

19   REQUEST NOTED:

20       A.   Understood.

21       Q.   After you closed on the property did

22   the bank give you any directions or

23   instructions to any repairs that you were

24   required to make to the property?

25       A.   No, nothing.



Page 28

1     Q.    Is the property insured?

2     A.    Yes.

3     Q.    Did the insurance company give you

4  any specific things that you needed to repair

5  to the property to maintain coverage?

6     A.    No.

7     Q.    Did you make any changes to the

8  property since you purchased it from -- since

9  you purchased it in end of April 2017?

10    A.    Yes, I did.

11    Q.    What kind of changes did you make?

12    A.    So first thing I did was the change

13  the exterior of the property and also fix the

14  stairs to upstairs, and I am still working on

15  the elevator, it takes for a long time.

16    Q.    What exactly did you do to the

17  stairs, the staircase that you fixed, was it

18  the one going from the first floor to the

19  second floor?

20    A.    Yes, actually both, first floor to

21  second floor and second floor to third floor.

22    Q.    What repairs or what did you fix in

23  that staircase, the one from the first to the

24  second?

25    A.    So the whole staircase was fixed so



Page 29

1    each stairs were repaired, and then also

2    extended or enlarged the width of each step.

3        Q.    Who did the work?

4        A.    A contractor, construction.

5        Q.    What was the name of the company?

6        A.    Hana Construction.

7              THE INTERPRETER:  H-A-N-A,

8        phonetically spelled.

9              MR. WEISSLER:  N?

10             THE INTERPRETER:  H-A-N-A

11       Construction, phonetically spelled.

12       Q.    Did Hana Construction, to your

13   knowledge, have to obtain a permit to make

14   any changes to the staircase?

15       A.    Yes, of course.

16       Q.    When were these changes made?

17       A.    So I think it's soon after I

18   purchased the building I started working on

19   the stairs 6 months after I purchased the

20   property, and then the work was finished the

21   beginning of this year.  And elevators,

22   elevator bank, it will be finished soon, end

23   of this month, the elevator would come in

24   this month.

25       Q.    After Mr. Shin's accident did you go



Page 30

1   to see him at his home in New Jersey?

2          MR. BASIL:  Objection to the form.

3      His home is in Pennsylvania.

4      Q.   Pennsylvania, I'm sorry.  My

5   apologies.  After Mr. Shin's accident did you

6   visit him at his home in Pennsylvania?

7      A.   Yes, I did.

8      Q.   Did you talk to Mr. Shin after he

9   testified at his deposition about what he

10  testified to, and his deposition in this

11  case?

12     A.   I do not understand your question.

13  Do you mean about me doing this deposition?

14     Q.   After Mr. Shin testified at this

15  deposition, the deposition for his case, did

16  he talk to you, have a conversation with you

17  as to what he testified to?

18     A.   No, I didn't even know that he did

19  something like this for himself.

20     Q.   When you visited Mr. Shin after his

21  accident in his home in Pennsylvania did you

22  discuss the staircase with him?

23     A.   Talk to him about what about the

24  stairs?

25     Q.   Did you have a conversation with



1    Mr. Shin when you visited him in his home in

2    Pennsylvania about the staircase at 154-05

3    Northern Boulevard, specifically the one

4    between the first and the second floor?

5         A.    Although I don't recall the details

6    of the conversation that we had, but I think

7    I mentioned something about fixing the

8    stairs, I think I said something like

9    although it's not like the building

10   department issued an order to fix the stairs

11   or is it there was anything illegal about it,

12   but now I am the new owner of the property,

13   and to me it is somewhat hazardous, so I

14   would be fixing the stairs.  That's, I

15   believe, that's what was had in the

16   conversation.

17        MR. WEISSLER:  I'm sorry, could you

18      read that back, please.

19        (Whereupon, the record was read

20      by the reporter.)

21        Q.   Mr. Lee, did Mr. Shin ask you to

22   repair the stairs at 154-05 Northern

23   Boulevard when you visited him at his home in

24   Pennsylvania?

25        A.    No.



```
 1        Q.    Did Mr. Shin ever say to you that he
 2   was told by his attorney that the staircase
 3   was hazardous and that it should be repaired?
 4        A.    No, nothing like that.  But he did
 5   ask a question about according to the
 6   building code from the building department is
 7   there any issue with the stairs, so I
 8   responded that I would find out.  And I did,
 9   and there was nothing wrong according to the
10   building code.  That's what I told him.
11        Q.    How did you find out there was
12   nothing wrong with the stairs?
13        A.    So I asked the architect, and my
14   understanding is that if the CO was given
15   from the building department that means by
16   the code there was no issue about the
17   building.  So was more of myself checking
18   again, because I had become a new owner of
19   the property and I wanted to find out, double
20   check, if there was anything illegal about
21   the stairs.  But the answer I got was there
22   was none, and I just wanted to make sure that
23   there wouldn't be any additional trouble.
24        Q.    Who was the architect that you spoke
25   to?
```



Page 33

```
 1        A.    His name is Alex Heoh.
 2              THE INTERPRETER:  H-E-O-H or H-U-H,
 3         phonetically spelled.
 4              MS. NICOLAOU:  Can you ask him how
 5         you spell it.
 6        A.    I don't know.
 7              THE INTERPRETER:  Strike H-U-H,
 8         that's a little weird.  H-E-O-H,
 9         phonetically spelled.
10        Q.    Alex is the first name?
11        A.    Alex is the first name, that's how I
12    call him.
13        Q.    He's Korean, correct?
14        A.    Yes, Korean.
15        Q.    Do you know what his Korean first
16    name is?
17        A.    I don't know, and I didn't ask,
18    because good number of Korean people actually
19    change their first name as well when they
20    naturalize, so I didn't ask about it.
21        Q.    Now, I know you testified that you
22    widened the steps to the staircase, did you
23    do anything else other than widen the steps?
24        A.    I also changed the materials of the
25    stairs and also changed the rail, handrail.
```



Page 34

```
 1        Q.    The material of the stairs is what
 2   right now?
 3        A.    Marble.
 4        Q.    And it was carpeting before,
 5   correct?
 6        A.    Yes.
 7        Q.    Whenever you hired Hana Construction
 8   to do the work on the staircase, did they put
 9   in a bid?
10        A.    No.
11        Q.    Did you have plans drawn up for the
12   staircase?
13        A.    I believe, my understanding is that
14   something like that was submitted to the
15   building department in order to obtain a
16   permit it should be done, that's my
17   understanding.
18        Q.    That's with Alex Heoh?
19        A.    No, it's not him.
20        Q.    Do you know who submitted the plans?
21        A.    There's an architect whose name is
22   Kyu Man Lee.
23             THE INTERPRETER:  K-Y-U, M-A-N,
24         last name is L-E-E, phonetically
25         spelled.
```



Page 35

1          MR. BASIL:  Off the record.

2          (Whereupon, a discussion was

3      held off the record.)

4      Q.    Mr. Lee, do you still have paperwork

5  in connection with the repairs or the

6  construction of the staircase at 154-05

7  Northern Boulevard?

8      A.    Those were not handled by me because

9  I usually hire GC, general contractor, so I

10  don't know.

11      Q.    Who was the general contractor?

12      A.    The one I mentioned before, Hana

13  Construction.

14      Q.    You got to wait until fully

15  translated, Mr. Lee, before you answer that

16  question.

17      A.    Yes.

18      Q.    But you still have documentation

19  relative to Hana Construction, is that right?

20      A.    I don't have it with me, Hana has

21  everything.

22      Q.    So you don't have anything at

23  your -- at 154-05 relative to the work at

24  that property?

25      A.    Correct, if you mean the current



Page 36

1    construction that has been going on?

2        Q.    Yes.

3        A.    So my understanding is that the GC,

4    general contractor, will finish off the work

5    when everything was done and it was signed

6    off, then the documentations would be handed

7    to me, that's my understanding.

8        Q.    Is the company name, to your

9    knowledge, Hana International Inc.?

10        A.    No, Hana Construction.

11        Q.    Where are they located?

12        A.    Currently they are located on the

13    third floor of my building.

14        Q.    So they are a tenant of your

15    building, and that's 154-05?

16        A.    They moved their location while they

17    were working on the construction so that it

18    would facilitate it easily.

19        Q.    So who is your contact at Hana

20    Construction?

21        A.    The president, Jae Bok Choi.

22            THE INTERPRETER:  J-A-E, B-O-K,

23        C-H-O-I is the last name, phonetically

24        spelled.

25        Q.    Before they relocated to 154-05



Page 37

1    where were their offices?

2         A.    They were in a place called

3    Whitestone.

4         Q.    What was the address?

5         A.    I do not know.

6         Q.    Do you have any ownership interest

7    in Hana Construction?

8         A.    I do not.

9         Q.    The architect, Kyu Man Lee, what's

10   the name of his company?

11        A.    TL Engineering.

12        Q.    Where is he located?

13        A.    In Flushing.

14        Q.    What is the address?

15        A.    I do not know.

16        Q.    Do you have anything, do you have

17   any documents in your possession that would

18   have the address of TL Engineering?

19        A.    I think I have a business card where

20   I usually keep those cards.

21        Q.    To your knowledge, is TL Engineering

22   located a few doors down from 154-05 Northern

23   Boulevard?

24        A.    Probably one block, two blocks down

25   from where I am, where we are.



Page 38

```
 1       Q.    Do you have any contract or any
 2    documents in your possession relative to Hana
 3    Construction?
 4       A.    I do have a contract says something
 5    about the service fee, how much it would be.
 6       Q.    I'm going to ask that you provide a
 7    copy of that contract to your attorney.
 8             MS. NICOLAOU:  And I'll make a
 9         demand for it.
10    REQUEST NOTED:
11       Q.    Now, you were a witness to
12    Mr. Shin's accident, is that right?
13       A.    Yes, correct.
14       Q.    How long have you known Mr. Shin?
15       A.    So at the time when I first become
16    to know him was long time ago, because we
17    went to the same middle school, junior high,
18    middle school.
19       Q.    That was back in Korea?
20       A.    Correct.
21       Q.    Then when you -- when did you arrive
22    to the U.S.?
23       A.    Maybe in 1985.
24       Q.    After arriving to the U.S., when did
25    you see Mr. Shin again?
```



1      A.   No, not right after I came here, I

2   think, if I recall it correctly, maybe about

3   15 years ago I saw him again.

4      Q.   When you saw him again 15 years ago,

5   did you maintain a relationship, a friendship

6   with Mr. Shin over the past 15 years?

7      A.   I wouldn't exactly say that, that we

8   kept our friendship or relationship on an

9   ongoing basis, because we went to the same

10   middle school together, then we knew that

11   where he was and he knew where I was, what I

12   was doing, what he was doing, but then we

13   were both busy with our own businesses, so we

14   didn't keep a close relationship, or we

15   didn't keep contact with each other.

16      Q.   What would you consider your

17   relationship with Mr. Shin to be back in

18   April of 2017, as a colleague, a friend, a

19   best friend, something else, how would you

20   describe that relationship?

21      A.   Friends.  I don't know what he

22   thinks of me, but I would say friend, best

23   friends possibly.

24      Q.   You also have a business

25   relationship with Noah Bank, correct?



```
 1        A.    Yes, I do.
 2        Q.    You have accounts with Noah Bank,
 3   business accounts?
 4        A.    I had to open one because of the
 5   mortgage.
 6        Q.    You also own shares in Noah Bank, is
 7   that right?
 8        A.    Yes, that's correct.
 9        Q.    I believe 100,000 shares?
10        A.    Around that, yes.
11        Q.    Did you purchase the shares over the
12   course of the 15 years, or before that?
13        A.    No, that, within that 15 year
14   period.
15        Q.    Is that because of your relationship
16   with Mr. Shin?
17        A.    No.  I'm a person of business, I'm a
18   business man, so I invested according to the
19   future I see about Noah Bank, had nothing to
20   do with the fact that I was friends with
21   Mr. Shin.
22        Q.    You still own those same shares, is
23   that right?
24        A.    That is correct.
25        Q.    Prior to April 22, 2017 did you have
```



1   a discussion with Mr. Shin about meeting up

2   at the karaoke bar on the date of his -- of

3   the incident involving Mr. Shin?

4        A.   No.

5        Q.   Were you aware that Mr. Shin was

6   going to go to the karaoke bar on April 22,

7   2017?

8        A.   So this is how I became aware of

9   that he would be there.  So I recall I think

10  we were in touch on the same day, so I had

11  this dinner appointment on a business in

12  Flushing, I think he was having similar type

13  of meeting in New Jersey or something, and he

14  called me and saying what are you doing, and

15  then are you busy today, and then he said

16  something like he was not in a very good mood

17  or something, and he said he wanted to see a

18  friend's face, so we kind of like talked to

19  each other, and then let's gather at that

20  location, maybe we can see each other's face

21  there, and that's how I learned, or kind of

22  not an arrangement, but we ended up there.

23            MR. WEISSLER:  I'm sorry, can you

24        read back the answer.

25            (Whereupon, the record was read



Page 42

```
 1          by the reporter.)
 2          Q.    The dinner, did you go to a business
 3     dinner?
 4          A.    With other person?
 5          Q.    Yes.
 6          A.    Yes.
 7          Q.    Who was that person or persons?
 8          A.    You want the names?
 9          Q.    Yes.
10          A.    Min Cheol Jung.
11                THE INTERPRETER:  M-I-N, C-H-E-O-L,
12           last name is J-U-N-G, phonetically
13           spelled.
14          Q.    It was just one person?
15          A.    One person.
16                MR. WEISSLER:  I'm sorry, the
17           middle name, it was Min?
18                THE INTERPRETER:  C-H-E-O-L.
19                MR. WEISSLER:  It was dinner?
20          Q.    Where did you go out to eat?
21          A.    Call it a chicken and beer place.
22          Q.    Where?
23          A.    In Flushing.
24          Q.    What did you eat?
25          A.    Chicken and beer.
```



1       Q.    So you ate chicken and you drank

2    beer?

3       A.    Together, yes.

4       Q.    What do you mean together, was it

5    chicken cooked in the beer, or did you

6    actually drink the beer from a cup?

7       A.    So there would be fried chicken and

8    there would be beer, so eat chicken, drink

9    beer.

10      Q.    How many beers did you have?

11      A.    So we shared 3,000 CC draft beer.

12      Q.    It was served in a pitcher?

13      A.    Yes, in a pitcher.  Then we would

14   pour into the glass.

15      Q.    The glass, how many glasses of beer

16   did you have from that pitcher?

17      A.    About two glasses.

18      Q.    Then when you were done you went

19   back to 154-05?

20      A.    Yes, I saw the time, then went

21   there.

22      Q.    Were you at that property earlier in

23   the day, because of your restaurant?

24      A.    Do you mean where?

25      Q.    At 154-05, you were there earlier



1    that day?

2         A.    Yes, I did.

3         Q.    Do you have an office at the

4    restaurant Picnic Garden?

5         A.    Yes, I do, very small one.

6         Q.    Do you go to the restaurant when

7    it's open for business on the days it's open

8    for business -- withdraw that.  Let me reask

9    the question.  On the days that Picnic Garden

10   is open for business, are you always present

11   at that restaurant?

12        A.    No, not like that.

13        Q.    How often would you be at the

14   restaurant when it's open for business?

15        A.    So you mean how many times a week?

16        Q.    Yes, that's a good time range to

17   average.

18        A.    So I would say I go there 6 days a

19   week, but then I would only stay at the

20   restaurant for about an hour each time.

21        Q.    Do you own any other restaurants?

22        A.    Yes, I do.

23        Q.    How many more?

24        A.    One more.

25        Q.    Is it also called Picnic Garden?



Page 45

```
 1        A.     Correct.
 2        Q.     How are they differentiated between
 3   the two restaurants, how do you differentiate
 4   the names of the restaurants, if you do?
 5        A.     It's the same name.
 6        Q.     Are they both Picnic Garden BBQ
 7   Inc.?
 8        A.     So one is Picnic Garden BBQ Buffet
 9   Inc., the other one is Picnic Garden BBQ Inc.
10        Q.     How often, where is the other Picnic
11   Garden located?
12        A.     It's in Edison, New Jersey.
13        Q.     How often do you visit that
14   restaurant?
15        A.     Once every 2 weeks.
16        Q.     On April 21, 2017 were you at the
17   Picnic Garden at 154-05 Northern Boulevard?
18             THE INTERPRETER:  Just for a
19         clarification, 21, right?
20             MS. NICOLAOU:  Yes.  It happened in
21         the early morning hours of the 22nd,
22         so.
23        A.     It would be impossible for me to
24   recall whether I was actually there at the
25   restaurant on April 21, 2017 or not, but just
```



Page 46

1    I'm guessing from my practice how I visit

2    that location, so I think I did, but I can't

3    recall exactly.

4        Q.    When you went out to dinner with

5    your friend, or work colleague, whatever he

6    is to you, what time did you go to that

7    restaurant, the chicken and beer place in

8    Flushing?

9        A.    Around 7:30.

10       Q.    What time did you finish up with the

11   dinner?

12       A.    That I have very foggy recollection.

13   I do recall that I had stayed at the

14   restaurant until the time I was supposed to

15   meet Mr. Shin, but I can't recall what time

16   that was, it was pretty late hour, but I

17   can't recall exactly.

18       Q.    You can't recall what time you were

19   supposed to meet Mr. Shin?

20       A.    Yes, that I can't recall exactly.

21       Q.    But it was -- was it before

22   midnight?

23       A.    Yes, of course.

24       Q.    But late hours?

25       A.    Yes, because we had dinner first, so



Page 47

1    to my recollection I think it was around

2    9:00 or 10:00, but I can't recall exactly.

3         Q.    How did you -- when you left the

4    chicken and beer place, how did you go to --

5    back to 154-05 Northern Boulevard, did you

6    walk, did you take a cab, did you drive?

7         A.    I walked.

8         Q.    When you arrived to the karaoke bar

9    was Mr. Shin already there?

10        A.    Although I can't recall exactly, I

11   have no clear recollection, but I do believe

12   that I had arrived there first before they

13   did, because they were in New Jersey, so I

14   think we got there first, but I do not recall

15   exactly.

16        Q.    When you say we, who are you

17   referring to?

18        A.    What I meant is I went there with

19   Mr. Min Cheol Jung.

20        Q.    So you and Mr. Min Cheol Jung walked

21   from the karaoke bar to the restaurant, is

22   that right?

23        A.    Yes, that's correct.

24        Q.    Prior to that, going back to that

25   restaurant, did you make any reservations for



Page 48

1    room at the karaoke place?

2         A.    I don't know, I can't recall.

3         Q.    When you entered the karaoke bar,

4    just to be clear, we're referring to the one

5    at 154-05 Northern Boulevard, did you go up

6    the stairs or did you use the elevator?

7         A.    So that's what I was going to talk

8    to you.

9              THE INTERPRETER:  Strike that, I'm

10        sorry.

11        A.    That's what I was talking about

12   before me getting new elevator for the

13   building, because to my recollection whenever

14   I went to that location to go upstairs to

15   karaoke bar, the elevator never worked, so I

16   remember I was always walking up and down the

17   stairs, so that's why I wanted to get a new

18   elevator, because it's so old, it wouldn't

19   work, it wasn't working.

20             MS. NICOLAOU:  Move to strike the

21        portions that aren't responsive.

22        Q.    Mr. Lee, did you try to see if the

23   elevator -- withdraw that.  Mr. Lee, did you

24   try to use the elevator to go to the second

25   floor that night, or did you just take the



Page 49

1    stairs?

2         A.    I just walked up.

3         Q.    When you arrived to the karaoke bar

4    were you greeted by anyone?

5              MR. WEISSLER:  I'm sorry?

6              MS. NICOLAOU:  Were you greeted by

7          anyone.

8         A.    I have no recollection, but I

9    believe someone must have come out and said

10   something.  Whenever you go to a business

11   like that, they would come out and greet and

12   ask me question, like how many people.

13        Q.    At the time that you arrived to the

14   karaoke bar were you feeling intoxicated from

15   the two beers that you consumed?

16        A.    Rather than feeling intoxicated, I

17   could feel, it's just me I get red and

18   sometimes I feel warm on my face, so

19   something like that.

