# EXHIBIT H

# Shin vs YSE

# *Shin vs YSE*

### *4/15/2019*

**Condensed Transcript**

**Prepared by:**

Robert Cirillo
Robert Cirillo, Inc.

Friday, April 26, 2019

Deposition of Young Ku Lee

**Page 1**

1  UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
2  ------------------------------------------x
EDWARD SHIN,
3
    Plaintiff,
4
5    Index No: 1:17-cv-05183 (LG) (SMG)
6      -against-
7  YSE ENTERPRISES, INC., MICHAEL S. WANG,
VICTORIA WANG as TRUSTEE OF THE RICHARDSON
8  IRREVOCABLE TRUST, TERRANCE WU, DEH-JUNG
DEBORAH WANG, and YOUNG K. LEE,
9
    Defendants.
10
------------------------------------------x
11      April 15 2019
      11:15 A.M.
12
      199 Water Street
13    New York, New York
14
15      EXAMINATION BEFORE TRIAL of the
16  Defendant YOUNG KU LEE, taken by
17  Plaintiff, pursuant to Order, before
18  Christine Cutrone, a Notary Public for and
19  within the State of New York.
20
21    ROBERT CIRILLO, INC.
    CERTIFIED COURT REPORTERS
22  135 EAST CEDAR STREET
    LIVINGSTON, NEW JERSEY 07039
23  973-740-1331
    cirillo.robert@gmail.com
24
25

**Page 2**

1  A P P E A R A N C E S :
2
3  THE BASIL LAW GROUP, P.C.
    Attorneys for Plaintiff
4      1270 Broadway
      Suite 305
5    New York, New York 10001
6  BY:  ROBERT J. BASIL  ESQ.
7
8  THE CHARTWELL LAW OFFICES, LLP
    Attorneys for Defendant
9  MICHAEL S. WANG, VICTORIA WANG as TRUSTEE
    OF THE RICHARDSON IRREVOCABLE TRUST,
10  DEH-JUNG DEBORAH WANG AND TERRENCE WU
      81 Main Street
11    Suite 100
      White Plains, New York 10601
12
13  BY:  CARMEN NICOLAOU, ESQ.
14
    AHMUTY, DEMERS & MCMANUS, ESQ.
15  Attorneys for Defendants
      200 I.U. Willets Road
16    Albertson, New York 11507
17  BY:  JANICE BERKOWITZ, ESQ.
    OUR FILE: ORNA 167417FAC
18
19  LONGO & D'APICE, ESQS.
    Attorneys for Defendant
20  YOUNG K. LEE
      26 Court Street
21    Suite 1700
      Brooklyn, New York 11242
22
    BY: TIMOTHY M. MCCARTHY, ESQ., of Counsel
23
24  TONY KIM (MORNING SIDE TRANSLATION)
25

**Page 3**

1
2    IT IS HEREBY STIPULATED AND AGREED by
3  and between the attorneys for the
4  respective parties herein, that filing and
5  sealing be and the same are hereby waived.
6    IT IS FURTHER STIPULATED AND AGREED
7  that all objections, except as to the form
8  of the question, shall be reserved to the
9  time of the trial.
10    IT IS FURTHER STIPULATED AND AGREED
11  that the within deposition may be sworn to
12  and signed before any officer authorized
13  to administer an oath, with the same force
14  and effect as if signed and sworn to
15  before the Court.
16
17
18
19
20
21
22
23
24
25

**Page 4**

1        Y. Lee
2  Y O U N G  K U  L E E ,  having first
3  been duly sworn by a Notary Public, for
4  and within the State of New York, upon
5  being examined, testified as follows:
6
7
8  T O N Y   K I M ,  having been first duly
9  sworn by a Notary Public within and for
10  the State of New York, translated the
11  questions from ENGLISH to KOREAN and the
12  answers from KOREAN to ENGLISH as follows:
13
14  EXAMINATION BY MR. BASIL:
15    Q.    Please state your name for the
16  record.
17    A.    Young Ku Lee.
18    Q.    What is your present home
19  address?
20    A.    76-28 168th Street, Fresh
21  Meadows, New York 11366.
22    Q.    Mr. Lee, good morning.  My name
23  is Robert Basil.  I'm here to take your
24  deposition in a case that's been filed by my
25  client Edward Shin against you and some other

Page 5

Y. Lee

1           Y. Lee
2  entities; do you understand that?
3       A.   Yes.
4       Q.   And as you're doing, make sure
5  you give all your answers in Korean.  You may
6  understand some of the English that I'm
7  speaking, but all your answers should be in
8  Korean and responsive to the interpreter's
9  interpretations to my questions; do you
10  understand that?
11       A.   Yes.
12       Q.   You also understand that you are
13  under oath, and it's just as important that
14  you give truthful and accurate answers here as
15  it would be if you were in a court of law; do
16  you understand that, sir?
17       A.   Yes.
18       Q.   Do you have any questions for me
19  before we start?
20       A.   No.
21       Q.   You had a chance to meet with
22  your attorney this morning before we started;
23  is that correct?
24       A.   Yes.  Briefly.
25       Q.   And Korean is your native

Page 6

Y. Lee

1           Y. Lee
2  language; is that correct?
3       A.   Yes.
4       Q.   Do you currently have
5  employment?
6       A.   Yes.
7       Q.   Where are you employed?
8       A.   Do you need the address?
9       Q.   First give me the name of your
10  employer.
11       A.   L-E-B-A-S-K-E-T Deli Grocery.
12       Q.   Do you have any ownership or
13  interest in that business?
14            MR. MCCARTHY:  Objection.
15       A.   Yes.
16       Q.   What is your ownership interest?
17            MR. MCCARTHY:  What he owns
18  now is not relevant to how this
19  incident occurred.  Should there
20  be a verdict you're entitled to a
21  subsequent deposition as to the
22  assets.  So at this time I'm going
23  to object to the question.
24       Q.   You may answer.
25       A.   Do I need to answer?

Page 7

Y. Lee

1           Y. Lee
2       Q.   Yes.
3            MR. MCCARTHY:  I'm going to
4  at least note my objection.  This
5  cannot be used at the time of
6  trial.  Any questions as to his
7  present ownership cannot be used.
8  Go ahead.
9       A.   50 percent.
10       Q.   What are your responsibilities
11  at Lebasket?
12       A.   I am the president.
13       Q.   Where is Lebasket located?
14       A.   683 Broadway.
15       Q.   Manhattan?
16       A.   Yes.
17       Q.   Before you were employed by
18  Lebasket, what was your previous employment?
19       A.   15 years ago I had another deli
20  at another location.
21       Q.   Again, we're here primarily to
22  talk about events related to Mr. Edward Shin's
23  falling down some steps that occurred on
24  April 21st and April 22nd.
25            Were you present during

Page 8

Y. Lee

1           Y. Lee
2  Mr. Shin's falling down the steps at a
3  building on Northern Boulevard in Queens on
4  that day?
5       A.   Yes.
6       Q.   Prior to today's deposition,
7  have you talked to anyone other than your
8  attorneys about the events that occurred that
9  evening?
10       A.   No one besides my family.  It's
11  embarrassing, so no one.
12       Q.   Has anyone from the news media
13  attempted to contact you about the events
14  about that evening?
15       A.   No.
16       Q.   In this case we've been calling
17  the establishment, where you and Mr. Shin were
18  having some drinks and food that evening, as
19  YS2.
20            Is it okay if I call that
21  business YS2 for this deposition and you'll
22  know what I mean?
23            MS. NICOLAOU:  Objection.
24  Form.
25            MS. BERKOWITZ:  Objection to

Page 9

Y. Lee

1
2      form.
3         Q.   What was the business that you
4    were visiting that evening on Northern
5    Boulevard in Queens?
6         A.   That's not a place that I
7    frequent much, so I don't recall the name of
8    the establishment.
9         Q.   Prior to April 21st, 2017, the
10   night of Mr. Shin's fall, how many times had
11   you been to the establishment where you had
12   some drinks that evening?
13        MS. BERKOWITZ:  Objection,
14   form.
15        MS. NICOLAOU:  Objection.
16   Q.   Go ahead.  You can translate.
17        MR. MCCARTHY:  I'll object
18   to form too, but go ahead.
19        A.   To my recollection, about a year
20   before the incident.
21        Q.   So one year before the incident
22   was the last time you were in the same
23   establishment where you met with Mr. Shin that
24   evening, correct?
25        MR. MCCARTHY:  Objection.

Page 10

Y. Lee

1
2    I'm not sure --
3         MS. NICOLAOU:  Objection to
4    form.
5         MR. MCCARTHY:  Objection to
6    form.
7         MS. NICOLAOU:  There's no
8    foundation.
9    Q.   That's fine.
10        A.   Yes, probably so.
11        Q.   Now, before April 21, 2017, had
12   you ever met Mr. Edward Shin?
13        A.   I've seen him once.
14        Q.   When did you see Mr. Edward Shin
15   before April 21 of 2017?
16        A.   I think I've seen him at my
17   friend's wedding.
18        Q.   Other than at your friend's
19   wedding, do you believe that you were ever in
20   the same location as Mr. Edward Shin before
21   April 21, 2017?
22        A.   No.
23        Q.   Did you see Mr. Shin on the
24   evening of April 21, 2017?
25        A.   Can you repeat that again?

Page 11

Y. Lee

1
2         Q.   On the evening of April 21,
3    2017, did you see Mr. Edward Shin?
4         A.   I saw him at the karaoke bar and
5    that's it.
6         Q.   When you saw him at the karaoke
7    bar, where in the karaoke bar did you first
8    see him?
9         A.   When he came into our room.
10        Q.   When Mr. Shin came into your
11   room as you stated, who was also in the room
12   at that time?
13        A.   There were three in that room,
14   besides myself.  There was my friend.  My
15   friend, he recently started his own business,
16   so he also brought his own CPA.  And there was
17   an employee of the bar in the room.
18        Q.   Mr. Lee, do you know the names
19   of the three people in the room; and if you
20   do, what are those names?
21        A.   Okay.  My friend is Hong,
22   Mr. Hong and CPA is Mr. Park.  I had no
23   relation with the CPA.
24        Q.   Do you know the name of the
25   employee you referred to that was in the room?

Page 12

Y. Lee

1
2         A.   No, I do not.  I know he was the
3    employee, but I don't know his name.
4         Q.   The employee, he was in the room
5    when Mr. Shin came in or was he in the room at
6    other times?
7         A.   No.
8         Q.   No meaning --
9         MR. MCCARTHY:  Objection.
10   Why don't you breakup the question
11   perhaps or ask it a different way.
12        MR. BASIL:  Right.
13        MR. MCCARTHY:  There's no
14   question.
15        Q.   The employee who was in the room
16   at the time Mr. Shin came into the room, was
17   that the only time that that employee was in
18   the room with you?
19        MS. NICOLAOU:  Objection to
20   form.
21        A.   Mr. Shin came in when the
22   employee was in our room.
23        Q.   How long had you been in the
24   room at the time Mr. Shin entered?
25        A.   Not much time had passed after I

Page 13

```
1              Y. Lee
2    got in the room.  About 20 minutes.
3         Q.    During the 20 minutes you were
4    in the room, before Mr. Shin arrived, were
5    alcoholic beverages served?
6         MS. BERKOWITZ:  Objection to
7    form.
8         A.    Yes.  That's why the employee
9    was in our room.
10        Q.    During those 20 minutes, what
11   alcoholic beverages were brought to the room
12   by the employee?
13        MS. NICOLAOU:  Objection to
14   form.
15        A.    Johnnie Walker Blue.
16        Q.    Was there any beer in the room
17   during those 20 minutes?
18        A.    No.  I don't drink beer.
19        Q.    Was there any food in the room
20   during those 20 minutes?
21        A.    Yes, there was fruit.
22        Q.    Was the employee male or female
23   that was in the room?
24        A.    It was a female (English).
25        Q.    Was it that female that brought
```

Page 14

```
1              Y. Lee
2    the Johnnie Walker Blue into the room?
3         A.    I can't recall who brought
4    liquor into the room.
5         Q.    Did the female pour liquor into
6    the shot glass or the drinking glasses during
7    those 20 minutes?
8         A.    No.  I poured the drink for my
9    guests, my friends.
10        Q.    Who ordered the Johnnie Walker
11   Blue?
12        A.    Mr. Hong.
13        Q.    Did Mr. Hong order the Johnnie
14   Walker Blue while he was in the room or while
15   he was outside of the room.
16        A.    Mr. Hong ordered the drink while
17   he was in the room before Mr. Shin came in.
18        Q.    Did he give that order to the
19   female employee that you referred to or
20   somebody else?
21        A.    It's Mr. Hong that ordered the
22   drinks, so I don't recall who he, you know,
23   ordered for.
24        Q.    During those 20 minutes, were
25   there any other employees of the karaoke bar
```

Page 15

```
1              Y. Lee
2    that came into that room for any purpose?
3         A.    I cannot remember.
4         Q.    Once Mr. Shin came into the
5    room, did any employees other than the woman
6    you referred to, come into the room that
7    evening?
8         A.    I cannot recall who else came
9    into our room.
10        Q.    To your knowledge, did anyone
11   invite Mr. Shin into your room?
12        A.    The CPA that was with us, when
13   he went to the bathroom, you know, he met with
14   Mr. Shin, and he went to introduce us.  So
15   that's why he brought -- I was told that the
16   CPA brought Mr. Shin in our room.
17        Q.    Once Mr. Shin came into the
18   room, were additional drinks ordered?
19        MS. BERKOWITZ:  Objection to
20   form.
21        Q.    You can answer.
22        MR. MCCARTHY:  Objection to
23   form, if you understand.
24        (The record is read back by
25   the reporter.)
```

