UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK
BROOKLYN OFFICE

-------------------------------------------------------------X

EDWARD SHIN,

                Plaintiff,

-against-

YS2 ENTERPRISES INC., MICHEL S. WANG,
VICTORIA WANG as TRUSTEE OF THE
RICHARDSON IRREVOCABLE TRUST,
TERRENCE WU, DEH-JU DEBORAH WANG,
and YOUNG K. LEE,

                Defendants.

-------------------------------------------------------------X

JUDGMENT

17-CV-5183 (SMG)

        A Memorandum and Order of Honorable Steven M. Gold, United States District Judge, having been filed on December 16, 2020, granting defendants' motion for summary judgment; and dismissing all claims and cross-claims pending against them; it is

        ORDERED and ADJUDGED that defendants' motion for summary judgment is granted; and hat all claims and cross-claims pending against them are dismissed.

Dated: Brooklyn, New York
       December 17, 2020

                              Douglas C. Palmer
                              Clerk of Court

                    By:    */s/Jalitza Poveda*
                              Deputy Clerk