# THE BASIL LAW GROUP
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

32 EAST 31ST STREET, 9TH FLOOR
NEW YORK, NY 10016
TELEPHONE: 917-994-9973
E-FAX: 831-536-1075
ROBERTJBASIL@RJBASIL.COM

JANUARY 18, 2021

VIA ECF
Hon. Robert M. Levy, U.S.M.J.
United States District Court for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: *Edward E. Shin v. YS2 Enterprises, Inc.*
> Case No.: 1:17-cv-5183 (RML)

Dear Judge Levy:

This office represents the plaintiff, Edward E. Shin, in this action. I write in advance of this Court's January 20, 2021 conference. As the Court is aware, this matter was submitted to Magistrate Gold by the parties for all purposes pursuant to 28 U.S.C. § 636(c)(1). All defendants have been dismissed from the case except for Young K Lee.

To my knowledge, the fact discovery left to be conducted relates solely to the medical condition of the plaintiff. I have provided HIPAA authorizations to Mr. Lee's counsel along with voluminous medical records. After Mr. Lee's counsel has received whatever medical records he requires, he will have the opportunity (as far as I am concerned) to have a medical examination of Mr. Shin and to depose Mr. Shin on his current medical status.

In addition, YS2 Enterprises, Inc., has submitted a bill of costs to the Clerk. This is, of course, improper as there is no final judgment in the case. In accordance with Local Civ. R. 37.3, I have conferred in good faith with YS2's counsel seeking her consent to withdraw the bill of costs without prejudice, but no agreement was reached. It was unclear to me after reviewing Your Honor's individual practices how the Court would prefer that I raise my objections. Perhaps I can receive guidance on January 20.

Respectfully submitted,

/s Robert J. Basil

Robert J. Basil