# THE BASIL LAW GROUP
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

32 EAST 31ST STREET, 9TH FLOOR
NEW YORK, NY 10016
TELEPHONE: 917-994-9973
E-FAX: 831-536-1075
ROBERTJBASIL@RJBASIL.COM

NOVEMBER 25, 2021

VIA ECF
Hon. Robert M. Levy, U.S.M.J.
United States District Court for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Edward E. Shin v. YS2 Enterprises, Inc.*
            Case No.: 1:17-cv-5183 (RML)

Dear Judge Levy:

This office represents the plaintiff, Edward E. Shin, in this action. As this Court will recall, all deadlines in this case were suspended pending the outcome of Mr. Shin's criminal trial, which was scheduled to commence on November 29, 2021. However, the trial has been postponed until April 6, 2022 at the earliest. Accordingly, I request a status conference at the Court's earliest convenience to determine how to best move this case toward resolution without waiting for a trial outcome in May 2022.

                                    Respectfully submitted,

                                    /s Robert J. Basil

                                    Robert J. Basil