UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

EDWARD SHIN,

                         Plaintiff,

-against-

YS2 ENTERPRISES INC., MICHAEL S. WANG,
VICTORIA WANG, AS TRUSTEE OF THE RICHARDSON
IRREVOCABLE TRUST, TERRANCE WU, DEH-JUNG
DEBORAH WANG and YOUNG K. LEE,

                         Defendants.

------------------------------------------------------------------------X

Docket No.
1:17-cv-05183-RML

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent personal for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the above entitled action be, and the same hereby is discontinued with prejudice, and without costs to either party as against each other. This stipulation may be filed, without further notice, with the Clerk of the Court.

Dated: White Plains, New York
         September 30, 2022

MEAD HECHT CONKLIN
& GALLAGHER, LLP

_____
By: KEVIN T. CONKLIN, ESQ. (KC1259)
*Attorneys for Defendant* **YOUNG K. LEE**
925 Westchester Avenue - Suite 302
White Plains, New York 10604
(914) 899-3100
Our File No.: 076-03-10279

THE BASIL LAW GROUP, P.C.

_____
By: ROBERT JAMES BASIL, ESQ.
*Attorneys for Plaintiff* **EDWARD SHIN**
32 East 31st Street - Suite 9th Floor
New York, New York 10016
(917) 994-9973
robertjbasil@rjbasil.com