```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
EDWARD SHIN,
                    Plaintiff,

              v.
                                              Case No.
                                              1:17-cv-05183(RML)
YS2 ENTREPRISES INC., MICHEL S. WANG,
VICTORIA WANG as TRUSTEE OF THE
RICHARDSON IRREVOCABLE TRUST,                 NOTICE OF APPEAL
TERRANCE WU, DEH-JUNG DEBORAH
WANG, and YOUNG K. LEE,

                    Defendants.
---------------------------------------X
```

# NOTICE OF APPEAL

**PLEASE TAKE NOTICE**, that Plaintiff, Edward Shin, hereby appeals to the United States Court of Appeals for the Second Circuit from the Partial Summary Judgment entered in this action on December 16, 2020, in favor of defendants Michel S. Wang, Victoria Wang as Trustee of the Richardson Irrevocable Trust, Terrance Wu, and Deh-Jung Deborah Wu, dismissing all claims lodged against them. Pursuant to 28 U.S. Code § 636(c)(3), this Appeal is directly to the Circuit Court as the Magistrate Judge sat as an Article III Judge in this action by consent of the Parties.

Dated: New York, New York
       November 4, 2022

_____
Robert J. Basil, Esq.
The Basil Law Group, P.C.
125 West 31st Street, #19-B
New York, NY 10001
robertjbasil@rjbasil.com
917-994-9973
831-536-1075 (fax)
*Attorneys for Plaintiff, Edward Shin*

To: Carmen A. Nicolau, Esq.
The Chartwell Law Offices, LLP
81 Main Street, Suite 100
White Plains, NY 10601