20        Q.    Were you feeling a buzz?

21        A.    Not like that.

22        Q.    But you just felt like red and hot?

23        A.    Yes, yes.

24        Q.    Were you placed in a room when you

25   arrived to the karaoke bar?



```
 1        A.    Yes.
 2        Q.    Was Mr. Min Cheol Jung with you when
 3   you were placed in that room?
 4        A.    Yes, of course.
 5             MR. WEISSLER:  Can you read that
 6         question and answer back, please.
 7             (Whereupon, the record was read
 8          by the reporter.)
 9        Q.    Before being placed in that room did
10   you order any beverages, anything to drink,
11   anything to eat?
12        A.    When do you mean, after we entered
13   the room?
14        Q.    No, before you went into the room
15   did you place an order?
16        A.    No.
17        Q.    Mr. Min Cheol Jung, how many beers
18   did he have at that restaurant?
19        A.    So we shared this 3,000 CC pitcher
20   together, so about the same amount, I guess.
21        Q.    Did Mr. Min Cheol Jung appear
22   intoxicated to you when you arrived to the
23   karaoke bar?
24        A.    No, no, he can hold more than I, so
25   I don't think so.
```



Page 51

```
 1          Q.    When you arrived, when you were
 2     placed in a room, was there a point when
 3     after you were placed in that room an order
 4     was taken?
 5          A.    Yes.
 6          Q.    What did you place for an order?
 7          A.    I ordered some whiskey.
 8          Q.    What kind of whiskey?
 9          A.    That I can't recall.
10          Q.    Anything else other than the
11     whiskey?
12          A.    So that karaoke, if you order
13     whiskey, some other stuff, like fruits or
14     something to eat with, would come out.
15          Q.    What was -- was the whiskey provided
16     to you?
17          A.    Yes, it did.  It was.
18          Q.    It came in a bottle, correct?
19          A.    Yes, yes.
20          Q.    And it was served on a tray with
21     glasses?
22          A.    No, the glasses were already placed
23     on the table.  So their system is the glasses
24     are there on the table, but they would bring
25     the whiskey or the other stuff, I don't know
```



Page 52

1   which one came first, but then not the

2   glasses.

3        Q.    So the whiskey, and the other stuff

4   being the food, right?

5        A.    Yes, fruits and other thing.

6        Q.    This is -- do you know what table

7   service is, or bottle service, excuse me, is?

8             THE INTERPRETER:  I'm sorry?

9             MS. NICOLAOU:  Let me rephrase it.

10       Q.    Mr. Lee, do you know what the term

11   bottle service is?

12       A.    What is the bottle service?

13       Q.    Fine.  Let me go at it a different

14   way.  After the whiskey and the food was

15   brought to the room, did you pour yourself a

16   glass of whiskey?

17       A.    So I don't have a clear

18   recollection, but according to the Korean

19   culture and how we usually drink is that a

20   person who is younger than you would pour the

21   glass first.  So although I do not recall who

22   poured, but I think the person that I went

23   there with, Min Cheol Jung, would have poured

24   a glass for me first.

25       Q.    Okay, I understand.  So Min Cheol



Page 53

```
 1    Jung is younger than you?
 2         A.    Yes, that's correct.
 3         Q.    Based on the Korean culture, Min
 4    Cheol Jung would have poured you a glass,
 5    handed it to you, and then poured himself a
 6    glass?
 7         A.    No, then I would pour one for him.
 8         Q.    I see, so you pour each other's
 9    glasses?
10         A.    Correct.
11         Q.    Did there come a point in time where
12    Mr. Shin arrived to the karaoke bar?
13         A.    That I have no clear recollection
14    whether Mr. Shin had arrived later after I
15    did, or we arrived around the same time, or
16    he did before I did, I have no clear
17    recollection.
18         Q.    But at some point in time Mr. Shin
19    and you were in the same room together, is
20    that right?
21         A.    Yes, that is correct.
22         Q.    When Mr. Shin came -- when Mr. Shin
23    entered the room, was Mr. Min Cheol Jung
24    still in the room with you?
25         A.    Yes, he was.
```



Page 54

1      Q.    Did anybody enter the room with
2   Mr. Shin, other than himself?
3      A.    Yes, there was a person whose name
4   is John, he accompanied Mr. Shin.
5      Q.    Is that John Kim?
6      A.    That is correct, John Kim.
7      Q.    Do you recall how many glasses of
8   whiskey you had prior to Mr. Shin arriving to
9   your room?
10      A.    You mean I before Mr. Shin entered
11   the room?
12      Q.    Yes.
13      A.    So it also connection to the
14   recollection that I don't have whether he
15   arrived first or I did first, so I don't
16   recall how many glasses I actually had before
17   Mr. Shin arrived.
18      Q.    Do you recall how many glasses of
19   whiskey you had that night before Mr. Shin's
20   accident?
21      A.    You mean I?
22      Q.    Yes, you.
23      A.    I can't recall how many glasses I
24   had, I did drink, but I can't recall how many
25   glasses.



1      Q.    How many bottles were ordered for

2    your room prior to Mr. Shin's accident?

3            MS. BERKOWITZ:   Objection to the

4        form of the question.

5      A.    So I don't recall exactly, but I

6    believe it would be one bottle, because

7    Mr. Shin did come to our room, but he did not

8    drink with us, soon after he went to the next

9    room, so.

10     Q.    When Mr. Shin went into the next

11   room, did he stay there, to your knowledge --

12   let me withdraw that.  After Mr. Shin arrived

13   to your room, how long was he in your room

14   before he left to go to the next room?

15     A.    I can't recall exactly for how long,

16   but I recall it was a short time, it wasn't

17   too long.

18     Q.    And your recollection was he didn't

19   drink anything in your room?

20     A.    So I don't recall exactly, but I

21   assume that he would have had at least one

22   glass in our room because he and Mr. Min

23   Cheol Jung never had met before the day, so

24   according to the Korean culture, I introduce

25   them together, then they would have shared at



Page 56

1    least one glass together.  It's very nice to

2    meet you kind of thing.

3         Q.    After Mr. Shin left your room to go

4    to the next room, did he return?

5         A.    He did not.

6         Q.    When was the next time you saw

7    Mr. Shin?

8         A.    I was actually expecting Mr. Shin to

9    come back to our room, but he did not, and he

10   was spending his time in the next room, so I

11   actually visited the next room saying that

12   why don't you come back to our room.  And so

13   I waited, I asked him that in the next room,

14   then I came back to my room and waited, but

15   he still didn't come to our -- come back to

16   our room, so I figured that he wants to spend

17   his time in the next room, then let him be,

18   then let us leave, then we were leaving.

19        Q.    How long were you in your room when

20   you went to the room that Mr. Shin was at to

21   see him?

22        A.    That I can't recall.

23        Q.    Can you estimate in any way, an hour

24   later, 2 hours later, more, less?

25        A.    I don't know, maybe 1 hour.



Page 57

1      Q.    About an hour.  When you went to see

2  Mr. Shin in the other room, did you feel like

3  you were intoxicated?

4      A.    Me, not that, not too much.

5      Q.    Were you feeling the affects of the

6  alcohol at that point, the buzz feeling?

7      A.    Yes, of course I felt the alcohol,

8  because I have a little tolerance and I get

9  red.

10     Q.    How many drinks of whiskey had you

11  had before you went to see Mr. Shin in the

12  other room?

13     A.    I didn't have many, because actually

14  we were supposed to drink together, me and

15  Mr. Shin, but then I don't know what was the

16  reason, maybe on a business, he was spending

17  a long time in the next room, but then in my

18  room, the John, this person whose name is

19  John, and my friend who went to the location

20  with me, it was first time for them to meet,

21  so the atmosphere, it wasn't natural, it was

22  a little raw to keep drinking, so I don't

23  think I had many glasses.

24     Q.    Did you have more than one glass of

25  whiskey?



Page 58

```
 1        A.    At least I had one, yes.
 2        Q.    Did you have more than two?
 3        A.    I don't recall exactly, but I do
 4   know that I didn't have many, because of the
 5   reason that I explained, the whole the
 6   atmosphere, the mood was not friendly enough
 7   because people didn't know each other and
 8   also because of my drinking habit anyway,
 9   because I don't have a big tolerance towards
10   alcohol, so I usually drink not too many.
11             MS. NICOLAOU:  What was the
12        question?
13             (Whereupon, the record was read
14        by the reporter.)
15        Q.    When you went to see Mr. Shin in the
16   room about an hour later, did he appear
17   intoxicated to you?
18        A.    Yes, he appeared drunk.
19        Q.    Were you introduced to anyone in
20   that room?
21        A.    No.
22        Q.    When you went in to see Mr. Shin in
23   that room was John Kim with you?
24        A.    You mean in that room, John Kim was
25   in my room.
```



Page 59

1      Q.    Yes, when you left your room to go

2  see Mr. Shin, did John Kim come with you?

3      A.    No, I was the only one.

4      Q.    Then after you saw Mr. Shin you went

5  straight back to your room, is that right?

6      A.    Yes, that's correct.

7      Q.    How much time at that point when you

8  returned to your room passed before you saw

9  Mr. Shin again?

10      A.    I don't know, I can't recall.

11      Q.    Was it more than an hour, less than

12  an hour?

13      A.    I mean, if you say like is it more

14  than an hour, more than 2 hours, I can't

15  really recall.  And when I said about an

16  hour, that I'm not even sure about.

17      Q.    After you returned to your room did

18  you stay in your room for any period of time,

19  or did you leave right away?

20      A.    I had stayed there for a bit.

21      Q.    Did you have another drink at that

22  point?

23      A.    I don't think I did, I don't believe

24  I was in mood for drinking more, because as

25  you probably guessed that he was supposed to



Page 60

1    be drinking with me, but then he was in the

2    other room, so I didn't feel like drinking

3    more by myself.

4         Q.   Was anyone in that room other than

5    you, in your room, was anyone else in that

6    room, other than you, John Kim, and Min Cheol

7    Jung?

8         A.   Do you mean my acquaintances?

9         Q.   Anyone?

10        A.   I mean, there were people working

11   there were in and out of the room.

12        Q.   Was there any people who stayed in

13   the room that you believed to be employees of

14   the karaoke bar?

15        A.   There was no one who had stayed

16   there ongoing.

17        Q.   When you went to see Mr. Shin in the

18   other room to see what he was doing and try

19   to get him to come back to your room, how

20   many people did you see in that room at that

21   point?

22        A.   Maybe four, five.

23        Q.   Were they all men?

24        A.   Because I wanted to see --

25             THE INTERPRETER:  I'm sorry, strike



Page 61

1          that.

2          A.   I only wanted to see Mr. Shin, so

3     basically I called him out of the room, and I

4     glanced the room, so to my recollection,

5     although it's not clear, I think in total

6     there were four to five people in the room, I

7     don't recall how many of them were men and

8     how many of them were women, but I think

9     there were about four or five people in the

10    room.

11         Q.   Do you recall, specifically recall,

12    seeing any women in that room?

13         A.   That's what I'm trying to explain, I

14    don't recall, I have no recollection to see

15    clearly whether there were all men or women.

16         Q.   Fair enough.  When you called

17    Mr. Shin out, did he step out?

18         A.   He didn't.

19         Q.   You had basically a conversation

20    with him from the door?

21         A.   So basically I opened the door, but

22    I didn't open it wide, I opened it ajar,

23    slightly, then I could see him, so I signaled

24    him to come out, then I left.

25         Q.   Did you go back to your room?



Page 62

1      A.    Yes.

2      Q.    Did Mr. Shin follow you?

3      A.    He did not.

4      Q.    After a period of time in your room

5   that's when you decided to leave?

6      A.    Yes, that's correct.

7      Q.    When was the next time you saw

8   Mr. Shin after you signaled for him to come

9   out of the room but he didn't?

10     A.    After that I actually went to that

11  room again and told him that I was leaving,

12  so that was the next time when I saw him.

13     Q.    When you returned to that room a

14  second time, did you do it in the same

15  fashion, open the door, tell him you were

16  leaving, and then closed it again?

17     A.    Yes.

18     Q.    So the same way you did it the first

19  time?

20     A.    The same.

21     Q.    This time did Mr. Shin follow you?

22     A.    Yes, at that time all of a sudden he

23  said, oh, I am leaving too, then he opened

24  the door and came out.

25     Q.    Did he come out by himself?



Page 63

1       A.    Yes, yes, he came out by himself,
2    but then someone followed him after he was
3    out.
4       Q.    Do you know who that someone is?
5       A.    The person who got into a fight with
6    him.
7       Q.    Before you left your room, when you
8    left your room to tell Mr. Shin you were
9    leaving, did you pay the tab?
10      A.    Of course I paid for what I drank.
11      Q.    Did you share it with Mr. Min Cheol
12   Jung?
13      A.    No.  It's Korean culture, because I
14   am the senior in terms of, so I paid for it.
15      Q.    Do you know if Mr. Shin paid the tab
16   for the room he was in?
17      A.    I don't know.  How would I know.
18      Q.    Did you see him take cash out before
19   he left the room to put towards the bill?
20      A.    I did not.
21      Q.    Do you know a person by the name of
22   Daniel Park, who is a CPA?
23      A.    I do.
24      Q.    How long have you known Mr. Park?
25      A.    About 4 to 5 years.



Page 64

1      Q.   Did you see Mr. Park in the room

2   where Mr. Shin spent most of his time on the

3   night of the incident at the karaoke bar?

4      A.   Yes, I did, I saw Mr. Park.

5      Q.   When you saw Mr. Park in that room,

6   did you notice whether he was awake, asleep?

7      A.   I don't know about that.

8      Q.   Did you recognize anybody else in

9   that room, other than obviously Mr. Shin and

10  Mr. Park?

11     A.   I don't know.  I don't think I saw

12  anybody else that I knew.  And to clarify, I

13  didn't even see their faces clearly.

14     Q.   Now, you said Mr. Shin stepped out

15  and another gentleman came, followed him out

16  the door, is that right?

17     A.   Kim, did you say Kim?

18     Q.   No, I didn't say Kim.

19          THE INTERPRETER:  I'm sorry, I

20      heard Kim.  Could you read it back to

21      me.

22          (Whereupon, the record was read

23      by the reporter.)

24          MS. NICOLAOU:  Let me reask the

25      question.



Page 65

1      Q.    When you told Mr. Shin you were
2    leaving, and he followed you and he decided
3    to leave as well, you indicated another
4    gentleman followed him out, is that right?
5      A.    Correct.
6      Q.    Do you know who that person is, or
7    was?
8      A.    What do you mean whether I knew that
9    person?
10     Q.    At the time you observed this person
11   leave the room after Mr. Shin left, did you
12   know who that person was?
13     A.    I didn't know him, it was a person
14   that I did not know.
15          MR. WEISSLER:  Before you ask
16        another question, it's 2:00, can we
17        take a break?
18          MS. NICOLAOU:  Yes.
19            (Whereupon, a luncheon
20              recess was taken.)
21     Q.    Mr. Shin --
22          MR. BASIL:  Mr. Shin?
23          MS. NICOLAOU:  I'm sorry, thank
24        you.
25     Q.    Mr. Lee, I understand you did not



Page 66

1  know the gentleman that walked -- that

2  followed Mr. Shin out of the room on the

3  night of Mr. Shin's incident, or the incident

4  involving Mr. Shin, but did there come a

5  point in time that night, that evening, that

6  you recognized him?

7        MR. WEISSLER:  Just note my

8     objection to the form of the question.

9     A.   So when I was trying to break them

10 apart, then I recognized him.

11     Q.   Who did you recognize him to be?

12     A.   This person that I was talking

13 about.

14     Q.   Yes, who did you recognize him to

15 be?

16     A.   So I don't know if I understood your

17 question correctly, but what I meant to say

18 is that when I tried to break up the fight,

19 that while I was doing so I recognized that

20 person's face as this is the person in a

21 fight.

22        MR. WEISSLER:  I didn't hear the

23     rest of it, in a?

24        THE INTERPRETER:  A fight.

25     Q.   Let's back up.  You told Mr. Shin he



1   was leaving -- that you were leaving, and

2   Mr. Shin indicated that he wanted to leave

3   too, is that right?

4        A.   Yes.  And the other person followed

5   him.

6        Q.   Mr. Shin stepped out, the other

7   gentleman followed him, is that right?

8        A.   So to clarify, I do not actually

9   witness or saw with my eyes that that

10  particular person was following after

11  Mr. Shin.  What I recognized or observed was

12  that Mr. Shin was coming out of the room and

13  someone was cursing at him, and so I was like

14  who is that, that's how I recognized the

15  whole situation, not particularly that

16  person.

17       Q.   I understand.  Now, Mr. Lee, I'm

18  going to ask you just to listen my question,

19  only answer my question, okay.  We're going

20  to get there, I just need to understand the

21  timeframe and timeline of the event during

22  that period of time.  Just listen to my

23  question and only answer my question, okay.

24       A.   Yes.

25            MS. NICOLAOU:  Can you read back my



Page 68

```
1           last question, please.
2                (Whereupon, the record was read
3            by the reporter.)
4           Q.    Just answer the question, yes or no?
5           A.    Yes.
6           Q.    After Mr. Shin stepped out and the
7      gentleman followed him out, what was the next
8      thing that happened?
9           A.    So that's what I wanted to explain
10     to you before.  So Mr. Shin came out and
11     someone was following Mr. Shin and he was
12     cursing at Mr. Shin, and I don't know if he
13     wanted to punch Mr. Shin, whatever, but I
14     felt like he was picking up on a fight with
15     Mr. Shin.  So, there was a whole space in
16     that store, in that bar, so Mr. Shin came
17     out, and we were all in that whole space, and
18     then because I felt like they were going to
19     be in a fight, I wanted to break up or
20     prevent the fight, so I was telling that
21     person, well, I think you had a little bit
22     too much of drink, and let's not do this, so
23     I was physically trying to prevent him go
24     into a fight.  While I was doing so we were
25     actually kind of like drafted off the whole
```



Page 69

1   space then ended up in that nearby the

2   staircase.

3          Q.    When you say --

4                MR. WEISSLER:  Move to strike that

5           portion which is not responsive to the

6           question.

7                MS. NICOLAOU:  Can you read back

8           the answer.

9                (Whereupon, the record was read

10          by the reporter.)

11         Q.    From the time you told Mr. Shin that

12   you were leaving, up until the time that you

13   ended up in that space near the staircase,

14   how much time had passed?

15         A.    Was very quick moment, because I was

16   leaving the space, I was walking, and

17   Mr. Shin was also walking following me, but

18   then the other person followed Mr. Shin and

19   cursed at him, and I looked back and briefly

20   tried to stop the possible fight, then we

21   were talking, walking, and all ended up by

22   the staircase, so I would say it was very

23   short period of time.

24               MR. WEISSLER:  Move to strike that

25           portion which is not responsive to the



Page 70

1              question.

2         Q.   What was the gentleman who was --

3    who followed Mr. Shin and was cursing at

4    Mr. Shin, what was he saying to him?

5         A.   So he spoke in Korean mostly cursing

6    like who do you think you are, who are you,

7    you're son of a bitch, something like that.

8         Q.   Do you know what the argument was

9    about between Mr. Shin and this gentleman?

10        A.   I did not know.  How would I know.

11        Q.   Did Mr. Shin say anything to you

12   when he stepped out of the room, with respect

13   to why this gentleman was yelling and cursing

14   at him?

15        A.   No.

16        Q.   Did Mr. Shin, when Mr. Shin stepped

17   out of the room did he appear to you to be

18   intoxicated?

19        A.   Who?

20        Q.   Shin?

21        A.   Yes, both of them actually, and

22   Mr. Shin appeared intoxicated.

23             (Whereupon, the record was read

24        by the reporter.)

25        Q.   Did there come a point in time where



Page 71

1    John Kim joined you and Mr. Shin and this

2    other gentleman as you were leaving the

3    karaoke bar?

4         A.   I don't know about that.  I don't

5    know.

6         Q.   Did you ever come to learn the name

7    of that gentleman, that gentleman's name, the

8    one who was cursing at Mr. Shin, did you ever

9    come to learn who he was?

10        A.   Later on, yes.

11        Q.   How did you come to learn who this

12   person was?

13        A.   So because it's Flushing, because

14   it's K town, Korean town, I think I've heard

15   from many different people about this

16   incident, and I learned later on the person

17   who pushed him, his last name was Lee, just

18   like mine.

19        Q.   Is that all you know of him, is that

20   his last name is Lee?

21        A.   Yes.

22        Q.   You say that he pushed him, who did

23   Lee push?

24        A.    Mr. Shin, the President, President

25   Shin.



Page 72

1          MS. NICOLAOU:  Off the record.

2          (Whereupon, a discussion was

3       held off the record.)

4     Q.   Mr. Lee, have you ever reviewed any

5  security footage from the night that -- from

6  the night of Mr. Shin's accident?