Page 16

```
1              Y. Lee
2         A.    I didn't order it, but Mr. Shin
3    finished the entire bottle.  And to my
4    knowledge, it's Mr. Shin that placed
5    additional order.
6         Q.    When you say Mr. Shin drank the
7    rest of the bottle, are you referring to the
8    Johnnie Walker Blue bottle that you had
9    mentioned earlier?
10        A.    Yes, that's correct.
11        Q.    Before Mr. Shin got into the
12   room, how much of that Johnnie Walker Blue was
13   consumed by people in the room?
14        A.    Not much.  We drank in a small
15   cup or so.  It wasn't much.
16        Q.    Do you recall how much you had
17   drank of the Johnnie Walker Blue before
18   Mr. Shin entered the room?
19        A.    One small cup.
20        Q.    Do you have any estimate about
21   how many ounces of the Johnnie Walker Blue you
22   drank before Mr. Shin entered the room?
23        A.    Two or three hours.  I don't
24   know how much ounces.  Small cup.  I don't
25   know how many (English).
```

Page 17

Y. Lee

1
2      MS. NICOLAOU:  You have to
3  speak your language, I'm sorry.
4      MR. MCCARTHY:  You have to
5  speak in Korean.
6      A.   It's a very small cup, so I
7  don't know exactly how many ounces I had.
8      Q.   Before you got to the karaoke
9  bar, had you consumed any alcoholic beverages
10  that day or evening?
11      A.   Okay.  Before we went to the
12  karaoke bar, we had our meal at the
13  restaurant.  And at that restaurant I had one
14  cup of beer.
15      Q.   So when Mr. Shin came into the
16  room, is it your recollection that you were
17  sober at the time?
18      A.   Yes.
19      Q.   Now, at any time during that
20  evening before Mr. Shin fell down the steps,
21  were you no longer sober in your mind?
22      A.   I was sober.  I was -- my mind
23  was clear.  I was sober.
24      Q.   So at the time Mr. Shin fell
25  down the steps, your testimony is that you

Page 18

Y. Lee

1
2  were sober at that moment; is that correct?
3      A.   Yes.
4      Q.   After Mr. Shin came into the
5  room, did you talk to Mr. Shin?
6      A.   No.  I just shook hands and, you
7  know, we -- the people in the room just shook
8  hands and meet Mr. Shin and that was it.
9      Q.   How long were you in the same
10  room as Mr. Shin at the karaoke bar?
11      A.   About an hour to my knowledge.
12      Q.   Did you observe Mr. Shin
13  drinking alcohol during that hour?
14      A.   Yes.
15      Q.   From your observation, was
16  Mr. Shin sober during the time that you were
17  in the room with him that evening?
18      A.   When he came into the room, he
19  was a little intoxicated.
20      Q.   While Mr. Shin was in the room
21  with you that evening, did you consume
22  alcoholic beverages during that period of
23  time?
24      A.   I don't drink much.  If I drink
25  one cup of drink, I just stay in the room

Page 19

Y. Lee

1
2  about an hour or two just to be with my
3  friends.  You know, just accompany my friends,
4  but I don't drink much.
5      Q.   So that evening with Mr. Shin,
6  did you drink any Johnnie Walker Blue while
7  Mr. Shin was in the room?
8      A.   I think I had one shot.
9      Q.   Did Mr. Hong have any drinks
10  while Mr. Shin was in the room?
11      A.   Yes, he did.
12      Q.   Can you estimate how many drinks
13  Mr. Hong had while Mr. Shin was in the room?
14      A.   I think he had two or three
15  shots.
16      Q.   Did Mr. Park have any drinks
17  while Mr. Shin was in the room?
18      A.   I don't think he drank much
19  either.
20      Q.   How many drinks did Mr. Shin
21  have while you were in the room with him that
22  evening?
23      A.   You could say he drank a lot.
24  You could say he finished the rest of the
25  drink.

Page 20

Y. Lee

1
2      Q.   During the time when Mr. Shin
3  was in the room, were there any employees who
4  came in and poured drinks for either Mr. Shin
5  or for any of the other people in the room?
6      A.   I cannot recall.  Usually I pour
7  the drink myself, but I don't recall.
8      Q.   Were there any female guests in
9  the room during the period when Mr. Shin was
10  in the room?
11      A.   No.
12      Q.   During the time Mr. Shin was in
13  the room, did you hear any arguments between
14  Mr. Shin and anyone else that was in the room?
15      A.   Well, after Mr. Shin was drunk
16  and he start hitting people and pulling their
17  hair in the room, now the people that were in
18  the room were nice people.  So they were just
19  telling Mr. Shin to, you know, back off.
20      Q.   Did Mr. Shin hit you?
21      A.   No.
22      Q.   Did Mr. Shin pull your hair?
23      A.   No, I was a distance away
24  (Korean).  So I was away like this (English).
25      Q.   Korean please.

Page 21

Y. Lee

2    A.   He could not reach me.  I was a
3  distance.
4    Q.   While you were in the room with
5  Mr. Shin, did Mr. Shin insult you?
6    A.   Not to me.
7    Q.   When you were in the room with
8  Mr. Shin, did Mr. Shin discuss your businesses
9  with you?
10        (The record is read back by
11    the reporter.)
12        MR. MCCARTHY:  Objection to
13    form.
14    A.   He told me that he founded
15  money.  You should come and see me, because he
16  would be able to loan me money.
17    Q.   Did you express any interest in
18  obtaining a loan from Mr. Shin or his bank?
19        MR. MCCARTHY:  While in the
20    room?
21        MR. BASIL:  While in the
22    room, yes.
23    A.   Well, he sounded like he can
24  really help me out with getting a loan if I
25  were to come to him.  Then he sounded like he

Page 22

Y. Lee

1  was really going to help me get the loan.
2    Q.   Do you remember if you said
3  anything to Mr. Shin in the room about whether
4  you were interested or not interested in
5  getting a loan?
6    A.   No, I did not.
7    Q.   Other than that discussion that
8  you just mentioned, do you remember any other
9  discussions between you and Mr. Shin while you
10  were in the room that evening?
11    A.   No.
12    Q.   I want to show you what's been
13  marked in other depositions as Defendant's
14  Exhibit C.  And just take a look at that and
15  let me know when you're ready to answer some
16  questions.
17        MR. MCCARTHY:  Take your
18    time and read it to yourself.
19        MS. NICOLAOU:  Could you
20    just read the date of that
21    exhibit?
22        MR. MCCARTHY:  The exhibit
23    was marked February 1st, 2019.
24    Exhibit C.

Page 23

Y. Lee

2        THE WITNESS:  Yes, he's
3    ready.
4    Q.   This has been identified by
5  other witnesses as a receipt that was
6  generated from purchases at the room that you
7  and Mr. Shin were in.  I just have a few
8  questions.
9        MS. BERKOWITZ:  I'm going to
10    object to that introductory
11    statement.
12    Q.   On line two it says black, two
13  bottles, $200.
14        MR. MCCARTHY:  It says blue.
15        MS. BERKOWITZ:  I think
16    you're on the wrong one, Bob.
17    Q.   Okay.  As you see on line one
18  and two it states Johnnie Walker Blue, two
19  bottles.
20        Do you recall if there were two
21  bottles purchased for the room you were in on
22  April 21, 2017?
23        MS. BERKOWITZ:  Objection to
24    form.
25    A.   Yes.

Page 24

Y. Lee

2    Q.   Do you know who paid the $900
3  for the Johnnie Walker Blue that's reflected
4  on Defendant's Exhibit C?
5    A.   I didn't see who paid.
6    Q.   Did you pay the $900 reflected
7  on Exhibit C?
8    A.   No.
9    Q.   Did you pay the $400 room charge
10  that is reflected on Exhibit C?
11    A.   No.
12    Q.   Did you pay for the fruit
13  plater, the meatballs or the chicken that is
14  referred to on Exhibit C?
15    A.   No, I haven't paid any of those.
16    Q.   In the upper-right hand corner
17  it looks like it says 10-00 or 10 o'clock.  Do
18  you see that?
19    A.   Yeah.
20    Q.   And underneath there is some
21  writing.  Do you understand that writing?
22    A.   Yeah.
23    Q.   What does that writing say?
24    A.   Someone's name.
25    Q.   Can you tell if it's a man's

Page 25

1          Y. Lee
2  name or a woman's name?
3      A.   Male's name.
4      Q.   The male's name, that's either
5  Mr. Hong, Mr. Park, Mr. Shin or yourself?
6      A.   It's looks like the name of the
7  CPA.
8          MR. MCCARTHY:  Make sure
9  until he waits until you
10  translate.
11         MR. BASIL:  Let's go to the
12  video.  We're now going to show
13  the witness nonstop what we've
14  marked previously as Exhibit 1 on
15  March 15th, 2019.
16     Q.   So at this point there's no
17  question pending, but I want you to look at
18  the video and then we'll backup and ask some
19  questions.
20         (Playing video.)
21     Q.   Mr. Lee, you've just had an
22  opportunity to review what's been marked as
23  Exhibit 1.
24         Had you ever seen that video
25  before?

Page 26

1          Y. Lee
2      A.   Yeah.  Well, I saw the video
3  that was sent over to my cell phone.
4      Q.   Okay.  Do you recognize the
5  individuals in that video?
6      A.   I know that one person is
7  Mr. Shin's friend and another person is the
8  employee of the bank where Mr. Shin works.
9      Q.   Do you know the name of
10  Mr. Shin's friend that appears in the video?
11     A.   I don't know his name, but I
12  understand that he owns a restaurant
13  downstairs.
14     Q.   Do you know the name of the
15  employee that you referred to who appears in
16  the video?
17         MS. BERKOWITZ:  Shin's
18  employee?
19         MR. BASIL:  Yes.
20     A.   I do not know.
21     Q.   Tell me how the people in that
22  video all came to be standing at that top of
23  the stairs at that moment when the video
24  begins?
25         MR. BASIL:  Objection to

Page 27

1          Y. Lee
2  form to the extent that he knows.
3      A.   Okay.  On the way out, Mr. Shin
4  was cursing at me and he was yelling at me.
5  So that's why I went to him after I came out
6  of the bathroom.
7      Q.   Did the people in the room where
8  the Johnnie Walker Blue had been delivered
9  leave at the same time?
10     A.   No.
11     Q.   Who left first?
12     A.   Mr. Shin left the room.  And
13  after that, I went out of the room to go to
14  the restroom.
15     Q.   Did Mr. Park or Mr. Hong also
16  leave the room at or about that time?
17     A.   No.
18     Q.   After you went to the men's
19  room, did you come back to the room?
20     A.   Yes, I came back to the room.
21     Q.   At that point was Mr. Shin gone?
22     A.   Right.
23     Q.   At that point there were three
24  of you left in the room; is that correct?
25     A.   Yes.

Page 28

1          Y. Lee
2      Q.   How much longer did the three of
3  you stay in the room after Mr. Shin left?
4      A.   About 20 to 30 minutes.
5      Q.   During that 20 to 30 minutes,
6  was any additional alcoholic beverages brought
7  to the room?
8      A.   No.
9      Q.   During that 20 to 30 minutes
10  after Mr. Shin left, was any alcoholic
11  beverage that was already in the room
12  consumed?
13     A.   Okay.  I don't recall.  I can't
14  remember whether they drank additional liquor
15  or not.
16     Q.   Did you consume any liquor after
17  Mr. Shin left the room?
18     A.   No.  To my knowledge -- to my
19  recollection, I don't think I have anymore
20  drink.
21     Q.   So starting when you arrived at
22  the karaoke bar that evening, and the time
23  that you appear on the video at the top of the
24  stairs, can you estimate how much alcoholic
25  beverages you consumed that evening?

Page 29

1          Y. Lee
2          MS. BERKOWITZ:  Objection.
3    Asked and answered.
4          MR. MCCARTHY:  Also object.
5    Asked and answered.
6          A.    Two or three shots.  Just small
7    glass.
8          Q.    Now, you mentioned earlier that
9    Mr. Shin was cursing and yelling at you.
10         Do you remember any of the words
11   that he said?
12         A.    No.  Not to me, but he was
13   rather yelling and cursing at the people that
14   were the other people in the room.
15         Q.    Now, after Mr. Shin had left the
16   room and you stayed for another 20 or 30
17   minutes in that room, at that point did you
18   decide to leave the premises and go home?
19         A.    No.
20         Q.    After that 20 to 30 minutes
21   after Mr. Shin left the room, what did you do
22   next?
23         THE INTERPRETER:  I'm sorry.
24   After 20, 30 minutes?
25         MR. BASIL:  Right. After

Page 30

1          Y. Lee
2    Mr. Shin left the room, he was in
3    the room for another 20, 30
4    minutes, what did he do next?
5          MR. MCCARTHY:  Objection to
6    form.  I don't understand. You're
7    talking about the 20, 30 minutes
8    or after the 20, 30 minutes?
9          MR. BASIL:  I'll rephrase
10   it.
11         Q.    After Mr. Shin left the room,
12   and then you returned and stayed for 20 or 30
13   minutes, what did you do next?
14         MR. MCCARTHY:  Objection to
15   form.  But if you think you
16   understand.
17         A.    I was just sitting.  We were
18   just sitting to my knowledge -- to my
19   recollection.
20         Q.    When did you leave the room for
21   the last time?
22         A.    When the police came and
23   arrested me is when I left the room.  And I
24   asked the police for why or what charge am I
25   being arrest for.