7     A.   No.

8          MR. BASIL:  I don't believe he

9       understood your question.

10          MS. NICOLAOU:  Okay, I'll reask it

11       a different way.

12     Q.   Mr. Lee, did you ever look at any

13  security footage which captures the incident

14  involving Mr. Shin?

15     A.   Yes, I have.

16     Q.   When have you reviewed it?

17     A.   Couple days ago, I think.

18     Q.   You did that with your attorney?

19     A.   Yes, I did.

20     Q.   Was that the first time you looked

21  at it?

22     A.   Yes, correct.

23     Q.   So you hadn't seen it before a

24  couple days ago?

25     A.   Correct.


MAGNA
LEGAL SERVICES

Page 73

1        Q.    I'm going to show you what was
2    previously digitally marked as Defendant's
3    1 --
4              MS. NICOLAOU:  1?
5              MR. BASIL:  I believe so.
6        Q.    -- on March 15, 2019.  The video,
7    just for the record, is 2 minutes and 23
8    seconds long, and I'm going to show Mr. Lee
9    sections of it.  Now, Mr. Lee, I stopped the
10   video at 7 seconds into it.
11             MR. WEISSLER:  Before you ask any
12        questions, I just want to note for the
13        record I object to Counsel's showing of
14        this video in advance of the
15        deposition, it's highly irregular and
16        should not have done so.
17             MS. NICOLAOU:  You mean Bob, Bob
18        Basil?
19             MR. WEISSLER:  Whoever was the
20        attorney who showed it to him, I don't
21        know who his attorney is that showed it
22        to him, is that Mr. Basil that showed
23        him that?
24             MR. BASIL:  I will stipulate for
25        the record I am his attorney and he



Page 74

```
 1          reviewed this in my office in my
 2          presence, yes.
 3      Q.    Mr. Lee, do you recognize the two
 4   individuals 7 seconds into this video?
 5      A.    Yes.
 6      Q.    Who are they?
 7      A.    Myself and Mr. Shin.
 8      Q.    That's you, correct, on the left
 9   side?
10      A.    Yes, that's correct.
11      Q.    And Mr. Shin is on the right side?
12      A.    Yes.
13      Q.    I stopped it at 10 seconds into the
14   video there's a gentleman appears to be
15   wearing button-down green shirt, do you see
16   that, with glasses?
17      A.    Yes.
18      Q.    Just for the record, on the bottom
19   right-hand corner of the screen, do you know
20   who that gentleman is, Mr. Lee?
21      A.    Yes, I do.
22      Q.    Who is that?
23      A.    He is Min Cheol Jung, who
24   accompanied me.
25      Q.    That's the gentleman who was younger
```



Page 75

1    than you?

2         A.   Yes, correct.

3         Q.   How old are you, sir?

4         A.   I was born in 1962.

5         Q.   This gentleman, it's your

6    understanding, was younger than you?

7         A.   Yes, correct.

8         Q.   Now, at this time the gentleman Min

9    Cheol Jung --

10        A.   Min Cheol Jung.

11             MS. BERKOWITZ:  Mr. Jung.

12        Q.   -- Mr. Jung is no longer on the

13   camera, right, you can't see him on this

14   camera, right?

15        A.   Yes, correct.

16        Q.   Do you see these two individuals on

17   the right-hand side of the screen?

18        A.   So this person indicating the

19   individual on the upper middle right side of

20   the screen, so this is John Kim, and the

21   other person who is on the lower right side

22   of the screen --

23             THE INTERPRETER:  Strike that.

24        A.   -- it was the person I did not know.

25        Q.   Is that the person you later learned



Page 76

1    to be Lee?

2              MR. WEISSLER:  I'm sorry, I could

3         not hear your question, Counselor.

4         Q.   Is that the person you later learned

5    to be Lee?

6              MR. WEISSLER:  Learned to be?

7              MS. NICOLAOU:  Lee?

8              THE INTERPRETER:  Mr. Lee?

9         A.   I would think so, yes.

10        Q.   I stop it at 19 seconds into the

11   frame.  At this point Mr. Shin has his right

12   hand around your neck, is that right?

13        A.   Yes.

14        Q.   About 21 seconds into the video you

15   physically pull Mr. Shin's left arm from

16   around you, is that right?

17        A.   Now I see it appears so.

18        Q.   Do you see that we just stopped it

19   at 22?

20        A.   Yes, yes.

21        Q.   So you physically pull his arm from

22   around your neck, right?

23        A.   Yes, I lowered his arm from myself,

24   but then I wasn't forcibly doing so I wanted

25   to speak with this person.



1      Q.    We're going to play this again from

2   18 seconds I'll stop it at 22, just pay

3   attention to the video, now we stopped at 22,

4   based on that video, Mr. Lee, would it be

5   safe to say that you had to forcibly remove

6   Mr. Shin's hand from around your neck?

7      A.    Yes, now I see that Mr. Shin was

8   grabbing it quite hard so.

9      Q.    It's because Mr. Shin was drunk,

10  right?

11     A.    I wouldn't know for sure, because it

12  wasn't myself whether he wanted to lean on me

13  or what was his intention, I wouldn't know

14  for sure.

15     Q.    Did Mr. Shin appear to be drunk to

16  you?

17     A.    Yes.

18     Q.    At this point I'm just going to go

19  back a little bit.  At 24 seconds into the

20  video we're going to start playing at this

21  point Mr. Shin appears to be leaning on the

22  wall on the top of the stairs, is that

23  correct?

24     A.    Yes, correct.

25     Q.    Do you remember when Mr. John Kim



1    joined you and Mr. Shin?

2        A.    I don't know.

3        Q.    Do you remember, sitting here today,

4    do you remember having Mr. John Kim being on

5    the top of the stairs with you and Mr. Shin

6    and the person you later learned to be Mr.

7    Lee?

8        A.    What do you mean by that?  It

9    clearly shows that everybody is here.

10       Q.    That's not -- I'm not asking what

11   the video shows, I'm asking what you remember

12   from that night.  Do you remember Mr. Kim

13   being on top of the stairs with you that

14   night?

15       A.    No, I can't.

16       Q.    I just stopped the video at 44

17   seconds.  Based on the video it appears that

18   there's a conversation between Mr. Shin and

19   Mr. Lee, is that right?

20       A.    So the whole situation is that it

21   looks like they were having conversation, but

22   actually in realty they weren't having a

23   conversation, it's just Korean drunk people

24   exchanging like meaningless curses at each

25   other, so it appears that I was saying that



1    both of you look intoxicated, so let's not do

2    this and then let's leave, so I was trying to

3    break up the argument.

4        Q.   So your recollection of anything was

5    both Mr. Lee and Mr. Shin were cursing at

6    each other?

7        A.   Correct, because Mr. Lee was cursing

8    at Mr. Shin first and then I think Mr. Shin

9    was reporting back, so it was going back and

10   forth, so I was trying to break them apart,

11   don't do this.

12            MR. WEISSLER:  What were you saying

13       at that time?

14            THE WITNESS:  Although I can't

15       recall exactly what I said, but I was

16       trying to call them down with nice

17       words, like it looks like you guys know

18       each other and why would you do this,

19       let's just go home in peace, something

20       like that.

21            MR. WEISSLER:  What did Mr. Lee say

22       to you when he was patting you on the

23       back there?  Do you want me to go

24       through this whole tape again later?

25            MS. NICOLAOU:  No.  Off the record



Page 80

1          for a second.

2               (Whereupon, a discussion was

3          held off the record.)

4     Q.   1 minute and 43 seconds into the

5     video Mr. Shin puts up his middle finger, is

6     that right?

7     A.   Yes.

8     Q.   Do you know why?

9     A.   I guess they were cursing at each

10    other, then he lifted it up.

11    Q.   Does Mr. Lee become angrier when

12    Mr. Shin put up his middle finger?

13    A.   So I guess it would have been, it

14    would have been the best if we had the sound,

15    but we don't.  It would have been the best,

16    we would know what's being said clearly, but

17    we don't have the sound, so I'm going to try

18    and recall what was said.  I think while I

19    was trying to calm them down there was still

20    assailing at each other, but this person, Mr.

21    Lee, was saying various different curses than

22    Mr. Shin, but Mr. Shin was as in response to

23    it he was just saying the F word, F word,

24    while he was doing that he put up his finger,

25    middle finger up there.  So then I was



Page 81

```
1    calming them down a little bit, then it
2    seemed they were calming down a little bit,
3    but then they cursed at each other again.
4    It's that kind of situation going back and
5    forth.
6         Q.   I'm going to reask the question.
7    When Mr. Shin put up his middle finger, did
8    Mr. Lee become angrier?
9              MR. WEISSLER:  Just note my
10             objection.  There's been no testimony
11             that Mr. Lee was angry.
12             MR. BASIL:  I'm sorry, are you
13             done, Steve?
14             MR. WEISSLER:  Yes.
15        A.   So from watching this video footage,
16   I would say that at this point this person,
17   Mr. Lee, appeared angrier, but I wouldn't say
18   it was prompted by the finger which was put
19   up by Mr. Shin, it was ongoing situation.
20   Because there was no sound, we can't hear
21   what Mr. Lee is saying, but he was constantly
22   cursing at Mr. Shin, Mr. Shin kept saying
23   fuck you, fuck you, and was just it got
24   worse.  So at this point it got worse, but it
25   was going back and forth, they were
```



Page 82

1    exchanging bad words kind of situation.
2         Q.    Based on -- we paused this video at
3    2 minutes 1 second into the footage, from
4    this view we can see Mr. Shin, right, he's
5    still leaning up against the wall, is that
6    right?
7         A.    Yes.
8         Q.    From this clip you can see
9    Mr. Shin's right foot on the first step, is
10   that right?
11        A.    Yes, it appears so.
12        Q.    And the left foot on the landing, is
13   that right?
14             MR. WEISSLER:  Left foot where?
15             MS. NICOLAOU:  On the landing.
16        A.    I wouldn't be so sure, isn't it that
17   both feet are on the same level.
18        Q.    Okay.  So they are either on the
19   same level or one on -- okay, fine.  If your
20   view of this is that they are on the same
21   level --
22        A.    I'm not sure.  I wouldn't know for
23   sure.  It looks like both of them are on the
24   same level, or one is on the step below, I
25   don't know.



Page 83

```
 1        Q.    In this clip at 2 minutes and 1
 2   second Mr. Shin is holding up his middle
 3   finger, right?
 4        A.    Yes.
 5        Q.    Now, you've testified before that
 6   you said Mr. Lee pushed Mr. Shin, is that
 7   right?
 8        A.    Yes, that's what I heard too.
 9        Q.    Did you see -- my question to you,
10   sir, is not what you see on the video,
11   because clearly on the video your back is to
12   Mr. Shin, correct?
13        A.    I didn't see it.
14        Q.    What made you conclude that Mr. Lee
15   pushed Mr. Shin, Mr. Lee pushed Mr. Shin?
16        A.    Because after this incident occurred
17   that's what I heard and also from the person
18   who reviewed this video footage told me so
19   this individual pushed him, that's why he
20   ended up at the police station.
21        Q.    Who is the individual that told you
22   that?
23        A.    Many people in Flushing.  And also
24   when this incident occurred I was there when
25   the police arrived at the scene and took him
```



Page 84

1    away.

2         Q.   Did you speak to the police about

3    what had happened that night?

4         A.   No, no, there was no time for it.

5         Q.   When you spoke to -- when you looked

6    at this video, excuse me, a couple of days

7    ago, do you recall whether you saw on this

8    video whether anything Mr. Lee did caused

9    Mr. Shin to fall down the stairs?

10             MR. WEISSLER:  Note my objection to

11        leading.

12        A.   Well, I didn't really watch this

13   video with in details, I learned that there

14   was such video footage, and then I was

15   curious, so I just glanced at it, but not

16   like I am watching it right now.

17        Q.   So this is we're going 2 minutes --

18   let me go back a little bit.  I'm going to

19   play the rest of it, okay, just pay

20   attention.

21        A.   Now it shows he's kicking.

22        Q.   Based on your view of this video, is

23   that Mr. Lee kicked Mr. Shin?

24             MR. WEISSLER:  Objection, there's

25        been no testimony, he didn't say that,



1          you're suggesting it to him, Counsel.

2              MS. NICOLAOU:  He just said it.

3          Read back the statement, please.

4              MR. WEISSLER:  He said he slipped.

5              MS. NICOLAOU:  No, that's not what

6          he said.  Can you please read back the

7          question and answer.

8              (Whereupon, the record was read

9          by the reporter.)

10     Q.   Mr. Lee, is it fair to say that you

11   did not see Mr. Shin go down the staircase,

12   is that right, or, excuse me, fall down the

13   staircase?

14     A.   That is correct, I did not see it.

15     Q.   That was because your back was to

16   Mr. Shin the entire time, is that right?

17     A.   Yes, correct.

18     Q.   And you were more focused on Mr.

19   Lee, is that right?

20     A.   Yes.

21     Q.   Now, over here on the screen of the

22   security camera you can see what appears to

23   be two fluorescent lightbulbs over the

24   staircase --

25     A.   Yes.



Page 86

1     Q.    -- do you see that?

2     A.    Yes.

3     Q.    Does that -- does the lighting

4  that's shown in this security camera

5  adequately represent the lighting as existed

6  on the night of Mr. Shin's accident?

7           MR. BASIL:  Object to -- I'll wait

8        until you're done translating the

9        question.

10          THE INTERPRETER:  Is it the video

11       does it adequately show how it was?

12          MS. NICOLAOU:  The lighting.

13          MR. BASIL:  I object to the form of

14       the question.

15    A.    I am not sure, but I wouldn't think

16  so, because I don't think it accurately shows

17  the condition of the lighting of the night

18  when the incident occurred, and I also ask

19  you what the reason that I change the

20  lighting in this area, to my understanding or

21  to my recollection it was never enough, never

22  bright enough or adequate lighting for that,

23  so I installed more lights so that it will be

24  brighter, so I don't think it accurately

25  shows how it was on that night.



Page 87

1       Q.    Mr. Lee, did you ever have any
2   problems that night while you were trying to
3   hold back Mr. Lee, the other Mr. Lee, did you
4   have any problems seeing in that area?
5       A.    Not like that.
6       Q.    What does that mean?  Yes or no, did
7   you have any problem seeing in the area
8   particularly on top of the staircase when
9   you're dealing with Mr. Lee and Mr. Shin that
10  night of Mr. Shin's accident?
11      A.    So which part do you mean, so if you
12  mean that was it bright enough for me to see
13  a person's face up close, yes, it was, but I
14  don't know what you mean by that.
15      Q.    So you could see people's faces, is
16  that right?
17      A.    Of course.
18      Q.    Yes, and you can see their hands, is
19  that right?
20      A.    I would think that I was able to see
21  the hand, although I can't recall
22  intentionally, intently seeing the hand.
23      Q.    Were you able to see the ground?
24      A.    That I can't recall, because I don't
25  think I looked on the floor.



Page 88

1      Q.   Did you ever speak to Min Cheol Jung

2   to ask him if he saw what had transpired that

3   night?

4      A.   I have not asked him particularly

5   did you see what happened, but we did talk

6   about what kind of incident is this, how does

7   this happen.

8      Q.   Do you know if Mr. Min Cheol Jung

9   actually witnessed the incident between Mr.

10   Lee and Mr. Shin?

11      A.   I did not ask him, but he himself

12   told me how it happened.

13      Q.   What did he tell you?

14      A.   Just how the video footage showed,

15   and then I was trying to break up the

16   argument, and then in between there was a

17   space and then this person kicked, that's how

18   he fell down the stairs.

19      Q.   So your understanding is that

20   Mr. Shin fell down the stairs because he was

21   kicked by Mr. Lee?

22      A.   Yes, correct.

23      Q.   I'm sorry if I asked you this

24   question, but did you speak to the police in

25   connection with this incident?



Page 89

1      A.    No, I did not.

2      Q.    Did you speak to anybody from the

3   district attorney's office in connection with

4   this incident?

5      A.    No, I did not.

6           MS. NICOLAOU:  I think I have no

7       further questions.

8           MR. BASIL:  Why don't we take 5

9       minutes?

10           MS. NICOLAOU:  Do you want to take

11       a quick break.

12           MR. BASIL:  Yes.

13           (Brief recess taken.)

14           MR. BASIL:  Plaintiff has no

15       questions at this point in time.

16   EXAMINATION

17   BY MS. BERKOWITZ:

18      Q.    Good afternoon, sir.  I represent

19   the karaoke bar.  I just have a few follow-up

20   questions for you.

21      A.    Yes.

22      Q.    Earlier you testified that when

23   Mr. Shin called you on the day of the

24   incident he said he was not in a good mood,

25   correct?



Page 90

1      A.    To recall about it now, I don't
2   think he particularly said that he was in a
3   bad mood, it's maybe it was my understanding.
4   So what was talked about is that where are
5   you, I'm in New Jersey, so let's see each
6   other later on, something like that.
7      Q.    So now you're saying you don't
8   recall him saying he was not in a good mood?
9      A.    That is correct.  If I said
10  something like that earlier today it's
11  probably while I was trying to guess about
12  the situation, but I don't recall him saying
13  that.
14     Q.    When you went into the other room to
15  get Mr. Shin's attention for the first time,
16  did you observe any arguing, or fighting, or
17  cursing?
18     A.    No.
19     Q.    Did you observe a friendly happy
20  atmosphere, or anything like that?
21     A.    I don't know about that either.
22     Q.    Did you see Mr. Lee drink any
23  alcohol that night, yes or no?
24     A.    Which Mr. Lee?
25     Q.    Not you.



Page 91

1          MS. NICOLAOU:  Mr. Shin?

2          MR. BASIL:  No, he asked about Mr.

3     Lee.

4          MS. NICOLAOU:  Sorry.

5     A.   No, I did not see it.

6     Q.   Was Mr. Shin the oldest gentleman in

7  the room that he was in while he was

8  drinking?

9     A.   I wouldn't know, I don't know.

10    Q.   You testified earlier that Mr. Lee

11 appeared intoxicated to you, what's the basis

12 for that testimony?

13    A.   Well, just a common sense that I

14 smelled alcohol off from his breath when he

15 was speaking, and also, you know, the

16 demeanor or how he reacted was appeared, it

17 was like a drunk person.

18    Q.   What about his demeanor led you to

19 believe that he was drunk?

20    A.   Just that overall situation of that

21 night led me to believe that.

22    Q.   Was there anything specific about

23 his demeanor that led you to believe that?

24    A.   I would say the words he spoke and,

25 for example, I was trying to calm them down



1    and break up the argument.  If it was a sober

2    person, the person would have understood and

3    then probably just leave in peace, but then

4    he would not listen to me and then still

5    added, so.

6         Q.   And this was on the landing that you

7    observed this demeanor?

8         A.   What do you mean by that?

9         Q.   You said that you observed his

10   demeanor and that he appeared intoxicated,

11   was that on the landing that you made these

12   observations?

13        A.   Yes, there, that's the biggest part.

14        Q.   What do you mean the biggest part?

15        A.   The other part would be the fact

16   that he was cursing and following another

17   person, so I would think that it's not a

18   sober person.

19        Q.   When Mr. Lee followed Mr. Shin out

20   of the room was anybody else present in the

21   hall besides for you, Mr. Lee, and Mr. Shin?

22        A.   I would assume so, but I can't

23   recall exactly.

24        Q.   Did you ever talk to any employees

25   of the karaoke club about this accident?



Page 93

```
 1        A.    No.
 2        Q.    Did you ever talk to any employees
 3   at the karaoke bar about Mr. Lee being
 4   intoxicated?
 5        A.    No.
 6              MS. BERKOWITZ:  Thank you.
 7   EXAMINATION
 8   BY MR. WEISSLER:
 9        Q.    Good afternoon, Mr. Lee.
10        A.    Good afternoon.
11        Q.    My name is Steven Weissler.  I'm an
12   attorney with the law office of Longo and
13   D'Apice.  We are the attorneys for the
14   defendant Young K. Lee in this lawsuit.  I'm
15   going to be asking you some questions about
16   the night of April 21st to April 22nd, 2017.
17   If you don't understand any of the questions
18   I ask, please tell me, and I'll be glad to
19   rephrase the question.  If I'm not speaking
20   loud enough, or you're not sure if you heard
21   the question, please tell me --
22        A.    Yes.
23        Q.    -- I'll be glad to repeat the
24   question, or we can have the young lady court
25   reporter repeat the question.
```



Page 94

```
 1        A.    Yes.
 2        Q.    Do you understand everything I've
 3   said so far?
 4        A.    Yes.
 5        Q.    What is your date of birth?
 6              MR. WEISSLER:  We'll just leave the
 7         year for the record.
 8        A.    1962.
 9        Q.    Where were you born?
10        A.    Seoul, Korea.
11        Q.    When did you first come to the
12   United States?
13        A.    In '80s, but to my recollection I
14   think it's either 1984 or 1985.
15        Q.    Are you a United States citizen?
16        A.    Yes.
17        Q.    When did you become a United States
18   citizen?
19        A.    Around '90, 1990.
20        Q.    You'll forgive me for asking this
21   question, but I have to ask it, have you ever
22   been convicted of a crime?
23        A.    No.
24        Q.    What do the letters CMJJ stand for?
25        A.    That's the initials of my family
```



1    members' names.