Page 31

1          Y. Lee
2          Q.    Why were you standing at the top
3    of the stairs at the time reflected in the
4    video marked as Exhibit 1?
5          A.    Okay.
6          THE INTERPRETER:  Can I?
7          MR. BASIL:  Please.
8          (Retranslated.)
9          A.    I went out there because
10   Mr. Shin was cursing and yelling, and also the
11   owner was also yelling.  So I went out to see
12   what's going on.
13         Q.    When you went out to the
14   landing, as shown in Exhibit 1, the video, am
15   I correct that you were not intending to leave
16   the building at that time?
17         A.    Right.
18         Q.    Do you remember any of the words
19   that were said at the top of the stairs at the
20   time when the video captured what was ever
21   going on there?
22         A.    He was cursing me out.  He was
23   cursing.  He was sticking the middle finger
24   up.
25         Q.    Did Mr. Shin tell you why he was

Page 32

1          Y. Lee
2    cursing you out and sticking his middle finger
3    up?
4          A.    I do not know.
5          Q.    When Mr. Shin was cursing you
6    out and sticking his finger up, did you get
7    angry?
8          A.    I was upset, but I was not
9    enraged.
10         Q.    Did you ever, during the course
11   of that evening, intend to hurt Mr. Shin?
12         A.    No.
13         Q.    Did you ever intend to kick
14   Mr. Shin during the course of that evening?
15         A.    No.
16         Q.    From your vantage point, can you
17   tell why Mr. Shin fell down the stairs as
18   reflected in that video?
19         MS. NICOLAOU:  Objection to
20   form.
21         A.    From my opinion and also from
22   the other employees -- from the other people
23   that were there, from our perspectives, I
24   think Mr. Shin was kind of leaning toward and
25   he wasn't standing straight.  He was

Page 33

                  Y. Lee
1
2    unbalanced and misstepped.  He tripped and
3    then he fell.  Now, on that same spot, someone
4    that I know also had fallen from the same
5    spot.  So I think he misstepped.
6         Q.    The other person that you're
7    aware of that fell, was that before Mr. Shin
8    fell or after Mr. Shin fell?
9         A.    Several months before.
10        Q.    Were you present when that other
11   person fell?
12        A.    No.  I was told that, you know,
13   that person had fallen.  The person that fell
14   is the husband of my business partner.
15             MR. MCCARTHY:  Could you
16        tell him to just answer the
17        questions.  If the question is,
18        were you present at the time of
19        the incident, yes or no, you were
20        present.  You don't have to go
21        into who fell.  Could you tell him
22        that?
23             THE WITNESS:  I understand.
24        Q.    What is the name of the person
25   who fell?

Page 34

                  Y. Lee
1
2             MR. MCCARTHY:  You're
3        talking about the prior case?
4             MR. BASIL:  Correct.
5        A.    C-H-A-S-U-N-G, that's the first
6    name.  And the last name is I-M.
7         Q.    Do you know if Mr. Im was
8    injured on that occasion?
9         A.    Yes.
10        Q.    Do you know the extent of
11   Mr. Im's injuries on that occasion?
12        A.    Yes, he was injured quite bad.
13        Q.    Do you know if Mr. Im retained
14   an attorney to address the injuries that he
15   had received?
16        A.    No, he did not.
17        Q.    Do you know if Mr. Im received
18   any compensation for his injuries?
19        A.    From what I know he got -- he
20   had insurance.  He used his own insurance,
21   because he acknowledged that it was his own
22   fault.
23        Q.    Immediately after Mr. Shin fell
24   down the stairs, what did you do next?
25        A.    I just went into my room.  I

Page 35

                  Y. Lee
1
2    didn't think anything of it.  So I went into
3    my room.
4         Q.    Eventually, as you testified,
5    the police came to talk to you about the
6    incident, correct?
7         A.    Yes.
8         Q.    What did you say to the
9    policeman?
10        A.    When the police tried to arrest
11   me, I told him I am not the person that was
12   fighting.
13        Q.    Did you tell the police that you
14   believed this incident was an accident?
15             MR. MCCARTHY:  This is at
16        the scene?
17             MR. BASIL:  This is while he
18        is talking to the police at the
19        scene, correct.
20        A.    No, I didn't tell him that.
21        Q.    Did you believe at the time that
22   you were talking to the police that Mr. Shin's
23   fall was an accident?
24        A.    I didn't tell him that.  I just
25   told the police that I was not the person that

Page 36

                  Y. Lee
1
2    was fighting.
3             MR. BASIL:  Let me take a
4        couple of minutes.  Take five
5        minutes.
6             MR. MCCARTHY:  Sure.
7             (Whereupon a short break was
8        taken.)
9             (Resuming)
10        Q.    After you spoke to the police
11   that evening, did you have further
12   conversations with either the police or
13   district attorney's office about this
14   incident?
15        A.    No.
16             MR. BASIL:  I don't have
17        anymore questions for you today.
18        I appreciate it.
19             THE WITNESS:  Thank you.
20             MR. MCCARTHY:  But now you
21        got these two.
22   EXAMINATION BY MS. BERKOWITZ:
23        Q.    Good afternoon.  My name is
24   Janice Berkowitz.  I'm the attorney for the
25   karaoke bar.

Page 37

Y. Lee

1
2       When you went out to dinner,
3   before you went to the karaoke bar, who did
4   you go with?
5       A.   There were about 20 people and
6   Mr. Hong was also there.
7       Q.   What restaurant was that?
8       A.   Kum Kang San.
9       Q.   Where is that restaurant
10  located?
11      A.   In Flushing.
12      Q.   What did you eat at that meal?
13      A.   The barbecue.
14      Q.   What barbecue?  Tell me what you
15  ate?
16      A.   The rib.
17      Q.   And anything else with ribs?
18      A.   Mostly barbecue.
19      Q.   What time was that?
20      A.   In my recollection we were there
21  from seven till nine.
22      Q.   And you said you had one cup of
23  beer; is that correct?
24      A.   Yes.
25      Q.   What kind of beer was that?

Page 38

Y. Lee

1
2       A.   I don't recall what brand.
3       Q.   What size cup?
4       A.   (Indicating).  It's a cup that
5   is about ten ounce.
6       Q.   And what's your height?
7       A.   174 centimeters.
8       Q.   What was your weight at the
9   time?
10      A.   175 pounds.
11      Q.   And then after the meal, did you
12  go straight to the karaoke bar with Mr. Hong?
13      A.   Yes.
14      Q.   How did you get there?
15      A.   Okay.  I think Mr. Hong drove
16  his car, because I went with Mr. Hong.
17      Q.   What time did you arrive at the
18  karaoke place?
19      A.   Okay.  I left the restaurant
20  around 9 o'clock.  So I must have gotten there
21  9:20 or 9:30.
22      Q.   When you got there, did anyone
23  from the karaoke bar greet you?
24      A.   No, no one.  I just followed Mr.
25  Hong.

Page 39

Y. Lee

1
2       Q.   Where did Mr. Hong go?  Did
3   Mr. Hong go into a room?
4       A.   Well, we went to the karaoke
5   bar.  The employee led us to a room.
6       Q.   What employee led you to a room?
7       A.   I don't recall who exactly.
8       Q.   Was it a manager or server or
9   you don't remember?
10      A.   I think it was a manager.
11      Q.   Do you know the manager's name?
12      A.   No.
13      Q.   When you got to the room, was
14  Mr. Park already in there, the CPA?
15      A.   Oh, he went with us from the
16  restaurant.
17      Q.   He was at the restaurant too?
18      A.   Yes.
19      Q.   Now, when the server brought in
20  the first bottle of Johnnie Walker Blue, what
21  did that server do?
22      A.   The employee asked us if you
23  want to have appetizer snack and we asked for
24  the fruit.
25      Q.   You said that Mr. Hong ordered

Page 40

Y. Lee

1
2   the Johnnie Walker Blue?
3       A.   I think so.
4       Q.   Then when the server came back
5   with the bottle, what did he serve it in?
6       A.   The employer also brought the
7   ice and the coke and just placed it and then
8   he left.
9       Q.   Placed it where?
10      A.   On the table.
11      MR. MCCARTHY:  Wait for the
12  Korean and speak in Korean.
13      Q.   How long was the server in the
14  room?
15      MR. MCCARTHY:  This is when
16  they brought the --
17      MS. BERKOWITZ:  The first
18  bottle.
19      A.   Can you just repeat the
20  question?
21      MR. MCCARTHY:  Read it back.
22      (The record is read back by
23  the reporter.)
24      Q.   When the server brought the
25  first bottle.

Page 41

Y. Lee

1
2      A.    After he placed -- the employee
3   placed -- the server placed the bottle and he
4   just left.
5      Q.    As you sit here today, do you
6   know who paid for the $900 for the two bottles
7   of blue?
8      A.    I do not know.
9      Q.    When you were in the room, did
10  you have any fruit to eat?
11     A.    Yes.  The fruit was also brought
12  in by the server along with the drink.
13     Q.    What about any meatballs or
14  chicken, did you have any meatballs or
15  chicken?
16     A.    I think I've seen it, but I
17  didn't eat it.
18     Q.    Now, before you told us that in
19  the video one of the people that you
20  recognized was the owner of the restaurant.
21         Do you know that person's name?
22     A.    No, I do not know.
23     Q.    You're not talking about the
24  owner of the karaoke bar, correct?
25     A.    Yeah, I know.

Page 42

Y. Lee

1
2      Q.    So it's a different person?
3      A.    Different.
4      Q.    When you told us earlier that
5   Shin was cursing and yelling and that the
6   owner was also yelling, was that also the
7   owner of the restaurant?
8      A.    Okay.  Can you repeat the
9   question again?
10     Q.    When Shin was cursing and
11  yelling, was there anybody else cursing and
12  yelling?
13     A.    He was cursing at every one.
14     Q.    But was anybody cussing, yelling
15  back at him?
16         MR. MCCARTHY:  Could I?
17         MS. BERKOWITZ:  Sure.
18         MR. MCCARTHY:  There was
19     yelling in the room.  But you're
20     talking about yelling on the
21     stairs.
22         MS. BERKOWITZ:  I'm just
23     talking about yelling on the
24     landing.
25         MR. MCCARTHY:  Can you make

Page 43

Y. Lee

1
2   that clear?
3         MS. BERKOWITZ:  Sure.
4      Q.    The yelling on the landing --
5      A.    No.
6      Q.    -- besides for Shin, was anybody
7   else yelling or cursing on the landing?
8      A.    No, there was none.
9      Q.    Were there any employees from
10  the karaoke bar out on the landing before
11  Mr. Shin fell?
12     A.    Yeah, there were a few employees
13  standing just a few feet away from where
14  Mr. Shin was standing.
15     Q.    Were they in the karaoke bar or
16  were they on the landing?
17     A.    They were in the hallway,
18  because the landing is visible from the
19  hallway.
20     Q.    Karaoke bar hallway?
21     A.    Yes.
22     Q.    So I'll ask you again.
23         Were there any employees on the
24  landing right before Mr. Shin fell?
25     A.    No.

Page 44

Y. Lee

1
2      Q.    Was the door between the karaoke
3   bar and the landing closed?
4      A.    The door was open.  It was right
5   there.
6      Q.    But it was open or closed?
7      A.    It was open.
8         MR. MCCARTHY:  That's the
9     door to the karaoke room?
10        MS. BERKOWITZ:  Yeah.
11     Q.    Did the police do any
12  breathalyzer or any other type of testing on
13  you?
14     A.    No, not to my knowledge.
15     Q.    You told us earlier that
16  Mr. Shin ordered the second bottle of,
17  correct?
18     A.    From what I know, yes.
19     Q.    So did the same server bring the
20  second bottle that brought in the first
21  bottle?
22     A.    That I don't recall who brought
23  the second bottle.
24     Q.    Whoever brought in the second
25  bottle, did they do the same thing where they

Page 45

```
1              Y. Lee
2  placed it down on the table and they just
3  left?
4      A.   Yes.
5      Q.   Did Mr. Shin ever pour you any
6  drinks?
7      A.   I cannot recall.
8      Q.   Do you know why Mr. Shin was
9  giving you the finger?
10     A.   I do not know.
11         MS. BERKOWITZ:  That's all I
12  have right now.
13         THE WITNESS:  Thank you.
14 EXAMINATION BY MS. NICOLAOU:
15     Q.   Good afternoon.  So My name is
16  Carmen Nicolaou.  I'm just going to be asking
17  you a few questions.  I'll try not to repeat
18  myself.  The same rules apply.  I understand
19  you understand and speak English, but you're
20  more comfortable in your native language; is
21  that correct?
22     A.   Yes.
23     Q.   And throughout this deposition
24  you kind of been answering English off and on.
25  Please, I'm going to ask you to keep it in
```

Page 46

```
1              Y. Lee
2  Korean.  That's why we have the translator
3  here for you.  Okay?
4      A.   Yes.  I understand.  I'm sorry.
5      Q.   Is it Mr. Hong or Hang?  Can you
6  spell that?
7      A.   H-O-N-G.
8      Q.   Mr. Hong, who is he to you; a
9  friend, business partner or something else?
10     A.   Friend.
11     Q.   How long have you known him?
12     A.   About 30 years.
13     Q.   Do you have a business
14  relationship with him as well?
15     A.   No.
16     Q.   What about Mr. Park, do you have
17  a business relationship with him as well?
18     A.   No.
19     Q.   Was it the first time that you
20  met Mr. Park was on the date of Mr. Shin's
21  fall?
22     A.   From my recollection, yes.
23     Q.   Was this your first time at the
24  this particular karaoke bar?
25     A.   No.  From my recollection I was
```