2         Q.    When you first started the Picnic

3    Garden restaurant at 154-05 who was the owner

4    of that building?

5         A.    Mr. Wang, family.

6         Q.    Did you have a lease with the Wang

7    family when you first opened the restaurant?

8         A.    You mean at this address?

9         Q.    Yes.

10        A.    Yes.

11        Q.    As of the date of this incident,

12   April 22, 2017, who was the owner of the

13   entire building?

14        A.    Wang family.

15        Q.    When you went to dinner with

16   Mr. Jung on April 21st were you celebrating

17   anything?

18        A.    No.

19        Q.    What was the reason that you were

20   having dinner with Mr. Jung that night?

21        A.    Just relationship.

22        Q.    Are you related to him by family?

23        A.    It's family friends.

24        Q.    I'm sorry?

25        A.    We're family friends.



Page 96

```
1         Q.    When you spoke with Mr. Shin from
2    the restaurant, that would be the restaurant
3    where you were with Mr. Jung, who called who,
4    did you call Mr. Shin or did Mr. Shin call
5    you?
6         A.    Mr. Shin called me.
7         Q.    Did you expect a call from him that
8    night?
9         A.    No.
10        Q.    Was Mr. Shin's bank, the Noah Bank,
11   financing the purchase of the building at
12   154-05 Northern Boulevard?
13        A.    Yes.
14        Q.    When Mr. Shin called you, did he ask
15   you to meet him at the karaoke bar?
16        A.    No.
17        Q.    Did you tell Mr. Shin that you
18   wanted to celebrate the purchase of the
19   building with him?
20        A.    No.
21        Q.    How many floors did the building
22   have at 154-05?
23        A.    Three-story building.
24        Q.    Did it also have a basement?
25        A.    Yes, there is.
```



Page 97

```
 1        Q.    Did the restaurant occupy the
 2   basement and the first floor?
 3        A.    No, just the first floor.
 4        Q.    Who occupied the basement?
 5        A.    It's an empty space, just a storage
 6   space.
 7        Q.    Who stores things in the basement?
 8        A.    It's not occupied by any specific
 9   party or person.  So there's some mechanical
10   stuff located in the basement, and anybody
11   could use it.  Also, the mechanic room for
12   AT&T antennas and it's in that space too.
13        Q.    As of the date of the incident,
14   April 22, 2017, who occupied the third floor?
15        A.    So on the third floor I think three
16   or four businesses were occupying that space,
17   it's an office area, so my understanding is
18   that there was an attorney's office, a real
19   estate broker's office, and that there was
20   also skin care place called Nuskin,
21   N-U-S-K-I-N.
22        Q.    Did you personally do a walk-through
23   of the building before the closing on
24   April 30, 2017?
25        A.    No, I did not.
```



Page 98

1      Q.    Was there a reason that you changed

2   the staircase after the incident of April 22,

3   2017?

4      A.    Yes, because I had renovated the

5   whole building, so changing the exterior,

6   also renovated the third floor of the

7   building, so it was a part of it.

8      Q.    Did anyone recommend that you change

9   the staircase?

10     A.    No, I decided it myself.

11     Q.    When you made changes to the

12  staircase, did you change the railings?

13     A.    Yes, everything was changed.

14     Q.    At the time of this accident of

15  April 22, 2017 were there two railings on the

16  staircase?

17     A.    No, just one side.

18     Q.    When you changed the railings, did

19  you add a second railing?

20     A.    I did not.

21     Q.    Is there still just one railing as

22  of today?

23     A.    Yes, that's correct.

24     Q.    What change did you make to the

25  railing after the day of the accident?



Page 99

```
 1        A.    Do you mean the rail?

 2        Q.    Did you remove the old railing?

 3        A.    Yes, of course.

 4        Q.    Did you put in a new railing?

 5        A.    Correct.

 6        Q.    How did the new railing compare with

 7    the old railing?

 8        A.    So the old railing was in the shape

 9    of a panel, the wood panel, so it was wide

10    like this.

11            THE INTERPRETER:  Indicating about

12        a foot.

13            MS. NICOLAOU:  I just object to the

14        indication.  Can you have him just

15        raise his hand about the railing's

16        width.  That's not a foot.

17            THE INTERPRETER:  Not a foot.

18            MS. NICOLAOU:  I don't know how

19        much it is.

20            MR. BASIL:  I'm going to guess

21        5 inches.

22            MS. NICOLAOU:  I'd rather not

23        guess, but definitely can say it's not

24        a foot, nor is it half a foot,

25        definitely less than half a foot, but
```



Page 100

1            I'm not going to take a guess of the
2       width.
3       Q.   Let me try it this way.  The old
4  railing, was it round, or was it square, or
5  something else?
6       A.   So I would say square-ish, but also
7  rounded on the edges.
8       Q.   What was the composition of the new
9  railing?
10       A.   So it's a baton made of stainless
11  steel.
12       Q.   Is the new railing wider, or less
13  wide, or the same width as the old railing?
14       A.   Smaller.
15       Q.   Earlier you were measuring with your
16  fingers the railing, was that the width of
17  the railing?
18       A.   Yes, when I look at it from the
19  side.
20       Q.   So when you were holding your hands
21  to show the width of the railing, can you
22  show me on this legal pad how wide it was?
23       A.    I wouldn't be able to estimate or
24  gauge the width of the rail, what I was
25  trying to state to describe the old railing



1    is that to my understanding it appeared that

2    it's something of a width that a person could

3    have difficulty grabbing it, so that's why I

4    made a change to the railing.

5           MR. WEISSLER:  Move to strike that

6        portion which is not responsive to the

7        question.

8        Q.   Sir, I'm going to show you this

9    legal pad, this is an 8 by 11, I think we can

10   all agree it's an 8 by 11 legal pad, without

11   telling me how many inches, I'm just going to

12   ask you, can you indicate with your hand, as

13   you did before when you put your hand over

14   the pad, can you just show me from the top to

15   approximately how wide the railing would be?

16          MS. NICOLAOU:  Just note my

17       objection.  He's already testified he

18       couldn't really estimate.

19          MR. WEISSLER:  But again, he put

20       his hand over it, Counselor, I'd like

21       him to put his hand over it.

22          MS. NICOLAOU:  He put his hand over

23       it because he was talking.

24          MR. WEISSLER:  Counselor, please

25       don't characterize it.  I didn't



Page 102

1          interrupt your deposition, don't

2          interrupt mine.

3      Q.    Please just indicate with your hand

4  again.

5          MS. NICOLAOU:  Note my objection.

6      A.    So when I used my hand to estimate,

7  I didn't really estimate the width of the

8  railing, to clarify, so I won't be able to

9  give you an estimate using this legal pad.

10  So to clarify my response to your question is

11  that the reason I decided to make the change

12  to the rail was that, well, first of all, I

13  never actually grabbed the railing myself

14  with my own hands, it's my observation, and I

15  concluded that it would be a width or

16  something of a shape that a person wouldn't

17  be able to grab it instantly, and so that's

18  why, whether somebody tells me to fix it or

19  not, I wanted to fix the railing with

20  something with a different shape.

21          MR. WEISSLER:  Move to strike that

22          portion which is not responsive to the

23          question.

24      Q.    * I'm going to show you this legal

25  pad again, was the railing as wide as this



Page 103

1   legal pad, or was it less than the width, I'm

2   sorry, less than the length of this legal

3   pad?

4           MR. BASIL:  Objection.  He's

5       already testified he can't answer.

6       Don't answer the question.

7           MR. WEISSLER:  He hasn't testified

8       he can't answer.

9   Q.    Answer the question.

10          MR. BASIL:  No, don't answer the

11      question.

12          MR. WEISSLER:  You're directing him

13      not to answer?

14          MR. BASIL:  I'm directing him not

15      to answer.

16          MS. NICOLAOU:  Can we have the last

17      question, not this question, the one

18      before that, and the answer read back,

19      please.  The two questions before when

20      he asked him to describe it on the pad.

21          (Whereupon, the record was read

22      by the reporter.)

23          MR. WEISSLER:  Please mark it for a

24      ruling, my last question.

25   Q.    Did you speak to the architect



Page 104

1     before the closing on April 30, 2017?

2          A.   With an architect about what, no.

3          Q.   Did you talk to the architect about

4     the stairway before the closing?

5          A.   No.

6          Q.   When you made changes to the

7     stairway, did you make any changes to the

8     lighting?

9          A.   Yes, everything was changed.

10         Q.   How did the new lighting compare

11    with the old lighting?

12         A.   It's brighter.

13         Q.   Did you add any fixtures?

14         A.   So yes, I would say that.  So I

15    changed the fixtures so rather than the old

16    one just one is sticking out, so I actually

17    added fixtures all the way up to the second

18    floor.

19         Q.   When you say you added fixtures, was

20    that alongside the walls of the stairway?

21         A.   No, on top, on the top.

22         Q.   I believe you told us earlier about

23    the general contractor Lan Construction, do

24    you remember telling us about that?

25               MS. NICOLAOU:  Hana?



Page 105

1      A.    Yes.

2      Q.    I'm sorry, that was Hana

3   Construction, is that right?

4      A.    Yes.

5      Q.    Do you have any records in your home

6   about the work performed by the general

7   contractor, Hana Construction?

8      A.    No, I do not.

9      Q.    How did you get to the karaoke bar

10  at 154-05 after having dinner with Mr. Jung?

11     A.    As I mentioned, I walked.

12     Q.    At approximately what time did you

13  arrive at the karaoke bar?

14     A.    As I mentioned before, I do not

15  recall exactly, but probably between 9:00 and

16  10:00.

17     Q.    At approximately what time did you

18  first see Mr. Shin that evening?

19     A.    I do not know.

20     Q.    Was it before midnight or after

21  midnight?

22     A.    When do you mean, for the first time

23  when I saw him?

24     Q.    Yes, that would be the very first

25  time.



Page 106

1          A.    That I --

2                THE INTERPRETER:  Sorry.

3          A.    The time when I met him there was,

4     of course, before 12:00.

5          Q.    When you first met him was that

6     closer to 10:00, or was it closer to

7     midnight?

8          A.    I do not recall.

9          Q.    When you first saw Mr. Shin did he

10    come into your room, or did you go into his

11    room?

12         A.    What do you mean?

13         Q.    Did Mr. Shin have a separate room

14    than your room?

15         A.    Maybe you didn't listen to me when I

16    was testifying before, but it's not like

17    Mr. Shin had a separate room.  I met Mr. Shin

18    in that room where I was at.

19         Q.    When you say the room where you

20    were, was that where Mr. Jung was?

21         A.    Yes, correct.

22         Q.    Before Mr. Shin came did you order

23    one bottle of Johnny Walker whiskey?

24         A.    As I said before, I have no clear

25    recollection who or at first when anybody



Page 107

1   arrived there what was done, I can't recall.

2          MR. WEISSLER:  Move to strike that

3       portion which is not responsive to the

4       question.

5       Q.   Do you remember telling us earlier

6   that there was -- that someone ordered one

7   bottle for the room, is that correct?

8       A.   Yes, and I would only -- I could

9   only assume so because somebody ordered it,

10  that's why the drink was brought into the

11  room.

12      Q.   Was that Johnny Walker whiskey?

13      A.   I have no recollection whether it

14  was Johnny Walker or not.  It was whiskey,

15  some sort of whiskey.

16      Q.   Approximately what time did you

17  leave the karaoke bar?

18      A.   I do not know, I can't recall.

19      Q.   Was it after midnight?

20      A.   I don't know about that.  I mean, if

21  I had known, I would have given you the

22  estimate.

23      Q.   At approximately what time did

24  Mr. Shin fall down the staircase?

25      A.   How would I know, I don't know.



Page 108

1      Q.   During the time that you were in the
2 room with Mr. Jung, until the time that you
3 left, did anyone order another bottle of
4 whiskey?
5      A.   I do not know, I have no
6 recollection of that.
7      Q.   Was any beer served in the room
8 where you were with Mr. Jung?
9      A.   I don't recall.  I don't know.
10      Q.   During the time that you were in the
11 room with Mr. Jung, from the time you arrived
12 between 9:00 and 10:00, and whenever you left
13 to go home, were there any women servers in
14 your room?
15           MS. BERKOWITZ:  Objection to the
16        form of the question.
17      A.   Yes, it's part of the karaoke
18 system, so women, the employees, would come
19 in -- go in and out of the room and serve.
20      Q.   What did they serve?
21      A.   So sometimes they would pour drinks,
22 and then they would talk to the guests.
23      Q.   Did the women give massages?
24      A.   No.
25      Q.   Did the women give lap dances?



Page 109

1        A.    No.

2        Q.    Did the women dance on poles?

3        A.    There's no pole.

4        Q.    How long did Mr. Shin remain in your

5   room after he came in for the first time?

6        A.    As I said before, I don't recall for

7   how long, but I recall that he didn't stay in

8   that room for long, it was short.

9        Q.    During that short time that he was

10  in the room did any of the women serve him

11  whiskey?

12       A.    That I don't recall after he was in

13  the room who served what to whom, I can't

14  recall.

15       Q.    After Mr. Shin stayed for a short

16  time in your room, did he go back to his

17  room?

18       A.    What do you mean by he?

19            MR. WEISSLER:  Can you read back my

20        question, please.

21            (Whereupon, the record was read

22        by the reporter.)

23       A.    So I think you misunderstood the

24  room situation, that's why I was confused.

25  It's not like Mr. Shin had a separate room to



Page 110

1    himself, where I was the room I was in was

2    Mr. Shin's room, so we're supposed to meet

3    there, but he left the room and went to

4    another room.

5         Q.   How long was Mr. Shin in the other

6    room before you went and opened the door and

7    waived for him to come over?

8              MS. NICOLAOU:  Can we get a

9         clarification, first or second time?

10        A.   As I testified before, I don't know,

11   I can't recall exactly, because it's a

12   drinking situation, I wasn't exactly timing

13   how long he was staying in the other room.

14        Q.   After you poked your head into that

15   other room and Mr. Shin didn't come back --

16   didn't come back with you, did you go back to

17   your room?

18        A.   Yes, as I testified before.

19        Q.   How long did you remain in your room

20   before you went to the other room for the

21   second time?

22        A.   I do not recall.

23        Q.   Between the time that you were --

24   you poked your head into Mr. Shin's room the

25   first time, and the time that you poked your



Page 111

1    head in there the second time, did you have

2    anything to drink in your room?

3         A.   I didn't drink much.  I don't think

4    I drank much, as I testified before, for the

5    reason I testified for before.

6         Q.   Between the first time you poked

7    your head in Mr. Shin's room and the second

8    time you poked your head in Mr. Shin's room

9    did anyone in your room order a second bottle

10   of whiskey?

11        A.   I do not know.

12        Q.   Do you remember how much was the

13   bill for the room where you stayed with

14   Mr. Jung that night?

15        A.   No, I can't recall.

16        Q.   I'm going to show you what's been

17   previously marked as -- it's been previously

18   marked as Defendant's Exhibit B from

19   February 1st, 2019.  Take a look at that, and

20   please take your time.

21        A.   They gouged me.

22        Q.   Is that the bill you paid for your

23   room?

24             MS. BERKOWITZ:  Move to strike the

25        portion that was not responsive.



Page 112

1          A.    I don't recall paying for it, but if

2     this was the bill brought to me, to the room

3     where I was, then I must have paid it.  So

4     according to that --

5          Q.    When you look at the top of the

6     page, can you see where it says black two

7     bottles $200?

8          A.    Yes, but I think there's something

9     wrong with it.

10         Q.    Does that refresh your memory that

11    two bottles of whiskey were ordered for your

12    room?

13         A.    No.

14               MS. NICOLAOU:   Can I see.

15         Q.    When you paid the bill that night

16    did you pay by cash, or by check, or

17    something else?

18         A.    I don't recall.

19         Q.    I'm going to show you what's been

20    previously marked as Defendant's Exhibit C

21    from February 1st, 2019.  Take your time and

22    take a look at that, and tell me if you

23    recognize that document?  Have you ever seen

24    that document before?

25         A.    No.



1      Q.   Do you see at the bottom where it
2   says $1,500 cash?
3      A.   Yes.
4      Q.   Was that the amount that you paid
5   for the service in your room?
6      A.   No, this is not my bill.  That one
7   appears mine.
8      Q.   That one appears what?
9           THE INTERPRETER:  Mine.
10      Q.   When you say that one, you're
11   talking about Exhibit B?
12      A.   So if that one is B or A.
13      Q.   There's no A.
14      A.   Shown in B and C.  So the one you're
15   holding right now is my bill, appears so.
16      Q.   That's Exhibit B.
17           MR. BASIL:  Correct.
18      Q.   At the top of the page do you see
19   some Asian or Korean symbols at the top of
20   Exhibit B?
21      A.   Yes.
22      Q.   Do you know what those symbols stand
23   for?
24      A.   So on top of this document on the
25   top right side and I see this the Korean



Page 114

1    characters so Jason the phonetic spelling in

2    Korean, which is my name, and next to it it

3    says Shin president of the bank.

4         Q.   The other symbols are the names,

5    women's names?

6         A.   I don't know what they are.

7         Q.   I'm going to show you Exhibit C,

8    that was the bill for $1,500.  Is Mr. Shin's

9    name at the top of that?

10        A.   No, his name is not there.

11        Q.   Do you know what those symbols stand

12   for at the top of that page?

13        A.   Which one do you mean?

14        Q.   You can start at the left side and

15   go to the right side.

16        A.   Yes, they are in Korean.

17        Q.   Are they the names of people?

18        A.   The ones, yes, they appear to be

19   people's names.

20        Q.   Are they women's names?

21        A.   Yes, correct.

22        Q.   Sir, I'm going to ask you to put

23   your cell phone away and turn it off until

24   we're finished.

25             MR. BASIL:  He can do what he



Page 115

1          wants.

2               MR. WEISSLER:  If you're his

3          attorney --

4               MR. BASIL:  I am his attorney.

5               MR. WEISSLER:  -- then you should

6          instruct him to turn it off and show

7          some respect.

8          A.    I am overtime now, I pay over $200,

9     who going to pay to me.

10              MR. BASIL:  Why don't you ask

11         relevant questions so we can get out of

12         here and not repeat questions that have

13         already been asked.

14         A.    How many times repeat now.

15              MR. BASIL:  He's been asked to

16         repeat time and time again questions

17         that have been previously asked that

18         are of limited importance, so if Mr.

19         Lee needs to check his cell phone

20         because you are interrupting his

21         business, then he shall continue doing

22         that during the course of this

23         deposition.

24              MR. WEISSLER:  Please mark it for a

25         ruling.



Page 116

```
 1              MR. BASIL:  There's no need to mark
 2          a transcript for a ruling.
 3              MR. WEISSLER:  Certainly is.  I
 4          don't think Magistrate Gold would
 5          appreciate that conduct, sir, and I
 6          will continue.  I am entitled to
 7          conduct a complete deposition when I
 8          choose.
 9              MR. BASIL:  There's no reason to
10          mark a transcript, that went out in the
11          '50s.  You may continue.
12      Q.   The person who you later learned to
13  be Young K. Lee, did you ever meet Young K.
14  Lee prior to the night of April 21st to April
15  22nd, 2017?
16              MR. BASIL:  I object to the
17          question, as that this has been asked
18          before.  The only possible reason to
19          ask it again is to badger this witness.
20          How many times do we have to hear the
21          same question in this deposition.
22      Q.   When you went out of the room and
23  onto the landing and stood between Mr. Shin
24  and the person who you later learned to be
25  Young K. Lee, were you intoxicated at that
```



Page 117

1    time?

2         A.    No.

3         Q.    Other than looking at the video, did

4    you see Young K. Lee kick Mr. Shin?