Page 47

```
1              Y. Lee
2  there a year before.
3      Q.   Were you there as a guest or a
4  member?
5         MR. MCCARTHY:  At what
6  point?
7         MS. NICOLAOU:  The year
8  before.
9      A.   Yeah, somebody was buying me a
10  drink.
11     Q.   Do you recall who that person
12  was?
13     A.   No.
14     Q.   And the evening of Mr. Shin's
15  fall down the stairs, were you at the karaoke
16  bar as a guest or a member?
17     A.   Yes, Mr. Hong said he was going
18  to buy us drinks, so I went along with him.
19     Q.   How long were you at the karaoke
20  bar?
21         MR. MCCARTHY:  This is the
22  date of the incident?
23         MS. NICOLAOU:  I wasn't
24  asking...
25     Q.   How long were you at the karaoke
```

Page 48

```
1              Y. Lee
2  bar the evening of Mr. Shin's accident?
3      A.   Thirty to forty minutes.
4      Q.   Let me reask the question.
5         You arrived to the karaoke bar
6  what time?
7      A.   A little after nine.
8      Q.   What time did Mr. Shin's
9  accident occur?
10     A.   I don't have the accurate time,
11  but I think it was after ten.  Ten or 11.  I
12  don't know.
13     Q.   So your recollection is that
14  from the time that you arrived to the karaoke
15  bar up until the time of Mr. Shin's accident,
16  approximately, give or take, one and a half to
17  two hours had passed?
18     A.   From my recollection
19  approximately, yeah.
20     Q.   When Mr. Shin first entered your
21  room, you had testified that I think earlier
22  that you appeared to be a little intoxicated;
23  is that correct?
24     A.   Yes.
25     Q.   I believe you also testified
```

Page 49

Y. Lee

1
2    that he finished off the first bottle of Blue
3    Walker; is that correct?
4         A.   I didn't say he finished
5    completely the first bottle, but he drank a
6    lot.
7         Q.   That's fine.
8              What precisely did you observe
9    him drink?  Just Johnnie Walker or did you see
10   him mix any other alcoholic beverages with it
11   or something else?
12        A.   On our table there was only
13   Johnnie Walker Blue.
14        Q.   Was there any beer?
15        A.   No.
16        Q.   Approximately how many glasses
17   of Johnnie walker did Mr. Shin have when the
18   first bottle was still on the table?
19        A.   I really can't count.  I don't
20   know, but he drank a lot.
21        Q.   Did he appear more intoxicated
22   while he was in your room?
23        A.   Yes.
24        Q.   As he was becoming more
25   intoxicated, was he louder?  Was he funnier?

Page 50

Y. Lee

1
2    How was his personality?
3         A.   He was rough.
4         Q.   He was getting angry?
5         A.   Yes, he appeared to be angry and
6    he was heavily intoxicated.
7         Q.   Did you observe this before you
8    left for the restroom?
9         A.   Yes.
10        Q.   Did you observe this before the
11   second bottle of Johnnie Walker was ordered?
12        A.   Yes.
13        Q.   I understand that it was
14   Mr. Shin that ordered the second bottle of
15   Johnnie Walker; is that correct?
16        A.   From what I know, yes.
17        Q.   Did you hear Mr. Shin ask a
18   waiter to bring another bottle of Johnnie
19   Walker?
20        A.   No.
21        Q.   How is it that you know that
22   Mr. Shin ordered a second bottle?
23        A.   When I asked, I think I heard
24   that the bottle was brought in, because
25   Mr. Shin ordered it.

Page 51

Y. Lee

1
2         Q.   And the second bottle is ordered
3    before you left to use the restroom; is that
4    correct?
5         A.   Probably.  Yes.
6         Q.   How much time passed from when
7    the second bottle was brought into the room up
8    until the time you left to use the restroom?
9         A.   Okay.  I don't understand what
10   you mean.
11        Q.   From the time that the second
12   bottle of Johnnie Walker was delivered to the
13   room, how much time had passed until you went
14   to use the restroom?
15        A.   Okay.  Your question is unclear.
16   Confusing.  I went to the bathroom after
17   Mr. Shin left the room.
18        Q.   Oh, I'm sorry.  I apologize.
19             Okay.  So how much time passed
20   from the point the second bottle was delivered
21   up until the time Mr. Shin left the room?
22        A.   From my recollection, about 20
23   to 30 minutes.
24        Q.   In that 20 to 30 minutes, do you
25   recall how many drinks Mr. Shin had from the

Page 52

Y. Lee

1
2    second bottle of Johnnie Walker Blue?
3         A.   Okay.  I don't know how many
4    glasses, because he took the entire bottle in
5    his hand and just poured it down from the
6    bottle.  So I don't know how many glasses.
7         Q.   Did you observe him drinking
8    from the first bottle in a similar fashion?
9         A.   For the first bottle he drank it
10   from the cups, a few shots.  And then after
11   that he just drank off the bottle, the first
12   bottle.
13        Q.   So he drank in a similar fashion
14   with the first and second bottle directly from
15   the bottle?
16        A.   From my observation, yes.
17        Q.   Did anyone in that room have any
18   alcohol from the second bottle other than
19   Mr. Shin?
20        A.   From my recollection no other
21   people drank, because Mr. Shin was being very
22   rowdy.
23        Q.   Was Mr. Park awake during the
24   entire time that you were in the room with him
25   and Mr. Hong?

Page 53

Y. Lee

1
2    A.    Yes.
3    Q.    What about Mr. Hong --
4    A.    Mr. Hong was -- who are you
5    asking?
6    Q.    Mr. Park.
7    A.    Yeah, he was awake.  Mr. Park,
8    he had a few drinks himself, but in my
9    recollection he was awake.
10   Q.    Other than Mr. Shin appearing to
11   be intoxicated, did Mr. Park appear being
12   intoxicated?
13   A.    No.
14   Q.    What about Mr. Hong?
15   A.    No.
16   Q.    Then at one point Mr. Shin left
17   the room.  At that point you left the room to
18   use the bathroom; is that correct?
19   A.    Yes, that is correct.
20   Q.    Did you return back to the room
21   after you used the restroom?
22   A.    After I used the restroom and
23   after I came out of the restroom, Mr. Shin was
24   yelling and cursing.  And then that's how the
25   incident unfolded.

Page 54

Y. Lee

1
2    Q.    So you didn't make it back into
3    the room; is that correct?
4         MR. MCCARTHY:  Before.
5    Q.    After you used the restroom, you
6    didn't make it back into the room before
7    Mr. Shin's accident?
8    A.    Yes (English).
9    Q.    Mr. Lee please speak only in
10   Korean.  Okay.
11        MS. NICOLAOU:  I'm talking
12        to your daughter.  You cannot make
13        any expressions.  You cannot talk.
14        You cannot gesture.
15        (The record is read back by
16        the reporter.)
17   A.    Yes, that is correct.
18   Q.    And that is because you heard
19   Mr. Shin yelling?
20   A.    Yes.
21   Q.    Was he yelling in English, in
22   Korean or some other language?
23   A.    In Korean.
24   Q.    What was he saying?
25   A.    He was saying profanities.  He

Page 55

Y. Lee

1
2    was speaking profanities, cruel words.
3    Q.    What was he saying precisely?
4    A.    He threw F bombs.  Anything like
5    curse words.
6    Q.    Was he directing that to anyone
7    in particular?
8    A.    He was and then he start, you
9    know, his yelling was directed at me.
10   Q.    Who was he directing the cursing
11   initially to?
12   A.    That I don't know.
13   Q.    Did you approach Mr. Shin at any
14   time after you left the restroom before his
15   accident about his language or his demeanor?
16        MR. MCCARTHY:  Objection to
17        form, but if you understand it.
18   A.    It's a short distance from the
19   bathroom to the door and to the landing.  And
20   Mr. Shin was yelling and cursing, as was shown
21   in the video.
22   Q.    Why did you approach Mr. Shin?
23        MR. MCCARTHY:  Objection to
24        form.
25   A.    From my recollection, he was

Page 56

Y. Lee

1
2    cursing at me.
3    Q.    So he started cursing at you
4    when he saw you?
5    A.    Yes.
6    Q.    At that point you approached
7    him?
8    A.    From my recollection, because he
9    was cursing and yelling, I approached him out
10   of curiosity not with the intention to fight,
11   but rather out of curiosity.
12   Q.    What was he saying to you when
13   he saw you?
14   A.    Profanities and he stuck his
15   finger up and he was cursing.
16   Q.    During that time, did Mr. Shin
17   appear to you to be intoxicated?
18   A.    Yes, he was heavily intoxicated.
19   Q.    Was he stable on his feet?
20   A.    No, he was unstable.  I was able
21   to see he was unstable on his feet.
22   Q.    I know we saw this video.  Just
23   bear with me.  Exhibit 1 marked on March 15th.
24   2019.
25        Now, sir, there's four

Page 57

Y. Lee

1
2     individuals in this video at 14 seconds into
3     the footage, which is two minutes and
4     22 seconds long; is that correct?
5     A.   Yes.
6     Q.   There's a gentleman with his
7     back to the video that is in a green shirt.
8     Is that you, sir?
9     A.   Yes.
10    Q.   And then there's three gentlemen
11    directly in front of you all wearing glasses;
12    is that right?
13    A.   Yes.
14    Q.   If we're looking at the video
15    footage, the first gentleman to the left
16    wearing glasses that has an arm around his
17    shoulder, is that the owner of the restaurant
18    in the building?
19    A.   Yes.
20    Q.   The gentleman immediately in the
21    middle of the three, is that Mr. Shin?
22    A.   Yes.
23    Q.   The gentleman immediately to his
24    right, is that his employee to your knowledge?
25    A.   Yes, that is correct.

Page 58

Y. Lee

1
2     Q.   Now, I moved it back about one
3     second. 12 seconds into the video.
4         You see Mr. Shin about to give
5     Mr. Lee, who is another Lee, not you, the
6     other Lee, the owner of the restaurant
7     downstairs stays.
8     A.   It's Chung K. Lee.
9     Q.   Chung K. Lee gives him a kiss;
10    is that right?  When you press play, he gives
11    him a kiss?
12        MR. MCCARTHY:  Looks like
13    Mr. Lee is --
14    Q.   Mr. Chung Lee is giving Mr. Shin
15    a kiss; is that right?
16    A.   I don't know if it's a kiss, but
17    it appears to be that way.
18        MS. BERKOWITZ:  Bear hug.
19        THE WITNESS:  Yeah, a bear
20    hug.
21    Q.   So, Mr. Lee, do you see your
22    hand on Mr. Shin's back?
23    A.   Yeah.
24    Q.   At that point you grab his
25    jacket; is that right?  Is that right, sir?

Page 59

Y. Lee

1
2     A.   I don't recall, but it seems
3     that way.
4     Q.   And then Mr. Shin turns around
5     and looks at you, right?
6     A.   Yeah, I think he was pushing me
7     at the time.
8     Q.   He was pushing you away.  Do you
9     recall what you guys were discussing on the
10    top of the stairs, you and who we now know to
11    be Mr. Chung Lee, Mr. Shin looks like?
12    A.   Now that person recognize me.
13    Q.   Which person, sir? This person
14    (indicating)?
15    A.   (Indicating).
16        MS. NICOLAOU:  For the
17    record Chung Lee.
18    Q.   Go ahead.
19    A.   And I also recognized him, so we
20    shook hands.
21    Q.   You were saying hello?
22    A.   Yes.
23    Q.   Was that the first time that you
24    saw Mr. Chung Lee that evening?
25    A.   Yes.

Page 60

Y. Lee

1
2     Q.   At that point, Mr. Shin, is he
3     leaning up against the wall on top of the
4     stairs?
5     A.   Yeah (English).
6     Q.   Was he unstable to your
7     recollection?  Not necessarily what's shown in
8     the video, but to your recollection was
9     Mr. Shin unstable on his feet?
10        MR. MCCARTHY:  Asked and
11    answered, but I'll allow him to
12    answer.
13    A.   Yeah, one foot was in the air.
14    So he was rather in the precarious position to
15    my knowledge.
16    Q.   To your knowledge, from your
17    recollection that evening, while you were on
18    top of the stairs, was Mr. Shin, when he was
19    leaning up against the wall, using it more as
20    a support?
21    A.   Yes.
22    Q.   To hold himself up?
23    A.   Yes, appeared to be that way.
24    Q.   I'm stopping at one minute and
25    42 seconds into the video.