5              MR. BASIL:  Objection.  Was this

6         question not already asked?

7              MR. WEISSLER:  I'm allowed to

8         conduct a complete deposition, if

9         that's what I choose to do, Counselor.

10        I am fully within my rights and fully

11        within the federal court rules.

12             MR. BASIL:  You are not allowed to

13        badger this witness.

14             MR. WEISSLER:  I am not badgering

15        the witness, I'm conducting a

16        deposition.

17             MR. BASIL:  That's your opinion.

18             MR. WEISSLER:  Please read back the

19        question, and again note for the record

20        that the witness has failed to put down

21        his telephone.  And I don't know what

22        he's looking up, he could be Googling

23        things about this particular case, and

24        it's highly irregular.

25             (Whereupon, the record was read



Page 118

1        by the reporter.)

2        A.    No.

3        Q.    When you put both your hands on

4    either side of Mr. Young K. Lee's face, what

5    were you saying to him?

6        A.    So I don't recall what I said

7    exactly at the moment, but everything that I

8    said in that situation is that let's stop

9    this, let's not do this, let us go home.

10        Q.    What was the reason that you put

11   your hands on Mr. Young K. Lee's face?

12        A.    So I would say it's a part of Korean

13   culture, he was a stranger to me, I didn't

14   personally know him, but then it was more

15   like, you know, touch him, physical contact,

16   and then say let's not do this, we're same

17   Korean people, and try to soften the

18   situation, I would say.

19        Q.    Before Mr. Shin fell down the stairs

20   did any portion of your body come in contact

21   with any portion of Mr. Shin's body?

22        A.    No.

23        Q.    When you looked at the video earlier

24   was there a reason that you were shaking

25   hands with Young K. Lee?



Page 119

1           A.    It's the same thing that I explained

2      before, it's the same Korean people, I wanted

3      to make a friendly physical contact so that I

4      could calm him down, let's not do this, let's

5      go home.

6           Q.    Were you angry with Mr. Shin for not

7      drinking with you that night?

8           A.    No.

9           Q.    Where was Mr. Jung at the time that

10     Mr. Shin fell down the stairs?

11          A.    I do not know, I am sure that he was

12     in that same area, but I don't know where he

13     was exactly.

14              MR. WEISSLER:  I have nothing

15           further, thank you.

16     CONTINUED EXAMINATION

17     BY MS. NICOLAOU:

18          Q.    Mr. Lee, really quick, this is going

19     to be quick.  I'm going to show you what's

20     been marked Defendant's Exhibit H dated

21     February 1st, 2019.  Do you recognize what's

22     shown in this photograph, yes or no?

23          A.    No.

24          Q.    Do you recognize this staircase to

25     be the staircase leading from the karaoke bar



Page 120

1    down to the first floor of the building?

2          A.    Yes, correct.

3          Q.    This is how the staircase looked on

4    the date of the accident, is that right?

5          A.    Yes.

6          Q.    Do you see a banister on each side?

7          A.    Yes.

8          Q.    Based on this photograph, is it

9    correct to say that there were two banisters,

10   one on each side, on the date of the

11   accident?

12         A.    It appears so.

13         Q.    The banisters that are shown in this

14   photograph, those are the banisters that you

15   were trying to describe before, is that

16   right, the ones that you replaced?

17         A.    Yes, it is, this is it.

18              MS. NICOLAOU:   Thank you.   No

19         further questions.

20              (Time Noted:   4:50 p.m.)

21

22

23

24

25



Page 121

1             A C K N O W L E D G E M E N T

2        I, CHUNG K. LEE, hereby certify that I

3   have read the transcript of my testimony taken

4   under oath on May 28, 2019, that the

5   transcript is a true, complete and correct

6   record of what was asked, answered and said

7   during my testimony under oath, and that the

8   answers on the record as given by me are true

9   and correct.

10

11   _____

12   CHUNG K. LEE

13

14

15

16   Signed and subscribed to

17   before me, this _____ day

18   of _____, _____.

19

20   _____

21   Notary Public

22

23

24

25



Page 122

1              C E R T I F I C A T E

2         I, JOI RAFKIND, a shorthand reporter and

3    Notary Public within and for the State of New

4    York, do hereby certify:

5         That the witness whose testimony is

6    hereinbefore set forth was duly sworn by me,

7    and the foregoing transcript is a true record

8    of the testimony given by such witness.

9         I further certify that I am not related

10   to any of the parties to this action by blood

11   or marriage, and that I am in no way

12   interested in the outcome of this matter.

13

14

15                    _____

16                    JOI RAFKIND

17

18

19

20

21

22

23

24

25



```
 1                        ERRATA SHEET
         PAGE/LINE              CORRECTION
 2       _____
         _____
 3       _____
         _____
 4       _____
         _____
 5       _____
         _____
 6       _____
         _____
 7       _____
         _____
 8       _____
         _____
 9       _____
         _____
10       _____
         _____
11       _____
         _____
12       _____
         _____
13       _____
         _____
14       _____
         _____
15       _____
         _____
16       _____
         _____
17       _____
         _____
18       _____
         _____
19       _____
         _____
20       _____
         _____
21       _____
         _____
22       _____
         _____
23       _____
         _____
24       _____
         _____
25       _____
```



```
 1    _____
      _____
 2    _____
      _____
 3    _____
      _____
 4    _____
      _____
 5    _____
      _____
 6    _____
      _____
 7    _____
      _____
 8    _____
      _____
 9    _____
      _____
10    _____
      _____
11    _____
      _____
12    _____
      _____
13    _____
      _____
14    _____
      _____
15    _____
      _____
16    _____
      _____
17    _____
      _____
18    _____
      _____
19    _____
      _____
20
21
22
23
24
25
```



**A**

**ability** 7:20
**able** 87:20,23
100:23 102:8,17
**accident** 11:22
15:10 29:25 30:5
30:21 38:12 54:20
55:2 72:6 86:6
87:10 92:25 98:14
98:25 120:4,11
**accompanied** 54:4
74:24
**accounts** 40:2,3
**accurately** 6:3
86:16,24
**acquaintances** 60:8
**action** 7:1,8,13
122:10
**add** 98:19 104:13
**added** 92:5 104:17
104:19
**additional** 25:5,9
32:23
**address** 6:18 37:4
37:14,18 95:8
**adequate** 86:22
**adequately** 86:5,11
**administer** 5:16
**advance** 73:14
**afternoon** 89:18
93:9,10
**ago** 11:15 15:11
38:16 39:3,4
72:17,24 84:7
**agree** 101:10
**AGREED** 5:3,9,14
**Agreement** 1:20
**AHMUTY** 2:8
**ajar** 61:22
**alarm** 23:16,19
**Albertson** 2:10
**alcohol** 57:6,7
58:10 90:23 91:14
**Alex** 33:1,10,11
34:18

**allowed** 17:4,17,18
117:7,12
**alongside** 104:20
**amount** 50:20
113:4
**angrier** 80:11 81:8
81:17
**angry** 81:11 119:6
**answer** 8:15 12:20
18:12 19:3 21:14
23:15 26:23 27:8
32:21 35:15 41:24
50:6 67:19,23
68:4 69:8 85:7
103:5,6,8,9,10,13
103:15,18
**answered** 121:6
**answering** 8:9
**answers** 6:6 7:19
121:8
**antennas** 97:12
**anybody** 54:1 64:8
64:12 89:2 92:20
97:10 106:25
**anyway** 58:8
**apart** 66:10 79:10
**apologies** 10:3 30:5
**appear** 50:21 58:16
70:17 77:15
114:18
**Appearances** 2:21
**appeared** 58:18
70:22 81:17 91:11
91:16 92:10 101:1
**appears** 74:14
76:17 77:21 78:17
78:25 82:11 85:22
113:7,8,15 120:12
**appointment** 41:11
**appraisal** 26:5
**appraiser** 26:13,15
**appraisers** 27:1
**appreciate** 116:5
**approval** 26:6
**approximately**
18:9 20:22 101:15

105:12,17 107:16
107:23
**April** 9:21 11:17,20
12:1,5 13:8 17:17
18:3,11 19:21
20:8 21:9,17 22:3
22:8,16,19 23:11
23:13 24:5,9 28:9
39:18 40:25 41:6
45:16,25 93:16,16
95:12,16 97:14,24
98:2,15 104:1
116:14,14
**architect** 25:24
26:9 32:13,24
34:21 37:9 103:25
104:2,3
**area** 21:2 86:20
87:4,7 97:17
119:12
**arguing** 90:16
**argument** 70:8
79:3 88:16 92:1
**arm** 76:15,21,23
**arrangement** 41:22
**arrested** 9:19
**arrive** 38:21 105:13
**arrived** 47:8,12
49:3,13,25 50:22
51:1 53:12,14,15
54:15,17 55:12
83:25 107:1
108:11
**arriving** 38:24 54:8
**Asian** 113:19
**asked** 8:18 18:15
32:13 56:13 88:4
88:23 91:2 103:20
115:13,15,17
116:17 117:6
121:6
**asking** 7:18 19:19
20:3 78:10,11
93:15 94:20
**asleep** 64:6
**assailing** 80:20

**assignment** 15:24
16:1
**assume** 8:16 55:21
92:22 107:9
**ate** 43:1
**atmosphere** 57:21
58:6 90:20
**attend** 17:7
**attended** 19:21
**attention** 77:3
84:20 90:15
**attorney** 4:13 19:1
32:2 38:7 72:18
73:20,21,25 93:12
115:3,4
**attorneys** 2:3,8,14
3:3 5:4 93:13
**attorney's** 89:3
97:18
**AT&T** 97:12
**August** 24:18,25
**authorized** 5:16
**average** 21:22
44:17
**awake** 64:6
**aware** 26:8 41:5,8
**a.m** 1:16

**B**

**B** 111:18 113:11,12
113:14,16,20
**back** 13:8 17:17
18:3 19:13 31:18
38:19 39:17 41:24
43:19 47:5,24
50:6 56:9,12,14
56:15 59:5 60:19
61:25 64:20 66:25
67:25 69:7,19
77:19 79:9,9,23
81:4,25 83:11
84:18 85:3,6,15
87:3 103:18
109:16,19 110:15
110:16,16 117:18
**bad** 82:1 90:3

**badger** 116:19
117:13
**badgering** 117:14
**banister** 120:6
**banisters** 120:9,13
120:14
**bank** 25:19,22 26:2
26:9,16 27:9,12
27:22 29:22 39:25
40:2,6,19 96:10
96:10 114:3
**bar** 15:3,19 16:2,5
17:16,22 18:3,7,7
18:10,24 19:22
20:9 21:8,17,23
22:4,7,19,23 23:1
23:3,8 24:3,8,11
41:2,6 47:8,21
48:3,15 49:3,14
49:25 50:23 53:12
60:14 64:3 68:16
71:3 89:19 93:3
96:15 105:9,13
107:17 119:25
**bars** 21:2
**based** 21:22 53:3
77:4 78:17 82:2
84:22 120:8
**basement** 96:24
97:2,4,7,10
**basically** 61:3,19
61:21
**Basil** 2:3,5 16:10,17
19:7,11,13,23
20:1,3 24:20
27:17 30:2 35:1
65:22 72:8 73:5
73:18,22,24 81:12
86:7,13 89:8,12
89:14 91:2 99:20
103:4,10,14
113:17 114:25
115:4,10,15 116:1
116:9,16 117:5,12
117:17
**basis** 39:9 91:11



**baton** 100:10
**Battery** 1:13
**Bayside** 6:20
**BBQ** 12:16,18,23
    12:24 13:3 45:6,8
    45:9
**beer** 42:21,25 43:2
    43:5,6,8,9,11,15
    46:7 47:4 108:7
**beers** 43:10 49:15
    50:17
**beginning** 29:21
**believe** 7:8 11:19
    13:12,16 18:4,12
    24:18 27:9 31:15
    34:13 40:9 47:11
    49:9 55:6 59:23
    72:8 73:5 91:19
    91:21,23 104:22
**believed** 60:13
**Berkowitz** 2:11 4:4
    16:8 18:21 55:3
    75:11 89:17 93:6
    108:15 111:24
**best** 7:20 39:19,22
    80:14,15
**beverages** 50:10
**bid** 34:9
**big** 58:9
**biggest** 92:13,14
**bill** 63:19 111:13,22
    112:2,15 113:6,15
    114:8
**birth** 94:5
**bit** 59:20 68:21
    77:19 81:1,2
    84:18
**bitch** 70:7
**black** 112:6
**block** 37:24
**blocks** 37:24
**blood** 122:10
**Bob** 18:18 19:25
    73:17,17
**body** 118:20,21
**Bok** 36:21

**born** 75:4 94:9
**bottle** 51:18 52:7
    52:11,12 55:6
    106:23 107:7
    108:3 111:9
**bottles** 55:1 112:7
    112:11
**bottom** 74:18 113:1
**bought** 15:23
**Boulevard** 7:5,11
    8:24 10:19 13:11
    13:19 19:22 20:10
    21:9 22:5 24:16
    31:3,23 35:7
    37:23 45:17 47:5
    48:5 96:12
**break** 65:17 66:9
    66:18 68:19 79:3
    79:10 88:15 89:11
    92:1
**breath** 91:14
**Brief** 89:13
**briefly** 69:19
**bright** 86:22 87:12
**brighter** 86:24
    104:12
**bring** 51:24
**Broadway** 2:4
**broker's** 97:19
**Brooklyn** 3:5
**brought** 52:15
    107:10 112:2
**Buffet** 12:24 13:3
    45:8
**building** 11:10
    13:20 14:16 25:12
    25:23 26:17 29:18
    31:9 32:6,6,10,15
    32:17 34:15 36:13
    36:15 48:13 95:4
    95:13 96:11,19,21
    96:23 97:23 98:5
    98:7 120:1
**business** 12:23
    13:18 15:8 16:24
    24:1 37:19 39:24

40:3,17,18 41:11
    42:2 44:7,8,10,14
    49:10 57:16
    115:21
**businesses** 39:13
    97:16
**busy** 39:13 41:15
**button-down** 74:15
**buzz** 49:20 57:6
**B-O-K** 36:22

---

## C

**C** 2:1 3:1 112:20
    113:14 114:7
    121:1 122:1,1
**cab** 47:6
**call** 33:12 42:21
    79:16 96:4,4,7
**called** 6:1 37:2
    41:14 44:25 61:3
    61:16 89:23 96:3
    96:6,14 97:20
**calls** 27:7
**calm** 80:19 91:25
    119:4
**calming** 81:1,2
**camera** 75:13,14
    85:22 86:4
**captures** 72:13
**card** 37:19
**cards** 37:20
**care** 97:20
**Carmen** 2:18 6:24
    19:23
**carpeting** 34:4
**case** 7:7 19:1 30:11
    30:15 117:23
**cash** 63:18 112:16
    113:2
**caused** 84:8
**CC** 43:11 50:19
**celebrate** 96:18
**celebrating** 95:16
**cell** 114:23 115:19
**Certainly** 116:3
**certification** 5:6

**certify** 121:2 122:4
    122:9
**change** 28:12 33:19
    86:19 98:8,12,24
    101:4 102:11
**changed** 33:24,25
    98:1,13,18 104:9
    104:15
**changes** 28:7,11
    29:14,16 98:11
    104:6,7
**changing** 98:5
**characterize**
    101:25
**characters** 114:1
**Chartwell** 1:13
    2:14
**check** 32:20 112:16
    115:19
**checking** 32:17
**Cheol** 42:10 47:19
    47:20 50:2,17,21
    52:23,25 53:4,23
    55:23 60:6 63:11
    74:23 75:9,10
    88:1,8
**chicken** 42:21,25
    43:1,5,7,8 46:7
    47:4
**Choi** 36:21
**choose** 116:8 117:9
**Chung** 1:18 4:3 6:9
    6:17 121:2,12
**citizen** 94:15,18
**clarification** 10:1
    26:19 45:19 110:9
**clarify** 20:25 21:1
    23:11,16 64:12
    67:8 102:8,10
**clear** 11:8,25 14:23
    17:16 26:23 47:11
    48:4 52:17 53:13
    53:16 61:5 106:24
**clearly** 61:15 64:13
    78:9 80:16 83:11
**clients** 7:9

**clip** 82:8 83:1
**close** 39:14 87:13
**closed** 27:21 62:16
**closer** 106:6,6
**closing** 4:9 11:18
    11:25 12:2 26:25
    27:3,8,10,16
    97:23 104:1,4
**club** 16:7,7,25
    92:25
**CMJJ** 9:6 10:12
    11:12,23 12:3
    15:20,25 94:24
**cnicolaou@chart...**
    2:19
**code** 32:6,10,16
**colleague** 39:18
    46:5
**come** 29:23 49:9,11
    51:14 53:11 55:7
    56:9,12,15,15
    59:2 60:19 61:24
    62:8,25 66:4
    70:25 71:6,9,11
    94:11 106:10
    108:18 110:7,15
    110:16 118:20
**comfortable** 8:5
**coming** 67:12
**common** 27:4
    91:13
**company** 9:3,4,5,8
    9:12 10:15,18
    11:2,3 12:17,22
    13:5,8 28:3 29:5
    33:6 37:10
**compare** 99:6
    104:10
**complete** 116:7
    117:8 121:5
**composition** 100:8
**conclude** 83:14
**concluded** 102:15
**condition** 13:24
    86:17
**conduct** 25:4 27:5



116:5,7 117:8
**conducted** 26:16
  27:9
**conducting** 117:15
**confused** 109:24
**connection** 7:10
  9:20 35:5 54:13
  88:25 89:3
**consider** 39:16
**constantly** 81:21
**construction** 29:4,6
  29:11,12 34:7
  35:6,13,19 36:1
  36:10,17,20 37:7
  38:3 104:23 105:3
  105:7
**consumed** 49:15
**Cont** 3:1
**contact** 36:19 39:15
  118:15,20 119:3
**continue** 18:22,24
  115:21 116:6,11
**continued** 2:21
  119:16
**contract** 4:10 12:4
  24:14,24 25:6,8
  25:12 38:1,4,7
**contractor** 29:4
  35:9,11 36:4
  104:23 105:7
**conversation** 30:16
  30:25 31:6,16
  61:19 78:18,21,23
**convicted** 94:22
**cooked** 43:5
**copy** 38:7
**corner** 74:19
**correct** 7:6,12 8:25
  9:1,16 10:13,14
  10:17,20 11:11,24
  12:7,10 13:6,9,21
  15:2,5 17:20
  21:21 22:10,14,24
  25:21 33:13 34:5
  35:25 38:13,20
  39:25 40:8,24

45:1 47:23 51:18
  53:2,10,21 54:6
  59:6 62:6 65:5
  72:22,25 74:8,10
  75:2,7,15 77:23
  77:24 79:7 83:12
  85:14,17 88:22
  89:25 90:9 98:23
  99:5 106:21 107:7
  113:17 114:21
  120:2,9 121:5,9
**CORRECTION**
  123:1
**correctly** 39:2
  66:17
**Counsel** 85:1
**Counselor** 76:3
  101:20,24 117:9
**Counsel's** 73:13
**couple** 72:17,24
  84:6
**course** 8:3 13:2
  16:3 20:24 29:15
  40:12 46:23 50:4
  57:7 63:10 87:17
  99:3 106:4 115:22
**court** 1:1 3:4 5:18
  93:24 117:11
**coverage** 28:5
**CPA** 63:22
**crime** 94:22
**culture** 52:19 53:3
  55:24 63:13
  118:13
**cup** 43:6
**curious** 84:15
**current** 35:25
**currently** 8:23
  36:12
**cursed** 69:19 81:3
**curses** 78:24 80:21
**cursing** 67:13
  68:12 70:3,5,13
  71:8 79:5,7 80:9
  81:22 90:17 92:16
**C-H-E-O-L** 42:11

42:18
**C-H-O-I** 36:23

_____

**D**

**D** 4:1 121:1
**dance** 109:2
**dances** 108:25
**Daniel** 63:22
**date** 11:14,25 12:2
  13:23 41:2 94:5
  95:11 97:13 120:4
  120:10
**dated** 119:20
**day** 41:10 43:23
  44:1 55:23 89:23
  98:25 121:17
**days** 44:7,9,18
  72:17,24 84:6
**day-to-day** 11:9
**dealing** 87:9
**DEBORAH** 1:10
  2:16
**decided** 62:5 65:2
  98:10 102:11
**dedicated** 14:20
**deem** 18:15
**defendant** 2:8 3:3
  93:14
**defendants** 1:11
  2:14 7:1
**Defendant's** 73:2
  111:18 112:20
  119:20
**definitely** 99:23,25
**DEH-JUNG** 1:9
  2:16
**demand** 38:9
**demeanor** 91:16,18
  91:23 92:7,10
**DEMERS** 2:8
**department** 31:10
  32:6,15 34:15
**deposition** 5:15
  7:15,17 18:14
  30:9,10,13,15,15
  73:15 102:1