Page 61

Y. Lee

1                 Y. Lee
2       Now, at this point Mr. Shin is
3 holding up his middle finger at you; is that
4 correct?
5     A.  Yes.
6     Q.  Do you know why?
7     A.  I don't know.
8     Q.  Was it because he was being loud
9 and drunk?
10     A.  Well, the Mr. Shin that I saw on
11 that evening, you know, he appeared that he
12 would behave in the same way to anybody.
13     Q.  Whether he was drunk or sober?
14     A.  Whether he was drunk.
15         MR. MCCARTHY:  Objection to
16 form.
17     Q.  Do you recall why he raised his
18 middle finger at you at that point?
19         MR. MCCARTHY:  It's been
20 asked and answered.
21     A.  I don't know.
22         MS. NICOLAOU:  We're a
23 minute and 48 seconds into the
24 video.
25     Q.  Is Mr. Shin's middle finger

Page 62

1                 Y. Lee
2 still at you?  Yes?  You have to answer the
3 question, sir?
4     A.  Yeah.
5         MS. NICOLAOU:  At this point
6 we're at one minute and 51 seconds
7 into the video.
8     Q.  Mr. Chung Lee puts his hands on
9 your face.
10         Do you recall him doing that
11 that evening?
12     A.  Yes.
13     Q.  Do you recall what Mr. Chung Lee
14 was saying to you?
15     A.  Okay.  I don't recall, but he
16 would just holding me and keeping me from --
17 he was trying to, you know --
18     Q.  Kind of diffuse the situation?
19     A.  Diffuse the situation.  Try to
20 calm me down.
21     Q.  Were you getting upset?
22     A.  I was upset, but I wasn't really
23 enraged.
24     Q.  At that point you removed
25 the other Lee's hands from your face; is that

Page 63

1                 Y. Lee
2 correct?
3     A.  Yeah.
4         MS. NICOLAOU:  1, 53 into
5 the video.
6     Q.  At that point Mr. Lee who
7 removed Mr. Chung Lee's hands from your face;
8 is that correct [sic]?
9     A.  Yes.
10     Q.  Is it because you were getting
11 upset?
12     A.  No, I don't think so.
13     Q.  Why did you remove his hands
14 from your face?
15     A.  Aren't you supposed to remove
16 hands when a stranger placed his hands on your
17 face?
18     Q.  Did Mr. Chung Lee, the owner of
19 the restaurant downstairs, did he appear to be
20 intoxicated?
21     A.  I think so, because he was also
22 drinking in another room.
23     Q.  How do you know he was drinking
24 in another room?
25     A.  Okay.  I was told that he came

Page 64

1                 Y. Lee
2 with Mr. Shin.
3     Q.  At the time when you were
4 standing on top of the staircase with
5 Mr. Shin, his employee and Mr. Chung Lee, did
6 Mr. Chung Lee appear to be intoxicated?
7         MR. MCCARTHY:  Asked and
8 answered, but I'll allow him to
9 answer again.
10     A.  That I don't know.
11         MS. NICOLAOU:  Going one
12 minute and 55 seconds into the
13 video.
14     Q.  After you push his hands away,
15 Mr. Chung's Lee hands away from your face,
16 about one minute and 55 seconds into the
17 video, Mr. Chung Lee puts his hands back on
18 your face; is that correct?
19     A.  Yes, seems that way, yes.
20     Q.  Then you push him away again; is
21 that correct?
22     A.  Yes.  At that time I think I
23 was a little angry, because three people
24 behaving in such a way I think I was angry,
25 getting angry at the time.

Page 65

Y. Lee

1
2     MR. MCCARTHY:  Could you
3  tell him just answer the question.
4  Tell him that.
5     Q.   At one minute and 57 seconds
6  into the video, Mr. Shin's middle finger is
7  still up in the air; is that correct?
8     A.   Yes.
9     Q.   One minute and 59 seconds into
10 the video, Mr. Chung Lee puts his hands on
11 your face a third time; is that correct?
12    A.   Yes.
13    Q.   Do you know what he was saying
14 to you, Mr. Chung Lee, during this time?
15    A.   From my recollection he wasn't
16 saying any words.  He would just be putting
17 his hands -- but he wasn't saying any words
18 from my recollection.
19    Q.   Two minutes and one second into
20 the video, is Mr. Chung Lee holding your left
21 hand back?
22    A.   No, I don't recall.
23    Q.   I'm just asking with the video.
24 Not necessarily -- let me rewind it.
25       At this point, two minutes into

Page 66

Y. Lee

1
2  the video, you see Mr. Chung Lee's left hand
3  on your left arm; is that correct?
4     MR. MCCARTHY:  What is that?
5     MS. NICOLAOU:  Two minutes.
6     A.   Yes.
7     Q.   And you see Mr. Chung Lee's
8  right hand at that point holding your -- I'm
9  sorry.
10       Let me get my left and rights --
11 let me start over.
12       Mr. Chung Lee's left hand is
13 holding your right arm above your elbow at two
14 minutes into the video; is that correct?
15    A.   Yes.
16    Q.   At that point is he holding you
17 up against the wall?
18    A.   Yes, appears to be that way.
19    Q.   Mr. Chung Lee's right hand is
20 holding your left hand up against the wall; is
21 that correct?
22    A.   Appears to be that way.
23    Q.   At that point, and I'm looking
24 at two minutes and one second into the video,
25 Mr. Chung's Lee's right hand is holding your

Page 67

Y. Lee

1
2  left hand and he's, for the fourth time,
3  putting his left hand this time on your face;
4  is that correct?
5     A.   Yes.
6     Q.   Is Mr. Shin, in this video, two
7  minutes and one second, still holding up his
8  middle finger?
9     A.   Yes.
10    Q.   At two minutes and four seconds,
11 is Mr. Chung Lee holding your hands down in
12 this video?
13    MR. MCCARTHY:  Objection to
14 form.
15    Q.   Do you want me to remind it?
16    MS. NICOLAOU: Ask him if he
17 wants me to rewind it.
18    A.   No, because I don't know --
19 because my face, I don't know if I was angry.
20    Q.   I'm not asking if you were
21 angry.  I'll rewind it a little bit back to
22 two minutes and two seconds into the video.
23       In this video Mr. Shin is still
24 holding up his middle finger, correct?
25    A.   Yes.

Page 68

Y. Lee

1
2     Q.   Is it fair to say that Mr. Chung
3  Lee is at this point holding, at least with
4  his left hand, your right wrist down; is that
5  correct?
6     A.   Yes.
7     Q.   And two minutes and four seconds
8  into the video, Mr. Chung Lee, with his right
9  hand is holding your left wrist down; is that
10 correct?
11    A.   Yes.
12    Q.   And you're still up against the
13 wall at this point; is that correct?
14    A.   Yes.
15    Q.   Now two minutes and five seconds
16 into the video, Mr. Shin is still holding up
17 his middle finger?
18    A.   Yes.
19    Q.   And based on this video, do we
20 have a clear view of how Mr. Shin is standing?
21    A.   Yes.
22    Q.   So is it fair to say that
23 Mr. Shin is leaning up against the wall?
24    A.   Yes.
25    Q.   With his right foot on the first

Page 69

Y. Lee
1
2  step?
3       A.   Yes.
4       Q.   And his left foot on the
5  landing?
6       A.   Yes.
7       Q.   Two minutes and 12 seconds into
8  the video, is Mr. Shin still holding up his
9  middle finger?
10      A.   Yeah.
11      Q.   Are you starting to hold up your
12 middle finger at this point?
13      A.   Yes.
14      Q.   Would it be fair to say that you
15 were getting more upset over the situation?
16      A.   You could say that.
17      Q.   Now I'm going to hit play at two
18 minutes and 15 seconds into the video, okay.
19 Goes by really fast.  Ready?
20          (Playing video.)
21      Q.   Based on this footage, Mr. Lee,
22 did you kick Mr. Shin?
23      A.   I didn't kick Mr. Shin
24 (English).
25      Q.   Could you please answer in

Page 70

Y. Lee
1
2  Korean.
3       A.   No, I did not kick him.
4       Q.   After Mr. Shin fell down the
5  stairs, did you go down to check on him?
6       A.   No, I did not.
7       Q.   Did you go back to your room?
8       A.   Yes (English).
9       Q.   Why did you go back to your
10 room?
11      A.   Because I didn't think much of
12 it.  I just thought he would just get up and
13 walk away.
14      Q.   Do you believe, Mr. Lee, that
15 Mr. Shin's accident was a direct result of his
16 intoxication?
17      A.   Yes, I think so.
18      Q.   That's because he wasn't stable
19 on his feet?
20      A.   I think so.
21      Q.   Is it also because he was using
22 the wall to hold himself up?
23      A.   Yes.
24      Q.   Now, Mr. Lee, you were arrested
25 that evening?

Page 71

Y. Lee
1
2       A.   Yes.
3       Q.   Were you subsequently charged?
4          MR. MCCARTHY:  It's yes or
5  no.
6       Q.   Yes or no, Mr. Lee, were you
7  charged after your arrest that evening; yes or
8  no?
9          MS. NICOLAOU:  Translate
10 what he just said.
11      A.   I don't know if I was charged
12 with anything.
13      Q.   Did you plead guilty to anything
14 as a result of your arrest in connection with
15 Mr. Shin's fall down the staircase?
16          THE INTERPRETER: Can I ask
17 him to repeat again?
18          MS. NICOLAOU:  Of course.
19      A.   I don't know if I was charged
20 with harassment, but I paid $60 or $90.  So I
21 don't know if I was charged.
22      Q.   Did you plead guilty to a
23 charge?
24      A.   I accepted the fact to the
25 harassment charge.

Page 72

Y. Lee
1
2       Q.   Was there a fine in connection
3  with you pleading guilty to harassment?
4       A.   I paid $90.  I don't know if
5  it's a fine, but I did pay $90.
6       Q.   In addition to the $90, were you
7  placed on probation?
8       A.   No.
9       Q.   Were you instructed to take any
10 form of classes as part of your harassment
11 guilty plea?
12      A.   No, I did not.
13      Q.   Did you have an attorney
14 representing you in connection with the arrest
15 following Mr. Shin's accident?
16      A.   Yes.
17      Q.   And who was that attorney?
18          (Witness hands card.)
19          THE INTERPRETER:  Chan Woo
20 Lee.
21      Q.   When did you plead guilty to the
22 harassment? Just approximate.
23          MR. MCCARTHY:  Estimate.
24      A.   March 15, 2018.
25      Q.   Was that Queens County Criminal

Page 73

1                    Y. Lee
2    Court?
3         A.    Yes.
4         Q.    Did you ever tell the police
5    after your arrest that you kicked Mr. Shin?
6         A.    No.
7         Q.    Have you ever had any prior
8    convictions?
9         A.    No.
10             MS. NICOLAOU:  Let's take a
11        five minute break.
12             (Whereupon, a short break
13        was taken.)
14   EXAMINATION BY MS. BERKOWITZ:
15        Q.    Did you ever tell anybody after
16   that night that you kicked Mr. Shin?
17        A.    No, I did not.
18             MS. BERKOWITZ:  Thank you.
19             (Time noted: 1:51 p.m.)
20

21             YOUNG KU LEE
     Subscribed and sworn to
22   before me this        day
     of        , 2019
23
24
     Notary Public
25

Page 74

1
2                I N D E X
3
4    WITNESS          EXAMINATIONS    PAGE
5
          MR. BASIL           4
6    Young Ku Lee            4
7             MS. BERKOWITZ       36
             MS. NICOLAOU        45
8             MS. BERKOWITZ        73
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 75

1    STATE OF NEW YORK   )
2              ) ss.:
     COUNTY OF NEW YORK  )
3
4              C E R T I F I C A T E
5         I, CHRISTINE CUTRONE, Shorthand
6    Reporter and a Notary Public within and
7    for the State of New York, do hereby
8    state:
9         That the witness whose examination is
10   herein before set forth was duly sworn and
11   that such an examination is a true record
12   of the testimony given by such a witness.
13        I further state that I am not related
14   to any of these parties to this action by
15   blood or marriage, and that I am not in
16   any way interested in the outcome of this
17   matter.
18        IN WITNESS WHEREOF, I have hereunto
19   set my hand this 25th day of April, 2019.
20
21
22
23
24        CHRISTINE CUTRONE
25

**Transcript Word Index**

**[& - 9:30]**

**&**

**&**
2:14,19

**0**

**05183**
1:5
**07039**
1:22

**1**

**1**
25:14,23 31:4,14
56:23 63:4
**1:17**
1:5
**1:51**
73:19
**10**
24:17
**100**
2:11
**10-00**
24:17
**10001**
2:5
**10601**
2:11
**11**
48:11
**11:15**
1:11
**11242**
2:21
**11366**
4:21
**11507**
2:16

**12**
58:3 69:7
**1270**
2:4
**135**
1:22
**14**
57:2
**15**
1:11 7:19 69:18
72:24
**15th**
25:15 56:23
**167417fac**
2:17
**168th**
4:20
**1700**
2:21
**174**
38:7
**175**
38:10
**199**
1:12
**1st**
22:24

**2**

**20**
13:2,3,10,17,20
14:7,24 28:4,5,9
29:16,20,24 30:3,7
30:8,12 37:5 51:22
51:24
**200**
2:15 23:13
**2017**
9:9 10:11,15,21,24

**2017 (cont.)**
11:3 23:22
**2018**
72:24
**2019**
1:11 22:24 25:15
56:24 73:22 75:19
**21**
10:11,15,21,24
11:2 23:22
**21st**
7:24 9:9
**22**
57:4
**22nd**
7:24
**25th**
75:19
**26**
2:20

**3**

**30**
28:4,5,9 29:16,20
29:24 30:3,7,8,12
46:12 51:23,24
**305**
2:4
**36**
74:7

**4**

**4**
74:5,6
**400**
24:9
**42**
60:25
**45**
74:7

**48**
61:23

**5**

**50**
7:9
**51**
62:6
**53**
63:4
**55**
64:12,16
**57**
65:5
**59**
65:9

**6**

**60**
71:20
**683**
7:14

**7**

**73**
74:8
**76-28**
4:20

**8**

**81**
2:10

**9**

**9**
38:20
**9:20**
38:21
**9:30**
38:21

**[90 - back]**

**90**
71:20 72:4,5,6
**900**
24:2,6 41:6
**973-740-1331**
1:23

**a**

**a.m.**
1:11
**able**
21:16 56:20
**accepted**
71:24
**accident**
35:14,23 48:2,9,15
54:7 55:15 70:15
72:15
**accompany**
19:3
**accurate**
5:14 48:10
**acknowledged**
34:21
**action**
75:14
**addition**
72:6
**additional**
15:18 16:5 28:6,14
**address**
4:19 6:8 34:14
**administer**
3:13
**afternoon**
36:23 45:15
**ago**
7:19