115:23 116:7,21
  117:8,16
**depositions** 7:6
**describe** 14:5 39:20
  100:25 103:20
  120:15
**DESCRIPTION**
  4:8
**details** 31:5 84:13
**different** 9:24
  14:22 16:24 21:1
  52:13 71:15 72:11
  80:21 102:20
**differentiate** 45:3
**differentiated** 45:2
**difficulty** 101:3
**digitally** 73:2
**dinner** 41:11 42:2,3
  42:19 46:4,11,25
  95:15,20 105:10
**directing** 103:12,14
**directions** 27:22
**directly** 15:22
**discuss** 30:22
**discussion** 10:10
  16:11 24:22 35:2
  41:1 72:2 80:2
**district** 1:1,2 89:3
**document** 112:23
  112:24 113:24
**documentation**
  35:18
**documentations**
  36:6
**documents** 4:9
  27:11,15 37:17
  38:2
**doing** 30:13 39:12
  39:12 41:14 60:18
  66:19 68:24 76:24
  80:24 115:21
**door** 61:20,21
  62:15,24 64:16
  110:6
**doors** 37:22
**double** 32:19

**draft** 43:11
**drafted** 68:25
**drank** 43:1 63:10
  111:4
**drawn** 34:11
**drink** 43:6,8 50:10
  52:19 54:24 55:8
  55:19 57:14 58:10
  59:21 68:22 90:22
  107:10 111:2,3
**drinking** 57:22
  58:8 59:24 60:1,2
  91:8 110:12 119:7
**drinks** 17:3 57:10
  108:21
**drive** 47:6
**drunk** 58:18 77:9
  77:15 78:23 91:17
  91:19
**duly** 6:2,10 122:6
**D'Apice** 3:3 93:13

_____

**E**

**E** 2:1,1 3:1,1 4:1
  121:1,1,1 122:1,1
**earlier** 43:22,25
  89:22 90:10 91:10
  100:15 104:22
  107:5 118:23
**early** 45:21
**easily** 36:18
**EASTERN** 1:2
**eat** 42:20,24 43:8
  50:11 51:14
**edges** 100:7
**Edison** 45:12
**EDWARD** 1:4
**effect** 5:17
**either** 82:18 90:21
  94:14 118:4
**elevator** 28:15
  29:22,23 48:6,12
  48:15,18,23,24
**elevators** 29:21
**employees** 60:13
  92:24 93:2 108:18



**empty** 97:5
**ended** 41:22 69:1
  69:13,21 83:20
**engineer** 25:24
  26:9
**Engineering** 37:11
  37:18,21
**English** 6:5,7 7:22
  8:8
**enlarged** 29:2
**enter** 14:10,16
  24:14 54:1
**entered** 24:24 48:3
  50:12 53:23 54:10
**entering** 25:12
**ENTERPRISES**
  1:8 2:9
**entire** 85:16 95:13
**entitled** 116:6
**entrance** 14:11,12
  14:14,19,20,22
**entrances** 14:17,24
**environment** 26:4
**equally** 10:16
**ERRATA** 123:1
**errors** 23:20
**ESQ** 2:5,11,18 3:6
**ESQS** 2:8 3:3
**establishment**
  16:22 17:13 21:4
**estate** 97:19
**estimate** 56:23
  100:23 101:18
  102:6,7,9 107:22
**evening** 66:5
  105:18
**event** 67:21
**everybody** 78:9
**exact** 11:14
**exactly** 13:15 20:18
  24:17 28:16 39:7
  46:3,17,20 47:2
  47:10,15 55:5,15
  55:20 58:3 79:15
  92:23 105:15
  110:11,12 118:7

  119:13
**EXAMINATION**
  1:18 4:2 6:13
  89:16 93:7 119:16
**examined** 6:11
**example** 91:25
**exchanging** 78:24
  82:1
**exclusively** 14:24
**excuse** 24:10 52:7
  84:6 85:12
**Exhibit** 111:18
  112:20 113:11,16
  113:20 114:7
  119:20
**existed** 86:5
**expect** 96:7
**expecting** 56:8
**explain** 11:1 61:13
  68:9
**explained** 58:5
  119:1
**expressing** 7:25
**extended** 29:2
**exterior** 28:13 98:5
**eyes** 17:24 67:9

---
### F

**F** 80:23,23 122:1
**face** 41:18,20 49:18
  66:20 87:13 118:4
  118:11
**faces** 64:13 87:15
**facilitate** 36:18
**fact** 23:16 40:20
  92:15
**facts** 18:25
**failed** 117:20
**fair** 61:16 85:10
**faithfully** 6:4
**fall** 84:9 85:12
  107:24
**family** 94:25 95:5,7
  95:14,22,23,25
**far** 94:3
**fashion** 62:15

**February** 111:19
  112:21 119:21
**federal** 117:11
**fee** 38:5
**feel** 49:17,18 57:2
  60:2
**feeling** 49:14,16,20
  57:5,6
**feet** 82:17
**fell** 88:18,20 118:19
  119:10
**felt** 49:22 57:7
  68:14,18
**females** 17:25
**fight** 63:5 66:18,21
  66:24 68:14,19,20
  68:24 69:20
**fighting** 90:16
**figured** 56:16
**FILE** 2:11
**filing** 5:5
**financing** 96:11
**find** 14:13 32:8,11
  32:19
**fine** 8:6 52:13 82:19
**finger** 80:5,12,24
  80:25 81:7,18
  83:3
**fingers** 100:16
**finish** 36:4 46:10
**finished** 29:20,22
  114:24
**fire** 23:16
**first** 6:10 14:8,9,19
  22:22,25 23:6,17
  28:12,18,20,23
  31:4 33:10,11,15
  33:19 38:15 46:25
  47:12,14 52:1,21
  52:24 54:15,15
  57:20 62:18 72:20
  79:8 82:9 90:15
  94:11 95:2,7 97:2
  97:3 102:12
  105:18,22,24
  106:5,9,25 109:5

  110:9,25 111:6
  120:1
**five** 60:22 61:6,9
**fix** 28:13,22 31:10
  102:18,19
**fixed** 28:17,25
**fixing** 31:7,14
**fixtures** 104:13,15
  104:17,19
**floor** 14:8,9,19,21
  14:21 15:4,7
  23:17,18 25:3,3,7
  28:18,19,20,21,21
  28:21 31:4 36:13
  48:25 87:25 97:2
  97:3,14,15 98:6
  104:18 120:1
**floors** 96:21
**fluorescent** 85:23
**Flushing** 37:13
  41:12 42:23 46:8
  71:13 83:23
**focused** 85:18
**foggy** 46:12
**follow** 62:2,21
**followed** 63:2 64:15
  65:2,4 66:2 67:4,7
  68:7 69:18 70:3
  92:19
**following** 67:10
  68:11 69:17 92:16
**follows** 6:12
**follow-up** 27:18
  89:19
**food** 52:4,14
**foot** 82:9,12,14
  99:12,16,17,24,24
  99:25
**footage** 72:5,13
  81:15 82:3 83:18
  84:14 88:14
**force** 5:17
**forcibly** 76:24 77:5
**foregoing** 122:7
**forgive** 94:20
**form** 5:10 16:9,24

  30:2 55:4 66:8
  86:13 108:16
**format** 7:16
**formed** 10:18
**forth** 79:10 81:5,25
  122:6
**four** 60:22 61:6,9
  97:16
**frame** 76:11
**fried** 43:7
**friend** 39:18,19,22
  46:5 57:19
**friendly** 58:6 90:19
  119:3
**friends** 39:21,23
  40:20 95:23,25
**friendship** 39:5,8
**friend's** 41:18
**front** 10:5
**fruits** 51:13 52:5
**fuck** 81:23,23
**fully** 8:8 35:14
  117:10,10
**fun** 17:12,13,15
  18:1
**further** 5:9,14 89:7
  119:15 120:19
  122:9
**future** 40:19

---
### G

**G** 121:1
**Garden** 12:16,18
  12:23,23 13:3,10
  14:7 44:4,9,25
  45:6,8,9,11,17
  95:3
**gather** 41:19
**gauge** 100:24
**GC** 35:9 36:3
**general** 21:3 35:9
  35:11 36:4 104:23
  105:6
**gentleman** 64:15
  65:4 66:1 67:7
  68:7 70:2,9,13



71:2,7 74:14,20
74:25 75:5,8 91:6
**gentleman's** 16:7
16:24 71:7
**getting** 48:12
**give** 27:22 28:3
102:9 108:23,25
**given** 6:6 26:7
32:14 107:21
121:8 122:8
**glad** 93:18,23
**glanced** 61:4 84:15
**glass** 43:14,15
52:16,21,24 53:4
53:6 55:22 56:1
57:24
**glasses** 43:15,17
51:21,22,23 52:2
53:9 54:7,16,18
54:23,25 57:23
74:16
**go** 17:4,8,11,12
22:6 23:21 24:12
24:20 25:1,2
29:25 41:6 42:2
42:20 44:6,18
46:6 47:4 48:5,14
48:24 49:10 52:13
55:14 56:3 59:1
61:25 68:23 77:18
79:19,23 84:18
85:11 106:10
108:13,19 109:16
110:16 114:15
118:9 119:5
**going** 7:18,19 18:16
18:22,23 19:3,4
19:19 27:15 28:18
36:1 38:6 41:6
47:24 48:7 67:18
67:19 68:18 73:1
73:8 77:1,18,20
79:9 80:17 81:4,6
81:25 84:17,18
93:15 99:20 100:1
101:8,11 102:24

111:16 112:19
114:7,22 115:9
119:18,19
**Gold** 116:4
**good** 6:22,23 7:25
33:18 41:16 44:16
89:18,24 90:8
93:9,10
**Googling** 117:22
**gouged** 111:21
**grab** 102:17
**grabbed** 102:13
**grabbing** 77:8
101:3
**granted** 8:3
**green** 74:15
**greet** 49:11
**greeted** 49:4,6
**ground** 87:23
**group** 2:3 17:10,12
90:11 99:20,23
100:1
**guessed** 59:25
**guessing** 46:1
**guest** 18:10 20:19
24:10
**guests** 17:21 108:22
**guys** 79:17

## H

**H** 9:17 119:20
**habit** 58:8
**half** 99:24,25
**hall** 92:21
**Hana** 29:6,12 34:7
35:12,19,20 36:9
36:10,19 37:7
38:2 104:25 105:2
105:7
**hand** 76:12 77:6
87:21,22 99:15
101:12,13,20,21
101:22 102:3,6
**handed** 36:6 53:5
**handle** 11:8,9

**handled** 35:8
**handrail** 33:25
**hands** 87:18 100:20
102:14 118:3,11
118:25
**happen** 88:7
**happened** 45:20
68:8 84:3 88:5,12
**happy** 90:19
**hard** 77:8
**hazardous** 31:13
32:3
**head** 110:14,24
111:1,7,8
**hear** 12:13 66:22
76:3 81:20 116:20
**heard** 17:24 64:20
71:14 83:8,17
93:20
**held** 1:19 10:11
16:12 24:23 35:3
72:3 80:3
**Heoh** 33:1 34:18
**hereinbefore** 122:6
**high** 38:17
**highly** 73:15
117:24
**hire** 25:11 35:9
**hired** 34:7
**history** 18:24
**hold** 50:24 87:3
**holding** 83:2
100:20 113:15
**home** 30:1,3,6,21
31:1,23 79:19
105:5 108:13
118:9 119:5
**hot** 49:22
**hour** 44:20 46:16
56:23,25 57:1
58:16 59:11,12,14
59:16
**hours** 45:21 46:24
56:24 59:14
**H-A-N-A** 29:7,10
**H-E-O-H** 33:2,8

**H-U-H** 33:2,7

## I

**illegal** 31:11 32:20
**importance** 115:18
**impossible** 45:23
**inches** 99:21
101:11
**incident** 7:3 9:21
11:16,22 12:2,5
13:14 22:9,17
41:3 64:3 66:3,3
71:16 72:13 83:16
83:24 86:18 88:6
88:9,25 89:4,24
95:11 97:13 98:2
**include** 14:2 23:24
**includes** 13:25
**Index** 1:6
**indicate** 101:12
102:3
**indicated** 65:3 67:2
**indicating** 75:18
99:11
**indication** 99:14
**individual** 75:19
83:19,21
**individuals** 74:4
75:16
**information** 27:18
**INFORMATIO...**
4:7
**initials** 94:25
**inspect** 25:1,11
26:10
**inspected** 25:23
**inspection** 26:16
27:1,5
**inspections** 25:5,10
26:1,3 27:9
**installed** 86:23
**instantly** 102:17
**instruct** 115:6
**instructions** 27:23
**insurance** 28:3
**insured** 28:1

**intention** 13:23
77:13
**intentionally** 87:22
**intently** 87:22
**interest** 37:6
**interested** 122:12
**International** 36:9
**interpreter** 3:10
6:1,12 8:2 9:25
10:5 11:4 13:2
16:16,20 19:8,10
20:14 23:12 26:18
26:19,22 29:7,10
33:2,7 34:23
36:22 42:11,18
45:18 48:9 52:8
60:25 64:19 66:24
75:23 76:8 86:10
99:11,17 106:2
113:9
**interrupt** 102:1,2
**interrupting**
115:20
**intoxicated** 49:14
49:16 50:22 57:3
58:17 70:18,22
79:1 91:11 92:10
93:4 116:25
**introduce** 55:24
**introduced** 58:19
**invested** 40:18
**involved** 15:25
**involving** 7:3 9:21
22:17 41:3 66:4
72:14
**irregular** 73:15
117:24
**IRREVOCABLE**
1:9 2:16
**issue** 19:5 32:7,16
**issued** 31:10
**issuing** 25:22 26:10
**itemized** 26:25 27:3
27:11
**items** 27:3,8
**I.U** 2:9



## J

**J** 3:6
**Jae** 36:21
**JANICE** 2:11
**janice.berkowitz...** 2:12
**January** 22:15
**Jason** 114:1
**Jersey** 30:1 41:13 45:12 47:13 90:5
**John** 54:4,5,6 57:18 57:19 58:23,24 59:2 60:6 71:1 75:20 77:25 78:4
**Johnny** 106:23 107:12,14
**Joi** 1:21 122:2,16
**joined** 71:1 78:1
**July** 24:18,25
**Jung** 42:10 47:19 47:20 50:2,17,21 52:23 53:1,4,23 55:23 60:7 63:12 74:23 75:9,10,11 75:12 88:1,8 95:16,20 96:3 105:10 106:20 108:2,8,11 111:14 119:9
**junior** 38:17
**J-A-E** 36:22
**J-U-N-G** 42:12

## K

**K** 1:10,18 3:4 4:3 6:9,17 71:14 93:14 116:13,13 116:25 117:4 118:4,11,25 121:1 121:2,12
**karaoke** 15:3,15,19 16:2,5 17:9,16,22 18:3,7,10 19:22 20:9 21:1,8,17,23 22:4,7,19,23 23:1 23:3,8 24:3,8 41:2

41:6 47:8,21 48:1 48:3,15 49:3,14 49:25 50:23 51:12 53:12 60:14 64:3 71:3 89:19 92:25 93:3 96:15 105:9 105:13 107:17 108:17 119:25
**keep** 37:20 39:14 39:15 57:22
**kept** 39:8 81:22
**kick** 117:4
**kicked** 84:23 88:17 88:21
**kicking** 84:21
**Kim** 54:5,6 58:23 58:24 59:2 60:6 64:17,17,18,20 71:1 75:20 77:25 78:4,12
**kind** 16:6,21 17:12 26:1 28:11 41:18 41:21 51:8 56:2 68:25 81:4 82:1 88:6
**knew** 39:10,11 64:12 65:8
**know** 8:20,21 24:2 24:5,7 26:16 30:18 33:6,15,17 33:21 34:20 35:10 37:5,15 38:16 39:21 48:2 51:25 52:6,10 56:25 57:15 58:4,7 59:10 63:4,15,17 63:17,21 64:7,11 65:6,12,13,14 66:1,16 68:12 70:8,10,10 71:4,5 71:19 73:21 74:19 75:24 77:11,13 78:2 79:17 80:8 80:16 82:22,25 87:14 88:8 90:21 91:9,9,15 99:18

105:19 107:18,20 107:25,25 108:5,9 110:10 111:11 113:22 114:6,11 117:21 118:14,15 119:11,12
**knowledge** 15:14 15:17 17:18 29:13 36:9 37:21 55:11
**known** 7:4 38:14 63:24 107:21
**Korea** 38:19 94:10
**Korean** 3:10 6:5,6 7:25 8:1,5,13 16:20 21:1 33:13 33:14,15,18 52:18 53:3 55:24 63:13 70:5 71:14 78:23 113:19,25 114:2 114:16 118:12,17 119:2
**Kyu** 34:22 37:9
**K-Y-U** 34:23

## L

**L** 5:1 121:1
**lady** 93:24
**Lan** 104:23
**landing** 82:12,15 92:6,11 116:23
**language** 8:6
**lap** 108:25
**late** 46:16,24
**law** 1:13 2:3,14 25:6 93:12
**lawsuit** 93:14
**leading** 84:11 119:25
**lean** 77:12
**leaning** 77:21 82:5
**learn** 71:6,9,11
**learned** 41:21 71:16 75:25 76:4 76:6 78:6 84:13 116:12,24
**lease** 13:19,22,25

14:2 15:15,18,21 16:1 95:6
**leased** 14:6
**leave** 18:17,20,21 56:18 59:19 62:5 65:3,11 67:2 79:2 92:3 94:6 107:17
**leaving** 56:18 62:11 62:16,23 63:9 65:2 67:1,1 69:12 69:16 71:2
**led** 91:18,21,23
**Lee** 1:10,18 3:4,10 4:3 6:1,9,17,22 7:6,23 8:23 9:18 9:19,24 10:1,12 12:19 14:13 18:2 19:19 21:7 24:2 31:21 34:22 35:4 35:15 37:9 48:22 48:23 52:10 65:25 67:17 71:17,20,23 72:4,12 73:8,9 74:3,20 76:1,5,7,8 77:4 78:7,19 79:5 79:7,21 80:11,21 81:8,11,17,21 83:6,14,15 84:8 84:23 85:10,19 87:1,3,3,9 88:10 88:21 90:22,24 91:3,10 92:19,21 93:3,9,14 115:19 116:13,14,25 117:4 118:25 119:18 121:2,12
**Lee's** 10:21,22 118:4,11
**left** 47:3 55:14 56:3 59:1 61:24 63:7,8 63:19 65:11 74:8 76:15 82:12,14 108:3,12 110:3 114:14
**legal** 1:24 3:10 100:22 101:9,10

102:9,24 103:1,2
**Lena** 3:10 6:1
**length** 103:2
**letters** 94:24
**let's** 41:19 66:25 68:22 79:1,2,19 90:5 118:8,9,16 119:4,4
**level** 82:17,19,21 82:24
**life** 18:16
**lifted** 80:10
**lightbulbs** 85:23
**lighting** 86:3,5,12 86:17,20,22 104:8 104:10,11
**lights** 86:23
**limited** 115:18
**lines** 25:25
**list** 27:11
**listed** 27:2
**listen** 20:1 67:18,22 92:4 106:15
**litigation** 18:14
**little** 7:24 13:16 33:8 57:8,22 68:21 77:19 81:1 81:2 84:18
**LLC** 9:6 10:13 11:12
**located** 11:10 21:8 23:17 36:11,12 37:12,22 45:11 97:10
**location** 20:21 21:5 22:1,4,5 23:4 36:16 41:20 46:2 48:14 57:19
**long** 13:10,13 28:15 38:14,16 55:13,15 55:17 56:19 57:17 63:24 73:8 109:4 109:7,8 110:5,13 110:19
**longer** 75:12
**Longo** 3:3 93:12



**look** 25:2 27:13
72:12 79:1 100:18
111:19 112:5,22
**looked** 69:19 72:20
84:5 87:25 118:23
120:3
**looking** 117:3,22
**looks** 78:21 79:17
82:23
**loud** 93:20
**lower** 75:21
**lowered** 76:23
**luncheon** 65:19
**L-E-E** 9:18 34:24