**agreed**
3:2,6,10
**ahead**
7:8 9:16,18 59:18
**ahmuty**
2:14
**air**
60:13 65:7
**albertson**
2:16
**alcohol**
18:13 52:18
**alcoholic**
13:5,11 17:9 18:22
28:6,10,24 49:10
**allow**
60:11 64:8
**angry**
32:7 50:4,5 64:23
64:24,25 67:19,21
**answer**
6:24,25 15:21
22:16 33:16 60:12
62:2 64:9 65:3
69:25
**answered**
29:3,5 60:11 61:20
64:8
**answering**
45:24
**answers**
4:12 5:5,7,14
**anybody**
42:11,14 43:6
61:12 73:15
**anymore**
28:19 36:17
**apologize**
51:18

**appear**
28:23 49:21 53:11
56:17 63:19 64:6
**appeared**
48:22 50:5 60:23
61:11
**appearing**
53:10
**appears**
26:10,15 58:17
66:18,22
**appetizer**
39:23
**apply**
45:18
**appreciate**
36:18
**approach**
55:13,22
**approached**
56:6,9
**approximate**
72:22
**approximately**
48:16,19 49:16
**april**
1:11 7:24,24 9:9
10:11,15,21,24
11:2 23:22 75:19
**arguments**
20:13
**arm**
57:16 66:3,13
**arrest**
30:25 35:10 71:7
71:14 72:14 73:5
**arrested**
30:23 70:24

**arrive**
38:17
**arrived**
13:4 28:21 48:5,14
**asked**
29:3,5 30:24 39:22
39:23 50:23 60:10
61:20 64:7
**asking**
45:16 47:24 53:5
65:23 67:20
**assets**
6:22
**ate**
37:15
**attempted**
8:13
**attorney**
5:22 34:14 36:24
72:13,17
**attorneys**
2:3,8,15,19 3:3 8:8
**attorney's**
36:13
**authorized**
3:12
**awake**
52:23 53:7,9
**aware**
33:7

**b**

**back**
15:24 20:19 21:10
27:19,20 40:4,21
40:22 42:15 53:20
54:2,6,15 57:7 58:2
58:22 64:17 65:21
67:21 70:7,9

[backup - charge]

backup
    25:18
bad
    34:12
bank
    21:18 26:8
bar
    11:4,7,7,17 14:25
    17:9,12 18:10
    28:22 36:25 37:3
    38:12,23 39:5
    41:24 43:10,15,20
    44:3 46:24 47:16
    47:20 48:2,5,15
barbecue
    37:13,14,18
based
    68:19 69:21
basil
    2:3,6 4:14,23 12:12
    21:21 25:11 26:19
    26:25 29:25 30:9
    31:7 34:4 35:17
    36:3,16 74:5
bathroom
    15:13 27:6 51:16
    53:18 55:19
bear
    56:23 58:18,19
becoming
    49:24
beer
    13:16,18 17:14
    37:23,25 49:14
begins
    26:24
behave
    61:12

behaving
    64:24
believe
    10:19 35:21 48:25
    70:14
believed
    35:14
berkowitz
    2:17 8:25 9:13 13:6
    15:19 23:9,15,23
    26:17 29:2 36:22
    36:24 40:17 42:17
    42:22 43:3 44:10
    45:11 58:18 73:14
    73:18 74:7,8
beverage
    28:11
beverages
    13:5,11 17:9 18:22
    28:6,25 49:10
bit
    67:21
black
    23:12
blood
    75:15
blue
    13:15 14:2,11,14
    16:8,12,17,21 19:6
    23:14,18 24:3 27:8
    39:20 40:2 41:7
    49:2,13 52:2
bob
    23:16
bombs
    55:4
bottle
    16:3,7,8 39:20 40:5
    40:18,25 41:3

bottle (cont.)
    44:16,20,21,23,25
    49:2,5,18 50:11,14
    50:18,22,24 51:2,7
    51:12,20 52:2,4,6,8
    52:9,11,12,14,15
    52:18
bottles
    23:13,19,21 41:6
boulevard
    8:3 9:5
brand
    38:2
break
    36:7 73:11,12
breakup
    12:10
breathalyzer
    44:12
briefly
    5:24
bring
    44:19 50:18
broadway
    2:4 7:14
brooklyn
    2:21
brought
    11:16 13:11,25
    14:3 15:15,16 28:6
    39:19 40:6,16,24
    41:11 44:20,22,24
    50:24 51:7
building
    8:3 31:16 57:18
business
    6:13 8:21 9:3 11:15
    33:14 46:9,13,17

businesses
    21:8
buy
    47:18
buying
    47:9

c

call
    8:20
calling
    8:16
calm
    62:20
captured
    31:20
car
    38:16
card
    72:18
carmen
    2:12 45:16
case
    4:24 8:16 34:3
cedar
    1:22
cell
    26:3
centimeters
    38:7
certified
    1:21
chan
    72:19
chance
    5:21
charge
    24:9 30:24 71:23
    71:25

[charged - dinner]

**charged**
71:3,7,11,19,21
**chartwell**
2:8
**check**
70:5
**chicken**
24:13 41:14,15
**christine**
1:18 75:5,24
**chung**
58:8,9,14 59:11,17
59:24 62:8,13 63:7
63:18 64:5,6,17
65:10,14,20 66:2,7
66:12,19 67:11
68:2,8
**chung's**
64:15 66:25
**cirillo**
1:21
**cirillo.robert**
1:23
**classes**
72:10
**clear**
17:23 43:2 68:20
**client**
4:25
**closed**
44:3,6
**coke**
40:7
**comfortable**
45:20
**compensation**
34:18
**completely**
49:5

**confusing**
51:16
**connection**
71:14 72:2,14
**consume**
18:21 28:16
**consumed**
16:13 17:9 28:12
28:25
**contact**
8:13
**conversations**
36:12
**convictions**
73:8
**corner**
24:16
**correct**
5:23 6:2 9:24 16:10
18:2 27:24 31:15
34:4 35:6,19 37:23
41:24 44:17 45:21
48:23 49:3 50:15
51:4 53:18,19 54:3
54:17 57:4,25 61:4
63:2,8 64:18,21
65:7,11 66:3,14,21
67:4,24 68:5,10,13
**counsel**
2:22
**count**
49:19
**county**
72:25 75:2
**couple**
36:4
**course**
32:10,14 71:18

**court**
1:1,21 2:20 3:15
5:15 73:2
**cpa**
11:16,22,23 15:12
15:16 25:7 39:14
**criminal**
72:25
**cruel**
55:2
**cup**
16:15,19,24 17:6
17:14 18:25 37:22
38:3,4
**cups**
52:10
**curiosity**
56:10,11
**currently**
6:4
**curse**
55:5
**cursing**
27:4 29:9,13 31:10
31:22,23 32:2,5
42:5,10,11,13 43:7
53:24 55:10,20
56:2,3,9,15
**cussing**
42:14
**cutrone**
1:18 75:5,24
**cv**
1:5

**d**

**d'apice**
2:19

**date**
22:21 46:20 47:22
**daughter**
54:12
**day**
8:4 17:10 73:22
75:19
**deborah**
1:8 2:10
**decide**
29:18
**defendant**
1:16 2:8,19
**defendants**
1:9 2:15
**defendant's**
22:14 24:4
**deh**
1:8 2:10
**deli**
6:11 7:19
**delivered**
27:8 51:12,20
**demeanor**
55:15
**demers**
2:14
**deposition**
3:11 4:24 6:21 8:6
8:21 45:23
**depositions**
22:14
**different**
12:11 42:2,3
**diffuse**
62:18,19
**dinner**
37:2

**[direct - face]**

**direct**
70:15
**directed**
55:9
**directing**
55:6,10
**directly**
52:14 57:11
**discuss**
21:8
**discussing**
59:9
**discussion**
22:8
**discussions**
22:10
**distance**
20:23 21:3 55:18
**district**
1:1,1 36:13
**doing**
5:4 62:10
**door**
44:2,4,9 55:19
**downstairs**
26:13 58:7 63:19
**drank**
16:6,14,17,22
19:18,23 28:14
49:5,20 52:9,11,13
52:21
**drink**
13:18 14:8,16
18:24,24,25 19:4,6
19:25 20:7 28:20
41:12 47:10 49:9
**drinking**
14:6 18:13 52:7
63:22,23

**drinks**
8:18 9:12 14:22
15:18 19:9,12,16
19:20 20:4 45:6
47:18 51:25 53:8
**drove**
38:15
**drunk**
20:15 61:9,13,14
**duly**
4:3,8 75:10

**e**

**earlier**
16:9 29:8 42:4
44:15 48:21
**east**
1:22
**eastern**
1:1
**eat**
37:12 41:10,17
**edward**
1:2 4:25 7:22 10:12
10:14,20 11:3
**effect**
3:14
**either**
19:19 20:4 25:4
36:12
**elbow**
66:13
**embarrassing**
8:11
**employed**
6:7 7:17
**employee**
11:17,25 12:3,4,15
12:17,22 13:8,12

**employee (cont.)**
13:22 14:19 26:8
26:15,18 39:5,6,22
41:2 57:24 64:5
**employees**
14:25 15:5 20:3
32:22 43:9,12,23
**employer**
6:10 40:6
**employment**
6:5 7:18
**english**
4:11,12 5:6 13:24
16:25 20:24 45:19
45:24 54:8,21 60:5
69:24 70:8
**enraged**
32:9 62:23
**entered**
12:24 16:18,22
48:20
**enterprises**
1:7
**entire**
16:3 52:4,24
**entities**
5:2
**entitled**
6:20
**esq**
2:6,12,14,17,22
**esqs**
2:19
**establishment**
8:17 9:8,11,23
**estimate**
16:20 19:12 28:24
72:23

**evening**
8:9,14,18 9:4,12,24
10:24 11:2 15:7
17:10,20 18:17,21
19:5,22 22:11
28:22,25 32:11,14
36:11 47:14 48:2
59:24 60:17 61:11
62:11 70:25 71:7
**events**
7:22 8:8,13
**eventually**
35:4
**exactly**
17:7 39:7
**examination**
1:15 4:14 36:22
45:14 73:14 75:9
75:11
**examinations**
74:4
**examined**
4:5
**exhibit**
22:15,22,23,25
24:4,7,10,14 25:14
25:23 31:4,14
56:23
**express**
21:17
**expressions**
54:13
**extent**
27:2 34:10

**f**

**face**
62:9,25 63:7,14,17
64:15,18 65:11

**[face - go]**

**face (cont.)**
 67:3,19
**fact**
 71:24
**fair**
 68:2,22 69:14
**fall**
 9:10 35:23 46:21
 47:15 71:15
**fallen**
 33:4,13
**falling**
 7:23 8:2
**family**
 8:10
**fashion**
 52:8,13
**fast**
 69:19
**fault**
 34:22
**february**
 22:24
**feet**
 43:13 56:19,21
 60:9 70:19
**fell**
 17:20,24 32:17
 33:3,7,8,8,11,13,21
 33:25 34:23 43:11
 43:24 70:4
**female**
 13:22,24,25 14:5
 14:19 20:8
**fight**
 56:10
**fighting**
 35:12 36:2

**file**
 2:17
**filed**
 4:24
**filing**
 3:4
**fine**
 10:9 49:7 72:2,5
**finger**
 31:23 32:2,6 45:9
 56:15 61:3,18,25
 65:6 67:8,24 68:17
 69:9,12
**finished**
 16:3 19:24 49:2,4
**first**
 4:2,8 6:9 11:7
 27:11 34:5 39:20
 40:17,25 44:20
 46:19,23 48:20
 49:2,5,18 52:8,9,11
 52:14 57:15 59:23
 68:25
**five**
 36:4 68:15 73:11
**flushing**
 37:11
**followed**
 38:24
**following**
 72:15
**follows**
 4:5,12
**food**
 8:18 13:19
**foot**
 60:13 68:25 69:4
**footage**
 57:3,15 69:21

**force**
 3:13
**form**
 3:7 8:24 9:2,14,18
 10:4,6 12:20 13:7
 13:14 15:20,23
 21:13 23:24 27:2
 30:6,15 32:20
 55:17,24 61:16
 67:14 72:10
**forth**
 75:10
**forty**
 48:3
**foundation**
 10:8
**founded**
 21:14
**four**
 56:25 67:10 68:7
**fourth**
 67:2
**frequent**
 9:7
**fresh**
 4:20
**friend**
 11:14,15,21 26:7
 26:10 46:9,10
**friends**
 14:9 19:3,3
**friend's**
 10:17,18
**front**
 57:11
**fruit**
 13:21 24:12 39:24
 41:10,11

**funnier**
 49:25
**further**
 3:6,10 36:11 75:13

**g**

**generated**
 23:6
**gentleman**
 57:6,15,20,23
**gentlemen**
 57:10
**gesture**
 54:14
**getting**
 21:24 22:6 50:4
 62:21 63:10 64:25
 69:15
**give**
 5:5,14 6:9 14:18
 48:16 58:4
**given**
 75:12
**gives**
 58:9,10
**giving**
 45:9 58:14
**glass**
 14:6 29:7
**glasses**
 14:6 49:16 52:4,6
 57:11,16
**gmail.com**
 1:23
**go**
 7:8 9:16,18 25:11
 27:13 29:18 33:20
 37:4 38:12 39:2,3
 59:18 70:5,7,9