**M**

**M** 10:5 121:1
**Magistrate** 116:4
**Magna** 1:24 3:10
**Main** 2:17
**maintain** 28:5 39:5
**malfunction** 23:21
**man** 34:22 37:9
40:18
**manage** 11:2,6
**management** 10:23
11:9
**manager** 23:22
**managers** 24:6
**Marble** 34:3
**March** 73:6
**mark** 103:23
115:24 116:1,10
**marked** 4:12 73:2
111:17,18 112:20
119:20
**marriage** 122:11
**massages** 108:23
**material** 34:1
**materials** 33:24
**matter** 6:2 122:12
**MCMANUS** 2:8
**mean** 10:25 21:25
23:3 30:13 35:25
43:4,24 44:15
50:12 54:10,21

58:24 59:13 60:8
60:10 65:8 73:17
78:8 87:6,11,12
87:14 92:8,14
95:8 99:1 105:22
106:12 107:20
109:18 114:13
**meaningless** 78:24
**means** 32:15
**meant** 21:3 47:18
66:17
**measuring** 100:15
**mechanic** 97:11
**mechanical** 97:9
**meet** 17:14 46:15
46:19 56:2 57:20
96:15 110:2
116:13
**meeting** 41:1,13
**member** 10:24 18:2
**members** 95:1
**membership** 18:4
**memory** 112:10
**men** 17:4,12,18
60:23 61:7,15
**mentioned** 21:2
31:7 35:12 105:11
105:14
**met** 55:23 106:3,5
106:17
**MICHAEL** 1:8
2:15
**middle** 9:17 38:17
38:18 39:10 42:17
75:19 80:5,12,25
81:7 83:2
**midnight** 46:22
105:20,21 106:7
107:19
**Min** 42:10,17 47:19
47:20 50:2,17,21
52:23,25 53:3,23
55:22 60:6 63:11
74:23 75:8,10
88:1,8
**mine** 71:18 102:2

113:7,9
**minute** 80:4
**minutes** 73:7 82:3
83:1 84:17 89:9
**misunderstood**
109:23
**mixed** 17:10
**moment** 69:15
118:7
**month** 29:23,24
**months** 15:11
29:19
**mood** 41:16 58:6
59:24 89:24 90:3
90:8
**morning** 6:22,23
45:21
**mortgage** 25:15,16
25:19,23 26:6,11
40:5
**Move** 48:20 69:4,24
101:5 102:21
107:2 111:24
**moved** 36:16
**Myoung** 10:8,12,22
**M-A-N** 34:23
**M-I-N** 42:11
**M-Y-O-U-N-G**
9:17 10:2,4

**N**

**N** 2:1 3:1 4:1 5:1
29:9 121:1,1
**name** 6:15,24 9:5
9:15,17,18 12:11
12:14,17 29:5
33:1,10,11,16,19
34:21,24 36:8,23
37:10 42:12,17
45:5 54:3 57:18
63:21 71:6,7,17
71:20 93:11 114:2
114:9,10
**names** 42:8 45:4
95:1 114:4,5,17
114:19,20

**natural** 57:21
**naturalize** 33:20
**near** 69:13
**nearby** 69:1
**neck** 76:12,22 77:6
**need** 8:8 18:12 25:9
67:20 116:1
**needed** 28:4
**needs** 115:19
**never** 48:15 55:23
86:21,21 102:13
**new** 1:2,14,14,22
2:4,4,10,17 3:5
6:3,11,20 15:12
15:13,14,17,21
16:1 30:1 31:12
32:18 41:13 45:12
47:13 48:12,17
90:5 99:4,6 100:8
100:12 104:10
122:3
**nice** 56:1 79:16
**Nicolaou** 2:18 4:3
6:14,24 10:3,7
12:14 18:18,20,23
19:9,12,24 20:2,5
20:12,16 21:13
23:13 26:21 33:4
38:8 45:20 48:20
49:6 52:9 58:11
64:24 65:18,23
67:25 69:7 72:1
72:10 73:4,17
76:7 79:25 82:15
85:2,5 86:12 89:6
89:10 91:1,4
99:13,18,22
101:16,22 102:5
103:16 104:25
110:8 112:14
119:17 120:18
**night** 48:25 54:19
64:3 66:3,5 72:5,6
78:12,14 84:3
86:6,17,25 87:2
87:10 88:3 90:23

91:21 93:16 95:20
96:8 111:14
112:15 116:14
119:7
**Noah** 25:19 26:9
27:9 39:25 40:2,6
40:19 96:10
**Non-Party** 1:19
**Northern** 7:4,11
8:24 10:19 13:11
13:19 19:22 20:10
21:9 22:5 24:16
31:3,22 35:7
37:22 45:17 47:5
48:5 96:12
**Notary** 1:22 6:2,10
121:21 122:3
**note** 66:7 73:12
81:9 84:10 101:16
102:5 117:19
**Noted** 27:19 38:10
120:20
**notice** 64:6
**notification** 27:6
**notified** 26:12
**number** 33:18
**Nuskin** 97:20
**N-U-S-K-I-N** 97:21

**O**

**O** 5:1 121:1
**oath** 5:17 121:4,7
**object** 73:13 86:7
86:13 99:13
116:16
**objection** 16:8 30:2
55:3 66:8 81:10
84:10,24 101:17
102:5 103:4
108:15 117:5
**objections** 5:10
**observation** 102:14
**observations** 92:12
**observe** 90:16,19
**observed** 17:21,23
65:10 67:11 92:7



92:9
**obtain** 29:13 34:15
**obviously** 8:4 64:9
**occasion** 23:25
**occasions** 20:22
**occupied** 97:4,8,14
**occupy** 97:1
**occupying** 97:16
**occur** 11:16
**occurred** 7:3 22:9
    22:18 83:16,24
    86:18
**office** 44:3 74:1
    89:3 93:12 97:17
    97:18,19
**officer** 5:16
**offices** 1:13 2:14
    25:7 37:1
**oh** 62:23
**okay** 8:10,21 14:12
    17:7 19:11 22:2
    52:25 67:19,23
    72:10 82:18,19
    84:19
**old** 48:18 75:3 99:2
    99:7,8 100:3,13
    100:25 104:11,15
**oldest** 91:6
**once** 20:23 21:3,23
    45:15
**ones** 114:18 120:16
**ongoing** 39:9 60:16
    81:19
**oOo** 6:8
**open** 40:4 44:7,7,10
    44:14 61:22 62:15
**opened** 19:24 61:21
    61:22 62:23 95:7
    110:6
**operated** 13:10,18
**operating** 13:13
    15:6,10
**opinion** 117:17
**order** 31:10 34:15
    50:10,15 51:3,6
    51:12 106:22

108:3 111:9
**ordered** 51:7 55:1
    107:6,9 112:11
**originally** 15:19
**ORNA167417FAC**
    2:11
**other's** 41:20 53:8
**outcome** 122:12
**overall** 91:20
**overtime** 115:8
**owner** 9:3,11,14
    13:4,7 15:12,13
    15:14,17,20,21
    31:12 32:18 95:3
    95:12
**owners** 7:2 13:20
    16:1
**ownership** 10:19
    11:2,7,12 37:6
**owns** 9:3,4 12:18
    12:22

---

**P**

**P** 2:1,1 3:1,1 5:1
**pad** 100:22 101:9
    101:10,14 102:9
    102:25 103:1,3,20
**page** 2:21 4:2,8,13
    112:6 113:18
    114:12
**PAGE/LINE** 123:1
**paid** 63:10,14,15
    111:22 112:3,15
    113:4
**panel** 23:17,22,23
    99:9,9
**paperwork** 35:4
**Park** 1:13 63:22,24
    64:1,4,5,10
**part** 13:24 14:6
    87:11 92:13,14,15
    98:7 108:17
    118:12
**partial** 11:7
**participate** 17:9
**participated** 7:17

**particular** 21:25
    23:3 67:10 117:23
**particularly** 21:4
    67:15 87:8 88:4
    90:2
**parties** 5:5 122:10
**party** 97:9
**passed** 59:8 69:14
**patron** 18:10 20:4,5
    20:9,20 22:4,12
    22:19 23:1,9 24:4
    24:10
**patronize** 17:19
    18:7
**patting** 79:22
**paused** 82:2
**pay** 63:9 77:2 84:19
    112:16 115:8,9
**paying** 112:1
**PC** 2:3
**peace** 79:19 92:3
**pending** 7:8,14,15
**Pennsylvania** 30:3
    30:4,6,21 31:2,24
**people** 17:24 33:18
    49:12 58:7 60:10
    60:12,20 61:6,9
    71:15 78:23 83:23
    114:17 118:17
    119:2
**people's** 87:15
    114:19
**perform** 25:9
**performed** 26:3
    105:6
**period** 11:21 19:18
    21:12,18,20 22:20
    40:14 59:18 62:4
    67:22 69:23
**permit** 29:13 34:16
**person** 9:15 40:17
    42:4,7,14,15
    52:20,22 54:3
    57:18 63:5,21
    65:6,9,10,12,13
    66:12,20 67:4,10

67:16 68:21 69:18
    71:12,16 75:18,21
    75:24,25 76:4,25
    78:6 80:20 81:16
    83:17 88:17 91:17
    92:2,2,17,18 97:9
    101:2 102:16
    116:12,24
**personally** 9:2 24:7
    25:1 97:22 118:14
**persons** 42:7
**person's** 66:20
    87:13
**phone** 27:6 114:23
    115:19
**phonetic** 114:1
**phonetically** 29:8
    29:11 33:3,9
    34:24 36:23 42:12
**photograph** 119:22
    120:8,14
**physical** 118:15
    119:3
**physically** 14:15
    24:3 68:23 76:15
    76:21
**picking** 68:14
**picnic** 12:16,18,23
    12:23 13:2,10
    14:6 44:4,9,25
    45:6,8,9,10,17
    95:2
**pitcher** 43:12,13,16
    50:19
**place** 1:20 17:2,11
    17:14 37:2 42:21
    46:7 47:4 48:1
    50:15 51:6 97:20
**placed** 49:24 50:3,9
    51:2,3,22
**Plains** 2:17
**Plaintiff** 1:5 2:3
    89:14
**plans** 34:11,20
**play** 77:1 84:19
**playing** 77:20

**Plaza** 1:13
**please** 6:16,19 8:19
    9:16 14:5 26:20
    31:18 50:6 68:1
    85:3,6 93:18,21
    101:24 102:3
    103:19,23 109:20
    111:20 115:24
    117:18
**point** 7:2 51:2
    53:11,18 57:6
    59:7,22 60:21
    66:5 70:25 76:11
    77:18,21 81:16,24
    89:15
**poked** 110:14,24,25
    111:6,8
**pole** 109:3
**poles** 109:2
**police** 83:20,25
    84:2 88:24
**portion** 69:5,25
    101:6 102:22
    107:3 111:25
    118:20,21
**portions** 48:21
**position** 19:2
**possession** 37:17
    38:2
**possible** 69:20
    116:18
**possibly** 39:23
**pour** 43:14 52:15
    52:20 53:7,8
    108:21
**poured** 52:22,23
    53:4,5
**practice** 46:1
**presence** 74:2
**present** 3:9 22:7
    44:10 92:20
**president** 9:9 36:21
    71:24,24 114:3
**pretty** 46:16
**prevent** 68:20,23
**previously** 73:2



111:17,17 112:20
115:17
**price** 14:3
**pricey** 20:21
**prior** 18:11 19:20
20:8 21:9,17 22:3
22:15,16 23:11,13
24:4,8 25:12
26:10 40:25 47:24
54:8 55:2 116:14
**private** 18:16
**probably** 11:15
37:24 59:25 90:11
92:3 105:15
**problem** 87:7
**problems** 87:2,4
**PRODUCTION**
4:7
**prompted** 81:18
**property** 7:2,4,10
8:24 9:3 11:3,6,7
11:13,23 12:4,9
13:14,20,22 14:3
14:6,23 15:20,21
24:15,25 25:14,14
25:17 26:10,14
27:16,21,24 28:1
28:5,8,13 29:20
31:12 32:19 35:24
43:22
**propounded** 6:4
**provide** 27:17 38:6
**provided** 51:15
**providing** 7:19
**Public** 1:22 6:2,10
121:21 122:3
**pull** 76:15,21
**punch** 68:13
**purchase** 12:4 14:3
24:15 40:11 96:11
96:18
**purchased** 11:23
28:8,9 29:18,19
**purchasing** 13:23
**pursuant** 1:20
**push** 71:23

**pushed** 71:17,22
83:6,15,15,19
**put** 10:5 34:8 63:19
80:12,24 81:7,18
99:4 101:13,19,21
101:22 114:22
117:20 118:3,10
**puts** 80:5
**p.m** 120:20

─────────────
**Q**
─────────────
**question** 5:11 8:9
8:15,17,19 12:13
12:20 15:16 16:9
18:15 19:14,20
20:6,8,15,17 21:6
21:14 23:15 25:16
30:12 32:5 35:16
44:9 49:12 50:6
55:4 58:12 64:25
65:16 66:8,17
67:18,19,23,23
68:1,4 69:6 70:1
72:9 76:3 81:6
83:9 85:7 86:9,14
88:24 93:19,21,24
93:25 94:21 101:7
102:10,23 103:6,9
103:11,17,17,24
107:4 108:16
109:20 116:17,21
117:6,19
**questions** 4:12 6:4
7:18,20 18:13
19:4 73:12 89:7
89:15,20 93:15,17
103:19 115:11,12
115:16 120:19
**quick** 69:15 89:11
119:18,19
**quite** 20:21 77:8

─────────────
**R**
─────────────
**R** 2:1 3:1 122:1
**Rafkind** 1:21 122:2
122:16

**rail** 33:25 99:1
100:24 102:12
**railing** 98:19,21,25
99:2,4,6,7,8 100:4
100:9,12,13,16,17
100:21,25 101:4
101:15 102:8,13
102:19,25
**railings** 98:12,15
98:18
**railing's** 99:15
**raise** 99:15
**range** 44:16
**raw** 57:22
**reacted** 91:16
**read** 19:13,15
31:18,19 41:24,25
50:5,7 58:13
64:20,22 67:25
68:2 69:7,9 70:23
85:3,6,8 103:18
103:21 109:19,21
117:18,25 121:3
**reading** 27:7
**real** 97:18
**really** 59:15 84:12
101:18 102:7
119:18
**realty** 78:22
**reask** 19:20 20:7
21:6 44:8 64:24
72:10 81:6
**reason** 18:13 24:12
57:16 58:5 86:19
95:19 98:1 102:11
111:5 116:9,18
118:10,24
**reasons** 23:10 24:4
24:8,9
**recall** 11:14 13:15
20:18 24:17 26:12
27:2,6 31:5 39:2
41:9 45:24 46:3
46:13,15,17,18,20
47:2,10,14 48:2
51:9 52:21 54:7

54:16,18,23,24
55:5,15,16,20
56:22 58:3 59:10
59:15 61:7,11,11
61:14 79:15 80:18
84:7 87:21,24
90:1,8,12 92:23
105:15 106:8
107:1,18 108:9
109:6,7,12,14
110:11,22 111:15
112:1,18 118:6
**receiving** 27:6
**recess** 65:20 89:13
**recognize** 64:8
66:11,14 74:3
112:23 119:21,24
**recognized** 66:6,10
66:19 67:11,14
**recollection** 23:2
26:24 46:12 47:1
47:11 48:13 49:8
52:18 53:13,17
54:14 55:18 61:4
61:14 79:4 86:21
94:13 106:25
107:13 108:6
**recommend** 98:8
**record** 6:15,18 10:9
10:11 16:10,12
19:15 24:21,23
31:19 35:1,3
41:25 50:7 58:13
64:22 68:2 69:9
70:23 72:1,3 73:7
73:13,25 74:18
79:25 80:3 85:8
94:7 103:21
109:21 117:19,25
121:6,8 122:7
**records** 105:5
**red** 49:17,22 57:9
**refer** 6:25
**referring** 47:17
48:4
**refresh** 112:10

**regarding** 7:7
**related** 95:22 122:9
**relationship** 39:5,8
39:14,17,20,25
40:15 95:21
**relative** 27:16
35:19,23 38:2
**relevant** 18:25
115:11
**relocated** 36:25
**remain** 109:4
110:19
**remember** 48:16
77:25 78:3,4,11
78:12 104:24
107:5 111:12
**remove** 77:5 99:2
**renovated** 98:4,6
**repair** 28:4 31:22
**repaired** 29:1 32:3
**repairs** 27:23 28:22
35:5
**repeat** 12:25 93:23
93:25 115:12,14
115:16
**rephrase** 52:9
93:19
**replaced** 120:16
**reporter** 1:21 19:16
31:20 42:1 50:8
58:14 64:23 68:3
69:10 70:24 85:9
93:25 103:22
109:22 118:1
122:2
**reporting** 79:9
**represent** 6:25 86:5
89:18
**request** 8:3 27:19
38:10
**requested** 8:1
**require** 25:22
**required** 27:24
**reservations** 47:25
**reserved** 5:11
**reset** 23:19,22,23



respect 9:20 70:12
115:7
respective 5:4
responded 32:8
response 80:22
102:10
responses 8:12
responsive 48:21
69:5,25 101:6
102:22 107:3
111:25
rest 66:23 84:19
restaurant 12:9,11
12:15 14:10,14,18
14:20,25 43:23
44:4,6,11,14,20
45:14,25 46:7,14
47:21,25 50:18
95:3,7 96:2,2 97:1
restaurants 44:21
45:3,4
return 56:4
returned 59:8,17
62:13
reviewed 72:4,16
74:1 83:18
RICHARDSON
1:9 2:15
right 7:11 11:10
12:9 15:1,4 16:7
17:5,19 22:13,23
25:20 34:2 35:19
38:12 39:1 40:7
40:23 45:19 47:22
52:4 53:20 59:5
59:19 64:16 65:4
67:3,7 74:11
75:13,14,19,21
76:11,12,16,22
77:10 78:19 80:6
82:4,6,9,10,13
83:3,7 84:16
85:12,16,19 87:16
87:19 105:3
113:15,25 114:15
120:4,16

rights 117:10
right-hand 74:19
75:17
Road 2:9
ROBERT 2:5
robertjbasil@rjb...
2:6
room 16:13,16,19
16:23 17:1,8,8
48:1 49:24 50:3,9
50:13,14 51:2,3
52:15 53:19,23,24
54:1,9,11 55:2,7,9
55:11,13,13,14,19
55:22 56:3,4,9,10
56:11,12,13,14,16
56:17,19,20 57:2
57:12,17,18 58:16
58:20,23,24,25
59:1,5,8,17,18
60:2,4,5,6,11,13
60:18,19,20 61:3
61:4,6,10,12,25
62:4,9,11,13 63:7
63:8,16,19 64:1,5
64:9 65:11 66:2
67:12 70:12,17
90:14 91:7 92:20
97:11 106:10,11
106:13,14,17,18
106:19 107:7,11
108:2,7,11,14,19
109:5,8,10,13,16
109:17,24,25
110:1,2,3,4,6,13
110:15,17,19,20
110:24 111:2,7,8
111:9,13,23 112:2
112:12 113:5
116:22
round 100:4
rounded 100:7
rules 117:11
ruling 4:12 103:24
115:25 116:2
R-O-O-M 16:17

_____
S
_____
S 1:8 2:1,15 3:1 5:1
5:1
safe 26:4 77:5
sale 7:10
salon 16:14,16,19
16:23 17:1,8
saw 39:3,4 43:20
56:6 59:4,8 62:7
62:12 64:4,5,11
67:9 84:7 88:2
105:23 106:9
saying 8:7 17:25
41:14 56:11 70:4
78:25 79:12 80:21
80:23 81:21,22
90:7,8,12 118:5
says 38:4 112:6
113:2 114:3
scene 83:25
school 38:17,18
39:10
screen 74:19 75:17
75:20,22 85:21
sealing 5:5
second 14:21 15:4,7
15:18 23:18 24:21
25:2 28:19,21,21
28:24 31:4 48:24
62:14 80:1 82:3
83:2 98:19 104:17
110:9,21 111:1,7
111:9
seconds 73:8,10
74:4,13 76:10,14
77:2,19 78:17
80:4
sections 73:9
security 72:5,13
85:22 86:4
see 30:1 38:25
40:19 41:17,20
48:22 53:8 56:21
57:1,11 58:15,22
59:2 60:17,18,20