**[goes - interpreter's]**

| | | | |
|---|---|---|---|
| **goes** | **hand** | **holding (cont.)** | **incident (cont.)** |
| 69:19 | 24:16 52:5 58:22 | 67:7,11,24 68:3,9 | 35:6,14 36:14 |
| **going** | 65:21 66:2,8,12,19 | 68:16 69:8 | 47:22 53:25 |
| 6:22 7:3 22:2 23:9 | 66:20,25 67:2,3 | **home** | **index** |
| 25:12 31:12,21 | 68:4,9 75:19 | 4:18 29:18 | 1:5 |
| 45:16,25 47:17 | **hands** | **hong** | **indicating** |
| 64:11 69:17 | 18:6,8 59:20 62:8 | 11:21,22 14:12,13 | 38:4 59:14,15 |
| **good** | 62:25 63:7,13,16 | 14:16,21 19:9,13 | **individuals** |
| 4:22 36:23 45:15 | 63:16 64:14,15,17 | 25:5 27:15 37:6 | 26:5 57:2 |
| **gotten** | 65:10,17 67:11 | 38:12,15,16,25 | **initially** |
| 38:20 | 72:18 | 39:2,3,25 46:5,8 | 55:11 |
| **grab** | **hang** | 47:17 52:25 53:3,4 | **injured** |
| 58:24 | 46:5 | 53:14 | 34:8,12 |
| **green** | **harassment** | **hour** | **injuries** |
| 57:7 | 71:20,25 72:3,10 | 18:11,13 19:2 | 34:11,14,18 |
| **greet** | 72:22 | **hours** | **instructed** |
| 38:23 | **hear** | 16:23 48:17 | 72:9 |
| **grocery** | 20:13 50:17 | **hug** | **insult** |
| 6:11 | **heard** | 58:18,20 | 21:5 |
| **group** | 50:23 54:18 | **hurt** | **insurance** |
| 2:3 | **heavily** | 32:11 | 34:20,20 |
| **guest** | 50:6 56:18 | **husband** | **intend** |
| 47:3,16 | **height** | 33:14 | 32:11,13 |
| **guests** | 38:6 | **i** | **intending** |
| 14:9 20:8 | **hello** | | 31:15 |
| **guilty** | 59:21 | **i.u.** | **intention** |
| 71:13,22 72:3,11 | **help** | 2:15 | 56:10 |
| 72:21 | 21:24 22:2 | **ice** | **interest** |
| **guys** | **hereunto** | 40:7 | 6:13,16 21:17 |
| 59:9 | 75:18 | **identified** | **interested** |
| **h** | **hit** | 23:4 | 22:5,5 75:16 |
| | 20:20 69:17 | **immediately** | **interpretations** |
| **hair** | **hitting** | 34:23 57:20,23 | 5:9 |
| 20:17,22 | 20:16 | **important** | **interpreter** |
| **half** | **hold** | 5:13 | 29:23 31:6 71:16 |
| 48:16 | 60:22 69:11 70:22 | **im's** | 72:19 |
| **hallway** | **holding** | 34:11 | **interpreter's** |
| 43:17,19,20 | 61:3 62:16 65:20 | **incident** | 5:8 |
| | 66:8,13,16,20,25 | 6:19 9:20,21 33:19 | |

**[intoxicated - left]**

**intoxicated**
18:19 48:22 49:21
49:25 50:6 53:11
53:12 56:17,18
63:20 64:6
**intoxication**
70:16
**introduce**
15:14
**introductory**
23:10
**invite**
15:11
**irrevocable**
1:8 2:9

**j**

**jacket**
58:25
**janice**
2:17 36:24
**jersey**
1:22
**johnnie**
13:15 14:2,10,13
16:8,12,17,21 19:6
23:18 24:3 27:8
39:20 40:2 49:9,13
49:17 50:11,15,18
51:12 52:2
**jung**
1:8 2:10

**k**

**kang**
37:8
**karaoke**
11:4,6,7 14:25 17:8
17:12 18:10 28:22
36:25 37:3 38:12

**karaoke (cont.)**
38:18,23 39:4
41:24 43:10,15,20
44:2,9 46:24 47:15
47:19,25 48:5,14
**keep**
45:25
**keeping**
62:16
**kick**
32:13 69:22,23
70:3
**kicked**
73:5,16
**kim**
2:24
**kind**
32:24 37:25 45:24
62:18
**kiss**
58:9,11,15,16
**know**
8:22 11:18,24 12:2
12:3 14:22 15:13
16:24,25 17:7 18:7
19:3 20:19 22:16
24:2 26:6,9,11,14
26:20 32:4 33:4,12
34:7,10,13,17,19
39:11 41:6,8,21,22
41:25 44:18 45:8
45:10 48:12 49:20
50:16,21 52:3,6
55:9,12 56:22
58:16 59:10 61:6,7
61:11,21 62:17
63:23 64:10 65:13
67:18,19 71:11,19
71:21 72:4

**knowledge**
15:10 16:4 18:11
28:18 30:18 44:14
57:24 60:15,16
**known**
46:11
**knows**
27:2
**korean**
4:11,12 5:5,8,25
17:5 20:24,25
40:12,12 46:2
54:10,22,23 70:2
**ku**
1:16 4:17 73:21
74:6
**kum**
37:8

**l**

**landing**
31:14 42:24 43:4,7
43:10,16,18,24
44:3 55:19 69:5
**language**
6:2 17:3 45:20
54:22 55:15
**law**
2:3,8 5:15
**leaning**
32:24 60:3,19
68:23
**leave**
27:9,16 29:18
30:20 31:15
**lebasket**
7:11,13,18
**led**
39:5,6

**lee**
1:8,16 2:20 4:1,17
4:22 5:1 6:1 7:1 8:1
9:1 10:1 11:1,18
12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1,21 26:1
27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
54:9 55:1 56:1 57:1
58:1,5,5,6,8,9,13
58:14,21 59:1,11
59:17,24 60:1 61:1
62:1,8,13 63:1,6,18
64:1,5,6,15,17 65:1
65:10,14,20 66:1
67:1,11 68:1,3,8
69:1,21 70:1,14,24
71:1,6 72:1,20 73:1
73:21 74:6
**lee's**
62:25 63:7 66:2,7
66:12,19,25
**left**
27:11,12,24 28:3
28:10,17 29:15,21
30:2,11,23 38:19
40:8 41:4 45:3 50:8
51:3,8,17,21 53:16
53:17 55:14 57:15
65:20 66:2,3,10,12
66:20 67:2,3 68:4,9
69:4

**[lg - names]**

lg
  1:5
line
  23:12,17
liquor
  14:4,5 28:14,16
little
  18:19 48:7,22
  64:23 67:21
livingston
  1:22
llp
  2:8
loan
  21:16,18,24 22:2,6
located
  7:13 37:10
location
  7:20 10:20
long
  12:23 18:9 40:13
  46:11 47:19,25
  57:4
longer
  17:21 28:2
longo
  2:19
look
  22:15 25:17
looking
  57:14 66:23
looks
  24:17 25:6 58:12
  59:5,11
lot
  19:23 49:6,20
loud
  61:8

louder
  49:25

**m**

main
  2:10
male
  13:22
male's
  25:3,4
manager
  39:8,10
manager's
  39:11
manhattan
  7:15
man's
  24:25
march
  25:15 56:23 72:24
marked
  22:14,24 25:14,22
  31:4 56:23
marriage
  75:15
matter
  75:17
mccarthy
  2:22 6:14,17 7:3
  9:17,25 10:5 12:9
  12:13 15:22 17:4
  21:12,19 22:18,23
  23:14 25:8 29:4
  30:5,14 33:15 34:2
  35:15 36:6,20
  40:11,15,21 42:16
  42:18,25 44:8 47:5
  47:21 54:4 55:16
  55:23 58:12 60:10

mccarthy (cont.)
  61:15,19 64:7 65:2
  66:4 67:13 71:4
  72:23
mcmanus
  2:14
meadows
  4:21
meal
  17:12 37:12 38:11
mean
  8:22 51:10
meaning
  12:8
meatballs
  24:13 41:13,14
media
  8:12
meet
  5:21 18:8
member
  47:4,16
men's
  27:18
mentioned
  16:9 22:9 29:8
met
  9:23 10:12 15:13
  46:20
michael
  1:7 2:9
middle
  31:23 32:2 57:21
  61:3,18,25 65:6
  67:8,24 68:17 69:9
  69:12
mind
  17:21,22

minute
  60:24 61:23 62:6
  64:12,16 65:5,9
  73:11
minutes
  13:2,3,10,17,20
  14:7,24 28:4,5,9
  29:17,20,24 30:4,7
  30:8,13 36:4,5 48:3
  51:23,24 57:3
  65:19,25 66:5,14
  66:24 67:7,10,22
  68:7,15 69:7,18
misstepped
  33:2,5
mix
  49:10
moment
  18:2 26:23
money
  21:15,16
months
  33:9
morning
  2:24 4:22 5:22
moved
  58:2

**n**

name
  4:15,22 6:9 9:7
  11:24 12:3 24:24
  25:2,2,3,4,6 26:9
  26:11,14 33:24
  34:6,6 36:23 39:11
  41:21 45:15
names
  11:18,20

**[native - people]**

**native**
 5:25 45:20
**necessarily**
 60:7 65:24
**need**
 6:8,25
**new**
 1:1,13,13,19,22 2:5
 2:5,11,16,21 4:4,10
 4:21 75:1,2,7
**news**
 8:12
**nice**
 20:18
**nicolaou**
 2:12 8:23 9:15 10:3
 10:7 12:19 13:13
 17:2 22:20 32:19
 45:14,16 47:7,23
 54:11 59:16 61:22
 62:5 63:4 64:11
 66:5 67:16 71:9,18
 73:10 74:7
**night**
 9:10 73:16
**nine**
 37:21 48:7
**nonstop**
 25:13
**northern**
 8:3 9:4
**notary**
 1:18 4:3,9 73:24
 75:6
**note**
 7:4
**noted**
 73:19

---

**o**

**oath**
 3:13 5:13
**object**
 6:23 9:17 23:10
 29:4
**objection**
 6:14 7:4 8:23,25
 9:13,15,25 10:3,5
 12:9,19 13:6,13
 15:19,22 21:12
 23:23 26:25 29:2
 30:5,14 32:19
 55:16,23 61:15
 67:13
**objections**
 3:7
**observation**
 18:15 52:16
**observe**
 18:12 49:8 50:7,10
 52:7
**obtaining**
 21:18
**occasion**
 34:8,11
**occur**
 48:9
**occurred**
 6:19 7:23 8:8
**o'clock**
 24:17 38:20
**office**
 36:13
**officer**
 3:12
**offices**
 2:8

---

**oh**
 39:15 51:18
**okay**
 8:20 11:21 17:11
 23:17 26:4,6 27:3
 28:13 31:5 38:15
 38:19 42:8 46:3
 51:9,15,19 52:3
 54:10 62:15 63:25
 69:18
**once**
 10:13 15:4,17
**open**
 44:4,6,7
**opinion**
 32:21
**opportunity**
 25:22
**order**
 1:17 14:13,18 16:2
 16:5
**ordered**
 14:10,16,21,23
 15:18 39:25 44:16
 50:11,14,22,25
 51:2
**orna**
 2:17
**ounce**
 38:5
**ounces**
 16:21,24 17:7
**outcome**
 75:16
**outside**
 14:15
**owner**
 31:11 41:20,24
 42:6,7 57:17 58:6

---

**owner (cont.)**
 63:18
**ownership**
 6:12,16 7:7
**owns**
 6:17 26:12

---

**p**

**p.c.**
 2:3
**p.m.**
 73:19
**page**
 74:4
**paid**
 24:2,5,15 41:6
 71:20 72:4
**park**
 11:22 19:16 25:5
 27:15 39:14 46:16
 46:20 52:23 53:6,7
 53:11
**part**
 72:10
**particular**
 46:24 55:7
**parties**
 3:4 75:14
**partner**
 33:14 46:9
**passed**
 12:25 48:17 51:6
 51:13,19
**pay**
 24:6,9,12 72:5
**pending**
 25:17
**people**
 11:19 16:13 18:7

**[people - recall]**

**people (cont.)**
20:5,16,17,18
26:21 27:7 29:13
29:14 32:22 37:5
41:19 52:21 64:23
**percent**
7:9
**period**
18:22 20:9
**person**
26:6,7 33:6,11,13
33:13,24 35:11,25
42:2 47:11 59:12
59:13,13
**personality**
50:2
**person's**
41:21
**perspectives**
32:23
**phone**
26:3
**place**
9:6 38:18
**placed**
16:4 40:7,9 41:2,3
41:3 45:2 63:16
72:7
**plains**
2:11
**plaintiff**
1:3,17 2:3
**plater**
24:13
**play**
58:10 69:17
**playing**
25:20 69:20

**plea**
72:11
**plead**
71:13,22 72:21
**pleading**
72:3
**please**
4:15 20:25 31:7
45:25 54:9 69:25
**point**
25:16 27:21,23
29:17 32:16 47:6
51:20 53:16,17
56:6 58:24 60:2
61:2,18 62:5,24
63:6 65:25 66:8,16
66:23 68:3,13
69:12
**police**
30:22,24 35:5,10
35:13,18,22,25
36:10,12 44:11
73:4
**policeman**
35:9
**position**
60:14
**pounds**
38:10
**pour**
14:5 20:6 45:5
**poured**
14:8 20:4 52:5
**precarious**
60:14
**precisely**
49:8 55:3
**premises**
29:18

**present**
4:18 7:7,25 33:10
33:18,20
**president**
7:12
**press**
58:10
**previous**
7:18
**previously**
25:14
**primarily**
7:21
**prior**
8:6 9:9 34:3 73:7
**probably**
10:10 51:5
**probation**
72:7
**profanities**
54:25 55:2 56:14
**public**
1:18 4:3,9 73:24
75:6
**pull**
20:22
**pulling**
20:16
**purchased**
23:21
**purchases**
23:6
**purpose**
15:2
**pursuant**
1:17
**push**
64:14,20