60:24 61:2,14,23
63:18 64:1,13
74:15 75:13,16
76:17,18 77:7
82:4,8 83:9,10,13
85:11,14,22 86:1
87:12,15,18,20,23
88:5 90:5,22 91:5
105:18 112:6,14
113:1,18,25 117:4
120:6
seeing 61:12 87:4,7
87:22
seen 72:23 112:23
senior 63:14
sense 27:4 91:13
Seoul 94:10
separate 14:17,18
106:13,17 109:25
serve 108:19,20
109:10
served 43:12 51:20
108:7 109:13
servers 108:13
service 38:5 52:7,7
52:11,12 113:5
Services 1:24 3:10
set 12:2 122:6
shaking 118:24
shape 99:8 102:16
102:20
share 63:11
shared 43:11 50:19
55:25
shares 40:6,9,11,22
SHEET 123:1
Shin 1:4 7:3 9:21
22:18 30:8,14,20
31:1,21 32:1
38:14,25 39:6,17
40:16,21 41:1,3,5
46:15,19 47:9
53:12,14,18,22,22
54:2,4,8,10,17
55:7,10,12 56:3,7
56:8,20 57:2,11

57:15 58:15,22
59:2,4,9 60:17
61:2,17 62:2,8,21
63:8,15 64:2,9,14
65:1,11,21,22
66:2,4,25 67:2,6
67:11,12 68:6,10
68:11,12,13,15,16
69:11,17,18 70:3
70:4,9,11,16,16,19
70:20,22 71:1,8
71:24,25 72:14
74:7,11 76:11
77:7,9,15,21 78:1
78:5,18 79:5,8,8
80:5,12,22,22
81:7,19,22,22
82:4 83:2,6,12,15
83:15 84:9,23
85:11,16 87:9
88:10,20 89:23
91:1,6 92:19,21
96:1,4,4,6,14,17
105:18 106:9,13
106:17,17,22
107:24 109:4,15
109:25 110:5,15
114:3 116:23
117:4 118:19
119:6,10
Shins 22:17
Shin's 9:20 11:22
12:5 13:14 15:10
29:25 30:5 38:12
54:19 55:2 66:3
72:6 76:15 77:6
82:9 86:6 87:10
90:15 96:10 110:2
110:24 111:7,8
114:8 118:21
shirt 74:15
short 11:21 55:16
69:23 109:8,9,15
shorthand 1:21
122:2
show 73:1,8 86:11



100:21,22 101:8
101:14 102:24
111:16 112:19
114:7 115:6
119:19
**showed** 73:20,21,22
88:14
**showing** 73:13
**shown** 86:4 113:14
119:22 120:13
**shows** 78:9,11
84:21 86:16,25
**side** 74:9,11 75:17
75:19,21 98:17
100:19 113:25
114:14,15 118:4
120:6,10
**signaled** 61:23 62:8
**signed** 5:15,18 36:5
121:16
**similar** 7:16 41:12
**sing** 17:2
**sir** 75:3 83:10 89:18
101:8 114:22
116:5
**sitting** 78:3
**situation** 67:15
78:20 81:4,19
82:1 90:12 91:20
109:24 110:12
118:8,18
**skin** 97:20
**slightly** 61:23
**slipped** 85:4
**small** 44:5
**Smaller** 100:14
**smelled** 91:14
**sober** 92:1,18
**soften** 118:17
**sold** 14:1 15:23
**sole** 9:11 13:4,7
**solely** 10:18
**somebody** 102:18
107:9
**somewhat** 31:13
**son** 70:7

**soon** 29:17,22 55:8
**sorry** 9:25 11:4
12:12 21:11 25:15
30:4 31:17 41:23
42:16 48:10 49:5
52:8 60:25 64:19
65:23 76:2 81:12
88:23 91:4 95:24
103:2 105:2 106:2
**sort** 21:4 23:20
107:15
**sound** 80:14,17
81:20
**space** 15:15 16:17
25:3,3 68:15,17
69:1,13,16 88:17
97:5,6,12,16
**speak** 76:25 84:2
88:1,24 89:2
103:25
**speaking** 91:15
93:19
**special** 20:22 25:5
**specific** 25:4 28:4
91:22 97:8
**specifically** 31:3
61:11
**spell** 33:5
**spelled** 29:8,11
33:3,9 34:25
36:24 42:13
**spelling** 114:1
**spend** 56:16
**spending** 56:10
57:16
**spent** 64:2
**spoke** 32:24 70:5
84:5 91:24 96:1
**square** 100:4
**square-ish** 100:6
**staff** 24:6
**stainless** 100:10
**staircase** 28:17,23
28:25 29:14 30:22
31:2 32:2 33:22
34:8,12 35:6 69:2

69:13,22 85:11,13
85:24 87:8 98:2,9
98:12,16 107:24
119:24,25 120:3
**stairs** 25:2 28:14,17
29:1,19 30:24
31:8,10,14,22
32:7,12,21 33:25
34:1 48:6,17 49:1
77:22 78:5,13
84:9 88:18,20
118:19 119:10
**stairway** 104:4,7,20
**stand** 94:24 113:22
114:11
**start** 15:16 77:20
114:14
**started** 29:18 95:2
**state** 1:22 6:3,11,15
6:18 100:25 122:3
**statement** 27:3
85:3
**States** 1:1 94:12,15
94:17
**station** 83:20
**stay** 44:19 55:11
59:18 109:7
**stayed** 46:13 59:20
60:12,15 109:15
111:13
**staying** 110:13
**steel** 100:11
**step** 29:2 61:17
82:9,24
**stepped** 64:14 67:6
68:6 70:12,16
**steps** 33:22,23
**Steve** 81:13
**Steven** 3:6 93:11
**sticking** 104:16
**stipulate** 73:24
**STIPULATED** 5:3
5:9,14
**stood** 116:23
**stop** 69:20 76:10
77:2 118:8

**stopped** 73:9 74:13
76:18 77:3 78:16
**storage** 97:5
**store** 68:16
**stores** 97:7
**straight** 59:5
**stranger** 118:13
**street** 2:17 3:4 6:20
14:15
**strike** 11:4 33:7
48:9,20 60:25
69:4,24 75:23
101:5 102:21
107:2 111:24
**stuff** 27:7 51:13,25
52:3 97:10
**submitted** 34:14,20
**subpoena** 1:20 19:5
**subscribed** 121:16
**sudden** 62:22
**suggesting** 85:1
**Suite** 2:4,17 3:4
**supposed** 46:14,19
57:14 59:25 110:2
**sure** 8:18 32:22
59:16 77:11,14
82:16,22,23 86:15
93:20 119:11
**sworn** 5:15,18 6:2
6:10 122:6
**symbols** 113:19,22
114:4,11
**system** 51:23
108:18
**S-A-L-O-N** 16:18

_____

| T |
|---|

**T** 5:1,1 121:1 122:1
122:1
**tab** 63:9,15
**table** 51:23,24 52:6
**take** 11:12 15:14,17
19:2 47:6 48:25
63:18 65:17 89:8
89:10 100:1
111:19,20 112:21

112:22
**taken** 1:20 51:4
65:20 89:13 121:3
**takes** 28:15
**talk** 19:6 30:8,16
30:23 48:7 88:5
92:24 93:2 104:3
108:22
**talked** 25:8 41:18
90:4
**talking** 48:11 66:12
69:21 101:23
113:11
**tape** 79:24
**technically** 23:25
**telephone** 117:21
**tell** 19:2 62:15 63:8
88:13 93:18,21
96:17 112:22
**telling** 68:20
101:11 104:24
107:5
**tells** 102:18
**ten** 21:10,16
**tenant** 36:14
**tenants** 15:1
**term** 13:25 52:10
**terminology** 16:21
**terms** 63:14
**TERRANCE** 1:9
**TERRENCE** 2:16
**testified** 6:11 7:5
16:5 30:9,10,14
30:17 33:21 83:5
89:22 91:10
101:17 103:5,7
110:10,18 111:4,5
**testifying** 8:5
106:16
**testimony** 21:22
81:10 84:25 91:12
121:3,7 122:5,8
**thank** 19:12 20:17
22:2 26:22 65:23
93:6 119:15
120:18



**thing** 28:12 52:5
  56:2 68:8 119:1
**things** 26:25 27:11
  28:4 97:7 117:23
**think** 17:10 20:11
  29:17 31:6,8
  37:19 39:2 41:9
  41:12 46:2 47:1
  47:14 50:25 52:22
  57:23 59:23 61:5
  61:8 64:11 68:21
  70:6 71:14 72:17
  76:9 79:8 80:18
  86:15,16,24 87:20
  87:25 89:6 90:2
  92:17 94:14 97:15
  101:9 109:23
  111:3 112:8 116:4
**thinks** 39:22
**third** 14:21 25:3,7
  28:21 36:13 97:14
  97:15 98:6
**three** 97:15
**Three-story** 96:23
**time** 1:19 5:11
  11:21 12:5 13:1
  13:14 15:10 19:18
  21:12,18 22:22,25
  23:6 25:6 28:15
  38:15,16 43:20
  44:16,20 46:6,10
  46:14,15,18 49:13
  53:11,15,18 55:16
  56:6,10,17 57:17
  57:20 59:7,18
  62:4,7,12,14,19
  62:21,22 64:2
  65:10 66:5 67:22
  69:11,12,14,23
  70:25 72:20 75:8
  79:13 84:4 85:16
  89:15 90:15 98:14
  105:12,17,22,25
  106:3 107:16,23
  108:1,2,10,11
  109:5,9,16 110:9

110:21,23,25,25
  111:1,6,8,20
  112:21 115:16,16
  117:1 119:9
  120:20
**timeframe** 67:21
**timeline** 67:21
**times** 18:9 19:21
  20:7,8,19 21:7,10
  21:16 22:18 23:9
  44:15 115:14
  116:20
**timing** 110:12
**title** 9:7 10:22,22
**TL** 37:11,18,21
**today** 15:6 41:15
  78:3 90:10 98:22
**told** 32:2,10 62:11
  65:1 66:25 69:11
  83:18,21 88:12
  104:22
**tolerance** 57:8 58:9
**top** 77:22 78:5,13
  87:8 101:14
  104:21,21 112:5
  113:18,19,24,25
  114:9,12
**total** 61:5
**touch** 41:10 118:15
**town** 71:14,14
**transcript** 116:2,10
  121:3,5 122:7
**translate** 6:4
**translated** 8:9,16
  12:19,21 35:15
**translating** 86:8
**translation** 8:18
**translator/interp...**
  8:20
**transpired** 88:2
**tray** 51:20
**trial** 1:18 5:12
**tried** 66:18 69:20
**trouble** 32:23
**true** 121:5,8 122:7
**TRUST** 1:9 2:16

**TRUSTEE** 1:9 2:15
**try** 48:22,24 60:18
  80:17 100:3
  118:17
**trying** 14:13 61:13
  66:9 68:23 79:2
  79:10,16 80:19
  87:2 88:15 90:11
  91:25 100:25
  120:15
**turn** 114:23 115:6
**twice** 20:23 21:3
**two** 14:24 37:24
  43:17 45:3 49:15
  58:2 74:3 75:16
  85:23 98:15
  103:19 112:6,11
  120:9
**type** 26:3 27:5
  41:12

**U** 5:1
**understand** 7:22,24
  8:4,7,11,22 12:3,8
  15:3 19:17 30:12
  52:25 65:25 67:17
  67:20 93:17 94:2
**understanding**
  16:4,13 20:20
  26:2 27:4 32:14
  34:13,17 36:3,7
  75:6 86:20 88:19
  90:3 97:17 101:1
**understood** 8:17
  27:20 66:16 72:9
  92:2
**United** 1:1 94:12,15
  94:17
**units** 14:21
**upper** 75:19
**upstairs** 14:25
  23:10,19,22 28:14
  48:14
**use** 19:7,9 48:6,24
  97:11

**usually** 35:9 37:20
  52:19 58:10
**utilize** 14:22
**U.S** 38:22,24

**various** 80:21
**verbal** 8:12
**VICTORIA** 1:9
  2:15
**video** 73:6,10,14
  74:4,14 76:14
  77:3,4,20 78:11
  78:16,17 80:5
  81:15 82:2 83:10
  83:11,18 84:6,8
  84:13,14,22 86:10
  88:14 117:3
  118:23
**view** 82:4,20 84:22
**visit** 20:21 21:7
  30:6 45:13 46:1
**visited** 21:16,23
  23:25 30:20 31:1
  31:23 56:11

**W** 121:1
**wait** 8:8 12:19 24:6
  35:14 86:7
**waited** 56:13,14
**waived** 5:7 110:7
**walk** 47:6
**walked** 47:7,20
  49:2 66:1 105:11
**Walker** 106:23
  107:12,14
**walking** 48:16
  69:16,17,21
**walk-through**
  97:22
**wall** 77:22 82:5
**walls** 104:20
**Wang** 1:8,9,10 2:15
  2:15,16 6:25 95:5
  95:6,14

**want** 9:15 19:2 24:2
  24:5,6 42:8 73:12
  79:23 89:10
**wanted** 32:19,22
  41:17 48:17 60:24
  61:2 67:2 68:9,13
  68:19 76:24 77:12
  96:18 102:19
  119:2
**wants** 18:19,20,21
  56:16 115:1
**warm** 49:18
**wasn't** 48:19 55:16
  57:21 76:24 77:12
  110:12
**watch** 84:12
**watching** 81:15
  84:16
**way** 18:17 52:14
  56:23 62:18 72:11
  100:3 104:17
  122:11
**wearing** 74:15
**week** 44:15,19
**weeks** 45:15
**weird** 33:8
**Weissler** 3:6 4:5,14
  10:9 12:12,25
  16:15,19 18:19
  20:11 21:11 29:9
  31:17 41:23 42:16
  42:19 49:5 50:5
  65:15 66:7,22
  69:4,24 73:11,19
  76:2,6 79:12,21
  81:9,14 82:14
  84:10,24 85:4
  93:8,11 94:6
  101:5,19,24
  102:21 103:7,12
  103:23 107:2
  109:19 115:2,5,24
  116:3 117:7,14,18
  119:14
**went** 17:25 24:3
  38:17 39:9 43:18



43:20 46:4 47:18
48:14 50:14 52:22
55:8,10 56:20
57:1,11,19 58:15
58:22 59:4 60:17
62:10 90:14 95:15
110:3,6,20 116:10
116:22
**weren't** 78:22
**We'll** 94:6
**we're** 19:4 48:4
67:19 77:1,20
84:17 95:25 110:2
114:24 118:16
**whiskey** 51:7,8,11
51:13,15,25 52:3
52:14,16 54:8,19
57:10,25 106:23
107:12,14,15
108:4 109:11
111:10 112:11
**White** 2:17
**Whitestone** 37:3
**wide** 61:22 99:9
100:13,22 101:15
102:25
**widen** 33:23
**widened** 33:22
**wider** 100:12
**width** 29:2 99:16
100:2,13,16,21,24
101:2 102:7,15
103:1
**Willets** 2:9
**withdraw** 9:11
15:16 25:15 44:8
48:23 55:12
**witness** 1:19 4:2 6:5
6:6,9 38:11 67:9
79:14 116:19
117:13,15,20
122:5,8
**witnessed** 88:9
**witnesses** 16:6
**women** 17:7,11,19
17:21 61:8,12,15

108:13,18,23,25
109:2,10
**women's** 114:5,20
**wood** 99:9
**word** 80:23,23
**words** 14:13 79:17
82:1 91:24
**work** 29:3,20 34:8
35:23 36:4 46:5
48:19 105:6
**worked** 48:15
**working** 28:14
29:18 36:17 48:19
60:10
**worse** 81:24,24
**wouldn't** 32:23
39:7 48:18 77:11
77:13 81:17 82:16
82:22 86:15 91:9
100:23 102:16
**wrong** 32:9,12
112:9
**WU** 1:9 2:16
**www.MagnaLS.c...**
1:25

**X**

**x** 1:3,12 4:1
**xxxxx** 2:24 3:24
5:20

**Y**

**year** 11:19 13:16,17
13:17 20:23 21:19
21:23 29:21 40:13
94:7
**years** 11:15 13:12
19:25 20:24 21:24
39:3,4,6 40:12
63:25
**yelling** 70:13
**York** 1:2,14,14,23
2:4,4,10,17 3:5
6:3,11,20 122:4
**young** 1:10 3:4 9:24
10:1,6,7 93:14,24

116:13,13,25
117:4 118:4,11,25
**younger** 52:20 53:1
74:25 75:6
**YSE** 1:8 2:9

**$**

**$1,500** 113:2 114:8
**$200** 112:7 115:8

**1**

**1** 13:16,17 56:25
73:3,4 80:4 82:3
83:1
**1st** 111:19 112:21
119:21
**1:17-cv-05183(L...**
1:6
**10** 21:19,24 74:13
**10:00** 47:2 105:16
106:6 108:12
**100** 2:17
**100,000** 40:9
**10001** 2:4
**10004** 1:14
**102** 4:14
**10601** 2:17
**11** 101:9,10
**11:30** 1:16
**11242** 3:5
**11360** 6:21
**11507** 2:10
**12:00** 106:4
**1270** 2:4
**15** 39:3,4,6 40:12
40:13 73:6
**154-05** 7:4,11 8:24
10:19 11:10,13
13:11,19 19:22
20:10,13 21:8
22:5 24:15 31:2
31:22 35:6,23
36:15,25 37:22
43:19,25 45:17
47:5 48:5 95:3
96:12,22 105:10

**157** 20:11
**1700** 3:4
**18** 77:2
**19** 76:10
**1962** 75:4 94:8
**1984** 94:14
**1985** 38:23 94:14
**1990** 94:19

**2**

**2** 11:15 15:11 45:15
56:24 59:14 73:7
82:3 83:1 84:17
**2:00** 65:16
**200** 2:9
**2016** 24:19,25
**2017** 9:22 11:17,19
12:6 13:8 17:17
18:3,11 19:17,21
20:8 21:9,17 22:2
22:3,8,16,16,23
23:1,7,11,12,14
24:5,9 28:9 39:18
40:25 41:7 45:16
45:25 93:16 95:12
97:14,24 98:3,15
104:1 116:15
**2019** 1:15 73:6
111:19 112:21
119:21 121:4
**21** 45:16,19,25
76:14
**21st** 93:16 95:16
116:14
**218th** 6:20
**22** 9:21 11:17 12:5
18:11 21:17 22:3
22:16 24:9 40:25
41:6 76:19 77:2,3
95:12 97:14 98:2
98:15
**22nd** 45:21 93:16
116:15
**23** 73:7
**24** 77:19
**26** 3:4

**27** 4:9
**28** 1:15 121:4
**2949** 6:20

**3**

**3** 11:15 13:12
**3,000** 43:11 50:19
**30** 97:24 104:1
**30th** 11:20 12:1
**305** 2:4
**38** 4:10

**4**

**4** 20:12 63:25
**4-month** 22:20
**4:50** 120:20
**43** 80:4
**44** 78:16

**5**

**5** 63:25 89:8 99:21
**50** 19:25
**50s** 116:11
**50/50** 10:16,17

**6**

**6** 29:19 44:18
**6,119** 4:3

**7**

**7** 73:10 74:4
**7:30** 46:9

**8**

**8** 101:9,10
**80s** 94:13
**81** 2:17
**866)624-6221** 1:24
**89** 4:4

**9**

**9:00** 47:2 105:15
108:12
**90** 94:19
**93** 4:5





# CHARTWELL LAW

**CINTHIA CARRERA - PARALEGAL**
(914) 259-8291
ccarrera@chartwelllaw.com

**Reply To: White Plains Office**
81 Main Street, Suite 100
White Plains, NY 10601
Phone: (914) 421-7777
Facsimile: (914) 206-3872

July 30, 2019

The Basil Law Group, PC
1270 Broadway, Suite 305
New York, NY 10001

   **Re:**   **Shin, Edward v. YSE Enterprises, Inc., Michael S. Wang, Victoria Wang as Trustee of the Richardson Irrevocable Trust, Terrance Wu, Deh-Jung Deborah Wang and Young K. Lee**
      **Our File No:**   10258.0063841

Dear Counselors:

  Enclosed please find the deposition transcript of your non-party witness, CHUNG K. LEE, in connection with the above-referenced lawsuit. Kindly have the transcript properly executed and returned to this office within twenty (20) days.

  Should you fail to return the deposition transcript within twenty (20) days, please be advised that use of it will be made as though it had been duly signed.

  Thank you for your attention to this matter.

       Very truly yours,

       **CHARTWELL LAW**

     By: _____
        Cinthia Carrera

cc
Enclosure