**pushing**
59:6,8
**puts**
62:8 64:17 65:10
**putting**
65:16 67:3

**q**

**queens**
8:3 9:5 72:25
**question**
3:8 6:23 12:10,14
25:17 33:17 40:20
42:9 48:4 51:15
62:3 65:3
**questions**
4:11 5:9,18 7:6
22:17 23:8 25:19
33:17 36:17 45:17
**quite**
34:12

**r**

**raised**
61:17
**reach**
21:2
**read**
15:24 21:10 22:19
22:21 40:21,22
54:15
**ready**
22:16 23:3 69:19
**really**
21:24 22:2 49:19
62:22 69:19
**reask**
48:4
**recall**
9:7 14:3,22 15:8

**[recall - saw]**

recall (cont.)
16:16 20:6,7 23:20
28:13 38:2 39:7
44:22 45:7 47:11
51:25 59:2,9 61:17
62:10,13,15 65:22
**receipt**
23:5
**received**
34:15,17
**recognize**
26:4 59:12
**recognized**
41:20 59:19
**recollection**
9:19 17:16 28:19
30:19 37:20 46:22
46:25 48:13,18
51:22 52:20 53:9
55:25 56:8 60:7,8
60:17 65:15,18
**record**
4:16 15:24 21:10
40:22 54:15 59:17
75:11
**referred**
11:25 14:19 15:6
24:14 26:15
**referring**
16:7
**reflected**
24:3,6,10 31:3
32:18
**related**
7:22 75:13
**relation**
11:23
**relationship**
46:14,17

**relevant**
6:18
**remember**
15:3 22:3,9 28:14
29:10 31:18 39:9
**remind**
67:15
**remove**
63:13,15
**removed**
62:24 63:7
**repeat**
10:25 40:19 42:8
45:17 71:17
**rephrase**
30:9
**reporter**
15:25 21:11 40:23
54:16 75:6
**reporters**
1:21
**representing**
72:14
**reserved**
3:8
**respective**
3:4
**responsibilities**
7:10
**responsive**
5:8
**rest**
16:7 19:24
**restaurant**
17:13,13 26:12
37:7,9 38:19 39:16
39:17 41:20 42:7
57:17 58:6 63:19

**restroom**
27:14 50:8 51:3,8
51:14 53:21,22,23
54:5 55:14
**result**
70:15 71:14
**resuming**
36:9
**retained**
34:13
**retranslated**
31:8
**return**
53:20
**returned**
30:12
**review**
25:22
**rewind**
65:24 67:17,21
**rib**
37:16
**ribs**
37:17
**richardson**
1:7 2:9
**right**
12:12 24:16 27:22
29:25 31:17 43:24
44:4 45:12 57:12
57:24 58:10,15,25
58:25 59:5 66:8,13
66:19,25 68:4,8,25
**rights**
66:10
**road**
2:15
**robert**
1:21 2:6 4:23

**room**
11:9,11,11,13,17
11:19,25 12:4,5,15
12:16,18,22,24
13:2,4,9,11,16,19
13:23 14:2,4,14,15
14:17 15:2,5,6,9,11
15:16,18 16:12,13
16:18,22 17:16
18:5,7,10,17,18,20
18:25 19:7,10,13
19:17,21 20:3,5,9
20:10,13,14,17,18
21:4,7,20,22 22:4
22:11 23:6,21 24:9
27:7,12,13,16,19
27:19,20,24 28:3,7
28:11,17 29:14,16
29:17,21 30:2,3,11
30:20,23 34:25
35:3 39:3,5,6,13
40:14 41:9 42:19
44:9 48:21 49:22
51:7,13,17,21
52:17,24 53:17,17
53:20 54:3,6 63:22
63:24 70:7,10
**rough**
50:3
**rowdy**
52:22
**rules**
45:18

|  s  |
| :-: |

**san**
37:8
**saw**
11:4,6 26:2 56:4,13

**[saw - staircase]**

**saw (cont.)**
56:22 59:24 61:10
**saying**
54:24,25 55:3
56:12 59:21 62:14
65:13,16,17
**says**
23:12,14 24:17
**scene**
35:16,19
**sealing**
3:5
**second**
44:16,20,23,24
50:11,14,22 51:2,7
51:11,20 52:2,14
52:18 58:3 65:19
66:24 67:7
**seconds**
57:2,4 58:3 60:25
61:23 62:6 64:12
64:16 65:5,9 67:10
67:22 68:7,15 69:7
69:18
**seen**
10:13,16 25:24
41:16
**sent**
26:3
**serve**
40:5
**served**
13:5
**server**
39:8,19,21 40:4,13
40:24 41:3,12
44:19
**set**
75:10,19

**seven**
37:21
**shin**
1:2 4:25 8:17 9:23
10:12,14,20,23
11:3,10 12:5,16,21
12:24 13:4 14:17
15:4,11,14,16,17
16:2,4,6,11,18,22
17:15,20,24 18:4,5
18:8,10,12,16,20
19:5,7,10,13,17,20
20:2,4,9,12,14,15
20:19,20,22 21:5,5
21:8,8,18 22:4,10
23:7 25:5 26:8 27:3
27:12,21 28:3,10
28:17 29:9,15,21
30:2,11 31:10,25
32:5,11,14,17,24
33:7,8 34:23 42:5
42:10 43:6,11,14
43:24 44:16 45:5,8
48:20 49:17 50:14
50:17,22,25 51:17
51:21,25 52:19,21
53:10,16,23 54:19
55:13,20,22 56:16
57:21 58:4,14 59:4
59:11 60:2,9,18
61:2,10 64:2,5 67:6
67:23 68:16,20,23
69:8,22,23 70:4
73:5,16
**shin's**
7:22 8:2 9:10 26:7
26:10,17 35:22
46:20 47:14 48:2,8
48:15 54:7 58:22

**shin's (cont.)**
61:25 65:6 70:15
71:15 72:15
**shirt**
57:7
**shook**
18:6,7 59:20
**short**
36:7 55:18 73:12
**shorthand**
75:5
**shot**
14:6 19:8
**shots**
19:15 29:6 52:10
**shoulder**
57:17
**show**
22:13 25:12
**shown**
31:14 55:20 60:7
**sic**
63:8
**side**
2:24
**signed**
3:12,14
**similar**
52:8,13
**sir**
5:16 56:25 57:8
58:25 59:13 62:3
**sit**
41:5
**sitting**
30:17,18
**situation**
62:18,19 69:15

**size**
38:3
**small**
16:14,19,24 17:6
29:6
**smg**
1:5
**snack**
39:23
**sober**
17:17,21,22,23
18:2,16 61:13
**somebody**
14:20 47:9
**someone's**
24:24
**sorry**
17:3 29:23 46:4
51:18 66:9
**sounded**
21:23,25
**speak**
17:3,5 40:12 45:19
54:9
**speaking**
5:7 55:2
**spell**
46:6
**spoke**
36:10
**spot**
33:3,5
**ss**
75:2
**stable**
56:19 70:18
**staircase**
64:4 71:15

**[stairs - today's]**

**stairs**
26:23 28:24 31:3
31:19 32:17 34:24
42:21 47:15 59:10
60:4,18 70:5
**standing**
26:22 31:2 32:25
43:13,14 64:4
68:20
**start**
5:19 20:16 55:8
66:11
**started**
5:22 11:15 56:3
**starting**
28:21 69:11
**state**
1:19 4:4,10,15 75:1
75:7,8,13
**stated**
11:11
**statement**
23:11
**states**
1:1 23:18
**stay**
18:25 28:3
**stayed**
29:16 30:12
**stays**
58:7
**step**
69:2
**steps**
7:23 8:2 17:20,25
**sticking**
31:23 32:2,6
**stipulated**
3:2,6,10

**stopping**
60:24
**straight**
32:25 38:12
**stranger**
63:16
**street**
1:12,22 2:10,20
4:20
**stuck**
56:14
**subscribed**
73:21
**subsequent**
6:21
**subsequently**
71:3
**suite**
2:4,11,21
**support**
60:20
**supposed**
63:15
**sure**
5:4 10:2 25:8 36:6
42:17 43:3
**sworn**
3:11,14 4:3,9 73:21
75:10

**t**

**table**
40:10 45:2 49:12
49:18
**taken**
1:16 36:8 73:13
**talk**
7:22 18:5 35:5
54:13

**talked**
8:7
**talking**
30:7 34:3 35:18,22
41:23 42:20,23
54:11
**tell**
24:25 26:21 31:25
32:17 33:16,21
35:13,20,24 37:14
65:3,4 73:4,15
**telling**
20:19
**ten**
38:5 48:11,11
**terrance**
1:8
**terrence**
2:10
**testified**
4:5 35:4 48:21,25
**testimony**
17:25 75:12
**testing**
44:12
**thank**
36:19 45:13 73:18
**thing**
44:25
**think**
10:16 19:8,14,18
23:15 28:19 30:15
32:24 33:5 35:2
38:15 39:10 40:3
41:16 48:11,21
50:23 59:6 63:12
63:21 64:22,24
70:11,17,20

**third**
65:11
**thirty**
48:3
**thought**
70:12
**three**
11:13,19 16:23
19:14 27:23 28:2
29:6 57:10,21
64:23
**threw**
55:4
**till**
37:21
**time**
3:9 6:22 7:5 9:22
11:12 12:16,17,24
12:25 17:17,19,24
18:16,23 20:2,12
22:19 27:9,16
28:22 30:21 31:3
31:16,20 33:18
35:21 37:19 38:9
38:17 46:19,23
48:6,8,10,14,15
51:6,8,11,13,19,21
52:24 55:14 56:16
59:7,23 64:3,22,25
65:11,14 67:2,3
73:19
**times**
9:10 12:6
**timothy**
2:22
**today**
36:17 41:5
**today's**
8:6

**[told - witnesses]**

**told**
15:15 21:14 33:12
35:11,25 41:18
42:4 44:15 63:25
**tony**
2:24
**top**
26:22 28:23 31:2
31:19 59:10 60:3
60:18 64:4
**translate**
9:16 25:10 71:9
**translated**
4:10
**translation**
2:24
**translator**
46:2
**trial**
1:15 3:9 7:6
**tried**
35:10
**tripped**
33:2
**true**
75:11
**trust**
1:8 2:9
**trustee**
1:7 2:9
**truthful**
5:14
**try**
45:17 62:19
**trying**
62:17
**turns**
59:4

**type**
44:12

**u**

**unbalanced**
33:2
**unclear**
51:15
**underneath**
24:20
**understand**
5:2,6,10,12,16
15:23 24:21 26:12
30:6,16 33:23
45:18,19 46:4
50:13 51:9 55:17
**unfolded**
53:25
**united**
1:1
**unstable**
56:20,21 60:6,9
**upper**
24:16
**upset**
32:8 62:21,22
63:11 69:15
**use**
51:3,8,14 53:18
**usually**
20:6

**v**

**vantage**
32:16
**verdict**
6:20
**victoria**
1:7 2:9

**video**
25:12,18,20,24
26:2,5,10,16,22,23
28:23 31:4,14,20
32:18 41:19 55:21
56:22 57:2,7,14
58:3 60:8,25 61:24
62:7 63:5 64:13,17
65:6,10,20,23 66:2
66:14,24 67:6,12
67:22,23 68:8,16
68:19 69:8,18,20
**view**
68:20
**visible**
43:18
**visiting**
9:4

**w**

**wait**
40:11
**waiter**
50:18
**waits**
25:9
**waived**
3:5
**walk**
70:13
**walker**
13:15 14:2,10,14
16:8,12,17,21 19:6
23:18 24:3 27:8
39:20 40:2 49:3,9
49:13,17 50:11,15
50:19 51:12 52:2
**wall**
60:3,19 66:17,20

**wall (cont.)**
68:13,23 70:22
**wang**
1:7,7,8 2:9,9,10
**want**
22:13 25:17 39:23
67:15
**wants**
67:17
**water**
1:12
**wearing**
57:11,16
**wedding**
10:17,19
**weight**
38:8
**went**
15:13,14 17:11
27:5,13,18 31:9,11
31:13 34:25 35:2
37:2,3 38:16 39:4
39:15 47:18 51:13
51:16
**we've**
8:16 25:13
**whereof**
75:18
**white**
2:11
**willets**
2:15
**witness**
23:2 25:13 33:23
36:19 45:13 58:19
72:18 74:4 75:9,12
75:18
**witnesses**
23:5

**[woman - yse]**

**woman**
  15:5
**woman's**
  25:2
**woo**
  72:19
**words**
  29:10 31:18 55:2,5
  65:16,17
**works**
  26:8
**wrist**
  68:4,9
**writing**
  24:21,21,23
**wrong**
  23:16
**wu**
  1:8 2:10

---

**y**

---

**yeah**
  24:19,22 26:2
  41:25 43:12 44:10
  47:9 48:19 53:7
  58:19,23 59:6 60:5
  60:13 62:4 63:3
  69:10
**year**
  9:19,21 47:2,7
**years**
  7:19 46:12
**yelling**
  27:4 29:9,13 31:10
  31:11 42:5,6,11,12
  42:14,19,20,23
  43:4,7 53:24 54:19
  54:21 55:9,20 56:9

**york**
  1:1,13,13,19 2:5,5
  2:11,16,21 4:4,10
  4:21 75:1,2,7
**young**
  1:8,16 2:20 4:17
  73:21 74:6
**ys2**
  8:19,21
**yse**
  1:7